## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

ROBERT SAMPSON,

        Plaintiff,

        v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

        Defendant.

Civil Action No. 2:22-cv-05120-JMA-AYS

## **NOTICE OF APPEAL**

Notice is hereby given that defendant National Board of Medical Examiners appeals under 28 U.S.C. § 1292(a)(1) to the United States Court of Appeals for the Second Circuit from the docket Order and Memorandum and Order (Doc. No. 46) of this Court entered on December 2, 2022, granting plaintiff Robert Sampson's motion for a preliminary injunction (Doc. No. 16).

Dated: December 30, 2022

Respectfully submitted,

  /s/ Caroline M. Mew
Caroline M. Mew (*pro hac vice*)
Perkins Coie LLP
700 13th St. NW, Suite 800
Washington, DC 20005
Telephone: +1.202.654.1767
Facsimile: +1.202.654.6211
CMew@perkinscoie.com

Adam R. Mandelsberg, Bar No. 065532013
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.261.6867
Facsimile: +1.212.399.8067
AMandelsberg@perkinscoie.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2022, a copy of the foregoing Notice of Appeal was electronically filed through the Court's CM/ECF system, which will serve a copy of the document on the following counsel of record:

Charles Weiner
Law Office of Charles Weiner
99 Lantern Drive
Suite 202
Doylestown, PA 18901
(267) 685-6311
charles@charlesweinerlaw.com

Michael S. Stein
Mary Caroline Vargas
Stein & Vargas LLP
10 G Street NE
Suite 600
Washington, DC 20002
(202) 248-5092
Michael.stein@steinvargas.com
Mary.vargas@steinvargas.com

> /s/ Caroline M. Mew
> Caroline M. Mew (*pro hac vice*)
> Perkins Coie LLP
> 700 13th St. NW, Suite 800
> Washington, DC 20005
> Telephone: +1.202.654.1767
> Facsimile: +1.202.654.6211
> CMew@perkinscoie.com

APPEAL,ACO

# U.S. District Court
## Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:22−cv−05120−JMA−AYS

| | |
|---|---|
| Sampson v. National Board of Medical Examiners<br>Assigned to: Judge Joan M. Azrack<br>Referred to: Magistrate Judge Anne Y. Shields<br>Cause: 42:1201 Civil Rights (Disability) | Date Filed: 08/29/2022<br>Jury Demand: Plaintiff<br>Nature of Suit: 446 Civil Rights:<br>Americans with Disabilities – Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**Robert Sampson**      represented by    **Charles Weiner**
Law Office of Charles Weiner
99 Lantern Drive
Suite 202
Doylestown, PA 18901
267−685−6311
Email: charles@charlesweinerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S. Stein**
Stein & Vargas, LLP
10 G Street NE
Suite 600
Washington, DC 20002
202−248−5092
Fax: 888−778−4620
Email: michael.stein@steinvargas.com
*ATTORNEY TO BE NOTICED*

**Mary Caroline Vargas**
Stein & Vargas LLP
10 G Street NE
Suite 600
Washington, DC 20002
202−248−5092
Fax: 888−778−4620
Email: mary.vargas@steinvargas.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**National Board of Medical Examiners**    represented by    **Adam Ross Mandelsberg**
Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036
212−261−6867
Email: AMandelsberg@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline M. Mew**
Perkins Coie LLP
700 13th Street, NW
Suite 800
Washington, DC 20005−3960
202−654−1767
Fax: 202−654−6211

