## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Sampson v. National Board of Medical Examiners  Docket No.: 23-3

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Robert A. Burgoyne

Firm: Perkins Coie LLP

Address: 700 13th St. NW, Suite 800 Washington, DC 20005-3960

Telephone: 202-654-1744    Fax: 202-654-6211

E-mail: RBurgoyne@perkinscoie.com

Appearance for: National Board of Medical Examiners, Defendant-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Caroline Mew, Perkins Coie LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on  N/A   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Robert A. Burgoyne

Type or Print Name: Robert A. Burgoyne