NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Sampson v. National Board of Medical Examiners**     Docket No.: **23-3**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Mary C. Vargas**

Firm: **Stein & Vargas, LLP**

Address: **10 G Street NE, Suite 600**

Telephone: **240-793-3185**     Fax: **888-778-4620**

E-mail: **Mary.Vargas@steinvargas.com**

Appearance for: **Plaintiff/Appellee**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Michael Stein/Stein & Vargas, LLP and Charles Weiner/Law Office of Charles Weiner** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: **s/Mary C. Vargas**

Type or Print Name: **Mary C. Vargas**