UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>Sampson v. National Board of Medical Examiners | **DISTRICT**<br>Eastern District of New York | **DOCKET NUMBER**<br>22-cv-5120 |
| | **JUDGE**<br>Azrack | **APPELLANT**<br>National Board of Medical Examiners |
| | **COURT REPORTER**<br>Lisa Schmid | **COUNSEL FOR APPELLANT**<br>Caroline M. Mew |

| Check the applicable provision:<br><br>☐ I am ordering a transcript.<br><br>☑ I am not ordering a transcript.<br><br>Reason for not ordering a transcript:<br><br>☑ Copy is already available<br><br>☐ No transcribed proceedings<br><br>☐ Other (Specify in the space below): | **PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)<br><br>Hearing on motion for preliminary injunction, October 11-13, 2022<br><br><br>**METHOD OF PAYMENT**  ☐ Funds  ☐ CJA Voucher (CJA 21) |
|---|---|
| **INSTRUCTIONS TO COURT REPORTER:**<br><br>☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS<br><br>☐ PREPARE TRANSCRIPT OF TRIAL<br><br>☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS<br><br>☐ OTHER (Specify in the space below): | **DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)**<br><br>Transcript has already been delivered to counsel for Defendant-Appellant |

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE<br>/s/ Caroline M. Mew | DATE<br>01/13/2023 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTER** | | **DATE** |

Revised June, 2017