**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: January 18, 2023
Docket #: 23-3cv
Short Title: Sampson v. National Board of Medical Examiners

DC Docket #: 22-cv-5120
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Shields
DC Judge: Azrack

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8539.