# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of January, two thousand twenty-three.

Before:      William J. Nardini,
                 *Circuit Judge.*

_____

Robert Sampson,

     Plaintiff - Appellee,

v.

National Board of Medical Examiners,

     Defendant - Appellant.

_____

**ORDER**

Docket No. 23-3

     Appellant moves to expedite the appeal on the following schedule: Appellant's opening brief is due by January 27, 2023; Appellee's answer brief is due by February 24, 2023; and Appellant's reply brief is due by March 10, 2023. Appellee opposes the motion.

     IT IS HEREBY ORDERED that the motion is GRANTED. Briefing shall proceed on Appellant's proposed schedule and the appeal shall be heard by the first available merits panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court