Email: cmew@perkinscoie.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/29/2022 | 1 | COMPLAINT against National Board of Medical Examiners filing fee $ 402, receipt number ANYEDC−15887153 Was the Disclosure Statement on Civil Cover Sheet completed −YES,, filed by Robert Sampson. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons) (Vargas, Mary) (Entered: 08/29/2022) |
| 08/30/2022 | 2 | Civil Cover Sheet.. by Robert Sampson (Vargas, Mary) (Entered: 08/30/2022) |
| 08/30/2022 |   | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made. (Landow, Concetta) (Entered: 08/30/2022) |
| 08/30/2022 |   | Case Assigned to Judge Eric N. Vitaliano and Magistrate Judge Arlene R. Lindsay. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Landow, Concetta) (Entered: 08/30/2022) |
| 08/30/2022 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Landow, Concetta) (Entered: 08/30/2022) |
| 08/30/2022 | 4 | Notice of Related Case: **The Civil Cover Sheet filed in this civil action indicates a related case.** (Landow, Concetta) (Entered: 08/30/2022) |
| 08/30/2022 | 5 | Summons Issued as to National Board of Medical Examiners. (Landow, Concetta) (Entered: 08/30/2022) |
| 08/30/2022 | 6 | NOTICE of Appearance by Charles Weiner on behalf of Robert Sampson (aty to be noticed) (Attachments: # 1 Certificate of Service) (Weiner, Charles) (Entered: 08/30/2022) |
| 09/06/2022 | 7 | SUMMONS Returned Executed by Robert Sampson. National Board of Medical Examiners served on 8/31/2022, answer due 9/21/2022. (Vargas, Mary) (Entered: 09/06/2022) |
| 09/06/2022 | 8 | Letter MOTION for pre motion conference by Robert Sampson. (Vargas, Mary) (Entered: 09/06/2022) |
| 09/06/2022 |   | ORDER REASSIGNING CASE. Case reassigned to Judge Joan M. Azrack and Magistrate Judge Anne Y. Shields for all further proceedings. Judge Eric N. Vitaliano, Magistrate Judge Arlene R. Lindsay no longer assigned to case Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Ordered by Chief Judge Margo K. Brodie on 9/6/2022. (Bowens, Priscilla) (Entered: 09/07/2022) |
| 09/08/2022 |   | ORDER terminating 8 Motion for Pre Motion Conference. The Court waives its pre−motion conference requirement and grants Plaintiff's request to move for a preliminary injunction. In light of the schedule set for preliminary injunction proceedings in the related case (22−cv−4490), the Court sets the following briefing schedule for Plaintiff's motion: Plaintiff shall file his opening brief by 9/19/2022; Defendant shall file its opposition by 9/29/2022; Plaintiff shall file his reply, if any, by 10/4/2022. Because Defendant has not yet appeared in this action, Plaintiff is directed to serve a copy of this order on Defendant's counsel and file proof of service via ECF. Ordered by Judge Joan M. Azrack on 9/8/2022. (Patterson, Samuel) (Entered: |

| | | |
|---|---|---|
| | | 09/08/2022) |
| 09/08/2022 | 9 | NOTICE by Robert Sampson (Vargas, Mary) (Entered: 09/08/2022) |
| 09/08/2022 | | SCHEDULING ORDER: A telephone conference is set for September 12, 2022 at 9:00 AM before Judge Joan M. Azrack. Counsel shall dial 1–877–873–8017 and enter access code 4785432 at the prompt. Because Defendant has not yet appeared in this action, Plaintiff is directed to serve a copy of this order on Defendant's counsel and file proof of service via ECF. Ordered by Judge Joan M. Azrack on 9/8/2022. (Patterson, Samuel) (Entered: 09/08/2022) |
| 09/09/2022 | 10 | NOTICE by Robert Sampson (Vargas, Mary) (Entered: 09/09/2022) |
| 09/09/2022 | 11 | NOTICE of Appearance by Adam Ross Mandelsberg on behalf of National Board of Medical Examiners (aty to be noticed) (Mandelsberg, Adam) (Entered: 09/09/2022) |
| 09/12/2022 | 12 | MINUTE ENTRY for proceedings held before Judge Joan M. Azrack: Civil Cause for STATUS CONFERENCE (Tel) held on 9/12/2022. Counsel for Plaintiff: Charles Weiner, Mary Vargas. Counsel for Defendants: Adam Mandelsberg, Carolyn Mew. Case called. Counsel present for all sides. A hearing on the preliminary injunction motion is scheduled for 10/11/2022 at 10:00 AM before Judge Azrack in Courtroom 920 of the Long Island Courthouse. (Coleman, Laurie) (Entered: 09/12/2022) |
| 09/16/2022 | 13 | Letter MOTION for Extension of Time to File Answer re 1 Complaint, by National Board of Medical Examiners. (Mandelsberg, Adam) (Entered: 09/16/2022) |
| 09/19/2022 | | ORDER granting 13 Motion for Extension of Time to Answer: The Court grants the request despite Plaintiff's objections. National Board of Medical Examiners answer due 10/21/2022. So Ordered by Magistrate Judge Anne Y. Shields on 9/19/2022. (Minerva, Deanna) (Entered: 09/19/2022) |
| 09/19/2022 | 14 | MOTION for Leave to Electronically File Document under Seal by Robert Sampson. (Vargas, Mary) (Entered: 09/19/2022) |
| 09/19/2022 | 15 | Letter *re Motion for Preliminary Injunction* by Robert Sampson (Vargas, Mary) (Entered: 09/19/2022) |
| 09/20/2022 | | ORDER granting 14 Motion for Leave to Electronically File Document under Seal. Counsel is directed to file the original document(s) under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov.<br><br>The parties should not bundle the briefing for Plaintiff's motion for a preliminary injunction. Plaintiff is directed to file his opening brief via ECF by September 21, 2022. The Court's September 8, 2022 Scheduling Order otherwise remains in effect. Ordered by Judge Joan M. Azrack on 9/20/2022. (Patterson, Samuel) (Entered: 09/20/2022) |
| 09/20/2022 | 16 | MOTION for Preliminary Injunction by Robert Sampson. (Attachments: # 1 Memorandum in Support of Motion for Preliminary Injunction, # 2 Proposed Order, # 3 Exhibit 1 Declaration of Robert Sampson, # 4 Exhibit 5 Unofficial Transcript, # 5 Exhibit 6 Course History, # 6 Exhibit 7 Heedles Letter, # 7 Exhibit 8 DeMotta Letter 2017, # 8 Exhibit 9 DeMotta Letter 2018, # 9 Exhibit 10 Aronson Letter, # 10 Exhibit 11 NBME Denial Letter June 2022) (Vargas, Mary) (Entered: 09/20/2022) |
| 09/29/2022 | 18 | NOTICE of Appearance by Michael S. Stein on behalf of Robert Sampson (aty to be noticed) (Stein, Michael) (Entered: 09/29/2022) |
| 09/29/2022 | 19 | Corporate Disclosure Statement by National Board of Medical Examiners (Mandelsberg, Adam) (Entered: 09/29/2022) |
| 09/29/2022 | 20 | MEMORANDUM in Opposition re 16 MOTION for Preliminary Injunction filed by National Board of Medical Examiners. (Mandelsberg, Adam) (Entered: 09/29/2022) |
| 09/29/2022 | 21 | AFFIDAVIT/DECLARATION in Opposition re 16 MOTION for Preliminary Injunction */ Declaration of Lucia McGeehan, Ph.D* filed by National Board of Medical Examiners. (Attachments: # 1 Exhibits 1–27 to the Declaration of Lucia McGeehan) (Mandelsberg, Adam) (Entered: 09/29/2022) |

| | | |
|---|---|---|
| 09/29/2022 | 22 | AFFIDAVIT/DECLARATION in Opposition re 16 MOTION for Preliminary Injunction */ Declaration of Benjamin J. Lovett, Ph.D* filed by National Board of Medical Examiners. (Attachments: # 1 Exhibits 1–6 to the Declaration of Benjamin J. Lovett) (Mandelsberg, Adam) (Entered: 09/29/2022) |
| 09/29/2022 | 23 | AFFIDAVIT/DECLARATION in Opposition re 16 MOTION for Preliminary Injunction */ Declaration of Kevin Murphy, Ph.D* filed by National Board of Medical Examiners. (Attachments: # 1 Exhibit 1–3 to the Declaration of Kevin Murphy) (Mandelsberg, Adam) (Entered: 09/29/2022) |
| 09/29/2022 | 24 | AFFIDAVIT/DECLARATION in Opposition re 16 MOTION for Preliminary Injunction */ Declaration of Samuel O. Ortiz, Ph.D* filed by National Board of Medical Examiners. (Attachments: # 1 Exhibits 1–2 to the Declaration of Samuel O. Ortiz) (Mandelsberg, Adam) (Entered: 09/29/2022) |
| 09/29/2022 | 25 | AFFIDAVIT/DECLARATION in Opposition re 16 MOTION for Preliminary Injunction */ Declaration of Joseph E. Bernier, Ph.D* filed by National Board of Medical Examiners. (Attachments: # 1 Exhibit 1 to the Declaration of Joseph E. Bernier) (Mandelsberg, Adam) (Entered: 09/29/2022) |
| 09/29/2022 | 26 | AFFIDAVIT/DECLARATION in Opposition re 16 MOTION for Preliminary Injunction */ Declaration of Dawn P. Flanagan, Ph.D* filed by National Board of Medical Examiners. (Attachments: # 1 Exhibit 1 to the Declaration of Dawn P. Flanagan) (Mandelsberg, Adam) (Entered: 09/29/2022) |
| 09/29/2022 | 27 | AFFIDAVIT/DECLARATION in Opposition re 16 MOTION for Preliminary Injunction */ Declaration of Adam R. Mandelsberg* filed by National Board of Medical Examiners. (Attachments: # 1 Exhibits A–F to the Declaration of Adam R. Mandelsberg) (Mandelsberg, Adam) (Entered: 09/29/2022) |
| 09/30/2022 | 28 | Letter *from Adam R. Mandelsberg to the Hon. Joan M. Azrack dated September 30,2022 regarding clarification on issues related to the upcoming hearing scheduled for October 11, 2022 at 10:00 a.m.* by National Board of Medical Examiners (Mandelsberg, Adam) (Entered: 09/30/2022) |
| 09/30/2022 | | SCHEDULING ORDER: A Telephone Conference is set for 10/4/2022 at 1:00 PM before Judge Joan M. Azrack. Counsel shall dial 1–877–873–8017 and enter access code 4785432 at the prompt. Ordered by Judge Joan M. Azrack on 9/30/2022. (Patterson, Samuel) (Entered: 09/30/2022) |
| 10/03/2022 | 29 | MOTION to Appear Pro Hac Vice *of Caroline Mew* Filing fee $ 150, receipt number ANYEDC–15998526. by National Board of Medical Examiners. (Attachments: # 1 Affidavit in Support with Attached Certificates of Good Standing) (Mew, Caroline) (Entered: 10/03/2022) |
| 10/04/2022 | | ORDER granting 29 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. So Ordered by Magistrate Judge Anne Y. Shields on 10/4/2022. (DM) (Entered: 10/04/2022) |
| 10/04/2022 | 30 | NOTICE of Appearance by Caroline M. Mew on behalf of National Board of Medical Examiners (notification declined or already on case) (Mew, Caroline) (Entered: 10/04/2022) |
| 10/04/2022 | 31 | MINUTE ENTRY for proceedings held before Judge Joan M. Azrack: Civil Cause for STATUS CONFERENCE (Tel) held on 10/4/2022. Counsel for Plaintiff: Mary Vargas, Charles Weiner. Counsel for Defendants: Carolyn Mew, Adam Mandelsberg. Case called. Counsel present for all sides. (LC) (Entered: 10/04/2022) |
| 10/04/2022 | 32 | REPLY in Support re 16 MOTION for Preliminary Injunction filed by Robert Sampson. (Attachments: # 1 Exhibit 1 Declaration of Shelley Sampson, # 2 Exhibit 2 Declaration of Andrew Lam, M.D.) (Vargas, Mary) (Entered: 10/04/2022) |
| 10/04/2022 | 33 | REPLY in Support (***Correction to ECF No. 32***) re 16 MOTION for Preliminary Injunction filed by Robert Sampson. (Attachments: # 1 Exhibit 1 Declaration of Shelley Sampson, # 2 Exhibit 2 Declaration of Andrew Lam and Attached Letter) (Vargas, Mary) Modified on 10/5/2022 at the request of counsel to more clearly reflect |

| | | |
|---|---|---|
| | | the document filed herein is a correction to the 32 Reply and contains a page that was inadvertently omitted from 32 −2 (LC). (Entered: 10/04/2022) |
| 10/05/2022 | 34 | Witness List by Robert Sampson (Vargas, Mary) (Entered: 10/05/2022) |
| 10/05/2022 | 35 | Exhibit List by Robert Sampson. (Vargas, Mary) (Entered: 10/05/2022) |
| 10/05/2022 | 36 | Exhibit List *and Witness List* by National Board of Medical Examiners. (Mew, Caroline) (Entered: 10/05/2022) |
| 10/11/2022 | 37 | MINUTE ENTRY for proceedings held before Judge Joan M. Azrack: Civil Cause for PRELIMINARY INJUNCTION HEARING held on 10/11/2022 re 16 MOTION for Preliminary Injunction. Counsel for Plaintiff: Mary Vargas, Charles Weiner. Counsel for Defendants: Caroline Mew, Adam Mandelsberg. Case called. Counsel present for all sides. Opening statements of plaintiff and defendant heard. Witnesses sworn, exhibits entered into evidence. Hearing continued to 10/12/2022 at 9:30 AM. (LC) (Entered: 10/11/2022) |
| 10/12/2022 | 38 | MINUTE ENTRY for proceedings held before Judge Joan M. Azrack: Civil Cause for PRELIMINARY INJUNCTION HEARING held on 10/12/2022 re 16 MOTION for Preliminary Injunction. APPEARANCES: For Plaintiff: Mary Vargas, Charles WeinerFor Defendants: Caroline Mew, Adam Mandelsberg Case called. Counsel present for all sides. Witnesses sworn, exhibits entered into evidence. Hearing continued to 10/13/2022 at 9:00 AM. (LC) (Entered: 10/13/2022) |
| 10/13/2022 | 40 | Exhibit List by National Board of Medical Examiners, Robert Sampson.; Witness List by National Board of Medical Examiners, Robert Sampson. (LC) (Entered: 10/13/2022) |
| 10/13/2022 | | Incorrect Entry Information: The 39 Minute Entry has been deleted and re−entered for statistical purposes. (LC) (Entered: 11/03/2022) |
| 10/13/2022 | 39 | MINUTE ENTRY for proceedings held before Judge Joan M. Azrack: Civil Cause for PRELIMINARY INJUNCTION HEARING re 16 MOTION for Preliminary Injunction. APPEARANCES: For Plaintiff: Mary Vargas, Charles Weiner; For Defendants: Caroline Mew, Adam Mandelsberg. Case called. Counsel present for all sides. Witness continued. Exhibits entered into evidence. Hearing concluded. Decision reserved. Other: Findings of fact and conclusions of law due by close of business on 10/31/2022. Court Reporter Lisa Schmid.) (LC) Modified on 11/3/2022 to change number to 39 (LC). (Entered: 11/03/2022) |
| 10/18/2022 | 41 | Letter MOTION for Extension of Time to File *a Response to the Complaint* by National Board of Medical Examiners. (Mandelsberg, Adam) (Entered: 10/18/2022) |
| 10/20/2022 | | ORDER granting 41 Motion for Extension of Time to File: Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before November 14, 2022. So Ordered by Magistrate Judge Anne Y. Shields on 10/20/2022. (DM) (Entered: 10/20/2022) |
| 10/31/2022 | 42 | Proposed Findings of Fact by Robert Sampson (Vargas, Mary) (Entered: 10/31/2022) |
| 10/31/2022 | 43 | Proposed Findings of Fact by National Board of Medical Examiners (Mew, Caroline) (Entered: 10/31/2022) |
| 11/14/2022 | 44 | Letter */ Joint Letter from the Parties to the Hon. Joan M. Azrack regarding the Transcript of the Preliminary Injuction hearing held in this matter on October 11−13, 2022* by National Board of Medical Examiners (Attachments: # 1 Exhibit − Errata to Transcript of Sampson v. NBME Preliminary Injunction Hearing) (Mew, Caroline) (Entered: 11/14/2022) |
| 11/14/2022 | 45 | ANSWER to 1 Complaint, by National Board of Medical Examiners. (Mew, Caroline) (Entered: 11/14/2022) |
| 11/15/2022 | | ORDER: The parties' joint motion (ECF No. 44) is GRANTED. The court reporters are directed to review and correct the transcription record in this matter based upon the information provided in the errata sheets (ECF No. 44−1.) Ordered by Judge Joan M. Azrack on 11/15/2022. (SP) (Entered: 11/15/2022) |

| 12/02/2022 | 46 | ORDER granting 16 Motion for Preliminary Injunction. For the reasons set forth in the attached Memorandum and Order, Plaintiff's 16 motion for a preliminary injunction is granted. See attached order for details. Ordered by Judge Joan M. Azrack on 12/2/2022. (SP) (Entered: 12/02/2022) |
| --- | --- | --- |
| 12/30/2022 | 47 | NOTICE OF APPEAL as to 46 Order on Motion for Preliminary Injunction, by National Board of Medical Examiners. Filing fee $ 505, receipt number ANYEDC–16268012. Appeal Record due by 1/13/2023. (Mew, Caroline) (Entered: 12/30/2022) |