# No. 23-3

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

*ROBERT SAMPSON,*

*Plaintiff-Appellee,*

*v.*

*NATIONAL BOARD OF MEDICAL EXAMINERS,*

*Defendant-Appellant.*

On Appeal from the U.S. District Court for the Eastern
District of New York, Civil Action No. 22-CV-5120 (JMA)

**JOINT APPENDIX
VOLUME II OF V (A268 – A494)**

Robert A. Burgoyne
Caroline M. Mew
PERKINS COIE LLP
700 Thirteenth Street N.W.,
Suite 800
Washington, DC 20005-3960
Telephone: 202.654.1744

Attorneys for
Defendant-Appellant
NATIONAL BOARD OF
MEDICAL EXAMINERS

## VOLUME I: A1 – A267

**Page**

District Court Docket Sheet...........................................A1

Complaint (Aug. 29, 2022) ...............................A5

Declaration of Robert Sampson (Ex. 1 to
Preliminary Injunction Motion)....................................A29

Preceptor's Comments (Ex. 1A to Preliminary
Injunction Motion).........................................A39

Declaration of Jeanette Wasserstein (Ex. 2 to
Preliminary Injunction Motion) (SEALED)................A43

2020 Wasserstein Evaluation (Ex. 2B to
Preliminary Injunction Motion) (SEALED)................A44

2013 Michels Evaluation (Ex. 3 to Preliminary
Injunction Motion) (SEALED) ....................................A45

2013 Anderson Evaluation (Ex. 4 to Preliminary
Injunction Motion) (SEALED) ....................................A46

Stony Brook University Unofficial Transcript
(Ex. 5 to Preliminary Injunction Motion)....................A47

Course History (Ex. 6 to Preliminary Injunction
Motion) ........................................................A52

2017 Heedles Letter (Ex. 7 to Preliminary
Injunction Motion).........................................A54

2017 DeMotta Letter (Ex. 8 to Preliminary
Injunction Motion).........................................A56

2018 DeMotta Letter (Ex. 9 to Preliminary
Injunction Motion)......................................................... A59

Sept. 2017 Aronson Letter (Ex. 10 to Preliminary
Injunction Motion)......................................................... A61

June 2022 NBME Letter (Ex. 11 to Preliminary
Injunction Motion)......................................................... A65

Declaration of Lucia McGeehan in Opposition to
Plaintiff's Motion for Preliminary Injunction.............. A68

2017 Sampson Accommodation Request Form
(Ex. 1 to McGeehan Declaration) ................................. A79

April 2017 Lovett Report (Ex. 2 to McGeehan
Declaration) ................................................................... A87

June 2017 NBME Letter (Ex. 3 to McGeehan
Declaration) ................................................................... A91

July 2017 Lovett Report (Ex. 4 to McGeehan
Declaration) ................................................................... A94

Aug. 2017 NBME Letter (Ex. 5 to McGeehan
Declaration) ................................................................... A98

Dec. 2017 Lovett Report (Ex. 6 to McGeehan
Declaration) ................................................................. A101

Jan. 2018 NBME Letter (Ex. 7 to McGeehan
Declaration) ................................................................. A106

March 2018 NBME Letter (Ex. 8 to McGeehan
Declaration) ................................................................. A108

July 2018 Lovett Report (Ex. 9 to McGeehan
Declaration) ................................................................. A113

2018 Sampson Accommodation Request Form
(Ex. 10 to McGeehan Declaration) ............................ A118

Sept. 2018 NBME Letter (Ex. 11 to McGeehan
Declaration) ...................................................................... A125

2018 Ortiz Report (Ex. 12 to McGeehan
Declaration) ...................................................................... A136

2018 Murphy Report (Ex. 13 to McGeehan
Declaration) ...................................................................... A150

Jan. 2019 NBME Letter (Ex. 14 to McGeehan
Declaration) ...................................................................... A155

Sampson Step 1 Score Report (Ex. 15 to
McGeehan Declaration) ............................................... A158

2022 Sampson Accommodation Request Form
(Ex. 16 to McGeehan Declaration) ............................ A163

2022 Murphy Report (Ex. 17 to McGeehan
Declaration) ...................................................................... A170

June 2022 NBME Letter (Ex. 18 to McGeehan
Declaration) ...................................................................... A175

Sampson School Records (Ex. 19 to McGeehan
Declaration) ...................................................................... A178

1999 Sampson OLSAT Score Report (Ex. 20 to
McGeehan Declaration) ............................................... A188

2005 Sampson PSAT Score Report (Ex. 21 to
McGeehan Declaration) ............................................... A191

2007 Sampson PSAT Score Report (Ex. 22 to
McGeehan Declaration) ............................................... A193

2008 Sampson ACT Score Report (Ex. 23 to
McGeehan Declaration) ............................................... A195

June 2008 Sampson SAT Score Report (Ex. 24 to
McGeehan Declaration) ............................................... A197

Oct. 2008 Sampson SAT Score Report (Ex. 25 to
McGeehan Declaration) ............................................... A199

Nov. 2008 Sampson SAT Score Report (Ex. 26 to
McGeehan Declaration) ............................................... A201

Sampson MCAT Score Report (Ex. 27 to McGeehan
Declaration) ............................................................... A203

Declaration of Benjamin J. Lovett in Opposition
to Plaintiff's Motion for Preliminary Injunction ........ A205

Lovett Curriculum Vitae (Ex. 1 to Lovett
Declaration) ............................................................... A224

April 2017 Lovett Report (Ex. 2 to Lovett
Declaration) ............................................................... A248

July 2017 Lovett Report (Ex. 3 to Lovett
Declaration) ............................................................... A252

Dec. 2017 Lovett Report (Ex. 4 to Lovett
Declaration) ............................................................... A256

July 2018 Lovett Report (Ex. 5 to Lovett
Declaration) ............................................................... A261

Figure from Rey Complex Figure Test (Ex. 6 to
Lovett Declaration) ...................................................... A266

## VOLUME II: A268 – A494

Declaration of Kevin Murphy in Opposition
to Plaintiff's Motion for Preliminary Injunction..........A268

2018 Murphy Report (Ex. 1 to Murphy
Declaration) ...................................................................A289

2022 Murphy Report (Ex. 2 to Murphy
Declaration) ...................................................................A294

Murphy Curriculum Vitae (Ex. 3 to Murphy
Declaration) ...................................................................A299

Declaration of Samuel O. Ortiz in Opposition
to Plaintiff's Motion for Preliminary Injunction..........A314

Ortiz Curriculum Vitae (Ex. 1 to Ortiz
Declaration) ...................................................................A323

Nov. 2018 Ortiz Report (Ex. 2 to Ortiz
Declaration) ...................................................................A390

Declaration of Joseph E. Bernier in Opposition
to Plaintiff's Motion for Preliminary Injunction..........A404

Bernier Curriculum Vitae (Ex. 1 to Bernier
Declaration) ...................................................................A425

Declaration of Dawn P. Flanagan in Opposition
to Plaintiff's Motion for Preliminary Injunction..........A428

Flanagan Curriculum Vitae (Ex. 1 to Flanagan
Declaration) ...................................................................A436

## VOLUME III: A495 – A730

Declaration of Adam R. Mandelsberg in Opposition
to Plaintiff's Motion for Preliminary Injunction..........A495

Excerpts from the MCAT Essentials (2014-15)
(Ex. A to Mandelsberg Declaration)............................A497

Excerpts from Second Edition of Official Guide to
MCAT Exam (Ex. B to Mandelsberg Declaration) ......A507

MCAT Release Form, New York (administered
Jan. 23, 2015) (Ex. C to Mandelsberg Declaration).....A521

"The ACT - Preparing for the ACT" Booklet
(2008-09 ed.) (Ex. D to Mandelsberg Declaration) ......A601

Official SAT Practice Test 2007-08 (Ex. E to
Mandelsberg Declaration)............................................A682

## VOLUME IV: A731 – A969

Step 1 Sample Test Questions (Ex. F to Mandelsberg
Declaration, USMLE)....................................................A731

Declaration of Shelley Sampson in Support of
Plaintiff's Motion for Preliminary Injunction..............A788

Declaration of Andrew Lam in Support of
Plaintiff's Motion for Preliminary Injunction..............A793

2020 Stein & Vargas Letter (NBME Additional
Ex. 6) .........................................................................A796

2022 Letter from SUNY to Vargas (NBME
Additional Ex. 7)..........................................................A801

2017 Sampson Accommodation Request Form
(Plaintiff Hearing Ex. 1)...................................................A802

2013 Anderson Evaluation (Plaintiff Hearing
Ex. 2) (SEALED)...............................................................A809

2013 Michels Evaluation (Plaintiff Hearing Ex. 3)
(SEALED) ........................................................................A810

2017 Sampson Personal Statement (Plaintiff
Hearing Ex. 4)..................................................................A811

March 2017 Aronson Letter (Plaintiff Hearing
Ex. 5) ...............................................................................A820

2017 Heedles Letter (Plaintiff Hearing Ex. 6).............A821

2017 DeMotta Letter (Plaintiff Hearing Ex. 7) ...........A822

2017 Certificate of Prior Test Accommodations
(Plaintiff Hearing Ex. 8)...................................................A824

2017 Lam Letter (Plaintiff Hearing Ex. 9) ..................A825

2016 Wackett Letter (Plaintiff Hearing Ex. 10) ..........A826

Sampson Shelf Exam Score Report (Plaintiff
Hearing Ex. 10A)..............................................................A827

Sampson MCAT Score Report (Plaintiff Hearing
Ex. 11) ..............................................................................A828

Sampson ACT Score Report (Plaintiff Hearing
Ex. 12) ..............................................................................A829

2007 Sampson PSAT Score Report (Plaintiff
Hearing Ex.13)..................................................................A830

Sampson SAT Score Report (Plaintiff Hearing Ex. 14)..............................................................A831

1999 Sampson OLSAT Score Report (Plaintiff Hearing Ex. 15)................................................A835

June 2017 NBME Letter (Plaintiff Hearing Ex. 16) ..........................................................................A837

2017 Sampson Letter (Plaintiff Hearing Ex. 17) ..............................................................................A839

June 2017 Serrantino Letter (Plaintiff Hearing Ex. 18) ..................................................................A840

2017 Steve & Shelley Sampson Letter (Plaintiff Hearing Ex. 19) ...............................................A848

Quotes from School Record (Plaintiff Hearing Ex. 20) ..................................................................A850

Sampson Early School Records (Plaintiff Hearing Ex. 21) .............................................................A852

Aug. 2017 NBME Letter (Plaintiff Hearing Ex. 22) ........................................................................A868

Sampson Letter (Plaintiff Hearing Ex. 23).................A870

Oct. 2017 Serrantino Letter (Plaintiff Hearing Ex. 24) ..................................................................A871

Sept. 2017 Aronson Letter (Plaintiff Hearing Ex. 25) .....................................................................A877

2017 Anderson Letter (Plaintiff Hearing Ex. 26) ............................................................................A880

Jan. 2018 NBME Letter (Plaintiff Hearing
Ex. 27) ..............................................................A882

Feb. 2018 Sampson Letter (Plaintiff Hearing
Ex. 28) ..............................................................A883

2018 DeMotta Letter (Plaintiff Hearing
Ex. 29) ..............................................................A897

March 2018 NBME Letter (Plaintiff Hearing
Ex. 30) ..............................................................A898

June 2018 Simon Letter (Plaintiff Hearing
Ex. 31) ..............................................................A902

June 2018 Aronson Letter (Plaintiff Hearing
Ex. 31A)............................................................A918

Sept. 2018 NBME Letter (Plaintiff Hearing
Ex. 32) ..............................................................A920

Nov. 2018 Simon Letter (Plaintiff Hearing
Ex. 33) ..............................................................A922

Jan. 2019 NBME Letter (Plaintiff Hearing
Ex. 34) ..............................................................A927

2022 Sampson Accommodation Request Form
(Plaintiff Hearing Ex. 35)................................A929

2022 Sampson Personal Statement (Plaintiff
Hearing Ex. 36)................................................A935

2020 Wasserstein Evaluation (Plaintiff Hearing
Ex. 37) (SEALED)...........................................A939

June 2022 NBME Letter (Plaintiff Hearing
Ex. 38) ..............................................................A940

DSM-V, Learning Disorder (Plaintiff Hearing Ex. 49) ............................................................A942

DSM-V, ADHD (Plaintiff Hearing Ex. 50) ..................A951

Wasserstein Curriculum Vitae (Plaintiff Hearing Ex.55) ............................................................A959

## VOLUME V: A970 – A1161

Hearing Transcript, Oct. 11, 2022 ................................A970

Hearing Transcript, Oct. 12, 2022 ..............................A1036

Hearing Transcript, Oct. 13, 2022 ..............................A1135

Notice of Appeal ............................................................A1159

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SAMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:22-CV-05120-JMA-AYS |
| | ) |
| NATIONAL BOARD OF MEDICAL | ) |
| EXAMINERS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## <u>DECLARATION OF KEVIN MURPHY, PH.D.</u>

1.      My name is Kevin Murphy.  I am over 18 years of age and, unless otherwise stated, I have personal knowledge of the matters addressed herein.

2.      I provided two reports to the National Board of Medical Examiners ("NBME") regarding a request by Robert Sampson ("Mr. Sampson") for testing accommodations on Step 1 of the United States Medical Licensing Examination ("USMLE"), on November 26, 2018 and May 9, 2022.  True and correct copies of these reports are attached at **Exhibits 1 and 2**.

3.      In both reports, I concluded that the documentation submitted by Mr. Sampson did not substantiate a diagnosis of ADHD much less a degree of ADHD-related impairment that would warrant a finding that he is substantially limited in any major life activity that is relevant to taking the USMLE.  I therefore recommended that his request for accommodations on Step 1 based upon his ADHD diagnosis be denied.  In my report of May 9, 2022, I also concluded that Mr. Sampson's documentation did not establish that he is entitled to accommodations based upon the Specific Learning Disorder diagnoses that he received.  I firmly stand by these conclusions.

**A268**

4.      I have over 35 years of professional experience in the field of psychology.  My training and experience have included diagnosing learning disorders, but I specialize in Attention Deficit Hyperactivity Disorder ("ADHD").

5.      I am the President of the Adult Attention Deficit/Hyperactivity Disorder (ADHD) Clinic of Central Massachusetts, and I regularly evaluated and treated adolescents and adults for ADHD in this practice from January 2003 through December 2021.  I retired from seeing patients in January 2022.  I was also Chief of the Adult ADHD Clinic at UMass Medical School under the direction of Dr. Russell Barkley from January 1992 through January 2003 where I ran a specialty clinic devoted to research, assessment, and treatment of adults with ADHD.  I estimate that I have conducted approximately four thousand ADHD evaluations during my career.  My area of specialty is adult ADHD.  I also have a faculty appointment at the University of Massachusetts Medical School, and I have taught and published in the area of Adult ADHD.  I am a former member of the National Advisory Board of Children and Adults with Attention Deficit Disorder (CHADD) and was elected to the CHADD Hall of Fame in 2001.

6.      In addition to my years of clinical practice, research, and teaching, I have served for many years as an independent, external consultant for various organizations that administer standardized licensing examinations on which individuals sometimes make disability-based requests for testing accommodations.  The organizations for which I have served as an external consultant include the Boards of Bar Examiners for California, Connecticut, Delaware, Florida, Louisiana, Massachusetts, Missouri, New York, Oklahoma, and Washington, D.C; the National Board of Medical Examiners; the National Board of Osteopathic Medical Examiners; and the Educational Commission for Foreign Medical Graduates.

7.  It is a common practice for testing entities to retain external experts to review documentation submitted in support of an accommodation request and advise on matters of disability assessment and diagnosis, level and type of functional impairment demonstrated by an applicant, and the appropriateness of specific test accommodations. This practice is similar to the process in other contexts where benefits are provided if a person meets a given definition of disabled, such as requests for disability benefits under federal and state programs, and requests for accommodations by university students. The practice of reviewing supporting documentation and providing an opinion based upon that documentation is well established and professionally sound, especially in the case of ADHD and learning disorders, where so much of the diagnosis relies on historical information, not just behavior in a clinician's office. Although an in-person consultation can sometimes provide relevant information, it is not essential to formulating a reliable opinion where the documentation contains relevant historical information and the results of previously administered assessment.

8.  My qualifications are further described in my CV, which is attached as **Exhibit 3.**

## **PROFESSIONAL CRITERIA FOR ADHD**

9.  To evaluate a patient for ADHD, clinicians must follow generally-accepted diagnostic criteria. These diagnostic guidelines are set forth in the Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5). For adults, the consensus guidelines set forth certain criteria that must be present to justify a diagnosis of ADHD. These guidelines are discussed below.

10.  The diagnosis of ADHD depends on evidence of significant developmentally deviant impairment that has a childhood onset. It must be documented beyond self-report that such symptoms have consistently and pervasively disrupted the individual's functioning. Without

compelling evidence of early-appearing and chronic impairment across settings (*e.g.*, home, school, socially, work), the diagnosis is inappropriate. It must also be demonstrated that the symptoms cannot be better explained by other factors (*e.g.*, anxiety).

### a. <u>Age of Onset</u>

11.     First, and most importantly, evidence must exist that the individual experienced meaningful impairment since early in life. The requirement for a childhood onset flows from ample evidence that ADHD is a neurodevelopmental disorder that, by definition, must appear during development. The logic underlying this criterion is as follows: Extensive research has shown that individuals with ADHD, largely because of genetics and/or birth-related factors, come into the world with a diminished ability to inhibit behavior and focus attention. Since the ability to pay attention and exert self-control is central to a child's healthy growth and adjustment, the impact of those deficits would necessarily be discernible during childhood. In fact, much of what children need to learn, whether at home, in the classroom, or on the playground, hinges on the capacity to stop their behavior long enough to allow for a considered response. Without an adequate ability to inhibit behavior and deploy attention, children will inevitably encounter trouble learning rules, getting along with others, controlling emotions, acquiring academic skills, benefiting from past experience, and anticipating future events. The capacity to exert self-control and concentrate is so necessary for normal development that any significant deficits in these areas would unavoidably have an early and observable impact on adjustment in the same way that a reading disability would be obvious during the years children typically learn to read. The main point, though, is that an individual does not suddenly "come down" with ADHD later in life. The symptoms must be evident and problematic from early on.

12.     According to current criteria, symptoms must be evident prior to age 12.

13.     The early onset of symptoms must be documented through tangible evidence of impairment during childhood.  Hard evidence is required because many non-ADHD adults self-report that they experienced ADHD-like symptoms of inattentiveness and disorganization as children.  For example, in a published study reporting on the standardization of an ADHD rating scale, 719 normal individuals were asked if they experienced ADHD symptoms during childhood.  On average, 80% of these normal adults reported having experienced at least 6 of the 18 symptoms listed in the DSM-5 criteria at least "sometimes" during childhood.  Twenty-five percent endorsed at least 6 items as having occurred "often."  It is therefore quite normal for people to look back on their childhood and identify themselves as having ADHD-like symptoms.

14.     For individuals who meet the full diagnostic criteria and who have "walked the walk" with respect to knowing what it is like to live with ADHD, providing evidence of pervasive impairment is almost always a straightforward task.  They can provide numerous examples of how ADHD has disrupted their lives in multiple domains of functioning and in many cases documented accounts of poor academic or work performance, behavioral/self-control problems, impaired social adjustment, and, for some, highly impulsive and unruly behavior.  It should also be noted that these ADHD symptoms emerge despite reasonable efforts at compensation on the part of the individual, parents, and teachers.  The mark of a true disorder is that despite one's best efforts at controlling symptoms, the symptoms overwhelm the person's ability to manage them, resulting in developmentally deviant real-world impairment that is problematic in multiple life domains, persistent, and quite noticeable to others.  Indeed, this is what makes it a disorder.

   **b.  Consistency and Pervasiveness of Symptoms**

15.     The next two elements of the diagnosis focus on the pervasiveness and consistency of the impairment.  ADHD symptoms not only appear early in life, but they disrupt someone's adjustment with relative consistency from year to year and from setting to setting (namely, home,

school, work, and the community). Therefore, ADHD affects more than just discrete slices of academic or social interaction or job performance. The concept here is that this disorder represents a "hard-wired," enduring set of characteristics that have a broad and pervasive impact on a person's functioning. Except in unusual circumstances, an individual with ADHD will show those characteristics most of the time and in most situations.

### c. **Evidence of Impairment**

16.     In the case of ADHD, DSM-5 calls for "clear evidence that the symptoms interfere with, or reduce the quality of, social, academic, or occupational functioning." It is assumed by the clinical research community that psychiatric diagnoses should only be assigned to individuals who function abnormally relative to most other people of the same age.

17.     Because many psychiatric symptoms tend to represent extremes of universal human traits, it becomes even more important for clinicians to ensure that they identify a disorder only when it causes significant functional impairment. If not, definitions of mental disorders can be stretched so thin that they encompass either normal expressions of personality style or expectable reactions to common life events (like failing a class exam, earning a low grade in Organic Chemistry, or being fired from a job). In essence, that someone manifests symptoms associated with a psychiatric classification does not necessarily mean that he or she is sufficiently impaired to justify a diagnosis. In fact, research has established that the degree to which someone has symptoms of a disorder (such as inattention or distractibility) is only weakly related to how much impairment those symptoms cause (such as school failure, difficulties on the job, etc.). Therefore, a person can be rated as highly inattentive but not necessarily impaired. Conversely, an individual might not show many traits associated with ADHD, but nonetheless experience meaningful maladjustment. The sine qua non of a disorder is clear evidence of functional impairment or what has been termed "harmful dysfunction." Such impairment emerges as a significantly diminished

capacity to meet age-appropriate expectations in major life activities, such as work, school, social relations, and self-care. In clinical parlance, the individual shows significant deficits in adaptive functioning.

18.     It is considered inappropriate by clinical researchers to assign a psychiatric diagnosis to someone who functions well, but perhaps not as well as he or she might prefer. To do so would be like considering an individual to be physically disabled because he could run fast, but not as fast as he would prefer, or as fast as one would predict based on his overall athletic ability. Furthermore, having a high IQ is not a guarantee for unlimited success in every endeavor. Very intelligent people can nonetheless underperform relative to their abilities for any number of reasons. Those might include motivational factors, substance use disorders, test anxiety, subclinical mood problems, personality issues, economic stressors, other situational stressors, and severe mental illness. For ADHD, impairment is determined by the extent to which the symptoms preclude an individual from managing, as well as most others, routine life tasks across multiple settings (home, school, work, and the social environment).

### d.     Ruling Out Other Possible Explanations for the Symptoms

19.     Inattention is a highly non-specific symptom that can emerge as a feature in any number of psychiatric, educational, medical, or routine life circumstances, from schizophrenia, depression, and anxiety to migraine headaches, boredom, and unrecognized cognitive limitations. Inattention as a symptom therefore resembles fever or chest pains in that its presence alone does little to narrow the field of diagnostic possibilities. It simply means that the individual experiences sufficient distress or distraction to affect concentration. Because an individual can be inattentive for so many reasons, the DSM-5 and the consensus of professional opinion require that other disorders and circumstances be ruled out as explanations for ADHD-type symptoms. ADHD

assessments should pursue a differential diagnosis by gathering information from multiple domains and sources to verify that any inattention is not due to some other factor.

20.     Similarly, exhibiting episodic hyperactive and/or impulsivity symptoms or personality traits does not necessarily mean one has ADHD or a disability.  For example, one can endorse being talkative, energetic, fidgety, restless, being always on the go, exhibiting hyperactive behavior at times, and interrupting others, but if these behaviors do not result in "harmful dysfunction" or significant real-world impairment relative to same aged peers, there is no disorder.

## **DIAGNOSIS VERSUS DISABILITY**

21.     The DSM-5 expressly notes that clinical criteria may not be directly relevant in making decisions as to whether someone is disabled in a nonclinical context.  According to DSM-5, in "most situations, the clinical diagnosis of a DSM-5 mental disorder … does not imply that an individual with such a condition meets a legal criteria for the presence of a mental disorder or a specified legal standard....  For the latter, additional information is usually required beyond that contained in the DSM-5 diagnosis, which might include information about the individual's functional impairments and how these impairments affect the particular abilities in question."  The DSM-5 further states that "[a]ssignment of a particular diagnosis does not imply a specific level of impairment or disability."  Hence, it is possible for someone to meet clinical criteria for a mild form of a diagnosis but not be disabled by it.

22.     Several surveys indicate that many clinicians fail to understand (or at least fail to reflect in their recommendations) the distinction between a clinical diagnosis and a legal determination.  They proceed as if a clinical diagnosis is tantamount to a legal qualification of disability.  There may be a difference, however, between having a diagnosable impairment and having an impairment that rises to the level of a "disability" for the purposes of a particular law.

23.     In the context of reviewing requests for accommodations on standardized tests, the legal criteria are supplied by the Americans with Disabilities Act ("ADA").  It is my understanding that an impairment does not rise to the level of a "disability" for purposes of ADA coverage unless it results in a substantial limitation on an individual's ability to perform one or more major life activities, as compared to most people.  Thus, when considering whether testing accommodations are warranted for a given individual, a clinician must consider not only whether the individual meets the DSM-5 criteria for an ADHD diagnosis, but also how the individual functions relative to most people in the general population.

**APPLYING THE DIAGNOSTIC CRITERIA TO MR. SAMPSON**

24.     In accordance with the diagnostic criteria, when assessing whether an adult has ADHD, I look for evidence that:  (a) the individual had a *childhood onset of symptoms* (prior to age 12) that resulted in *clinically-significant impairment*, (b) the *symptoms have been chronic* and have resulted in *pervasive impairment over time and across situations*, (c) there was *developmental deviance compared to same-aged peers*, and (d) the *symptoms are not better explained by other factors* such as another mental disorder or transient situational stressors.

25.     In my opinion, the documentation submitted to NBME on behalf of Mr. Sampson does not substantiate an ADHD diagnosis for Mr. Sampson and does not demonstrate that he is substantially limited in a major life activity as a result of his claimed ADHD, and therefore does not support the conclusion that Mr. Sampson is disabled within the meaning of the ADA.

26.     Mr. Sampson's reported problems appear to be largely specific to taking the USMLE Step 1 exam and his medical school exams.  ADHD, however, is more global than difficulty with test-taking or finishing tests.  As discussed above, it is a neurodevelopmental disorder with a childhood onset that typically results in a chronic and pervasive pattern of

developmentally deviant impairment in academic, social, vocational, and daily adaptive functioning. ADHD seriously disrupts one's functioning over time and across situations in multiple areas of functioning and not just in one fairly circumscribed area, such as medical school test-taking. Indeed, one of the diagnostic criteria for ADHD is that it must meaningfully impact an individual in multiple settings.

27.     As previously stated, the lives of people with ADHD are typically characterized by academic and vocational underachievement, unsatisfactory personal relationships, problems with behavior and self-control, and general difficulty managing the routine tasks of daily life. I see no evidence of this in Mr. Sampson's documentation.

28.     In my opinion, the ADHD diagnoses that Mr. Sampson received from Dr. Aronson and Dr. Wasserstein were not adequately substantiated. Dr. Aronson did not provide a diagnostic report showing how Mr. Sampson met full DSM-5 criteria for ADHD, nor did he adequately substantiate a childhood onset of ADHD symptoms in his letters. His ADHD diagnosis was apparently based mostly on self-report over several visits and what Dr. Aronson referred to as the "impact of key data points from a multitude of sources". I am not sure what this means, as Dr. Aronson did not provide details or specifics on what these "multitude of sources" were. Dr. Aronson also made several statements that were not supported by objective evidence. For example, Dr. Aronson stated Mr. Sampson had slow processing speed, when he actually had a WAIS IV Processing Speed Index score of 122 (Superior range), a history of excellent grades, excellent scores on past standardized tests, consistently high real-world achievement, and a Cognitive Fluency Index score in the Above Average range. Dr. Aronson also stated Mr. Sampson was "profoundly disabled currently" and that he "cannot concentrate and read efficiently". I saw no convincing evidence to support these statements. For example, his total scores on the MCAT

were in the 67th and 73rd percentiles for the two times he tested, with a Verbal Reasoning score in the 84th percentile; he scored a 25 on the ACT Reading section; his Critical Reading scores on the SAT were 580, 620, and 680 (74th, 84th, and 93rd percentiles respectively); his PSAT Reading score was in the Average range; a reading assessment from age 10 using the Woodcock Reading Mastery Tests indicated he was on grade level; his Terra Nova Reading score from 5th grade was in the Average range (59th percentile); and his Broad Reading score on the Woodcock Johnson was at the 80th percentile (High Average range). Moreover, he was never referred for any reading assessments or treatment during childhood, graduated from a highly regarded university with a 3.4 GPA, has a 4.0 GPA in Business school currently, and according to his clinical rotation evaluations reads a lot to help increase his medical knowledge. All of this is inconsistent with someone who is "profoundly disabled" and cannot read efficiently.

29.     Dr. Wasserstein's report also did not adequately substantiate an ADHD diagnosis with hard evidence of real-world functional impairment across domains. Her ADHD diagnosis was based on self-report, symptom endorsement on self-administered ADHD rating scales (CAARS, CAADID), a review of past evaluations and letters of support from Mr. Sampson's teachers, parents, and tutors, and test scores/statistical discrepancies that are not diagnostic of ADHD or a disability. She did not show a pattern of developmentally deviant real-world functional impairment consistent with the diagnosis. Symptom endorsement on self-administered ADHD rating scales is not sufficient to establish an ADHD diagnosis, especially in the absence of any documented or credible evidence of real-world functional impairment that would rise to the level of a disability. Almost all of Mr. Sampson's test scores in this evaluation were within the Average range or better (and many were in the Above Average to Superior ranges), suggesting no neurological dysfunction. A Processing Speed Index score of 122 on the WAIS-IV is in the

Superior range, is not deficient, is not supportive of slow cognitive speed or a need for extra time, is not diagnostic of ADHD, and is not evidence of impaired functioning. Continuous Performance Tests (such as the IVA Plus) have not been shown to be particularly useful in either confirming or disconfirming an ADHD diagnosis due to their high false positive and false negative rates. Low Average or Below Average scores at one snapshot in time on Trails B, the Stroop Interference subtest, the Rey, and the Nelson Denny Reading Test are not diagnostic of ADHD or LD and are not evidence of impaired functioning. One cannot automatically assume that real-world functional impairment exists based on a low or lower-than-expected test score at one moment in time. Real-world evidence of impairment is critical in the context of an ADHD diagnosis and disability determination; not merely diagnostic test scores or statistical discrepancies in individual areas of ability. Here, there was no convincing hard evidence of any significant academic, social, vocational, daily adaptive, or executive functioning impairment in Mr. Sampson's real-world functioning. The fact that Mr. Sampson performed better on the Nelson Denny Reading Test when given unlimited time is not unusual and is not diagnostic of ADHD, LD, or a disability. Finally, Dr. Wasserstein in my opinion did not adequately rule out other possible alternative explanations for Mr. Sampson's difficulties with medical school tests besides ADHD and Learning/Neurological disorders. For example, anxiety or having a personal test-taking style/preference that is slow, deliberate, or too obsessive are other possibilities that were not adequately ruled out. Dr. Wasserstein made reference to Mr. Sampson's "deliberate and slow work style" and that he "ruminated over his responses" on untimed tasks. Dr. Michels stated that "when stressed his style can become somewhat obsessive, and he appears prone to overthinking minute details". And Dr. Anderson noted that, during her testing, Mr. Sampson "appeared to distract himself by thinking about items he had just responded to even though the testing had

moved on." Hence, it is possible that an obsessive, slow, and deliberate work style could explain his difficulty in finishing his medical school tests (which he reports has been his experience) rather than a learning or neurological disorder.

30.     In addition, Dr. Wasserstein seems to be making the argument that test scores that are "only Average" in the context of an overall Superior Verbal IQ are evidence of impaired functioning and a disability. They are not. More specifically, Dr. Wasserstein indicated that Mr. Sampson's PSAT Reading score was "only at the 52nd percentile", his ACT Reading Scores-- although still in the Average to High Average range--were "relatively weaker" than his other ACT domain scores that were in the Above Average to Superior ranges, and that his SAT Critical Reading score was "only Average" (it was at the 74th percentile) while his other scores were Superior. Relative weaknesses that still fall within the Average range (and, in this instance, in the High Average range) are not diagnostic of ADHD or LD and are not evidence of impaired functioning. Dr. Wasserstein also stated Mr. Sampson's nonverbal reasoning ability (Perceptual Reasoning Index on the WAIS IV) "albeit in the High Average range was significantly weaker than other cognitive domains". She then says that by virtue of his High Average Perceptual Reasoning Index score, he has a "metaphorical limp between his various thinking skills, the extent of which creates significant handicaps on tasks that rely on perceptual reasoning and working memory, such as reading comprehension". She states that "such variability in scores (from the lower end of Average to Very Superior) indicates disruption in underlying neurocognitive abilities, even with normal range scores". I respectfully disagree with these statements. Average or High Average scores in the context of a Superior Verbal IQ are not reflective of significant handicaps and are not evidence of impaired functioning or a disability, especially when considering whether someone is limited as compared to most people in the general population, which is the relevant

metric here. Dr. Wasserstein's argument that Mr. Sampson's "only Average" scores represent a significant impairment flies in the face of this standard. Trying to make the argument that someone is disabled because he is "only Average" in some areas while Superior in most other areas is not persuasive or accurate. Further, Mr. Sampson's WIAT Written Expression scores were almost all in the Superior range, his WIAT Spelling score was at the 63rd percentile (which is not consistent with what Dr. Wasserstein called "poor spelling"), his SAT scores in Writing were at the 93rd, 92nd, and 94th percentiles, his Sentence Writing Fluency score on the Woodcock Johnson Tests of Achievement was at the 96th percentile (Superior range), his Timed Writing Fluency score from Dr. Michels' report was in the Superior range, his Story Composition score from Dr. Michels' report was in the Above Average range (she concluded "his ability to write eloquently was clear"), his Writing Samples score from Dr. Michels' report was at the 65th percentile (Average range), his punctuation and spelling skills were in the Average range in Dr. Michels' report, and he was commended by his clinical supervisors for his "outstanding write ups" and "good notes". These facts and the fact that he has no history of developmentally deviant problems with written expression are all inconsistent with Dr. Wasserstein's new diagnosis of Specific Learning Disorder with Impairment in Written Expression. I see no basis to justify this new diagnosis, nor do I see how it would be relevant to Mr. Sampson's ability to take the multiple-choice Step 1 exam.

31. In addition, the fact that Mr. Sampson used tutors over the years does not necessarily mean he had deficiencies relative to same-aged peers. For example, he always had very strong math skills and had Superior math scores on the SAT, ACT, and the WIAT, so why did he need tutoring in math? Dr. Michels report indicated he "needed significant tutoring to remain in the highest math classes". This is not evidence of impaired functioning. There was no evidence that he required tutoring in order to remediate something that was deficient, as opposed

to choosing to pursue tutoring to help optimize his already unimpaired functioning. Further, even though Mr. Sampson had WIAT scores in the "Very Superior" range (99th percentile) in Math Problem Solving and in the Superior range (97th percentile) in Numerical Operations, Dr. Wasserstein nevertheless indicated he exhibited "visual misperceptions" on these tests and "sometimes misinterpreted" a plus sign "+" as a multiplication sign "x" "suggesting vulnerable visual processing and/or inattention". This at best illogical and certainly does not provide a persuasive basis for suggesting impaired visual processing functioning.

32.    Other parts of Mr. Sampson's documentation that do not support an ADHD diagnosis come from two of his own professionals, who evaluated him in 2013. Dr. Suzanne Michels and Dr. Allison Anderson both concluded he did not have ADHD. More specifically, Dr. Anderson concluded "Mr. Sampson's testing results and history supply little evidence that his problems are the result of ADHD". Dr. Anderson's report also indicated that ADHD rating scales (Barkley RS) were administered to Mr. Sampson, his girlfriend, both of his parents, and his tutor, and ALL of their ratings were within the normal range for current functioning and not supportive of having a clinical diagnosis of ADHD. Dr. Anderson further concluded "he does not appear to have the consistent and severe pattern of impulsivity, social problems, marked inattention, or physical restlessness that supports an ADHD diagnosis." Dr. Michels' report did not provide an ADHD diagnosis (presumably because there was insufficient evidence to support or suggest such a diagnosis). Instead, she made a diagnosis of Learning Disorder, Not Otherwise Specified based on a statistical discrepancy between his Superior Verbal Comprehension Index and his "only Average" Perceptual Reasoning Index. Again, Average Perceptual Reasoning scores in the context of Superior Verbal Comprehension scores is not evidence of impaired functioning or a disability.

33.     As noted above, ADHD, by definition, starts in childhood and causes developmentally deviant, chronic, and pervasive impairment in multiple domains of functioning; it does not just suddenly arise in medical school.  There is insufficient evidence that Mr. Sampson was experiencing a magnitude of developmentally deviant symptoms or behavior in childhood that would be consistent with a clinical ADHD diagnosis.  Although there were a few teacher comments on his early report cards relating to distractibility, disorganization, listening, impulsivity, and following directions, these were few and far between, did not appear to significantly interfere in his progress, and did not appear to have persisted over time or interfere significantly in his adult functioning.  Moreover, there were a number of "positive" teacher comments as well, such as "organizational skills continue to improve", "he continues to grow as a reader", "it is a pleasure to be his teacher", "he is more organized in the classroom and now keeps an immaculate desk", "appropriate behavior has increased and I feel this will continue", "pleased with his progress", and "writing is consistently improving".  Further, there were no ratings of 1 or 2 ("unsatisfactory" or "inconsistent") on items relating to Work Habits or Citizenship on his report cards.  One teacher comment from a fourth quarter report stated "I am pleased by Robert's progress this year both academically and socially, he has developed better work habits, organizational skills, and a commitment to improving his academic performance".  Overall, the trend was toward improvement and the early issues teachers commented on seemed to resolve and not persist or cause any significant impairment as he got older, as evidenced by earning mostly A's in Honors and Advanced Placement classes in high school without accommodations, graduating from college with a 3.43 GPA without accommodations, having no behavioral problems, earning strong scores on the SAT, ACT, and MCAT without accommodations, and having no documented social, vocational, or daily adaptive impairment as an adult.

34.     It seems Mr. Sampson's case for viewing himself as impaired is based mostly on areas that are very difficult to measure or quantify.  For example, he sees himself as impaired because he reports he has to re-read material for understanding, had a parent read aloud to him when he was a child, feared being called upon to read in class, reportedly does not read for pleasure, believes he has to work harder than others, used Cliff notes because reading was so painful, has difficulty remembering names of people and places, gets fatigued when reading, and had to play music by ear because he was unable to read music.  These examples of impairment are quite ubiquitous and impossible to quantify; and is not the kind of impairment or magnitude of impairment that rises to the level of a disability, in my opinion.  Mild symptoms or mild impairments that do not substantially limit performance in a major life activity are not disabilities. Moreover, despite these self-reported "impairments", he was never referred for any evaluations, always got good grades, had no 504 Plans or IEP's, and had no history of receiving any kind of special education services.

35.     Despite his self-reported, longstanding ADHD-like symptoms, characterized as having existed since early childhood, Mr. Sampson was not diagnosed with ADHD until 2015, after he had started medical school.  He has no history of seeking or using any accommodations over his entire pre-medical school academic history.  As noted, he took the MCAT twice without any accommodations and performed better than 66% and 73% of the highly qualified individuals who took that exam when  he did.  He took the SAT three times as a junior or senior in high school, with scores on the reading, writing and math sections that ranged from a low of the 74th percentile to a high of the 96th percentile.  And his composite score on the ACT exam was in the 89th percentile. He also graduated from college at University of Virginia with a 3.43 GPA without

accommodations. This is not the profile of someone struggling with ADHD and LD at the magnitude of a clinical diagnosis or a disability.

36.     As noted above, Mr. Sampson did not provide any convincing evidence of early reading or writing impairment, or an impairment in any non-academic domains of functioning.

37.     With respect to work, Mr. Sampson provided evaluation reports from his clinical rotations. These reports were consistently very positive and showed no evidence of any ADHD-like impairment or impairment consistent with learning disorders in Written Expression or Reading.  For example, quotes taken directly from these evaluation reports included "write ups were stellar", "excellent performance", "communication skills were polished", "excellent performance in small group", "he read the medical literature and shared new knowledge with team members", "got along with team members very well", "he passed the Final essay exam and the NBME Subject exam", "wrote good notes", "readily and frequently reads up on his patients", "looks up medical literature to share knowledge with his team", "did a great job during this rotation", "his data gathering was very organized and followed the appropriate sequence", "he routinely demonstrated great preparation and breadth of reading", "excellent student and did a great job on his anesthesia rotation", "showed up on time and pays attention to detail", "reads about patients' issues and problems in more depth to increase his fund of knowledge", "punctual, conscientious, attentive, and professional", "team player", and "his behavior modeled reliability, collegiality, and integrity". These stellar reports are not consistent with someone struggling with ADHD and learning disorders in reading and written expression. In fact, if anything, they describe the antithesis of ADHD and learning disorders in reading and written expression.

38.     With respect to his social life, Mr. Sampson reported to Dr. Michels in 2013 that he socialized "with a variety of friends," had a girlfriend, and participated in a fraternity while at

-18-
**A285**

the University of Virginia (Michels report, pp. 2-3). She found him to be "engaging, personable, and intense", (Michels report, p. 3), and stated he "flourished socially and intellectually" at the University of Virginia (Michels report, p. 2).

39.     In short, Mr. Sampson's profile is not the profile of someone whose symptoms warrant a clinical diagnosis ADHD or LD, or a finding of disability within the meaning of the ADA.   Mr. Sampson's documentation does not substantiate a history or magnitude of developmentally deviant, pervasive impairment in school, work, social, or daily adaptive domains that is consistent with ADHD.   To the contrary, his records show a consistently successful academic (at least prior to medical school), work, and social history, without accommodations.

40.     Not performing as well as one would like or as well as may be expected on timed standardized tests can happen for any number of reasons, is not necessarily a symptom of ADHD, and is not evidence of impaired functioning.   For someone who truly suffers from this disorder at the magnitude of a clinical diagnosis and a disability, life is characterized by disrupted interpersonal relationships, underperformance in school and jobs, and generally inadequate adjustment.  People with ADHD struggle to succeed in life and typically leave a paper trail in their wake that is a testament to their longstanding history of developmentally deviant functional impairment.  The paper trail may include negative teacher comments relating to poor self-control and poor or inconsistent academic achievement, report cards/transcripts that show inconsistent/variable grades and/or low ratings in effort, citizenship, and behavior, special education records, 504 Plans, negative job performance reviews, treatment/intervention records that reflect efforts to remediate one's problems, and the like.   Indeed, ADHD is a seriously impairing disorder that leaves its mark on a wide swath of an individual's life.  I have seen no such records here.  To the contrary, the records Mr. Sampson did provide showed high academic

achievement and no documented evidence of significant impairment in any non-academic domains of functioning or indeed in any academic domains of functioning other than in connection with a substantively challenging, high-stakes licensing exam and his medical school exams. Merely proclaiming to experience ADHD-like symptoms without *documented* impairment is not sufficient to substantiate a diagnosis, much less a disability as that term is defined in the ADA.

41.    Mr. Sampson's test scores reported in Dr. Michels' evaluation report also were not supportive of an impairment in reading or learning, in my opinion. This is because almost all of his test scores were within the Average range or better and many were in the Above Average to Superior ranges.  The only "low" scores were on the Nelson Denny Reading Test, where he initially scored in the Low Average range on Reading Rate and Reading Comprehension (as reported in 2013 by Dr. Michels) but somehow dropped to the 1st percentile in 2020 when evaluated by Dr. Wasserstein. Putting aside that unexplained anomaly, the Nelson Denny is a screening test that by itself is not diagnostic of a reading disorder.

42.    Dr. Michels' diagnosis of Learning Disorder, NOS was based on a statistical discrepancy between his Very Superior Verbal Comprehension Index score and his "only Average Perceptual Reasoning Index score.  Relative weaknesses or "lower than expected" scores that still fall within the Average range are not evidence of impaired functioning or a disability.   This is especially true when there is no objective evidence of actual impairment in his real world functioning relative to the Average person.

43.    In my opinion, a careful review of Mr. Sampson's available historical documents and his consistently high achievement over the course of his life has shown (a) that his neuropsychological functioning is intact; (b) that the impairment he reports does not rise to the level of a disability; (c) that he is not substantially limited in a major life activity relative to the

average person; and (d) that he does not have an impairment that prevents him from having equal access to the USMLE Step 1 Exam.

44. The purpose of accommodations is not to help one achieve an optimal score, accommodate a personal test-taking style/preference that may be slow, deliberate, or obsessive, or to facilitate a positive or optimal outcome. Accommodation requests instead need to be tied to functional impairment that points to the need for the accommodation. Mr. Sampson's documentation did not show developmentally deviant impairment that indicates a need for extra time or extra breaks in order to have equal access to tests.

45. Mr. Sampson's statement that he has always had to work longer and harder than his peers to succeed is difficult to quantify, and even if true is not evidence of impaired functioning. It is not uncommon for individuals with no impairment to work harder -- or to perceive that they work harder -- than their peers. Some individuals will have to work harder than others to succeed, and some will succeed without working as hard as others. Such differences in work ethic or work requirements are not inherently indicative of whether a person has an impairment.

46. In summary, it is my opinion that Mr. Sampson does not meet the diagnostic criteria for ADHD or a Specific Learning Disorder and that he is not disabled within the meaning of the ADA. I therefore do not believe that granting Mr. Sampson's requested accommodations is warranted, because he does not need accommodations to take the USMLE Step 1 examination in an accessible manner.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 29, 2022.

DocuSigned by:

*Kevin Murphy*

CDD132E5CE3D4A1...

Kevin Murphy

# EXHIBIT 1

November 26, 2018

Catherine Farmer, Psy.D.
Manager, Disability Services and ADA Compliance Officer, Testing Programs
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104

RE:   Application of Robert Sampson for Step 1 exam accommodations (ID # 12391)

Dear Dr. Farmer:

Thank you for forwarding the materials on Mr. Sampson for review.  He is again requesting the accommodations of extended time (time and one-half over 2 days), extra breaks, and a private testing room based on diagnoses of Attention Deficit Hyperactivity Disorder Predominantly Inattentive Type, Specific Learning Disorder with Impairment in Reading (Dyslexia), Reading Fluency, Word Reading Accuracy, and Spelling, and Unspecified Neurodevelopmental Disorder; Visuospatial Memory and Visuospatial Processing.  Several previous requests for these accommodations have been denied by the NBME.  Mr. Sampson has appealed these denials and has provided additional documentation each time in an effort to support his request for these accommodations and explain from his perspective why he believes they are necessary.  I have not been involved in this case until now.  You have asked me to provide another opinion on his accommodation requests primarily with respect to the ADHD diagnosis as another Consultant will also be reviewing this documentation on the basis of the Specific Learning Disorder and Unspecified Neurodevelopmental Disorder diagnoses.  I have carefully reviewed **all** of the voluminous documentation he has provided.

In my opinion, the documentation provided does not adequately substantiate an ADHD diagnosis, a history or magnitude of chronic and pervasive real world impairment consistent with ADHD, or the existence of an ADHD-related disability and is therefore insufficient to warrant granting his requested accommodations on the basis of ADHD.  My reasons for this opinion are as follows:

1.     Mr. Sampson's difficulties seem to be largely contiguous with his entrance into the medical school environment.  ADHD is a developmental disability with a *childhood* onset that typically results in a chronic and pervasive pattern of developmentally deviant functional impairment in academic, social, and vocational arenas, and also in daily adaptive functioning.  Research shows that ADHD is a serious disorder that significantly disrupts functioning in multiple life domains including school, social, vocational, and daily adaptive domains, executive functioning, planning ahead, completing tasks, organization, and time management to name just a few.  For someone who truly suffers from this disorder at the magnitude of a clinical diagnosis or a disability, life is characterized by disrupted interpersonal relationships, underperformance in school and jobs, trouble managing the routine tasks of daily life, and generally inadequate adjustment.  People with bona fide ADHD struggle to succeed in life and typically leave a paper trail in their wake

**A290**

that is a testament to their longstanding history of developmentally deviant functional impairment. Examples of the paper trail are things like negative teacher comments relating to poor self control, poor or inconsistent academic achievement, report cards/transcripts that show inconsistent/variable grades and/or low ratings in effort, citizenship, and behavior, special education records, 504 Plans, negative job performance reviews, and the like. Indeed, ADHD is a seriously impairing disorder that leaves its mark on a wide swath of an individual's life. Mr. Sampson's documentation and overall history does not reflect a magnitude of symptoms or pervasive impairment that is consistent with ADHD or a disability, in my opinion.

2.  More specifically, despite his reported history of longstanding ADHD-like symptoms, he had no history of any early interventions or treatment for ADHD-like problems, had no documented history of behavioral/self control problems, was not diagnosed with ADHD until 2015 during medical school, reportedly had no history of seeking or receiving any formal accommodations prior to medical school Shelf Exams, scored in the Above Average to Superior ranges on the SAT and the ACT on several occasions without accommodations, scored at the 67th percentile and the 73rd percentile on the MCAT on two occasions without accommodations, reportedly earned A's in most of his high school classes which were typically Honors or Advanced Placement classes, reportedly "flourished socially and intellectually" in college at University of Virginia earning a GPA of 3.43 without accommodations, had no history of seeking or needing any mental health treatment prior to medical school, did not appear to have experienced any vocational impairment in his past work experiences including as a rescue squad volunteer or while in Korea doing immunology research, and he provided no convincing hard evidence that showed any history of significant ADHD-like impairment in his social, daily adaptive, or executive functioning. This is not the typical profile of someone struggling with ADHD at the magnitude of a clinical diagnosis or a disability.

3.  It is necessary to establish a childhood onset of developmentally deviant symptoms/impairment to receive the ADHD diagnosis as an adult. It is not clear that Mr. Sampson was experiencing a magnitude of developmentally deviant symptoms or behavior in childhood that would be consistent with a clinical diagnosis of ADHD, in my opinion. Although there were a few teacher comments on his early report cards relating to distractibility, disorganization, listening, impulsivity, and following directions, these seemed to be few and far between, did not appear to significantly interfere in his progress, and did not appear to have persisted over time or interfere significantly in his adult functioning. In fact, there were a number of "positive" teacher comments as well such as "organizational skills continue to improve", "he continues to grow as a reader", "it is a pleasure to be his teacher", "he is more organized in the classroom and now keeps an immaculate desk", "appropriate behavior has increased and I feel this will continue", "pleased with his progress", and "writing is consistently improving". Further, there were no ratings of 1 or 2 ("unsatisfactory" or "inconsistent") on items relating to Work Habits or Citizenship on his report cards. One other teacher comment from a fourth quarter report stated "I am pleased by Robert's progress this year both academically and socially, he has developed better work habits, organizational skills, and a commitment to improving his academic performance". Overall, the trend was toward improvement and his later grades and behavior as he got older seemed to be quite impressive (mostly A's in Honors and AP classes) with no extraordinary interventions beyond tutoring and hard work; and no objective evidence of developmentally deviant real world functional impairment relative to same aged peers. Hence, it is not clear that he would have met criteria for ADHD as a child.

4.  It is difficult to see where the history of developmentally deviant pervasive impairment is that would support an ADHD diagnosis or a disabling condition, in my opinion. There is little

objective documentation beyond self/parent report and testimonials to validate that he experienced a magnitude of clinically significant real world impairment over the course of his life in academics, work, social, daily adaptive, or executive functioning. By all objective measures, Mr. Sampson seems to have performed quite well in his life with respect to grades (mostly A's and B's), behavior, social functioning, daily adaptive functioning, high SAT, ACT, and MCAT test scores, and no history of formal treatment for ADHD (or any other psychological condition) prior to medical school other than tutoring. All of this is not indicative of impaired functioning or the presence of a disorder that would require a need for extra time, in my opinion. Where is the paper trail of records that reflect a struggle with ADHD over the course of his life? It seems Mr. Sampson's case for viewing himself as impaired is based mostly on areas that are very difficult to measure or quantify. For example, he sees himself as impaired because he reports he has to re-read material for understanding, had a parent read aloud to him when he was a child, feared being called upon to read in class, reportedly does not read for pleasure, used Cliff notes because reading was so painful, has difficulty remembering names of people and places, gets extremely fatigued when reading, and had to play music by ear because he was unable to read music. These examples of impairment strike me as being fairly ubiquitous and impossible to quantify; and is not the kind of impairment or magnitude of impairment that rises to the level of a disability, in my opinion. Moreover, if someone can compensate so effectively for their symptoms and for so long (up until medical school) without any formal accommodations or extraordinary interventions beyond tutoring and concerted effort, that person is not likely to be considered disabled under the ADA's definition.

5.  Further, on the face of it, it is difficult to label someone with a Reading Disorder (Dyslexia) who earned almost all A's and B's throughout his school history, had no history of treatment or assessment for reading problems, scored at the 80th percentile on Reading Fluency, had a Critical Reading score on the SAT in November 2008 at the 93rd percentile, had ACT scores of 30 (superior range) in Reading and English, had a Woodcock Johnson Broad Reading score at the 80th percentile, and had a SATA reading score in the Average range (25th percentile). His testing scores, past standardized test scores, history of stellar academic achievement, and absence of formal treatment strongly argue against his having a true reading disability. Low Average or Below Average scores at one snapshot in time on tests such as the Nelson Denny Reading test are not enough to substantiate a Reading Disability. Moreover, it was not entirely clear to me that he *required* tutoring in order to remediate something that was deficient or whether he chose to pursue tutoring to optimize his already unimpaired functioning. For example, Dr. Michels' report indicated he "needed significant tutoring to remain in the highest math classes". Again, this is not evidence of impaired functioning. In short, his documentation fails to adequately substantiate the pervasive developmentally deviant impairment over time and across situations that typically characterizes ADHD, in my opinion.

6.  The ADHD diagnosis was not adequately substantiated, in my opinion. First, there seems to be a lack of consensus on the ADHD diagnosis amongst Mr. Sampson's diagnosticians. For example, Dr. Suzanne Michels did not make an ADHD diagnosis in 2013 and Dr. Allison Anderson concluded in 2013 that "his testing results and history supply little evidence that his problems are the result of ADHD". Dr. Allison's report also indicated that ADHD Rating Scales (Barkley RS) were administered to Mr. Sampson, his girlfriend, both of his parents, and his tutor and **all** of their ratings were entirely normal and not supportive of ADHD. Dr. Anderson further concluded "he does not appear to have the consistent and severe pattern of impulsivity, social problems, marked inattention, or physical restlessness that supports an ADHD diagnosis". I agree that his overall history is not supportive of an ADHD diagnosis. Dr. Aronson's ADHD diagnosis was based mostly on self report over several visits and the "impact of key data points from a

multitude of sources".  I am not sure what this means.  Dr. Aronson stated he had slow Processing Speed despite his history of excellent grades, excellent scores on past standardized tests, consistently high real world achievement, and a WAIS IV Processing Speed Index score of 122 (Superior range).  Dr. Aronson also stated Mr. Sampson was "profoundly disabled currently" and that he "cannot concentrate and read efficiently".  I saw no convincing evidence to support these statements.  Further, test scores and/or statistical discrepancies are not diagnostic of ADHD.  Almost all of his test scores were within at least the Average range (and many were in the Above Average to Superior ranges) suggesting no neurological dysfunction.  A Processing Speed Index score of 122 on the WAIS-IV is in the Superior range, is not deficient, is not supportive of slow cognitive speed or a need for extra time, is not diagnostic of ADHD, and is not evidence of impaired functioning.  Scores that are "only Average" in the context of an overall Superior Verbal IQ are not diagnostic of ADHD or evidence of impaired functioning.   Relative weaknesses that still fall within the Average range are not diagnostic of ADHD and are not evidence of impaired functioning.  Low Average or Below Average scores on the Rey, Trails B, Picture Recognition, and Stroop Interference at one snapshot in time is also not diagnostic of ADHD or evidence of a disability.  Dr. Aronson tended to over emphasize self report, test scores, and statistical discrepancies as the major bases for the ADHD diagnosis rather than building a case for the ADHD diagnosis by showing a magnitude of chronic and pervasive developmentally deviant real world impairment consistent with this diagnosis, in my opinion.  Mr. Sampson's statement that "he has to work infinitely harder" than his peers to succeed is difficult to quantify, and even if true is not necessarily evidence of impaired functioning.  It is also possible that other factors besides ADHD could account for his difficulty finishing medical school tests such as having a deliberate or obsessive test taking style/preference.

7.  In summary, Mr. Sampson's documentation fails to build a credible case for the existence of ADHD and fails to show that having ADHD is responsible for his reported difficulties with reading and finishing tests in medical school.  His documentation also fails to adequately show that he has a disability within the meaning of the ADA, in my opinion.  The fact that he may benefit from accommodations including extra time is not unusual and is not the issue.  Most people would.  However, to qualify for a disability under the American's with Disabilities Act, one must have a physical or mental impairment that substantially limits one or more major life activities.  He has not shown that he is substantially limited in any major life activity relative to the average person, in my opinion.  Earning all A's and B's throughout his school history and his very strong test scores and overall functional ability is not supportive of a disability, in my opinion.  The purpose of accommodations is not to optimize one's test scores, accommodate a personal test taking style/preference that may be slow or deliberate, or to guarantee that one finishes an exam.  The fact that he received accommodations in medical school and on Shelf Exams is not a guarantee he will qualify for accommodations on the Step 1 exam.  Because there is insufficient evidence of an ADHD diagnosis or an ADHD-related disability, I do not believe that granting his requested accommodations is warranted on the basis of ADHD in this case.

Sincerely,

_____

Kevin Murphy, Ph.D.

# EXHIBIT 2

May 9, 2022

Disability Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104

RE:   Fifth Appeal of Robert Sampson for Step 1 exam accommodations

Dear Disability Services:

Thank you for forwarding the additional materials on Mr. Sampson for review. He is again requesting the accommodations of extended time (double time over 2 days) and additional break time based on diagnoses of Attention Deficit Hyperactivity Disorder Predominantly Inattentive Type, Specific Learning Disorder with Impairment in Reading (Reading Fluency, Word Reading Accuracy, and Spelling), Unspecified Neurodevelopmental Disorder in Visuospatial Memory and Visuospatial Processing, and a new diagnosis of Specific Learning Disorder with Impairment in Written Expression. Four previous requests for these accommodations have been denied by the NBME. Mr. Sampson has submitted some new documentation in support of his current request for Reconsideration. The new documentation included an updated Personal Statement and a new Neuropsychological Evaluation report from Dr. Jeanette Wasserstein and Dr. Kim Miller. I have carefully reviewed all of the new documentation and the voluminous documentation he has previously provided.

In my opinion, the new documentation does not adequately substantiate any of his reported diagnoses, a history or magnitude of chronic and pervasive real world impairment consistent with ADHD/LD, or the existence of a disability and is therefore still insufficient to warrant granting his requested accommodations. My reasons for this opinion are as follows:

1.   The new report from Dr. Wasserstein and Dr. Miller does not adequately substantiate any of the reported diagnoses with hard evidence of real world functional impairment, in my opinion. Their ADHD diagnosis was based on self report, symptom endorsement on self-administered ADHD rating scales (CAARS, CAADID), a review of past evaluations and support letters from Mr. Sampson's teachers, parents, and tutors that I reviewed in my previous report, and test scores/statistical discrepancies that are not diagnostic of ADHD or a disabling condition. Symptom endorsement on self-administered ADHD rating scales is not sufficient to establish an ADHD diagnosis, especially in the absence of any documented or credible evidence of real world functional impairment that would rise to the level of a disability. Almost all of his test scores in this evaluation were within the Average range or better (and many were in the Above Average to Superior ranges) suggesting no neurological dysfunction. A Processing Speed Index score of 122 on the WAIS-IV is in the Superior range, is not deficient, is not supportive of slow cognitive speed or a need for extra time, is not diagnostic of ADHD, and is not evidence of impaired functioning. Continuous Performance Tests (such as the IVA Plus) have not been shown to be

Case 2:22-cv-06130-JMA-AYS Document 11-2 Filed 09/28/22 Page 8 of 25 PageID #: 446

particularly useful in either confirming or disconfirming an ADHD diagnosis due to their high false positive and false negative rates. Low Average or below Average scores at one snapshot in time on Trails B, the Stroop Interference subtest, the Rey, and the Nelson Denny Reading Test are not diagnostic of ADHD or LD and is not evidence of impaired functioning. The fact that Mr. Sampson performed better on the Nelson Denny when given "unlimited time" is not unusual and is not diagnostic of ADHD, LD, or a disability.

2.  Dr. Wasserstein and Dr. Miller seem to be making the argument that test scores that are "only Average" in the context of an overall Superior Verbal IQ is evidence of impaired functioning and a disability. They are not. More specifically, they indicated that his PSAT Reading score was "only at the 52nd percentile", his ACT Reading scores were "relatively weaker" than his other scores falling in the Average range between the 69th to 79th percentiles, and that his SAT Critical Reading score was "only Average" (74th percentile) while his other scores were Superior. Relative weaknesses that still fall within the Average range are not diagnostic of ADHD or LD and are not evidence of impaired functioning. Low Average or Below Average scores on the Rey, Trails B, Picture Recognition, and Stroop Interference at one snapshot in time is also not diagnostic of ADHD or evidence of a disability. Dr. Wasserstein also stated Mr. Sampson's nonverbal reasoning ability (Perceptual Reasoning Index on the WAIS-IV) *albeit in the High Average range* was significantly weaker than other cognitive domains. She then says that by virtue of his *High Average* Perceptual Reasoning Index score that he therefore has a "metaphorical limp between his various thinking skills, the extent of which creates significant handicaps on tasks that rely on perceptual reasoning and working memory, such as reading comprehension". She further states that "such variability in scores (from the lower end of Average to Very Superior) indicates disruption in underlying neurocognitive abilities, even with normal range scores". I respectfully disagree with these statements. Average or High Average scores in the context of a Superior Verbal IQ are not reflective of significant handicaps and are not evidence of impaired functioning or a disability.

3.  Dr. Wasserstein also does not seem to acknowledge that the metric that is relevant here with respect to the ADA is the Average Person Standard. The argument that Mr. Sampson's "only Average" scores represent a significant impairment flies in the face of the Average Person Standard. This is a major theme in this new documentation and trying to make the argument that he is impaired because he is "only Average" in some areas while Superior in most is not persuasive or accurate. Further, his WIAT Written Expression scores were almost all in the Superior range, his WIAT Spelling score was at the 63rd percentile (which is not consistent with what Dr. Wasserstein and Dr. Miller called "poor spelling"), the fact that he was "commended" by his professors for his great write ups of clinical cases, and the fact that he has no history of developmentally deviant problems with written expression are all inconsistent with his new diagnosis of Specific Learning Disorder with Impairment in Written Expression. I see no basis to justify this new diagnosis. In addition, the fact that he sought out help with numerous tutors over the years does not necessarily mean he had deficiencies relative to same aged peers. For example, he always had very strong math skills and had Superior Math scores on the SAT, ACT, and the WIAT so why did he need tutoring in Math? Dr. Michels' report indicated he "needed significant tutoring to remain in the highest math classes". This is not evidence of impaired functioning. It was not at all clear to me that he required tutoring in order to remediate something that was deficient as opposed to choosing to pursue tutoring to help optimize his already unimpaired functioning. Further, although Mr. Sampson had WIAT scores in the "Very Superior" range (99th percentile) in Math Problem Solving and in the Superior range (97th percentile) in Numerical Operations, Dr. Wasserstein nevertheless indicated he exhibited "visual misperceptions" and  "sometimes misinterpreted "+" as "x" suggesting vulnerable visual

Case 2:22-cv-06126-JMA-AYS Document 11-2 Filed 09/28/22 Page 9 of 25 PageID #: 447

processing and/or inattention".  Suggesting that someone is impaired by visual misperceptions when they score at the 97th and 99th percentiles is not appropriate and is obviously not evidence of impaired functioning or a disability.

4.  Moreover, Mr. Sampson's statements that everyday tasks are harder for him than others and that he is slower in reading and processing information than others is difficult to quantify, and even if true is not evidence of impaired functioning.  Earning a C+ grade in Organic Chemistry and a C- grade in Genetics and Molecular Biology is not unusual and is not evidence of a disability.  Failing Shelf Exams in a medical school curriculum is not a symptom of ADHD/LD and is not evidence of a disability.  Dr. Wasserstein and Dr. Miller also in my opinion did not adequately rule out other possible alternative explanations for his difficulties in medical school besides ADHD and Learning/neurological disorders.  For example, anxiety or having a personal test taking style/preference that is slow, deliberate, or too obsessive are other possibilities that have not been adequately ruled out.  Based on the totality of his documentation, consistently high grades and test scores, not seeking or needing any assessments or treatments until his adult life when studying for the MCAT, lack of a history of behavioral/self control problems, and no hard or convincing evidence of real world functional impairment in other non-academic life domains, I just do not see a history that substantiates diagnoses of ADHD or LD, or that shows he meets the ADA's definition of disability.

5.  To provide further justification for my opinion that he does not meet the ADA's definition of disabled, I would like to list a number of facts from Mr. Sampson's history (most of which were described in my previous report dated 11/26/18) that argue against his qualifying as a person with a disability:  (a) his difficulties seem largely contiguous with his entrance into the medical school environment (b) he had no history of any early interventions or treatment for any ADHD-like or LD problems (c) he had no documented behavioral problems, was not diagnosed with ADHD until medical school, and had no history of seeking or needing any formal accommodations prior to encountering medical school Shelf exams (d) he scored in the Above Average to Superior ranges on the SAT and ACT on several occasions without accommodations (e) he scored at the 67th and the 73rd percentile on the MCAT on two occasions without accommodations (f) he reportedly earned A's in most of his high school classes which were typically Honors or Advanced Placement classes (g) he reportedly "flourished socially and intellectually" in college at University of Virginia earning a GPA of 3.43 without accommodations (h) he had no history of seeking or needing any mental health treatment prior to medical school (i) he did not appear to have experienced any significant ADHD-like vocational impairment in past work experiences as an EMT or rescue squad volunteer (j) he provided no convincing hard evidence that showed any history of significant ADHD-like impairment in his social, daily adaptive, or executive functioning and (k) the "negative" teacher comments from his early report cards seemed to be few and far between, did not appear to significantly interfere in his progress, and did not appear to have persisted over time or significantly interfere in his adult functioning, in my opinion.  In fact, all of the weaknesses I pointed out in my first report are still valid and were not adequately addressed with the new documentation he submitted.

6.  In summary, Mr. Sampson's new documentation fails to build a credible case for the existence of ADHD/LD and fails to show that having ADHD/LD is responsible for his reported difficulties with reading and finishing tests in medical school.  His documentation also still fails to adequately show that he has a disability within the meaning of the ADA, in my opinion.  The fact that he may benefit from accommodations including extra time is not unusual and is not the issue.  Most people would.  However, to qualify for a disability under the American's with Disabilities Act, one must have a physical or mental impairment that substantially limits one or more major

4

life activities.  He has not shown that he is substantially limited in any major life activity relative to the Average person, in my opinion.  Earning essentially all A's and B's throughout his school history and his very strong test scores and overall functional ability is not supportive of a disability, in my opinion.  The purpose of accommodations is not to optimize one's test scores, accommodate a personal test taking style/preference that may be slow or deliberate, or to guarantee that one finishes an exam.  The fact that he received accommodations in medical school and on Shelf Exams is not a guarantee he will qualify for accommodations on the Step 1 exam.  Because there is insufficient evidence of an ADHD/LD diagnosis or disability, I must continue to recommend denial of his requested accommodations.

Sincerely,


_____
Kevin Murphy, Ph.D.

**A298**

# EXHIBIT 3

KEVIN RICHARD MURPHY, Ph.D.

Current Business Address:
138 Dwight Drive, Wells, ME 04090
Phone:(Cell):(508)769-6218
Email: drmurphy@adultadhdclinic.com
 Website: www.adultadhdclinicma.com

Personal Data:
Date of Birth: ██████████████████
Social Security ████████████████████
███████████████████████████████████████

## EDUCATION

Ph.D. Counseling Psychology.  University of Connecticut, Storrs, CT, 1990
Doctoral Dissertation: Biological Parents of ADHD Children: Degree of
Attention Deficits Relative to the Biological Parents of Normal Children.

Pre-Doctoral Internship Training: Worcester State Hospital & UMass Medical
Center, Department of Psychiatry, Worcester, MA, 1987 - 1988

M.S.  Counseling Psychology.  Florida State University, Tallahassee, FL, 1981

B.A.  Psychology.  Boston College, Chestnut Hill, MA, l979, Magna Cum Laude.

## PROFESSIONAL EXPERIENCE AND POSITIONS

The Adult ADHD Clinic of Central Massachusetts, 300 West Main Street, Bldg B,
Northboro, MA 01532. Private Practice. January 2003 - December 2021.

Associate Professor of Psychiatry & Chief: Adult Attention Deficit
Hyperactivity Disorder Clinic, UMass Medical Center, Worcester, MA.
Ran a specialty clinic devoted to research, assessment, and treatment of
adults with ADHD.  January 1992 - January 2003.

Associate Professor, Adjunct Faculty position, Assumption College Graduate
Program in Counseling Psychology, Worcester, MA  2002 - 2008.

Part Time Research Program Manager in the Bipolar and Psychotic Disorders
Program, UMass Memorial Health Care, Worcester, MA.
Coordinated all phases of a long-term study on treatment of patients with
Bipolar Disorder.  January 2000 - January 2002.

Consultant: Pennsylvania Board of Bar Examiners, 2006 - present.

Consultant: Maine Board of Bar Examiners, 2006 - present.

Consultant:  Florida Board of Bar Examiners, Tallahassee, FL. 2002 - present.

Consultant: National Board of Medical Examiners, Philadelphia, PA. 1991 -
Present.

Consultant: Educational Commission for Foreign Medical Graduates,
Philadelphia, PA.  1994 - Present.

Consultant: Louisiana Board of Law Examiners, New Orleans, LA. 2001 - 2004.

**A300**

2

Consultant: California Board of Law Examiners, San Francisco, CA. 1999–present.

Consultant: New York State Board of Law Examiners, Albany, NY. 1994 – Present.

Consultant: Connecticut, Massachusetts, and Washington D.C. Boards of Law Examiners. 1995 – Present.

Consultant: New Hampshire Board of Law Examiners, Concord, NH, 2008 – Present.

Employee Assistance Program Manager, ETP, Inc. Windsor, CT. Responsible for developing, implementing and managing local and national EAP contracts. Duties included clinical assessment and counseling, supervisory training, educational seminars, and management consultation. January 1991 - January 1992.

SENIOR RESEARCH ASSISTANT to Dr. Russell Barkley, Department of Psychiatry, University of Massachusetts Medical Center.
Managed a large federally funded NIMH grant studying Attention Deficit Disorder in adolescents, family conflicts, and their treatment. September 1998 – July 1990.

CLINICAL PSYCHOLOGY INTERN, Worcester State Hospital and University of Massachusetts Medical Center, Worcester, MA.
APA approved pre-doctoral internship. Duties included inpatient and outpatient counseling, psychological testing, working with the acutely and chronically mentally ill, and outpatient rotations in neuropsychology, behavioral medicine, and outpatient psychiatry. September 1987 – September 1988.

EMPLOYEE ASSISTANCE PROGRAM COUNSELOR, Massachusetts Employee Assistance Program, Fitchburg, MA. Assessment and counseling for Massachusetts State employees. February 1988 – August 1989.

EMPLOYEE ASSISTANCE PROGRAM CONSULTANT, Puzzo Associates, Waterbury, CT. Performed counseling, training, assessment, and program evaluation for Sikorsky Aircraft, Norden Defense Systems, Pratt and Whitney, and Diesel Systems divisions of United Technologies Corporation. Conducted training for local EAP contractors servicing United Technologies operating units in locations throughout the United States. February 1984 – September 1987.

EMPLOYEE SERVICES COORDINATOR, Omega Engineering, Stamford, CT. Counseled employees and supervisors on personnel problems, employee relations and benefits, developed an employee assistance program. November 1981 – February 1984.

Clinical Psychology Clerkships and Practicums during Graduate and Undergraduate Training: Massachusetts Mental Health Center State Hospital, Butler Hospital, Fall River Center for Alcohol Problems (Detoxification Unit), Counseling Center at Florida State University. 1978 – 1981.

**GRANT AWARDED**

"An Examination of ADHD Symptomatology in an Adult Community Sample". Basic Research Science Grant through UMASS Medical Center to develop adult norms for the DSM-IV ADHD criteria ($10,000). 1994.

**LICENSES/CERTIFICATIONS/PROFESSIONAL MEMBERSHIPS:**

**A301**

Licensed Psychologist and Health Service Provider, Commonwealth of Massachusetts (# 6529).
Certified Employee Assistance Professional in past (CEAP).
Certified Alcoholism Counselor in past.
Former Member of CHADD National Professional Advisory Board.


## HONORS AND AWARDS

Inducted into the ADHD Hall of Fame, Annual National Meeting of CHADD (Children and Adults with Attention Deficit Hyperactivity Disorder). October 2001.

University of Connecticut – Nominated to the Phi Delta Kappa Honor Society.
Boston College – Academic Scholarship.

Nominated to the Cross and Crown Honor Society of Boston College.
Somerset Teacher's Association Scholarship.
Lion's Club Scholarship.

## UNIVERSITY COMMITTEES

Academic Accommodations Committee for UMASS Medical School, 1997 – 2003.
Medical School Admissions Committee Interviewer, 1999 – 2003.
Compensation Committee, 1995 – 1996.


## TEACHING EXPERIENCE

Assumption College Graduate School of Counseling Psychology. Taught "Psychological Measurement" and "Special Topics Seminar on Assessment and Treatment of Adult ADHD", 2002 – 2005.

Supervisor of several psychology interns and psychiatry residents in the Department of Psychiatry at UMMC on Adult ADHD assessment and treatment. 1994 – 2003

Teacher for Dr. Sheldon Benjamin's Biological Psychiatry Seminar on assessment of Adult ADHD. 1999 – 2008.

Presenter for Law and Psychiatry Seminar Series at UMMC on ADHD as it relates to the Americans with Disabilities Act. 1999.

Presented two Grand Rounds presentations for the Department of Psychiatry at UMMC. 1993 and 2000.

Teacher for Office of Medical Education ADHD/Learning Disabilities Seminar on accommodations/eligibility issues for residents and medical students, Hoagland Pinkus Conference Center. 2000.

Taught psychiatry residents a seminar on Social Phobia. 2001.

Invited to teach a week-long seminar on assessment and treatment of Adult ADHD for the United States Army mental health professionals in Willingen, Germany. 1996.

Supervisor of Doctoral Dissertation of Anne Marie Samar at UMass Medical Center. 2000.

4

Teacher/Consultant to University of Massachusetts Undergraduate Counseling Center on issues related to ADHD and Academic Accommodations. Have provided two on site training workshops and provide ongoing telephone consultation to counseling center psychiatrist and other service personnel. 1993 – 2005.

Presenter for the Division of Forensic Mental Health on ADHD and legal issues. 1994.

Invited speaker to teach on Attention Deficit Disorders in Adults and Adolescents at the Menninger Clinic in Topeka, KS.  1994.

Individualized training and supervision of psychiatry resident Craig Surman for his adult ADHD elective.  1999.

Teacher for the Clinical Training series for Western Massachusetts Department of Mental Health.  1994 – 1995.

Panel member on a live national teleconference entitled "Emerging Disabilities on Campus: What You Need to Know."  2000.

Taught two ADHD seminars and one case conference For Dr. Ken Appelbaum's Forensic Program at Bridgewater Correctional Facility. 1999.

Occasional lectures to Psychiatry residents on ADHD.  1992 – 2006.

Teaching Assistant in Undergraduate and Graduate School. 1979 – 1981.

## SCIENTIFIC CONTRIBUTIONS

Clinical Consultant on a multi-site grant entitled "Longitudinal Outcomes of College Students with ADHD", 2012-2016.

Associate Editor of the ADHD Report. 1993 – 2019 (New York, Guilford Publications).

Clinical Commentary Editor, Journal of Attention Disorders, 2005 – 2014.

Consulting reference and book reviewer for Journal of Attention Disorders. 2000 – 2014.

Consultant on "Project Access", a grant from The United States Department of Education aimed at reducing barriers to successful completion of postsecondary education for students with disabilities. 1997-1999.

## PUBLICATIONS

### Books

Barkley, R.A., Murphy, K.R., & Fischer, M. (2008), ADHD in Adults: What the Science Says. New York: The Guilford Press.

Barkley, R. A. & Murphy, K. R. (2006). Attention Deficit Hyperactivity Disorder:  A Clinical Workbook (3rd ed.).  New York:  Guilford Press.

Barkley, R.A. & Murphy, K.R., (1998). Attention Deficit Hyperactivity Disorder: A clinical workbook (Second edition). New York: Guilford. A Spanish and Japanese translation has also been published with assistance of Jose J. Bauermeister, Ph.D. and associates.

Murphy, Kevin R., & Levert, Suzanne.  "Out of the Fog: Treatment Options and Coping Strategies for Adult Attention Deficit Disorder". Hyperion, 1995.

5

**Book Chapters**

Appelbaum, K. & Murphy, K. R., (2015). Attention Deficit Disorders. Chapter in The Textbook of Correctional Psychiatry, edited by Robert L. Trestman, Kenneth L. Appelbaum, and Jeffrey L. Metzner, 200-204, Oxford University Press.

Murphy, K. R., (2015). Psychological Counseling of Adults with ADHD. Chapter in Attention Deficit Hyperactivity Disorder: A Handbook for Diagnosis and Treatment, Fourth Edition, edited by Russell A. Barkley, New York: Guilford Press,741-756.

Murphy, K.R., & Gordon, M. (2006). Assessment of Adults with ADHD. Chapter in Attention Deficit Hyperactivity Disorder: A Handbook for Diagnosis and Treatment, Third Edition, edited by Russell A. Barkley, New York: Guilford Press, 425-450.

Murphy, K. R., (2006). Psychological counseling of adults with ADHD. Chapter in Attention Deficit Hyperactivity Disorder: A Handbook for Diagnosis and Treatment, Third Edition, edited by Russell A. Barkley, New York: Guilford Press, 692-703.

Murphy, K., (2002). Clinical case studies. In S. Goldstein and A. Teeter-Ellison (Eds.). *Clinical Interventions for Adult ADHD: A Comprehensive Approach.* New York, NY: Academic Press.

Murphy, K.R., & Gordon, M., (1998). Assessment of Adults with ADHD. Chapter in Attention Deficit Hyperactivity Disorder: A Handbook for Diagnosis and Treatment, Revised Edition, edited by Russell A. Barkley, New York: Guilford Press, 345-369.

Murphy, K.R., (1998). Psychological counseling of adults with ADHD. Chapter in Attention Deficit Hyperactivity Disorder: A Handbook for Diagnosis and Treatment, Revised Edition, edited by Russell A. Barkley, New York: Guilford Press, 582-591.

Gordon, M., & Murphy, K.R., (1998). Attention Deficit/ Hyperactivity Disorder (ADHD). Chapter in Accommodations in Higher Education under the Americans with Disabilities Act (ADA): A No-Nonsense Guide for Clinicians, Educators, Administrators, and Lawyers. Edited by Michael Gordon, Ph.D. & Shelby Keiser, M.S., Dewitt, New York, GSI Publications and New York: Guilford Press, 98-129.

Murphy, Kevin R., "Empowering the Adult with ADD". Chapter in A Comprehensive Guide to Attention Deficit Disorder in Adults: Research, Diagnosis, Treatment. Edited by Kathleen G. Nadeau, Brunner/Mazel, 1995.

**Journal Articles**

Murphy, K. R. & Appelbaum, K.,(2017). How reliable are prevalence rates of ADHD in prisons? The ADHD Report, Guilford Press, Vol. 25, Number 2, 1-5.

Murphy, K. R. (2012). ADHD Documentation Requirements for Test Accommodations Under the ADA Amendments Act (ADAAA): Impact of the New Department of Justice Regulations for Clinicians. The ADHD Report, Guilford Press.

Barkley, R. A., Murphy, K. R., O'Connell, T., & Connor, D. F. (2005). Effects of two doses of methylphenidate on simulator driving performance in adults

**A304**

6

with attention deficit hyperactivity disorder. Journal of Safety Research, 36, 121-131.

Barkley, R. A., Murphy, K. R., O'Connell, T., Anderson, D., & Connor, D. F. (in press). Effects of two doses of alcohol on simulator driving performance in adults with attention deficit hyperactivity disorder. Neuropsychology.

Knouse, L. E., Bagwell, C. L., Barkley, R. A., & Murphy, K. R. (in press). Accuracy of self-evaluation in adults with attention-deficit hyperactivity disorder. Journal of Attention Disorders.

Murphy, K.R., (2005). Psychosocial treatments for ADHD in teens and adults: A practice-friendly review. Journal of Clinical Psychology/In Session, Vol. 61, (5), 1-13.

Murphy, K.R., & Adler, L.A. (2004). Assessing attention deficit hyperactivity disorder in adults: focus on rating scales. The Journal of Clinical Psychiatry, Supplement 3, 65, 12-17.

Murphy, K., (2004). ADHD documentation for test accommodations under the ADA: Clarifying the confusion. The ADHD Report, Vol. 12, No. 5, October 2004, 1-5.

Gordon, M., Lewandowski, L., Murphy, K., & Dempsey, K. (2002). ADA-Based accommodations in higher education: A survey of clinicians about documentation requirements and diagnostic standards. Journal of Learning Disabilities, 35, No.4, 357-363.

Barkley, R. A., Murphy, K. R., & Bush, T. (2001). Time perception and reproduction in young adults with attention deficit hyperactivity disorder. Neuropsychology, 15, 351-360.

Murphy, K. R., Barkley, R. A., & Bush, T. (2001). Executive functioning and olfactory identification in young adults with attention deficit-hyperactivity disorder, Neuropsychology, 15, 211-220.

Barkley, R.A., Licho, R., McGough, J., Tuite, P., Feifel, D., Mishkin, F., Sullivan, M., Kawamoto, B., Murphy, K., McCracken, J., Corbett, B., Williams, B., Hoh, C., Fischman, A., Trout, J.R., Lanser, M., & Spencer, T. (in press). Excessive Dopamine Transporter Density in Adults with Attention Deficit Hyperactivity Disorder Assessed by SPECT with Altropane. Journal of Nervous and Mental Disease.

Barkley, R. A., Murphy, K. R., DuPaul, G. R., & Bush, T. (2002). Driving in young adults with attention deficit hyperactivity disorder: Knowledge, performance, adverse outcomes, and the role of executive functioning. Journal of the International Neuropsychological Society, 8, 655-672.

Murphy, K. R., Barkley, R. A., & Bush, T. (2002). Young adults with ADHD: Subtype differences in comorbidity, educational, and clinical history. The Journal of Nervous and Mental Disease. Vol. 190, No. 3, 147-157.

Gordon, M., & Murphy, K., (2001). Judging the impact of time limits and distractions on past test performance: A survey of ADHD, clinic-referred, and normal adults. The ADHD Report, Vol. 9, No. 3, June, 2001, 1-5.

Murphy, K., Gordon, M., & Barkley, R.A. (2000). To what extent are ADHD symptoms common? A reanalysis of standardization data from a DSM-IV checklist. The ADHD Report, Vol. 8, No. 3, June, 2000, 1-5.

Murphy, K., (1999). CH.A.D.D. fact sheet on adult ADHD. Children and Adults with Attention Deficit Disorder, Landover, MD.

7

Gordon, M., Murphy, K.R., & Keiser, S. "Attention Deficit Hyperactivity Disorder (ADHD) and Test Accommodations". The Bar Examiner, Vol. 67, No.4, 26-36, 1998.

Gordon, M., Barkley, R.A., & Murphy, K. "ADHD on Trial". The ADHD Report, Vol.5, No.4, August, 1997.

Murphy, K., & Barkley, R.A. (1996). ADHD in Adults: Comorbidities and adaptive impairments. Comprehensive Psychiatry, Vol. 37, No. 6, Nov/Dec 1996: 393-401.

Barkley, R.A., Murphy, K.R., & Kwasnik, D., (1996). Psychological functioning and adaptive impairments in young adults with ADHD. Journal of Attention Disorders, Vol. 1, No. 1, 41-54.

Murphy, K.R., & Barkley, R. (1996). Prevalence of DSM-IV Symptoms of ADHD in Adult Licensed Drivers: Implications for clinical diagnosis. Journal of Attention Disorders, Vol. 1, No. 3, 147-161.

Murphy, K.R., (1996). Adults with attention-deficit hyperactivity disorder: Assessment and treatment considerations. Seminars in Speech and Language (Special Issue), Vol. 17, No 3, 245-254.

Murphy, K., & Gordon, M. "ADHD as a basis for test accommodations: a primer for clinicians". The ADHD Report, Vol. 4, No. 6, December, 1996.

Murphy, K.R., & Barkley, R.A.,(1996). Biological parents of ADHD children: Psychological impairment and attentional performance. American Journal of Orthopsychiatry, 66, 93-102.

Barkley, R.A, Murphy, K.R. & Kwasnik, D., (1996). Motor vehicle driving performance and risks in young adults with ADHD. Pediatrics, 98, 1089 - 1095.

Murphy, Kevin R., & Latham, Patricia, "Disclosure of ADHD in the Workplace: Practical and Legal Issues to Consider". The ADHD Report, Vol. 3, No. 4, August, 1995.

Murphy, Kevin R., "Guarding Against Overdiagnosis of ADHD in Adults", The ADHD Report, Vol. 2, No. 6, December, 1994.

Murphy, Kevin R., "Interpersonal and Social Problems in Adults with ADD". Attention Magazine, October/November, 1994.

Barkley, Russell A. & Murphy, Kevin R., "Guidelines for a Written Clinical Report Concerning ADHD Adults". The ADHD Report, Vol. 1, No. 5, October, 1993.

Barkley, Russell A. & Murphy, Kevin R., "Differential Diagnosis of Adult ADHD: Some Controversial Issues". THE ADHD REPORT, Vol. 1, No. 4, August, 1993.

Murphy, Kevin R., "Effectively Communicating Adult ADHD Diagnosis". THE ADHD REPORT, Vol. 1, No. 3, June 1993, p. 6-7.

Murphy, Kevin, R., "Issues in the Assessment of ADHD Adults". THE ADHD REPORT, Vol. 1, No. 1, February, 1993, p. 5-6.

Murphy, Kevin, R., "Coping Strategies for ADHD Adults". CH.A.D.D.ER, Vol. 6, No. 2, Fall/Winter l992, p. 10-11.

8

**PRESENTATIONS**

"ADHD and the ADA: Myths, Realities, and Documentation Requirements", North Carolina AHEAD Conference, Wilmington, NC, October 8, 2004.

"The Evaluation and Management of ADHD in Adulthood", Pre-conference Institute at the American Psychological Association annual convention, Honolulu, Hawaii, July 29, 2004.

"Demystifying Mental Health Issues in the Workplace", UNUM Provident, Worcester, MA, October 16, 2003.

"The Evaluation and Management of ADHD in Adulthood", Pre-conference Institute at the American Psychological Association annual convention, Toronto, Canada, August 9, 2003.

"The Evaluation and Management of Attention Deficit Hyperactivity Disorder in Adulthood", Rhode Island Psychological Association, Warwick, RI, April 25, 2003.

"Diagnosing and Treating ADHD in Adults", Roundtable Presentation as Contribution to Special Supplement to The Journal of Clinical Psychiatry, Ritz-Carlton Hotel, Boston, MA, January 17, 2003.

"Succeeding in a Competitive World: Success Strategies for Adolescents and Adults with ADHD/LD", 2003 Proctor Special Education Symposium, Greensboro College, Greensboro, NC, March 3, 2003.

"Succeeding in a Competitive World: Success Strategies and Transitional Issues for Adolescents and Adults with ADHD/LD". Fletcher Forum on Learning Disabilities, Charlotte, NC, February 3, 2003.

"The Evaluation and Management of ADHD in Adulthood", Pre-conference Institute at the American Psychological Association annual convention, Chicago, Ill., August, 2002.

"Assessment and Treatment of Adult ADHD", Massachusetts Rehabilitation Commission, Hoagland-Pincus Conference Center, Shrewsbury, MA, April 2, 2002.

"Assessment and Treatment of ADHD in College Students", Holy Cross College, Office of Students with Disabilities, Worcester, MA, November 30, 2001.

"ADHD, Test Accommodations, and the American's With Disabilities Act: Myths and Realities", Visiting Scholar Invited Address at James Madison University, Harrisonburg, VA, November 12, 2001.

"ADHD in Young Adults: Assessment and Treatment Issues", Assumption College, Worcester, MA, November 9, 2001.

"Psychosocial Treatment in Bipolar Disorder", Manic Depression Disorder Association, Worcester, MA, October 1, 2001.

"Accurately Assessing ADHD and Common Co-Morbidities in High School and College Students: Implications for Diagnosticians, Educators, and Students", Keynote address at the 4th Annual Timothy B. Burnett Seminar for Academic Achievement, University of North Carolina, Chapel Hill, NC, September 25, 2001.

"ADHD, Academic Accommodations, and the ADA: Myths and Realities", University of Connecticut Post-Secondary Learning Disability Training Institute, Portland, ME, June 5 – 8, 2001.

**A307**

9

"ADHD: Transition to College, Passport for Success", UMass Medical Center, Worcester, MA, May 19, 2001.

"Assessment, Differential Diagnosis, and Treatment of Adult ADHD", Brattleboro Retreat, Brattleboro, VT, May 4, 2001.

"Assessment, Treatment, and Advocacy for Adults with ADHD", University of Alabama, Tuscaloosa, AL, April 27, 2001.

"Assessment, Differential Diagnosis, and Treatment of Adult ADHD", Georgia Southern University, Savannah, GA, April 19, 2001.

"Assessment and Treatment of Adult ADHD", Pre-conference Institute at CH.A.D.D National Convention, Chicago, IL. November 2, 2000.

"Adult ADHD: Current Issues in Assessment", Baystate Medical Center Grand Rounds presentation, Springfield, MA. October 11, 2000.

"Psychotherapy as an Integral Part of Bipolar Treatment", Symposia entitled "An Integrated Approach to the Long-term Management of Bipolar Disorder ", Seattle, WA. September 23, 2000.

"Adult ADHD: Assessment and Treatment", Atlantic Counseling and Consultation Workshop, Newton MA, September 14, 2000.

"Assessment and Treatment of Adult ADHD", Pre-conference Institute at American Psychological Association's annual convention, Washington, D.C. August 4, 2000.

"Psychotherapy as an Integral Part of Bipolar Treatment", Symposia entitled "An Integrated Approach to the Long-term Management of Bipolar Disorder", Westchester, NY.  August 3, 2000.

"Psychotherapy as an Integral Part of Bipolar Treatment", Symposia entitled "An Integrated Approach to the Long-term Management of Bipolar Disorder", Short Hills, NJ.  July 20, 2000.

"ADHD and the ADA: Test Accommodations on the Bar Exam, California Board of Bar Examiners, San Francisco, CA. May 5, 2000.

"Psychotherapy as an Integral Part of Bipolar Treatment", Symposia entitled "An Integrated Approach to the Long-term Management of Bipolar Disorder", Atlanta, GA. April 28, 2000.

"Adult ADHD: Assessment and Treatment", Juvenile Justice Department Personnel, Plainville, CT. June 26, 2000.

"Differentiating ADHD from Bipolar Disorder, OCD, and Substance Dependence via Case Presentations," Education and Training Programs, East Hartford, CT. April 14, 2000.

"ADHD and Test Accommodations on the USMLE", Northeast Regional Conference of Medical School Administrators, Baltimore, MD. March 30, 2000.

"Assessment and Treatment of Adult ADHD", University of North Carolina at Greensboro Third Annual Conference on ADHD; Strategies for Identification and Treatment Across the Life Span. Greensboro, NC, March 20, 2000.

"Emerging Disabilities on Campus: What You Need to Know".  National Teleconference panel member, University of Vermont, Burlington, VT.  March 13, 2000.

10

"Assessment and Treatment of Adult ADHD". Grand Rounds for University of Maine Medical Center, Portland, ME, March 1, 2000.

"Assessment and Treatment of ADHD in Adults". Education and Training Programs, East Hartford, CT. November 19, 1999.

"Case Conference". Bridgewater State Hospital Corrections Facility, Bridgewater, MA. November 16, 1999.

"Case Studies of Adults with ADHD". Bridgewater State Hospital Corrections Facility, Bridgewater, MA. October 26, 1999.

"Accomodations in Higher Education under The ADA". Panel presentation at CH.A.D.D. Annual Convention, Washington, D.C. October 8, 1999.

"Identification of ADHD and Classroom Interventions". Navajo Reservation Leupp Elementary School, Navajo Nation, AZ. July 27, 1999.

"Comorbidity of ADHD and Substance Abuse". Education and Training Programs, East Hartford, CT. July 22, 1999.

"Treatment of Adult ADHD in the Prison Population". Bridgewater State Hospital Corrections Facility, Bridgewater, MA. July 20, 1999.

"Assessment of Adult ADHD in the Prison Population". Bridgewater State Hospital Corrections Facility, Bridgewater, MA. May 11, 1999.

"Assessment and Differential Diagnosis of Adult ADHD". Education Associates Inc., Myrtle Beach, SC. April 23, 1999.

"Contemporary Issues in Adult ADHD". CH.A.D.D. Meeting, Baystate Medical Center, Springfield, MA. April 20, 1999.

"ADHD and Test Accommodations on the Bar Exam". National Conference of Bar Examiners, Norfolk, VA. April 16, 1999.

"Adults with ADHD". University of North Carolina at Greensboro Second Annual Conference on ADHD: Strategies for Identification and Treatment Across the Life Span, Greensboro, NC. February 22, 1999.

"Assessment and Treatment of Adult ADHD". Maine Psychological Association, Portland, ME. November 20, 1998.

"Assessment and Treatment of ADHD in Adults". Preconference Institute for CH.A.D.D.'s Annual Convention, New York, NY. October 15, 1998.

"Americans with Disabilities Act-The Basics and Beyond". Counsel on Licensure, Enforcement and Regulation Annual Conference, Denver, CO. September 17-19, 1998.

"Empirically Validating Assessment and Service Delivery for ADHD in College Students". Annual convention of the American Psychological Association, San Francisco, CA. August, 1998.

"Assessment, Differential Diagnosis, and Treatment of Adult ADHD". Education and Training Programs, Inc., East Hartford, CT. May 1, 1998.

"Treatment of Adult ADHD". Women's Wellness Seminar, St. Vincent's Hospital, Worcester, MA. April 15, 1998.

"Motor Vehicle Driving Risks and ADHD". Attention Deficit Disorder Association's Annual Conference, Washington, DC. March 27, 1998.

11

"Assessment and Psychosocial Approaches to the Treatment of Adults with ADHD". CH.A.D.D. Eighth Annual International Conference, Chicago, IL. November 14, 1996.

"Controversy Regarding Special Accommodations for High Achieving Adults with ADHD: Legitimate or Not?" CH.A.D.D. Eighth Annual International Conference, Chicago, IL, November 15, 1996.

"Assessment and Treatment of Adult Attention Deficit Disorder". Ohio Psychological Association Fall 1996 Convention, Columbus, OH. November 7, 1996.

"ADHD in Adults: Assessment and Treatment". Oklahoma Department of Mental Health and Substance Abuse Services. Oklahoma City, OK. July 12, 1996.

"Treatment Issues in Adult ADHD". Grand Rounds presentation at Norwood Hospital, Norwood, MA. May 21, 1996.

"Assessment and Treatment of ADHD in Adults". Atlantic Counseling and Consultation Inc., Dedham, MA. May 10, 1996.

"Preliminary Data on the Driving Behavior of Young Adults with ADHD". Second Annual National ADDA Adult ADD Conference, Pittsburgh, PA. May 3, 1996.

"Adult ADHD": Current Approaches to Diagnosis and Management", Group Health Cooperative of Puget Sound, Seattle, WA. April 12, 1996.

"Identification and Treatment of ADHD in Adolescence". Special Conference on Learning Disabilities in Adolescence, San Juan, Puerto Rico. March 29, 1996.

"Assessment and Coping Strategies for Adults with ADHD". Jewish Social Service Agency of Metropolitan Washington. March 21, 1996.

"ADHD: Fad or Reality?" Grand Rounds presentation, Baystate Medical Center, Springfield, MA, January 11, 1996.

"Assessment and Treatment of ADHD in College Students". University of Massachusetts Boston. November 17, 1995.

"Current Issues in Adult ADHD". Grand Rounds presentation at Norwood Hospital, Norwood, MA. November 21, 1995.

"The Nature of Adult ADHD: Clinical Assessment and Differential Diagnosis". Presented at CH.A.D.D. Seventh Annual Conference, Washington, DC. November 9, 1995.

"Driving Behavior of Adults with ADHD: Preliminary Data". CH.A.D.D. Seventh Annual Conference, Washington, DC. November 10, 1995.

"Clinical Assessment and Psychosocial Treatment of Adult ADHD". Atlantic Counseling Services, Randolph, MA. May 19, 1995.

"Assessment, Diagnosis, and Cognitive Strategies for College Students with ADHD". Presented at first annual Learning Disabilities Conference at University of Massachusetts, Lowell, MA. April 7, 1995.

"Treatment Issues in Adult ADHD". Continuing education workshop for Primary and Family Care Physicians at Burbank Hospital, Fitchburg, MA. April 6, 1995.

12

"Current Issues in Adult ADHD". Presented at CH.A.D.D. meeting of Pioneer Valley, Springfield, MA. March 21, 1995.

"Identification of ADHD in Adults". Continuing education workshop for Primary and Family Care Physicians at Burbank Hospital, Fitchburg, MA. March 9, 1995.
"Adult ADHD: Assessment and Treatment". Grand Rounds presentation at Marlborough Hospital, Marlboro, MA. January 18, 1995.

"Clinical Management and Treatment of Adults With ADHD". Grand Rounds presentation at St. Vincent's Hospital, Worcester, MA. December 6, 1994.

"Teaching Clinicians How to Help ADHD Adults Cope: Skill Building Techniques and Instilling Hope". Presented at Cambridge Hospital's ADHD Conference, Boston, MA. December 3, 1994.

"ADHD In Adults". Presented at Bedford CH.A.D.D. meeting, Bedford, MA. October 19, 1994.

"Psychosocial Treatment of Adults with ADHD". Presented at CH.A.D.D. National Convention, New York, NY. October 13, 1994.

"Assessment, Treatment, and Differential Diagnosis of ADHD In Adults". Presented For Army Psychologists/Psychiatrists, Fort Sam Houston, San Antonio, TX. August 3, 1994.

"Assessment and Treatment of Adult ADHD". Grand Rounds presentation at Syracuse University, Syracuse, NY. June 8, 1994.

"ADHD in Adolescents and Adults". Presented at CH.A.D.D. of Windham County Meeting, Storrs, CT. May 3, 1994.

"Adult ADHD: Issues for College Students". Presented at Clark University, Worcester, MA. April 27, 1994.

"Assessment and Diagnosis of Adult ADHD". Presented at Menninger Clinic Continuing Education Conference, Topeka, KS. April 22, 1994.

"ADHD in Adults". Presented at CH.A.D.D. of Greenfield Meeting, Greenfield, MA. April 13, 1994.

"Differential Diagnosis of Disruptive Behavioral Disorders in Adolescence". Presented at Law and Psychiatry Program on Court-Ordered Assessments of Adolescents' Clinical Needs, Worcester, MA. March 24, 1994.

"ADHD in Adolescence and Adults". Presented at CH.A.D.D. of East Aurora Conference, Buffalo, NY. March 18, 1994.

"Social Conversation Skills of ADHD, ADHD/ODD, and Normal Adolescents". Presented at Association for Advancement of Behavior Therapy Annual Convention, Atlanta, GA. November 21, 1993.

"Assessment and Treatment Issues for ADHD Adults". Presented at the Center for Children and Youth, Westfield, MA. November 19, 1993.

"Assessment, Diagnosis, and Treatment of Adult ADHD". Grand Rounds presentation at Wing Memorial Hospital, Palmer, MA. November 3, 1993.

"Assessment and Diagnosis of Adult ADHD". Presented at Canadian Academy of Child Psychiatry Symposium, Banff, Canada. October 4, 1993.

"Overview of Adult ADHD and Treatment Issues". Presented at CH.A.D.D. of

13

Pioneer Valley Meeting, Springfield, MA.  June 15, 1993.

"Assessment and Treatment of Adult ADHD".  Presented to University Health and Counseling Center Staff of the University of Massachusetts, Amherst, MA.  May 26, 1993.

"Taking Care of the Caregiver" and Chaired a Panel of ADHD Adults.  Presented at AD-IN's annual conference held at Bentley College, Waltham, MA.  May 22, 1993.

"Assessment of Adult ADHD" and "Treatment of Adult ADHD".  Presented at CH.A.D.D. conference held at Brockton High School, Brockton, MA.  May 1, 1993.

"Assessment of Adult ADHD and DSM-IV Criteria: Implications for School Psychologists".  Presented at the National Association of School Psychologists Annual Conference, Washington, DC.  April 16, 1993.

"The Nature and Assessment of Adult ADHD" and "Clinical Management and Treatment Considerations in Adult ADHD".  Keynote presentations at Attention Disorders Conference held at the Institute of Living, Hartford, CT.  April 2, 1993.

"Behavioral Issues, Assessment and Management of ADHD Patients".  Presented at Saint Vincent's Hospital, Worcester, MA.  November, 1992.

"Assessment and Treatment of ADHD Adults".  Presented at CH.A.D.D.'s Fourth Annual Conference on Attention Deficit Disorders, Chicago, IL.  October, 1992.

"Attention Deficit Hyperactivity Disorder in Adults".  Presented at Wayne State University School of Medicine, Detroit, MI.  February, 1992.

"Biological Parents of ADHD Children:  Degree of Attention Deficits Relative to the Biological Parents of Normal Children."  Presented at the American Psychological Association Annual Convention, Boston, MA.  August, 1990.

"The Effects of Employee Assistance Program Intervention on the Job Performance of a Sample of Substance Abusers."  Presented at United Technologies Annual EAP Meeting, Orlando, FL.  October, 1986.

"Evaluation Study of Treatment Outcomes and Job Performance Outcomes of a Sample of Substance Abusers."  Presented at United Technologies Annual EAP Meeting, Boston, MA.  November, 1985.

14

I have presented more than 100 invited lectures, grand rounds, seminars, and full day workshops to various professional groups throughout North America. The topics have included assessment and treatment of Attention Deficit Hyperactivity Disorder, academic and workplace accommodations, and the Americans with Disabilities Act. I have appeared on several local and regional radio shows and appeared on Good Morning America in June of 1994. I have also appeared in two of Dr. Russell Barkley's educational video tapes on ADHD and a video entitled "Accommodating Invisible Disabilities: An Expert Briefing". I have assisted the following magazines and newspapers with stories on ADHD: Newsweek, The Wall Street Journal, The New York Times, The Boston Globe, The Worcester Telegram, Men's Health, Reader's Digest, Dr. Phil's Newsletter, and Entrepreneur.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT SAMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:22-CV-05120-JMA-AYS |
| | ) |
| NATIONAL BOARD OF MEDICAL | ) |
| EXAMINERS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF SAMUEL O. ORTIZ, PH.D.**

I, Samuel O. Ortiz, declare as follows:

1.　　My name is Samuel O. Ortiz. I am over 18 years of age and, unless otherwise stated, this declaration is based on my personal knowledge.

2.　　I am Professor of Psychology and Director of the Graduate Programs in School Psychology at St. John's University, Queens, New York. I train and consult nationally and internationally on topics ranging from nondiscriminatory assessment to contemporary evaluation of learning disabilities. In addition to my faculty and research responsibilities, I have served on various committees of the American Psychological Association (APA), including serving as the Chair of the APA Committee on Psychological Tests and Assessments, and I have served on editorial boards for various journals including for the Journal of School Psychology, School Psychology Quarterly, and the Journal of Applied School Psychology. A true and correct copy of my curriculum vitae is attached at Exhibit 1.

3.　　In November 2018, I was asked by NBME to review Robert Sampson's request for extended time (50% additional time) as an accommodation on Step 1 of the USMLE. The purpose

**A314**

of my review was to assess whether the submitted documentation supported Mr. Sampson's assertion that he has a learning disability in the area of reading, and, if so, whether his requested accommodations were reasonable and appropriate. The analysis, conclusions, and recommendations provided in my review were presented only from this perspective and did not address his request for accommodations based on "Attention Deficit/Hyperactivity Disorder." A true and correct copy of my report is attached at Exhibit 2. I have reviewed this report and reaffirm my belief in its conclusions. I would like to correct one typo (a missing word) on page 4 of the report. I wrote: "*The very reason elementary school students are not required to learn calculus is precisely because it is known that such an expectation is developmentally appropriate*." This sentence is missing the word "not." It should read: "*The very reason elementary school students are not required to learn calculus is precisely because it is known that such an expectation is not developmentally appropriate*."

4.     The documents that I reviewed as part of my November 2018 analysis are listed on pages 1-2 of my report.

5.     As part of preparing this declaration, I also reviewed the Declaration of Robert Sampson and the Declaration of Jeannette Wasserstein, Ph.D., ABPP, along with the attachments to each declaration, which I understand were filed in this case.

6.     Based on my review of this material, it is my opinion that the documentation does not support a diagnosis of specific learning disorder in the area of reading as there is no evidence that Mr. Sampson ever had any difficulty learning to read. To the contrary, the documentation is replete with information and evidence that he learned to read successfully and in the manner typically expected of the average person in the general population, including during the elementary school years where reading skills are first acquired and later refined.

- 2 -

**A315**

7.     Based upon my understanding that one or more other reviewers had already provided input to NBME regarding the assessment data that was contained in the reports that Mr. Sampson provided in support of his accommodation request (from Dr. Michels and Dr. Anderson) at the time of my November 2018 review, I focused my review of Mr. Sampson's documentation on the threshold question whether Mr. Sampson satisfies the core diagnostic criteria for a Specific Learning Disorder as set out in the Diagnostic and Statistical Manual of Mental Impairments, 5th Edition ("DSM-V").   As I noted in my report, "[w]hatever debate may ensue from examination of recent evaluations does not alter the one most important consideration necessary for supporting a learning disability in reading -- evidence of impairment in early reading acquisition."   His documentation contained no such evidence and in fact contained evidence to the contrary. Therefore, as noted in my report, "whatever difficulties he may have in completing timed tests or reading assignments in comparison to his medical school peers cannot be attributed to the presence of a learning impairment in reading."

8.     A Specific Learning Disorder in reading is generally characterized as difficulties in learning to read and problems in the use of reading skills. Accordingly, identification of a learning disability cannot be based solely on current evaluation of reading skills, as evidence of difficulty in "learning" to read is an integral part of the definition.  According to the DSM-V, the diagnostic criteria for a Specific Learning Disorder "are to be met based on a clinical synthesis of the individual's history (developmental, medical, family, educational), school reports, and psychoeducational assessment." Current testing or evaluation alone is insufficient for rendering such a diagnosis; instead, historical documentation is required regarding the acquisition of reading, writing, and mathematics skills. The reason a learning disability is a learning disability is precisely

because it is evident in the observable and documentable process of development and education in reading, writing, or mathematics.

9.      According to DSM-V, "one essential feature of specific learning disorder is persistent difficulties learning keystone academic skills (Criterion A), with onset during the years of formal schooling (i.e., the developmental period)."  Beyond this feature, DSM-V highlights the fact that academic skills are learned via specific instruction and are not acquired merely as a function of maturation. The Diagnostic Features section of DSM-V adds: "Specific learning disorder disrupts the normal pattern of learning academic skills…The learning difficulties manifest as a range of observable descriptive behaviors or symptoms (as listed in Criteria A1-A6)" and they are "persistent, not transitory." Further delineation of the core features of Specific Learning Disorder are noted by observation "that the learning difficulties are readily apparent in the early school years in most individuals (Criterion C). However, in others, the learning difficulties may not manifest fully until later school years, by which time learning demands have increased and exceed the individual's limited capacities."

10.      This last specification does not mean that one can succeed in school without displaying any learning difficulties at all, and then have a learning disorder become evident only when the curricular expectations rise above what one can do, such as high school subject matter, college requirements, or medical school reading loads. Otherwise, everyone would "become" learning disabled upon reaching the point in which school suddenly becomes too "hard" or beyond a person's knowledge or abilities. Similarly, this specification does not mean that a learning disability can go completely unnoticed.  What the specification states is that a learning disorder "may not manifest fully" until sometime later.  The key word here is "fully," and it is intended to

convey that learning problems are indeed observable and noticeable in earlier years, but they may not rise to a level that constitutes impairment or qualifies as a disability.

11.     Based on the essential features outlined in DSM-V, the hallmark of a learning disability is difficulty in the development and acquisition of basic academic skills particularly during the period of time in which these skills are first taught—early elementary school. Therefore, any proper diagnosis of learning disability, especially one that was first rendered at the age of 22, requires a clear indication that, in fact, difficulty "learning" to read was a manifest and observable characteristic of someone's early education.

12.     The documentation provided by Mr. Sampson does not show that Mr. Sampson had meaningful, observable difficulties learning to read.

13.     Mr. Sampson's documentation included copies of some elementary school grade reports and comments. These reports and comments do not in any way demonstrate that Mr. Sampson was having troubles in learning to read at this point in his education. Rather, a positive indication of reading acquisition is noted. For example, in Mrs. Feinberg's class (which appears to be 1st grade, according to Mr. Sampson's notes), his marks in Reading at the first, second, third, and fourth marking periods were "4," "5," "5", and "5+" on a scale of 1-5.  These marks reflect good reading scores across all terms as well as clear and steady improvement over time.

14.     The comments by Mrs. Feinberg also reflect appropriate reading acquisition. In the first marking period, her comments appear to state: "In reading, Robert enjoys reading books, has a good sight vocabulary and uses a number of strategies to figure out new words. We will be working on having Robert say "blank" and coming back to harder words, as well as breaking up larger words into parts." In the 2nd marking period, she commented: "In reading, Robert continues to build upon his good sight vocabulary and use of strategies. Next quarter, we will be working on

- 5 -

**A318**

Robert's fluency and expression when reading aloud." By the 3rd and 4th marking periods, her comments are: "In reading, Robert continues to grow as a reader. He has developed a strong sight vocabulary and has good phonetic sense. Very good job, Robert!" and "Welcome to the 'life long reader's club', Robert! Please make sure you continue to practice your reading and writing over the summer." The enthusiastic exhortation regarding his reading achievement noted in the last marking period comments, along with his 5+ mark in Reading that term, can only be viewed as a clear and strong indication that Mr. Sampson was quite successful in learning to read and was developing reading skills at the exact level that was required of him at that age and grade.

15. During the first term of 4th grade, Mr. Sampson's teacher commented: "Robert is a very capable fourth grader. He is inquisitive and well-informed. He especially likes math and science activities. Robert is especially pleased about being a math team captain because he is very good at math. He enjoyed our trip to the pond and studying pond water under the microscope. Robert's test averages for this quarter are as follows: reading 83%, math 95%, spelling 97%, social studies 91% and science 95%. He needs to put more effort into written assignments…" The comment about improving his writing becomes a very minor concern in light of his scores which indicate very superior functioning including in the one area in which he presumably had a learning disability—reading—where his test average was "83%." A review of his marks on this report shows the following reading categories and scores: "Reads and understands grade-appropriate material" (4) [Very Good]; "Reads silently for sustained periods" (4); "Selects appropriate books independently" (4); "Uses reading strategies to construct meaning" (3); "Is developing an awareness of genres and authors" (3) [Satisfactory]; and "Attempts to acquire, interpret, evaluate, and apply information" (3). These comments and marks do not in any way suggest that Mr. Sampson was having any troubles in learning to read at this point in his education.

16.     The documentation provided thus indicates Mr. Sampson developed and acquired reading skills in a manner comparable to age and grade-level expectations. There simply are no indications that Mr. Sampson had any type of difficulty in reading development. Rather, it appears that he learned to read and became a solid reader precisely at the time he was expected to do so. His teachers were in the proper and prime position to observe even the slightest bit of difficulty he may have had in learning to read, and there were no comments to this effect noted by any of them.

17.     Mr. Sampson has described his mother reading assignments to him in elementary school.  He said that she did this because reading comprehension and focus were challenging for him at that age.  It is not uncommon for parents to read with their young children, however, and apparently this practice helped Mr. Sampson learn to read at a developmentally appropriate time, something that would not have been possible had he had a learning disability, because merely reading to him would not have overcome any difficulties he had in learning to read.

18.     In an attachment to a letter submitted to NBME in support of Mr. Sampson's testing accommodation request, Mr. Sampson's parents indicated that Mr. Sampson was tutored by a "reading specialist" in 4th and 5th grade and by a Kumon tutor in reading and math in 3rd through 5th grade, but by this point in time, Mr. Sampson either had already learned to read or he had not. Although tutoring, much like his mother reading to him, may have facilitated further development of his reading skills, it does not serve as an ameliorative activity for problems rooted in the process of learning to read in the first place. If it did, all such learning disabilities in reading would be resolved simply with tutoring and learning disabilities would exist only in those who were unfortunate enough not to receive tutoring. There is no indication, however, that Mr. Sampson struggled in his efforts to learn to read during the time in which he was expected to learn how to

read. Moreover, with some tutoring, he was able to expand and further his reading ability with apparent success as noted in the documentation by his elementary school teachers.

19.     Mr. Sampson and his parents have also discussed his stuttering at an early age and the therapy he received for this issue. That he received speech-language therapy for articulation difficulties has no direct relationship to problems in learning to read or any relevance to the presence of discrepancies between his verbal (cognitive) abilities and other subject areas. Having a speech-language impairment in articulation does not prevent an individual from being able to learn to read normally or fluently or to develop average or better verbal abilities as reflected in cognitive functioning and reasoning.

20.     The fact that Mr. Sampson learned to read at a developmentally appropriate age is of course confirmed by how he has performed over the course of his life in situations that require reading.  His educational record (from the documents and information that I reviewed) was consistently well above average from kindergarten through college, with no accommodations.  The same is true of his performance on standardized tests.  On the 2008 SAT college admission test, for example, he initially obtained Critical Reading scores of 580 (74th percentile rank), 620 (84th percentile rank), and 680 (93rd percentile rank), all of which reflect not just passing but exceptional scores, on a test that evaluates reading abilities in a real-world setting. Moreover, within a 5-month period (June to November 2008) he increased his performance, particularly in Critical Reading, where he achieved a score to 680 (93rd percentile rank). There is no intervention or strategy or compensatory mechanism that can be implemented in the presence of a learning disability in the area of reading that would elevate an individual in such a pronounced manner. Rather, this is an indication that he is quite capable of learning and that with appropriate assistance, such as tutoring and preparation, he can not only perform well, he can in fact perform in an exceptional manner.

- 8 -

**A321**

21.     In summary, a review of the documentation provides only one reasonable conclusion—that Mr. Sampson cannot have a learning disability in the area of reading precisely because he has never demonstrated any problems in learning to read. By definition, a learning disorder is characterized by difficulties in the early acquisition period, that is, elementary school, where basic academic skills are first taught and first learned. It matters not whether there is any formal evaluation or diagnosis rendered at that time or even whether any difficulties rise to the level of substantial impairment. What is required and what does matter is that there is some evidence that the acquisition and development of a basic skill, such as reading, did not proceed in the manner that is typically expected for a given age or grade. And while there are a variety of academic concerns sprinkled throughout Mr. Sampson's early education, none of them implicate or suggest that reading was of any concern. Without a clear history of reading difficulties during this period, it my opinion that it is inappropriate to assign a diagnosis of learning disability, as such a history is an essential criterion for doing so.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 29, 2022.

DocuSigned by:

Samuel O. Ortiz Ph.D.

AD303040C12D4FF...

Samuel O. Ortiz, Ph.D.

- 9 -

**A322**

# EXHIBIT 1

# CURRICULUM VITA

## SAMUEL O. ORTIZ, PH.D.

Professor of Psychology
Dept. of Psychology
St. John's University
8000 Utopia Parkway
Jamaica, NY 11439
Voice: 718.990.5388
Fax: 718.990.5926
email: ortizs@stjohns.edu

## EDUCATIONAL BACKGROUND

| INSTITUTION | DEGREE | DATES | SPECIALIZATION |
|---|---|---|---|
| **San Diego State University** *(NASP Approved)* | Post Doctorate | 1993-1995 | Bilingual School Psychology |
| **University of Southern California** *(APA Approved)* | Ph.D. | Jan 1993 | Clinical Psychology |
| **University of Southern California** | M.A. | Dec 1986 | Clinical Psychology |
| **University of Southern California** | B.A. | May 1983 | Psychology |
| **University of Southern California** | B.S. | May 1982 | Architecture |

## DISSERTATION TITLE

**BACK TO THE FUTURE OF MARRIAGE:** A restudy of the theoretical and methodological foundations of husband-wife data invariance and aggregation methods used in the evaluation and assessment of family stress theory.

Co-mentored by David L. Walsh, Ph.D. and John L. Horn, Ph.D.

## LICENSURE AND CERTIFICATION

**Pupil Personnel Services (PPS) Credential with Specialization in School Psychology,** June 1995. San Diego State University (*Program accredited by National Association of School Psychologists*)

**Cross-cultural, Academic, and Language Development Certificate,** January 1996. California Commission on Teacher Credentialing

**Certified Trainer, Special Project in Bilingual Special Education,** April 1995. University of Texas, Austin

# UNIVERSITY TEACHING POSITIONS

**Professor and Director, Graduate Programs (Psy.D./M.S.) in School Psychology**, Department of Psychology, St. John's University, Queens, NY, 6/21 – Present. This is a full-time administrative position in which general responsibilities include overseeing the education and training of approximately 120 students in APA and NASP accredited M.S. and Psy.D. programs, including students in the general and bilingual tracks. Major responsibilities include management of course scheduling and sequencing, setting teaching assignments, assigning various forms of support via GA/TA positions, general student advisement and problem solving, gathering data for and maintaining currency within the curriculum and on the Program website in accordance with state and professional accrediting agencies, overseeing administration of comprehensive examinations, guidance and leadership in admissions and recruitment, and professional development and liaison with community agencies and other local educational bodies including public schools, private schools, community colleges, and universities, and representing the School Psychology Program within the administrative structure of St. John's University.

**Professor of Psychology,** Department of Psychology, St. John's University, Queens, NY, 8/09 – 6/21. This is a full-time position and reflects promotion to the full professor rank beginning the Fall of 2009. Major responsibilities include teaching assigned graduate courses in the NASP approved M.S. and APA accredited Psy.D. Programs in School Psychology and in the APA Accredited Ph.D. Program in Clinical Psychology. Duties also include graduate and undergraduate advisement and administrative tasks. A primary requirement of this position involves the design and implementation of original research, writing and preparation of manuscripts for publication and dissemination of research findings via journals articles, books, and presentations at professional conferences. Other duties include mentoring student dissertations and fostering the development of bilingual-bicultural skills and competencies leading to bilingual certification in NY State.

**Associate Professor with Tenure**, Department of Psychology, St. John's University, Queens, NY, 9/02 – 8/06. This is a full-time position which culminated in the granting of tenure by St. John's University in the Spring of 2006. Major responsibilities include teaching assigned graduate courses in the NASP approved M.S. and APA accredited Psy.D. Programs in School Psychology and in the APA Accredited Ph.D. Program in Clinical Psychology. Duties also include graduate and undergraduate advisement and administrative tasks. A primary requirement of this position involves the design and implementation of original research, writing and preparation of manuscripts for publication and dissemination of research findings via journals articles, books, and presentations at professional conferences. Other duties include mentoring student dissertations and fostering the development of bilingual-bicultural skills and competencies leading to bilingual certification in NY State.

**Associate Professor and Interim Co-Director, School Psychology Program**, Department of Psychology, St. John's University, Queens, NY, 9/99 – 8/02. Served as interim co-director (with Dr. Dawn P. Flanagan) of the School Psychology Program overseeing the education and training of approximately 120 students in NASP accredited M.S. and Psy.D. Programs including general and bilingual tracks. Major responsibilities included management of course scheduling and sequencing, student advisement and problem solving, maintaining currency within the curriculum in accordance with state and professional accrediting agencies, overseeing administration of comprehensive examinations, guidance and leadership in admissions and recruitment, and professional development and liaison with community agencies and other local educational bodies including public schools, private schools, community colleges, and universities.

**Visiting Professor and Research Fellow**, School of Education, Nagoya University, Nagoya, Japan, 11/99 – 4/00. This is a full-time, visiting professorship and research position sponsored by the Educational Psychology Department. The proposed topic of research is titled, "Defining the Role of the School Psychologist in Japan" and the purpose is to assist in the development of school psychology

**A325**

training standards, outcome objectives for graduates, and appropriate curricula. School psychology is a new profession in Japan, officially begun only two years ago. As such, there is a need to bridge the training programs used in clinical psychology into new programs that specifically develop school psychologists who possess the requisite competencies and skills necessary to serve the needs of the public educational system in Japan. In addition to research duties, the position requires teaching of two courses in school psychology as well as presentations at various conferences and for educationally related organizations throughout the country.

**Assistant Professor**, Department of Counseling and School Psychology, San Diego State University, San Diego, CA., 9/96 - 6/99. This was a full-time, tenure track position in the NASP accredited M.S. degree program in Counseling with Specialization in School Psychology. Major responsibilities include teaching of four graduate level courses each semester as well as advisement and administrative duties. The position also carries demands related to designing and conducting original research, writing and preparation of manuscripts for publication, and dissemination of information via professional conferences. Other duties include mentoring students supported through various federally funded training projects in the development of bilingual-bicultural skills and knowledge as well as the provision of training and support to faculty in the areas of email, internet, and other applications of technology.

**Lecturer,** Department of Counseling and School Psychology, San Diego State University, San Diego, CA., 8/95 - 8/96. This position was a full-time, non-tenure track position involving teaching of graduate level courses (four), general student advisement duties, and mentoring of graduate students within the NASP accredited M.S. degree program in Counseling with Specialization in School Psychology.

# PROFESSIONAL LEADERSHIP EXPERIENCE

**Member, Professional Advisory Board, Learning Disabilities Association of America (LDA),** 3/21 – Present.

**Member, Professional Advisory Board, National Center for Learning Disabilities (NCLD),** 11/20 – Present.

**Member, National Joint Center on Learning Disabilities – Roundtable Conference on SLD Identification in the age of RTI,** 12/13. Served as an invited member representing the National Association of School Psychologists to participate in the NJCLD Discussion Committee on the development of best practices in the identification of SLD within a response-to-intervention framework. Provided consultation and input regarding best practices and current evidence-based approaches for the evaluation of SLD and consistent with IDEA statutes and regulations.

**Member, APA Task Force on Development of Initiatives from Psychological Science to Reduce Educational Disparities,** 09/10 – 12/12; This task force was created by APA President-elect, Dr. Melba Vasquez, with the charge to explore what psychology can contribute in addressing the impact of educational disparities, especially on poor and racial/ethnic minority students. Specific objectives of the task force include: 1) identify what psychological science has to say about the nature and source of educational disparities; 2) identify interventions that have been successful in addressing these gaps on the part of schools, families, communities, and the young people themselves; and 3) make recommendations to psychologists and the public regarding implications from this body of work to practice, policy and research. In addition to Dr. Vasquez, other members of the task force include Dr. Stephen Quintana (Chair; UW Madison), Dr. Wade Boykin (Howard University), Dr. Frank Worrell (UC Berkeley), and Dr. Sandra Graham (UCLA).

**Member, APA Committee on Psychological Tests and Assessment,** First Term: 1/05 – 1/08; Second Term: 1/09 – 1/11; Third Term: 1/11 – present. CPTA is an APA-wide committee that is responsible for 1) addressing problems regarding sound psychological testing and assessment practices; 2) reviewing the Standards for Educational and Psychological Testing and recommending revision as necessary, 3) serving as technical advisors to other APA boards and committees on all issues affecting testing and assessment as it involves policy, practice, and science; 4) monitoring actions of government and other

organizations concerning regulation and control of assessment and testing practices; 5) maintaining knowledge of and concern regarding current policy issues on the use of tests and assessment in clinical, counseling, educational, and employment settings; and 6) promoting the appropriate use of tests and sound assessment practices. Members of CPTA are nominated by the various Boards (e.g., Board of Scientific Affairs, Board of Educational Affairs, and Board for the Advancement of Psychology in the Public Interest). Committee membership is by nomination and election by the constituent parent boards of CPTA (BSA, BEA, BAPPI) and members are chosen specifically for their expertise in the theory, evaluation, and use of tests in clinical, counseling, school, and industrial/organizational psychology, as well as their application to special populations including culturally and linguistically diverse individuals.

**Member, Society for the Study of School Psychology (SSSP),** Elected to membership 9/2008. The Society for the Study of School Psychology is a members-only professional organization limited to approximately 100 scholars in the field who are elected by existing members. Election into the Society represents acknowledgment of a national impact and influence in terms of scholarly work in the field of school psychology and is granted on a permanent basis. The SSSP is known for its sponsorship of various conferences such as the School Psychology Research Collaboration Conference (for which I have previously served as a Senior Mentor) and its flagship journal, Journal of School Psychology, which is one of the premier publications in the field.

**Member, New York State Committee of Practitioners on Limited English Pupils and English Language Learners,** 10/07 – present; Committee of Practitioners (COP) membership is by invitation of the Office for Bilingual Education of New York State Department of Education and provides a forum where policy, legislation, and other educational issues regarding services and programs for limited English-speaking students are discussed and formulated. COP membership includes a diverse group of individuals with expertise in a variety of areas relevant to the education of English learners. My service is and contribution is based on my expertise in the assessment and evaluation of individuals with limited English proficiency.

**Member, Advisory Panel to the Bilingual School Psychology Support Center, Fordham University,** 06/08 – present; The Bilingual School Psychology Center was established by New York State Department of Education and provides a central clearinghouse function for the promotion and advancement of bilingual school psychology in professional practice. Membership is by invitation and only and predicated upon expertise in various areas of bilingual school psychology. My service and contribution is based on my expertise in the assessment and evaluation of individuals with limited English proficiency. The advisory panel serves to formulate policy, programs, as well as goals and objectives for the Center in its support for the practice of bilingual school psychology in the greater New York metropolitan area.

**Member, APA Coalition for Psychology in Schools and Education,** First Term: 6/06 – 1/08; Second Term: 1/09 – 1/11; Third Term: 1/11 – present. CPSE is a new coalition formed by APA to serve as a consulting body on matters of educational and psychological policy in the schools to APA's lobbying efforts in congress. The coalition advised APA's lobbyists on matters of policy and wording relative to such mandates as No Child Left Behind and other legislation related to the science or practice of psychology in the schools. Committee members are selected for their expertise in areas where psychology and education intersect. My contributions have revolved around issues and policies dealing with the education and evaluation of English language learners and educational strategies for improving academic outcomes.

**Vice President for Professional Affairs, APA Division 16, School Psychology,** 1/03 – 12/05. The office of VP-PA is concerned with all aspects of school psychology as a professional discipline. In particular, this position is responsible for developing and promulgating standards and policies for the delivery of quality school psychological services, furthering the development of school psychology as a professional specialty within American psychology, acting as liaison with state school psychology associations and encouraging constructive relations with other professional groups. This VP is also responsible for interacting with such important APA boards and committees as the Board of Professional Affairs (BPA) and its Committee on Psychological Practice and Standards (COPPS) and works closely with the Psychology in the Schools Office within the Practice Directorate as well representing the division as liaison to the Committee for the Advancement of Professional Psychology (CAPP). Other duties include: a) provide a school psychology perspective on issues under consideration by such groups through

**A327**

correspondence, phone contacts and attendance at meetings as necessary and feasible; b) inform the other Division Officers of activities and actions of relevant APA boards and committees and coordinate divisional response to requests for the division's position from practice-related APA groups; c) respond to requests for information from members, other professional association, media people, etc. for information about school psychology practice in general or practice-related policies of the Division; d) facilitate, coordinate and monitor the activities of committees, liaisons, and task forces reporting to this vice president including soliciting committee chairs and members, processing requests for payment, providing direction about objectives, etc.; and e) attend all business meetings of the Division 16 Executive Committee at the Annual Convention and Mid-Winter Meetings including preparing a written report for the agenda book of each meeting, preparing a proposed budget and accounting of disbursed funds, preparing written motions and informational items, etc.

# RELATED PROFESSIONAL EXPERIENCE

**Consultant, National Board of Medical Examiners, Office of Test Accommodations,** Philadelphia, PA, 7/99 - present.  Provided oral and written reports regarding the validity of requests made to the NBME for accommodations to licensing exams requested by individuals with disabilities pursuant to ADA. Requests are evaluated based on documentation submitted in support of the existence of a qualifying disability and assessed against both clinical and psychometric standards of psychological practice as well as the qualifying criteria specified in the Americans with Disabilities Act (ADA). Opinion is rendered as to whether the evidence supports the presence of a qualifying disability, and if so, whether the accommodations are appropriate given the nature of the disability. In addition to factors surrounding the identification and diagnosis of learning disabilities, such evaluations also often include issues related to second language acquisition and bilingual development that must be considered.

**Bilingual-Bicultural School Psychologist**, Encinitas Union School District, Encinitas, CA, 7/94 - 8/96. Provided general, bilingual, and cross-cultural school psychology services for several schools in a K-6 district with approximately 5,000 enrolled students.  Major duties and responsibilities included consultation and liaison with general education teachers and staff, assisting in SST meetings and decision making, planning and implementation of Section 504 accommodations, initial and triennial assessments for special education, and providing individual and group counseling.  Other significant activities involved leadership positions within the district and SELPA on policy issues ranging from bilingual GATE assessment, triennial evaluation practices, bilingual special education program development, and development of guidelines for creating culturally and linguistically appropriate IEP goals and objectives.  Other projects completed for the district included the development and presentation of in-service workshops to general and special education staff on various issues including CCR self-review findings, second language acquisition process and bilingual development, pattern analysis and application of the Woodcock-Johnson Revised Tests of Cognitive Ability and Achievement and sheltered English instructional techniques.

**Trainer and Consultant, Bilingual-Multicultural Education and Assessment**. 7/94 - present. Provided independent bilingual, multicultural education and assessment training and consultation services and instructional presentations for various school districts and educationally related professional groups. Focus of consultation and presentation topics include the use of ecosystems procedures in the assessment of CLD children; bridging assessment results with the development of culturally and linguistically appropriate goals and objectives; best practices in the assessment of CLD children; use of dynamic assessment in bilingual evaluations; legal issues related to assessment of CLD students; and parental rights and responsibilities in the special education process.  Domestic clients include New York City Department of Education, Ramsey School District, Nevada State Department of Education, California State Department of Education, Washington Elementary School District (Phoenix, AZ), Clark County School District (Las Vegas, NV), Fresno Unified School District, Kern County Consortium for Special Education, Mineola School District, Long Beach Unified School District, Los Angeles Unified School District, Encinitas Union School District, North Coastal Consortium for Special Education, California Department of Migrant Education, and San Diego County Office of Education.  International clients include University of Nagoya (Japan), University of Hokkaido (Japan), University of Saskatoon (Canada), and Departamento de Educación, Estado Baja California (México).

**Chief of Mental Health Services**, USAF Hospital, Patrick AFB, FL., 6/89 - 8/91. Responsible for the organization, administration, medical readiness, supervision, and training of the mental health staff, including clinical social workers, prevention and outreach social workers, senior and junior mental health technicians, secretary, and receptionist in a hospital environment. Major facilities included an outpatient clinic with over 7,000 visits annually. Major programs included the Family Advocacy Program (child abuse identification and prevention), Outreach Program (primary prevention services and referral), and Health Promotions Program (stress, hypertension, diabetes, and nutritional management, smoking cessation, etc.) General treatment services rendered included psychological evaluations, psychometric testing and interpretation, drug and alcohol evaluations, individual, group and marital therapy, pharmacotherapy, limited inpatient treatment, competency evaluations, emergency hospitalizations and involuntary commitments, 24-hour emergency consultation and treatment, and psychiatric consultation/liaison to the medical staff. Other significant duties included membership on the Executive Committee of the Medical Staff, Base Hostage Negotiation Team, and Base Social Actions (drug and alcohol) Intervention Committee. Patient population included active duty military, dependents, and retirees.

**Staff Psychologist**, USAF Hospital, Patrick AFB, FL., 9/88 - 5/89. Provided direct inpatient and outpatient psychological services in a hospital setting including psychological evaluations, testing and interpretation, drug and alcohol evaluation, individual, group and marital therapy, acute inpatient care, competency evaluations, involuntary commitments, emergency consultation, and psychiatric consultation/liaison. Other duties involved the development and presentation of Health Promotions Programs, including Stress Management Courses and seminars in Weight Management and Anger Control. Administrative duties included Quality Assurance/Risk Management Coordinator, and development and implementation of monitoring and evaluation studies.

**Psychological Assistant**, Forensic Psychology Associates, Los Angeles, CA, 9/85 - 7/87. Provided individual and group psychotherapy to children, adolescents, and adults in court related or court referred cases in a private practice office setting. Performed psychological evaluations, functional capacity assessments, and Supplemental Security Income evaluations for the State of California. Special treatment foci on victims and perpetrators of sexual abuse and repeat sex offenders.

## SPECIALIZED TRAINING AND EDUCATIONAL EXPERIENCE

**Post-doctorate in Bilingual School Psychology,** San Diego State University, San Diego, CA 6/93 – 5/95. Completed a two-and-a-half-year program of study in bilingual school psychology leading to a PPS credential with Specialization in School Psychology. The program provided extensive and intensive training in the delivery of a broad range of psychological services to culturally and linguistically diverse populations, with emphasis on the development of bilingual/bicultural competencies. The program was designed to provide the necessary educational and professional experiences required for the development of competency in bilingual school psychology.

**School Psychology Internship**, Encinitas Union School District, Encinitas, CA, 7/94 - 6/95. Completed a comprehensive one-year, full-time, **NASP approved** school psychology internship program required for the PPS Credential with Specialization in School Psychology. Developed experience in a wide variety of services including psychoeducational assessments and evaluations, special education referrals, ADD/ADHD referrals, requests for Section 504 accommodations, and consultation services. Other services included counseling, behavioral intervention and planning for Hughes Bill students, pre-expulsion assessments, in service trainings on bilingual-bicultural education and second language acquisition issues, and technological competence in school psychology and related computer applications.

**School Psychology Traineeship**, Bilingual Interdisciplinary Collaboration Project, San Diego State University, San Diego, CA, 9/93 - 6/94. Preservice training grant funded by the U.S. Department of Education, Office of Special Education Programs. Focus of the project was on interdisciplinary collaboration and training of bilingual school psychologists with bilingual speech-language pathologists. Participated in monthly field exchanges with speech-language pathology trainees in various school and

clinic settings. Developed knowledge base regarding the roles, assessment practices, and service delivery models of speech-language specialists. Increased shared expertise and established collaborative approaches to serving Spanish-speaking children, their families, and teachers.

**School Psychology Traineeship**, Bilingual-Bicultural (Hispanic) School Psychology Project, San Diego State University, San Diego, CA 6/93 - 5/95. Preservice training grant funded by the U.S. Department of Education, Office of Special Education Programs. A special education personnel services training project to prepare school psychologists who specialize in the nondiscriminatory assessment of bilingual-bicultural (Hispanic) children—a "special population." Participated in weekly seminars focused on issues related to the psychoeducational evaluation of Hispanic children including second language acquisition factors, cultural bridging, culture learning techniques, and development of appropriate evaluation procedures. Training was extended into summer "institutes" with weeklong seminars from practicing professionals and culminated in a two-week immersion experience in Cuernavaca, Mexico.

**School Psychology Traineeship**, Spanish-English Language Proficiency Project, San Diego State University, San Diego, CA 6/93 - 9/94. Preservice training grant funded by the U.S. Department of Education, Office of Special Education Programs. The grant is essentially a special education personnel services training project to assist school psychologists in the development and refinement of Spanish language skills and literacy. Participated in weekly seminars focused on the development, practice and use of Spanish language skills including reading, writing, and speaking in a Spanish immersion experience with peers and colleagues. Additional training included participation in extended summer Spanish language "institutes" and language experiences in a variety of Mexican cities, including Tijuana, Puerto Nuevo, Rosarito Beach, Ensenada, and Mexicali.

**Clinical Psychology Internship**, USAF Medical Center, Wright Patterson AFB, OH, 9/87 - 8/88. Completed a general, one-year, **APA approved** clinical psychology residency required for the Ph.D. degree. Major rotations included consultation/liaison psychiatry, behavioral health (including biofeedback training), outpatient therapy, inpatient therapy, and neuropsychology. Conducted at a large, military medical center. Supervision by various staff members including clinical psychologists, psychiatrists, and physicians.

# PUBLICATIONS - ARTICLES

Shaughnessy, M. & Ortiz, S. O. (September 2020). An Interview with Sam Ortiz: The Ortiz PVAT. *North American Journal of Psychology*.

Ortiz, S. O. & Wong, J. (2020), Fairness in tests and test score interpretation with English learners. *The Score, APA Division 5 (Quantitative and Qualitative Methods) Newsletter*, September 2020. Available at https://www.apadivisions.org/division-5/publications/score/2020/10/assessing-english-learners

Whittaker, M. & Ortiz, S. O. (2019). *Exclusionary Factors—What a Specific Learning Disability is Not: Examining exclusionary factors.* National Center for Learning Disabilities, Washington DC. Available at https://www.ncld.org/wp-content/uploads/2019/09/What-a-Specific-Learning-Disability-Is-Not-Examining-Exclusionary-Factors.pdf

Ortiz, S. O. (2019). On the Measurement of Cognitive Abilities in English Learners. *Contemporary School Psychology, Vol. 23(1) 68-86.* https://doi.org/10.1007/s40688-018-0208-8

Ortiz, S. O. (2017). Evaluation of English Learners: Issues in measurement, interpretation and reporting. *The Score, APA Division 5 (Quantitative and Qualitative Methods) Newsletter*, January 2017. Available at https://www.apadivisions.org/division-5/publications/score/2017/01/english-learners.aspx

Kovaleski, J. F., Lichtenstein, R. Naglieri, J., Ortiz, S. O., Klotz, M. B. & Rossen, E. (2015). Current Perspectives in the Identification of Specific Learning Disabilities. *Communiqué*, 44(4).

Ortiz, S. O., Johnston, H. N., Wilcox, G. Francis, S. & Tomes, Y. I. (2014). The primacy of IQ subtest analysis to understand reading performance for culturally diverse groups. *Journal of Learning Disability, 20(1), 45-54.*

Quasha, S., McCabe, P. C. & Ortiz, S. O. (2014). A program review of middle school gay-straight alliance club. *School Psychology Forum*, 8(1), 91-104.

Sotelo-Dynega, M., Ortiz, S. O., Flanagan, D. P. & Chaplin, W. (2013). English Language Proficiency and Test Performance: Evaluation of bilinguals with the Woodcock-Johnson III Tests of Cognitive Ability. *Psychology in the Schools, Vol 50(8)*, 781-797.

Hale, J., Alfonso, V., Berninger, V., Bracken, B., Christo, C., Clark, E., Cohen, M., Davis, A., Decker, S., Denckla, M., Dumont, R., Elliott, C., Feifer, S., Fiorello, C., Flanagan, D., Fletcher-Janzen, E., Geary, D., Gerber, M., Gerner, M., Goldstein, S., Gregg, N., Hagin, R., Jaffe, L., Kaufman, A., Kaufman, N., Keith, T., Kline, F., Kochhar-Bryant, C., Lerner, J., Marshall, G., Mascolo, J., Mather, N., Mazzocco, M., McCloskey, G., McGrew, K., Miller, D., Miller, J., Mostert, M., Naglieri, J., Ortiz, S., Phelps, L., Podhajski, B., Reddy, L., Reynolds, C., Riccio, C., Schrank, F., Schultz, E., Semrud-Clikeman, M., Shaywitz, S., Simon, J., Silver, L., Swanson, L., Urso, A., Wasserman, T., Willis, J., Wodrich, D., Wright, P. & Yalof, J. (2010). Critical Issues in Response-to-Intervention, Comprehensive Evaluation, and Specific Learning Disabilities Identification and Intervention: An expert white paper consensus. *Learning Disabilities Quarterly, 33*, 223-236.

Flanagan, D.P., Fiorello, C., & Ortiz, S. O. (2010). Enhancing practice through application of Cattell-Horn-Carroll theory and research: A "third method" approach to specific learning disability identification. *Psychology in the Schools, 47(7), 739-760.*

Flanagan, D. P., Ortiz, S. O. & Alfonso, V. C. (2008). Response to Intervention (RTI) and Cognitive Testing Approaches Provide Different but Complementary Data Sources That Inform SLD Identification. *Communiquè, 26 (5*), 16-17.

Morton-Rias, D., Dunn, R., Terregrossa, R., Geisert, G., Mangione, R., Ortiz, S., & Honisfeld, A. (2007-2008). Allied health students' learning styles identified with two different assessments. *Journal of College Student Retention: Research, Theory, & Practice, 9(2)*, 233-250.

Fletcher-Janzen, E. & Ortiz, S. O. (2006). Cultural Competence in the Use of IQ Tests with Culturally and Linguistically Diverse Children. *Gifted Education International, 21*, 137-150.

Ortiz, S. O. (2006). Multicultural Issues in School Psychology Practice: A critical analysis. *Journal of Applied School Psychology, Vol. 22(2),* 151-167.

Flanagan, D. P., Ortiz, S. O., Alfonso, V. C. & Dynda, A. M. (2006). Integration of Response to Intervention and Norm-Referenced Tests in Learning Disability Identification: Learning from the Tower of Babel. *Psychology in the Schools, Vol. 43(7)*, 807-825.

Orabona-Mantell, E., Ortiz, S. O. & Planthara, P. M. (2004). What Price Prescribing?: A commentary on the effect of prescription authority on psychological practice. *Professional Psychology: Research & Practice. 35(3)*, 164-169.

Ortiz, S. O. (2004). Learning Disabilities: A primer for parents about identification. *Communiqué.* 32(5), 1-3 (insert).

Ortiz, S. O. & Flanagan, D. P. (2002). Cross-Battery Assessment Revisited: Some cautions concerning "Some Cautions" (Part II). *Communiqué*, 30(8), 36-38.

Ortiz, S. O. & Flanagan, D. P. (2002). Cross-Battery Assessment Revisited: Some cautions concerning "Some Cautions" (Part I). *Communiqué*, 30(6), 32-34.

Ortiz, S. O. (2001). Assessment of Cognitive Abilities in Hispanic Children. *Seminars in Speech and Language, 22(1)*, 17-37.

Ortiz, S. O., Flanagan, D. P. & McGrew, K. S. (1999). Assessment in School Psychology: Past, present, and future. *Communiqué.* 28(2), 30-32.

Ortiz, S. O. (1999). You'd never know how racist I was, if you met me on the street. *Journal of Counseling and Development, 77(1),* 9-12.

Ortiz, S. O. & Flanagan, D. P. (1998). Enhancing cognitive assessment of culturally and linguistically diverse individuals: Application and use of selective Gf-Gc cross-battery assessment. *The School Psychologist, 52(1),* 6-9.

Ortiz, S. O. (1997). This book, by any other name, would be a better book: A review of Understanding Second Language Learning Difficulties by M. E. Ehrman. *Contemporary Psychology, 42(11),* 1024-1026.

# PUBLICATIONS - BOOKS

Ortiz, S. O., Rhodes, R., & Ochoa, S. H. (under revision). *Assessment of Culturally and Linguistically Diverse Students: A practical guide, 2nd Edition.* New York: Guilford Press

Ortiz, S. O. (2018). *The Ortiz Picture Vocabulary Acquisition Test (Ortiz PVAT): Technical Manual.* Toronto, Canada: Multi-Health Systems.

Flanagan, D.P., Ortiz, S.O. & Alfonso, V.C. (2013). *Essentials of Cross-Battery Assessment, Third Edition.* New York: Wiley Press.

Flanagan, D. P. & Ortiz, S. O. & Alfonso, V.C. (2007). *Essentials of Cross-Battery Assessment, Second Edition.* New York: Wiley Press.

Flanagan, D. P., Ortiz, S. O., Alfonso, V.C & Mascolo, J. (2006*). The Achievement Test Desk Reference (ATDR) – Second Edition: A guide to learning disability identification.* New York: Wiley Press.

Ysseldyke, J., Burns, M., Dawson, P., Kelley, B., Morrison, D., Ortiz, S., Rosenfield, S. & Telzrow, C. (2006). *School Psychology: A blueprint for training and practice III.* Bethesda, MD: National Association of School Psychologists.

Rhodes, R., Ochoa, S. H. & Ortiz, S. O. (2005). *Assessment of Culturally and Linguistically Diverse Students: A practical guide.* New York: Guilford Press.

Flanagan, D. P., Keiser, S., Bernier, J. & Ortiz, S. O. (2003). *Assessment of Learning Disabilities in Adulthood.* Boston, MA: Allyn & Bacon.

Flanagan, D. P., Ortiz, S. O., Alfonso, V. & Mascolo, J. (2002*). The Achievement Test Desk Reference (ATDR): Comprehensive Assessment and Learning Disabilities.* Boston, MA: Allyn & Bacon.

Flanagan, D. P. & Ortiz, S. O. (2001). *Essentials of Cross-Battery Assessment.* New York: Wiley Press.

Flanagan, D. P., McGrew, K. S. & Ortiz, S. O. (2000). *The Wechsler Intelligence Scales and Gf-Gc theory: A contemporary interpretive approach.* Boston, MA: Allyn & Bacon.

# PUBLICATIONS – CHAPTERS

Ortiz, S. O. & Walsh, O. (in preparation). Effective Writing about Multicultural Individuals:  False Caution vs. True Discretion. In R. Flanagan (Ed.), *Writing Effective Psychological Reports: Describing Individuals Assessed in a Sophisticated and Reader-Friendly Manner*. New York: Springer.

Ortiz, S. O. (in preparation). Best Practices in Nondiscriminatory Assessment. In A. Thomas and P. Harrison (Eds.), *Best Practices in School Psychology VII*. Washington DC: National Association of School Psychologists.

Ortiz, S. O., Piazza, N., & Wong, J. Y. T. (in press). Consultation in Educational Settings with Second Language Learners. In C. Haztichristou & B. Nastasi (Eds.), *Handbook of School Psychology in a Global Context*. New York: Springer.

Ortiz, S. O. & Wong, J. Y. T. (2022). Theoretical, empirical, and practical Issues in Testing English Learners. In K. Geisinger & J. Jonson (Eds.), *Fairness in educational and psychological testing: Examining theoretical, research, practice, and policy implications of 2014 Standards.* Washington DC: American Educational Research Association.

Ortiz, S. O. & Oganes, M. (2022). Multicultural Issues in School Neuropsychology. In D. Miller (Ed.), *Best Practices in School Neuropsychology*. New Jersey: Wiley & Sons, Inc.

Flanagan, D. P., Alfonso, V. C., Ortiz, S. O. & Dynda, A. M. (2022). Integrating Cognitive Assessment and School Neuropsychology. In D. Miller (Ed.), *Best Practices in School Neuropsychology*. New Jersey: Wiley & Sons, Inc.

Ortiz, S. O. & Wong, J. Y. T. (2020). Psychoeducational Evaluation of Preschool Children from Culturally and Linguistically Diverse Populations. In B. Bracken, Nagle, R. & V. C. Alfonso (Eds.), *Psychoeducational Assessment of Preschool Children, 5th Ed.*, New York: Routledge.

Ortiz, S. O., Piazza, N., Ochoa, H. S. & Dynda, A. M. (2018). Testing with Culturally and Linguistically Diverse Populations: Moving beyond the verbal-performance dichotomy into evidence-based practice (pp. 684-714). In D.P. Flanagan and E. McDonough (Eds.), *Contemporary Intellectual Assessment, Fourth Edition*. New York: Guilford Press.

Ortiz, S. O. & Melo, K. (2017). Foundations for Consultation in Educational Settings with Second Language Learners. In C. Haztichristou & S. Rosenfield (Eds.), *International Handbook of Consultation in Educational Settings* (pp. 137-159). New York: Taylor and Francis.

Ortiz, S. O., Melo, K. & Terzulli, M. (2017). Use of the WISC-V with English Language Learners. In D. P. Flanagan & V. C. Alfonso (Eds.), *Essentials of WISC-V Assessment* (pp. 539-590). Hoboken, NJ: Wiley & Sons Inc.

Ortiz, S. O. & Seymour, K. L. (2017). The Culturally Competent School Psychologist. In M. Thielking and M. T. Terjesen (Eds.), *Australian Handbook of School Psychology* (pp. 81-110). NY: Springer Books.

Ortiz, S. O., Ortiz, J. A. & Devine, R. I. (2016). Use of the WJ IV with English Language Learners. In D. P. Flanagan & V. C. Alfonso (Eds.), *WJ IV Clinical Use and Interpretation* (pp. 317-354). New York: Elsevier Press.

Ortiz, S. O. & Melo, K. (2015). Evaluation of Intelligence and Learning Disability with Hispanics. In K. Geisinger (Ed.), *Psychological Testing of Hispanics* (pp. 109-134). Washington DC: APA Books.

Ortiz, S. O. (2015). CHC Theory of Intelligence. In S. Goldstein & J. Naglieri (Eds.), *Handbook of Intelligence: Evolutionary Theory, Historical Perspective, and Current Concepts* (pp. 209-228). NY: Springer Books

Case 2:22-cv-05120-JMA-AYS Document 24-7 Filed 09/29/22 Page 82 of 331 PageID #: 484

Ortiz, S. O. (2014). Best Practices in Nondiscriminatory Assessment. In P. Harrison & A. Thomas (Eds.) *Best Practices in School Psychology VI: Foundations* (pp. 61-74), Bethesda, MD: National Association of School Psychologists.

Brown, J. E. & Ortiz, S. O. (2014). Interventions for English Language Learners with Learning Difficulties. In J. T. Mascolo, D. P. Flanagan, & V. C. Alfonso (Eds.), *Essentials of Planning, Selecting and Tailoring Intervention* (pp. 267-313). Hoboken, NJ: Wiley & Sons, Inc.

Flanagan, D.P., Alfonso, V.C., Ortiz, S. O. & Dynda, A.M. (2013). Cognitive Assessment: Progress in Psychometric Theories of the Structure of Cognitive Abilities, Cognitive Tests, and Interpretive Approaches to Cognitive Test Performance. In D. Saklofske, C. R. Reynolds, and V. Schwean (Eds.), *Oxford Handbook of Child Psychological Assessment* (pp. 239-285). New York: Oxford University Press.

Ortiz, S. O., Douglas, S. & Feifer, S. G. (2013). Bilingualism and Written Expression: A neuropsychological perspective. In S. G. Feifer (Ed.) The Neuropsychology of Written Language Disorders: A framework for effective interventions (pp. 113-130). Middletown, MD: School Neuropsych Press

Ortiz, S. O. & Flanagan, D. P. (Sect. Eds.)(2013). Section 9: Assessment Theory—Introduction. In B. J. Irby, G. Brown & R. Lara-Alecio (Eds.), *Handbook of Educational Theories* (pp. 735-738). Charlotte, NC: Information Age Publishing.

Ortiz, S. O. & Voutsinas, M. (2012). Cultural Considerations in Crisis Intervention. In S. E. Brock, P. J. Lazarus, & S. R. Jimerson (Eds.). *Best Practices in School Crisis Prevention and Intervention* (pp.337-358). Washington DC: National Association of School Psychologists.

Ortiz, S. O. (2012). Bilingual Multicultural Assessment with the WISC-IV. In D.P. Flanagan & A.S. Kaufman (Eds.), *Essentials of WISC-IV Assessment, Second Edition,* (pp. 295-309), Hoboken, NJ: John Wiley.

Ortiz, S. O. (2012). Multicultural Issues in School Mental Health: Responsive intervention in the educational setting. In Menutti, R.B., Freeman, A. & Christner, R.W., (Eds.) *Cognitive Behavioral Interventions in Educational Settings: A handbook for practice, 2nd Edition.* (pp. 53-80). New York: Brunner-Routledge Publishing.

Flanagan, D. P., Alfonso, V. C. & Ortiz, S.O. (2012). The Cross-Battery Assessment Approach: An overview, historical perspective, and current directions. In D.P. Flanagan and P.L. Harrison (Eds.), *Contemporary Intellectual Assessment, Third Edition, (pp. 459-483).* New York: Guilford Press.

Ortiz, S.O., Ochoa, H.S. & Dynda, A.M. (2012). Testing with Culturally and Linguistically Diverse Populations: Moving beyond the verbal-performance dichotomy into evidence-based practice. In D.P. Flanagan and P.L. Harrison (Eds.), *Contemporary Intellectual Assessment, Third Edition, (pp. 526-552).* New York: Guilford Press.

Ortiz, S. O. (2011). Separating Cultural and Linguistic Difference (CLD) from Specific Learning Disability (SLD) in the Evaluation of Diverse Students. In D. P. Flanagan and V. C. Alfonso (Eds.), *Essentials of Specific Learning Disability Identification* (pp. 299-326). Hoboken, NJ: Wiley & Sons, Inc.

Ortiz, S. O. (2011). Difference versus Disorder: Nondiscriminatory Assessment of an English Learner Suspected of Learning Disability. In N. Mather & L. Jaffe (Eds.) *Comprehensive Evaluations: Case Reports for Psychologists, Diagnosticians, and Special Educators* (pp. 128-136). New York: Wiley & Sons, Inc.

Ortiz, S. O. & Lella, S. A. (2010). Intellectual Assessment and Cognitive Abilities: A Primer for Parents and Educators. In *Helping Children at Home and School II* (pp. 79-82). Washington DC: National Association of School Psychologists.

Ortiz, S. O. & Dynda, A. M. (2010). Diversity, Fairness, Utility and Social Issues. In E. Mpofu & T. Oakland (Eds.), *Assessment in Rehabilitation and Health* (pp. 37-55). New Jersey: Merrill.

Flanagan, D. P., Alfonso, V. C., Ortiz, S. O. & Dynda, A. M. (2010). Integrating Cognitive Assessment and School Neuropsychology. In D. Miller (Ed.), *Best Practices in School Neuropsychology* (pp. 101-140). New Jersey: Wiley & Sons, Inc.

Mpofu, E. & Ortiz, S. O. (2009). Equitable Assessment Practices in Diverse Contexts. In E. L. Grigorenko (Ed.), *Multicultural Psychoeducational Assessment*, (pp. 41-76). New York: Springer Publishing Co.

Ortiz, S. O. & Flanagan, D. P. (2009). Kaufman on Theory, Measurement, Interpretation, and Fairness: A legacy in Training, Practice, and Research. In J. C. Kaufman (Ed.), *Intelligent Testing: Integrating Psychological Theory and Clinical Practice* (pp. 99-112). Cambridge, MA: Cambridge University Press.

Ortiz, S. O. (2008). Bilingual Multicultural Assessment with the WISC-IV and WISC-IV Spanish. In A. Kaufman & D. P. Flanagan (Eds.), *Essentials of WISC-IV Assessment, 2nd Edition* (pp. 245-253). New York: Wiley Press.

Ortiz, S. O. (2008). Best Practices in Nondiscriminatory Assessment. In A. Thomas & J. Grimes (Eds.) *Best Practices in School Psychology V*, (pp. 661-678). Washington, DC: National Association of School Psychologists.

Flanagan, D. P., Ortiz, S. O., Alfonso, V. C. & Dynda, A. M. (2008). Best Practices in Cognitive Assessment. In A. Thomas & J. Grimes (Eds.) *Best Practices in School Psychology V*, (pp. 633-660). Washington, DC: National Association of School Psychologists.

Ortiz, S. O., Flanagan, D. P. & Dynda, A. M. (2008). Best Practices in Working with Culturally and Linguistically Diverse Children and Families: In A. Thomas & J. Grimes (Eds.) *Best Practices in School Psychology V*, (pp. 1721-1738). Washington, DC: National Association of School Psychologists.

Ortiz, S. O. & Dynda, A. M. (2008). Issues Unique to English Language Learners. In N. Mather and R. Morris (Eds.), *Evidence-based Interventions for Students with Learning and Behavioral Challenges,* (pp. 321-335). New York: Erlbaum.

Flanagan, D. P., Alfonso, V. C. & Ortiz, S. O. (2007). The CHC Cross-Battery Approach. In C. R. Reynolds & E. Fletcher-Janzen (Eds.), *Encyclopedia of Special Education, 3rd Ed.*, (pp. 403-417). New Jersey: Wiley & Sons, Inc.

Vazquez-Nuttall, E., Li, C., Dynda, A.M., Ortiz, S.O., Armengol, C., Walton, J. & Phoenix, K. (2007). Cognitive Assessment of Culturally and Linguistically Diverse Students. In G. Esquivel, E. Lopez & S. Nahari (Eds.), *Handbook of Multicultural School Psychology* (pp. 269-288), New York: Erlbaum.

Ortiz, S. O. (2006). Instruction and Assessment of Culturally and Linguistically Diverse Students: A systematic approach for English language development and nondiscriminatory assessment, intervention, and teaching. In E. Fletcher-Janzen and C. R. Reynolds (Eds.), *Special Educator's Almanac* (pp. 481-536). New York: Wiley Press.

Ortiz, S. O. (2006). Multicultural Issues in Work with Children and Families: Responsive intervention in the educational setting. In Menutti, R.B., Freeman, A. & Christner, R.W., (Eds.) *Cognitive Behavioral Interventions in Educational Settings: A handbook for practice* (pp. 21-36). New York: Brunner-Routledge Publishing.

Ortiz, S. O., & Lella, S. A. (2005). Cross-cultural Assessment. In S. W. Lee (Ed.), *Encyclopedia of School Psychology* (pp. 136-139). Thousand Oaks, CA: Sage.

Ortiz, S. O. & Ochoa, S. H. (2005). Advances in Cognitive Assessment of Culturally and Linguistically

Diverse Individuals: A nondiscriminatory interpretive approach. In D. P. Flanagan & P. L. Harrison (Eds.), *Contemporary Intellectual Assessment, 2nd Edition* (pp. 234-250). New York: Guilford Press.

Ortiz, S. O. & Dynda, A. M. (2005). The use of intelligence tests with culturally and linguistically diverse populations. In D. P. Flanagan & P. L. Harrison (Eds.), *Contemporary Intellectual Assessment, 2nd Edition* (pp. 545-556). New York: Guilford Press.

Ortiz, S. O. (2004). Nondiscriminatory Assessment in Schools. In C. Spielberger (Ed.), *Encyclopedia of Applied Psychology, Vol. X* (pp. 669-675). San Diego, CA: Academic Press.

Flanagan, D. P. & Ortiz, S. O. (2004). Gf-Gc Theory of Intelligence. In T. S. Watson & C. H. Skinner (Eds.), *Encyclopedia of School Psychology* (pp. 136-139). New York: Kluwer Academic/Plenum Publishers.

Ortiz, S. O. (2004). Bilingual Multicultural Assessment with the WISC-IV. In A. Kaufman & D. P. Flanagan (Eds.) (pp. 245-254). *Essentials of WISC-IV Assessment.* New York: Wiley Press.

Ortiz, S. O. (2004). Learning Disabilities: A primer for parents about identification. In A. Canter, S. Carroll, L. Paige, & I. Romero (Eds.), *Helping Children at Home and School II: Handouts for families and educators* (pp. 117-119). Washington DC: National Association of School Psychologists.

Ortiz, S. O. (2004). Trastornos del Aprendizaje: Información para padres sobre la identificación. In A. Canter, S. Carroll, L. Paige, & I. Romero (Eds.), *Helping Children at Home and School II: Handouts for families and educators* (pp. 121-124). Washington DC: National Association of School Psychologists.

Ortiz, S. O. & Lella, S. M. (2004). Intellectual Assessment and Cognitive Abilities: Basics for Parents and Educators. In A. Canter, S. Carroll, L. Paige, & I. Romero (Eds.), *Helping Children at Home and School II: Handouts for families and educators* (pp. 79-82). Washington DC: National Association of School Psychologists.

Ortiz, S. O. & Lella, S. M. (2004). Evaluación Intelectual y Habilidades Cognitivas: Fundamentos para padres y educadores. In A. Canter, S. Carroll, L. Paige, & I. Romero (Eds.), *Helping Children at Home and School II: Handouts for families and educators* (pp. 83-86). Washington DC: National Association of School Psychologists.

Ortiz, S. O. (2002). Best Practices in Nondiscriminatory Assessment. In A. Thomas & J. Grimes (Eds.) *Best Practices in School Psychology IV* (pp. 1321-1336). Washington, DC: National Association of School Psychologists.

Ortiz, S. O. & Flanagan, D. P. (2002). Best Practices in Working with Culturally Diverse Children and Families. In A. Thomas & J. Grimes (Eds.) *Best Practices in School Psychology IV* (pp. 337-351). Washington, DC: National Association of School Psychologists.

Flanagan, D. P. & Ortiz, S. O. (2002). Best Practices in Intellectual Assessment: Future directions. In A. Thomas & J. Grimes (Eds.) *Best Practices in School Psychology IV* (pp. 1351-1372). Washington, DC: National Association of School Psychologists.

Ortiz, S. O., McGrew, K. S. & Flanagan, D. P. (1998). *Gf-Gc* Cross-Battery Interpretation and Selective Cross-Battery Assessment: Referral Concerns and the Needs of Culturally and Linguistically Diverse Populations (pp. 401-444). In K. S. McGrew and D. P. Flanagan (Eds.), *The Intelligence Test Desk Reference (ITDR): Gf-Gc Cross-Battery Assessment.* Boston: Allyn & Bacon.

Ortiz, S. O. (1997). Culturally and Linguistically Appropriate Goals and Objectives. In *Guidelines for Language, Academic, and Special Education Services Required for Limited-English Proficient Students in California Public Schools, K-12* (pp. 31-32). Sacramento, CA: California Department of Education.

Ortiz, S. O. (1984). The physics of baseball. In R. S. Wurman (Ed) *Baseball Access* (pp. 36-39). Los

Angeles, California: Access Press.

## PUBLICATIONS – TESTS

Ortiz, S. O. (2018). *Ortiz Picture Vocabulary Acquisition Test (Ortiz PVAT).* Toronto, Canada: Multi-Health Systems.

## PUBLICATIONS – COMPUTER SOFTWARE

Schneider, W. J., Flanagan, D. P., Ortiz, S. O. & Alfonso, V. C. (in preparation). *X-BASS Online.* New York: Wiley Press.

Ortiz, S. O. (2022). *Diverse Student True Peer Group Estimator (D-STPGE v1.0).* Available at: http://facpub.stjohns.edu/~ortizs/CLIM/

Ortiz, S. O., Flanagan, D. P. & Alfonso, V. C. (2021). *Cross-Battery Assessment Software System, version 2.4 (X-BASS v2.4) – PC and Mac versions.* New York: Wiley Press.

Flanagan, D. P., Mascolo, J. T. & Ortiz, S. O. (2020). *The Intervention Library: Finding Resources for Students and Teachers (IL:FIRST v1.0).* New York: Wiley Press.

Ortiz, S.O. & Dynda, A. M. (2020). *Culture-Language Interpretive Matrix: Basic (C-LIM v4.0).* Available at: http://facpub.stjohns.edu/~ortizs/CLIM/

Ortiz, S. O., Flanagan, D. P. & Alfonso, V. C. (2017). *Cross-Battery Assessment Software System, version 2.0 (X-BASS v2.0) – PC and Mac versions.* New York: Wiley Press.

Ortiz, S. O., Flanagan, D. P. & Alfonso, V. C. (2015). *Cross-Battery Assessment Software System, version 1.0 (X-BASS v1.0) – PC and Mac versions.* New York: Wiley Press.

Ortiz, S.O. & Dynda, A. M. (2013). *Cross-Battery Assessment Culture-Language Interpretive Matrix, version 2.0 (XBA C-LIM v2.0) – PC and Mac versions. Available on CD published with Essentials of Cross-Battery Assessment, Third Edition.* New York: Wiley Press.

Ortiz, S.O. & Dynda, A. M. (2013). *Cross-Battery Assessment Processing Strengths and Weaknesses Analyzer, version 1.0 (XBA PSW-A v1.0) – PC and Mac versions. Available on CD published with Essentials of Cross-Battery Assessment, Third Edition.* New York: Wiley Press.

Ortiz, S.O. & Dynda, A. M. (2013). *Cross-Battery Assessment Data Management and Interpretive Assistant, version 2.0 (XBA DMIA v2.0) – PC and Mac versions. Available on CD published with Essentials of Cross-Battery Assessment, Third Edition.* New York: Wiley Press.

Dynda, A. M. & Ortiz, S.O. (2007). *Cross-Battery Assessment Culture-Language Interpretive Matrix, version 2.0 (XBA C-LIM v1.0). Available on CD published with Essentials of Cross-Battery Assessment, Second Edition.* New York: Wiley Press.

Ortiz, S.O. & Misak, R. M. (2007). *Cross-Battery Assessment SLD Assistant, version 1.0 (XBA SLD-A v1.0). Available on CD published with Essentials of Cross-Battery Assessment, Second Edition.* New York: Wiley Press.

# PUBLICATIONS – OTHER

Ortiz, S. O. (2018). Chapter 10: Intellectual Assessment. In *Minnesota Department of Education: English Learner Companion*, St. Paul, MN: Minnesota Department of Education.

National Association of School Psychologists. (2015). *The provision of school psychological services to bilingual students* [Position statement]. Bethesda, MD: Author (working group member author)

Rinaldi, C., Ortiz, S.O., Gamm, S. (2014). *RTI-Based SLD Identification Toolkit: Considerations for English Language Learners.* Available at http://rtinetwork.org/getstarted/sld-identification-toolkit/ld-identification-toolkit-considerations-for-ell

Quintana, S. M., Boykin, W., Fugligni, A., Graham, S., Howes, C., Ortiz, S. O., and Worrell, F. C. (2012). *Ethnic and Racial Disparities in Education: Psychology's Contributions to Understanding and Reducing Disparities.* A report by the American Psychological Association Presidential (Melba Vasquez) Task Force on Educational Disparities. Approved by APA Delegate Assembly, August 2, 2012.

# PROFESSIONAL CONFERENCE PRESENTATIONS

Ortiz, S. O. & Pristo, L. (2022, June). *Evaluation of Specific Learning Disabilities in English Learners: Visualizing normal ability via Cattell-Horn-Carroll theory of cognitive abilities domain-level analysis.* Learning Disabilities Association of America, Science 2 Practice Summer Equity Series (virtual).

Ortiz, S. O. (2022, May). *Assessment of English Learners: Evidence-based evaluation and best practice.* Bilingual Roundtable, Bay Area, CA (virtual).

Ortiz, S. O. (2022, May). *Assessment of English Learners: Evidence-based evaluation and best practice.* Connecticut Association of School Psychologists, Fairfield, CT.

Ortiz, S. O. (2022, April). *Language Difference vs. Learning Disorder: A developmental perspective on disentangling SLD in English learners.* NCBE Annual Bar Admissions Conference, New Orleans, LA.

Camara, W., Jonson, J., Ortiz, S. O., Camilli, G., & Kettler, R. (2022, April). *Theoretical, Empirical, and Practical Issues in Testing English Learners.* Virtual panel on Fairness in Educational Testing: Theoretical, Research, and Practice Implications of the 2014 Standards. NCME/AERA, San Diego, CA.

Ortiz, S. O. (March, 2022). *Square Pegs in Round Holes: In testing bilinguals, we assumed they were two monolinguals in one head.* Keynote presentation at the Gonzaga University Conference on Establishing a New Normal: Advances in norm development to address issues of bias and equity. Spokane, WA.

Ortiz, S. O. (2022, February). *Evidence-based Evaluation of English Learners: A contemporary approach to testing for all practitioners.* Ventura County Association of School Psychologists. Ventura, CA. (virtual).

Ortiz, S. O. (2022, February). *Best Practice in Nondiscriminatory Assessment.* National Association of School Psychologists, Boston, MA.

Pristo, L. J. & Ortiz, S. O. (2022, January). *Visualizing the Normal Ability Profile for Culturally and Linguistically Diverse Students: Translating science and research into practice.* Learning Disabilities Association of America, 59th Annual Conference, New Orleans, LA.

Ortiz, S. O. (2022,January). *Introduction to the Ortiz PVAT: A new direction in fairness and assessment of linguistically diverse students.* Kern Association of School Psychologists. (virtual)

Ortiz, S. O. (2022, January). *Advances in Fairness and Testing with Second Language Learners. New directions in evaluation of linguistically diverse individuals.* Bilinguistics Conference. (virtual)

Ortiz, S. O. (2021, November). *Introduction to the Ortiz PVAT: A new direction in fairness and assessment of linguistically diverse students.* Arizona Association of School Psychologists, Phoenix, AZ.

Ortiz, S. O. (2021, October). *Equitable Assessment in SLD Identification with English Learners: An evidence-based approach for evaluating measurement validity and examining exclusionary factors.* Learning Disabilities Association of America, Science to Practice Conference. (virtual)

Ortiz, S. O. (2021, October). *Assessment of English Learners: Evidence-based evaluation and best practice.* Texas Association of School Psychologists, Georgetown, TX.

Camara, W. J., Geisinger, K. F., Ortiz, S. O., & Jonson, J. L. (2021, July). *Fairness in educational and psychological testing: Examining theoretical, research, practice, and policy implications of 2014 Standards.* International Test Commission, 12th Conference Workshop (virtual).

Ortiz, S. O. (2021, May). *Bilingual Evaluation for All Psychologists: An evidence-based framework for testing of English learners.* Oklahoma School Psychology Association, OK (virtual).

Ortiz, S. O. (2021, March). *Fairness in Assessment of English Learners: Toward true peer group measurement.* California Speech-language Hearing Association. San Francisco, CA (virtual).

Ortiz, S. O. (2021, February). *Assessment of English Learners: Evidence-based evaluation and best practice.* Bay Area Association of School Psychologists. San Francisco, CA (virtual).

Ortiz, S. O. (2021, January). *Learning Disability Identification with English Learners: An evidence-based approach for evaluating measurement validity and examining exclusionary factors in the identification of SLD.* Learning Disabilities Association of America, Science 2 Practice Conference, New Orleans, LA (virtual).

Ortiz, S. O. (2020, October). *Bilingual Evaluations for Bilingual and Non-Bilingual School Psychologists: An evidence-based approach for assessing English learners.* New York Association of School Psychologists, Long Island, NY (virtual).

Ortiz, S. O. (2020, October). *Through the Looking Glass: Evaluation and testing of bilinguals in a monolingual world.* Washington State Psychological Association, WA (virtual).

Ortiz, S. O. (2020, May). *Fairness in Assessment of English Learners: Toward true peer group measurement.* California Speech-language Hearing Association. Pasadena, CA (virtual).

Ortiz, S. O. (2020, March). *Bilingual Evaluation for Non-Bilingual School Neuropsychologists: An evidence-based approach to evaluation and best practice.* School Neuropsychology Conference, Savannah, GA (virtual).

Ortiz, S. O. & Wong, J. Y. T. (2020, February). *Bilingual Evaluations for Non-bilingual School Psychologists.* National Association of School Psychologists. Baltimore, MD.

Ortiz, S. O. (2019, December). *Evidence-based Assessment of English Learners: Contemporary PSW Evaluation for SLD with X-BASS, C-LIM, and the Ortiz PVAT.* Texas Educational Diagnostician's Association. Waco, TX.

Ortiz, S. O. (2019, November). *Evidence-based Evaluation of English Learners: A contemporary approach to testing for all practitioners.* Arizona Association of School Psychologists.

Ortiz, S. O. (2019, November). *Integration of the Ortiz PVAT in Evidence-based Evaluation of ELs.* Kentucky Association for Psychology in the Schools. Lexington, KY.

Ortiz, S. O. (2019, October). *Assessment of English Learners: Evidence-based evaluation and best practice.* Alabama Association of School Psychologists. Montgomery, AL.

Ortiz, S. O. (2019, October). *Evidence-based Assessment of English Learners: Contemporary PSW Evaluation for SLD with X-BASS, C-LIM, and the Ortiz PVAT.* California Association of School Psychologists. Long Beach, CA.

Ortiz, S. O. (2019, October). *Assessment of English Learners: Evidence-based evaluation and best practice.* Texas Association of School Psychologists. Houston, TX.

Ortiz, S. O. (2019, October). *Nondiscriminatory Evaluation of English Learners: An applied framework for all practitioners.* National Latinx Psychological Association. Miami, FL.

Ortiz, S. O. (2019, October). *RTI/MTSS and PSW/Testing: The myth of mutual exclusivity in pre- and post-referral evaluation of SLD.* Washington State Association of School Psychologists. Spokane, WA.

Ortiz, S. O. (2019, October). *Integration of the Ortiz PVAT in Evidence-based Evaluation of ELs.* Oregon School Psychology Association. Portland, OR.

Ortiz, S. O. (2019, October). *Contemporary Evaluation of SLD: A Pattern of Strengths and Weaknesses Approach (PSW) via X-BASS and Cross-Battery Assessment (XBA) – Advanced.* North Dakota Association of School Psychologists and Council for Exceptional Children. Fargo, ND.

Ortiz, S. O. (2019, October). *Contemporary Evaluation of SLD: A Pattern of Strengths and Weaknesses Approach (PSW) via X-BASS and Cross-Battery Assessment (XBA) – Introduction.* North Dakota Association of School Psychologists. Fargo, ND.

Ortiz, S. O. (2019, September). *Assessment of English Learners: Evidence-based evaluation and integration of the Ortiz PVAT.* Chicago School of Professional Psychology – School Psychology Conference. Chicago, IL.

Ortiz, S. O. (2019, August). *Assessment of English Learners: Evidence-based evaluation and best practice.* Nevada Association of School Psychologists. Las Vegas, NV.

Ortiz, S. O. (2019, May). *Evidence-based Evaluation of SLD with English Learners: Contemporary evaluation via X-BASS, C-LIM, and the Ortiz PVAT.* San Diego County Association of School Psychologists, San Diego, CA.

Ortiz, S. O. (2019, April). *Assessment of English Learners: Evidence-based evaluation and best practice.* New Jersey Association of School Psychologists, Edison, NJ.

Ortiz, S. O. (2019, April). *Assessment of English Learners: Evidence-based evaluation and best practice.* Kern County Association of School Psychologists, Bakersfield, CA.

Ortiz, S. O. (2019, April). *Evidence-Based Evaluation of SLD with English Learners: Integration and application of PSW and C-LIM.* 14th Annual School Neuropsychology Conference, Long Beach, CA.

Ortiz, S. O. (2019, April). *Evidence-based Evaluation of English Learners: A contemporary approach to testing for all practitioners.* Delaware Association of School Psychologists, Rehoboth Beach, DE.

Ortiz, S. O. (2019, March). *Evidence-based Evaluation of English Learners: A contemporary approach to testing for all practitioners.* Stanislaus County Association of School Psychologists, Modesto, CA.

Ortiz, S. O. (2019, March). *Evidence-based Evaluation of English Learners: A contemporary approach to testing for all practitioners.* Riverside Association of School Psychologists, Murietta, CA.

**A340**

Ortiz, S. O. (2019, March). *Evidence-based Evaluation of English Learners: A contemporary approach to testing for all practitioners.* Orange County Association of School Psychologists, Irvine, CA.

Ortiz, S. O. (2019, February). *Integration of the Ortiz PVAT in Evidence-Based Evaluation of English Learners: New directions in fairness in evaluation of English speakers and English learners.* National Association of School Psychologists, Atlanta, GA.

Ortiz, S. O. (2019, February). *Evidence-based Assessment of English Learners: A contemporary approach to testing for all practitioners.* Kent/Akron Association of School Psychologists, Fairlawn, OH.

Ortiz, S. O., Wong, J. Y., and Solomon, J. (2018, November). *Fairness in the Assessment of English Language Learners: Toward true peer group measurement.* American Speech-Language and Hearing Association, Boston, MA.

Ortiz, S. O. (2018, November). *Language Differences vs. Learning Disorders: A developmental perspective on disentangling SLD in English Learners.* Testing Agencies Disability Forum, hosted by the College Board and ETS, New York, NY.

Ortiz, S. O. (2018, November). *Evidence-based Assessments of English Language Learners: A contemporary approach to testing for all practitioners.* New Hampshire Association of School Psychologists, Concord, NH.

Ortiz, S. O. (2018, October). *Evidence-based Evaluation of English Learners: A contemporary approach to testing.* Florida Association of School Psychologists, Orlando, FL.

Ortiz, S. O., Lesser, E., Barrett, C., & Wong, J. (2018, October). Culturally responsive practices panel discussion. In Paff, M. (Chair), Culturally Responsive Practices Committee: Town Hall conducted at the Annual Convention of the New York Association of School Psychologists, Lake Placid, NY.

Ortiz, S. O. (2018, October). *Pre-referral Application of the Ortiz PVAT with English Language Learners: Evaluation for intervention, instruction, progress monitoring, and growth.* New York Association of School Psychologists, Lake Placid, NY.

Ortiz, S. O. (2018, October). *The Ortiz PVAT: Advances in fairness and testing.* Hawai'i Association of School Psychologists, Wailea, HI.

Ortiz, S. O. (2018, October). *Evidence-based Evaluation of English Learners: A contemporary approach to testing.* Hawai'i Association of School Psychologists, Wailea, HI.

Ortiz, S. O. (2018, September). *Evidence-based Evaluation of English Learners: A contemporary approach to testing.* Indiana Association of School Psychologists, Indianapolis, IN.

Ortiz, S. O. (2018, July). *Fairness in Testing: A cross-cultural framework for evidence-based assessment of diverse students.* 13th Annual School Neuropsychology Summer Institute, Grapevine, TX.

Ortiz, S. O. (2018, May). *Introducing the Ortiz Picture Vocabulary Acquisition Test (Ortiz PVAT).* San Diego County Association of School Psychologists, Carlsbad, CA.

Ortiz, S. O. (2018, May). *Evidence-based Evaluation of English Learners: A contemporary approach to testing.* Greater Long Beach Association of School Psychologists, Long Beach, CA.

Ortiz, S. O. (2018, April). *Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW) Using X-BASS and C-LIM.* Maine Association of School Psychologists, Freeport, ME.

Ortiz, S. O. (2018, April). *Evidence-based Evaluation of English Learners: A contemporary approach to*

**A341**

*testing.* Wyoming School Psychology Association, Casper, WY.

Ortiz, S. O. (2018, April). *Fairness and English Learners: Toward true peer group measurement.* National Council for Measurement in Education/American Educational Research Association Annual Conference, Manhattan, NY.

Ortiz, S. O. (2018, March). *Evidence-based Evaluation of English Learners: A contemporary approach to testing.* Oklahoma School Psychologists Association, Tulsa, OK.

Ortiz, S. O. (2018, March). *Evidence-based Evaluation of English Learners: A contemporary approach to testing.* California Association of School Psychologists, Monterey, CA.

Ortiz, S. O. (2018, March). *Evidence-based Evaluation of English Learners: A contemporary approach to testing for all practitioners.* Temple University School Psychology Conference, Philadelphia, PA.

Ortiz, S. O. (2018, February). *An Introduction to the Ortiz Picture Vocabulary Acquisition Test (Ortiz PVAT): A new direction in tests and testing.* National Association of School Psychologists, Chicago, IL.

Ortiz, S. O. (2018, February). *Evidence-based Evaluation of English Learners: A contemporary approach to testing.* Ventura County Association of School Psychologists, Ventura, CA.

Ortiz, S. O. (2018, February). *Fairness in SLD Evaluation with English Learners: Measurement issues in RTI and testing.* Learning Disabilities Association Annual Conference, Atlanta, GA.

Ortiz, S. O. (2018, January). *Evidence-based Evaluation of English Learners: A contemporary approach to testing.* Minnesota School Psychologists Association, Plymouth, MN.

Ortiz, S. O. (2017, November). *Contemporary Measurement of Vocabulary Acquisition in an Era of Diversity: Clinical and educational applications of the Ortiz PVAT.* American Speech-Language and Hearing Association, Los Angeles, CA.

Ortiz, S. O. (2017, November). *Evidence-based Evaluation of English Learners: A contemporary approach to testing.* Texas Association of School Psychologists, Dallas, TX.

Ortiz, S. O. (2017, November). *Evidence-based Evaluation of English Learners: A contemporary approach to testing.* Florida Association of School Psychologists, Daytona Beach, FL.

Ortiz, S. O. (2017, October). *Contemporary Assessment of English Learners: Evidence-based evaluation and best practice.* New Mexico Association of School Psychologists, Albuquerque, NM.

Ortiz, S. O. (2017, October). *Evaluation of Specific Learning Disability via Pattern of Strengths and Weaknesses (PSW) Approach and XBA Procedures.* Maine Association of School Psychologists, Freeport, ME.

Ortiz, S. O. (2017, October). *Introduction to the Ortiz PVAT: A new direction in evaluation.* New York Association of School Psychologists, White Plains, NY.

Ortiz, S. O. (2017, October). Evidence-Based Evaluation of English Learners: A contemporary approach to testing. New York Association of School Psychologists, White Plains, NY.

Ortiz, S. O. (2017, October). Contemporary Assessment of English Learners: Evidence-based evaluation and best practice. Illinois School Psychologists Association, Chicago, IL.

Ortiz, S. O. (2017, October). Contemporary Assessment of English Learners: Evidence-based evaluation and best practice. California Association of School Psychologists, Los Angeles, CA.

Ortiz, S. O. (2017, May). English Language Learners: Instruction and Intervention. Council for Exceptional Children, Boston, MA.

Ortiz, S. O. (2017, April). English Language Learners: Assessment and Intervention. Maryland Association of School Psychologists, Hanover, MD.

Ortiz, S. O. (2017, February). *Advanced Psychoeducational Assessment of English Language Learners.* National Association of School Psychologists. San Antonio, TX.

Ortiz, S. O. (2017, February). *Intermediate Psychoeducational Assessment of English Language Learners.* National Association of School Psychologists. San Antonio, TX.

Ortiz, S. O. (2017, February). *A Framework for Nondiscriminatory Evaluation and Testing of English Learners.* Psychologists-In-Training (PIT) Program, New York City Department of Education, Jamaica, Queens, NY.

Ortiz, S. O. (2016, October). *Evidence-based Evaluation of English Language Learners: Bridging research and practice to promote equity in assessment.* New Mexico Association of School Psychologists, Las Cruces, NM.

Ortiz, S. O. (2016, October). *Evidence-based Evaluation of English Language Learners: Determining simple difference from valid disorder.* Hawaii Association of School Psychologists, Ko'Olina, HI

Ortiz, S. O. (2016, October). *Evidence-based Evaluation of English Language Learners: Determining simple difference from valid disorder.* Kansas Association of School Psychologists, Manhattan, KS.

Ortiz, S. O. (2016, August). *Effective Writing about Multicultural Individuals: False Caution vs. True Discretion.* American Psychological Association, Denver, CO.

Ortiz, S. O. (2016, July). *Evidence-based Assessment and Intervention: Bridging Research and Practice in the Education and Evaluation of English Language Learners.* School Neuropsychology Summer Institute 2011, Dallas, TX.

Ortiz, S. O. (2016, March). *Collaborative vs. Traditional Models for Educational Service Delivery and Evaluation with English Learners.* Confederation of Oregon State Administrators State English Learners Alliance Conference, Eugene, OR.

Ortiz, S. O. (2016, March). *Dual Identification of English Learners: Use of a PSW model for determining SLD with English Learners—Introductory Workshop.* Confederation of Oregon State Administrators State English Learners Alliance Conference, Eugene, OR.

Ortiz, S. O. (2016, March). *Square Pegs in Round Holes: Educating and Evaluating English Learners—Bilinguals are not two monolinguals in one head.* Confederation of Oregon State Administrators State English Learners Alliance Conference, Eugene, OR.

Ortiz, S. O. (2016, March). *Dual Identification of English Learners: Use of a PSW model for determining SLD with English Learners—Advanced Workshop.* Confederation of Oregon State Administrators State English Learners Alliance Conference, Eugene, OR.

Ortiz, S. O. (2016, March). *The Assessment of Culturally and Linguistically Diverse Populations: A 50-year dilemma—What progress has been made, what issues remain?* Washington State Association of School Psychologists, Online Webinar.

Ortiz, S. O. (2016, February). *Educating English Learners: A developmental framework for understanding the literacy needs of English language learners.* Arizona Council for Exceptional Children/Arizona Council of Administrators in Special Education Annual Conference. Phoenix, AZ.

Ortiz, S. O. (2016, February). *Square Pegs in Round Holes: Educating and Evaluating English Learners—Bilinguals are not two monolinguals in one head.* Arizona Council for Exceptional Children/Arizona Council of Administrators in Special Education Annual Conference. Phoenix, AZ.

Ortiz, S. O. (2016, February). *Assessing English Learners: Use of PSW for SLD Determination with English Language Learners—A case study.* Arizona Council for Exceptional Children/Arizona Council of Administrators in Special Education Annual Conference. Phoenix, AZ.

Harris, B., Ortiz, S.O., Sotelo-Dynega, M., Li, C., Lopez, E., Klotz, M.B., and Oganes, M. (2016, February). *The Provision of School Psychological Services to Bilingual Students.* National Association of School Psychologists, New Orleans, LA.

Ortiz, S. O. (2016, January). *Culturally Proficient Practices in Student Evaluation: Evidence-based procedures for equitable assessment.* Texas Statewide Education Program (SWEP), Dallas, TX.

Ortiz, S. O. (2016, January). *Use of the C-LIM in Cross-Battery Assessment: Evaluation of an English Language Learner.* Texas Statewide Education Program (SWEP), Dallas, TX.

Ortiz, S. O. (2015, November). *Social Justice Conference*, Invited Panel Member, Long Island University, Brooklyn Campus, Brooklyn, NY.

Ortiz, S. O. (2015, October). *Difference vs. Disorder: Best practices in the evaluation of culturally and linguistically diverse learners.* Alaska School Psychologists Association, Anchorage, AK.

Ortiz, S. O. (2015, October). *Square Pegs in Round Holes: Addressing educational challenges for culturally and linguistically diverse learners.* Alaska School Psychologists Association, Anchorage, AK.

Ortiz, S. O. (2015, September). *Failure to Respond or Failure to Educate? Considerations for SLD determination with English Learners.* Oregon Department of Education/Confederation of State Administrators Annual Conference, Eugene, OR.

Ortiz, S. O. (2015, September). *Assessment of English Language Learners for Specific Learning Disabilities: Language development, difference, and disorder.* Oregon Department of Education/Confederation of State Administrators Annual Conference, Eugene, OR.

Ortiz, S. O. (2015, September). *Square Pegs in Round Holes: A developmental framework for meeting the literacy needs of English Language Learners.* Oregon Department of Education/Confederation of State Administrators Annual Conference, Eugene, OR.

Ortiz, S. O. (2015, April). *Considerations for SLD Identification among English Language Learners. NASP Webinar Series on Specific Learning Disability.* National Association of School Psychologists.

Ortiz, S. O. (2015, April). *Assessment of English Language Learners: Evidence-based evaluation and best practice.* Portland Public Schools and ORFirst, Portland, OR.

Ortiz, S. O. (2015, February). *Current Best Practice in Assessment and Intervention with English Language Learners.* National Association of School Psychologists, Orlando, FL.

Ortiz, S. O. (2014, December). *Evidence-based Evaluation of English Language Learners: Bridging research and practice to promote equity in assessment.* New Jersey Association of School Psychologists, East Windsor, NJ.

Ortiz, S. O. (2014, November). *Evidence-based Evaluation of English Language Learners: Bridging research and practice to promote equity in assessment.* Arizona Association of School Psychologists, Phoenix, AZ.

Ortiz, S. O. (2014, October). *Difference vs. Disorder: Advanced use of the C-LIM to identify a Learning Disorder in CLD populations.* Oregon/Washington Bi-State School Psychologists Conference, Cheney, WA.

Ortiz, S. O. (2014, June). *English Learners and Assessment: A developmental framework for promoting equitable evaluation.* Confederation of Oregon School Administrators, Seaside, OR.

Ortiz, S. O. (2014, June). *English Learners and Academic Achievement: A developmental perspective on instructional change.* Keynote Address, Confederation of Oregon School Administrators, Seaside, OR.

Ortiz, S. O. (2014, March). *Instruction and Evaluation of English learners: A developmental perspective on academic achievement and test performance.* UC Berkeley School Psychology Conference, Berkeley, CA.

Ortiz, S. O. (2014, February). *Assessment of English Language Learners: Evidence-based evaluation and practice.* National Association of School Psychologists, Washington DC.

Ortiz, S. O. (2013, October). *Evaluation of Culturally and Linguistically Diverse Students: Best practice from theory to implementation.* Washington Association of School Psychologists, Spokane, WA.

Ortiz, S. O. (2013, October). *Cultivating Positive Assessments for Culturally and Linguistically Diverse Learners: A developmental framework for promoting fair and equitable evaluation.* Keynote Address for Council for Educational and Diagnostic Services, Weehawken, NJ.

Ortiz, S. O. (2013, October). *English Language Learners and Common Concerns with Early Childhood and Evaluations: A developmental framework for equitable assessment.* Texas Association of School Psychologists, San Antonio, TX.

Schmidt, A. (Chair), Ortiz, S. O. (Discussant), Camara, W., Puente, A. & Worrell, F. (2013, August). *Fairness in Testing: What is bias? Symposium.* American Psychological Association, Honolulu, HI.

Ortiz, S. O. (2013, March). *Cultural Pioneering: An insider's view of when bilingualism and education collide.* Keynote Address at New York State Association for Bilingual Education, Melville, NY.

Ortiz, S. O. (2013, February). *Essential Elements of PSW Procedures and Guidelines for Evidence-based Evaluation of English Language Learners.* Topical Public Policy Workshop by Feifer, S. G., Hanson, J. B., Jones, J. L., McCloskey, G., Ortiz, S. O., and Templeton, M. M. (2013), Specific Learning Disabilities: Evaluation, Identification, and Eligibility Criteria: Establishing procedures and guidelines for evaluation of Specific Learning Disabilities. Learning Disabilities Association of America, San Antonio, TX.

Ortiz, S. O. (2013, February). *Assessment of English Language Learners: Evidence-based evaluation and practice—Advanced Level.* National Association of School Psychologists. Seattle, WA.

Ortiz, S. O. (2013, February). *Assessment of English Language Learners: Evidence-based evaluation and practice—Intermediate Level.* National Association of School Psychologists. Seattle, WA.

Flanagan, D. P. & Ortiz, S. O. (2013, February). The Cross-Battery Assessment Approach: New Features that Enhance Measurement and Interpretation, SLD Identification, and Evaluation of Students from Diverse Backgrounds. Statewide Evaluation Conference for Special Education Evaluation Personnel, Dallas, TX.

Ortiz, S. O. (2012, November). Assessment of Culturally and Linguistically Diverse Students: Evidence-based Evaluation and Practice. British Columbia Association of School Psychologists, Vancouver, Canada.

Ortiz, S. O. (2012, November). Assessment of Culturally and Linguistically Diverse Students: Evidence-based Evaluation and Practice. Ohio School Psychologists Association, Columbus, OH.

Ortiz, S. O. (2012, October). Evidence-based Evaluation of English Language Learners: Using the WJ III and Bateria III – A case study in bilingual evaluation. California Association of School Psychologists. Irvine, CA.

Ortiz, S. O. (2012, October). *Psycho-educational Assessment of Culturally and Linguistically Diverse*

*Learners: Evidence-based evaluation and practice.* Manitoba Association of School Psychologists, Winnipeg, Canada.

Ortiz, S. O. (2012, October). *Evidence-based Evaluation of English Language Learners Using the WJ III and Bateria III: Moving beyond the verbal-nonverbal dichotomy.* Texas Association of School Psychologists, Houston, TX.

Ortiz, S. O. (2012, October). *Assessment of English Language Learners: Evidence-based evaluation and practice.* Indiana Association of School Psychologists., Indianapolis, IN.

Ortiz, S. O. (Chair and Discussant)(2012, August). *Designing Cognitive Ability Tests for Use in Hiring and Promotional Systems.* Symposium sponsored by APA Committee on Psychological Tests and Assessment, Orlando, FL.

Ortiz, S. O. (2012, August). *Understanding and Addressing Educational Disparities for English Language Learners: A developmental perspective.* Symposium on Psychology's Role in Reducing Educational Disparities by the APA Presidential Task Force on Educational Disparities, American Psychological Association, Orlando, FL.

Ortiz, S. O. (2012, May). *Testing with Culturally and Linguistically Diverse Students: Moving beyond traditional habits to evidence-based practices.* University of Wisconsin—LaCrosse 34th Annual School Psychology Roundtable, LaCrosse, WI.

Ortiz, S. O. (2012, April). *Evaluating Difference vs. Disorder in English Learners: Issues in cognitive and academic assessment in early childhood.* Young Child Expo & Conference, NY, NY.

Ortiz, S. O. (2012, April). *Evidence-based Assessment and Intervention: Bridging research and practice in the education and evaluation of English language learners.* San Diego County Association of School Psychologists, San Diego, CA.

Ortiz, S. O. (2012, February). *Assessment of English Language Learners: Evidence-based evaluation and practice—Advanced Level.* National Association of School Psychologists. Philadelphia, PA.

Ortiz, S. O. (2012, February). *Assessment of English Language Learners: Evidence-based evaluation and practice—Intermediate Level.* National Association of School Psychologists. Philadelphia, PA.

Ortiz, S. O. (2012, February). *Evidence-based Evaluation of   English Learners Using the Culture-Language Interpretive Matrix: Moving beyond the verbal/nonverbal dichotomy.* Statewide Evaluation Conference for Special Education Evaluation Personnel, Dallas, TX.

Ortiz, S. O. (2012, January). *Assessment of English Language Learners: Evidence-based Practice in Nondiscriminatory Evaluation.* Illinois School Psychology Association 33rd Annual State Convention, Itasca, IL.

Ortiz, S. O. (2011, December). *Nondiscriminatory Evaluation of English Language Learners Within the Context of a Response-to-Intervention* Framework. Rhode Island Department of Education, Regional Education Laboratory NEI, and Rhode Island Technical Assistance Project, Providence, RI

Ortiz, S. O., (2011, October). *Bilingual Education: Current National and International Perspectives.* Celebrating the Past, Honoring the Present, and Paving the Future. New York State Association for Bilingual Education 35th Anniversary Celebration. New York, NY.

Ortiz, S. O. (2011, October). *Evidence-based Evaluation of English Language Learners: Moving beyond the verbal/nonverbal dichotomy.* New York Association of School Psychologists, Syracuse, NY.

Ortiz, S. O. (2011, October). *Evidence-based Practice in Nondiscriminatory Assessment: Use of the Culture-Language Test Classifications and Interpretive Matrix with Diverse Populations.* South Carolina Association of School Psychologists, Columbia, SC

Ortiz, S. O. (2011, October). *Evidence-based Instruction and Evaluation of English Language Learners: Developmental implications for instruction, intervention & assessment.* North Carolina School Psychology Association, Winston-Salem, NC.

Ortiz, S. O. (2011, October). *Evidence-based Instruction and Evaluation of English Language Learners: Bridging research and practice to promote fairness and equity in assessment.* North Carolina School Psychology Association, Winston-Salem, NC.

Ortiz, S. O. (2011, September). *Creating Effective Instructional Environments for Culturally and Linguistically Diverse Students: A developmental perspective on understanding the instructional needs of English Learners.* Regional Special Education and Technical Assistance Support Centers, Rochester, NY.

Ortiz, S. O. (2011, August). *Understanding and Addressing Educational Disparities for English Language Learners: A developmental perspective.* Presentation for the APA Presidential Task Force on Educational Disparities, American Psychological Association, Washington DC.

Ortiz, S. O. (2011, July). *Evidence-based Assessment and Intervention: Bridging Research and Practice in the Education and Evaluation of English Language Learners.* School Neuropsychology Summer Institute 2011, Dallas, TX.

Ortiz, S. O. (2011, June). *Evidence-based Practice in Nondiscriminatory Assessment: Use of the Culture-Language Test Classifications and Interpretive Matrix with Diverse Populations.* Washington State Association of School Psychologists Spring Lecture Series 2011. Vancouver, WA.

Ortiz, S. O. (2011, March). *The Role of Bilingual Clinicians in Services and Collaboration for English Language Learners with Disabilities: Or, why being bilingual is more than just speaking two languages.* New York State Association for Bilingual Education, New York, NY.

Ortiz, S. O. (2011, February). *Assessment of English Language Learners: Evidence-based evaluation and practice—Advanced Level.* National Association of School Psychologists. San Francisco, CA.

Ortiz, S. O. (2011, February). *Assessment of English Language Learners: Evidence-based evaluation and practice—Intermediate Level.* National Association of School Psychologists. San Francisco, CA.

Juarez, B. & Ortiz, S. O. (2011, February). *The Outcome Scale for Cultural Competency (OSCC) in School Psychology.* Symposium on Multicultural Competency, National Association of School Psychologists. San Francisco, CA.

Ortiz, S. O. (2011, February). Identifying Learning Disabilities in English Language Learners: Understanding reasons why students struggle in the classroom via evaluation of data, assessments, and case studies. Policy Challenges Event co-sponsored by Regional Educational Laboratory—Northeast and Islands, Mid-Hudson BETAC, Lower Hudson BETAC, and Regional Special Education TACS., New Paltz, NY.

Ortiz, S. O. (2011, January). Cultural Competence and Nondiscriminatory Assessment: Bridging research and practice in the evaluation of English Language Learners. Minnesota School Psychologists Association, Bloomington, MN.

Ortiz, S. O. (2010, November). *Evidence-based Practice in the Instruction and Evaluation of English Language Learners: A guide to integrating data from RTI and cognitive assessment.* Florida Association of School Psychologists, Miami, FL.

Ortiz, S. O. (2010, October). *Evidence-based Nondiscriminatory Assessment: Bridging research and practice in the evaluation of English Language Learners.* Riverside Association of School Psychologists, Riverside, CA.

Ortiz, S. O. (2010, October). *Evidence-based Practice in the Evaluation of English Language Learners: A guide to conducting defensible and nondiscriminatory assessment.* Arkansas School Psychology

Association, Little Rock, AK.

Juarez, B. M. & Ortiz, S. O. (2010, March). *Definitions of Cultural Competence: Implications for School Psychology Training.* National Association of School Psychologists, Chicago, IL.

Flanagan, D. P., Alfonso, V. C. & Ortiz, S. O. (2010, March). *Assessment of Culturally and Linguistically Diverse Students: Introduction to the Culture-Language Test Classifications and Culture-Language Interpretive Matrix.* National Association of School Psychologists, Chicago, IL.

Hale, J. B., Flanagan, D. P., Pugh, K., Mazzocco, M., Ortiz, S. O., Simon, J. & Silver, L. (2010, February). *Diversity Issues and SLD.* Symposium: Best Practices in SLD Identification and Service Delivery. Learning Disabilities Association of America Summit on Specific Learning Disabilities Evaluation, Identification and Service Delivery, Baltimore, MD.

Ortiz, S. O. (2009, November). *Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach to nondiscriminatory evaluation.* British Columbia Association of School Psychologists. Vancouver, Canada.

Ortiz, S. O. (2009, October). *Understanding and Evaluating English Learners, Part II: Advanced methods and procedures in nondiscriminatory cognitive assessment. School-based Assessment for the 21st Century: Culturally sensitive practice.* Georgian Court University, Lakewood, NJ.

Ortiz, S. O. (2009, October). *Understanding and Evaluating English Learners, Part I: Foundations in cognitive, linguistic, and academic development. School-based Assessment for the 21st Century: Culturally sensitive practice.* Georgian Court University, Lakewood, NJ.

Ortiz, S. O. (2009, October). *The Bilingual Odyssey: Am I monolingual yet? Keynote address, School-based Assessment for the 21st Century: Culturally sensitive practice.* Georgian Court University, Lakewood, NJ.

McCaffrey, R. J., Andberg, M. M., Braden, J. P., Kubiszyn, T., & Ortiz, S. O. (2009, August). *Recent Developments Affecting the Disclosure of Test Data and Materials: Comments regarding the 1996 Statement on the Disclosure of Test Data.* Committee on Psychological Tests and Assessment, American Psychological Association, Toronto, Canada.

Ortiz, S. O. (2009, March). *Equitable Assessment of English Language Learners.* Temple University School Psychology Conference: Recent Advances in Assessment and Intervention, Philadelphia, PA.

Ortiz, S. O. (2009, March). *The English Language Learning Odyssey: Am I monolingual yet?* Keynote Address, Temple University School Psychology Conference: Recent Advances in Assessment and Intervention, Philadelphia, PA.

Ortiz, S. O. (2009, February). *Nondiscriminatory Assessment of Diverse Students: Making a difference in fairness.* National Association of School Psychologists, Boston, MA.

Ortiz, S. O. (2009, February). *Cross-battery Assessment with Culturally and Linguistically Diverse Individuals: Use of the Culture-Language Test Classifications and Interpretive Matrix.* Texas Statewide Education Program Annual Conference, Houston, TX.

Ortiz, S. O. (2008, November). *The Bilingual Odyssey: Am I monolingual yet?* Keynote Address-afternoon, Learning Disability Association of Kansas, Kansas City, KS.

Ortiz, S. O. (2008, November). *Assessment of Diverse Individuals: Evaluating language difference from learning disability.* Learning Disability Association of Kansas, Kansas City, KS.

Ortiz, S. O. (2008, November). *Learning Disadvantages and Disabilities: When do English learners catch up?* Keynote Address-morning, Learning Disability Association of Kansas, Kansas City, KS.

Ortiz, S. O. (2008, July). *Using the Cross-Battery Approach to Assess Diverse Individuals.* 3rd National

School Neuropsychology Conference. Dallas, TX.

Ortiz, S. O. (2008, May). *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Youth—Part II*, Philadelphia School Psychologist's Conference, The School District of Philadelphia, Philadelphia, PA.

Ortiz, S. O. (2008, May). *Overview of Nondiscriminatory Assessment of Culturally and Linguistically Diverse Youth—Part I*, Philadelphia School Psychologist's Conference, The School District of Philadelphia, Philadelphia, PA.

Ortiz, S. O. (2008, April). *Assessment and Evaluation of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation*. Orange County Association of School Psychologists & Santa Ana Unified School District, Santa Ana, CA.

Ortiz, S. O. (2008, April). *The ELL Odyssey: Am I a monolingual yet?* Keynote Address, California Subject Matter Project, 18th Annual ELD Institute, San Diego, CA.

Ortiz, S. O. (2008, April). *Integrating Cognitive Assessment and RTI in the Evaluation of English Language Learners.* California Subject Matter Project, 18th Annual ELD Institute, San Diego, CA.

Ortiz, S. O. (2008, March). *Best Practices in Learning Disability and Nondiscriminatory Assessment: Use of the K-ABC-II and Academic Ability Tests with Culturally and Linguistically Diverse Students*. Connecticut Association of School Psychologists, Hartford, CT.

Ortiz, S. O., Dynda, M. A. & Sotelo-Dynega, M. (2008, March). *Language Proficiency, Intelligence, and School Achievement: When do ELLs really 'catch up?'* New York Association for Bilingual Education, Melville, NY.

Brown, B. T. & Ortiz, S. O. (2008, February). *Spanish Adaptation of the Conners Assessment System.* National Association of School Psychologists, New Orleans, LA.

Alfonso, V. C., Flanagan, D. P., Dynda, A. M., & Ortiz, S. O. (2008, February). *A Research-based Consensus Definition of SLD: Integrating multiple data sources*. National Association of School Psychologists, New Orleans, LA.

Dynda, A. M., Flanagan, D. P., & Ortiz, S. O. (2008, February). *The Relation Between English Language Proficiency and IQ Test Performance.* National Association of School Psychologists, New Orleans, LA.

Sotelo-Dynega, M., Ortiz, S. O., Flanagan, D. P. & Chaplin, W. (2008, February). *English Language Proficiency and Performance on Tests of Cognitive Abilities.* National Association of School Psychologists, New Orleans, LA.

Verderosa Aguerra, F., Terjesen, M., Flanagan, D. P. & Ortiz, S. O. (2008, February). *Effects of Language and Culture on Bilingual Preschoolers' Performance.* National Association of School Psychologists, New Orleans, LA.

Ortiz, S. O. (2008, February). *Incorporating Culturally and Linguistically Diverse (CLD) Evaluations into Cross-Battery Assessment.* 11th Annual Statewide Education Conference, Houston, TX.

Ortiz, S. O. (2007, November). *Nondiscriminatory Assessment of Diverse Students: Providing fair and equitable evaluations.* St. John's University Conference on Contemporary Issues in the Practice of School Psychology. Oakdale, NY.

Fletcher-Janzen, E. & Ortiz, S. O. (2007, October). *Culturally Competent RTI.* Florida Association of School Psychologists. Miami, FL.

Ortiz, S. O. (2007, October). *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation.* Conference sponsored by Our

Lady of the Lake University and the Texas Organization of Multicultural Multilingual Audiologists and Speech-language Specialists (TOMMAS). San Antonio, TX.

Ortiz, S. O. (2007, August). *Cognitive Assessment and RTI with Culturally and Linguistically Diverse Students: An integrative approach for reducing inappropriate referrals and discriminatory evaluations.* San Diego Chapter of the California Association of School Psychologists and San Diego City Schools. San Diego, CA.

Ortiz, S. O. (2007, July). *Nondiscriminatory Assessment Techniques in Speech-Language Evaluation: Use of the Culture-Language Test Classifications and Interpretive Matrix.* Bilingual Therapies Annual Conference, Cancun, Mexico.

Ortiz, S. O. (2007, May). *Assessment of English Language Learners: A systematic, practical approach for nondiscriminatory evaluation.* Delaware Association of School Psychologists. Dover, DE.

Ortiz, S. O. (2007, April). *Parallel Processes in the Development of English Language Learners: Understanding linguistic, cognitive, and academic factors.* 1st Annual Lower Hudson Valley Dual-Language Conference, Marymount College of Fordham University, Tarrytown, NY.

Ortiz, S. O., Flanagan, D. P., Dynda, A. M. & Alfonso, V.C. (2007, March). *Nondiscriminatory Assessment: The fourth "R" in evaluation.* National Association of School Psychologists. New York, NY.

Dynda, A. M., Flanagan, D. P., Alfonso, V. C., & Ortiz, S. O. (2007, March). *Avoiding the Tower of Babel: Responding to RTI Versus Testing.* National Association of School Psychologists, New York, NY.

Flanagan, D. P., Alfonso, V. C., Ortiz, S. O., & Dynda, A. M. (2007, March). *RTI and Testing: Responding with an Operational Definition of LD.* National Association of School Psychologists, New York, NY.

Dynda, A. M., Ortiz, S. O. & Flanagan, D.P. (2007, March). *The Relationship Between English Language Proficiency and IQ Test Performance.* National Association of School Psychologists. New York, NY.

Braden, J., Kubiszyn, T. & Ortiz, S.O. (2007, March). *Response-to-Intervention and Assessment Standards: Ensuring a reliable, valid, and fair process.* National Association of School Psychologists, New York, NY.

Ortiz, S.O. (2007, March). *Distinguishing Cultural and Linguistic Difference from SLD: Addressing issues of fairness and equity in RtI and testing.* Symposium at Yale University on Response-to-Intervention, Intelligent Testing, and Specific Learning Disabilities Assessment.

Ortiz, S. O. (2007, March). *Culturally Competent RtI: What every psychologist needs to know.* California Association of School Psychologists, Los Angeles, CA.

Flanagan, D. P. & Ortiz, S. O. (2007, March). *Integration of RtI and Testing: Contemporary evaluation of SLD in culturally and linguistically diverse students.* California Association of School Psychologists, Los Angeles, CA.

Ortiz, S. O. (2007, February). *English Language Learners/Development and Learning Disabilities: Understanding linguistic and cultural acquisition, three-tiered research-based interventions, and eligibility for special education.* Oregon School Psychology Association/Oregon Branch of the International Dyslexic Association. Portland, OR.

Ortiz, S. O. (2006, November). *Nondiscriminatory Assessment: Achieving equity in cognitive, academic, and linguistic evaluation of diverse individuals.* Conference on: "New Developments for Multicultural School Psychology Practice," Adelphi University, New York, NY.

Ortiz, S. O. & Fletcher-Janzen, E. (2006, November). *Culturally Competent RTI.* Alabama Association of School Psychologists, Perdido Beach, AL.

Case 2:22-cv-05120-JMA-AYS Document 24-7 Filed 09/29/22 Page 29 of 31 PageID #: 501

Ortiz, S. O. (2006, October). *Responding to Diversity in the Schools: Maybe if we refuse to educate their kids they'll go away.* Keynote Address, Georgia Association of School Psychologists, Savannah, GA.

Braden, J. (Chair), Ortiz, S. O. & Stoner, G. (2006, September). *Assessing Student Growth to Foster School Excellence.* Education Leadership Conference, Washington DC.

Kubiszyn, T. (Chair), Braden, J., Ortiz, S.O. & Reschley, D. (discussant) (2006, August). *Response to intervention (RTI) implementation considerations- reliability, validity, and fairness.* American Psychological Association, New Orleans, LA.

Flanagan, D.P & Ortiz, S.O. (2006, March). *Best Practices in LD and Nondiscriminatory Assessment: Use of the KABC-II and Cognitive Ability Tests with Culturally and Linguistically Diverse Students.* National Association of School Psychologists, Anaheim, CA.

Braden, J., Kubiszyn, T. & Ortiz, S.O. (2006, March). *Response-to-Intervention and Assessment Standards: Ensuring a reliable, valid, and fair process.* National Association of School Psychologists, Anaheim, CA.

Braden, J. (Chair), Kubiszyn, T., Ortiz, S.O. & Reschley, D. (discussant) (2006, March). *Preventing "Response-to-Intervention" failure: Ensuring Methods Meet Assessment Standards.* National Association of School Psychologists, Anaheim, CA.

Ysseldyke, J., Burns, M., Dawson, P., Kelly, B., Morrison, D., Ortiz, S., Rosenfeld, S. & Telzrow, C. (2006, March). *Blueprint III—The Training and Practice of School Psychologists.* National Association of School Psychologists, Anaheim, CA.

Ochoa, S.H. & Ortiz, S.O. (2006, February). *Critical Issues and factors to consider when assessing ELL referrals.* Statewide Evaluation Network Conference, Corpus Christi, TX.

Ortiz, S. O. (2006, January). *The Culture-Language Test Classifications and Interpretive Matrix: Systematic, nondiscriminatory assessment of culturally and linguistically diverse students.* Psychologists-In-Training (PIT) Program, New York City Department of Education, Jamaica, Queens, NY.

Ortiz, S. O. (2005, December). *Multiculturalism and Test Takers with Disabilities: Sorting out documentation and accommodation issues.* Testing Agencies Disability Forum, Philadelphia, PA.

Ortiz, S. O. (2005, November). *Culturally Competent School Psychology Practice: What every school psychologist needs to know.* New York Association of School Psychologists, White Plains, NY.

Ortiz, S. O. & Ochoa, H. S. (2005, November). *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation.* Florida Association of School Psychologists, Hollywood, FL.

Fletcher-Janzen, E. & Ortiz, S. O. (2005, August). *Cultural Competence in the Use of IQ Tests with Culturally and Linguistically Diverse Children.* American Psychological Association Annual Conference, Washington DC.

Ortiz, S. O. (2005, July). *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation.* National Association of School Psychologists, Regional Conference, Philadelphia, PA.

Ortiz, S. O. (2005, April). *Cultural Pioneers: Generational patterns on the academic frontier.* Panel presentation at the 2nd Conference on Educational, Legal, and Health Care Needs of the Latino Community in New York City. St. John's University, Queens, NY.

Ortiz, S. O. (2005, March). *Issues in the Application of RTI Methods with Culturally and Linguistically Diverse Children.* Panel presentation at the annual meeting of Trainers in School Psychology.

National Association of School Psychologists, Atlanta, GA.

Ortiz, S. O. (2005, January). "*You learned English so why can't everyone else?*" Keynote Address, Minnesota School Psychology Association. Bloomington, MN.

Ortiz, S. O. (2005, January). *Comprehensive Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for nondiscriminatory assessment.* Minnesota School Psychology Association, Bloomington, MN.

Ortiz, S. O. (2004, December). *"You made it, so why can't everyone else?"* Keynote address at the Putting the Pieces Together: Northwest Conference on ESL/SPED Interface. Lewis & Clark College, Portland, OR.

Ortiz, S. O. (2004, December). *Use of the Culture-Language Test Classifications and Interpretive Matrix: A framework for nondiscriminatory assessment.* Putting the Pieces Together: Northwest Conference on ESL/SPED Interface. Lewis & Clark College, Portland, OR.

Ortiz, S. O. (2004, September). *Comprehensive Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for nondiscriminatory assessment.* North Carolina School Psychology Association, Wilmington, NC.

Ortiz, S. O. (2004, July). *Education follows Maturation: Developmental, cognitive, and linguistic influences in the instruction and evaluation of English Language learners.* Bilingual Therapies Conference, Las Vegas, NV.

Ortiz, S. O. (2004, May). *Nondiscriminatory Cross-cultural Assessment: A developmental psycholinguistic approach neuropsychological practice.* New York Neuropsychological Group, New York, NY.

Ochoa, S. H. & Ortiz, S. O. (2004, April). *Psychoeducational Assessment of Children from Culturally and Linguistically Diverse Backgrounds.* National Association of School Psychologists, Dallas, Texas.

Ortiz, S. O. & Ochoa, S. H. (2004, April). *Comprehensive Assessment and Nondiscriminatory Evaluation of Diverse Learners.* National Association of School Psychologists, Dallas, Texas.

Flanagan, D. P. & Ortiz, S. O. (2004, April). *CHC Cross-Battery and Learning Disability Assessment: Theoretical and research-based approaches for the "post severe discrepancy" age.* National Association of School Psychologists, Dallas, TX.

Ortiz, S. O. (2004, March). *Assessment of Culturally and Linguistically Diverse Children: A systematic, comprehensive framework for nondiscriminatory assessment.* Psychologists-In-Training (PIT) Program, New York City Department of Education, Jamaica, Queens, NY.

Ortiz, S. O. (2003, November). *A Case for Primary Language Instruction: Do English learners really "catch up?"* NYC Department of Education, Region 3--English Language Learners and Foreign Language Programs Winter Conference. Jamaica, NY.

Ortiz, S. O. (2003, May). *Lies, Damn Lies, and Statistics: What They Didn't Tell You About Making Sense of Educational Data.* Keynote address at the New York State Association for Bilingual Education, Regional Conference, Dobbs Ferry, NY.

Ortiz, S. O. (2003, May). *Comprehensive Assessment of Diverse Individuals: A systematic, practical approach to nondiscriminatory assessment.* New Jersey Association of School Psychologists, East Windsor, NJ.

Ortiz, S. O. (2003, April). *Enhancing Outcomes for All Children: Comprehensive assessment and nondiscriminatory evaluation of Culturally and Linguistically Diverse Children.* National Association of School Psychologists, Washington DC.

Ortiz, S. O. (2003, April). *Assessment of Culturally and Linguistically Diverse Children: A systematic, comprehensive framework for nondiscriminatory assessment.* Psychologists-In-Training (PIT) Program, New York City Department of Education, Jamaica, Queens, NY.

Ortiz, S. O. (2003, March). *Education follows Maturation: Developmental, cognitive, and linguistic influences in the instruction and evaluation of English Language learners.* New York State Association for Bilingual Education, Tarrytown, NY.

Ortiz, S. O. (2003, March). *Comprehensive Assessment of Diverse Individuals: A systematic, practical approach to nondiscriminatory assessment.* Association of School Psychologists of Pennsylvania, Harrisburg, PA.

Ortiz, S. O. (2003, March). *Education follows Maturation: Developmental, cognitive, and linguistic influences in the instruction and evaluation of English Language learners.* University of Texas Speech-Language Research Symposium, Austin, TX.

Ortiz, S. O. (2002, December). *New Directions in Diagnosing Learning Disability: Modern theoretical and research-based definitions and procedures.* New Jersey Association of School Psychologists, East Windsor, NJ.

Ortiz, S. O. (2002, August). Baseball, Apple Pie, and IQ tests: Issues in defining and measuring intelligence. Panel presentation at the symposium, *Developing Cross-Cultural Assessment Measures—Implications for International Research and Practice.* American Psychological Association, Chicago, IL.

Ortiz, S. O. (2002, June). *Language Dominance and its Impact on Linguistic, Academic, and Psychological Development.* Keynote address at the New York State Association for Bilingual Education, Regional Conference. Hempstead, NY.

Ortiz, S. O. (2002, March). *Contemporary Assessment of Learning Disability: Theoretical and empirical advances in evaluation and identification.* South Carolina Association of School Psychologists. Charleston, SC.

Ortiz, S. O. (2002, February). *Assessment of Culturally and Linguistically Diverse Children: A systematic, comprehensive framework for nondiscriminatory assessment.* National Association of School Psychologists, Chicago, IL.

Ortiz, S. O. (2002, February). *The Case for English Only Instruction: Do English learners really catch up?* Keynote Address, New York State Association for Bilingual Education, Regional Conference on Literacy. Manhattanville, NY.

Ortiz, S. O. (2001, November). *Comprehensive Assessment of Diverse Individuals: A systematic, practical approach to nondiscriminatory assessment.* New York Association of School Psychologists, White Plains, NY.

Ortiz, S. O. (2001, November). *Comprehensive Assessment of Diverse Individuals: A systematic, practical approach to nondiscriminatory assessment.* Massachusetts Association of School Psychologists, Boston, MA.

Ortiz, S. O. (2001, April). *Assessment of Culturally and Linguistically Diverse Children: A systematic, comprehensive framework for nondiscriminatory assessment.* National Association of School Psychologists, Washington DC.

Pang. S., Wilkes, B., & Ortiz. S. O. (2001, April*). Linguistic Issues in Assessment: A Chinese, Ebonics, and Spanish perspective.* National Association of School Psychologists, Washington DC.

Ortiz, S. O. (2001, March). *Multicultural Assessment: Best practices and procedures.* McComb/St. Clair Psychological Association and Oakland Schools. Detroit, MI.

Ortiz, S. O. (2001, February). *A humanistic view of bilingual education: How I became the poster child for bilingual education.* Keynote address at the Annual Conference of New York State Association for Bilingual Education. Westchester, NY.

Ortiz, S. O. (1999, April). *Assessment of Culturally and Linguistically Diverse Children: A blueprint for success.* National Association of School Psychologists, Las Vegas, NV.

Flanagan, D. P., Gerner, M., & Ortiz, S. O. (1999, April). *A contemporary approach to interpreting the Wechsler Scales: A reading disability case study and application to multicultural populations.* National Association of School Psychologists, Las Vegas, NV.

Ortiz, S. O. (1999, March). *Assessment of Diverse Children: A comprehensive framework for compliance.* California Association of School Psychologists, Pasadena, CA.

Ortiz, S. O. & Esparza Brown, J. (1999, February). *From General Education to Special Education: Systematic Guidelines for Compliance in Serving English Learners.* California Association for Bilingual Education, Los Angeles, CA.

Ortiz, S. O. (1999, January). *Cambios en las leyes de educación especial: Ley pública 105-17 "IDEA '97."* Keynote address given at 3rd Annual Fiesta Educativa Conference, San Diego/Imperial Counties, San Diego Office of Education, San Diego, CA.

Ortiz, S. O., Esparza Brown, J. & Schmidt, S. (1999, January). *From General Education to Special Education: Guidelines for Compliance in Serving Culturally and Linguistically Diverse Children.* National Association for Bilingual Education, Denver, CO.

Ortiz, S. O. (1998, November). *Comprehensive Assessment of Culturally and Linguistically Diverse Children: A Systematic, Practical Approach to Nondiscriminatory Assessment.* Arizona Association of School Psychologists, Mesa, AZ.

Ortiz, S. O. & Valles, G. (1998, November*). Implementing an Effective Pre-Referral Process for Diverse Children.* Cross-cultural Special Education Conference, San Diego, CA.

Ortiz, S. O. (1998, November). *Alternative Assessment of Culturally and Linguistically Diverse Children.* Cross-cultural Special Education Conference, San Diego, CA.

Ortiz, S. O. (1998, May). *Evaluación bilingue competente: Haciendolo bien, haciendolo mal, y como saber la diferencia (Competent bilingual assessment: Doing it right, doing it wrong, and how to tell the difference).* Fiesta Educativa, University of Southern California, Los Angeles, CA.

Ortiz, S. O. (1998, April). *La educación especial en los Estados Unidos: Avances en la integración educativa (Special education in the United States: Advances in mainstreaming and integration).* Annual Bi-National Education Conference, Calexico, CA.

Ortiz, S. O. (1998, April). *Selective Gf-Gc Cross-Battery Assessment: Addressing the needs of culturally and linguistically diverse populations.* National Association of School Psychologists, Orlando, FL.

Ortiz, S. O., Adrianzen, I., Aganza, J., Iruegas, M., & Peña, L (1998, February). *Competent Bilingual Assessment: Issues in definitions, qualifications, and practices.* National Association for Bilingual Education, Dallas, TX.

Ortiz, S. O., Schmidt, S. & Esparza Brown, J. (1998, February). *Developing Culturally and Linguistically Appropriate Goals and Objectives: Issues in the education of Latino exceptional children.* California Association for Bilingual Education, San Jose, CA.

Ortiz, S. O. (1997, December).  *Assessment of Diverse Children: Compliance issues and best practices.*  California Department of Education, Workability I Conference, San Diego, CA.

Ortiz, S. O. & Ortiz, O. G. (1997, November).  *Apoyando sus niños: estratégias é ideas para ampliar el exito de sus hijos en el aprovechamiento emocional, sociál, y educativo (Supporting your children: strategies and ideas for increasing the emotional, social, and academic achievement of your children).* Keynote Address given at the annual Parent Involvement Conference, San Diego City Schools, San Diego, CA.

Ortiz, S. O. (1997, November).  *Dynamic assessment-for-intervention: Practical and legal issues in special education compliance.*  Los Angeles County Department of Education, Conference for School Psychologists by School Psychologists, Long Beach, CA.

Ortiz, S. O. (1997, October).  *Bilingual, cross-cultural, nondiscriminatory assessment: Issues, answers, and guidelines.*  Cross-cultural Special Education Conference, San Diego, CA.

Ortiz, S. O. (1997, October).  *Bilingual special education: Guidelines for compliance in developing culturally and linguistically appropriate goals and objectives.*  Cross-cultural Special Education Conference, San Diego, CA.

Ortiz, S. O. & Valles, G. (1997, October).  *Bilingual Special Education: Writing culturally and linguistically appropriate goals and objectives.*  Cross-cultural Special Education Conference, San Diego, CA.

Ortiz, S. O. (1997, April).  *Online Culture and Language Learning: Working well with diversity through technology.*  National Association of School Psychologists and California Association of School Psychologists Joint Conference, Anaheim, CA.

Sapien-Melchor, R., Ortiz, S. O., Bray, R., Esgate, M., Johnson, R., & Loveman, S. (1997, February).  *Bilingual General and Special Education: Models that work!*  California Association for Bilingual Education, San Diego, CA

Ortiz, S. O. (1996, November).  *Bilingual special education: Guidelines for the development of culturally and linguistically appropriate IEP goals and objectives.*  Cross-Cultural Special Education Conference, San Diego, CA.

Ortiz, S. O., Valles, G., Brown-Esparza, J., & Schmidt, S. (1996, November).  *Bilingual special education: Issues in assessment, service delivery and instruction.*  Cross-Cultural Special Education Conference, San Diego, CA.

Ortiz, S. O. & Ortiz, O. G. (1996, October).  *Dynamic Assessment for Intervention: Bridging results with special education instruction and the development of culturally and linguistically appropriate goals and objectives.*  California Association for Mediated Learning, San Diego, CA.

Ortiz, S. O. (1996, September).  *Pre-referral processes, interventions, and strategies for culturally and linguistically diverse children.*  Second Language Acquisition Conference, Vista, CA.

Ortiz, S. O. (1996, March).  *Navigating Legal Waters, Parts I and II: Procedures in assessment, reassessment, and cultural-linguistic considerations.*  California Association of School Psychologists, San Diego, CA.

Ortiz, S. O. & Esparza Brown, J. (1996, March).  *Bridging the Results of Dynamic Assessment with Instruction and the Development of Culturally and Linguistically Appropriate Goals and Objectives.*  California Association of School Psychologists, San Diego, CA.

Ortiz, S. O. (1996, February).  *Alternative Assessment of Culturally and Linguistically Diverse Children: Legal mandates, practical approaches, and effective techniques.* Los Angeles County Department of

Education, Conference for School Psychologists by School Psychologists, Burbank, CA.

Ortiz, S. O. & Esparza Brown, J. (1996, February). *Categorical and Inclusive Education: Bridging instructional approaches for culturally and linguistically diverse exceptional students.* Council for Exceptional Children, Ontario, CA.

Ortiz, S. O. & Ortiz, O. G. (1996, January). *El proceso de la educación especial: Como afecta al estudiante Hispano parlante.* California Association for Bilingual Education, San Jose, CA.

Ortiz, S. O. & Esparza Brown, J. (1996, January). *Categorical and Inclusive Education: Bridging instructional approaches for culturally and linguistically diverse exceptional students.* California Association for Bilingual Education, San Jose, CA.

Ortiz, S. O. & Esparza Brown, J. (1995, November). *Bridging Assessment and Intervention: Developing culturally and linguistically appropriate goals and objectives for LEP students.* Cross-Cultural Special Education Conference, San Diego, CA.

Ortiz, S. O. (1995, November). *Pre-referral processes, interventions, and strategies for culturally and linguistically diverse children.* Cross-Cultural Special Education Conference, San Diego, CA.

Ortiz, S. O. (1995, October). *The use of Dynamic Assessment and the Primary Sources Inventory in the Diagnosis of Learning Disabilities.* Learning Disabilities Association of California, Burbank, CA.

Ortiz, S. O. & Ortiz, O. G. (1995, October). *Dynamic Assessment for Intervention: Bridging results with special education instruction and the development of culturally and linguistically appropriate goals and objectives* California Association for Mediated Learning, Monterey, CA.

Ortiz, S. O. (1995, March). *The Child in Context: Ecological foundations and best practices in the assessment of culturally and linguistically diverse children.* California Association of School Psychologists, San Francisco, CA.

Ortiz, S. O. (1995, March). *Myth and Misconception: Stepping out of the dark ages in the assessment of intelligence and cognitive abilities.* California Association of School Psychologists, San Francisco, CA.

Ortiz, S. O., Blocker, P. & Esparza-Brown, J. (1995, March). *Bilingual Special Education Services Delivery in an Inclusive Model: Successes and failures in keeping pace with the strategic plan.* California Association of School Psychologists, San Francisco, CA.

Ortiz, S. O. & Daly, A. J. (1995, March). *The Information Superhighway: Tomorrow's resources for today's school psychologists.* California Association of School Psychologists, San Francisco, CA.

Cook-Morales, V. J., Robinson-Zañartu, C. A. & Ortiz, S. (1995, August). *Systemic change toward educational equity in professional psychology programs.* American Psychological Association, Los Angeles, CA.

Ortiz, S. O. & Hines, V. (1994, March). *On Hallowed Ground: Demystifying and critically evaluating the sanctity and validity of the diagnosis of Attention Deficit and Attention Deficit Hyperactivity Disorder.* California Association of School Psychologists, Long Beach, CA.

Ortiz, S. O., Alvarez, A. & Rojas, E. (1994, March). *Beyond Evaluation: Bilingual-bicultural school psychologists as leaders for change.* National Association of School Psychologists, Seattle, WA.

Ortiz, S. O., Alvarez, A. & Rojas, E. (1994, March). *True Bilingual-Bicultural Competency in School Psychology: Increasing educational achievement through better definition, collaboration, and utilization.* California Association of School Psychologists, Long Beach, CA.

Ortiz, S. O., Ortiz, O. G. & Cook-Morales, V. J. (1994, March). *Preliminary Analysis: Survey of California school psychologists listed in CASP's Multi-Lingual Directory.* CASP Multicultural Affairs Committee

Meeting, California Association of School Psychologists, Long Beach, CA.

Ortiz, O. G., Ortiz, S. O. (1994, March). *El proceso de la educación especial: Como afecta al estudiante de la educación migrante.* California Department of Education, Migrant Education Parent Conference, Garden Grove, CA.

Margolin, G., Fernandez, V., Gorin, L., & Ortiz, S. O. (1982). *The Conflict Inventory: A new measure for the assessment of marital conflict.* Proceedings from the American Association of Behavior Therapy, Los Angeles, CA.

# INVITED PRESENTATIONS AND WORKSHOPS

Ortiz, S. O. (2022, June). *Assessment of English Learners: Evidence-based evaluation and best practice.* Hempstead Union Free School District, Hempstead, NY.

Ortiz, S. O. (2022, June). *Nondiscriminatory Assessment of Multilingual Learners: Evidence-based evaluation and best practice for all practitioners.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2022, June). *Instructional, Intervention, and Pre-referral Challenges in Educating English Learners: Square pegs in round holes.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2022, May). *Introduction to the Ortiz PVAT: A new direction in fairness in evaluation of English speakers and English learners.* Allendale School District & Upper Saddle River School District, Allendale, NJ.

Ortiz, S. O. (2022, May). *Assessment of English Language Learners: Evidence-based evaluation and best practice – Part 2.* NYC Department of Education, Psychologists-in-Training Program, NY. (virtual)

Ortiz, S. O. (2022, April). *Assessment of English Learners: Evidence-based evaluation and best practice.* Elkhart Community Schools, Elkhart, IN.

Ortiz, S. O. (2022, April). *Instructional, Intervention, and Pre-referral Challenges in Educating English Learners: Square pegs in round holes.* Elkhart Community Schools, Elkhart, IN.

Ortiz, S. O. (2022, March). *Advanced Issues in Cross-Battery Assessment (XBA) and Use of X-BASS (X-BASS).* New York City Department of Education, NY. (virtual)

Ortiz, S. O. (2022, March). *Assessment of English Learners: Evidence-based evaluation and best practice.* Port Chester/Rye Union Free School District, Port Chester, NY. (virtual)

Ortiz, S. O. (2022, March). *Assessment of English Learners: Evidence-based evaluation and best practice.* Palo Alto Unified School District, Palo Alto, CA. (virtual)

Ortiz, S. O. (2022, February). *Instructional, Intervention, and Pre-referral Challenges in Educating and Evaluating English Learners: The bilingual-bicultural experience.* Southern Oregon Educational Service District. (virtual)

Ortiz, S. O. & Brown, J. E. (2022, February). *Instructional, Intervention, and Pre-referral Challenges in Educating and Evaluating English Learners: Square pegs in round holes.* Southern Oregon Educational Service District. (virtual)

Ortiz, S. O. (2022, February). *Evidence-based Evaluation of English Learners: A comprehensive, systematic approach to nondiscriminatory evaluation for all practitioners, Parts I-III.* Nova Southeastern University and Palm Beach County Schools, Culturally and Linguistically Diverse PREP, Palm Beach, FL. (virtual)

Ortiz, S. O. (2022, January). *Instructional, Intervention, and Pre-referral Challenges in Educating English Learners: Square pegs in round holes.* Early Childhood Education Center, Adams 12 Five Star Schools, Denver, CO. (virtual)

Ortiz, S. O. (2022, January). *Pre-referral Issues and Challenges with Culturally and Linguistically Diverse Populations: Square pegs in round holes.* Palo Alto Unified School District, Palo Alto, CA. (virtual)

Ortiz, S. O. (2022, January). *Nondiscriminatory Evaluation of English Learners: An evidence-based approach for ensuring validity and fairness in assessment.* Oakland Unified School District, Oakland, CA. (virtual)

Ortiz, S. O. (2022, January). *Best Practices in Evaluation of English Learners: A practical, nondiscriminatory assessment approach for all practitioners.* Ridgewood Public Schools, Ridgewood, NJ.

Ortiz, S. O. (2022, January). *Square Pegs in Round Holes: Challenges in educating and evaluating English learners.* Ridgewood Public Schools, Ridgewood, NJ.

Ortiz, S. O. (2022, January). *Introduction to the Ortiz PVAT: A new direction in fairness in evaluation of English speakers and English learners.* Ridgewood Public Schools, Ridgewood, NJ.

Ortiz, S. O. (2022, January). *Assessment of English Language Learners: Evidence-based evaluation and best practice.* NYC Department of Education, Psychologists-in-Training Program, NY. (virtual)

Ortiz, S. O. (2021, November). *Assessment of English Language Learners: Evidence-based evaluation and best practice.* Berkeley County School District, Moncks Corner, SC.

Ortiz, S. O. (2021, November). *Assessment of English Language Learners: Evidence-based evaluation and best practice.* Fairleigh Dickinson University, Teaneck, NJ (virtual).

Ortiz, S. O. (2021, November). *Identification of SLD in ELs via PSW Analysis with X-BASS: A case study example via the Dual-Discrepancy/Consistency model (DD/C).* New York City Department of Education, NY. (virtual)

Ortiz, S. O. (2021, October). *Introduction to the Ortiz PVAT: A new direction in fairness in evaluation of English speakers and English learners.* Ramsey School District, Ramsey, NJ.

Ortiz, S. O. (2021, September). *Evaluation of SLD with English Learners: A framework for nondiscriminatory assessment for all practitioners.* California State University Sacramento. (virtual)

Ortiz, S. O. (2021, September). *Evaluation of Culturally and Linguistically Diverse Populations: A nondiscriminatory assessment framework for all practitioners.* South County Special Education and Local Planning Agency, San Diego, CA.

Ortiz, S. O. (2021, September). *Evaluation of Culturally and Linguistically Diverse Populations: A nondiscriminatory assessment framework for all practitioners.* Imperial County Office of Education, El Centro, CA.

Ortiz, S. O. (2021, September). *Identification of SLD via PSW Analysis with X-BASS: A case study example via the Dual-Discrepancy/Consistency model (DD/C).* New York City Department of Education, NY. (virtual)

Ortiz, S. O. (2021, September). *Operationalizing and Facilitating Cross-Battery Assessment (XBA) with X-BASS: A guide to using the Cross-Battery Assessment Software System (X-BASS).* New York City Department of Education, NY. (virtual)

Ortiz, S. O. (2021, September). *Theoretical and Empirical Advances in Assessment: An introduction to Cross-Battery Assessment (XBA).* New York City Department of Education, NY. (virtual)

Ortiz, S. O. (2021, September). *Evaluation and Testing in the Age of Covid-19: Issues and answers for differentiating "disruption from disorder."* New York City Department of Education, NY. (virtual)

Ortiz, S. O. (2021, July). *Evaluation of Culturally and Linguistically Diverse Populations: A nondiscriminatory assessment framework for all practitioners.* Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2021, July). *Evaluation of English Learners and Diverse Populations: A nondiscriminatory assessment framework for all practitioners.* Tulare County Office of Education, Visalia, CA.

Ortiz, S. O. (2021, May). *Evidence-based Assessment of English Learners: Contemporary PSW evaluation for SLD with X-BASS, C-LIM, and the Ortiz PVAT.* Bakersfield City School District, Bakersfield, CA (virtual).

Ortiz, S. O. (2021, May). *Evidence-based Assessment of English Learners: A comprehensive framework for nondiscriminatory evaluation.* Bakersfield City School District, Bakersfield, CA (virtual).

Ortiz, S. O. (2021, May). *Multicultural Issues in School Neuropsychology: Nondiscriminatory evaluation with culturally and linguistically diverse populations.* Webinar for 2020-2021 School Neuropsychology Post-Graduate Training Program, Dallas, TX (virtual).

Ortiz, S. O. (2021, April). *Evidence-based Assessment of English Learners: Contemporary PSW evaluation for SLD via X-BASS, C-LIM, and Ortiz PVAT.* Education Service Center 19, San Antonio, TX (virtual).

Ortiz, S. O. (2021, March). *Pre-referral Issues and Challenges with Culturally and Linguistically Diverse Populations: Square pegs in round holes.* Ramsey School District, Ramsey, NJ (virtual).

Ortiz, S. O. (2021, March). *Evidence-based Evaluation of English Learners: A contemporary approach to testing for all practitioners.* Orange Unified School District, Orange, CA (virtual).

Ortiz, S. O. (2021, February). *Assessment of English Learners: Evidence-based evaluation and best practice.* Lafayette School Corporation and the Greater Lafayette Area Special Service. Lafayette, IN (virtual).

Ortiz, S. O. (2021, January). *Evaluation of English Learners: An evidence-based approach for nondiscriminatory assessment.* Huntington Beach Union School District, Huntington Beach, CA (virtual).

Ortiz, S. O. (2021, January). *Evidence-Based Evaluation of English Learners: A contemporary approach to testing.* Chester County Intermediate Unit, Dowington, PA (virtual).

Ortiz, S. O. (2020, November). *Assessment of English Language Learners: Evidence-based evaluation and best practice.* British Columbia Children's Hospital, British Columbia, Canada (virtual).

Ortiz, S. O. (2020, October). *Bilingual Evaluations for Bilingual and Non-Bilingual Professionals: An evidence-based approach for assessing English learners.* North Coastal Consortium for Special Education, San Marcos, CA (virtual).

Ortiz, S. O. (2020, October). *Assessment of English Learners: Establishing fairness and equity through evidence-based practice.* New York City Department of Education – Psychologists-in-Training Program. New York, NY (virtual).

Ortiz, S. O. (2020, February). *Assessment of English Learners: Evidence-based evaluation and best practice.* Springfield Public Schools, Springfield, MA (virtual).

Ortiz, S. O. (2020, July). *Bilingual Evaluations for School-Based Professionals: An Evidence Based*

*Approach.* Millersville University, Millersville, PA (virtual).

Ortiz, S. O. (2020, May). *Evidence-based Instruction and Evaluation of English Language Learners: Day 2 – Bridging research and practice to promote fairness and equity in assessment.* James Madison University, Harrisonburg, VA (virtual).

Ortiz, S. O. (2020, May). *Evidence-based Instruction and Evaluation of English Language Learners: Day 1 – Developmental implications for instruction, intervention, and assessment.* James Madison University, Harrisonburg, VA (virtual).

Ortiz, S. O. (2020, March). *Assessment of English Learners: Application and use of the Culture-Language Interpretive Matrix.* New York City Department of Education. Borough of Brooklyn, NY.

Ortiz, S. O. (2020, February). *Assessment of English Learners: Evidence-based evaluation and best practice.* New York City Department of Education. Borough of Brooklyn, NY.

Ortiz, S. O. (2020, January). *Introduction to the Ortiz PVAT: Administration, Scoring, and Pre/Post-Referral Applications.* Beaverton School District. Beaverton, OR.

Ortiz, S. O. (2020, January). *Square Pegs in Round Holes: Educating and evaluating English learners—Bilinguals are not two monolinguals in one head.* Beaverton School District. Beaverton, OR.

Ortiz, S. O. (2020, January). *Square Pegs in Round Holes: Understanding culturally and linguistically diverse populations.* New York City Department of Education. Borough of Manhattan, NY.

Ortiz, S. O. (2020, January). *Language and Educational Disparities: A focus on English learners.* National Center for Learning Disabilities. Washington DC.

Ortiz, S. O. (2020, January). *Follow up Q&A on the Culture-Language Interpretive Matrix and the Ortiz PVAT.* San Francisco Unified School District. San Francisco, CA.

Ortiz, S. O. (2019, December). *Assessment of English Learners: Evidence-based evaluation and best practice.* State Support Team Region 9. North Canton, OH.

Ortiz, S. O. (2019, December). *Introduction to the Ortiz PVAT: Administration, Scoring, and Pre/Post-Referral Applications.* Beaverton, OR.

Ortiz, S. O. (2019, December). *Square Pegs in Round Holes: Educating and evaluating English learners—Bilinguals are not two monolinguals in one head.* Beaverton School District. Beaverton, OR.

Ortiz, S. O. (2019, December). *Assessment of English Learners: Evidence-based evaluation and best practice.* Compton Unified School District. Compton, CA.

Ortiz, S. O. (2019, November). *Evidence-based Assessment of English Learners: Contemporary PSW evaluation for SLD via X-BASS, C-LIM, and the Ortiz PVAT.* Education Service Center Region 4. Houston, TX.

Ortiz, S. O. (2019, November). *Evidence-based Assessment of English Learners: Contemporary PSW evaluation for SLD via X-BASS, C-LIM, and the Ortiz PVAT.* Katy Independent School District. Katy, TX.

Ortiz, S. O. (2019, November). *Evidence-based Assessment of English Learners: Contemporary PSW evaluation for SLD via X-BASS, C-LIM, and the Ortiz PVAT.* Placer County SELPA. Rocklin, CA.

Ortiz, S. O. (2019, November). *Evidence-based Assessment of SLD with English Learners: Contemporary evaluation via X-BASS, C-LIM, and the Ortiz PVAT.* Columbus City Schools. Columbus, OH.

Ortiz, S. O. (2019, October). *Foundations for Effective Instruction for Multilingual Learners: A developmental perspective.* New York City Department of Education, Borough of Brooklyn, NY.

Ortiz, S. O. (2019, October). *On the Cognitive Test Performance of English Learners: Translating research into practice.* San Diego State University Project PUEDE. San Diego, CA.

Ortiz, S. O. (2019, September). *Assessment of English Learners: Evidence-based evaluation and best practice.* Prince Edward Island Department of Education. Charlottetown, PE.

Ortiz, S. O. (2019, September). *Educational Challenges with English Learners: Pre-referral issues for collaborative instruction, intervention, and evaluation.* Prince Edward Island Department of Education. Charlottetown, PE.

Ortiz, S. O. (2019, September). Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW) Using X-BASS and C-LIM. Chester County Intermediate Unit. Downingtown, PA.

Ortiz, S. O. (2019, September). *Assessment of English Learners: Establishing fairness and equity through evidence-based practice.* Psychologists in Training Program, New York City Department of Education. Borough of Manhattan, NY.

Ortiz, S. O. (2019, September). *The Culture-Language Interpretive Matrix: An evidence-based application of research into practice.* Buros Center for Testing 2019 Webinar Series.

Ortiz, S. O. (2019, August). *Assessment of English Learners: Evidence-based evaluation and best practice.* Charlotte-Mecklenburg Schools. Charlotte, NC.

Ortiz, S. O. (2019, August). *Assessment of English Learners: Evidence-based evaluation and best practice.* Hanover County Schools and Henrico County Public Schools. Richmond, VA.

Ortiz, S. O. (2019, July). *Language Difference vs. Learning Disorder: A developmental perspective on disentangling SLD in English Learners.* College Board-Services for Students with Disabilities Conference. Borough of Manhattan, NY.

Ortiz, S. O. (2019, May). *Foundations for Effective Instruction for Multilingual Learners: A developmental perspective.* New York City Department of Education, Borough of Queens, NY.

Ortiz, S. O. (2019, May). *Foundations for Effective Instruction for Multilingual Learners: A developmental perspective.* New York City Department of Education, Borough of Manhattan, NY.

Ortiz, S. O. (2019, May). *Foundations for Effective Instruction for Multilingual Learners: A developmental perspective.* New York City Department of Education, Borough of Staten Island, NY.

Ortiz, S. O. (2019, May). *Foundations for Effective Instruction for Multilingual Learners: A developmental perspective.* New York City Department of Education, Borough of Bronx, NY.

Ortiz, S. O. (2019, May). *Language Difference vs. Learning Disorder: A developmental perspective on disentangling SLD in English Learners.* Educational Testing Service, Princeton, NJ.

Ortiz, S. O. (2019, April). *Square Pegs in Round Holes: Educating and Evaluating English learners— Bilinguals are not two monolinguals in one head.* Greenwich Public Schools, Greenwich, CT.

Ortiz, S. O. (2019, April). *Culturally and Linguistically Appropriate Instruction and Intervention: A developmental perspective on pre-referral issues, educational expectations, and true peer group comparison.* Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2019, April). *Evidence-Based Assessment of English Learners: A contemporary approach to testing for all practitioners.* Kiryas Joel School District, Monroe, NY.

Ortiz, S. O. (2019, March). *Evidence-based Evaluation of SLD with English Learners: Contemporary*

*evaluation via X-BASS, C-LIM, and the Ortiz PVAT.* Elk Grove Unified School District, Elk Grove, CA.

Ortiz, S. O. (2019, March). *Evidence-based Evaluation of English Learners: A contemporary approach to fairness in Disability Determinations.* Education Service Center Region 13, Austin, TX.

Ortiz, S. O. (2019, February). *Evidence-Based Assessment of English Learners: New directions in fairness in evaluation of English speakers and English learners.* San Francisco Unified School District, San Francisco, CA.

Ortiz, S. O. (2019, February). *Contemporary Evaluation of SLD: Application of Cross-Battery Assessment (XBA) and X-BASS software.* Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2019, January). *Evaluation of English Learners and Applications of the Ortiz PVAT: A new direction in fairness in assessment of English speakers and English learners.* Cartwright Elementary School District, Phoenix, AZ.

Ortiz, S. O. (2019, January). *Day 2 – Development, Use, and Pre- and Post-referral Applications of the Ortiz PVAT: A new direction in fairness in evaluation of English speakers and English learners.* Beaverton School District, Beaverton, OR.

Ortiz, S. O. (2019, January). *Day 1 - Square Pegs in Round Holes: Educating and Evaluating English learners—Bilinguals are not two monolinguals in one head.* Beaverton School District, Beaverton, OR.

Ortiz, S. O. (2019, January). *Culturally and Linguistically Appropriate Instruction and intervention: A developmental perspective on pre-referral issues, educational expectations, and true peer group comparison-Part 2.* Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2019, January). *Evidence-based Evaluation of English Learners: A contemporary approach to fairness in Disability Determinations.* Broward County Public Schools, Ft. Lauderdale, FL.

Ortiz, S. O. (2018, December). *Culturally and Linguistically Appropriate Instruction and intervention: A developmental perspective on pre-referral issues, educational expectations, and true peer group comparison-Part 1.* Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2018, December). *Evidence-based Assessments of English Language Learners: A contemporary approach to testing for all practitioners.* Cognitive Health Solutions, LLC and Lincoln Intermediate Unit No. 12, Hanover, PA.

Ortiz, S. O. (2018, November). *Nondiscriminatory Evaluation of SLD with English Learners: Advanced Case Study Application via C-LIM and X-BASS.* North Coastal Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2018, November). *Contemporary Evaluation of SLD: Application of Cross-Battery Assessment (XBA) and X-BASS software.* North Coastal Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2018, November). *Using X-BASS for SLD Identification with English Learners.* Education Service Center Region 1, Edinburgh, TX.

Ortiz, S. O. (2018, November). *Evidence-based Evaluation of English Learners: A contemporary approach to testing – A preview.* New York City Department of Education, New York, NY.

Ortiz, S. O. (2018, October). *Evidence-based Evaluation of English Learners: Understanding socio-emotional and developmental factors in assessment.* Macomb Intermediate School District, Clinton Township, MI.

Ortiz, S. O. (2018, October). *Contemporary Evaluation of Specific Learning Disability: A framework for best practice in assessment of dyslexia, dysgraphia, and dyscalculia with English Speakers and*

*English learners – Part III.* Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2018, October). *Contemporary Evaluation of Specific Learning Disability: A framework for best practice in assessment of dyslexia, dysgraphia, and dyscalculia with English Speakers and English learners – Part II.* Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2018, September). *Contemporary Evaluation of Specific Learning Disability: A framework for best practice in assessment of dyslexia, dysgraphia, and dyscalculia with English learners – Part I.* Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2018, September). *Evidence-based Evaluation of English Learners: A contemporary approach to fairness in disability determinations.* The School District of Palm Beach County, Palm Beach, FL.

Ortiz, S. O. (2018, September). *Evidence-based Evaluation of English Learners: A contemporary approach to testing.* Gwinnett County Public Schools, Atlanta, GA.

Ortiz, S. O. (2018, September). *Advanced issues in Assessment of English Learners.* Cobb County Schools, Atlanta, GA.

Ortiz, S. O. (2018, August). *Evidence-based Evaluation of English Learners: A contemporary approach to testing.* Chicago Public Schools, Chicago, IL.

Ortiz, S. O. (2018, August). *Evidence-based Evaluation of English Learners: A contemporary approach to testing.* Laramie County School District, Cheyenne, WY.

Ortiz, S. O. (2018, August). *Evaluation of SLD with ELs: A PSW Approach using X-BASS and C-LIM software for beginner/intermediate users.* Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2018, August). *Evaluation of SLD with ELs: A PSW Approach using X-BASS and C-LIM software for beginner/intermediate users.* Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2018, August). *Assessment of English Language Learners: Evidence-based evaluation and best practice.* Cartwright Elementary School District, Phoenix, AZ.

Ortiz, S. O. (2018, August). *Assessment of English Language Learners: Evidence-based evaluation and best practice.* Pearland Independent School District, Pearland, TX.

Ortiz, S. O. (2018 June). *Evidence-based Evaluation of English Learners: A contemporary approach to testing.* San Diego Unified School District, San Diego, CA.

Ortiz, S. O. (2018 June). *Evidence-based Evaluation of Culturally and Linguistically Diverse Students: A research-driven approach to nondiscriminatory assessment for all practitioners.* Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2018 June). *Square Pegs in Round Holes: Challenges in educating and evaluating English learners and understanding the reasons why they aren't "catching up."* Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2018 June). C*ulturally and Linguistically Appropriate Instruction and Intervention: A developmental perspective on pre-referral issues, educational expectations, and true peer group comparison.* Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2018, June). *Evidence-based Instruction and Evaluation of English Language Learners: Day 2 – Bridging research and practice to promote fairness and equity in assessment.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2018, May). *Evidence-based Instruction and Evaluation of English Language Learners: Day 1 – Developmental implications for instruction, intervention, and assessment.* James Madison

University, Harrisonburg, VA.

Ortiz, S. O. (2018, May). *Evidence-based Evaluation of English Leaners: A contemporary approach to testing.* Nova Southeastern University, Ft. Lauderdale, FL.

Ortiz, S. O. (2018, May). *Fairness in Evaluation of English Speakers and Learners: A case study approach illustrating applications of the Ortiz PVAT.* Webinar for Multi-Health Systems, Toronto, Canada.

Ortiz, S. O. (2018, May). *Evidence-based Evaluation of English Leaners: A contemporary approach to testing.* Portland Public Schools, Portland, OR.

Ortiz, S. O. (2018, May). *Evidence-based Evaluation of English Leaners: A contemporary approach to testing.* Montgomery County Intermediate Unit, Norristown, PA.

Ortiz, S. O. (2018, May). *Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW) Using X-BASS, C-LIM, and Ortiz PVAT.* South County Special Education Local Planning Agency, National City, CA.

Ortiz, S. O. (2018, May). *Evidence-based Evaluation of English Leaners: A contemporary approach to testing.* Newport Mesa Unified School District, Costa Mesa, CA.

Ortiz, S. O. (2018, May). *Multicultural Issues in School Neuropsychological Evaluation: Best practices in nondiscriminatory assessment of culturally and linguistically diverse populations.* Webinar for 2017-2018 School Neuropsychology Post-Graduate Training Program, Dallas, TX.

Ortiz, S. O. (2018, April). *Evidence-based Evaluation of English Leaners: A contemporary approach to testing.* Tulare County Office of Education, Visalia, CA.

Ortiz, S. O. (2018, April). *Evidence-based Evaluation of English Leaners: A contemporary approach to testing.* Education Service Center Region 10, Dallas, TX.

Ortiz, S. O. (2018, April). *Fairness and English Learners: Toward true peer group measurement.* Webinar for Buros Institute, Lincoln, NE.

Ortiz, S. O. (2018, March). *Square Pegs in Round Holes: Challenges in Educating and Intervening with English learners.* NYCDOE Queens South Field Support Center. Queens, NY.

Ortiz, S. O. (2018, March). *Evidence-based Evaluation of English Leaners: A contemporary approach to fairness in disability determination.* Miami-Dade County Public Schools. Homestead, FL.

Ortiz, S. O. (2018, March). *Evidence-based Evaluation of English Leaners: A contemporary approach to testing.* Paterson Public Schools, Paterson, NJ.

Ortiz, S. O. (2018, March). *Challenges in Educating and Evaluating English Learners: A developmental perspective.* Paterson Public Schools. Paterson, NJ.

Ortiz, S. O. (2018, March). *Square Pegs in Round Holes: Educating and Evaluating English learners—Bilinguals are not two monolinguals in one head.* Paterson Public School, Paterson, NJ.

Ortiz, S. O. (2018, March). *Evidence-based Evaluation of English Leaners: A contemporary approach to testing.* Prince Georges County Public Schools, Upper Marlboro, MD.

Ortiz, S. O. (2018, March). *Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW) Using X-BASS and C-LIM.* San Francisco Unified School District, San Francisco, CA.

Ortiz, S. O. (2018, March). *Evidence-based Assessment of English Leaners: A contemporary approach to testing.* Hayward Unified School District, Hayward, CA.

Ortiz, S. O. (2018, March). *Revolutionize the way you assess receptive vocabulary acquisition with the Ortiz PVAT: Live Q&A with author, Dr. Samuel Ortiz.* Webinar for Multi-Health Systems, Toronto, Canada.

Ortiz, S. O. (2018, February). *Advanced Use of X-BASS and C-LIM for Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW).* Fulton County School System, Atlanta, GA.

Ortiz, S. O. (2018, February). *Challenges in Educating, Evaluating, and Intervening with English learners.* NYC Dept. of Education, Inclusive Schools Learning Collaborative, New York, NY.

Ortiz, S. O. (2018, February). *Evidence-based Evaluation of English Leaners: A contemporary approach to testing.* Montgomery County Public Schools, Rockville, MD.

Ortiz, S. O. (2018, January). *Square Pegs in Round Holes: Educating and Evaluating English learners— Bilinguals are not two monolinguals in one head.* Beaverton School District, Beaverton, OR.

Ortiz, S. O. (2017, December). *Contemporary Assessment of English Learners: Evidence-based evaluation and best practice.* Education Service Center Region 4, Pasadena, TX.

Ortiz, S. O. (2017, December). *Contemporary Assessment of English Learners: Evidence-based evaluation and best practice.* Education Service Center Region 4, Houston, TX.

Ortiz, S. O. (2017, December). *Contemporary Assessment of English Learners: Evidence-based evaluation and best practice.* Desert Mountain SELPA, Apple Valley, CA.

Ortiz, S. O. (2017, November). *Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW) Using X-BASS and C-LIM.* Chester County Intermediate Unit, Dowingtown, PA.

Ortiz, S. O. (2017, October). *Fairness and English Learners: Toward true peer group measurement.* Buros Center for Testing, Meeting on Fairness in Educational and Psychological Tests: Critical issues and methodological solutions. Omaha, NE.

Ortiz, S. O. (2017, October). *Educational Disparities and the Achievement Gap: Understanding why English learners aren't "catching up."* Webinar for Loyola Marymount University, Los Angeles, CA.

Ortiz, S. O. (2017, September). *Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW) Using X-BASS and C-LIM.* Dutchess BOCES, Poughkeepsie, NY.

Ortiz, S. O. (2017, September). *Contemporary Measurement of Vocabulary Acquisition in an Era of Diversity: Clinical and Educational Application of the Ortiz PVAT.* Webinar for Multi-Health Systems, Toronto, Canada.

Ortiz, S. O. (2017, September). *CHC Theory, X-BASS, and the C-LIM: Advanced applications.* Cobb County School District, Atlanta, GA.

Ortiz, S. O. (2017, July). Educational Disparities and the Achievement Gap: Understanding why English learners aren't "catching up." Keynote address at the George Washington University/National Association of School Psychologists Public Policy Institute, Washington DC.

Ortiz, S. O, (2017, June). English Language Learners: Assessment and Evaluation. University of Saskatchewan, Saskatoon, Canada.

Ortiz, S. O, (2017, June). English Language Learners: Instruction and Intervention. University of Saskatchewan, Saskatoon, Canada.

Ortiz, S. O. (2017, June). The Bilingual-Bicultural Experience: Implications for school-based learning. Community Address, University of Saskatchewan, Saskatoon, Canada.

Ortiz, S. O. (2017, May). Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW) Using X-BASS and C-LIM. Webinar for Dearborn Public Schools, Dearborn, MI.

Ortiz, S. O. (2017, May). Overcoming Challenges in Educating English Learners: A developmental perspective. New York City Department of Education, Office of Special Education, NY, NY.

Ortiz, S. O. (2017, May). Best Practices in Evaluation of English Learners: Application and use of the Culture-Language Interpretive Matrix. Horry County Schools, Conway, SC.

Ortiz, S. O. (2017, May). Multicultural Issues in School Neuropsychological Evaluation: Best practices in nondiscriminatory assessment of culturally and linguistically diverse populations. Webinar for 2016-2017 School Neuropsychology Post-Graduate Training Program, Dallas, TX.

Ortiz, S. O. (2017, March). Challenges in Educating and Evaluating English Learners: A developmental perspective. Sweetwater County School District, Rock Springs, WY.

Ortiz, S. O. (2017, March). Case Study Applications: English Language Learner Evaluations. Webinar for Colorado Department of Education, Denver, CO.

Ortiz, S. O. (2017, March). Best Practices in Evaluation of English Learners: Application and Use of the Culture-Language Interpretive Matrix. Fulton County Schools, Smyrna, GA.

Ortiz, S. O. (2017, March). Advanced Cross-Battery Assessment: X-BASS v2.0 Software and Case Study Applications. South County Special Education Local Planning Agency. National City, CA.

Ortiz, S. O. (2017, January). Interpreting and Reporting Results of Cross-Battery Assessment and PSW Analysis. South County Special Education Local Planning Agency. National City, CA.

Ortiz, S. O. (2017, January). Difference vs. Disorder: Best Practices in Identification of Specific Learning Disability in English Learners. New York State Department of Education, RSE-TASC, Albany, NY.

Ortiz, S. O. (2017, January). Advanced Issues in Collaborative vs. Traditional Models for Referral and Special Education Evaluation of English Learners. ESSU of Colorado Department of Education, Aurora, CO.

Ortiz, S. O. (2016, December). Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW) Using X-BASS and C-LIM. South County Special Education Local Planning Agency. National City, CA.

Ortiz, S. O. (2016, November). Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW) Using X-BASS and C-LIM. Westchester Schools, Westchester, PA.

Ortiz, S. O. (2016, November). Use of the Cross-Battery Assessment Software System (X-BASS) to Support Identification of SLD via Pattern of Strengths and Weaknesses (PSW). South County Special Education Local Planning Agency. National City, CA.

Ortiz, S. O. (2016, October). Cross-Battery Assessment: An introduction to the principles of the new XBA3 and their application in SLD determination. South County Special Education Local Planning Agency. National City, CA.

Ortiz, S. O. (2016, October). Identification of SLD in English Learners via Pattern of Strengths and Weaknesses (PSW) Using X-BASS and C-LIM. North Coastal Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2016, October). Identification of SLD via Pattern of Strengths and Weaknesses (PSW) Using Cross-Battery Assessment and X-BASS. North Coastal Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2016, September). A Collaborative Evaluation Model: What you must know before referring an English Learner. Northwest Regional Education Service District ELL Conference. Hillsboro, Oregon.

Ortiz, S. O. (2016, June). Collaborative vs. Traditional Models for English Learners in Special Education. ESSU/CLDE of the Colorado Department of Education, Denver, CO.

Ortiz, S. O. (2016, June). Advanced Use and Interpretation of Cross-Battery Assessment Software System (X-BASS v1.0): An integrated XBA approach for Evaluating ELLs. Education Service Center Region 1, Edinburgh, TX.

Ortiz, S. O. (2016, May). *Evidence-based Instruction and Evaluation of English Language Learners: Day 2 – Bridging research and practice to promote fairness and equity in assessment.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2016, May). *Evidence-based Instruction and Evaluation of English Language Learners: Day 1 – Developmental implications for instruction, intervention, and assessment.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2016, May). Contemporary Evaluation of SLD: A Pattern of Strengths and Weaknesses (PSW) Approach via Cross-Battery Assessment and X-BASS Software. Placer County SELPA, Auburn, CA.

Ortiz, S. O. (2016, April). Contemporary Evaluation of SLD: A Pattern of Strengths and Weaknesses (PSW) Approach via Cross-Battery Assessment and X-BASS Software. Santa Barbara County SELPA, Buellton, CA.

Ortiz, S. O. (2016, March). Advanced Use of the C-LIM in the Cross-Battery Assessment Software System (X-BASS): An integrated XBA approach for evaluating English learners. Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2016, March). Advanced Use and Interpretation of Cross-Battery Assessment Software System (X-BASS): New Updates to XBA3. Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2015, December). Square Pegs in Round Holes: A developmental framework for understanding the instructional needs of English language learners. Valley Stream Central High School District. Valley Stream, NY.

Ortiz, S. O. (2015, November). Evidence-based Evaluation of English Learners: Best practice in SLD identification. Valley Stream Central High School District. Valley Stream, NY.

Ortiz, S. O. (2015, September). Advanced Use and Interpretation of Cross-Battery Assessment Software System (X-BASS v1.0): An integrated XBA approach for Evaluating ELLs. Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2015, September). Advanced Use and Interpretation of Cross-Battery Assessment Software System (X-BASS v1.0): New updates to XBA3. Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2015, September). ). Difference vs. Disorder: Evidence-based Practice in Evaluation of SLD with English Learners via a PSW Approach. Oceanside Unified School District, Oceanside, CA.

Ortiz, S. O. (2015, September). ). Difference vs. Disorder: Evidence-based Practice in Evaluation of SLD with English Learners via a PSW Approach. San Diego South County SELPA.

Ortiz, S. O. (2015, September). ). Difference vs. Disorder: Evidence-based Practice in Evaluation of SLD with English Learners via a PSW Approach. Cobb County Schools, Atlanta, GA.

Ortiz, S. O. (2015, September). Difference vs. Disorder: Evidence-based Practice in Evaluation of SLD

with English Learners via a PSW Approach. Lakewood Board of Education, Lakewood, NJ.

Ortiz, S. O. (2015, June). Square Pegs in Round Holes: A developmental framework for meeting the literacy needs of English language learners. Literacy Institute, Portland Public Schools, Portland, OR.

Ortiz, S. O. (2015, June). Education and the Unique Experience of English Language Learners: Bilinguals are not two monolinguals in one head. Literacy Institute, Portland Public Schools, Portland, OR.

Ortiz, S. O. (2015, May). Introduction and Overview of the Cross-Battery Assessment Software System (X-BASS v1.0). Trainer of Trainers Workshop, Education Service Center Region 13, Austin, TX.

Ortiz, S. O. (2015, April). Evidence-based Evaluation of English Learners: Best practice in SLD identification. Valley Stream Central High School District, Valley Stream, NY.

Ortiz, S. O. (2015, April). Assessment of English Language Learners: Evidence-based evaluation and best practice. Baltimore City Public Schools, Baltimore, MD.

Ortiz, S. O. (2015, April). Assessment of English Language Learners: Evidence-based evaluation and best practice. Portland City Public Schools, Portland, OR.

Ortiz, S. O. (2015, March). Assessment of English Language Learners: Evidence-based evaluation and best practice. Westbrook School Department, Portland, ME.

Ortiz, S. O. (2014, December). Evidence-based Assessment of English Language Learners: Application and use of the Culture-Language Interpretive Matrix in enhancing SLD evaluations. Education Service Center, Region 19, El Paso, TX.

Ortiz, S. O. (2014, October). Assessment of English Language Learners: Evidence-based evaluation and best practice. Surrey Schools – District 36, Vancouver BC, Canada.

Ortiz, S. O. (2014, October). Psychoeducational Evaluation via CHC Cross-Battery Assessment (XBA): Keeping up with advances in the theory and science of testing and applications for learning disability identification. Corona-Norco Unified School District, Corona, CA.

Ortiz, S. O. (2014, September). English Language Learners and Early Childhood Evaluations: A developmental framework for equitable assessment. Education Service Center, Region 13, Austin, TX.

Ortiz, S. O. (2014, May). *Evidence-based Instruction and Evaluation of English Language Learners: Day 2 – Bridging research and practice to promote fairness and equity in assessment.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2014, May). *Evidence-based Instruction and Evaluation of English Language Learners: Day 1 – Developmental implications for instruction, intervention, and assessment.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2014, April). Evidence-based Evaluation of Culturally and Linguistically Diverse Individuals: Bridging theory and research in equitable assessment of English language learners. The George Washington University, Washington DC.

Ortiz, S. O. (2014, March). Differentiation of Cultural and Linguistic Differences from Disorder: A developmental perspective on the instruction and evaluation of English language learners. Sweetwater County School District, Rock Springs, WY.

Ortiz, S. O. (2014, March). Critical Examination of Current and Typical Methods of Assessment with English Learners: What works, what doesn't, and why. Region 1 Education Service Center, Edinburgh, TX.

Ortiz, S. O. (2014, February). Disability Evaluation of Diverse Learners: A systematic approach for distinguishing cultural/linguistic differences from disorder in evaluation of Intellectual Disability (ID) and Emotional Disturbance (ED) with English language learners. Region 20 Educational Service Center, San Antonio, TX.

Ortiz, S. O. (2014, January). Evidence-based Evaluation of Diverse Learners: Nondiscriminatory assessment and use of the Culture-Language Interpretive Matrix (C-LIM v2.0).

Ortiz, S. O. (2013, December). Best Practices in Nondiscriminatory Assessment: Bridging research and practice to promote fairness and equity in the evaluation of English learners. Region V and Fairleigh Dickinson University Inter-regional Workshop, Hackensack, NJ.

Ortiz, S. O. (2013, November). Psychoeducational Evaluation via CHC Cross-Battery Assessment (XBA): Advances in theory and testing and applications for learning disability identification and assessment of English language learners. Santa Barbara SELPA, Santa Barbara, CA.

Ortiz, S. O. (2013, November). Best Practices in Nondiscriminatory Assessment: Bridging research and practice to promote fairness and equity in the evaluation of English learners. Prince George's County Public Schools, Prince George County, MD.

Ortiz, S. O. (2013, November). Evidence-based Evaluation of Diverse Learners: Using the Culture-Language Interpretive Matrix (C-LIM v2.0). Region 13 Education Service Center, Austin, TX.

Ortiz, S. O. (2013, October). Evidence-based Evaluation of Diverse Learners: A developmental framework for effective instructional practice, intervention, and nondiscriminatory assessment. Lakewood Board of Education, Lakewood NJ.

Ortiz, S. O. (2013, October). Cross-Battery Assessment 3: Principles of XBA3 and use of the XBA3 software in psychoeducational evaluation. Region 20 Education Service Center, San Antonio, TX.

Ortiz, S. O. (2013, October). Evidence-based Evaluation of Diverse Learners: Using the Culture-Language Interpretive Matrix (C-LIM v2.0). Region 20 Education Service Center, San Antonio, TX.

Ortiz, S. O. (2013, October). Cross-Battery Assessment 3: Principles of XBA3 and use of the XBA3 software in psychoeducational evaluation. Region 4 Education Service Center, Houston, TX.

Ortiz, S. O. (2013, October). Evidence-based Evaluation of Diverse Learners: Using the Culture-Language Interpretive Matrix (C-LIM v2.0). Region 4 Education Service Center, Houston, TX.

Ortiz, S. O. (2013, October). Distinguishing Difference from Disorder: A developmental framework for effective instructional practice, intervention, and nondiscriminatory assessment.  Lakewood Board of Education, Lakewood, NJ.

Ortiz, S. O. (2013, September). Evidence-based Evaluation of Diverse Learners: Using the Culture-Language Interpretive Matrix (C-LIM v2.0). Region 7 Education Service Center, Kilgore, TX.

Ortiz, S. O. (2013, September). Distinguishing Difference from Disorder: A developmental perspective on achievement, instruction, and evaluation practices with English Language Learners. Pasadena Independent School District, Pasadena, TX.

Ortiz, S. O. (2013, September). Distinguishing Difference from Disorder in English Learners & Guidance on How to Use the Culture-Language Interpretive Matrix (C-LIM v2.0). Pharr-San Juan-Alamo Independent School District, Pharr, TX.

Ortiz, S. O. (2013, July). Evidence-based Instruction and Evaluation of English Language Learners: Bridging research and practice to promote fairness and equity in assessment. Tucson Unified School District, Tucson, AZ.

Ortiz, S. O. (2013, June). Distinguishing Difference from Disorder in English Learners & Guidance on

How to Use the Culture-Language Interpretive Matrix (C-LIM v2.0). Pasadena Independent School District, Pasadena, TX.

Ortiz, S. O. (2013, June). CHC Cross-Battery Assessment Camp: Principles of the new XBA3 and application in SLD determination and evaluation of English learners. Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2013, June). CHC Cross-Battery Assessment: Principles of the new XBA3 and application in SLD determination and evaluation of English learners. Education Service Center Region 2, Corpus Christi, TX.

Ortiz, S. O. (2013, June). Assessing Culturally and Linguistically Diverse Students: A developmental perspective in the instruction and evaluation of English learners. Greenwich Public Schools, Greenwich, CT.

Ortiz, S. O. (2013, May). CHC Cross-Battery Assessment: The evolution and integration of theory, psychometrics, and tests. The Ohio State University, Columbus, OH.

Ortiz, S. O. (2013, April). Evidence-based Instruction and Best Practices in Evaluation of Diverse Learners: A developmental perspective on distinguishing "difference vs. disorder." District of Columbia Public Schools, Washington DC.

Ortiz, S. O. (2013, March). Evidence-based Assessment and Evaluation of English Language Learners: Application and use of XBA methods and software in SLD identification. Education Service Center Region 20, San Antonio, TX

Ortiz, S. O. (2013, February). Evidence-based Instruction and Evaluation of English Language Learners Using the Culture-Language Interpretive Matrix. Humble Independent School District and Education Service Center Region 4, Humble, TX.

Ortiz, S. O. (2013, February). *Evidence-based Instruction and Evaluation of English Language Learners Using the Culture-Language Interpretive Matrix.* Katy Independent School District and Education Service Center Region 4, Katy, TX.

Ortiz, S. O. (2013, January). *Evidence-based Instruction and Evaluation of English Language Learners: Bridging Research and Practice to Promote Fairness and Equity in Assessment.* Colorado Department of Education and Colorado Bilingual School Mental Health Network, Denver, CO.

Ortiz, S. O. (2013, January). *Evidence-based Instruction and Evaluation of English Language Learners: Developmental implications for instruction, intervention, and assessment.* Colorado Department of Education and Colorado Bilingual School Mental Health Network, Denver, CO.

Ortiz, S. O. (2013, January). Assessment and Evaluation of English Language Learners: An evidence-based approach for distinguishing "difference from disorder. Greenville County Schools, Greenville, SC.

Ortiz, S. O. (2013, January). *Effective Pre-referral Intervention and Instruction for English Language Learners: Development and implementation of culturally and linguistically appropriate strategies for promoting academic success.* Greenville County Schools, Greenville, SC.

Ortiz, S. O. (2012, November). *The ESL Student–Lack of Exposure or Learning Disabled? Implications of a bilingual and bicultural experience in the instruction and evaluation of English Learners.* New Jersey State Region V and Fairleigh Dickinson University, Madison, NJ.

Ortiz, S. O. (2012, November). *Understanding the Bilingual-Bicultural Experience in the School Setting: Developmental implications for distinguishing learning differences from disorders in English Language Learners.* Greenville County Schools, Greenville, SC.

Ortiz, S. O. (2012, October). *Integrating CHC Cross-Battery Assessment in Psychoeducational*

*Evaluations: Intermediate level instruction in the application and use of Cross-battery Assessment (XBA) principles, procedures, software, and interpretive steps.* Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2012, August). *Issues in Instruction and Intervention with English Learners: The role and function of Elementary Level ESOL teachers in serving as effective intervention team members.* Prince William County Schools, Manassas, VA.

Ortiz, S. O. (2012, August). *Issues in Instruction and Intervention with English Learners: The role and function of Secondary Level ESOL teachers in serving as effective intervention team members.* Prince William County Schools, Manassas, VA.

Ortiz, S. O. (2012, August). *Issues in Instruction and Intervention with English Learners: Creating effective intervention teams and application of RTI models.* Prince William County Schools, Manassas, VA.

Ortiz, S. O. (2012, August). *Culturally Competent Assessment of Diverse Populations: Understanding the impact of culture and language on test performance.* Austin Independent School District, Austin, TX.

Ortiz, S. O. (2012, July). *Evidence-based Evaluation of English Language Learners: Bridging research and practice via the C-LIM to enhance fairness and equity in assessment.* Education Service Center Region 11, Fort Worth, TX.

Ortiz, S. O. (2012, June). *Evidence-based Instruction and Evaluation of English Language Learners: Day 2 – Bridging research and practice to promote fairness and equity in assessment.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2012, June). *Evidence-based Instruction and Evaluation of English Language Learners: Day 1 – Developmental implications for instruction, intervention, and assessment.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2012, June). *Evidence-based Instruction and Evaluation of English Language Learners: Day 2 – Bridging research and practice to promote fairness and equity in assessment.* Valparaiso University, Valparaiso, IN.

Ortiz, S. O. (2012, May). *Evidence-based Instruction and Evaluation of English Language Learners: Day 1 – Developmental implications for instruction, intervention, and assessment.* Valparaiso University, Valparaiso, IN.

Ortiz, S. O. (2012, April). *Issues in Serving Linguistically Diverse Populations in School: Building and maintaining equitable delivery systems for English language learners.* Prince William County Schools, Dumfries, VA.

Ortiz, S. O. (2012, April). *Issues in Instruction and Intervention with English Language Learners: A developmental perspective on understanding the educational needs of English learners.* Prince William County Schools, Dumfries, VA.

Ortiz, S. O. (2012, April). *Advanced Issues in Evaluation of English Learners: Bridging research and practice to promote fairness and equity in assessment.* Prince William County Schools, Dumfries, VA.

Ortiz, S. O. (2012, April). *Disproportionate Representation in Special Education Placement: A developmental perspective on the academic outcomes of English language learners.* Prince William County Schools, Dumfries, VA.

Ortiz, S. O. (2012, April). *Evidence-based Assessment and Evaluation of English Learners: Bridging research and practice to promote fairness and equity in assessment.* San Marcos Unified School District, San Marcos, CA.

Ortiz, S. O. (2012, April). *Issues in Instruction and Intervention with English Learners: A developmental*

Case 2:22-cv-06120-JMA-AYS Document 12-47 Filed 09/28/22 Page 60 of 81 PageID #: 522

*perspective on understanding the educational needs of English Learners.* San Marcos Unified School District, San Marcos, CA.

Ortiz, S. O. (2012, March). *Establishing Validity and Enhancing Interpretation of Test Results via the Culture-Language Interpretive Matrix: Evidence-based practice in the evaluation of ELLs.* Education Service Center Region 10, Dallas, TX.

Ortiz, S. O. (2012, March). *Assessment Considerations for Young English Language Learners: Long term effects on academic and cognitive development related to early L1 vs. L2 instruction.* New York State Bilingual Preschool Teaching and Assistance Center, NY, NY.

Ortiz, S. O. (2012, February). *CHC Cross-Battery Assessment: Advanced Issues and Case Studies in Cross-Battery Assessment (XBA) and Interpretation.* Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2012, February). *Determining "difference" from "disorder" in English Language Learners.* Wayne County RESA, Detroit, MI.

Ortiz, S. O. (2011, November). *Critical Examination of Current and Typical Methods of Assessment with English Learners: What works and why.* Education Service Center Region 10, Dallas, TX.

Ortiz, S. O. (2011, October). *Integrating CHC Cross-Battery Assessment in Psychoeducational Evaluations: Intermediate level instruction in the application and use of Cross-battery Assessment (XBA) principles, procedures, software, and interpretive steps.* Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2011, October). Creating Effective Instructional Environments for Culturally and Linguistically Diverse Students: Bridging research and practice to promote fairness and equity in assessment. Charleston County School District, Charleston, SC.

Ortiz, S. O. (2011, October). Creating Effective Instructional Environments for Culturally and Linguistically Diverse Students: A developmental perspective on understanding the instructional needs of English learners. Charleston County School District, Charleston, SC.

Ortiz, S. O. (2011, May). *Standardized Measurement in a Diverse World: Assessment, Eligibility & Diversity.* Fauquier County Public Schools, Warrenton, VA.

Ortiz, S. O. (2011, May). *Issues in Instruction, Pre-referral Evaluation, and Response-to-Intervention for English Language Learners: A developmental perspective on understanding difference vs. disorder.* The State Education Department/The University of the State of New York and Ulster County BOCES. Albany, NY.

Ortiz, S. O. (2011, April). *The Meeting of the Minds: Building Integrated School-based SLD Procedures.* Oregon School Psychology Association and Oregon Branch of the International Dyslexia Association. Portland, OR.

Ortiz, S. O. (2011, April). *Assessment and Evaluation of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation.* North Coast Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2011, March). *Effective Instruction and Responsive Intervention for Culturally and Linguistically Diverse Students.* North Coast Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2011, March). *Evidence-based Intervention and Assessment: How to bridge research and practice in the education and evaluation of English learners.* Roanoke City Public Schools, Roanoke, VA.

Ortiz, S. O. (2011, March). *Bilingualism and Education – Two Languages, Two Cultures, One School: A developmental perspective on nondiscriminatory, psychoeducational assessment.* Irvine Unified

School District, Irvine, CA.

Ortiz, S. O. (2011, March). *Bilingualism and Education – Two Languages, Two Cultures, One School: A developmental perspective on the teaching and learning of ELLs.* Irvine Unified School District, Irvine, CA.

Ortiz, S. O. (2011, February). *CHC Cross-Battery Assessment: Advanced Issues and Case Studies in Cross-Battery Assessment (XBA) and Interpretation.* Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2011, January). *Evidence-based Nondiscriminatory Assessment: Bridging research and practice in the evaluation of English Language Learners.* Minnesota Department of Education, Minneapolis, MN.

Ortiz, S. O. (2011, January). *Evidence-based Intervention and Assessment: How to bridge research and practice in the education and evaluation of English learners.* Horry County Public Schools, Myrtle Beach, SC.

Ortiz, S. O. (2010, December). *Evidence-based Nondiscriminatory Assessment: Bridging research and practice in the evaluation of English learners.* Education Service Center Region 7, Kilgore, TX.

Ortiz, S. O. (2010, September). *CHC Cross-Battery Assessment: Intermediate level instruction and application of Cross-Battery Assessment (XBA) and interpretation in psychoeducational evaluations.* Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2010, August). *CHC Cross-Battery Assessment: Advanced issues and case studies in Cross-Battery Assessment (XBA) and interpretation.* Education Service Center Region 19, El Paso, TX.

Ortiz, S. O. (2010, June). *Assessment and Evaluation of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation.* Carlsbad Unified School District, Carlsbad, CA.

Ortiz, S. O. (2010, June). *Assessment and Evaluation of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2010, June). *Issues in Pre-referral and Response-to-Intervention for Culturally and Linguistically Diverse Students: What works, and why.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2010, June). *Evaluating Students Using the CHC Cross-Battery Approach and the Culture-Language Interpretive Matrix.* Summer Evaluation Institute, Education Service Center Region 4, Houston, TX.

Ortiz, S. O. (2010, June). *Why Don't Bilingual Students Like School? Understanding the bilingual-bicultural experience.* Summer Evaluation Institute, Education Service Center Region 4, Houston, TX.

Ortiz, S. O. (2010, June). Assessment and Evaluation of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation. Frederick County Public Schools, Frederick, VA.

Ortiz, S. O. (2010, June). *Effective Instruction, Pre-referral Issues, and Response-to-Intervention for Culturally and Linguistically Diverse Students: What works, and why.* Frederick County Public Schools, Frederick, VA.

Ortiz, S. O. (2010, March). *Evidence-based Practice in Nondiscriminatory Assessment: Use of the Culture-Language Test Classification and Interpretive Matrix.* Educational Service Center of Central Ohio, Columbus, OH.

Ortiz, S. O. (2010, February). *Assessment and Evaluation of Culturally and Linguistically Diverse*

*Students: A systematic, practical approach for equitable evaluation.* North Coast Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2010, February). *Effective Instruction and Responsive Intervention for Culturally and Linguistically Diverse Students.* North Coast Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2010, February). *Assessment of Culturally and Linguistically Diverse Students: Application of the Culture-Language Test Classifications (C-LTC) and Culture-Language Interpretive Matrix (C-LIM).* Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2010, January). *Advanced Issues and Case Studies in Cross-Battery Assessment (XBA) and Interpretation.* Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2009, December). *Use of the Culture-Language Interpretive Matrix in Assessment of English Learners: Issues and case studies in advanced implementation and use of the C-LIM.* Washington Elementary School District, Phoenix, AZ.

Ortiz, S. O. (2009, December). *RTI and Comprehensive Assessment: Issues in implementation with English Learners.* Washington Elementary School District, Phoenix, AZ.

Ortiz, S. O. (2009, November). *Introduction to Cross-Battery Assessment: CHC Theory and Guidelines for Cross-Battery Assessment (XBA) and Interpretation.* Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. (2009, July). *Conducting Cross-Battery Assessment Speech-Language Evaluations with Culturally and Linguistically Diverse Individuals, Part 3: Application and Use of the Culture-Language Test Classifications and Interpertive Matrix.* Education Service Center Region 1, McAllen, TX.

Ortiz, S. O. (2009, July). *Conducting Cross-Battery Assessment Speech-Language Evaluations with Culturally and Linguistically Diverse Individuals, Part 2: Introduction to CHC Theory and Cross-Battery Assessment (XBA) and Interpretation.* Education Service Center Region 1, McAllen, TX.

Ortiz, S. O. (2009, July). *Conducting Cross-Battery Assessment Speech-Language Evaluations with Culturally and Linguistically Diverse Individuals, Part 1: Understanding Cultural and Linguistic Influences on Cognitive, Linguistic, and Academic Development as a Foundation for Nondiscriminatory Assessment.* Education Service Center Region 1, McAllen, TX.

Ortiz, S. O. (2009, July). *Conducting Cross-Battery Assessment Psychoeducational Evaluations with Culturally and Linguistically Diverse Individuals: Advanced issues and case studies in the application and use of the Culture-Language Test Classifications and Interpretive Matrix.* Education Service Center Region 1, McAllen, TX.

Ortiz, S. O. (2009, June). *Fairness and Equity in Assessment: Issues in the cross-language and cross-cultural use of standardized tests.* Lecture for the Faculty of Hanoi National University of Education, St. John's University, New York, NY.

Ortiz, S. O. (2009, April). *Understanding and Evaluating English Language Learners, Part 2: Issues in academic, cognitive, and linguistic development in early childhood.* Association of Early Childhood and Infant Psychologists Psychology Department, Pace University, New York, NY.

Ortiz, S. O. (2009, March). *Psychological Assessment of English Language Learners: What all psychologists need to know.* Pace University, New York, NY.

Ortiz, S. O. (2009, February). *Assessment and Evaluation of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation.* North Coast Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2009, February). *Effective Instruction and Responsive Intervention for Culturally and Linguistically Diverse Students.* North Coast Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2009, January). *Pre-referral Processes and Response-to Intervention with English Language Learners: The impact of language and culture on the development and acquisition of academic skills and school achievement and response-to-intervention.* Workshop sponsored by Schoolhouse Educational Services, LLC. Milwaukee, WI.

Ortiz, S. O. (2009, January). *Cross-Battery Assessment with Culturally and Linguistically Diverse Individuals: Use of the Culture-Language Test Classifications and Culture-Language Interpretive Matrix.* Minnesota Depart of Education, Minneapolis, MN.

Ortiz, S. O. (2008, December). *Cross-Battery Assessment with Culturally and Linguistically Diverse Individuals: Use of the Culture-Language Test Classifications and Culture-Language Interpretive Matrix.* Education Service Center Region 19, El Paso, TX.

Ortiz, S. O. (2008, November). *Understanding and Evaluating English Language Learners, Part 1: Issues in academic, cognitive, and linguistic development in early childhood.* Association of Early Childhood and Infant Psychologists Psychology Department, Pace University, New York, NY.

Ortiz, S. O. (2008, October). *Challenges in Cross-Cultural Assessment: Methods and procedures for conducting nondiscriminatory evaluation of culturally and linguistically diverse students.* Field Supervisor's Conference, Philadelphia College of Osteopathic Medicine, Philadelphia, PA.

Ortiz, S. O. (2008, October). *Cross-Battery Assessment with Culturally and Linguistically Diverse Students.* Education Service Center Region 2, Corpus Christi, TX.

Ortiz, S. O. (2008, October). *Best Practices in Learning Disability and Nondiscriminatory Assessment: Use of the K-ABC-II and Academic Ability Tests with Culturally and Linguistically Diverse Students.* Sponsored by Pearson Assessments, Boston Public Schools, Boston, MA.

Ortiz, S. O. (2008, August). *The Education and Evaluation of English Language Learners: Understanding Parallel Processes in Development.* Jamul-Dulzura Union School District, Jamul, CA.

Ortiz, S. O. (2008, July). *Cross-Battery Assessment with Culturally and Linguistically Diverse Individuals: Developmental Foundations and Introduction to the Culture-Language Test Classifications and Interpretive Matrix.* Education Service Center Region 12, San Antonio, TX

Ortiz, S. O. (2008, July). *Cross-Battery Assessment with Culturally and Linguistically Diverse Individuals: Part 1 – Developmental Foundations and Introduction to the Culture-Language Test Classifications and Part 2 – Interpretive Matrix and Introduction to Cross-Battery Assessment and Case Studies in Disability Evaluations.* Education Service Center Region 12, Uvalde, TX

Ortiz, S. O. (2008, June). *Cross-Battery Assessment with Culturally and Linguistically Diverse Individuals: Case study presentations using the Culture-Language Test Classifications and Interpretive Matrix.* Education Service Center Region 4, Summer Institute, Houston, TX

Ortiz, S. O. (2008, June). *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2008, February). *The Pre-referral Process and Characteristics of English Language Learners.* North Coastal Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2008, February). *Assessment of English Language Learners: A systematic, practical approach for nondiscriminatory evaluation.* North Coastal Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2007, November). *Best Practices in Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach to nondiscriminatory assessment.* Charlotte-Mecklenburg

School District. Charlotte, NC.

Ortiz, S. O. (2007, November*). Best Practices in Assessment of Culturally and Linguistically Diverse Students: Distinguishing difference vs. disorder using the Culture-Language Test Classifications and Interpretive Matrix.* Commack Union Free School District. Commack, NY.

Ortiz, S. O. (2007, October). *Cognitive Assessment and RTI with Culturally and Linguistically Diverse Students: An integrative approach for reducing inappropriate referrals and discriminatory evaluations.* Education Service Center Region 10. Dallas, TX.

Ortiz, S. O. (2007, June). *Assessment of English Language Learners: A systematic, practical approach for nondiscriminatory evaluation.* Northeastern University, Boston, MA.

Ortiz, S. O. (2007, March). *Educating and Evaluating Culturally and Linguistically Diverse Students: Foundations in understanding struggling ELLs.* Oakland Schools, Waterford, MI.

Ortiz, S. O. (2007, March). *Educating and Evaluating Culturally and Linguistically Diverse Students: Applications.* Oakland Schools, Waterford, MI.

Ortiz, S. O. (2007, February). *The Pre-referral Process and Characteristics of English Language Learners.* North Coastal Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. (2007, February). *Assessment of English Language Learners: A systematic, practical approach for nondiscriminatory evaluation.* North Coastal Consortium for Special Education, San Marcos, CA.

Ortiz, S. O. & Ochoa, H. S. (2007, January). *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation.* Edinburgh Public Schools, Edinburgh, TX.

Ortiz, S. O. (2006, December). *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation.* Deer Valley Unified School District, Phoenix, AZ.

Ortiz, S. O. (2006, November). *Nondiscriminatory CHC Cross-Battery Assessment: Achieving equity in cognitive, academic, and linguistic evaluation of diverse individuals.* Mineola Unified School District, Mineola, NY.

Ortiz, S. O. (2006, November). *English Language Learners in Education: Maybe if we refuse to educate their kids they'll go away.* Keynote speech, Superintendent's conference, Mineola Unified School District, Mineola, NY.

Ortiz, S. O. (2006, October). *Teaching and Assessing English Language Learners in Our Schools: How it works and what it takes to achieve equity in evaluation and instruction.* Education Service Center Region 20, San Antonio, TX.

Ortiz, S. O. & Ochoa, S. H. (2006, August). *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation.* Education Service Center Region 1, McAllen, TX.

Ortiz, S. O. (2006, June). *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation.* James Madison University, Harrisonburg, VA.

Ortiz, S. O. (2006, June). *Best Practices in LD and Nondiscriminatory Assessment, Part II: Use of the K-ABC-II and Academic Ability Tests with Culturally and Linguistically Diverse Students.* Superintendents Conference, Newark Unified School District, Newark, NJ.

Ortiz, S. O. (2006, June). *Multiculturalism and Candidates with Disabilities: Sorting out documentation

*and accommodation issues.* American Council on Education/GED Testing Service, Washington, DC.

Ortiz, S. O. (2006, May). *Multiculturalism and Test Takers with Disabilities: Sorting out documentation and accommodation issues.* Educational Testing Service (ETS), Princeton, NJ.

Ortiz, S. O. (2006, May). *Best Practices in LD and Nondiscriminatory Assessment, Part II: Use of the K-ABC-II and Academic Ability Tests with Culturally and Linguistically Diverse Students.* Workshop sponsored by AGS Publishing, Inc., Los Angeles, CA.

Ortiz, S. O. (2005, November). *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for equitable evaluation.* Mineola Public Schools, Mineola, NY.

Ortiz, S. O. (2005, October). *Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for nondiscriminatory assessment.* Harrisonburg City Schools, Harrisonburg, VA.

Ortiz, S. O. (2005, September). *English Language Learners: Developmental issues in instruction, intervention, and evaluation.* Oklahoma State Department of Education, Annual Superintendent's Conference on Special Education. Tulsa, OK.

Ortiz, S. O. (2005, August). *Nondiscriminatory Assessment of Culturally and Linguistically Diverse Students: Developmental issues in evaluation.* Louisiana State Department of Education Student Appraisal Summer Institute. Baton Rouge, LA.

Ortiz, S. O. (2005, August). *Nondiscriminatory Assessment Using the KABC-II.* Louisiana State Department of Education Student Appraisal Summer Institute. Baton Rouge, LA.

Ortiz, S. O. (2005, May). *Nondiscriminatory Assessment Using the Culture-Language Test Classifications: How does the KABC-II fare?* Workshop sponsored by AGS Publishing, Fordham University, New York, NY.

Ortiz, S. O. (2005, April). *Psychoeducational Assessment of Children from Culturally and Linguistically Diverse Backgrounds.* Workshop sponsored by Schoolhouse Educational Services, LLC. Bloomington, IL.

Ortiz, S. O. (2005, February). *Assessment of Culturally and Linguistically Diverse Students: Application and Use of the Culture-Language Extensions of the CHC Cross-Battery Approach.* SDSU Bilingual School Psychology Partnership and San Diego City Schools, San Diego, CA.

Ortiz, S. O. (2004, December). *Psychoeducational Assessment of Children from Culturally and Linguistically Diverse Backgrounds.* Workshop sponsored by Schoolhouse Educational Services, LLC. Williamsburgh, VA.

Ortiz, S. O. (2004, November). *Comprehensive Assessment of Culturally and Linguistically Diverse Students.* Minority Recruitment Workshop sponsored by the Orange County Association of School Psychologists, the Yorba-Linda Unified School District, and the National Association of School Psychologists, Yorba Linda, CA.

Ortiz, S. O. (2004, September). *Comprehensive Assessment of Culturally and Linguistically Diverse Students: A systematic, practical approach for nondiscriminatory assessment.* Washington Elementary School District, Phoenix, AZ.

Ortiz, S. O. (2004, September). *Understanding and evaluating the culturally and linguistically diverse student: Equitable and collaborative assessment.* Alexandria City Public Schools. Alexandria, VA.

Ortiz, S. O. (2004, May). *Accuracy in Bilingual Case Development: Comprehensive Assessment of Culturally and Linguistically Diverse Students.* Workshop sponsored by the National Association of School Psychologists and Los Angeles Unified School District, Los Angeles, CA.

Ortiz, S. O. (2004, May). *Principles and Procedures in CHC Cross-Battery Assessment: Instruments and approaches in the assessment of English-Learners.* Workshop sponsored by the National Association of School Psychologists and Los Angeles Unified School District, Los Angeles, CA.

Ortiz, S. O. (2004, February). *Comprehensive Assessment of Culturally and Linguistically Diverse Students.* Minority Recruitment Workshop sponsored by National Association of School Psychologists and Newark Public Schools, New Jersey City University, NJ.

Ortiz, S. O. & Ochoa, S. H. (2004, February). *Psychoeducational Assessment of Children from Culturally and Linguistically Diverse Backgrounds.* Workshop sponsored by Schoolhouse Educational Services, LLC. Wisconsin Dells, WI.

Ortiz, S. O. (2003, December). *Native Language Instruction vs. English Immersion: When do English learners really "catch up?"* John F. Kennedy Magnet School, Port Chester, NY.

Ortiz, S. O. & Ochoa, S. H. (2003, November). *Psychoeducational Assessment of Children from Culturally and Linguistically Diverse Backgrounds.* Workshop sponsored by Schoolhouse Educational Services, LLC. Minneapolis, MN.

Ortiz, S. O. (2003, November). *Native Language Instruction vs. English Immersion: When do English learners really "catch up?"* Chicago Public Schools, Chicago, IL.

Ortiz, S. O. (2003, April). *Education follows Maturation: Developmental, cognitive, and linguistic influences in the instruction and evaluation of English Language learners.* South Huntington Unified School District, Long Island, NY.

Ortiz, S. O. (2003, March). *Comprehensive Assessment of Culturally and Linguistically Diverse Individuals: A systematic, practical approach to nondiscriminatory assessment, Part II.* Metro Regional Educational Service and Cobb County Public Schools, Atlanta, GA.

Ortiz, S. O. (2002, November). *Comprehensive Assessment of Culturally and Linguistically Diverse Individuals: A systematic, practical approach to nondiscriminatory assessment, Part I.* Metro Regional Educational Service and Cobb County Public Schools, Atlanta, GA.

Ortiz, S. O. (2002, June). *The Relationship between Language, Cognition, and Academic Achievement: Special education is not the answer.* Panel presentation at the conference on Health Care and Educational Needs of the Latino Community in New York City: The effect of changing demographics on service delivery. St. John's University, Jamaica, NY.

Ortiz, S. O. (2002, May). *From General Education to Special Education: Practical approaches for evaluation and instruction of English learners.* Warren Consolidated Schools, Warren, MI.

Ortiz, S. O. (2002, April). *Serving English Learners Well: Practical methods for assessment and intervention.* Alexandria City Public Schools, Alexandria, VA.

Ortiz, S. O. (2002, March). *Developing Culturally and Linguistically Appropriate IEP Goals and Objectives: Guidelines and procedures for compliance.* Napa Valley Unified School District, Napa Valley, CA.

Ortiz, S. O. (2002, February). *Comprehensive Assessment of Culturally and Linguistically Diverse Individuals: A systematic, practical approach to nondiscriminatory assessment.* Chicago Public Schools, Chicago, IL.

Ortiz, S. O. (2001, October). *From General Education to Special Education: Culturally and Linguistically appropriate classroom instruction for English learners.* Kern County Consortium for Special Education, Bakersfield, CA.

Ortiz, S. O. (2001, August). *Understanding Patterns of Academic Achievement for English Learners: What to expect and why.* Summer Institute—District 25 Training Grant and St. John's University,

Jamaica, Queens, NY.

Ortiz, S. O. (2001, January). *Application of CHC Cross-Battery Assessment in the diagnosis of Learning Disabilities.* Farmingdale Unified School District, Farmingdale, NY.

Ortiz, S. O. (2000, November*). Testing and Interpretation of Reading and Writing for Dual-Language Learners.* Clinical Impact of Literacy: Helping teachers and students meet NYS ELA standards. American Guidance Service and St. John's University, New York, NY.

Javier, R. A. (moderator), Gil, R. M., Rosas, M. Constantino, G., Rendon, M., Ortiz, S. O. & Rosa, D. (2000, October). *Health and Mental Health Issues. Immigrants from Latin America and the Caribbean: Coping in New York City.* Symposium sponsored by St. John's University's Committee on Latin American and Caribbean Studies. St. John's University, New York, NY.

Ortiz, S. O. (2000, May). Assessment of diverse children: Applying the cultural and linguistic extensions of the CHC Cross-battery approach. Washington Elementary School District, Phoenix, AZ.

Ortiz, S. O. (1999, November). *Special Education Service Delivery in the United States: Issues in the identification and education of children with learning disabilities.* Hokkaido Association for the Study of Developmental Disabilities in Children and Youth, Hokkaido University, Sapporo, Japan.

Ortiz, S. O. (1999, November). *History and Overview of Special Education: Traditional and alternative perspectives in the assessment and identification of infants and children with disabilities.* Hokkaido Association of Mental Retardation and Developmental Disabilities. Obihiro, Japan.

Ortiz, S. O. (1999, October). *Comprehensive Assessment of Culturally and Linguistically Diverse Children: A Systematic, Practical Approach to Nondiscriminatory Assessment.* Clark County School District, Las Vegas, NV.

Ortiz, S. O. (1999, August). *From General Education to Special Education: Addressing the needs of culturally and linguistically diverse populations.* Nevada State Department of Education, Reno, NV.

Ortiz, S. O. (1999, June). *Gf-Gc Cross-Battery Assessment: Addressing the needs of culturally and linguistically diverse populations.* Workshop sponsored by Psychological Consultants, Flagstaff, AZ.

Kohrt, B. (moderator), Duncan, B., Leung, B., Ortiz, S., & Henry, B. (1999, March). *Assessment Practices: Straight from the Source--University Trainers and Directors of Special Education.* California Association of School Psychologists, Pasadena, CA.

Ortiz, S. O. (1999, February). *Competent Bilingual Assessment: Issues in definitions, qualifications, and practices.* Fresno Unified School District, Fresno, CA.

Flanagan, D. P. & Ortiz, S. O. (1999, February). *Selective Gf-Gc Cross-Battery Assessment: Addressing the needs of culturally and linguistically diverse populations.* Washington Elementary School District, Phoenix, AZ.

Ortiz, S. O. (1998, October). *Comprehensive Assessment of Culturally and Linguistically Diverse Children: A Systematic, Practical Approach to Nondiscriminatory Assessment.* Kern County Consortium SELPA, Bakersfield, CA.

Ortiz, S. O. (1998, May). *Equitable Service Delivery for Culturally and Linguistically Diverse Children.* Second Language Department, San Diego City Schools, San Diego, CA.

Ortiz, S. O. (1998, May). *From General Education to Special Education: Guidelines for Compliance in Serving Culturally and Linguistically Diverse Children.* Southwest SELPA, Torrance, CA.

Ortiz, S. O. (1998, April). *Special Education Service Delivery in the United States: Issues in the identification and education of children with learning disabilities.* International Seminar on Learning Disabilities in collaboration with Nagoya University, Nagoya, Japan, Hokkaido University, Hokkaido,

Japan, and California School of Professional Psychology, San Diego, CA.

Ortiz, S. O. (1998, February). *Serving LEP Children in San Diego City Schools: Commitment to equity*. San Diego Unified School District, San Diego, CA.

Ortiz, S. O. (1998, January). *Bilingual Education: The importance of primary language instruction in student achievement*. Gompers Middle School, Bilingual Advisory Committee, San Diego, CA.

Ortiz, S. O. (1998, January). *Bilingual and General Education: Issues in the education of dual language learners*. Beaumont Elementary School, Bilingual Advisory Committee, Vista, CA.

Ortiz, S. O. (1997, November). *Serving LEP students in San Diego City Schools: Guidelines for achieving equity*. San Diego Unified School District Bilingual Advisory Committee, San Diego, CA.

Ortiz, S. O. (1997, October). *Bilingual special education: Compliance issues in collaboration, assessment, service delivery, and program placement*. San Diego Unified School District, San Diego, CA.

Ortiz, S. O. (1997, September). *Bilingual, cross-cultural, non-discriminatory assessment: Issues, answers, and guidelines*. San Diego Unified School District, San Diego, CA.

Ortiz, S. O. (1997, September). *Bilingual Special Education: Issues in compliance, assessment, placement, and service delivery*. Alhambra School District, Alhambra, CA.

Ortiz, S. O. (1997, August). *Legal transformation of school psychology practice: Working smarter, not harder*. Long Beach Unified School District, Long Beach, CA.

Ortiz, S. O. (1997, August). *Education and diversity: Guidelines for the development of culturally and linguistically appropriate goals and objectives.* California Education Innovation Institute, California Department of Education, San Francisco, CA.

Ortiz, S. O. (1997, June). *Education And Diversity: Developing Effective Instructional Programs For Culturally And Linguistically Diverse Students.* Los Angeles County Office of Education, Juvenile Court/Community Schools and Division of Alternative Education. Los Angeles, CA.

Ortiz, S. O. (1997, May). *Bilingual Special Education: Compliance Issues In Assessment, Placement, And Service Delivery.* Los Angeles County Association of Special Education Administrators. Los Angeles, CA.

Ortiz, S. O. (1997, March). *Best Practices in Bilingual Assessment: Making use of what we have.* San Diego Unified School District, San Diego, CA.

Ortiz, S. O. (1997, February). *Cultural and linguistic diversity: issues in assessment, service delivery, and instruction of children with severe disabilities.* California Avenue School, Vista Unified School District, Vista, CA.

Ortiz, S. O. (1996, December). *Re-evaluating the role of the Wechsler Scales in the Training of School Psychologists: Breaking up is hard to do.* Escondido Unified School District, Escondido, CA.

Ortiz, S. O. (1996, August). *History and Overview of Special Education: Traditional and alternative perspectives in the assessment and identification of infants and children with disabilities.* International Seminar on Learning Disabilities in collaboration with Nagoya University, Nagoya, Japan, Hokkaido University, Hokkaido, Japan, and California School of Professional Psychology, San Diego, CA.

Ortiz, S. O. (1996, August). *Cultural and linguistic issues in the education of Hispanic/Latino students.* California Education Innovation Institute, San Francisco, CA.

Ortiz, S. O. (1996, July). *Pre-referral processes, interventions, and strategies for culturally and*

*linguistically diverse children.* Vista Unified School District, Vista, CA.

Ortiz, S. O. (1996, February). *History and Overview of Special Education: Traditional and alternative perspectives in the assessment and education of children with disabilities.* International Seminar on Learning Disabilities in collaboration with Nagoya University, Nagoya, Japan, Hokkaido University, Hokkaido, Japan, and California School of Professional Psychology, San Diego, CA.

Ortiz, S. O. (1996, February). *Dynamic Assessment-for-Intervention: Alternative approaches in the assessment of intelligence and learning disabilities.* Parents of Students in Special Education (POSSE), Torrey Pines, CA.

Ortiz, S. O. & Cassidy, M. (1995, November). *Assessment and Interpretation: Traditional and alternative approaches in the assessment of intelligence and achievement.* North Coastal Consortium for Special Education Parent Conference. Oceanside, CA.

Ortiz, S. O. (1995, September). *Alternative Psychological Assessment: An ecosystemic approach to the assessment of culturally and linguistically diverse children.* Long Beach Unified School District, Long Beach, CA.

Ortiz, S. O. (1994, February). *Theoretical foundations and Psychoeducational applications of the Kaufman Assessment Battery for Children (K-ABC).* Marusen Mates, Inc., Japanese Educators Tour of Special Education programs in the United States, Encinitas, CA.

## ELECTRONIC PUBLICATIONS AND WEB SITE DEVELOPMENT

Ortiz, S. O. (2002). CHC Cross-Battery Online. Available at http://www.crossbattery.com/

Ortiz, S. O. (1998). *The SDSU School Psychology Homepage.* No longer available online (site was changed/updated in 2001).

Ortiz, S. O. (1997). *Online Culture and Language Learning.* No longer available online (site was removed in 2000).

Ortiz, S. O. (1996). *The Student Survival Kit.* No longer available online (site was removed in 2000).

Ortiz, S. O. (1994). *The WWW School Psychology Homepage.* Inactive-held for historical purposes-was the 1st school psychology web page on the internet. Available at http://facpub.stjohns.edu/~ortizs/

## FUNDED RESEARCH GRANTS

Ortiz, S. O. (2010). Batería Woodcock III: Pruebas de Habilidades Cognitiva y Aprovechamiento Materials Grant. Woodcock-Munoz Foundation. $8700.

Ortiz, S. O. (1998). Woodcock-Johnson Psycho-Educational Battery - Revised, Tests of Cognitive Ability Materials Grant. The Riverside Publishing Co. $10,000.

Ortiz, S. O. (1998). Enhancing cognitive assessment of culturally and linguistically diverse individuals: Application and use of selective Gf-Gc cross-battery assessment. Research, Scholarship and Creative Activity Award, College of Education, San Diego State University. $2,200.

Ortiz, S. O. (1997). Bilingual-bicultural Issues in Special Education Assessment: Establishing

Professional Standards of Competency. Research, Scholarship, and Creative Activity Award, College of Education, San Diego State University. $3,750

Ortiz, S. O. (1996). Defining bilingual-bicultural competency in School Psychology: Are language and culture enough? Research, Scholarship, and Creative Activity Award, College of Education, San Diego State University. $4,000

Ortiz, S. O. (1995). On-line Culture and Language Learning: A technological approach to competency development. Technology Initiative Grant, College of Education, San Diego State University. $1,500.

# OTHER PUBLICATION ACTIVITIES

**Editorial Board**
– *Psychology in the Schools, 2011-present*
– *Journal of Cognitive Education in Psychology, 2009 – present*
– *School Psychology Quarterly, 2003 – present*
– *Journal of School Psychology, 2007 – 2008*

**Ad hoc Reviewer**
– *Journal of School Psychology*
– *School Psychology Quarterly*
– *School Psychology Review*
– *Journal of Clinical Psychology*
– *Contemporary Psychology*
– *Educational Evaluation and Policy Analysis*
– *The School Psychologist*
– *Journal of Clinical and Consulting Psychology*
– *Learning and Individual Differences*
– *Canadian Journal of School Psychology*
– *Australian Psychologist*
– *Journal of Cognitive Education and Psychology*
– *Applied Cognitive Psychology*
– *Psychology of Women Quarterly*
– *American Journal of Speech-Language Pathology*

# RESEARCH INTERESTS AND PROJECTS

**St. John's University Collaborative Bilingual Research Project.** 09/07 – present. This ongoing research project is a joint, collaborative effort between faculty and students of the School Psychology Program at St. John's University and a local, urban elementary school with a significant ELL population. The purpose of the project is to explore the developmental cognitive, academic, and linguistic patterns for children in bilingual vs. ESL programs. The focus has been on evaluating assessment methods, alignment of individual vs. large-scale assessments, changes in cognitive development and academic functioning across the age and grade span, and the relationship between English language proficiency and academic and cognitive test performance.

**Enhancing cognitive assessment of culturally and linguistically diverse individuals: Application and use of the CHC Culture-Language Matrix and selective CHC Cross-Battery Assessment methods.** This avenue of research is the major focus of my current investigative efforts and relates to the classification of intelligence tests and subtests according to two primary criteria: degree of cultural loading and degree of linguistic demand. According to the extant literature, these two factors have been identified as producing the true type of bias effects that influence the performance of children who are culturally and linguistically diverse on tests of intelligence. By classifying such tests according to a

matrix comprised of the various combinations of these two variables (high, medium, and low), it is possible to select and administer tests to assess the broad range of cognitive abilities in diverse populations that might prove to be less biased and discriminatory. Application of the selective cross-battery approach combined with careful evaluation of the degree to which tests carry such cultural loading and linguistic demand, appears to be a promising method for controlling and reducing potential bias. By combining modern theory-driven assessment with logical and systematic procedures for producing more valid and equitable results, interpretation of the performance of diverse individuals on tests of cognitive ability is seen as more defensible than current methods.

**On-line Culture and Language Learning: A technological approach to competency development**. This ongoing research project focuses on three particular objectives, 1) increased expertise in technology and its applications to instruction and scholarship in multicultural education and training for students and faculty; b) the application of appropriate technology to improve or transform teaching or research in multicultural education and training for students and faculty; and 3) expanded professional preparation of students so that they may apply technologies to enhance the success of all learners, especially ethnolinguistically diverse children.

**Defining bilingual-bicultural competency in School Psychology: Are language and culture enough?** The intent of this current research program is to carefully delineate the specific skills and competencies necessary for establishing guidelines for the definition, training, and perhaps certification of bilingual-bicultural school psychologists. The fundamental question to be addressed is whether or not simple language and culture matches with students are enough to define bilingual-bicultural competency.

# DISSERTATIONS MENTORED

Student:     Noelle Ferrara (Completed Spring 2022)
Title:     *A Survey of Practitioner Methods, Decision-making, and Recommendations in Evaluation of Diverse Students.*

Student:     Amanda Garcia (Completed Fall 2021)
Title:     *Controlling for Developmental Language Differences in Spanish-English Learners: A Comparison of the Ortiz Picture Vocabulary Acquisition Test and Woodcock Muñoz Language Survey-Third Edition.*

Student:     Eryka Sajek (Completed Spring 2020)
Title:     *School Psychologist Perception of Training for Transgender and Gender Diverse Student Advocacy.*

Student:     Anna Tello (Completed Spring 2020)
Title:     *Comparison of Language Performance Using Exposure and Non-exposure Norms in English Learners Identified with Speech-Language Impairment.*

Student:     Meghan Terzulli (Completed Spring 2020)
Title:     *Neuropsychological Domains: Comparability in assessment of High SES Monolinguals and Bilinguals.*

Student:     Ewa Adamek (Completed Spring 2019)
Title:     *Concurrent Validity of the WISC-V VCI and the Ortiz PVAT with English Learners.*

Student:     Rosemary Devine (Completed Summer 2018)
Title:     *Developmental Implications of ELL Test Performance between Elementary and Secondary School Students.*

Student:     Alberto Juan Ortiz (Completed Spring 2018)

Title: *A Template for Spanish Trans-Adaptation of the Woodcock-Camarata Articulation Battery (WCAB-Spanish).*

Student: Eunjin Lee (Completed Fall 2017)
Title: *Toward and Achievement-based "True Peer" Reference Group for English Learners.*

Student: Kristan Melo (Completed Spring 2016)
Title: *Evaluation of ELL Subtest Performance on the WISC-V.*

Student: Melanie Vasquez (Completed Summer 2014)
Title: *Cognitive Abilities in English Learners with Speech-Language Disorder.*

Student: Victoria Kristal-Kotlyar (Completed Fall 2012)
Title: *Examination of Differences in Anger Response in Russian and Russian-American College Students.*

Student: Lisette Alvarez (Completed Fall 2011)
Title: *Cultural and Linguistic Issues in Spanish Language Translations of Socio-emotional/Behavioral Rating Scales.*

Student: Nazia Aziz (Completed Fall 2010)
Title: *Patterns of Cognitive Performance for Culturally and Linguistically Diverse Individuals with Global Cognitive Impairment.*

Student: Stacey Lella (Completed Spring 2010)
Title: *Evaluating Speech-Language and Cognitive Impairment Patterns via the Culture-Language Interpretive Matrix.*

Student: Scott Quasha (Defended Spring 2010)
Title: *Evaluation of Gay-Lesbian-Straight Alliance Clubs in Junior High School Settings.*

Student: Jesurasa Subashini (Completed Summer 2009)
Title: *Attitudes and Beliefs Regarding Educationally-based Disabilities in South Asian Cultures.*

Student: Michael Yoo (Completed Spring 2009)
Title: *Validation of the CHC Culture-Language Matrix in a learning-disabled ELL population.*

Student: Joanna Tychanska (Completed Spring 2009)
Title: *Evaluation of Speech-Language Impairment using the Culture-Language Test Classifications and Interpretive Matrix.*

Student: Ana Landron (Completed Fall 2008)
Title: *Comparison of Dual Language and ESL Instructional Programs and Relationship to Ethnic Identity, School Membership, and English Language Arts Performance.*

Student: Elena Beharry (Completed Spring 2008)
Title: Cultural and Linguistic Influences on Test Performance: Evaluation of alternative variables.

Student: Marlene Sotelo-Dynega (Completed Spring 2007)
Title: *Cognitive Performance and the Development of English Language Proficiency.*

Student: Khalid Brown (Completed Spring 2007)
Title: Emotional IQ in Autistic Children

Student: Ada Nieves-Brull (Completed Spring 2006)
Title: *Evaluation of the Culture-Language Classification Matrix: A validation study on referred Anglo and Hispanic populations.*

Student: Rosalinda Macaluso (Completed Fall 2006)

Title:         *Orthographic Processing in Reading: A method for differentiating fluent from dyslexic readers.*

Student:    Taryn Wallace (Completed Spring 2005)
Title:         *Assessment Practices in America: An analysis of current and future learning disability assessment practices employed by school psychologists throughout the United States.*

# CURRICULUM DEVELOPMENT AND TEACHING INNOVATIONS

**Technological Applications to Instruction:** I have successfully blended many aspects of technology into instruction as a way of both improving delivery of information as well as a tool that enhances learning. Examples include:

**a)** development of a hybrid online course in cultural diversity
**b)** placing course materials and handouts online to allow students more convenient access to course information as needed;
**c)** use of video projection equipment that allows presentation of computer-generated material, such as with Microsoft PowerPoint;
**d)** use of the Internet and online communications technology to promote and enhance competency development;
**e)** use of spreadsheets to assist students in performing assigned tasks such as statistical calculations;
**f)** use of online resources to add to students learning by taking advantage of information available via the World Wide Web;
**g)** and use of email as an adjunct to office hours and to assist in broadening and deepening class discussions or the provision of feedback to students.

**Site-based Instruction:** As part of a new philosophy and commitment by the School Psychology faculty, course instruction in critical areas such as assessment has been moved away from the university setting and into the actual school environment.  By forming partnerships with local elementary and secondary schools, we have created the opportunity for students to receive closer supervision and perform activities that are rooted in the real context in which they will ultimately occur.  Currently, I have developed syllabi and designed course instruction and activities for four different courses which provides students with direct, "real world" experience in the practice of school psychology in today's schools.

**The Student Survival Kit:** A collection of resources available over the World Wide Web that can be accessed as needed by students to retrieve course materials for a variety of different classes offered in the program.  The entire "Kit" is no longer available online.

**The Tool Kit:** A collection of informal assessment "tools" comprising a variety of techniques including observation, interview, checklists, and measures of achievement.  It is now part of the "golden ticket," a CD-ROM distributed to students in current courses being taught at St. John's, in particular Psy761/762: Psychoeducational Assessment Practicum.

**School Psychology Service Delivery Organizer:** An automated spreadsheet program used to document, track and analyze service delivery in the field, including 2nd year practicum, 3rd year externship and internship, 4th year externship, and the capstone 5th year internship.  Can also be used professionally after graduation.  Used by all students in the School Psychology Program.

**The Assessment-for-Intervention Report:** Model report for the organization and presentation of assessment data in compliance with legal mandates and for the purposes of designing appropriate instructional programs It is now part of the "golden ticket," a CD-ROM distributed to students in current courses being taught at St. John's, in particular Psy761/762: Psychoeducational Assessment Practicum.

**Ecological Organizers:** Templates for assisting in the collection and organization of ecological data for improving the learning of children in the schools. It is now part of the "golden ticket," a CD-ROM

distributed to students in current courses being taught at St. John's, in particular Psy761/762: Psychoeducational Assessment Practicum.

**Computer Program for t-tests:** An automated spreadsheet program used to calculate both dependent and independent t-tests.  Used for Psy659 Measurement and Scaling.

**Case Study Grading Rubric:** A scoring rubric designed to promote student's understanding of the components of effective case reports and provide an efficient, and more objective method of evaluating student's work.

**Bilingual General Education and Bilingual Special Education:** A brief resource manual (of sorts) for educators of Hispanic (and other) ethnolinguistically diverse students: A collection of readings to supplement core issues in bilingual-bicultural school psychology study.


# PROFESSIONAL ASSOCIATION MEMBERSHIP

American Psychological Association
> Division 16, School Psychology
>> Vice President for Professional Affairs (2003-2005)
> Committee on Psychological Tests and Assessment, 3rd term (2011-2013)
>> Chair, CPTA (2013)
> Committee on Psychological Tests and Assessment, 2nd term (2009-2010)
> Committee on Psychological Tests and Assessment (2005-2007)
> Coalition for Psychology in Schools and Education (2006-2007)
> Coalition for Psychology in Schools and Education, 2nd term (2010-2011)
> Coalition for Psychology in Schools and Education, 3rd term (2011-present)
> Presidential Task Force on Educational Disparities for Ethnic Minorities (member, 2010-2012)

Society for the Study of School Psychology (elected to membership in 2007)

National Association of School Psychologists

National Association for Bilingual Education

New York State Association for Bilingual Education


# UNIVERSITY AND COMMUNITY SERVICE

**SERVICE FOR THE UNIVERSITY**
*Committee Assignments*

> **St. John's University**
>> Institutional Review Board, 2011 – present
>> Program Review Committee, 2009-2010
>> Middle States Technology Sub-Committee, 2004 – 2007
>> Committee for Latin American and Caribbean Studies (CLACS), 2000 – present.
>> Online Learning Committee, 2001 – 2003.

> **St. John's University, Department of Psychology**
>> Minority Student Recruitment, Admissions, and Retention Committee, 2003 – present.

Departmental web site developer and site administrator, 2001 – present.

**SDSU Department of Counseling & School Psychology:**
School Psychology Program Committee, 1994-1997
School Psychology Faculty Committee, 1994-1997
Research Committee, 1996-1997

**SDSU College of Education:**
Resource Allocation Committee (Chair), 1997
Technology Initiative Committee, 1995-1997

*Teaching Awards*

**Outstanding Faculty Award:**
SDSU School Psychology Program, College of Education, 1999
**Outstanding Faculty Award:**
SDSU School Psychology Program, College of Education, 1998
**Certificate of Appreciation:**
SDSU School Psychology Student Association, 1997-98
**Certificate of Appreciation:**
SDSU School Psychology Student Association, 1996-97

*Miscellaneous Service*

**Faculty Advisor:**
Student Association of School Psychology, St. John's Chapter, 2001 – present.
**Faculty Advisor:**
Pi Lambda Theta, International Education Honor and Professional Society, Beta Beta Chapter, SDSU 1999
**Faculty Advisor:**
SDSU School Psychology Student Association, 1999
**Faculty Advisor:**
SDSU School Psychology Student Association, 1998
**School Psychology Program:**
Design, development, and maintenance of the program homepage.
Available at http://edweb.sdsu.edu/CSP/sp/
**SDSU Department of Counseling and School Psychology:**
Design, development and maintenance of the department homepage.
No longer available online (site changed/updated)

# SERVICE AND ADVOCACY FOR THE COMMUNITY

*Committee Assignments*

**New York State Bilingual School Psychology Support Center Advisory Panel**
Member, appointed 2007, presently serving

**New York State Committee of Practitioners on English Language Learners and Limited English Proficient Students:**
Member, appointed 2007, presently serving.

**San Diego County Office of Education:**
Hispanic Academic Achievement Project, Evaluator, 1998-1999.

**San Diego Unified School District:**
Task Force for the Development of the Special Education Master Plan for English Learners, 1997-1999

**California Department of Education, San Diego County Office of Education, and Department of Education, Baja California, Mexico:**
The California's Project, 1997-1998

**Center for Educational Advancement:**
Steering Committee, 1996-1997

**North Coastal Consortium for Special Education:**
Hispanic Academic Achievement Project, Evaluator, 1995-1997

*Other Service*

**Consultant:**
The National Board of Medical Examiners, Office of Test Accommodations, assisting in the evaluation of requests for test accommodations through review of documentation submitted to verify the presence of a qualifying disability. 1999-present.

**Webmaster and Creator:**
The WWW School Psychology Homepage, the first site published on the web (December, 1994) devoted exclusively to the needs of school psychologists and allied professionals. Originally available at http://edweb.sdsu.edu./CSP/spwww.html

**Webmaster and Creator:**
The Online Culture and Language Learning Homepage, devoted to the exploration of electronic methods for enhancing culture and language learning. Originally available at http://edweb.sdsu.edu./CSP/ocll.html

# AWARDS, HONORS, DISTINCTIONS

Alan S. Kaufman Intelligent Testing Award, Gonzaga University Assessment Conference, 2022

NYASP Gil Trachtman Leadership in School Psychology Award, 2019

Trainers of School Psychologists (TSP) Outstanding Trainer of the year Award, 2019

Catalyst Scholar, SSSP School Psychology Research Collaboration Conference, 2013

Election to Membership in the Society for the Study of School Psychology (SSSP), 2008

Outstanding Faculty Award, SDSU College of Education, School Psychology Program, 1999

Outstanding Faculty Award, SDSU College of Education, 1998

Pi lambda Theta, International Education Honor and Professional Society, 1994

Outstanding Young Man of America, 1987

Presidential Scholar, University of Southern California, 1976

Honors at Entrance, University of Southern California, 1976

Who's Who Among America's High School Students, 1976

Valedictorian, Oceanside High School, 1976

# REFERENCES

**Salvador Hector Ochoa, Ph.D.**
Provost
Office of the Provost
Manchester Hall 3310
5500 Campanile Drive
San Diego, CA 92182-8010
(619) 594-6881
Hectorochoa60@hotmail.com

**Elizabeth Pena, Ph.D.**
Professor
Associate Dean of Faculty Development and Diversity
Education
University of California, Irvine
Irvine, CA 92697-5500
(949) 824-9103
edpena@uci.edu

**Nancy Mather, Ph.D.**
Professor
APSY Department
St. Cloud State University
720 4th Ave. South
St. Cloud, MN 56301
(320) 255-3037
iapsych@iapsych.com

**Dawn P. Flanagan, Ph.D.**
Professor
Department of Psychology
St. John's University
8000 Utopia Parkway
Jamaica, NY 11439
(718) 990-6368
flanagad@stjohns.edu

**Jim Ysseldyke, Ph.D.**
Birkmaier Professor of Educational Leadership
University of Minnesota
354 Elliott Hall
75 East River Road
Minneapolis, MN 55455
(612) 624-4014
jim@unm.edu

**Alan S. Kaufman, Ph.D.**
Professor
Educational Psychology Department
The University of Texas at Austin
1 University Station Stop D5800
Austin, TX 78712
(512) 471-0287
alanskaufman@gmail.com

# EXHIBIT 2

Date: 26 November 2018

To: Catherine Farmer, Manager, Disabilities Services and ADA Compliance Officer

From: Samuel O. Ortiz

Re: Consultation Evaluation

  This review concerns Robert Sampson who is appealing a denial of a previous request for reconsideration by the NBME which followed a prior request for reconsideration that stemmed from an initial denial of his application for accommodation on Step 1 of the USMLE. His initial request appears to have been denied in June of 2017 after which, he requested an initial reconsideration that was also later denied by the NBME in August of 2017. Following the second denial and additional correspondence clarifying the grounds for the denial by the NBME dated January 12, 2018, March 6, 2018, and September7, 2018, Mr. Sampson appears to have once again requested a reconsideration. Mr. Sampson's application is being made on the basis of a "Learning" impairment, specifically listed as "Reading" and "Other (specify): Dyslexia" both of which are indicated as having first been diagnosed in 2013 at the age of 22. Mr. Sampson has also indicated a "Psychiatric" impairment "Attention Deficit/Hyperactivity Disorder" that was subsequently diagnosed in 2015 as an additional consideration in support of his request for accommodation which is noted as "50% Additional test time (Time and ½) over 2 days." In addition to his application requesting accommodations, Mr. Sampson has submitted various supporting documentation which includes:

  Step 1 Request Form
  Step 1 Request Form - Req/Personal Statement
  Personal Statement
  School Records - Teacher Comments/Parent Ltrs Grade 1-6
  Test Scores (MCAT, GRE, SAT, etc.) - NBME Shelf Exam Score Report
  Test Scores (MCAT, GRE, SAT, etc.) - Minnesauke Elementary School OLSAT
  Test Scores (MCAT, GRE, SAT, etc.) - PSAT/NMSQT
  Test Scores (MCAT, GRE, SAT, etc.) - ACT
  Test Scores (MCAT, GRE, SAT, etc.) - SAT
  Evaluations - Supplemental Testing Report 12/16/13
  Evaluations - Psychological Eval. 8/26/13
  Attorney Letter - Simon, J. 6/29/18
  Attorney Letter - Simon, J. 11.14.18
  Attorney Letter - Corrected- Simon, J.
  E-mail - Sampson, R. 6/26/17
  E-mail - Simon, J. 11/14/18
  Testing Accommodation Records - Stony Brook Univ.
  Testing Accommodation Records - CPTA
  Testing Accommodation Records - MCAT
  Letters from Individuals and other supporting doc. - Lam, A. 3/29/17
  Letters from Individuals and other supporting doc. - Exhibit A- Aronson, T. 6/12/18
  Letters from Individuals and other supporting doc. - De Motta, L. 2.15.18

**A391**

Letters from Individuals and other supporting doc. - Sampson, R. 2.22.18
Letters from Individuals and other supporting doc. - Anderson, A. 8/10/17
Letters from Individuals and other supporting doc. - Aronson, T. 9/6/17
Letters from Individuals and other supporting doc. - Serrantino, J. 10/9/17
Letters from Individuals and other supporting doc. - Steven & Shelley Sampson 6/17/17
Letters from Individuals and other supporting doc. - Serrantino, J. 6/22/17
Letters from Individuals and other supporting doc. - Sampson, S. (Handwritten)
Letters from Individuals and other supporting doc. - De Motta, L. 3/29/17
Letters from Individuals and other supporting doc. - Aronson, T. 3/29/17
Letters from Individuals and other supporting doc. - De Motta, L. 3/28/16
Reconsideration Request Letter - Sampson, R.
Reconsideration Request Letter - Sampson, R.
Decision Letter (approval and denial) - Denial
Decision Letter (approval and denial) - Reconsideration-Denial
Decision Letter (approval and denial) - Reconsid. Denial
Decision Letter (approval and denial) - Reconsideration-Denial
Decision Letter (approval and denial) - Denial- 9/7/18

Although Mr. Sampson's request for accommodation is based, at least in part, on a psychiatric impairment listed as "Attention Deficit/Hyperactivity Disorder," the focus of the current review will be based on whether the evidence supports the provision of accommodations solely on the basis of his listed learning impairment in the area of reading. That is, the purpose of this review is determine whether the submitted documentation supports Mr. Sampson's claim regarding a learning disability in the area of reading, and, if so, whether the requested accommodations are reasonable and appropriate. Therefore, the analysis, conclusions, and recommendations provided in this review are presented only from this perspective and should not be construed as having any direct bearing on the merit of his request for accommodations with respect to the additional psychiatric impairment he has indicated.

The documentation in this case is varied and numerous and the relative merits of Mr. Sampson's request for accommodations, at least as far as the purposes of this review are concerned, hinge on a relatively straightforward determination—that is, to what extent does the documentation fully support the claimed learning impairment in reading indicated in his application. Should the documentation be compelling in this regard then perhaps the only question becomes that of what the appropriate accommodations should be. But should the documentation fail in this regard, then the NBME is faced with a decision regarding whether accommodations under the auspices of ADA are appropriately warranted. After all, it is presumed that the purpose of ADA is to protect those with a disability that limits a major life activity and not to provide those protections to those who are not disabled. In the present case, Mr. Sampson has retained an attorney with considerable experience in these matters whose three letters demanding the provision of accommodations under ADA by the NBME are replete with opinion, commentary, and legal citations that seem unassailable and would likely pressure most organizations to simply capitulate to the request. Ms. Simon has even provided an argument stemming from federal enforcement guidance that claims that the NBME cannot even deny the request by Mr. Sampson for a variety of reasons, one of which includes the idea that "testing entities should defer to documentation from a qualified professional who has made an

individualized assessment of the candidate that supports the need for the requested testing accommodations." In other words, if any individual with a degree and a license says that someone is disabled, then it must be accepted as truth. Of course, were the NBME to follow this recommendation, there would be little point to this or any other review. Putting aside the concept and practice of second opinions in medicine, accepting as valid on its face, any report submitted by anyone with sufficient resources to obtain an evaluation that documents and asserts a diagnosis of their choosing, would likely mean that the entire concept and definition of disability loses all semblance of meaning. It cannot be disputed that there are "qualified" professionals who are not experts in every arena of disability who routinely keep up with the literature and maintain competency in current methods, techniques, and research. Clinicians are often subconsciously inclined to please the client who will be paying them by providing whatever documentation may be necessary in this regard. This is not to say, of course, that this is what has occurred in Mr. Sampson's case or that the evaluation reports provided are based on such factors. Rather, it is only mentioned here to counter the notion that one is unquestionably disabled merely because someone else has said so. Whether Mr. Sampson has a learning impairment or not is not a simple matter to discern and there is always the possibility that prior evaluators have indeed gotten things wrong. And while Ms. Simon further quotes federal enforcement guidance in asserting that "reports from qualified professionals who have evaluated the candidate should take precedence over report from testing entity reviewers who have never conducted the requisite assessment of the candidate" the follow up conclusion that "this is especially important for individuals with learning disabilities because fact-to-face interaction is a critical component of an accurate evaluation, diagnosis, and determination of appropriate testing accommodations" is inaccurate and grossly distorted. Whereas this claim may be true with respect to various psychiatric impairments that depend on aspects of interpersonal functioning, it is not true when it comes to a learning disability that can be plainly determined by a host of current measures, combined with prior information. According to DSM-V, the diagnostic criteria for a Specific Learning Disorder "are to be met based on a clinical synthesis of the individual's history (developmental, medical, family, educational), school reports, and psychoeducational assessment." In essence, current testing or evaluation is insufficient for rendering such a diagnosis and instead an abundance of documentation is required regarding the acquisition of reading, writing, and mathematics skills. The reason a learning disability is a learning disability is precisely because it is evident in the observable and documentable process of development and education in reading, writing, or mathematics. For these reasons, face-to-face interaction reveals very little information useful for diagnostic purposes in the case of learning disorders, especially in comparison to a careful and considered examination of an individual's academic performance during the period of time in elementary school when such skills are first formed and developed.

Because this case has been reviewed at least twice prior, it is unlikely that a third opinion centering primarily on the current test data would prove persuasive in any way on the matter. The prior reviewers have no doubt commented on what the specific test data from the evaluations conducted in 2013 reveal and, as noted by comments the NBME provided in the letters denying Mr. Sampson's request for accommodations, has likely already concluded that the current test data do not support the presence of a reading disorder. To cover the same ground here would be somewhat redundant and pointless and only lead to further debate regarding their meaning. Instead, it may be more fruitful for this review to examine more closely the qualitative data and information available regarding Mr. Sampson's early educational history and their

**A393**

relationship to the various criteria necessary for establishing a learning disability in reading. Perhaps from this angle, new information may be generated and the documentation may be seen in a different light that could prove to be far more instructive and beneficial in arriving at a reasonable conclusion regarding whether or not Mr. Sampson exhibits a learning disorder in the area of reading or not. This approach does not overlook current test results or their meaning per se, but instead of trying to further the debate as to whether current scores are or are not consistent with a learning impairment, the primary focus will be on whether the evidence supports the fundamental criteria regarding a learning disorder that specify the basic characteristics of the disorder—notably, the impact on learning to read.

According to DSM-V, "one essential feature of specific learning disorder is persistent difficulties learning keystone academic skills (Criterion A), with onset during the years of formal schooling (i.e., the developmental period)." Beyond this feature, DSM-V highlights the fact that academic skills are learned via specific instruction and not acquired merely as a function of maturation. The Diagnostic Features section of DSM-V adds that "Specific learning disorder disrupts the normal pattern of learning academic skills…The learning difficulties manifest as a range of observable descriptive behaviors or symptoms (as listed in Criteria A1-A6)" and they are "persistent, not transitory." Further delineation of the core features of Specific Learning Disorder are noted by observation "that the learning difficulties are readily apparent in the early school years in most individuals (Criterion C). However, in other, the learning difficulties may not manifest fully until later school years, by which time learning demands have increased and exceed the individual's limited capacities." I believe this specification is often misinterpreted to mean that one can succeed in school without displaying any learning difficulties at all and that a learning disorder only becomes obvious when the curricular expectations rise above what one can do, such as high school subject matter, college requirements, or medical school reading loads. However, this cannot be the proper interpretation since it would mean that everyone would become learning disabled upon reaching the point in which school suddenly becomes "hard." The reality is that school does not become any harder at any age or grade and that expectations of academic performance always remain appropriate to the developmental level of the individual. What is expected academically for a college junior to be able to manage is no more or less difficult than what is expected academically of a kindergarten student. The very reason elementary school students are not required to learn calculus is precisely because it is known that such an expectations is developmentally appropriate. The other misinterpretation of this specification is the idea that a learning disability can go completely unnoticed when in fact, the specification states that it "may not manifest fully" until sometime later. The key word here is "fully" and indicates that the learning problems are indeed observable and noticeable but that they may not rise to a level that constitutes impairment or qualifies as a disability. It might be claimed that perhaps Mr. Sampson exhibits a pattern called "gifted LD" which are described in DSM-V as individuals who "may be able to sustain apparently adequate academic functioning by using compensatory strategies, extraordinarily high effort, or support, until the learning demands or assessment procedures (e.g., timed tests) pose barriers to their demonstrating their learning or accomplishing required tasks." This specification also seems to suffer from the misconception that "timed tests" are things that only happen in college or medical school, such as when taking the NBME. The educational system today is characterized largely by accountability standards that are evaluated via standardized test data obtained from testing students with just such "timed tests." Moreover, there is often an accompanying belief that students are given all the time in the

world while in elementary or high school and that it is not until later that constraints are placed on academic requirements. This is false and even when in elementary school, a teacher must retain certain expectations regarding the completion and submission of assignments and tests and should a student exhibit difficulties in managing these constraints at any age or grade, it would be readily documented. In summary, when coupled with the initial specification regarding problems in "learning keystone academic skills," DSM-V clearly indicates that learning problems, even those that do not seem to represent significant impairment, are still manifest, evident, and discernable during the period of time in which these skills are being taught and learned.

Based on the essential features outlined in DSM-V, it cannot be debated that the hallmark of a learning disability is difficulty in the development and acquisition of basic academic skills particularly during the period of time in which these skills are first taught—early elementary school. Therefore, to support any diagnosis of learning disability, especially one that was first rendered at the age of 22, requires a clear indication that in fact, "learning" to read was a manifest and observable characteristic of Mr. Sampson's early education. In general, however, the documentation provided in this regard do not appear to provide any significant support that Mr. Sampson did indeed struggle to learn to read. What comments are made about this period of time are mostly in connection with potential ADHD issues, such as "comments from early report cards portray ADHD criteria" and "difficulty with executive functioning skills." It was also noted that he had "exceptional ability" and that because of it, his "difficulties were often viewed as a child's lack of effort or interference because of behavioral problems." Not content with their son's education, Mr. Sampson's parents sought and paid for "years of individualized speech therapy and regular tutoring" although it is not clear why only speech therapy was being provided when the learning concerns appeared to be more ADHD related. More importantly, however, references to reading difficulties during this time are vague and nonspecific at best, for example "difficulty" in executive functioning skills are connected to presumed "reading and writing" problems, but no details are provided. Likewise, there is no mention regarding how speech-language therapy was related to learning to read in any way and in one case, the letter by Dr. Serrantino suggests that the parents could have sought SLP services within the school but provides no mention of what aspect of language was problematic or how it possibly related to reading, which, in any event, would not have been the concern of a speech-language therapist. Most likely the therapy was for articulation, as indicated in the letter from Mr. Sampson's parents wherein a speech-language pathologist is listed as providing services for "stuttering" and from a "myofunctional oral therapist" neither of which are a necessary or predictive component of learning to read. Dr. Serrantino later asserts that because the parents provided "increased" tutoring support in middle and high school that this attests to him having a disability. Mr. Sampson's parents indicate that a "reading specialist" was sought in 4th and 5yh grade, but by this point in time, either Mr. Sampson had already learned to read or he had not. If he indeed required any reading intervention, it would have been evident and necessary beginning in 1st grade, not 4th or 5th. In fact, from the 5th grade forward, all of the tutoring that is listed is content based—that is, based on school subject matter, and none of it is related to remediation of basic reading skills. Extra tutoring in subject areas would not have affected or changed the development of his reading skills and the additional instruction provided in a tutoring environment is not evidence that he either needed it to support his reading development or that it was provided because his reading development was poor. There is simply no indication that Mr.

Sampson struggled in his efforts to learn to read during the time in which he was taught to read. This conclusion is reinforced by the fact that reading difficulties are not even reported in the background sections of the evaluations that were conducted. For example, in her "background" section, Dr. Michels' report of evaluation notes that "as a young child, he was a severe stutterer, but this issue resolved in his early elementary school years." She adds that "Spelling" was "relatively poor" (which is false when compared to teacher comments) and the only mention of reading problems comes while in high school where Dr. Michels' notes that "he struggled with reading comprehension" and that "he has typically read to learn, not for pleasure, so he rarely reads fiction." No other mention of reading problems are noted and no reading issues were presented in elementary school. Yet, at the very end of her report, Dr. Michels offers a diagnosis of "Learning Disorder, Not Otherwise Specified." Certainly, one might understand Dr. Michels' use of an NOS diagnosis in this case given the relative lack of any developmental issues in the acquisition of basic academic skills. Even the problems in "writing" are motoric and related to hand writing more than they are to basic writing skills or written expression. But the complete absence of reading difficulties in elementary school strongly belie the presence of a learning disorder in the area of reading, even though Dr. Michels did not actually provide such a diagnosis. The same pattern of the absence of reported or observed manifest problems in learning to read is evident in Dr. Anderson's report of evaluation where she states that "he was described as a severe stutterer, but this was corrected through speech therapy in elementary school." She adds that "Robert has no history of diagnosed learning disorders" and that "his mother provided extra help with reading." No other reference to any type of reading problem is mentioned in the report, until the end where a diagnosis of "315.00 Specific Learning Disorder with impairment in reading (dyslexia), reading fluency, word reading accuracy, spelling" is provided without ever having established a foundation of early reading problems. Whereas Dr. Anderson may have felt that current test results suggested a reading problem (an issue that has already been examined and disputed by the NBME), it has been noted that a diagnosis of Specific Learning Disorder cannot be rendered in the absence of developmental and educational indicators of early reading problems. Thus, current difficulties in reading cannot not be viewed as automatically attributable to a learning disability. Without any evidence of developmental problems in learning to read, Dr. Anderson's diagnosis is effectively invalidated. The resulting diagnosis in this case appears to have evolved over time by building on perceptions of problems that were never actually reported and a failure to gather actual developmental and educational data of learning difficulties in service of unquestioned explanations related to learning disorder that eventually had to settle on reading given Mr. Sampson's absolutely stellar performance in the area of mathematics. Yet, for such conclusions to be reasonable there must be some evidence that Mr. Sampson displayed some type of difficulty in learning to read—evidence that does not appear to exist, particularly as illustrated in the teacher's comments and grade reports from Ms. Sampson's elementary school years.

The documentation contains copies of some comments made by his elementary school teachers on official grade reports. Some are hand written, some are typed, and some are illegible for which Mr. Sampson has attempted to provide transcriptions of the commentary. Unfortunately, the transcriptions appear to have been done somewhat selectively so as to emphasize negative observations while minimizing positive ones. For example, in quoting his 4th grade teacher, Ms. Eugene, Mr. Sampson writes only that she believed he "needs to put more effort into written assignments because he needs to improve the quality of his work." However,

the actual hand written comments, as discerned from the original report card read, "Robert is a very capable fourth grader. He is inquisitive and well-informed. He especially likes math and science activities. Robert is especially pleased about being a math team captain because he is very good at math. He enjoyed our trip to the pond and studying pond water under the microscope. Robert's test averages for this quarter are as follows: reading 83%, math 95%, spelling 97%, social studies 91% and science 95%. He needs to put more effort into written assignments…" When placed in context, the comment about improving his writing becomes a very minor concern in light of his scores which indicate very superior functioning including in the one area in which he presumably had a learning disability—reading—where his test average was *only* "83%." A review of his marks on a scale from 1 to 5 where 1 is unsatisfactory, 3 is satisfactory, and 5 is outstanding, it can be seen that his reading his abilities related to "reads and understands grade-appropriate material" (4), "reads silently for sustained periods" (4), "selects appropriate books independently" (4), uses reading strategies to construct meaning" (3), "is developing an awareness of genres and authors" (3), and attempts to acquire, interpret, evaluate, and apply information" (3) were all at a satisfactory level or higher. His writing skills are similar in that he was marked as "3" in all areas of writing. These comments and marks do not in any way suggest that Mr. Sampson was having any troubles in learning to read at this point in his education and at a point where they would have been supremely evident. Moreover, in examining his earlier development in reading, an even more positive indication of reading acquisition is noted. For example, in Mrs. Feinberg's class (appears to be 1st grade, according to Mr. Sampson's notes), he was marked in Reading at the second, third, and fourth marking periods as "5," "5", and "5+" as well as all "5" in writing and she noted that he "continues to build upon his good sight vocabulary and use of strategies." This shows clear and steady improvement from a "4" in reading and writing in the first marking period. Mrs. Feinberg's specific comments related to reading are again not transcribed fully by Mr. Sampson perhaps because they are not consistent with notions of a reading disorder. Although difficult to make out, the comments by Mrs. Feinberg in the first marking period appear to indicate that "In reading, Robert enjoys reading books, has a good sight vocabulary and uses a number of strategies to figure out new words. We will be working on having Robert say "blank" and coming back to harder words, as well as breaking up larger words into parts." By the 3rd and 4th marking periods, her comments are "In reading, Robert continues to grow as a reader. He has developed a strong sight vocabulary and has good phonetic sense. Very good job, Robert!" and "Welcome to the 'life long reader's club', Robert! Please make sure you continue to practice your reading and writing over the summer." When coupled with additional comments to the effect that "Next quarter we will be working on Robert's fluency and expression when reading aloud," and "we will continue to work on improving Robert's fluency and expression, building on his knowledge of vowel sounds (long and short) and consonant blends" the enthusiastic exhortation regarding his reading achievement noted in the last marking period comments can only be viewed as a clear and strong indication that Mr. Sampson was quite successful in learning to read and was developing reading skills at the exact level that was required of him at that age and grade and that he possessed this skill at a satisfactory level well into the end of his elementary education.

The preponderance of evidence which indicates Mr. Sampson developed and acquired reading skills in a manner comparable to age and grade level expectations cannot be discounted. There simply are no indications that Mr. Sampson had any type of difficulty in reading

development and that he learned to read and became a solid reader precisely at the time he was expected to do so. His teachers were in the proper and prime position to observe even the slightest of difficulty he may have had in learning to read and yet, there were no comments to this effect noted by any of them. Despite what is compelling evidence, in his personal statement, Mr. Sampson attempts to provide his own argument that this was not the case. He claims that "the roots of my learning disability began in early childhood. I was diagnosed as a severe stutterer at the age of four. This language disability significantly affected my verbal communication, and tended to isolate me from peers." Mr. Sampson seems unaware of the difference between oral language that encompasses verbal communication and symbolic language which is the process of decoding language written in abstract symbols. Having a speech-language impairment in articulation does not prevent an individual from being able to learn to read normally or fluently. They are simply not the same thing. Indeed, Mr. Sampson extends the notion of stuttering to account for oral language issues, not reading issues, as evidenced by his comments that "I experienced anxiety and frustration when I had no idea how long it would take to relay a simple thought. At times, my speech was so disrupted that people around me did not have the patience to wait." Clearly, Mr. Sampson is describing problems in oral language and articulation, not in reading development. Mr. Sampson also seems to feel that there was some relationship between his stuttering and other academic functioning based on his claim that "my stuttering was evidenced by a substantial discrepancy between my verbal processing skills and my excellence in math and science." It is not clear where Mr. Sampson developed the notion that stuttering was diagnosable via a discrepancy between verbal processing skills and math/science but he is nonetheless, significantly mistaken. This connection appears to be drawn, perhaps, from the desire to connect a discrepancy to a learning disability as he states that "the educational resources in my public school were not well suited for learning disabilities" and "when my parents realized I was not growing out of my stuttering problem, they sought outside professional speech pathology treatment, which continued for years." That he received speech-language therapy for articulation difficulties has no direct relationship to reading problems or the presence of any discrepancy between his verbal abilities and other subject areas. These comments represent a conflation of elements that do not belong together and seem to have been connected only in the attempt to justify the presence of a learning disability that could not, based on the documentation, implicate reading problems. In fact, Mr. Sampson alludes to the fact that his *ability* in reading was what he used to overcome his stuttering problem. He notes that "the way I overcame my stuttering was not through silent reading, but with verbal expression of sound and deliberate vocalization." Thus, rather than having a learning disability which was believed to have been caused by a stuttering issue, Mr. Sampson ameliorated his stuttering via his solid reading ability.

These comments by Mr. Sampson, along with the data contained in the documentation appear to make a very compelling case that he had no real difficulties in learning to read or in becoming a fluent reader as compared to the average person in the general population. Where he displayed any difficulties in reading at all was only in terms of having to read out loud where, in his own words, "when we read aloud in class, I used to shun begin called on to read aloud (even though I otherwise enjoyed participating in my classes) because on top of some lingering stuttering, I was quite scared that I would mispronounce or see a word that my classmates would all know, but I did not." The nature of the anxiety that Mr. Sampson must have felt in attempting to pronounce words that might not be familiar to him is very understandable and entirely natural

for someone with a stuttering problem. But again, these comments reflect that reading itself was not the problem, only his stuttering was. When not faced with the prospect of having to enunciate publicly, Mr. Sampson performed quite well and adequately as indicated by the comments and marks he received in elementary school. This is an important point in the sense that there is no evidence of developmental problems in reading but it does not mean that he should or must enjoy reading or that he should be better or faster at it. Because of the presence of his stuttering issues and the anxiety it engendered in him, it is not surprising that as he continued in his education he found reading a less than enjoyable exercise. For example, he notes that "when I got to junior high school and high school, I continued to avoid reading books for enjoyment" and that "I did not read for pleasure." These are not essential elements of a reading disorder but instead, in this case are a normal and reasonable reaction to his anxiety that was borne from situations in which he was asked to engage in an activity that was potentially embarrassing to him and which made him feel that his classmates thought he was "stupid." But his avoidance of reading, whatever the cause, has a predictable effect in that those who read more become better readers and those who read less lose ground to those who do. The result can be viewed primarily as an issue of advanced reading fluency and Mr. Sampson's avoidance of reading did not serve him well, but the fact that he did not continue to improve or excel in reading is also not an indication of a disability. According to DSM-V, "difficulties mastering these key academic skills may also impede learning in other academic subjects (e.g., history, science, social studies), but those problems are attributable to difficulties learning the underlying academic skills." In Mr. Sampson's case, this is precisely the opposite of what is being claimed. Mr. Sampson had problems with stuttering, not reading, and it was his stuttering that affected his love of reading and induced him to avoid it, not the other way around. Mr. Sampson also appears to try and make a connection between difficulties in reading music and basic reading. Given that reading music and reading words are not comparable abilities, there is no need to pursue any discussion of the matter and it is pointed out here primarily as an example regarding how this observation is not evidence of any manifest problems in learning to read words. By the time Mr. Sampson reaches college he seems to feel that a book on famous individuals with dyslexia are characteristic of his own experiences as a child and begins to believe he may have a learning disability. He cites issues such as "I always knew I had to work infinitely harder than my contemporaries to achieve academic success" and "I had difficulty remembering names of people and places, a childhood history of reading and spelling difficulties, slow reading abilities, inability to comprehend while reading aloud, and suffered extreme fatigue when reading even short periods of time no matter what the subject matter." It is likely that just about any student, including those who have and have not achieved much academic success, would relate to these experiences just as well. In most cases, including Mr. Sampson's, working hard is simply the nature of the beast for getting good grades. The idea that success comes to the many without effort is a convenient fallacy. Not remembering people's names or places is not a reading issue. Mr. Sampson already described his inability to remember what he was reading due to anxiety, not a learning problem. And according to the documentation, there was in fact, no "childhood history of reading and spelling difficulties" a claim that was also noted in the "background" section of the report of evaluation conducted by Dr. Michels. According to his report card, in the first marking period, Mr. Sampson's 5th grade teacher, Ms. Eugene, gave him a "3" (satisfactory) in Spelling and then added a hand written notation for "Formal Spelling" in which she gave him a "5" (outstanding). Mr. Sampson's recollections and Dr. Anderson's claims in this regard are simply in error and factually incorrect. Mr. Sampson also claims that his "first extensive external

**A399**

tutoring" began during junior high school but according to the letter submitted by his parents, he was provided tutoring beginning in 5th grade (general academic tutoring), followed by Math Enrichment in 6th grade as well. One might wish to see one's difficulties through the lens of a disability as it offers a very easy and palatable explanation for a life of perceived struggles. But such desire cannot obscure the facts in this case which are consistent and powerful in illustrating that Mr. Sampson did not display or evidence any of the necessary characteristics regarding learning problems that are required for meeting criteria related to the diagnosis of a learning disability in the area of reading. And when Mr. Sampson's performance for his "private MCAT tutor" did not reach expectations, whatever the causes of it could not and still cannot be ascribed to a learning disability. In her letter dated June 29, 2018, Ms. Simon also references the tutor's concerns as evidence of a learning disorder where she states "Dr. Andrew Lam, his MCAT tutor, observed his struggles and advised him to have an evaluation for learning disabilities" but no details are provided regarding what these struggles were and at that age, such observations do not serve to bolster learning problems in the early developmental period. Whatever concerns Dr. Lam had regarding Ms. Sampson's work or efforts, Mr. Sampson would have already had to have demonstrated some history of reading difficulties. That he never did and that the documentation supports the fact that he learned to read normally and without any incident or issue indicates that whatever struggles they were, they were not rooted in some type of learning disability in reading.

The letter from Ms. De Motta of Stony Brook University claims support for a disability by stating that it is "a mental impairment that substantially limits his reading ability and reading speed on a daily basis." Yet, the only complaint seen in the documentation and the one pointed to in the letter is "his failing to borderline marginal performance on timed NBME shelf exams taken without accommodations were causing him to fail." It appears that the argument here is that Mr. Sampson is "failing" in medical school only because he can't pass the NBME exams with better than marginal performance but that he is quite able to perform daily life activities that require reading without any real issue. Indeed, this is the first point that Mr. Sampson's attorney, Ms. Simon, raises in her letter dated Jun 29, 2018 where in quoting a decision from Bartlett v N.Y. State Board of Law Examiners, she asserts that the opinion is that taking tests constitutes an example of a major life activity. Ms. Simon further emphasizes this point in a follow up letter on the same matter dated November 14, 2018 where she notes that "An individual has a disability within the meaning of ADA if that individual suffers a physical or mental impairment that substantially limits one or more of the individual's major life activities or major bodily functions." The point here, however, is not whether taking a test is or isn't a major life activity, but more that if an individual is impaired to the point that it interferes with a major life activity, one would expect, by definition, that interference to involve any aspect of daily living in which the activity is required. Because, for the purposes of this review, Mr. Sampson is claiming that his impairment is in the area of reading, it stands to reason that he would and should have problems in any daily life activity that requires reading—including taking timed tests. But this is not what the documentation demonstrates. In contrast, and as noted specifically in the letter from Ms. De Motta of Stony Brook University, Mr. Sampson does not have problems in any daily life activity that requires reading, he apparently has difficulty only in taking time tests, which is a condition that would belie the presence of a learning disability and hence, any subsequent impairment in daily activities. The nature of learning disabilities, in particular, are specific only to their manifestation, not their application in that while reading may be affected without

concomitant impairment in writing or math, the impairment would not be evident only in taking timed tests and then be absent when say, reading a restaurant menu. Reading is reading, and if Mr. Sampson has impairment that is substantial, as compared to the average person in the general population, he cannot pick and choose in which way it will or will not affect his daily life. And yet, he describes his learning disability not as an impairment in daily functioning but specifically as related to taking the NBME exams mostly because his school defines it that way. He states that, "my school defines a student to have marginal performance when a student has either failed or come very close to failing multiple NBME subject exams, or the courses themselves on their first attempt." In essence, Mr. Sampson is allowing his disability to be defined by a school that will not accept passing as the standard by which success is defined and only something better than passing is allowed. He further asserts that "the point of this administrative label is to identify students who are substantially underperforming the academic expectations of the school and who are in need of an intervention to fix a major learning or education issue." Here Mr. Sampson makes a very flawed and large leap in logic—because the school expects better than just passing performance, failure to do so must be an indication of "a major learning or education issue." Mr. Sampson would prefer of course that the matter relate to the former (a major learning issue) as it supports his contention of learning disability but the documentation available only support the latter—an education or instructional issue that is unrelated to any reading impairment. This sentiment seems to consolidate Mr. Sampson's view of his experiences as he notes later in his personal statement, "hours of intensive preparation spread over years with multiple tutors and multiple external resources were used to help assist me with my reading and learning disability…I now know that I had to work much harder than my peers and I am 100% confident that without these extreme efforts of preparation to compensate for my disability, I would not have passed them." Mr. Sampson may be forgiven for recognizing that millions of students took these very same exams without the benefit of the extensive and extreme preparations that were accorded to him, but he is incorrect in believing that without such "help" he would not have passed. Not only did Mr. Sampson pass the SAT, he obtained Critical Reading scores of 580 (74th percentile rank), 620 (84th percentile rank), and 680 (93rd percentile rank), all of which are well beyond "passing" and indicate exceptional performance on a test of reading accomplished without accommodation. Of course, in her letters, Ms. Simon admonishes the NBME that "average scores or grades do not obviate the presence of disability or the legitimate need for accommodations." Of course, a legitimate need for accommodations is in fact predicated on the presence of a disability and in this case, Mr. Sampson's performance was not merely "average" but far above that—far enough to suggest the presence of ability, not disability. That is, were Mr. Sampson actually impaired in the area of reading, taking a timed, standardized test like the SAT would have been a difficult task and yet his performance was more than merely adequate, it was rather exceptional. Again, Ms. Simon argues that "[a]n impairment need not prevent, or significantly or severely restrict, the individual from performing a major life activity in order to be considered substantially limiting." Again, such a statement opens the door for identification of learning impairments in any individual but she clarifies and suggests that "Mr. Sampson's impairments significantly and, often severely, restrict his ability to read, comprehend, learn, concentrate, process information, write, sleep, work and take tests." Whereas the issues of concentration, sleeping, and working are beyond the scope of this review, reading, comprehension, learning, and writing are not and to that extent, Ms. Simon is incorrect in believing that his "record clearly demonstrates" anything other than

**A401**

normal learning and ability, in particular during the period of time in which such difficulties should have been most manifest and clearly evident.

Ms. Simon also attempts to clarify her point that "the focus is on how a major life activity is substantially limited, and not on what outcomes an individual can achieve." While this may well be a highly debatable proposition, it cannot be argued that the basis of the limitation, however it is being manifested, must be from the presence of a disability." If that which causes the limitation in a major life activity is other than a disability, then ADA would not appear to apply given its emphasis on protecting individuals with disabilities. The same can be said for a specific learning disability in that learning problems that stem from external factors such as "lack of educational opportunity, consistently poor instruction, learning in a second language" cannot be used as the basis for identification of a learning disability. In furthering her arguments that Mr. Sampson has a learning disability, Ms. Simon points to the fact that federal guidance indicates that "[c]ondition, manner, or duration may also suggest the amount of time or effort an individual has to expend when performing a major life activity because of the effects of an impairment, even if the individual is able to achievement the same or similar result as someone without the impairment." It has been documented and discussed already that Mr. Sampson's progress in elementary school, apart from stuttering, was unremarkable. According to his teachers, Mr. Sampson displayed no difficulties or struggles whatsoever during his elementary education and that by the end of 1st grade, he was rated as having reading skills that exceeded the highest ranking of "5" as indicated by his teacher's rating of "5+." Moreover, not only are there no comments or observations regarding the presence of reading difficulties, of all the statements transcribed by Mr. Sampson that cannot be read from the originals concerning 5th and 6th grade, there is not a single mention of any issue related to reading. Were Mr. Sampson displaying any type of struggle that could be characterized by "condition, manner, or duration" that exceeds that of the average child in elementary school, it was neither reported nor documented in the report cards and comments contained in the documentation. Mr. Sampson provides a considerable amount of current anecdotal evidence in his personal statement as well in some of the various documents submitted in support of his request. Unfortunately, none of it points to what is required to form the basis for a developmental problem in reading. This is not to say that Mr. Sampson has not or is not experiencing any of the difficulties that he is currently be reporting but rather, suggests that whatever the cause of the current difficulties, they are highly unlikely to be rooted in any intrinsic disorder that could be construed as a learning disability in the area of reading. One can imagine that it must be difficult for Mr. Sampson to accept that he likely does not have a learning disability in the area of reading. Such a conclusion does not bear upon the presence of any other disability or the impact that his other listed impairments may have on reading or any other major life activity. Mr. Sampson may well feel that he must work harder than most, read more slowly than many, need to review material more carefully, and require more time than average and these may all be quite true. But at this time, based on the documentation submitted by Mr. Sampson, there is simply no evidence that any of these conditions are due to the presence of a learning disability in the area of reading. One simply cannot develop a reading disability while in college or medical school, and one's current struggles cannot change the nature of one's original development in which there are no reports, no observations, and no data to support difficulties in the acquisition or development of reading skills.

In summary, a review of the documentation submitted in support of his appeal of the denial of Mr. Sampson's reconsideration request provides only one reasonable conclusion that can be reached—that he cannot have a learning disability in the area of reading precisely because he has never demonstrated any problems in learning to read. By definition, a learning disorder is characterized by difficulties in the early acquisition period, that is, elementary school, where basic academic skills are first taught and first learned. It matters not whether there is any formal evaluation or diagnosis rendered at that time or even whether any difficulties rise to the level of substantial impairment. What is required and what does matter is that there is some evidence that the acquisition and development of a basic skill, such as reading, did not proceed in the manner that is typically expected for a given age or grade. And while there are a variety of academic concerns sprinkled throughout his early education, none of them implicate or suggest that reading was of any concern. Without a clear history of reading difficulties during this period, it is inappropriate to assign a diagnosis of learning disability as it is an essential criterion for doing so. This is an important point in this review because it is not predicated on any debate regarding the meaning of current or previous test scores or their interpretation regarding impairment. Arguments that suggest that Mr. Sampson developed a reading disability because he stuttered are specious and unsupportable, and any references regarding a "history of reading difficulties" is merely speculation and uncorroborated by the documentation. In addition, improvements in performance when given extra time cannot change the fact that there is a conspicuous absence of any reports or observations of early reading difficulties. Whatever debate may ensue from examination of recent evaluations does not alter the one most important consideration necessary for supporting a learning disability in reading—evidence of impairment in early reading acquisition. That there is none can only suggest one thing—that Mr. Sampson's current reading issues, and their relation to his taking a timed test, are not attributable to a reading disorder. Thus, whatever difficulties he may have in completing timed tests or reading assignments in comparison to his medical school peers cannot be attributed to the presence of a learning impairment in reading. Instead, the available data in this case argue quite strongly and convincingly that Mr. Sampson learned to read comparably to his same-grade peers in early and late elementary school and that while he may find reading or taking timed tests more challenging within the context of a rigorous medical school curriculum and in the presence of the most academically successful student body in education, it still does not render him disabled by history or by comparison. Therefore, on the basis of all of the documentation submitted in this case, it is my opinion that a diagnosis of learning impairment in reading is wholly unsupported and that his appeal regarding denial of his reconsideration of accommodation remains unwarranted and should therefore be denied.

**A403**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT SAMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:22-CV-05120-JMA-AYS |
| v. ) | |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## <u>DECLARATION OF JOSEPH E. BERNIER, PH.D.</u>

I, Joseph E. Bernier, declare as follows:

1.        My name is Joseph Bernier and, unless otherwise stated, this declaration is based on my personal knowledge.

2.        I am a licensed psychologist in New York State.  I have an independent practice that includes providing diagnostic psychological evaluations of children, adolescents, and adults suspected of having learning disorders, attention disorders, or other mental impairments.  I have been in practice since 1978, and I have conducted hundreds of diagnostic evaluations over the course of my career, spanning 46 years.   A true and correct copy of my curriculum vitae is attached at <u>Exhibit 1</u>.

3.        I was asked to review documentation relating to Mr. Sampson's most recent request for accommodated testing on the United Sated Medical Licensing Examination - Step 1, and to address whether the documentation demonstrates that Mr. Sampson has a disability that warrants accommodations on the Step 1 exam.

**A404**

4.      Mr. Sampson applied to the National Board of Medical Examiners for testing accommodations in April of this year. The accommodations he requested included 100% extended time over two days of testing and additional break time. His request was denied on June 1, 2022. In its decision letter, the National Board explained, "*Regardless of the assigned diagnoses, there is insufficient evidence to support a need for accommodations to access the* USMLE". Six prior requests for testing accommodations were also denied. Writing to the candidate, the Board noted that his documentation "*did not demonstrate a substantial limitation in a major life activity as compared to most people or that the requested accommodations were an appropriate modification of your test administration*" (June 1, 2022). The candidate is currently basing his request for accommodations on diagnoses of Specific Learning Disorders in reading and writing, Unspecified Neurodevelopmental Disorder affecting visual processing, and Attention Deficit Hyperactivity Disorder (combined presentation).  Mr. Sampson is contesting the decision to not provide him with accommodations.

5.      I reviewed the documents Mr. Sampson submitted to support his most recent accommodations request as listed in the undated "Declaration of Robert Sampson":

COM Certification of Prior Test Accommodations (Heedles, March 27, 2017)

Psychological Evaluation Report (Wasserstein, August 9, 2020)

Psychological Evaluation Report (Michels, August 26, 2013)

Supplemental Testing Report (Anderson, December 16, 2013)

Clinician Letter from Dr. Anderson (August 10, 2017)

Appeal Letter and Clinical Summary (Aronson, September 6, 2017)

Clinician Letters from Dr. Aronson (June 12, 2018 and March 29, 2017)

Letters from COM Learning Specialist (DeMotta, March 29, 2017 and February 15, 2018)

COM Supportive Education Counselor Letter (Heedles, March 3, 2017)

**A405**

Parent Letter with Attachments from Shelley and Steven Sampson (June 26, 2017)[1]

MCAT Tutor Letter (Lam March 29, 2017)

Appeal Letters from Educational Consultant (Serrantino, June 22, 2017 and Oct. 9, 2017)

 "NBME Shelf Exam Score Reports for Robert Sampson" (March 28, 2017)

MCAT Score Report (examinations taken on August 16, 2013 and September 18, 2014)

ACT Score Report (college admissions examination, June 2008)

College Board SAT Scores (May 2005, June 2008, October 2008, November 2008)

PSAT Score Report (2007)

Otis-Lennon School Ability Test Scores (May 28, 1999)

I also reviewed the following documents:

NBME Decision Letter (Disability Services, June 1, 2022)

Declaration of Robert Sampson (undated)

Declaration of Jeanette Wasserstein (September 19, 2022)

6.     Based on the documents provided, Mr. Sampson has apparently experienced difficulties in medical school and in passing the medical licensing examination. He claims that he is a disabled person due to neurodevelopmental disorders that impair his learning, reading, thinking, cognitive processing, and test taking, and that he is entitled to extra testing time and extra breaks as accommodations on the Step 1 exam.

7.     The first question that I consider when evaluating an accommodation request such as Mr. Sampson's is whether --- taking the diagnosis at face value -- the examinee has shown that the diagnosed impairment substantially limits the person's ability to perform relevant major life

---

[1] Included were school records/report cards. Some of the attachments were unreadable due to poor copy or otherwise illegible.

**A406**

activities. Stated differently, do Mr. Sampson's difficulties in medical school or on the USMLE (and otherwise) reflect a substantial limitation in his functioning as compared to most people in the general population that is attributable to one or another of the neurodevelopmental conditions with which he has been diagnosed?

8.       My review of the documents leads me to the conclusion that Mr. Sampson is not substantially limited when his abilities are compared to those of individuals in the general population.

9.       Despite the reports of symptoms and difficulties in academic functioning going as far back as childhood and using the supports his parents and tutors provided, the documentation does not substantiate the claim that these difficulties put Mr. Sampson at a significant disadvantage as compared to students in general. There is no history of academic accommodations for a disability in any school setting before medical school. He did not receive disability accommodations in primary or secondary school or in college. There was no IEP or Section 504 Plan. With regards to his primary school education, Dr. Anderson (December 16, 2013) wrote, "*He had no formal interventions for academic difficulties, no special services, grade retentions, or behavior problems*". Reportedly Mr. Sampson attended a competitive high school and was enrolled in many advanced level courses where he typically obtained A and B grades and used tutoring to remain in these demanding classes. Mr. Sampson attended the University of Virginia, an academically competitive institution, and obtained an overall grade point average of 3.4. At no point before medical school was he identified as a person with a disability or as someone who was deprived access to a curriculum. In short, he did not require disability accommodations to access a general education or college curriculum and performed as well as or better than his peers.

10.     Mr. Sampson likewise did not require accommodations to access college or medical school admissions examinations. Indeed, he performed better than most of his similarly educated peers on these assessments. His performance on those tests does not support, and in fact contradicts, the claim that he is substantially impaired in his learning, reading, thinking, cognitive processing, or taking tests relative to the general population.

11.     Mr. Sampson took the PSAT without any accommodation as a student in the eleventh grade. He scored higher than 52% of high school juniors in critical reading, higher than 86% of juniors in writing skills, and higher than 80% in mathematics.

12.     On the ACT college admissions examination taken in June 2008, Mr. Sampson scored higher than 89% of high school graduates overall on this assessment. His Reading score was higher than 74% of high school graduates, and combined English and Writing was higher than 86% of this group. He was in the top 2% of high school graduates in Mathematics and in the top 27% in science. He completed the ACT under standardized time and other conditions.

13.     Mr. Sampson sat for the College Board SAT examination four times. He used no accommodations on this demanding timed test. The percentile scores reflect his standing relative to college-bound high school seniors nationally.

|  | May 2005 | June 2008 | October   2008 | Nov. 2008 |
|---|---|---|---|---|
| Critical  Reading | 18% | 74% | 84% | 93% |
| Math | 43% | 91% | 91% | 96% |
| Writing |  | 93% | 92% | 94% |

Putting aside the test he took in 2005, apparently as a freshman, these scores are mostly high average and very high as compared to other college-bound seniors.

14.     Mr. Sampson took the Medical College Admissions Test in 2013 and again in 2014. He received no testing accommodations. His standing relative to other medical school applicants included a top 16% performance in Verbal Reasoning on one of the test dates, as follows:

|  | MCAT Total | Physical Sciences | Verbal Reasoning | Biological Sciences |
|---|---|---|---|---|
| September 2014 | 73% | 79% | 67% | 76% |
| October 2013 | 67% | 67% | 84% | 56% |

15.     These unaccommodated performances are average and high average as compared to *medical school* applicants, a much more capable and selective group than the general population or the average college graduate.  Note that the Verbal Reasoning component of the examination requires critical reading and that he scored average and high average as compared to other college-educated applicants.

16.     While reading arguably emerged as a personal weakness relative to his strengths in other areas on some of these admissions tests, all scores were average or better and  no score could be considered evidence of substantially limited functioning on a standardized assessment, even when the comparator group was a more capable and selective group of examinees than most people in the general population.

- 6 -

**A409**

17.    The fact that Mr. Sampson achieved higher (and passing) scores on what he has identified as NBME Shelf examinations with accommodations does not necessarily indicate that his ability to read, think, cognitively process information, or concentrate is substantially limited as compared to the general population. Nor does it indicate that he is substantially limited in test taking as compared to the general public.

18.    On balance, the documentation from standardized tests supports the contrary conclusion, namely, that Mr. Sampson is not substantially limited in the skills used when taking a test like the Step 1 exam as compared to the general population.

19.    Clinical evaluation of Mr. Sampson's intellectual functioning did not indicate substantially limited cognition when compared to the general population. The files include two sets of intelligence testing scores using the Wechsler Adult Intelligence Test-IV. These assessments were conducted seven years apart (see Psychological Evaluation Reports by Michels, 2013, and Wasserstein, 2020). The composite and index (%) scores are presented below.

| WAIS-IV | Wasserstein 2020 | Michels 2013 |
|---|---|---|
| Full Scale IQ Score | 121 (92%) | 124 (95%)[2] |
| Genal Ability Index | 120 (91%) | |
| Verbal Comprehension Index | 134 (99%) | 141 (99.7%) |

---

[2] Dr. Michels did not compute the FSIQ because of the dispersion among the composite index scores. She explained that the large discrepancies rendered the overall score not a useful measure of general ability. The fact of the matter is that generally major cognitive and achievement test batteries normed on the general population show that variability is the rule, and lack of variability is less common. The FSIQ is only invalid if there are too few valid subtests to derive the full score. This is not the case in the evaluation. The differences do not erase the robust nature of the FSIQ score to be a reliable measure of overall facility for learning and reasoning. Although Dr. Michels did not report the FSIQ, I computed the score based on the data provided.

| | | |
|---|---|---|
| Perceptual Reasoning Index | 102 (55%) | 102 (55%) |
| Working Memory Index | 114 (82%) | 114 (82%) |
| Processing Speed Index | 122 (93%) | 122 (93%) |

20.    These findings are consistent in showing that Mr. Sampson's general ability to process information is within the top eight percent of the population (FSIQ). This is superior functioning and superior overall facility for learning and reasoning. The most recent assessment indicates that even when the demands for working memory and processing speed (cognitive processing efficiency) are reduced, Mr. Sampson still displayed superior performance (GAI). Mr. Sampson presents very superior knowledge and ability to process verbal information (VCI). His general ability to process visual and spatial information is average (PRI). The testing indicates high average ability to hold onto information about a situation currently being attended to (WMI). It further indicates superior speed of mental processing and visual discriminations (PSI). In other words, his performance was superior under pressure to maintain focused attention when performing timed visual inspection tasks. In the context of the general population, average and better than average performance is not substantially limited performance. While there are some disparities shown in his ability to perform the various tasks that make up the WAIS-IV, *having disparate abilities is not itself evidence of substantially limited functions. Virtually everyone has disparate abilities.*

- 8 -

**A411**

21.     The reports from Drs. Anderson and Michels provide additional specific information regarding Mr. Sampson's cognitive processing proficiency. Dr. Anderson (2013) administered certain specific tests of cognitive functioning from the WJ-III NU. The composite scores (which generally have the best construct coverage) are listed below.

Visual-Spatial Thinking:     41st percentile for age

Working Memory:     58th percentile for age

Broad Attention:     64th percentile for age

These are all average performances.

22.     Dr. Michels (2013) evaluated cognitive fluency using tests from the WJ-III. The Cognitive Fluency Index or composite score placed Mr. Sampson above 75% of others at his age in this function. The component scores are as follow:

Retrieval Fluency:     90th percentile

Decision Speed:     61st percentile

Rapid Picture Naming:     74th percentile

These performances do not indicate substantially limited functioning as compared to others in Mr. Sampson's age group. (These subtest names are accurate descriptions of the specific ability being measured.)   Considered together, the cognitive ability test scores document superior general intellectual functioning and superior overall facility for learning and reasoning, regardless of the influence of cognitive processing proficiency.

23.     Mr. Sampson has demonstrated average and above average basic academic skills for age on *appropriate* achievement tests of reading, writing, and mathematics.  The achievement testing scores shown below largely speak for themselves.

- 9 -

**A412**

**Reading**

| WIAT-III 2020 | Percentile for age | WJ-III 2013 | Percentile for age |
|---|---|---|---|
| Word Reading | 82nd | Word Reading | 78th |
| Pseudoword Decoding | 73rd | Word Attack | 86th |
| Reading Comprehension | 45th | Passage Comprehension | 53rd |
| Oral Reading Fluency | 42nd | Sentence Reading Fluency | 80th |
| Accuracy | 88th | Broad Reading | 80th |
| Rate | 37th | | |

All of these reading ability scores are in the average and high average range when compared to others at Mr. Sampson's age. Dr. Anderson (2013) administered the timed reading comprehension subtest from the Scholastic Abilities Test for Adults. Mr. Sampson scored in the low average to average range on this particular measure (25th percentile) - thus, no normative impairment was identified on this assessment either.

**Writing**

| WIAT-III 2020 | *Percentile for age* | WJ-III | *Percentile for age* |
|---|---|---|---|
| Sentence Composition | 93rd | Writing Samples | 65th |
| Combining | 92nd | Punctuation and Caps | 46th |
| Sentence Building | 86th | Sentence Writing Fluency | 94th |
| Essay Composition | 95th | Spelling | 44th |
| Word Count | 95th | Broad Written Language | 77th |
| Theme Development and Organization | 93rd | | |
| Spelling | 63rd | | |

Most of these writing-ability scores are high average or above. The remainder are average scores for age. Dr. Michels (2013) also used the Test of Written Language-4 as part of her writing evaluation. She reported that Mr. Sampson scored above average in writing on this instrument.

**Math**

| | WIAT-III 2020 | *Percentile for age* | WJ-III 2013 | *Percentile for age* |
|---|---|---|---|---|
| Math Problem Solving | 99th | | Applied Problems | 98th |
| Number Operation | 97th | | Calculation | 97th |
| | | | Broad Math | 99th |
| | | | Math Fluency | 97th |

Math is obviously an area of relative strength for Mr. Sampson. These math scores are within the superior to very superior range when compared to others at Mr. Sampson's age.

**Academic Fluency**

| | WJ-IV 2020 *Percentile for age* | WJ-III 2013 *Percentile for age* |
|---|---|---|
| Sentence Reading Fluency | 78th | 80th |
| Sentence Writing Fluency | 96th | 94th |
| Math Facts Fluency | 89th | 97th |

These fluency scores indicate high average reading fluency, superior writing fluency, and high average and above-average math fluency, again as compared to others of comparable age. In other words, they show that, compared to the general population, Mr. Sampson fluently executes basic academic operations.

24. In summary, there is no indication whatsoever of substantially limited functioning on instrumental academic skills when compared to the general population.

25. Mr. Sampson's assessment results suggest that he had some difficulties when taking the Nelson Denny Reading Test, according to results from administrations in 2013 and 2020:

**The Nelson Denny Reading Test**

|  | 2013: Percentiles for *grade* | 2020: Percentiles for *grade* |
|---|---|---|
| Comprehension (20 minutes) | 16th | 1st |
| Reading Rate (1 minute sample) | 24th | 1st |

26. The NDRT is not an appropriate measure of reading impairment because the test scores were compared to an inappropriate reference group, specifically to college graduates, not the general population using age norms. The version of the test used in the assessments does not provide age-based norms. Use of grade-based norms after the 12th grade often misclassifies normal readers as impaired readers. The impact is that Mr. Sampson is made to appear more limited in his reading abilities. This is clear in the contrast between these NDRT scores and the other reading ability scores found on the Wechsler and Woodcock reading achievement batteries. The results are

also questionable when viewed within the context of Mr. Sampson's performance on the standardized admissions test scores reported above -- all are tests that require reading skills.

27.    Note, too, that there were significant differences in the test scores reported for Mr. Sampson on the NDRT between the two administrations of that test, the first in 2013 (where his scores were low average) and the second in 2020 (where his scores were in the 1st percentile, suggesting that he reads at an extraordinarily low level). These differences raise additional questions about the reliability of Mr. Sampson's Nelson Denny scores.

28.    Mr. Sampson's evaluators overemphasize the NDRT findings and feature the results as a cornerstone of their conclusions that Mr. Sampson is an impaired reader who is consequently unable to access standardized examinations under normal time conditions. While reading may not be among Mr. Sampson's strongest abilities, the evidence from appropriate achievement tests do <u>not</u> support the conclusion that he is a substantially limited reader as compared to most people in the general population.

29.    The clinical evaluations included neuropsychological tests of certain highly specific functions. The findings are mixed. In the most recent evaluation performed by Dr. Wasserstein (2020), most of the neuropsychological testing scores were within normal limits, with only a few exceptions.

30.    On a continuous performance test (IVA+Plus), results suggested problems in response control (impulsive behavior) and some related difficulties sustaining attention. There was some evidence of confusion when memorizing a long word list and also when recalling a complex figure (CVLT-II, ROCFT). Yet when required to learn and retain stories he heard or basic visual designs, Mr. Sampson performed in the average and above average range for age (WMS-IV

auditory memory and visual memory). Limitations emerged on tests of motor coordination and dexterity, but those abilities are not needed on the Step 1.

31.     The results from neuropsychological tests must be viewed within the larger context of the other cognitive and achievement testing scores included in the assessment batteries. The neuropsychological scores might be of diagnostic interest, but otherwise they are of limited practical importance. Generally speaking, global or total intelligence test scores are a better predictor of future performance, not highly specific or narrow ability test scores.

32.     The narrative descriptions of Mr. Sampson's performance in clinical settings clearly do not reflect substantially limited functioning. These were submitted as Exhibit 1-A to Mr. Sampson's declaration. The narratives are overwhelmingly positive. Among the descriptions of his functioning one finds the following comments. With respect to reading: "he read the medical literature and shared new knowledge with team members", "looks up medical literature", "proactive in his learning, readily and frequently reads up on his patients", "took initiative to look up information on interesting cases", "Researched his answers", "reads about patients' issues and problems in more depth to increase his fund of knowledge", "reflected evidence of his ability to use scientific literature effectively". With respect to organization: "able to work well in coordinating patient care with consultants", "helpful in getting all outside records", "without being directed, he met patients in preop, ensured consents were filled out appropriately, and updated the team with patients' progress to the OR", "well organized notes". With regards to attention, concentration, initiative, and follow through: "showed upon time was always eager to learn", "pays attention to detail", "took the initiative to look up information on interesting cases", "punctual, conscientious, attentive, professional", "behavior modeled reliability, collegiality and integrity". Finally with regards to initiative in learning: "uses every opportunity as a chance to learn

- 15 -

**A418**

something", "able to synthesize information at a higher level than many of his peers", "consistently took the initiative to seek out tasks and additional learning opportunities".

33.     The negative comments, as few as these were, came primarily from his neurology rotation: "Learn ideal times to ask questions", "try to focus on the big picture - at times would focus on aspects of the patient that were not the most important issues", and "continue to be more receptive to feedback".

34.     These contemporary, real-world observations clearly do not reflect the performance of someone who is substantially impaired, or someone who Dr. Aronson, writing on September 6, 2017, described as "*currently and profoundly disabled*". They are inconsistent with the claims of substantially impaired attention, memory, thinking, reading, or executive functioning.

35.     As noted above, I generally emphasize the issue of substantial limitation when evaluating whether testing accommodations are appropriate, rather than the threshold question whether a given diagnosis of an impairment is warranted. In my judgement, however, Mr. Sampson's documentation does not show that Mr. Sampson meets the DSM-5 criteria for a specific leaning disorder in reading and writing or the criteria for Attention Deficit Hyperactivity Disorder.

36.     I note what seems to be a tendency in many of these documents to use the words "disorder" and "disability" as if they were synonymous. The distinction between the two, however, is important. Here I will address the diagnosed *disorders*.

37.     As stated earlier, Mr. Sampson's supporting professionals indicate that he presents Specific Learning Disorders in reading and writing, Unspecified Neurodevelopmental Disorder affecting visual processing, and Attention Deficit Hyperactivity Disorder (combined presentation). At best, there is mixed evidence to support these diagnoses.

38.     The diagnosis of unspecified neurocognitive disorder simply reflects a manifestation of certain neurocognitive symptoms that cannot be categorized as meeting full criteria for any of the disorders in this diagnostic class. It is little more than labeling a problem that we otherwise know little about, and here we run the risk of mistaking a symptom or set of symptoms for a cause.

39.     The diagnosis of Specific Learning Disorders in Reading and Writing are also problematic. Based on her evaluation, Dr. Michels (2013) did not come to the diagnostic conclusion of a specific learning disorder in reading or writing. She instead labeled the problem as Learning Disorder, Not Otherwise Specified, which is used when perceived learning difficulties do not meet criteria for any specific learning disorder. This is the same problem discussed above with regards to the neurodevelopmental disorder.

40.     Dr. Anderson later (2013) diagnosed Unspecified Neurocognitive Disorder noting difficulties is visuospatial processing and related memory.  She added Specific Learning Disorder in Reading to the diagnostic list but concluded that an ADHD diagnosis was unwarranted. Writing on September 6, 2017, Dr. Aronson reported that Mr. Sampson has been under his care since 2015 and listed the diagnosis as Attention Deficit Hyperactivity Disorder. He also referenced "learning disabilities" involving reading. Dr. Wasserstein reported having most recently evaluated Mr. Sampson, and she diagnosed him as having a Specific Learning Disorder in reading and writing and Attention Deficit Hyperactivity Disorder (2020).

41.     The Specific Learning Disorder in Reading and Writing is not supported by the psychometric evidence as presented above, where there is substantial evidence of average or better than average reading and writing skills on appropriately normed tests. In addition, the college and graduate admissions test scores do not reveal impairment in reading skills. Although the candidate

- 17 -

**A420**

is said to have spent countless hours preparing for these examinations, an individual must have mastered or possess the fundamental reading and writing skills needed for these examinations.

42.     In her evaluation report, Dr. Wasserstein quotes the sections of the DSM-5 that indicate a learning disorder can occur in intellectually gifted individuals (which indeed they can) who are able to sustain adequate academic functioning with considerable effort and hard work and substantial support. But the DSM-5 also says that impairment must be found on individually administered standardized achievement tests. Impairment is operationalized in the DSM-5 as performance that is a standard deviation and one-half below the mean for age -- meaning below the 8th percentile. The guidelines permit some use of clinical judgement in cases where converging evidence from diverse sources support the diagnosis, and in those instances the cut point can be lowered to achievement testing scores falling below 16th percentile. *None of the reading or writing scores on appropriately normed achievement tests for Mr. Sampson were below either of these cut points*.

43.     In their letter to the Board dated June 17, 2017, the candidate's parents discuss their early concerns and considerable efforts on their son's behalf throughout his early school years. They list the names of 27 individuals who have tutored Mr. Sampson throughout the years. Two were speech therapists for early stuttering difficulties that apparently remediated over time. Eleven appear to have been test prep tutors who provided instruction relative to the college and medical school admissions tests. Some were course tutors in chemistry, various math subjects, Spanish, and physics. And only two appear to  have been specific reading specialists.  Those tutors apparently worked with Mr. Sampson in grades 3 through 5. Student report cards from grades 1, 4, and 5 indicate at least satisfactory and often better performance in reading and writing.  Thus,

regardless of why Mr. Sampson's parents decided to employ tutors who were reading specialists, his academic records from the time reflect no impaired functioning in reading.

44. The contention of early undiagnosed learning disorder would seem to suggest that all of his grade schoolteachers neglected to identify him as a student who lagged substantially behind his peers in acquiring basic academic skills, insofar as there is no evidence that any of Mr. Sampson's grade-school teachers reported the type of difficulties that Mr. Sampson and his parents described in support of his request for Step 1 testing accommodations. This seems an unlikely scenario, however, especially in years where teachers and schools are particularly attuned to tracking a student's development of academic skills and abilities.

45. In a letter to the National Board, Dr. Anderson (August 10, 2017) wrote, "*Both Dr. Michels and I documented a history of functional impairment and additional supports that Mr. Sampson has needed since elementary school in order to maintain <u>a high level of academic achievement</u>*" (underscore added). This is presumably a reference to the tutors discussed above, and not to any testing or other accommodations, as Mr. Sampson confirmed in his accommodation request form that he received no accommodations at any point in his education prior to medical school. The use of tutors to achieve a "high level of academic achievement" indicates not that he is disabled, but that he holds himself to high standards and is driven to maximize his perceived potential (as also evidenced by the fact that he is now pursuing a combined degree in business and medicine). Not achieving his targeted performance level could easily make him anxious, and being anxious could easily affect his test performance. As Dr. Michels (2013) wrote, "*Many students with disparate abilities develop anxiety about their school performance, and this appears to be the case for Robert*".

- 19 -

**A422**

46.      In terms of the Attention Deficit Hyperactivity Disorder diagnosis, I do not believe that the real-world evidence found in the grade school records and the records from the clinical rotations are consistent with such a diagnosis. The teacher reports make sporadic comments about behaviors that could be consistent with ADHD. But many of these behaviors are not uncommon in children without any disorder. These comments alone do not indicate abnormal childhood development. Also, his work habits continued to improve during the first grade and were generally rated very good in the fourth-grade report card. At the end of the fifth grade, his teacher wrote, "*I am pleased by Robert's progress this year, both academically and socially. He has demonstrated a commitment to improving his academic performance and has developed better work habits and organizational skills*". Indeed, although a complete set of school records was not available, what has been provided appears to contradict a diagnosis of ADHD. The reports from his clinical rotations that were discussed earlier in this report adds to the doubt about the presence of ADHD, and at least one of his own professionals (Dr. Anderson) concluded that such a diagnosis was not supported.

47.      To conclude, Mr. Sampson claims that he is a disabled person due to neurodevelopmental disorders that substantially impair his learning, reading, thinking, cognitive processing, and test-taking, and that he is therefore entitled to receive double testing time over two days and additional breaks. The materials he has submitted, however, provide *scant objective and other evidence that Mr. Samson is substantially limited in learning, reading, thinking, cognitive processing, and test taking as compared to the average person in the general population, and in fact support the opposite conclusion*. In my judgment, the records do not present a substantive basis for providing him with any disability-based accommodations for the medical licensing examination.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 29, 2022.

DocuSigned by:

*Joseph Bernier*

A8CD725358E9469...

Joseph E. Bernier, Ph.D.

# EXHIBIT 1

# Joseph E. Bernier, Ph.D.
Curriculum Vita
Abbreviated

## Present Primary Employment

Independent practice, consulting and clinical psychology (1978-present).

(Provision of diagnostic psychological evaluations to individuals. Provide disability-related consulting services to organizations. Established client organizations include universities, professional licensing and trade certification boards, and other standardized testing entities.)

## Education

Highest Degree Earned:  Ph.D.                      Date of Degree:  August 1976

Institution/Program Name: University of Minnesota/Educational Psychology

Area of Degree: Counseling Psychology          APA Accredited:  Yes

Psychology Internship Completed:  Yes          Year: 1975-1976

## Psychology Licensure and Certification

Psychology Licensure: Yes          State:  New York          Year: 1978 - present

*National Register of Health Service Psychologists*: Yes          Year: 1983 – present

## Professional Memberships

Member, American Psychological Association

## Selected Publications

Flanagan, D., Keiser, S., Bernier, Joseph E., and Ortiz, S. Diagnosis of Learning Disability in Adulthood, Boston, Allyn and Bacon (2003).

Rivero, E. M., Cimini, M. D., Bernier, J. E., Stanley, J. A., Murray, A. D., Anderson, D. A., & Wright, H. R. (2014). Implementing an early intervention program for residential students who present with suicide risk: a case study. Journal of American College Health, 62(4), 285-291.

Cimini, M. D., Rivero, E. M., Bernier, J. E., Stanley, J. A., Murray, A. D., Anderson, D. A., Wright, H.W., & Bapat, M. (2014). Implementing an audience-specific small-group gatekeeper training

program to respond to suicide risk among college students: A case study. <u>Journal of American College Health</u>, 62(2), 92-100.

<u>Past Primary Professional Employment</u>

(1) Psychologist and Director for Doctoral Internship Training & Clinical Assessment, Counseling and Psychological Services/University at Albany, 400 Patroon Creek Blvd., Suite 104, Albany, New York 12206 (tenured) (1991-2018)

(2) Instructor, Department of Counseling Psychology, University at Albany, Albany, NY (2001, 2007, 2008)

(3) Psychologist, Four Winds Hospital, Saratoga Springs, New York (1988-1991)

(4) Psychologist & Director, Psychological Counseling Center, Siena College, Loudonville, New York (1987-1988).

(5) Psychologist & Director, Psychological Counseling Service, the College of St. Rose, Albany, New York (1980-1987)

(6) Assistant Professor, Department of Counseling Psychology and Student Development, State University of New York at Albany, Albany, New York (1976-1980)

<u>References</u>

References furnished upon request.

**A427**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT SAMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:22-CV-05120-JMA-AYS |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF DAWN P. FLANAGAN, PH.D.

I, Dawn P. Flanagan, declare as follows:

1.      Unless otherwise stated, this declaration is based on my personal knowledge and my review of records that I have been provided regarding Robert Sampson.

2.      I am a Professor of Psychology at St. John's University since 1992, where I teach graduate courses in cognitive assessment; psychoeducational assessment for intervention; assessment, diagnosis, and remediation of learning disabilities; and professional issues in School Psychology, as well as undergraduate courses in tests and measurement.  Since 2005, I have also been a clinical affiliate to the Yale Child Study Center at the Yale University School of Medicine, where my responsibilities include lecturing on topics related to cognitive assessment and evaluation and treatment of specific learning disabilities, as well as consultation with faculty and staff on issues related to tests and measurement.  My areas of expertise include the diagnosis of specific learning disorders, and I have authored or co-authored numerous books, book chapters, and peer-reviewed articles relating to that subject.  A true and correct copy of my curriculum vitae is attached at Exhibit A.

**A428**

3.     I was asked to review documentation relating to Mr. Sampson's request for testing accommodations on the USMLE Step 1 exam and to provide my opinion on whether the documentation demonstrates that Mr. Sampson has a disability that warrants accommodations. It is my understanding that he is requesting double the standard amount of testing time and extra breaks, and that he bases his request on the following diagnoses: Specific Learning Disorders in reading and writing, Unspecified Neurodevelopmental Disorder affecting visual processing, and Attention Deficit Hyperactivity Disorder, with a combined presentation.

4.     The documentation that I reviewed included an undated Declaration of Robert Sampson with attachments; a Declaration of Jeanette Wasserstein dated September 19, 2022, with an attached evaluation report from 2020; evaluation reports from a Drs. Michels and Anderson, letters from a Dr. Aronson; various standardized testing score reports for Mr. Sampson; accommodation request forms that Mr. Sampson submitted to NBME; and various other records.

5.     Based on the documents provided and my review to date, it is my firm belief that Mr. Sampson is not entitled to his requested testing accommodations because he is clearly not substantially limited in any major life activities relevant to taking the Step 1 examination, when his abilities are compared to those of most people in the general population.

6.     Indeed, this is not a close case. The data do not show a convergence of data sources that support a need for accommodations on the USMLE Step 1. My primary reasons for this conclusion are as follow:

- Dr. Wasserstein concluded that ADHD "substantially impairs his learning, reading, thinking, cognitive processing, and test taking as compared to the general population." There is little to no evidence to support this statement and considerable evidence that

- 2 -

**A429**

negates it, including consistently Average to Superior performance on standardized tests under timed conditions (*e.g.*, PSAT, SAT, ACT, MCAT).

- There is ample evidence of conflicting information from self-report and evidence of current functioning. Only three of many examples follow:

  - Mr. Sampson endorsed the neuropsychological symptom of "Difficulty figuring out how to do new things." However, there is no evidence of this in his course evaluations in medical school.  It was reported that Mr. Sampson "has generated good differential diagnosis" and often "thinks outside of the box". He is described by medical school faculty as "inquisitive" and is reported to have done a good job "analyzing all the data to come up with a very good diagnosis and plan for care".

  - Mr. Sampson also endorsed the neuropsychological symptom of "Difficulty planning ahead." However, medical school faculty and staff reported that he is "very proactive in his learning" and "demonstrated great preparation and breadth of reading." Also, Dr. Wasserstein stated in her report, "recognizing his need for additional preparation he began preparing for his standardized exams years in advance."

  - Based on Inattentive Symptoms (CAADID – structured interview), Mr. Simpson indicated "careless mistakes, doesn't follow instructions or follow through, difficulty organizing, blurts out answers, difficulty awaiting turn, interrupts or is intrusive."  There is little if any current evidence to show that these symptoms are present or that they interfere with activities of daily living.

- Dr. Wasserstein provided many interpretations of Mr. Sampson's performance on a variety of psychological tests that were not substantiated. In fact, there was often an overwhelming amount of data that contradicted her interpretations.  Only three of many examples follow:

  - Dr. Wasserstein indicated that "his impaired neuropsychological function greatly impacts his ability to perform under rapid processing demands, particularly reading and graphs."  Furthermore, she reported that "He will not be able to demonstrate his knowledge on the examination but will rather demonstrate the barriers imposed by his disabilities." However, there is an abundance of standardized test scores that consistently reflect Average to Superior performance under timed conditions relative to select cohorts that likely are higher functioning cognitively and academically as compared to the general population (e.g., PSAT, SAT, ACT, MCAT).  Mr. Sampson's level of performance on standardized, timed, high stakes exams do not support Dr. Wasserstein's interpretations.  As discussed below, neither do the assessment results that she reviews in her 2020 evaluation report.

  - Dr. Wasserstein stated that Mr. Sampson has "a significant deficit in spelling." However, A spelling score of 105, which is ranked at the 63rd percentile compared to the general population is not indicative of poor spelling or a deficit in spelling. Spelling ability is also not relevant to taking the computer-based, multiple-choice Step 1 exam.

  - Dr. Wasserstein stated that Mr. Sampson is "clearly impaired in the visual attention domain (e.g.,  Sustained Visual Attention was ranked at the 1st percentile); his impulsivity is likely to have a negative impact on his functioning, such as rushing and making careless errors when engaged in visual tasks like reading; severely

- 4 -

**A431**

impaired sustained visual attention indicates that his reading comprehension is likely to be impacted, especially during lengthy standardized exams." There is little if any evidence from adulthood to support this finding. When deficient scores are present, it is important to provide ecological validity for the findings (e.g., how are the identified deficits manifesting in real world performances?). Such manifestations are lacking. Rather, SAT, MCAT, ACT are lengthy standardized tests that require reading comprehension under standardized timed conditions. Although Dr. Wasserstein indicated that reading comprehension is likely to be impacted on such tests due to severely impaired sustained visual attention, there is no evidence of this.

- Discrepancies are misinterpreted as evidence of impairment throughout Dr. Wasserstein's report. For example, according to Dr. Wasserstein, index level discrepancy comparisons showed that 5 out of 7 comparisons were statistically significant and 3 of the 5 significant differences were rare in the general population. Dr. Wasserstein's interpreted these findings as indicative of "rocky, uneven cognitive terrain." Likewise, she reported, "his nonverbal reasoning ability (PRI) was significantly weaker than other cognitive domains. Consequently, Mr. Sampson has a pronounced metaphorical 'limp' between his various thinking skills, the extent of which creates significant handicaps on tasks that rely on perceptual reasoning and working memory, such as reading comprehension." However, statistically significant and unusual differences between scores, when the lower of the two scores in the comparison is at least Average, simply means that the higher score represents much stronger than Average ability (e.g., Superior; Very Superior). Moreover,

- 5 -

A432

scores in the Superior to Very Superior range are rare in the general population, as most people rarely score at the >99th percentile. Thus, what makes a difference between Average and Very Superior performance unusual is the fact that most people do not score in the Very Superior range in any cognitive domain. Indeed, the 99th percentile means that the person performed as well as or better than 99% of individuals in the normative sample. Rather than interpreting a statistically significant and unusual difference between Average and Very Superior performance as evidence of impairment, it ought to be interpreted as reflecting a cognitive area of strength that is rarely found in the general population. Moreover, most people have at least two statistically significant difference in their cognitive ability profiles, yet most people are not disabled. Where scores fall on the ability continuum relative to most people matters.

7.    I have significant doubt about whether all diagnoses that Mr. Sampson has received are warranted under the applicable criteria for diagnosing mental impairments. However, I have not had sufficient opportunity to review all the relevant information relating to each diagnosis. That said, it is my opinion that the data I reviewed clearly do not support a Specific Learning Disorder in Written Expression for the following reasons.

    a.  All standardized achievement test scores in the area of writing ranged from Average to Superior, indicating no evidence of impairment.

    b.  Many medical school faculty commented on his writing positively. A few examples follow.

        1.  **Course Name**: "Medicine": "wrote good notes" and "**Formulation and Write Up**: **Outstanding**"

- 6 -

**A433**

2. **Course Name**: "Introduction to Clinical Medicine-Odd Year": "His write ups were **stellar**"

3. **Course Name**: "Radiology": "Robert submitted a **thorough paper** on Pulmonary Embolism Radiology and Management"

4. **Course Name**: "Ob/**Gyn**": "demonstrating...**well organized notes**"

5. **Course Name**: "Pediatrics": "**written** and oral case discussions **reflected evidence of his ability to use scientific literature effectively** to enhance his medical knowledge"

c. Performance in the area of writing based on standardized test performance under timed conditions consistently reflect scores near or above the 90th percentile relative to selected cohorts who likely function cognitively and academically at a level that higher than the average person from the general population.

8. As noted, I have not had adequate time to fully study the various evaluations that Mr. Sampson submitted in support of this request, but based upon my preliminary analysis I also believe that, at a minimum, there are significant questions regarding whether the other diagnoses that he has received are warranted under the criteria set forth in the Diagnostic and Statistical Manual of Mental Disorders. In other words, it is not clear to me that he has either any Specific Learning Disorder or ADHD. In all events, however, and as noted above, his records do not reflect that he is substantially limited in his ability to read, concentrate, or take tests, as compared to most people in the general population.

9. Mr. Sampson states in his declaration that he has had significant difficulties in academic functioning since childhood. He also says that his academic accomplishments "have required a lifetime of accommodations and mitigating measures," and that "his teachers

- 7 -

**A434**

consistently noted my struggles with attention, focus and reading." These statements are not consistent with what I have seen in his records, which reflect no academic interventions at any point prior to his time in medical school and scant references by teachers to him "struggling" with "attention, focus and reading."

10.     What the records instead show is that, like most people, Mr. Sampson has variable abilities. He does exceedingly well in math, but he performs less well - although by and large still well above average - in other areas. This is seen in his diagnostic assessments and on several high-stakes tests that he has taken, where he performed very well across all tested areas using the skills and abilities that are measured in diagnostic assessments.

11.     I have reviewed the evaluation reports that were prepared for Mr. Sampson by Dr. Wasserstein, Anderson, and Michels, as well as the letters from his psychologist, Dr. Aronson. In my opinion, they do not show that Mr. Sampson is substantially impaired in his learning, reading, thinking, cognitive processing, or taking tests relative to the general population.

12.     In my judgment, the records do not present a substantive basis for providing Mr. Sampson with any disability-based accommodations for the medical licensing examination.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 29, 2022.


Dawn P. Flanagan, Ph.D.


- 8 -

**A435**

# EXHIBIT 1

# VITA

## DAWN PATRICIA FLANAGAN

**Work:  St. John's University**          **Email: Flanagad@stjohns.edu**
**Department of Psychology**               **Fax: (718) 990-6705**
**School and Clinical Programs**
**8000 Utopia Parkway**
**Queens, New York  11439**

## EDUCATION

**Ph.D.**  1992.  Major-School Psychology.  The Ohio State University, Columbus, OH.
**M.A.**   1989.  Major-School Psychology.  The Ohio State University, Columbus, OH.
**B.S.**   1986.  Major-Psychology.  The University of Massachusetts at Amherst, Amherst, MA.

## CURRENT EMPLOYMENT

**PROFESSOR OF PSYCHOLOGY**. Department of Psychology. Full-time teaching responsibilities include graduate courses in cognitive assessment, psychoeducational assessment, learning disability, and professional issues in School Psychology as well as undergraduate courses in tests and measurement. Other responsibilities include service on department, college, and university committees, conducting research, and publishing. **St. John's University, Jamaica, NY, May 2001-present.**

**CLINICAL AFFILIATE TO YALE CHILD STUDY CENTER**. Yale University, School of Medicine. Responsibilities include lecturing on topics related to cognitive assessment and evaluation and treatment of specific learning disabilities.  Other responsibilities include consultation with faculty and staff on issues related to tests and measurement. **Yale University, New Haven, CT, April 2005-present.**

## EMPLOYMENT HISTORY

**DIRECTOR OF SCHOOL PSYCHOLOGY TRAINING PROGRAMS**. Department of Psychology.
**St. John's University, Jamaica, NY, September 2008-December 2011.**

**PROFESSOR OF PSYCHOLOGY and CO-DIRECTOR OF THE SCHOOL PSYCHOLOGY PROGRAM**. Department of Psychology.  Full-time teaching responsibilities include graduate courses in intellectual assessment, psychoeducational assessment, learning disability, and professional issues in School Psychology as well as undergraduate courses in tests and measurement.  Other responsibilities include co-directing the school psychology program, service on department, college and university committees, conducting research, and publishing. **St. John's University, Jamaica, May 2001-May 2002.**

**ASSOCIATE PROFESSOR OF PSYCHOLOGY**. Department of Psychology, School Psychology Program.  Full-time teaching responsibilities include graduate courses in intellectual assessment, psychoeducational assessment, consultation, and professional issues in School Psychology as well as undergraduate courses in tests and measurement.  Other responsibilities include service on department,

1
**A437**

Dawn Patricia Flanagan

college and university committees, conducting research, and publishing. **St. John's University, Jamaica, May 1997-May 2001.**

**ASSISTANT PROFESSOR OF PSYCHOLOGY**. Department of Psychology, School Psychology Program. Full-time teaching responsibilities include graduate courses in intellectual and psychoeducational assessment and undergraduate courses in tests and measurement. Other responsibilities include service on department, college and university committees, conducting research, and publishing. **St. John's University, Jamaica, NY. Sept. 1992-May 1997.**

**ASSISTANT PRESCHOOL PSYCHOLOGIST**. Conducted psychological evaluations of preschool-aged children (3-5 years). **Whitestone School for Child Development, Whitestone, NY. Jan.-May 1993.**

**ASSISTANT PSYCHOLOGIST**. Psychoeducational Clinic. Psychological testing and consultation for ages 3 to adult. **The Ohio State University, Columbus, OH. Sept. 1991-May 1992.**

**GRADUATE ASSISTANT**. Assisted in program administration, course development, and teaching school psychology courses. Reviewed psychoeducational reports and supervised student competency examinations in practica courses. **The Ohio State University, Columbus, OH. Sept. 1991-May 1992.**

**SCHOOL PSYCHOLOGIST (PART-TIME**). School psychological services for preschool- and elementary school-aged children. **The Hilliard City School District, Hilliard, OH. Nov. 1991-March 1992.**

**GRADUATE RESEARCH ASSOCIATE**. Test development, reliability and validity studies, standardization, and manual writing. **The Devereux Foundation, Devon, PA. Sept. 1990-May 1992.**

**SCHOOL PSYCHOLOGY INTERN**. Provided school psychological services for grades pre K-12. **The Hilliard City School District, Hilliard, OH. Aug. 1989-June 1990.**

## BOOKS

Flanagan, D. P. & McDonough, E. M. (Eds.) (2018). *Contemporary Intellectual Assessment: Theories, Tests, and Issues* (4th Edition). New York: Guilford.

Alfonso, V. C., & Flanagan, D. P. (Eds.) (2018). *Essentials of Specific Learning Disability Identification, Second Edition*. New York: Wiley.

Flanagan, D. P. & Alfonso, V. C. (2017). *Essentials of WISC-V Assessment*. Hoboken, NJ: Wiley.

Flanagan, D. P. & Alfonso, V. C. (Eds.) (2016). *WJ IV Clinical Use and Interpretation: Scientist-Practitioner Perspectives*. Burlington, MA: Elsevier.

Mascolo, J. T., Alfonso, V. C., & Flanagan, D. P. (2014). *Essentials of Planning, Selecting and Tailoring Intervention: Addressing the Needs of the Unique Learner*. Hoboken, NJ: Wiley.

Flanagan, D. P., Ortiz, S. O., & Alfonso, V. C. (2013). *Essentials of Cross-Battery Assessment* with C/D ROM (Third Edition). New York: Wiley.

Dawn Patricia Flanagan

Flanagan, D. P. & Harrison, P. L. (2012). *Contemporary Intellectual Assessment: Theories, Tests, and Issues (3rd Edition).* New York: Guilford.

Flanagan, D. P., & Alfonso, V. C. (Eds.) (2011). *Essentials of Specific Learning Disability Identification.* New York: Wiley.

Flanagan, D. P., & Kaufman, A. S. (2009). *Essentials of WISC-IV Assessment with C/D ROM (Second Edition).* New York: Wiley.

Flanagan, D. P., Ortiz, S. O., & Alfonso, V. C. (2007). *Essentials of Cross-Battery Assessment with C/D ROM (Second Edition).* New York: Wiley.

Flanagan, D. P., Ortiz, S. O., Alfonso, V. C., & Mascolo, J. (2006). *The Achievement Test Desk Reference (ATDR) – Second Edition: A Guide to Learning Disability Identification.* New York: Wiley.

Flanagan, D. P., & Harrison, P. L. (Eds.). (2005). *Contemporary intellectual assessment (2nd Edition): Theories, tests, and issues.* New York: Guilford.

Flanagan, D. P., & Kaufman, A. S. (2004). *Essentials of WISC-IV Assessment.* Hoboken, New Jersey: Wiley.

Schrank, F. & Flanagan, D.P. (Eds.). (2003). *Clinical Use and Interpretation of the WJ III.* Burlington, MA: Elsevier.

Flanagan, D. P., Keiser, S. Berneir, J., & Ortiz. (2003). *Diagnosing Learning Disability in Adulthood.* Boston: Allyn & Bacon.

Schrank, F. Flanagan, D. P., Woodcock, R. W., & Mascolo, J. (2002). *Essentials of WJ III Cognitive Assessment.* Hoboken, New Jersey: Wiley.

Flanagan, D. P., Ortiz, S. O., Alfonso, V. C., & Mascolo, J. (2002). *The Achievement Test Desk Reference (ATDR): Comprehensive Assessment and Learning Disabilities.* Boston: Allyn & Bacon.

Flanagan, D. P., & Ortiz, S. O. (2001). *Essentials of Cross-Battery Assessment.* Hoboken, New Jersey: Wiley.

Flanagan, D. P., McGrew, K. S., & Ortiz, S. O. (2000). *The Wechsler Intelligence Scales and Gf-Gc Theory: A Contemporary Approach to Interpretation.* Boston: Allyn & Bacon.

McGrew, K. S., & Flanagan, D. P. (1998). *The Intelligence Test Desk Reference (ITDR): Gf-Gc Cross-battery Assessment.* Boston: Allyn & Bacon.

Flanagan, D. P., Genshaft, J. L., & Harrison, P. L. (Eds.) (1997). *Contemporary Intellectual Assessment: Theories, Tests, and Issues.* New York: Guilford.

## SOFTWARE

Flanagan, D. P., Mascolo, J. T., Ortiz, S. O., & Alfonso, V. C. (2021). *Intervention Library: Finding Interventions and Resources for Students and Teachers* (IL:FIRST).  Hoboken, NJ: Wiley.

Dawn Patricia Flanagan

Flanagan, D. P., Ortiz, S. O. & Alfonso, V.C. (2017-2021). *Cross-Battery Assessment Software System X-BASS* (Version 2.0 – 2.4) [software]. Hoboken, NJ: Wiley.

Flanagan, D. P., Ortiz, S. O. & Alfonso, V.C. (2015). *Cross-Battery Assessment Software System X-BASS* (Version 1.0) [software]. Hoboken, NJ: Wiley.

**An Examination of Definitional, Operational, and Practical Features of PSW Methods for SLD Identification**

### PEER-REVIEWED JOURNAL ARTICLES AND OTHER PUBLICATIONS

Shanock, A., Flanagan, D. P., Alfonso, V. C., & McHale-Small, M. (2021).  Helping school psychologists and districts estimate the cost of adopting the dual discrepancy/consistency PSW method for SLD identification. *Journal of Applied School  Psychology*, DOI: 10.1080/15377903.2021.1968091

Schneider, W. J., Flanagan, D. P., Niileksela, C., & Engler, J. (2022).  *The Effect of Measurement Error on the Positive Predictive Value of PSW Methods for SLD Identification: How Buffer Zones Dispel the Illusion of Inaccuracy* (Manuscript resubmitted).

Engler, J., & Flanagan, D. P. (2021). *An examination of definitional, operational, and practical features of PSW methods of SLD identification.* (Manuscript in preparation).

Flanagan, D. P., Alfonso, V.C., & Dehn, M. (2020). Using the pattern of strengths and weaknesses method to identify specific learning disabilities.  *Schoolhouse Press*, *Inc.*

Flanagan, D. P., & Rogers, O. (2022). *A guide to CHC theory and its relevance for test interpretation and intervention* (Manuscript under review).

Flanagan, D. P., Ortiz, S. O., & Alfonso, V. C. (2022). *Analysis of empirical evidence for the pattern of strengths and weaknesses approach to LD diagnosis and the Dual Discrepancy/Consistency method* (Manuscript in preparation).

Flanagan, D. P., & Schneider, W. J. (2016). Cross-Battery Assessment? XBA PSW? A case of mistaken identity: A commentary on Kranzler and colleagues' "Classification agreement analysis of Cross-Battery Assessment in the identification of specific learning disorders in children and youth". *International Journal of School & Educational Psychology*, *4*(3), 137-145.

Flanagan, D. P., Mascolo, J. T., & Alfonso, V. C. (2016). Utility of KTEA-3 error analysis for the diagnosis of specific learning disabilities.  *Journal of Psychoeducational Assessment*, *35*(1-2), 226-241.

Flanagan, D. P. (2015).  Identification of specific learning disabilities following a pattern of strengths and weaknesses approach.  *Journal of Japanese Academy of Learning Disabilities, 24(2)*, 155-166.

Fiorello, C. A., Flanagan, D. P., & Hale, J. B. (2014).  Response to the special issue: The utility of the pattern of strengths and weaknesses approach.  *Learning Disabilities: A Multidisciplinary Journal*, *20(1)*, 55-59.

Dawn Patricia Flanagan

Feifer, S. G., Gerhardstein, Nader, R., Flanagan, D. P., Fitzer, K. R., & Hicks, K. (2014). Identifying specific reading disability subtypes for effective educational intervention. *Learning Disabilities: A Multidisciplinary Journal*, *20(1)*, 18-30.

Flanagan, D. P., Alfonso, V. C., & Reynolds, M. R. (2013). Broad and narrow CHC abilities measured and not measured by the Wechsler scales: Moving beyond within-battery factor analysis. *Journal of Psychoeducational Assessment, 31*, 202-223.

Decker, S. L., Hale, J. B., & Flanagan, D. P. (2013). Professional practice issues in the assessment of cognitive functioning for educational applications. *Psychology in the Schools*, *50*(3), 300-313.

Flanagan, D. P. & Dixon, S. (2014). The Cattell-Horn-Carroll Theory of Cognitive Abilities. *Encyclopedia of special education (4th ed.).* C. R Reynolds and E. Fletcher-Janzen (Eds.) Hoboken, NJ: Wiley.

Flanagan, D. P., Alfonso, V. C., & Dixon, S. (2014). The CHC Cross-Battery Assessment Approach. *Encyclopedia of special education (4$^{th}$ed)*. C. R Reynolds and E. Fletcher-Janzen (Eds.). Hoboken, NJ: Wiley.

Reynolds, M. R., Keith, T. Z., Flanagan, D. P., & Alfonso, V. C. (2013). A cross-battery, reference variable, confirmatory factor analytic investigation of the CHC taxonomy. *Journal of School Psychology*, *51*(4), 535-555.

Sotelo-Dynega, M., Ortiz, S.O., Flanagan, D.P., & Chaplin, W. (2013). The effect of English language proficiency on the Woodcock-Johnson tests of cognitive abilities-third edition. *Psychology in the Schools, 50(8),* 781-797.

Hale, J., Alfonso, V., Berninger, V., Bracken, B., Christo, C., Clark, E., Davis, A., Decker, S., Denckla, M., Dumont, R., Elliott, C. Feifer, S., Fiorello, C., **Flanagan, D.,** Fletcher-Janzen, E., Fuchs, D., Geary, D., Gerber, M., Gerner, M., Goldstein, S., Gregg, N., Hagin, R., Jaffe, L., Kaufman, A., Kaufman, N., Keith, T., Kline, F., Kochhey-Bryant, C., Lerner, J., Marshall, G., Mascolo, J., Mather, N., Mazzacco, M., McCloskey, M., McGrew, K., Miller, D., Miller, J., Mostert, M., Naglieri, J., Ortiz, S., Phelps, L., Podhajski, B., Reddy, L., Reynolds, C., Riccio, C., Schrank, F., Schultz, E., Semrud-Clikeman, M., Shaywitz, S., Silver, L., Speece, D., Swanson, L., Urso, A., Wasserman, T., Willis, J., Wodrich, D., Wright, P., & Yalof, J. (2010). Critical Issues in response-to-intervention, comprehensive evaluation, and specific learning disabilities identification and intervention: An expert white paper consensus. *Learning Disabilities Quarterly*, *33,* 223-236.

Flanagan, D. P., & Caltabiano, L. F. (2011). Psychological Reports: A Guide for Parents and Teachers. In A. Canter, L. Paige & S. Shaw (Eds.), *Helping children at home and at school III: Handouts for families and educators.* Bethesda, MD: National Association of School Psychologists.

Flanagan, D. P., Sotelo-Dynega, M., & Caltabiano, L. F. (2011). Test Scores: A Guide to Understanding Standardized Test Results. In A. Canter, L. Paige & S. Shaw (Eds.), *Helping children at home and at school III: Handouts for families and educators.* Bethesda, MD: National Association of School Psychologists.

Flanagan, D. P., Fiorello, C., & Ortiz, S. O. (2010). Enhancing Practice through Application of CHC Theory and Research: A "Third Method" Approach to SLD Identification. *Psychology in the Schools*, *40,* 739-760.

Dawn Patricia Flanagan

Flanagan, D.P., & Sotelo-Dynega, M. (2009). The Wechsler Intelligence Scales, Fourth Edition. In B. Kerr (Ed.), *Encyclopedia of giftedness, creativity, and talent*. CA: Sage Publications, Inc.

Flanagan, D. P., & Hardy-Braz, S. (2009). Standardized testing. In Anderman, Eric (ed.). *Psychology of Classroom Learning: An Encyclopedia,* Detroit: Macmillan Reference USA, 2009.

Flanagan, D. P. (2006). The Cattell-Horn-Carroll Theory of Cognitive Abilities. *Encyclopedia of special education* (3rd ed.) C. R Reynolds and E. Fletcher-Janzen (Eds.) New York: Wiley.

Flanagan, D. P., & Alfonso, V. C., & Ortiz, S. O. (2006). CHC Cross-Battery Assessment. *Encyclopedia of special education (3rd ed)*. C. R Reynolds and E. Fletcher-Janzen (Eds.). New York: Wiley.

Flanagan, D. P., & Alfonso, V. C., Ortiz, S. O., & Dynda, A. (2006). Integration of Response-To-Intervention and Norm-Referenced Tests in Learning Disability Identification: Learning from the Tower of Babel. *Psychology in the Schools, 43 (7),* 807-825.

Kaufman, A. S., Flanagan, D. P., Alfonso, V. C., & Mascolo, J. T. (2006). Review of Wechsler Intelligence Scale for Children, Fourth Edition (WISC-IV). *Journal of Psychoeducational Assessment. 278-295.*

Flanagan, D. P., & Read, B. (2005). *Woodcock-Johnson III Assessment Service Bulletin: Selective Testing Procedures.* Ithaca, IL: Riverside.

Flanagan, D. P., & Ortiz, S. O. (2004). *Gf-Gc* Theory of Intelligence, In T. S. Watson & C. H. Skinner (Eds.), *Encyclopedia of School Psychology* (pp. 138-141). New York: Kluwer Academic/Plenum Publishers.

Vanderwood, M. L., McGrew, K. S., Flanagan, D. P., & Kieth, T. Z. (2003). The contribution of general and specific cognitive abilities to reading achievement. *Learning and Individual Differences, 13,* 159-188.

Alfonso, V.C., & Flanagan, D. P. (2002). *Woodcock-Johnson III Assessment Service Bulletin: Comparative Features of the Woodcock Johnson (3rd ed.) Test of Academic Achievement*. Chicago: Riverside.

Flanagan, D. P. (2001). *Woodcock-Johnson III Assessment Service Bulletin: Comparative Features of the Woodcock Johnson (3rd ed.) Test of Cognitive Abilities and the Wechsler Scales.* Chicago: Riverside.

Keith, T. Z., Kranzler, J. H., & Flanagan, D. P. (2001). What Does the Cognitive Assessment System (CAS) Measure? Conjoint Confirmatory Factor Analysis of the CAS and the Woodcock-Johnson Tests of Cognitive Ability (3rd ed.). *School Psychology Review, 30,* 89-119.

Flanagan, D. P. (2000). Wechsler-Based CHC Cross-Battery Assessment and Reading Achievement: Strengthening the Validity of Interpretations Drawn from Wechsler Test Scores. *School Psychology Quarterly, 15,* 295-229.

Flanagan, D. P. (2000). *Woodcock-Johnson III Assessment Service Bulletin: Comparative Features of Major Intelligence Batteries: Content, Administration, Technical Features, Interpretation, and Theory*. Chicago: Riverside.

Dawn Patricia Flanagan

Kranzler, J., Keith, T. Z., & Flanagan, D. P. (2000). Independent examination of the factor structure of the Cognitive Assessment System (CAS): Further evidence challenging the construct validity of the CAS. *Journal of Psychoeducational Assessment, 18,* 143-159.

Flanagan, D. P. Genshaft, J. L., & Boyce, D. (1999). A review of the Kaufman Adolescent and Adult Intelligence Test. *Journal of Psychoeducational Assessment, 17,* 62-89.

Flanagan, D. P., & McGrew, K. S. (1998). Interpreting intelligence tests from contemporary Gf-Gc theory: Joint confirmatory factor analyses of the WJ-R and KAIT in a non-white sample. *Journal of School Psychology, 36,* 151-182.

McGrew, K. S., Flanagan, D. P., Keith, T. Z., & Vanderwood, M. (1997). Beyond g: The impact of Gf-Gc specific cognitive abilities research on the future use and interpretation of intelligence tests in the schools. *School Psychology Review, 26,* 177-189.

Flanagan, D. P., McGrew, K. S., Abramowitz, E., Lehner, L., Untiedt, S., Berger, D., et al. (1997). Improvement in academic screening instruments? A concurrent validity investigation of the K-FAST, MBA, and WRAT-3. *Journal of Psychoeducational Assessment, 15,* 99-112.

Flanagan, D. P., Alfonso, V. C., Primavera, L., Povall, L. & Higgins, D. (1996). Convergent validity of the BASC and SSRS: Implications for social skills assessment. *Psychology in the Schools, 33,* 13-23.

McGrew, K. S., Untiedt, S. A., & Flanagan, D. P. (1996). General factor and uniqueness characteristics of the Kaufman Adolescent and Adult Intelligence Test (KAIT). *Journal of Psychoeducational Assessment, 14,* 208-219.

Flanagan, D. P., & Alfonso, V. C. (1995). A critical review of the technical characteristics of new and recently revised intelligence tests for preschool children. *Journal of Psychoeducational Assessment, 13,* 66-90.

Flanagan, D. P., Alfonso, V. C., Kaminer, T., & Rader, D. E. (1995). Incidence of basic concepts in the directions of new and recently revised American intelligence tests for preschool children. *School Psychology International, 16,* 345-364.

Flanagan, D. P., Alfonso, V. C., & Flanagan, R. (1994). A review of the Kaufman Adolescent and Adult Intelligence Test: An advancement in cognitive assessment? *School Psychology Review, 23,* 512-525.

Flanagan, D. P., & Alfonso, V. C. (1993). Differences required for significance between Wechsler verbal and performance IQs and WIAT subtests and composites: The predicted-achievement method. *Psychology in the Schools, 30,* 125-132.

Flanagan, D. P., & Alfonso, V. C. (1993). WIAT subtest and composite predicted-achievement values based on WISC-III verbal and performance IQs. *Psychology in the Schools, 30,* 310-320.

Flanagan, D. P., Sainato, D. & Genshaft, J. L. (1993). Emerging issues in the assessment of young children with disabilities: The expanding role of school psychologists. *Canadian Journal of School Psychology, 9,* 192-203.

Dawn Patricia Flanagan

Naglieri, J. A., & Flanagan, D. P. (1992). A psychometric review of behavior rating scales. *Comprehensive Mental Health Care, 2(3),* 225-239.


## INVITED EDITOR

Fiorello, C. A., & Flanagan, D. P. (Eds.) (2014). Special issue: Utility of the pattern of strengths and weaknesses approach in identification of specific learning disabilities. *Learning Disabilities: A Multidisciplinary Journal.*

Ortiz, S. O. & Flanagan, D. P. (Sect. Eds.) (2013). Section 9: Assessment Theory—Introduction. In B. J. Irby, G. Brown & R. Lara-Alecio (Eds.), *Handbook of Educational Theories* (pp. 735-738). Charlotte, NC: Information Age Publishing.

Flanagan, D. P., & Genshaft, J. L. (Eds.) (1997). Mini-Series: Issues in the use and interpretation of intelligence tests in the schools [Special issue]. *School Psychology Review, 26.*


## BOOK CHAPTERS

Flanagan, D. P., Ortiz, S. O., Alfonso, V. C., Dynda, A., & Zinkiewicz, C. (2022). Integrating Cognitive Assessment in School Neuropsychological Evaluations. In D. C. Miller (Ed.), *Best practices in school neuropsychology: Guidelines for effective practice, assessment, and evidence-based intervention, second edition* (pp.). New York: John Wiley and Sons.

Flanagan, D. P., Alfonso, V. C., Sy, M., Mascolo, J. T., McDonough, E. M., & Ortiz, S. O. (2018). The dual discrepancy/consistency method of SLD identification: Integrating multiple data sources and multiple data gathering methods. In Alfonso, V. C., & Flanagan, D. P. (Eds.), *Essentials of Specific Learning Disability Identification, Second Edition*. New York: Wiley.

Flanagan, D. P., & Sy, M. C. (2018). Publishing books. In R. G. Floyd (Ed.), *Publishing in school psychology and related fields: An insider's guide.* (pp. 238-251). New York, NY: Routledge.

Flanagan, D. P., Alfonso, V. C., Costa, M., Palma, K., & Leahy, M. (2018). Use of ability tests in the identification of specific learning disabilities (SLD) within the context of an operational definition. In Flanagan, D. P. & McDonough, E. M. (Eds.), *Contemporary Intellectual Assessment: Theories, Tests, and Issues* (4th Edition). New York: Guilford.

Flanagan, D. P., Alfonso, V. C., Palma, K., Costa, M., & Leahy, M., & Ortiz, S. O. (2018). Cross-battery assessment for intervention. In Flanagan, D. P. & McDonough, E. M. (Eds.), *Contemporary Intellectual Assessment: Theories, Tests, and Issues* (4th Edition). New York: Guilford.

McDonough, E. M., Flanagan, D. P., Sy, M., & Alfonso, V. C. (2017). Specific Learning Disorder. In Goldstein, S. & DeVries, M. (Eds.), *Handbook of DSM-5 disorders in children*. New York, NY: Springer.

Jacobs, E, Flanagan, D., & Alfonso, V. (2017). Evidence-based identification of specific learning disability in schools. In M. Terjesen & M. Thielking (Eds.) *Handbook of Australian School Psychology: International Research, Practice and Policy*. New York: Springer.

Dawn Patricia Flanagan

Mascolo, J. T., & Flanagan, D. P. (2016). A CHC-based WISC-V cross-battery case report for suspected SLD. In A.S. Kaufman, S.E. Raiford, & D.L. Coalson (Authors), *Intelligent testing with the WISC-V*. Hoboken, NJ: Wiley.

McDonough, E. M., & Flanagan, D. P. (2016). Use of the Woodcock-Johnson IV in the identification of specific learning disabilities in school-age children. In Flanagan & Alfonso (Eds.), *WJ IV Clinical Use and Interpretation: Scientist-Practitioner Perspectives*. Burlington, MA: Elsevier.

Flanagan, D. P., Feifer, S. G., Sotelo-Dynega, M., & McDonough, E. (2014). Cross-battery assessment of written language disorders. In Feifer, S. G., *The neuropsychology of written language disorders: A framework for effective interventions*. Middletown, MD: School Neuropsych Press.

Flanagan, D. P., Alfonso, V. C., & Dixon, S. G. (2014). Cross-battery approach to the assessment of executive functions. In S. Goldstein & J. Naglieri (Eds.), *Handbook of Executive Functioning* (pp. 379–409). Springer New York.

Schneider, J., & Flanagan, D. P. (2015). The connection between theories of intelligence and intelligence tests. In S. Goldstein & J.A. Naglieri (Eds.), *Evolutionary theory, historical perspective, and current measurement*. Springer Books.

Flanagan, D. P., Ortiz, S. O., Alfonso, V. C. & Dynda, A. (2014). Cognitive Assessment: Progress in Psychometric Theories, the Structure of Cognitive Tests, and Approaches to Test Interpretation. In D. Saklofske, V. Schwean, & C. Reynolds (Eds.), *Oxford handbook of psychological assessment of children and adolescents*. New York: Oxford University Press.

Mascolo, J. T., Flanagan, D. P., & Alfonso, V. C. (2014). A systematic method of analyzing assessment results for tailoring interventions (SMAARTI). In J.T. Mascolo, D.P. Flanagan, & V.C. Alfonso (Eds.), *Essentials of planning, selecting and tailoring intervention: Addressing the needs of the unique learner*. Hoboken, NJ: Wiley. (submitted)

Flanagan, D. P., Alfonso, V.C., & Dixon, S. (2014). Academic assessment batteries. In S.G. Little & A. Akin-Little (Eds.), *Academic Assessment and Intervention*. Routledge.

Flanagan, D. P., Alfonso, V. C., Sotelo-Dynega, M., & Mascolo, J. T. (2012). Use of Tests of Intelligence, Cognitive Abilities, and Neuropsychological Processes in the Identification of Specific Learning Disabilities. In D.P. Flanagan & P.L. Harrison, *Contemporary intellectual assessment: Theories, tests, and issues (3rd edition)*. New York: Guilford.

Flanagan, D. P., Ortiz, S. O., & Alfonso, V. C. (2012). The Cross-battery assessment approach: Past, present, and future. In D.P. Flanagan & P.L. Harrison, *Contemporary intellectual assessment: Theories, tests, and issues (3rd edition)*. New York: Guilford.

Flanagan, D. P., Alfonso, V. C., & Mascolo, J. T. (2011). A CHC-based Operational Definition of SLD: Integrating Multiple Data Sources and Multiple Data Gathering Methods. In Flanagan, D. P., & Alfonso, V. C. (Eds.), *Essentials of Specific Learning Disability Identification*. New York, NY: John Wiley & Sons.

Sotelo-Dynega, M., Flanagan, D. P., & Alfonso, V. C. (2011). Specific Learning Disabilities: An Overview of Definitions, Classification Systems and Methods of Identification. In Flanagan, D.

Dawn Patricia Flanagan

P., & Alfonso, V. C. (Eds.), *Essentials of Specific Learning Disability Identification*. New York, NY: John Wiley & Sons.

Flanagan, D. P., & Alfonso, V. C. (2011). RTI Data and Cognitive Assessment are Both Useful for SLD Identification and Intervention Planning. In N. Mather & L. E. Jaffe (Eds.), *Expert Psychological Report Writing*. New York, NY: John Wiley & Sons.

Flanagan, D. P., Alfonso, V. C., Mascolo, J. T., & Hale, J. B. (2011). The Wechsler Intelligence Scale for Children-Fourth Edition in neuropsychological practice. In A. Davis (Ed.), *Handbook of pediatric neuropsychology* (pp. 397-414). New York: Springer Publishing.

Flanagan, D. P., Ortiz, S. O., Alfonso, V. C., & Dynda, A. (2010). Integrating Cognitive Assessment in School Neuropsychological Evaluations (pp. 101-140). In D. C. Miller (Ed.), *Best practices in school neuropsychology: Guidelines for effective practice, assessment, and evidence-based intervention* (pp.). New York: John Wiley and Sons.

Alfonso, V. C., & Flanagan, D. P. (2009). Evidence-based preschool assessment: A framework for evaluating the adequacy of the technical characteristics of norm-referenced instruments. In B. Mowder, F. Rubinson, & A. Yasik (Eds.), *Evidence based practice in infant and early childhood psychology* (pp. 129-166). New York: Wiley & Son, Publishers.

Ortiz, S. O., & Flanagan, D. P. (2009). Kaufman on Theory, Measurement, Interpretation, and Fairness: A Legacy in Training, Practice, and Research. In Kaufman, J. C. (Ed), *Intelligent testing: Integrating psychological theory into clinical practice (A tribute to Alan S. Kaufman)*. New York: Cambridge University Press.

Flanagan, D. P., Ortiz, S. O., Alfonso, V. C., & Dynda, A. (2008). Best practices in cognitive assessment. In A. Thomas & J. Grimes (Eds.), *Best practices in school psychology (5th ed.)*. Washington DC: The National Association of School Psychologists.

Ortiz, S.O., & Flanagan, D. P. (2008). Best practices in working with culturally different children and families. In A. Thomas & J. Grimes (Eds.), *Best practices in school psychology (5th ed.)*. Washington DC: The National Association of School Psychologists.

Kavale, K. A., & Flanagan, D. P. (2007). Utility of RTI and Assessment of Cognitive Abilities/Processes in Evaluation of Specific Learning Disabilities. In Jimerson, S., Berns, M. & Van Der Heyden, A. (Eds). *Handbook of Response to Intervention: The science and practice of assessment and intervention*. New York: Springer Science.

Alfonso, V. C., & Flanagan, D. P. (2006). Best practices in the use of the Stanford-Intelligence Scales, Fifth Edition (SB5) with preschoolers. In B. A. Bracken and R. Nagle (Eds.), *Psychoeducational assessment of preschool children (4th ed.)*. Mahwah, NJ: Lawrence Erlbaum Associates.

Flanagan, D. P. (2006). The Cattell-Horn-Carroll Theory of Cognitive Abilities. *Encyclopedia of special education* (3rd ed.) C. R Reynolds and E. Fletcher-Janzen (Eds.)New York: Wiley.

Flanagan, D. P., & Alfonso, V. C., & Ortiz, S. O. (2006). CHC Cross-Battery Assessment. *Encyclopedia of special education* (3rd ed) C. R Reynolds and E. Fletcher-Janzen (Eds.). New York: Wiley.

Kaufman, K. S., & Flanagan, D. P. (2006). Watkins and Canivez's Critique of the Kaufman-Lichtenberger Interpretive System and Articulation of a New Theory-Based Approach to Profile

Dawn Patricia Flanagan

Interpretation. In Kaufman, A. S., & Lichtenberger, E. O., *Assessing Adolescent and Adult Intelligence (3rd ed.)* Hoboken, NJ: Wiley.

Flanagan, D. P. (2005). Supplementing the KABC-II Using Cross-Battery Methods. In Kaufman, A.S., Lichtenberger, E. O., Fletcher-Janzen, E., & Kaufman, N. L., *Essentials of KABC-II Assessment* (pp. 268-280). Hoboken, NJ: Wiley.

Alfonso, V.C., Flanagan, D.P., and Radwan, S. (2005). The impact of Cattell-Horn-Carroll (CHC) theory on test development and the interpretation of cognitive and academic abilities. In Flanagan, D.P., and Harrison, P.L. (Eds), *Contemporary intellectual assessment: Theories, tests, and issues (2nd ed.)*. New York: Guilford.

Flanagan, D.P., & Mascolo, J. T. (2005). Psychoeducational assessment and learning disability diagnosis. In Flanagan, D.P., and Harrison, P.L. (Eds), *Contemporary intellectual assessment: Theories, tests, and issues (2nd ed.)*. New York: Guilford.

Flanagan, D. P., & Caltabiano, L. F. (2004). Psychological reports: A Guide for parents and teachers. In Canter, A., & Servio, C. (Eds.), *Helping children at home and school: Handouts from your school psychologist.* Bethesda, MD: National Association of School Psychologists.

Flanagan, D. P., & Caltabiano, L. F. (2004). How Are Test Scores Interpreted? In Canter, A., & Servio, C. (Eds.), *Helping children at home and school: Handouts from your school psychologist.* Bethesda, MD: National Association of School Psychologists.

Flanagan, D. P. (2003). Use of the WJ III within the context of a modern operational definition of LD. In Schrank, F., & Flanagan, D.P. (Eds.), *Clinical use and interpretation of the WJ III.* Burlington, MA: Elsevier, Academic Press.

Flanagan, D. P., & Ortiz, S. O. (2002). Best practices in intellectual assessment: Future directions. In A. Thomas & J. Grimes (Eds), *Best practices in school psychology (4th ed.).* Washington DC: The National Association of School Psychologists.

Ortiz, S.O., & Flanagan, D. P. (2002). Best practices in working with culturally different children and families. In A. Thomas & J. Grimes (Eds), *Best practices in school psychology (4th ed.).* Washington DC: The National Association of School Psychologists.

Flanagan, D. P., Mascolo, J. & Genshaft, J. L. (2000). A conceptual framework for interpreting intelligence tests for preschoolers. In Bruce A. Bracken (Ed.), *The psychoeducational assessment of preschool children (3rd ed.)* (pp. 428-473). Boston: Allyn & Bacon.

Alfonso, V. C., & Flanagan, D. P. (1999). Assessment of cognitive functioning in preschoolers. In E.V. Nuttall, I. Romero, & J. Kalesnik (Eds.), *Assessing and screening preschoolers (2nd ed.)* (pp. 186-217). New York: Boston: Allyn & Bacon.

Flanagan, D. P., Andrews, T. & Genshaft, J. L. (1997). The functional utility of intelligence tests for special education populations. In D. P. Flanagan, J. L. Genshaft, & P. L. Harrison (Eds.), *Contemporary intellectual assessment: Theories, tests, and issues* (pp. 457-483). New York: Guilford.

Flanagan, D. P., & McGrew, K. S. (1997). A cross-battery approach to assessing and interpreting cognitive abilities: Narrowing the gap between practice and cognitive science. In D. P.

Dawn Patricia Flanagan

Flanagan, J. L. Genshaft, & P. L. Harrison (Eds.), *Contemporary intellectual assessment: Theories, tests, and issues* (pp. 314-325). New York: Guilford.

Harrison, P. L., Flanagan, D. P., & Genshaft, J. L. (1997). An integration and synthesis of contemporary theories, tests, and issues in the field of intellectual assessment. In D. P. Flanagan, J. L. Genshaft, & P. L. Harrison (Eds.), *Contemporary intellectual assessment: Theories, tests, and issues* (pp. 533-561). New York: Guilford.

Flanagan, D. P. (1995). Consultation strategies with gifted and regular educators: A collaborative approach. In J. L. Genshaft, M. Bireley, & C. L. Hollinger (Eds.), *Serving gifted and talented students: A resource for school personnel* (pp. 351-367). Austin, TX: Pro-Ed.

Flanagan, D. P., & Halsell-Miranda, A. (1995). Best practices in working with culturally different families. In A. Thomas & J. Grimes (Eds.), *Best practices in school psychology (3rd ed.).* (pp. 1049-1060). Washington DC: The National Association of School Psychologists.

## **INVITED BOOK and TEST REVIEWS (and other related publications)**

Flanagan, D. P. (2017). Foreword. In Woodcock, R. W., Miller, D. C., Maricle, D. E. & McGill, R. J., *Evidence-based selective assessment for academic disorders.* Middletown, MD: School Neuropsych Press.

Flanagan, D. P., & Kaufman, A. S. (2014). Foreword. In K. Ueno (Eds. & Trans.) *WISC-IV niyoru shinri asesumento* (pp. ix-xi). [*Essentials of WISC-IV Assessment, Second Edition*] by Flanagan, D. P. & Kaufman, A. S. (Original work published 2009) Tokyo, Japan: Nihon-Bunka Kagakusha.

Flanagan, D. P., & Caltabiano, L. (2003). [Review of the test *Pictorial Test of Intelligence (2nd ed.)*]. *The Fifteenth mental measurements yearbook.* Lincoln, Nebraska: Buros Institute.

Caltabiano, L., & Flanagan, D. P. (2003). [Review of the test *Ross Information Processing Assessment-Primary*]. *The Fifteenth mental measurements yearbook.* Lincoln, Nebraska: Buros Institute.

Flanagan, D. P., & Alfonso, V. C. (2000). Essentially, Essential for WAIS-III Users. [Review of the test *WAIS-III*]. *Contemporary Psychology, 45,* 528-539.

Flanagan, D. P., & Genshaft, J. L. (1996). [Review of the book *Assessment of Young Children*]. *Journal of Psychoeducational Assessment, 14,* 166-173.

Flanagan, D. P. (1995). [Review of the test *Kaufman Adolescent and Adult Intelligence Test*]. *The twelfth mental measurements yearbook* (pp. 527-530). Lincoln, Nebraska: Buros Institute.

Flanagan, D. P. (1995). Review of the Quick Phonics Survey. In J. C. Conoley, & J. C. Impara (Eds.), *The twelfth mental measurements yearbook* (pp. 833-835). Lincoln, Nebraska: Buros Institute.

Flanagan, D. P. (1995). [Review of the test Reynell *Developmental Language Scales [U.S. Edition]*]. *The twelfth mental measurements yearbook* (pp. 868-869). Lincoln, Nebraska: Buros Institute.

Dawn Patricia Flanagan

## **PROFESSIONAL NEWSLETTER ARTICLES**

Hale, J. B., Flanagan, D. P., & Naglieri, J. A. (2008). Alternative Research-Based Methods for IDEA (2004) Identification of Children with Specific Learning Disabilities. *Communiqué, 36 (8)*, 1, 14-15.

Flanagan, D. P., Ortiz, S. O., & Alfonso, V. C. (2008). Response to intervention (RTI) and cognitive testing approaches provide different but complementary data sources that inform SLD identification. *Communiqué, 36 (5)*, 16-17.

Flanagan, D. P., & Ortiz, S. O. (2002). Cross-battery assessment: A response to Watkins, Youngstrom, and Glutting (Part I). *Communiqué, 30 (7)*, 32-34.

Flanagan, D. P., & Ortiz, S. O. (2002). Cross-battery assessment: A response to Watkins, Youngstrom, and Glutting (Part II). *Communiqué, 30 (8)*, 36-38.

Flanagan, D. P. (2000). Improving the validity of test interpretation through Wechsler-based *Gf-Gc* cross-battery assessment. *NYSPA Notebook*, 38-42.

Ortiz, S., Flanagan, D.P., & McGrew, K. S. (1999). Assessment in school psychology: Past, present, and future. *Communiqué, 28 (2)*, 30-32.

McGrew, K. S., Flanagan, D. P., & Keith, T. Z. (1999). *Gf-Gc* theory and the organization of abilities: Response to Naglieri and Sullivan. *Communiqué, 27 (6)*, 28-29.

Ortiz, S., & Flanagan, D.P. (1998). Enhancing cognitive assessment of culturally and linguistically diverse individuals: Selective Gf-Gc cross-battery assessment. *The School Psychologist, 52 (1)*, 6-9.

Flanagan, D. P. (1997). The effectiveness of a social skills intervention with minority kindergarten students. *Vincentian Chair of Social Justice*, 53-59.

McGrew, K. S., & Flanagan, D. P. (1996). The Wechsler performance scale debate: Fluid intelligence (Gf) or visual processing (Gv)? *Communiqué, 24 (6)*, 14-16.

Alfonso, V. C., Flanagan, D. P., & Helmer, C. (1995). Special ed changes affect special needs kids. *NYSPA Notebook, 7(6)*, 20.

Flanagan, D. P. (1995). Toward a clearer understanding of social competence in young children. *NYSPA School Notes, 1*, 5.

Flanagan, D. P., & Alfonso, V. C. (1995). Preschool cognitive assessment: What's next? *NYSPA Notebook, 7*, 27, 36.

Flanagan, D. P., & McGrew, K. S. (1995). The field of intellectual assessment: A current perspective. *The School Psychologist, 49*, 7, 14.

Flanagan, D. P., & McGrew, K. S. (1995). A cross-battery approach to intelligence test interpretation. *Communiqué, 24 (4)*, 26, 28.

Dawn Patricia Flanagan

Flanagan, D. P., & Alfonso, V. C. (1993). The Kaufman Adolescent and Adult Intelligence Test at a glance. *The School Psychologist, 47(3),* 1, 5, 10.

## **PROFESSIONAL PRESENTATIONS**

Hajovsky, D. B., Niilesela, C. R., Flanagan, D. P., Alfonso, V. C., Schneider, J., & Zinkiewiez, C. J. (August 2022). *A consensus model of cognitive-achievement relations using meta-SEM*. Poster accepted for presentation at the annual meeting of the American Psychological Association, Minneapolis, MN.

Zinkiewicz, C., Alfonso, V. C., & Flanagan, D. P. (2022, May). *CHC broad & narrow abilities measured: 2014-2022*. Poster presented at the annual meeting of the Association for Psychological Science, Chicago, Il.

Flanagan, D. P. (October 2021). *Linking assessment findings to effective interventions, educational strategies, and resources*. Invited keynote for the Learning Disability Association of America - Michigan and New Jersey Affiliates, Virtual.

Flanagan, D. P. (September 2021). *Effective use of the dual-discrepancy consistency (DD/C) method in SLD identification*. Invited presentation for the Learning Disability Association of America - Michigan Affiliate, Virtual.

Flanagan, D. P. (June 2021). *How to use discrepancy-based methods (AAD, RTI, PSW) responsibly, reduce diagnostic errors, and narrow the gap between assessment results and interventions*. Invited presentation for the Learning Disability Association of America - Michigan Affiliate, Virtual.

Flanagan, D. P. (May 2021). *How to use discrepancy-based methods responsibly and narrow the gap between assessment results and intervention*. Invited presentation for the annual meeting of the New Jersey Association of School Psychologists, Virtual.

Flanagan, D. P. (May 2021). *The dual-discrepancy/consistency (DD/C) pattern of strengths and weaknesses method: Why the why matters when students fail to respond to intervention*. Invited presentation for the annual meeting of the New Jersey Association of School Psychologists, Virtual.

Flanagan, D. P. (May 2021). *Use of the Culture-Language Interpretive Matrix for English Learners*. Invited virtual presentation for Region 17 Educational Service Center, Lubbock, TX.

Flanagan, D. P. (March 2021). *Cross-Battery Assessment Software System (X-BASS) and the Intervention Library*. Invited virtual presentation for Region 17 Educational Service Center, Lubbock, TX.

Flanagan, D. P. (February 2020). *PSW and psychological processing deficits: Why cognition matters*. Paper presented at the 57th annual convention of the Learning Disabilities Association of America (LDA). Atlanta, GA.

Dawn Patricia Flanagan

McHale-Small, M., & Flanagan, D. P. (February 2020). *What are learning disabilities? An overview of current research*. Paper presented at the 57th annual convention of the Learning Disabilities Association of America (LDA). Atlanta, GA.

Ponzuric, J., & Flanagan, D. P. (February 2020). *SLD identification: So many models to choose from*. Paper presented at the 57th annual convention of the Learning Disabilities Association of America (LDA). Atlanta, GA.

Schneider, J., Flanagan, D. P., Niileksela, C., & Engler, J. (February 2020). *Reevaluating the Accuracy of the PSW Methods of SLD Identification*. Poster to be presented at the annual convention of the National Association of School Psychologists (NASP). Baltimore, MD.

Flanagan, D. P. (November 2019). *Re-evaluating the accuracy of the pattern of strengths and weaknesses model (PSW) of SLD identification*. Invited symposium participant at the annual convention of the Japanese Association of Learning Disabilities. Tokyo, Japan.

Flanagan, D. P. (November 2019). *Using CHC theory to guide LD assessment and intervention decisions*. Invited symposium participant at the annual convention of the Japanese Association of Learning Disabilities. Tokyo, Japan.

Flanagan, D. P. (October 2019). *CHC theory, PSW for SLD classification, and the assessment-intervention connection: What's new?* Invited **keynote** address presented at the HouMet chapter of the Texas Educational Diagnosticians' Association. Houston, TX.

Flanagan, D. P. (June 2019). *Balancing the art and science of test interpretation of the WISC-V*. Invited **keynote** address presented at the Pearson Xchange annual assessment conference. Paris, France.

Flanagan, D. P. (June 2019). *Balancing the art and science of test interpretation of the WISC-V*. Invited **keynote** address presented at the Pearson Xchange annual assessment conference. Amsterdam, Netherlands.

Flanagan, D. P. (June 2019). *Identification of specific learning disabilities*. Invited presentation presented at the Pearson Xchange annual assessment conference. Amsterdam, Netherlands.

Flanagan, D. P. (June 2019). *Balancing the art and science of test interpretation of the WISC-V*. Invited **keynote** address presented at the Pearson Xchange annual assessment conference. Frankfurt, Germany.

Flanagan, D. P. (June 2019). *Identification of specific learning disabilities*. Invited presentation presented at the Pearson Xchange annual assessment conference. Frankfurt, Germany.

Flanagan, D. P. (June 2019). *Balancing the art and science of test interpretation of the WISC-V*. Invited **keynote** address presented at the Pearson Xchange annual assessment conference. Madrid, Spain.

Flanagan, D. P. (February 2019). Panel participant (with Dehn, Fletcher, Naglieri, & Schultz). *SLD identification models*. Invited discussant at the Statewide Evaluation Personnel (SWEP) annual conference. Dallas, TX.

Flanagan, D. P. (February 2019). *The dual discrepancy consistency method of SLD identification*. Invited presentation at the Statewide Evaluation Personnel (SWEP) annual conference. Dallas, TX.

Dawn Patricia Flanagan

Flanagan, D. P., Alfonso, V. C. & Schneider, W. J. (February 2019). *PSW methods: Comparisons, research, and how to use them.* Presented at the annual meeting of the National Association of School Psychologists. Atlanta, GA.

Wade, R., Duhning, C., Flanagan, D., Ortiz, S., & Alfonso, V. (February 2019) *Cross-Battery Composites Versus Norm-Based Composites: Much Ado About Nothing.* Poster session presented at the Annual Convention of the National Association of School Psychologists (NASP), Atlanta, GA.

Flanagan, D. P. (December 2018). *Using PSW methods for SLD identification amidst the alarms and controversies: What practitioners need to know.* Invited **keynote** address at the annual meeting of the Texas Educational Diagnosticians Association (TEDA). Waco, TX.

Flanagan, D. P. (November 2018). *The pattern of strengths and weaknesses method, the controversy, and how to use the WISC-V in SLD identification responsibly.* Invited presentation at the Integrated Assessment of Youth – Neuropsychology Assessment conference. Boston, MA.

Flanagan, D. P. (September 5 and 7, 2018). *Specific learning disability identification, the pattern of strengths and weaknesses method, and linking assessment to intervention.* Invited presentation at the NYC Department of Education school psychologists and social workers annual kick off meeting. New York City, NY.

Flanagan, D. P. (February 2018). *The past present and future of cognitive assessment and SLD identification.* Invited keynote address at the annual meeting of the School Neuropsychology Summer Institute. Grapevine, TX.

Flanagan, D. P. (February 2018). *Utility of Cognitive Assessment in the Identification and Treatment of Students with Learning Disabilities.* Invited presentation at the 55th meeting of the Learning Disabilities Association of America (LDAA). Atlanta, GA.

Flanagan, D. P., Alfonso, V. C., Schneider, W., & McDonough, E. M. (February 2018). *Using WISC-V and PSW for SLD Identification Amidst the Controversy.* Mini-skills workshop presented at the annual convention of the National Association of School Psychology. Chicago, IL.

McDonough, E. M., & Flanagan, D. P. (February 2018). *A How-To Demonstration of the Cross-Battery Assessment Software System.* Mini-skills workshop presented at the annual convention of the National Association of School Psychology. Chicago, IL.

Flanagan, D. P. (November 2017). *Current trends in diagnosis of specific learning disabilities and intellectual disability.* Invited **keynote** address, Faculty of Social Science of Masaryk University. Brno, Czech Republic.

Flanagan, D. P. (October 2017). *Use of Cross-Battery Assessment in SLD Identification and Linking Assessment to Intervention.* Invited presentation to be presented at the annual meeting of the New York Association of School Psychologists. White Plains, NY.

Flanagan, D. P. (July 2017). *A New Approach to WISC-V Interpretation as Operationalized by X-BASS.* Invited presentation at the 12th annual meeting of the School Neuropsychology conference. Grapevine, TX.

Dawn Patricia Flanagan

Bray, M. A., Root, M. M. (Chairs), & D. P. Flanagan (Discussant) (August 2016). *Patterns of strengths and weaknesses: Implications for assessment and intervention*. Symposium presented at the American Psychological Association, Denver, CO.

Flanagan, D. P. (July 2016). *Identification of and accommodations for SLD require adequate measurement of cognitive constructs, an understanding of normal v. atypical variation in performance, and evidence of functional limitations*. Annual meeting of the College Board. Chicago, IL.

Flanagan, D. P., (May 2016). *Linking assessment results to educational strategies and interventions for students with learning disabilities*. Invited presentation at Yale Child Study Center, Yale University, School of Medicine. New Haven, CT.

Alfonso, V. C. & Flanagan, D. P. (February 2016). *Utility of WISC-V, WIAT-III, and KTEA-3 for SLD identification*. Mini-skills workshop presented at the annual meeting of the National Association of School Psychologists, Orlando, FL.

Flanagan, D. P., Alfonso, V. C., & McDonough, E. M. (February 2016). *Use of WJ IV in a PSW approach for SLD identification*. Mini-skills workshop presented at the annual meeting of the National Association of School Psychologists, New Orleans, LA.

Flanagan, D. P., (July 2015). *The role of cross-battery assessment and accompanying software (X-BASS) in evaluation, interpretation, and SLD identification*. Invited pre-convention full-day presentation at the annual School Neuropsychology conference, Dallas, TX.

Flanagan, D. P. (April 2015). *Strengths and limitations of the new WISC-V and WJ IV and their use in cross-battery assessment*. Invited presentation at Yale Child Study Center, Yale University, School of Medicine. New Haven, CT.

Flanagan, D. P. (April 2015). *History of specific learning disability identification and its influence on current practice*. Invited **keynote** address presented at the first annual Assessment conference, Gonzaga University, Spokane, WA.

Flanagan, D. P. (April 2015). *A pattern of strengths and weaknesses approach to SLD identification*. Presented at the first annual Assessment conference, Gonzaga University, Spokane, WA.

Alfonso, V. C. & Flanagan, D. P. (February 2015). *WJ IV and WISC-V cross-battery assessment for intervention in SLD referrals*. Mini-skills workshop presented at the annual meeting of the National Association of School Psychologists, Orlando, FL.

Flanagan, D. P. & Alfonso, V. C. (February 2015). *SLD pattern of strengths and weaknesses and the WJ IV and WISC-V*. Mini-skills workshop presented at the annual meeting of the National Association of School Psychologists, Orlando, FL.

Flanagan, D. P., & McDonough, E. M. (January 2015). *The WISC-V: Advances in assessment, interpretation, and clinical and web-based applications*. Presented at St. John's University in co-sponsorship with Pearson, Queens, NY.

Dawn Patricia Flanagan

Flanagan, D. P. (November 2014).  *Essentials of specific learning disability identification*.  Presented at the annual meeting of the Japanese Academy of Learning Disabilities, Osaka, Japan.

Flanagan, D. P. (November 2014).  *A pattern of strengths and weaknesses approach to SLD identification.*  Presented at the annual meeting of the New York Association of School Psychologists, Albany, NY.

Flanagan, D. P. (November 2014).  *A pattern of strengths and weaknesses approach to SLD identification.*  Presented at the annual meeting of the Arizona Association of School Psychologists, Phoenix, AZ.

Flanagan, D. P. (October 2014).  *Cross-battery assessment: A pattern of strengths and weaknesses approach to SLD identification.*  Presented at the first bi-state meeting of Oregon's and Washington's state associations of school psychologists, Stevenson, WA.

Flanagan, D. P. (October 2014). *Educational strategies and interventions for students with learning disabilities in reading*.  **Keynote** address presented at the annual meeting of the Council of Educators for Students with Disabilities, Austin, TX.

Flanagan, D. P. (March 2014).  *Cross-battery assessment of individuals from culturally and linguistically diverse backgrounds*.  Invited Presentation at Yale Child Study Center, Yale University School of Medicine.  New Haven, CT.

Flanagan, D. P. (February 2014, Panelist).  In Renee Tobin (Chair), WISC-IV and WAIS-IV: Revisiting the factor structure and clinical application.  Symposium session presented at the National Association of School Psychologists annual convention, Washington, DC.

Alfonso, V. C., & Flanagan, D. P. (February 2014).  *Assessment for intervention in SLD referrals using the cross-battery approach*.  Mini-skills session presented at the National Association of School Psychologists annual convention, Washington, DC.

Flanagan, D. P. (February 2014).  *Identification of an SLD pattern of strengths and weaknesses*.  Mini-skills session presented at the National Association of School Psychologists annual convention, Washington, DC.

Kubas, H. A., Carmichael, J. A., Backenson, E. M., Holland, S. C., Flanagan, D. P., Fitzer, K. R., & Fraccaro, R. L. (February 2014).  *Assessment of cognitive processes in specific learning disability identification.* Poster presented at the National Association of School Psychologists annual convention, Washington, DC.

Flanagan, D. P. (March 2014).  *Cross-battery assessment of individuals from culturally and linguistically diverse backgrounds*.  Presentation at Yale Child Study Center, Yale University School of Medicine.  New Haven, CT.

Flanagan, D. P. (February 2014, Panelist).  In Renee Tobin (Chair), WISC-IV and WAIS-IV: Revisiting the factor structure and clinical application.  Symposium session presented at the National Association of School Psychologists annual convention, Washington, DC.

Alfonso, V. C., & Flanagan, D. P. (February 2014).  *Assessment for intervention in SLD referrals using the cross-battery approach*.  Mini-skills session presented at the National Association of School Psychologists annual convention, Washington, DC.

Flanagan, D. P. (February 2014). *Identification of an SLD pattern of strengths and weaknesses*. Mini-skills session presented at the National Association of School Psychologists annual convention, Washington, DC.

Kubas, H. A., Carmichael, J. A., Backenson, E. M., Holland, S. C., Flanagan, D. P., Fitzer, K. R., & Fraccaro, R. L. (February 2014). *Assessment of cognitive processes in specific learning disability identification.* Poster presented at the National Association of School Psychologists annual convention, Washington, DC.

Flanagan, D. P. (November 2013). *Measurement of CHC narrow abilities and processes are important for SLD identification and intervention*. Invited **keynote** address at the 28th annual Houston-Metropolitan Educational Diagnostician's Association (Hou-Met) Conference, Austin, TX.

Flanagan, D. P. (October 2013). *Identification of and intervention for students with learning disabilities using cross-battery assessment methods and related software*. Invited **keynote** address at the 43rd annual conference of the Georgia Association of School Psychologists. Savannah, GA.

Flanagan, D. P. (July 2013). New developments in CHC theory, SLD identification, and Cross-Battery assessment in the era of RTI. Invited **keynote** address at the National Association of School Psychologists Summer Conference. Albany, NY.

Flanagan, D. P. (July 2013). *Evaluation of a pattern of strengths and weaknesses for SLD identification using cross-battery assessment methods and related software*. Invited presentation at the 6th annual School Neuropsychology Summer Institute. Grapevine, TX.

Flanagan, D. P. (May 2013). *Cross-battery assessment of and interventions for written language disorder subtypes*. Invited presentation at the 5th Annual Betty Finn Assessment Conference. Manhattan, NY.

Alfonso, V. C., & Flanagan, D. P. (February 2013). *Cross-Battery Assessment for intervention in referrals of suspected SLD*. Mini-skills session presented at the annual meeting of the National Association of School Psychologists, Seattle, WA.

Flanagan, D. P., & Alfonso, V. C. (February 2013). *Evaluation of SLD patterns of strengths and weaknesses*. Mini-skills session presented at the annual meeting of the National Association of School Psychologists, Seattle, WA.

Hale, J. B. (Chair), Flanagan, D., Fletcher, J., Riccio, C., Burns, M., Shinn, M., Naglieri, J. (Panelists), & Speece, D. (Discussant) (February 2013). *Learning disabilities on the eve of IDEA*. Special Session presented at the annual meeting of the National Association of School Psychologists, Seattle, WA.

Flanagan, D. P. (February 2013). *Evidence-based cross-battery assessment and SLD identification: An overview of new XBA software*. Invited **keynote** address, 16th Annual Statewide Evaluation Conference (SWEP), Houston, TX.

Flanagan, D. P. (November 2012). *Understanding a Pattern of Strengths and Weaknesses for SLD Identificiation and Implications for Educational Interventions*. Presentation at Yale Child Study Center, Yale University School of Medicine. New Haven, CT.

Flanagan, D. P. (October 2012). *Third method approaches to SLD identification*. Invited presentation, California Association of School Psychologists, Costa Mesa, CA.

Flanagan, D. P. (October 2012). *Planning, Selecting, and Tailoring Reading Interventions*. Invited **keynote** address presented at the 12th annual CESD Texas Dyslexia Conference. Austin, TX.

Flanagan, D. P. (May 2012). *Research-based diagnosis of LD in post-secondary populations*. Invited presentation at the "High-incidence Disabilities in Higher Education" conference at Ryerson University, hoted by the Assessment and Resource Centres of Ontario (NOARC & RARC). Toronto, Canada.

Flanagan, D. P. (February 2012). *New developments in CHC theory, SLD identification and the cross-battery approach*. Invited **keynote** address of the annual meeting of the Statewide Evaluation Conference for Special Education Evaluation Personnel. Dallas, TX.

Flanagan, P. D. (August 2011). Diagnosis of Specific Learning Disability. Paper presented as part of the symposium "*Training and Practice in Diagnosis of Learning and Behavioral Disorders?* " at the 119th annual convention of the American Psychological Association (APA; Division 16). Chair: Mark Terjesen, Ph.D. Washington, D.C.

Flanagan, D. P. (April 2011). *Operationalizing the "Pattern of Strengths and Weaknesses" in SLD Identification*. Presented at the "Meeting of the Minds" conference, sponsored by the Oregon Association of School Psychologists, Portland, OR.

Flanagan, D. P. (March 2011). *A Multi-source, Multi-method Approach to SLD Identification in the Era of RTI*. Presented at Yale Child Study Center, Yale University, School of Medicine, New Haven, CT.

Reynolds, M., Keith, T.Z., Flanagan, D. P., & Alfonso, V. C. (November 2010). *The Utility of CHC Taxonomy in Identifying the Factorial Composition of Intelligence Subtests: A Joint Confirmatory Factor Analysis*. Presented at the annual meeting of the International Society for Intelligence Research, Washington, D.C.

Flanagan, D. P., & Alfonso, V. C. (November 2010). *A Multi-method, Multi-source Approach to SLD Identification*. Presented at the annual meeting of the New York Association of School Psychologists, Lake George, NY.

Flanagan, D. P. (April 2010). *Linking Cognitive Assessment Data to Intervention Part II*. Invited presentation (grand rounds) at Mt. Sinai – Adolescent Center, New York City, NY.

Teague, J., Sotelo-Dynega, M., & Flanagan, D. P. (March 2010). *Paradigm Shift: Examination of a Decade of NASP Convention Programs*. To be presented at the annual meeting of the National Association of School Psychologists, Chicago, IL.

Flanagan, D. P. (March 2010). Hypothesis Testing XBA Approach to SLD Identification. In McGrew's symposium, *CHC Intelligence Testing: What Have We Learned in 20 Years*? To be presented at the annual meeting of the National Association of School Psychologists, Chicago, IL.

Flanagan, D. P. (Febraury, 2010). *The Role of Cognitive Assessment in SLD Identification*. In J.B. Hale's White Paper Symposium. Presented at the 47th annual conference of the Learning Disabilities Association of America, Baltimore MD.

Dawn Patricia Flanagan

Flanagan, D. P., & Alfonso, V. C. (February 2010).  *RtI, Cross-Battery Assessment of Cognitive and Academic Constructs, and SLD Identification: A Continuum of Data Gathering Methods*.  Invited presentation to be presented at the 47th Annual International Conference of the Learning Disabilities Association of America, Baltimore, MD.

Flanagan, D. P. (February 2010).  *Symposium*: *The Importance of Cognitive Abilities and Processes in Crafting Academic Interventions*.  Invited panelist to be presented at the 47th Annual International Conference of the Learning Disabilities Association of America, Baltimore, MD.

Flanagan, D. P. (January 2010).  *Linking Cognitive Assessment Data to Intervention.*  Invited presentation (grand rounds) at Mt. Sinai – Adolescent Center, New York City, NY.

Flanagan, D. P. (May 2009).  *Comprehensive Assessment (With and Without Cognitive Tests) for Tier II Nonresponders*.  Co-sponsored (Fordham University, St. John's University, NYASP, Pearson Assessments, and Wiley Publishing) conference "Research and Practice of Assessment and Intervention in an RTI Paradigm." Graduate School of Education, Fordham University, New York City, NY.

Flanagan, D. P. (April 2009).  *Cross-cultural Psychoeducational Assessment of Learning and Achievement*.  Yale Child Study Center Psychology Lecture Series, Yale Medical School, New Haven, CT.

Flanagan, D. P. (April 2009).  *Use of the XBA Approach for SLD Identification*.  Invited presentation (grand rounds) at Mt. Sinai – Adolescent Center, New York City, NY.

Flanagan, D. P. (March 2009).  *Use of the WISC-IV in the Assessment of Giftedness: Special Considerations for Students from Diverse Backgrounds*.  Invited presentation at the Second National Symposium on Assessing Gifted Learners; Sponsored by Science Destinations and Institute for the Study of Advanced Development, Van Nuys, CA.

Flanagan, D. P. (February 2009).  *A Theory- and Research-based Approach to SLD Identification: Integrating Data from RTI and Comprehensive Assessment, Including Measures of Cognitive Abilities and Processes*.  Topical Public Policy Workshop at the 46th Annual International Conference of the Learning Disabilities Association of America, Salt Lake City, UT.

Levitin, A., & Flanagan, D. P. (February 2009). *Training School Psychologists in the Assessment of Special Populations*.  Paper presented at the annual meeting of the National Association of School Psychologists, Boston, MA.

Alfonso, V.C., & Flanagan, D. P. (February 2009).  *CHC Abilities in Young Children Measured by the WJ III COG*.  Paper to be presented at the annual meeting of the National Association of School Psychologists, Boston, MA.

Flanagan, D.P. (December 2008).  *Operational Definition of Specific Learning Disability: A Guide for Comprehensive Psychoeducational Assessments and Tailored Interventions*.  Special topic workshop presented at the Rosa A. Hagin School Consultation & Early Childhood Centers, New York City, NY.

Flanagan, D. P. (July 2008).  *Cross-Battery Assessment of Neuropsychological Constructs*.  Paper presented at the 3rd annual School Neuropsychology Conference, Grapevine, TX.

Flanagan, D. P. (June 2008). *Identification of Giftedness in Culturally and Linguistically Diverse Students*. Invited presentation at the West Chester School District, Exton, PA.

Flanagan, D. P. (June 2008). *What to do Once You Know the Scores: Linking Cross-Battery Assessment Data to Intervention*. Invited presentation at the West Chester School District, Exton, PA.

Rosengarten, Alfonso, V. C., & Flanagan, D. P. (February 2008). *CHC Ability Subtest Classifications of Cognitive Tests for Preschool Children.* Paper presented at the annual meeting of the National Association of School Psychologists, New Orleans, LA.

Flanagan, D. P. (January 2008). *Use and Interpretation of the WISC-IV within the Context of Contemporary Theory and Research*. Invited lectures presented at University of Uppsala. Uppsala, Sweden.

Dynda, A., Ortiz, S. O., Flanagan, D. P., & Alfonso, V. C. (February 2008). *The Relationship Between English Language Proficiency and IQ Test Performance*. Paper presented at the annual meeting of the National Association of School Psychologists, New Orleans, LA.

Flanagan, D. P. & Vacarro, T. (February 2008). *Applying CHC Theory to Strengthen RtI: A Real-World Example.* Paper presented at the annual meeting of the National Association of School Psychologists, New Orleans, LA.

Flanagan, D. P., Alfonso, V. C., Ortiz, S. O., & Dynda, A. (February 2008). *A Research-based Consensus Definition of SLD: Integrating Multiple Data Sources.* Paper presented at the annual meeting of the National Association of School Psychologists, New Orleans, LA.

Flanagan, D. P. (March 2007). *An Operational Definition of SLD that Accommodates Both RTI and Use of Norm-Referenced Tests*. Conference: "Response-to-Intervention, 'Intelligent Testing' and Specific Learning Disabilities Assessment." Yale Child Study Center, Yale University School of Medicine, New Haven, CT.

Alfonso, V. C., Flanagan, D. P., & Ortiz, S. O. (March 2007). *RTI and Testing: Responding with an Operational Definition of LD*. Presented at the National Association of School Psychologists, New York City, NY.

Flanagan, D. P., Ortiz, S. O., Alfonso, V. C., & Dynda, A. M. (March 2007). *Avoiding the Tower of Babel: Responding to RTI Versus Testing*. Presented at the National Association of School Psychologists, New York City, NY.

Flanagan, D. P. (February 2007). *Integration of RTI and Cognitive Assessment: A Contemporary Operational Definition of LD*. Invited **Keynote** address of the annual Texas Educational Diagnosticians' Association meeting, El Paso, TX.

Flanagan, D. P. (2006, June). *RTI within the Context of an Operational Definition of LD*. Invited presentation, Dade County School Psychologists Association, Miami, FL.

Flanagan, D. P. (2006, March). *LD Evaluation within the Context of a Nondiscriminatory Assessment Model*. Invited presentation for school psychologists, sponsored by American Guidance Services, Washington, DC.

Dawn Patricia Flanagan

Flanagan, D. P. (2006, February). *LD Evaluation in the New Millennium*. Invited **Keynote** address. Region 4 Educational Service Center, Houston, TX.

Flanagan, D. P. (2006, February). *Use of the KABC-II in LD and Nondiscriminatory Assessment*. Invited presentation, Illinois Association of School Psychologists, Springfield, IL.

Flanagan, D. P. (2005, November). *Use of Cross-Battery Assessment with a New Generation of Tests*. Invited presentation, Yale Child Study Center, School of Medicine, New Haven, CT.

Flanagan, D. P. (2005, November). *Cross-Battery Assessment and LD Identification: Best Practices and Accountability*. **Keynote** address at the HouMet Regional conference for psychologists and diagnosticians, Houston, TX.

Flanagan, D. P. (2005, November). *Use of Cognitive Ability Tests in LD Identification*. Presentation at the New York Association of School Psychologists, NY.

Flanagan, D. P. (2005, November). *Nondiscriminatory Assessment with the KABC-II*. Presentation at the Florida Association of School Psychologists, Hollywood, FL.

Flanagan, D. P. (2005, October). *LD Evaluation and IDEA 2004: Case Presentations*. Presentation for school psychologists in Levittown, Levittown, NY.

Flanagan, D. P. (2005, September). *Use and Interpretation of the WISC-IV within the Context of Contemporary Theory and Research*. Presentation at University of Uppsala. Uppsala, Sweden.

Flanagan, D. P. (2005, September). *Use of the KABC-II following an Operational Definition of LD*. Presentation for the annual sales meeting of American Guidance Services, Minneapolis, MN.

Flanagan, D. P. (2005, August). *Cross-Battery Assessment*. **Keynote** presentation at Special Education Regional Services, Region 7, San Antonio, TX.

Flanagan, D. P. (2005, August). *Cross-Battery Assessment and LD Identification*. Invited address presented at Region 20, Houston, TX.

Flanagan, D. P., & Fletcher-Janzen, E. (2005, August). *Use of the KABC-II in LD Evaluation*. Invited address presented at the Florida Association of School Psychologists, Tampa, FL.

Flanagan, D. P. (2005, August). *Use of the WISC-IV in the Identification of Giftedness*. Invited address presented at the World Council for Gifted Education, New Orleans, LA.

Flanagan, D. P. (2005, June). *Use of KABC-II in Nondiscriminatory Assessment: Part I*. Invited presentation sponsored by American Guidance Services, Del Mar, CA.

Flanagan, D. P. (2005, June). *Use of KABC-II in Nondiscriminatory Assessment: Part II*. Invited presentation sponsored by American Guidance Services, Del Mar, CA.

Flanagan, D.P. (2005, June). *The WISC-IV Interpretive System: An Application of CHC Theory*. Invited Presentation for Levittown school psychologists, Levittown, NY.

Flanagan, D. P. (2005, April). *ADA: Evaluating Documentation*. Invited presentation at the National Conference of Bar Examiners, Seattle, WA.

Flanagan, D.P. (2004, December). *Use and Interpretation of the WISC-IV*. Invited presentation at Yale Child Study Center, School of Medicine, New Haven, CT.

Flanagan, D.P. (2004, November). *The Role of IQ tests in LD Evaluation: Ability-Achievement Consistency within the Context of a Modern Operational Definition*. Invited Presentation for Levittown school psychologists, Levittown, NY.

Flanagan, D. P. (2004, October). *What All School Psychologists Need to Know About Our New Generation of Tests*. Invited address at the Massachusetts Association of School Psychologists, Woburn, MA.

Flanagan, D.P. (2004, May). *Introduction to the KABC-II*. Invited discussant. Yale University, School of Medicine, Child Study Center, New Haven, CT.

Flanagan, D.P. (2004, May). *The Use of the KABC-II and Cross-Battery Assessment in the Diagnosis of Learning Disabilities*. Invited presentation for Rochester school psychologists, Rochester, NY.

Flanagan, D.P. (2004, May). *The Use of the KABC-II and Cross-Battery Assessment in the Diagnosis of Learning Disabilities*. Invited presentation at the Western New York School Psychology Association, Buffalo, NY.

Flanagan, D. P. (2004, May). *What's New in the field of Intellectual Assessment*. Invited presentation at Syracuse University, Project Advance Program, Syracuse, NY.

Flanagan, D.P. (2004, May*). CHC theory, CB Assessment, and LD Determination*. Invited presentation for Syracuse school psychologists, Syracuse, NY.

Flanagan, D. P. (2004, April). *What's New in the field of Intellectual Assessment*. Invited presentation through Syracuse University's Project Advance, New York, NY.

Flanagan, D. P. (2004, March). *Implementing New Methods of Assessment for Learning Disability Evaluation: A Review of Case Studies*. Invited presentation at Levittown school district, Levittown, NY.

Flanagan, D. P. (2003, April). *CHC Theory, New Methods of Assessment, and Learning Disability Evaluation*. Invited presentation at Bellmore school district, Bellmore, New York.

Flanagan, D. P. (2003, March). *CHC Theory, New Methods of Assessment, and Learning Disability Evaluation*. Invited presentation at Levittown school district, Levittown, New York.

Flanagan, D. P., (2003, March). *WJ III-based Cross-Battery Assessment and LD Determination*. Invited paper presented through Educational Diagnostic Consulting Services, Springfield, MA.

Flanagan, D. P., (2002, December). Cross-*Battery Assessment and LD Determination*. Invited presentation through Educational Diagnostic Consulting Services, Edison, NJ.

Fiorello, C., Wexler, M., Visalli-Starinieri, R., Miller, B., Hanel, C. & Flanagan, D. (2002, March). *Real-Life Applications of Cross-Battery Assessment*. Invited discussant for symposium presented at the Annual Convention of the National Association of School Psychology, Chicago, IL.

Flanagan, D. P. (2001, November). *The Cross-Battery Approach and LD Determination*. Paper presented at the annual meeting of the New York Association of School Psychologists, White Plains, NY.

Dawn Patricia Flanagan

Mascolo, J. T., & Flanagan, D. P. (2001, April). *Interpreting Cross-Battery Data From Contemporary Theory: A Cross-Validation Study*. Paper presented at the Annual Convention of the National Association of School Psychology, Washington, D.C.

Flanagan, D. P. (2000, November). *Toward a Comprehensive Framework for LD Determination: A Cross-Battery Approach to Assessing the Seven Areas of Academic Achievement Listed in the Federal Definition*. Conference on Literacy co-sponsored by American Guidance Services and St. John's University, Jamaica, NY.

Flanagan, D. P. (2000, September). *Introduction to Cross-Battery Assessment: Special Considerations for Students with Learning Difficulties*. Invited address presented at the annual meeting of the Indiana State School Psychology Association: Indianapolis, IN.

Kranzler, J., Keith, T.Z., & Flanagan, D.P. (2000, March). *Independent Examination of the Factor Structure of the Cognitive Assessment System*. Paper presented at the annual meeting of the National Association of School Psychologists: New Orleans, LA.

Ford, L., McGrew, K., Keith, T. Z., Kranzler, J. H., Tusing, M. E., Mayhew, K., Phelps, L., & Flanagan, D. P. (2000, March). *Practical implications for using Gf-Gc theory: Explorations with the WJ-III, WISC-III, and CAS*. Symposium presented at the Annual Convention of the National Association of School Psychologists: New Orleans, LA.

Flanagan, D. P. (1999, November). *Wechsler-based Gf-Gc cross-battery assessment: Improving the validity of cognitive assessment*. Invited address presented at the Connecticut Association of School Psychologists: New Haven, CT.

Flanagan, D. P. (1999, May). *A Wechsler-based Gf-Gc cross-battery approach to measuring intelligence: Bridging the theory-practice gap*. Invited address presented at the Ohio School Psychological Association: Akron, OH.

Flanagan, D.P. & Ford, L. (1999, April). *Measuring cognitive capabilities in preschoolers: WPPSI-R-based cross-battery assessment*. Paper presented at the annual convention of the National Association of School Psychologists, Las Vegas, NV.

Flanagan, D. P., Ortiz, S. O., & Gerner, M. (1999, April). *A contemporary approach to interpreting the Wechslers: A reading disability case study and application to multicultural populations*. Paper presented at the annual convention of the National Association of School Psychologists, Las Vegas, NV.

Flanagan, D. P. (1998, October). *The art and science of intelligence test interpretation*. Invited **Keynote** address presented at the 32nd annual School Psychology Conference at Pennsylvania State University.

Flanagan, D. P. (1998, August). *Gf-Gc theory and Wechsler-based cross-battery assessment*. Invited (Lightner Witmer Award) address presented at the annual convention of the American Psychological Association, San Francisco, CA.

Flanagan, D. P. (Discussant) (1998, August). *In T. L. Teague and L. Ford (Chairs), Psychometric investigations of preschool tests of cognitive abilities*. Symposium presented at the annual meeting of the American Psychological Association, San Francisco, CA.

Dawn Patricia Flanagan

Flanagan, D. P. (Genshaft, J. L., Watkins, M. M., McGrew, K. S., Elliott, S. N., Lopez, R., & Braden, J. P.) (1998, April). *Issues in the use and interpretation of intelligence tests in the schools: Special considerations for culturally diverse populations.* Symposium presented at the annual convention of the National Association of School Psychologists, Orlando, FL.

Flanagan, D. P. (1998, January). *Introduction to Gf-Gc Cross-Battery Assessment.* Invited presentation at the Masapequa Special Education and Psychological Services Regional Office, Masapequa, NY.

McGrew, K. S., & Flanagan, D. P. (1997, November). *A research-based cross-battery approach to intelligence test interpretation: Implications for individuals referred for reading problems.* Paper presented at the 48th Annual Conference of the Orton Dyslexia Society, Minneapolis, MN.

Flanagan, D. P. (1997, May). *A fluid-crystallized (Gf-Gc) cross-battery approach to assessing and interpreting cognitive abilities: What do our intelligence tests measure?* Invited address presented at the annual meeting of the Massachusetts Association of School Psychologists, Boston, MA.

Flanagan, D. P. (1997, May). *A fluid-crystallized (Gf-Gc) cross-battery approach to assessing and interpreting cognitive abilities: Narrowing the theory-practice gap.* Invited colloquium presented at Yeshiva University, New York, NY.

Flanagan, D. P. (1997, May). *A fluid-crystallized (Gf-Gc) cross-battery approach to assessing and interpreting cognitive abilities: What do our intelligence tests measure?* Neuropsychology seminar presented at Long Island Jewish Hospital, Long Island, NY.

Flanagan, D. P. (Braden, J., Elliott, S., Kranzler, J., McGrew, K., & Watkins, M.) (1997, April). *Issues in the use and interpretation of intelligences tests in the schools: Special considerations for culturally diverse populations.* Symposium presented at the annual convention of the National Association of School Psychologists, Anaheim, CA.

Flanagan, D. P. (1996, November). *A Gf-Gc cross-battery approach to understanding cognitive abilities: Implications for assessing multi-cultural populations.* Paper presented at a special conference on cognitive and behavioral assessment co-sponsored by the American Guidance Services and St. John's University, Jamaica, NY.

Flanagan, D. P., & McGrew, K. S. (1996, August). *Interpreting WJ-R and KAIT joint factor analyses from Gf-Gc theory.* Paper presented at the annual convention of the American Psychological Association, Toronto, Canada.

Flanagan, D. P. (1996, April). *Interpreting intelligence tests from contemporary Gf-Gc theory: What does the KAIT measure?* Paper presented at the first annual faculty research forum, St. John's University, NY.

Flanagan, D. P. (Greenspan, S., Ittenbach, R. F., Keith, T. Z., & McGrew, K. S.) (1996, March). An integration of contemporary and empirically supported multiple theories of intelligence. In J. L. Genshaft (Chair), *Theoretical models of multiple intelligences and personal competencies: Implications for research and assessment.* Symposium presented at the annual convention of the National Association of School Psychologists, Atlanta, GA.

Dawn Patricia Flanagan

Flanagan, D. P. (Harrison, P. L., Lidz, D., McCallum, S., McGrew, K. S., & Woodcock, R. W.) (1996, March). New methods and procedures for interpreting intelligence tests: A consideration of contemporary theories. In J. L. Genshaft (Chair), *Advancing the field of intellectual assessment: Technical, theoretical and cultural considerations*. Symposium presented at the annual convention of the National Association of School Psychologists, Atlanta, GA.

Flanagan, D. P. & McGrew, K. S. (1996, January). *A cross battery approach to intelligence test interpretation*. Paper presented at an Advanced Symposium on Tests and Theories of Intelligence in co-sponsorship with Educational and Diagnostic Consulting Services and St. John's University, Jamaica, NY.

McGrew, K. S., & Flanagan, D. P. (1996, January). *The intelligence test desk reference: Comparative features of major intelligence batteries*. Paper presented at an Advanced Symposium on Tests and Theories of Intelligence in co-sponsorship with Educational and Diagnostic Consulting Services and St. John's University, Jamaica, NY.

Flanagan, D. P. (1995, August). Critical issues in the cognitive assessment of preschoolers. In Vincent C. Alfonso (Chair), *Working with preschoolers: Assessment, intervention, and cultural diversity*. Symposium presented at the annual convention of the American Psychological Association, New York, NY.

Flanagan, D. P. (1995, May). *Comparing the Wechsler and the WJ-R cognitive batteries*. Invited address through the Educational Diagnostic and Consultant Service -- An advanced WJ-R Symposium and Related Special Topics Conference presented in Iselin, NJ.

Flanagan, D. P. (1995, April). *Administration, scoring, and interpretation of the WJ-R Tests of Cognitive Ability and Tests of Achievement: Implications for special populations*. Invited presentation at the Patterson Special Education and Psychological Services Regional Office, Patterson, NJ.

Flanagan, D. P. (1995, April). *Comparisons between the Stanford-Binet Form L-M and the Fourth Edition: Implications for assessing the gifted and talented*. Invited address presented at the Yonkers Regional Office, Yonkers, NY.

Flanagan, D. P., Genshaft, J. L., & Bergman, A. J. (1995, March). *The effectiveness of a social skills intervention with minority kindergarten students*. Paper presented at the annual convention of the National Association of School Psychologists, Chicago, IL.

Flanagan, D. P., & McGrew, K. S. (1995, March). *Will you evolve or become extinct? Interpreting intelligence tests according to modern Gf-Gc theory*. Paper presented at the annual convention of the National Association of School Psychologists, Chicago, IL.

Flanagan, D. P. (1995, February). *Interpretation of major intelligence test batteries from contemporary theory and research: Moving the field forward*. Invited address presented at Fordham University, School Psychology Program, New York, NY.

Flanagan, D. P., & Alfonso, V. C. (1995, January). *Theoretical and practical issues in the cognitive assessment of culturally diverse children*. Invited presentation at the 31st Annual School Psychology Conference, "Working with diversity in the 1900's," Queens College, City University of New York, Flushing, NY.

Dawn Patricia Flanagan

Flanagan, D. P. (1994, November). *The utility of the Woodcock-Johnson Psycho-Educational Battery - Revised: Tests of Cognitive Ability in diagnosing learning disabilities.* Invited presentation at the Fineson Developmental Center, Hillside Complex, Queens, NY.

Flanagan, D. P., & Alfonso, V. C. (1994, October). *Advances in intellectual assessment: New theories and their operationalization.* Invited address presented at Hofstra University, School Psychology Program, NY.

Flanagan, D. P. (1994, October). *Developing and enhancing test-taking skills.* Invited address presented at St. John's University through the Department of Athletics, Jamaica, NY.

Flanagan, D. P. (1994, June). *The history of intelligence test interpretation: From Wechsler's two-factor model to the Horn-Cattell Gf-Gc theory and Carroll's three-stratum theory of cognitive abilities.* Invited address presented at the Staten Island Regional Office, Staten Island, NY.

Flanagan, D. P., (1994, May). *Uncovering specific abilities on intelligence tests: A comparison of traditional measures and the WJ-R COG.* Paper presented at the New York City Board of Education in conjunction with the Psychologists In Training Program, Queens, NY.

Flanagan, D. P., & Alfonso, V. C. (1994, May). *A critical review of intelligence tests for culturally diverse preschoolers.* Paper presented at the annual convention of the New York State Psychological Association, Bolton Landing, NY.

Flanagan, D. P. (1993, October). *The role of the school psychologist in the intellectual assessment of culturally diverse children.* Presented at the biannual meeting of PSI CHI, St. John's University Chapter.

Flanagan, D. P. (1993, October). Toward a comprehensive test battery that may or may not include traditional measures of intelligence. In Raymond DiGiuseppe (Chair), *A critical appraisal of assessment in school psychology.* Symposium presented at the annual convention of the New York Association of School Psychologists, Melville, NY.

Flanagan, D. P., & Alfonso, V. C. (1993, October). *Psychoeducational assessment of bilingual preschoolers.* Paper presented at the annual convention of the New York Association of School Psychologists, Melville, NY.

Flanagan, D. P. (1993, May). *The relationship between information processing and academic achievement in hearing impaired and at-risk students.* Paper presented at the annual convention of the New York State Psychological Association, New York City, NY.

Flanagan, D. P. (1993, April). *An investigation of childrens' self-perceptions during their first year of co-education.* In Elizabeth Randolph (Chair), The psycho-social effects of a transition from single-sex to coeducational K-12 school. Symposium presented at the annual convention of the American Educational Research Association, Atlanta, GA.

Flanagan, D. P., & Welch, J. A. (1993, April). *An examination of the relationship between cognitive processes and achievement among children with special needs.* Paper presented at the annual convention of the National Association of School Psychologists, Washington, D.C.

Dawn Patricia Flanagan

Flanagan, D. P., Ronning, M. E., Genshaft, J. L., & Perosa, L. (1992, August). *Self-concept among high ability children in a private setting*. Paper presented at the annual convention of the American Psychological Association, Washington, D.C.

Flanagan, D. P., & Andrews, T. (1992, May). *A review of commonly used preschool assessment instruments: Implications for school psychologists*. Paper presented at the spring convention of the Ohio Association of School Psychologists, Cleveland, Ohio.

Flanagan, D. P. (1992, May). *The relationship between planning, attention, simultaneous, and successive cognitive processing and academic achievement: A review*. Paper presented at the spring convention of the Ohio Association of School Psychologists, Cleveland, OH.

Flanagan, D. P., (1992, March). *Planning, attention, simultaneous, and successive (PASS) cognitive processing and academic achievement*. Paper presented at the annual convention of the National Association of School Psychologists, Nashville, TN.

Miranda, A. H., & Flanagan, D. P. (1992, March). *Developing effective skills to work with culturally different parents and their preschoolers*. Paper presented at the annual convention of the National Association of School Psychologists, Nashville, TN.

Miranda, A. H., & Flanagan, D. P. (1992, February). *Preschool parent training models*. Paper presented at the Central Ohio Special Education Regional Resource Center, Columbus, OH.

Flanagan, D. P. (1992, January). *Relating assessment to intervention strategies*. Paper presented at the Central Ohio Special Education Regional Resource Center, Columbus, OH.

Flanagan, D. P. (1991, October). *Characteristics of behavior rating scales: A review*. Paper presented at the annual convention of the Canadian Association of School Psychologists, Toronto, Canada.

Flanagan, D. P. (1991, May). *A comparison of the psychometric properties of twelve commonly used behavior rating scales*. Paper presented at the spring convention of the Ohio Association of School Psychologists, Dayton, OH.

Flanagan, D. P. (1991, March). *A review of commonly used behavior rating scales.* Paper presented at the annual convention of the National Association of School Psychologists, Dallas, TX.

Flanagan, D. P. (1990, April). *Administration, scoring, and interpretation of the Woodcock Johnson - Revised, Tests of Achievement*. Presented at The Hilliard City School District, Hilliard, OH.

## **PROFESSIONAL WORKSHOPS**

Alfonso, V. C., & Flanagan, D. P. (February 2022). *The course on cognitive assessment: Challenges, opportunities, and planning for the future*. Invited presentation at the annual meeting of the Trainers of School Psychologists, Northwestern University, Boston, MA.

Flanagan, D. P. (February 2022). *Evaluation of the strengths and weaknesses of school psychologists' approach to assess and classify students with emotional and behavioral disorders and specific learning disabilities*. Invited full-day workshop, Miami-Dade Public Schools, Miami, FL. Virtual.

Dawn Patricia Flanagan

Flanagan, D. P. (February 2022). *Evaluation of the strengths and weaknesses of school psychologists' approach to assess and classify students with emotional and behavioral disorders and specific learning disabilities*. Invited full-day workshop, Miami-Dade Public Schools, Miami, FL. Virtual.

Flanagan, D. P. (February 2022). *Integrating the PSW method within the continuum of data gathering methods for students who do not respond as expected to RTI/MTSS*. Invited full-day workshop, Miami-Dade Public Schools, Miami, FL. Virtual.

Flanagan, D. P. (January 2022). *Post-pandemic interventions for students with academic deficits following virtual instruction and disruptions in learning.* Presented at the 59th annual convention of the Learning Disabilities Association of America (LDA). New Orleans, LA.

Flanagan, D. P. (July 2021). *Dual-discrepancy/consistency (DD/C) pattern of strengths and weaknesses using X-BASS: Part II.* Invited workshop for school psychologists and educational diagnosticians in HEB independent school district, TX. Virtual.

Flanagan, D. P. (July 2021). *Dual-discrepancy/consistency (DD/C) pattern of strengths and weaknesses using X-BASS: Part I*. Invited workshop for school psychologists and educational diagnosticians in HEB independent school district, TX. Virtual.

Flanagan, D. P. (July 2021). *Advanced training in the DD/C method of SLD identification*. Invited workshop for Region 6 Educational Service Center, Huntsville, TX. Virtual.

Flanagan, D. P. (June 2021). *Advanced training in the DD/C method of SLD identification*. Invited workshop for Region 13 Educational Service Center, Austin, TX. Virtual.

Flanagan, D. P. (December 2019). *The PSW method, the controversy, and how to use WISC-V responsibly in a PSW approach to SLD identification*. Invited workshop presented at the Twenty-First Annual Conference on Contemporary Applications of Psychological Assessment. Boston, MA.

Flanagan, D. P. (October 2019). *The dual discrepancy/consistency method of SLD identification.* Invited workshop presented at the annual meeting of the California Association of School Psychologists. Long Beach, CA.

Flanagan, D. P. (October 2019). *What all school psychologists should know about the PSW method: Model comparisons, benefits beyond ability-achievement discrepancy, and promising new research*. Invited workshop presented at the annual meeting of the California Association of School Psychologists. Long Beach, CA.

Flanagan, D. P. (October 2019). *Current revisions to CHC theory and links to interventions*. Invited workshop presented at the annual meeting of the New Jersey Association of Learning Consultants. Somerset, NJ.

Flanagan, D. P. (August 2019). *CHC theory and SLD identification: The Assessment-intervention connection*. Invited workshop sponsored by Educational Service Center Region 10. Dallas, TX. Dallas, TX.

Flanagan, D. P. (July 2019). *Current revisions to CHC theory and links to intervention*. Invited workshop sponsored by Educational Service Center Region 12. Waco, TX.

Dawn Patricia Flanagan

Flanagan, D. P. (July 2019). *Using theory and research to guide SLD evaluations: A case study*. Invited workshop sponsored by Educational Service Center Region 12. Waco, TX.

Flanagan, D. P. (June 2019). *Using theory and research to guide SLD evaluations: A case study*. Invited workshop sponsored by Educational Service Center Region 4. Houston, TX.

Flanagan, D. P. (April 2019). *SLD identification following the dual discrepancy/consistency method using X-BASS*. Invited pre-conference workshop for the annual School Neuropsychology conference. Long Beach, CA.

Flanagan, D. P. (April 2019). *SLD identification following the dual discrepancy/consistency method using X-BASS*. Invited workshop sponsored by Educational Service Center Region 19. El Paso, TX.

Flanagan, D. P. (January 2019). *Strengths and weaknesses of three options for SLD identification and X-BASS step-by-step*. Invited workshop presented at Waller ISD Special Education Unit. Waller, TX.

Flanagan, D. P. (January 2019). *SLD identification using XBA and the PSW method with emphasis on the assessment-intervention connection*. Invited workshop presented at Fairfield Public Schools, Fairfield, CT.

Flanagan, D. P. (December 2018). *Linking assessment to intervention for students with learning disorders and disabilities*. Invited workshop presented at the San Ramon Unified School District. San Ramon CA.

Flanagan, D. P. (November 2018). *Cross-battery assessment, SLD identification, and the assessment-intervention connection*. Invited workshop presented at the annual meeting of the Department of Education's Professional Development Day. Manhattan, NY.

Flanagan, D. P. (October 2018). *Use of X-BASS in SLD identification: An examination of district case studies*. Invited workshop presented at Waller ISD Special Education Unit. Waller, TX.

Flanagan, D. P. (October 2018). *CHC theory, PSW for SLD Identification, and assessment-intervention connection*. Invited workshop presented at the Rye City School District. Rye, NY.

Flanagan, D. P. (September 2018). *Comprehensive case studies of English learners using the culture-language interpretive matrix (C-LIM)*. Invited workshop presented at Waller ISD Special Education Unit. Waller, TX.

Flanagan, D. P. (September 2018). *WJ IV, SLD identification, use of X-BASS, and the assessment-intervention connection*. Invited workshop presented at regional meeting of school psychologists. Minot, ND.

Flanagan, D. P., & Mascolo, J. T. (July 2018). *Every destination requires a map: How to navigate from RTI to intervention using cognitive assessment as your compass*. Invited pre-convention workshop at the annual meeting of the School Neuropsychology Summer Institute. Grapevine, TX.

Flanagan, D. P. (May 2018). *SLD identification, use of X-BASS, and the assessment-intervention connection*. Invited workshop presented at the Chester County Intermediate Unit. Dowingtown, PA.

Dawn Patricia Flanagan

Flanagan, D. P. (May 2018). *Cross-battery assessment and SLD determination using X-BASS.* Invited workshop presented at Waller ISD Special Education Unit. Waller, TX.

Flanagan, D. P. (April 2018). *SLD identification using X-BASS and the assessment-intervention Connection.* Invited workshop presented at the San Diego Unified School District. San Diego CA.

Flanagan, D. P. (January 2018). *SLD identification using X-BASS and the assessment-intervention Connection.* Invited workshop presented at the San Ramon Unified School District. San Ramon CA.

Flanagan, D. P. (November 2017). *The pattern of strengths and weaknesses (PSW) approach to SLD identification and linking assessment results to intervention.* Invited workshop presented at the annual meeting of the Florida Association of School Psychologists. Daytona Beach, FL.

Flanagan, D. P. (October 2017). *Cross-battery assessment, SLD determination, and the assessment-intervention connection.* Invited workshop presented at Nova Southeastern University's (NSU) Continuing Education (CE) Program. Fort Lauderdale, FL.

Flanagan, D. P. (October 2017). *Cross-battery assessment, SLD determination, and the assessment-intervention connection.* Invited workshop presented at Merced County Office of Education, Merced, CA.

Flanagan, D. P. (September 2017). *Cross-battery assessment and SLD identification using X-BASS.* Invited workshop presented at BOCES. Poughkeepsie, NY.

Flanagan, D. P. (August 2017). *Evaluating cognitive abilities and processes with RTI data in mind.* Invited workshop presented at the Annual Summer Institute for Educational Diagnosticians. Dallas, TX.

Flanagan, D. P. (April 2017). *Use of cross-battery assessment and a PSW approach in the identification of reading disorders and disabilities.* Invited workshop presented at Wappingers Central School District. Wappingers Falls, NY.

Flanagan, D. P. (March 2017). *Clinical use and interpretation of the WISC-V.* Invited workshop presented at the annual School Psychology Conference. Toronto, Canada.

Flanagan, D. P. (March 2017). *Application of X-BASS in practice: Case study presentations.* Workshop presented at Region 6 Educational Service Center. Huntsville, TX.

Flanagan, D. P. (March 2017). *Introduction to the cross-battery assessment software system (X-BASS).* Workshop presented at Region 6 Educational Service Center. Huntsville, TX.

Flanagan, D. P. (March 2017). *Cross-battery assessment, SLD determination, and the assessment-intervention connection.* Invited workshop presented for Los Angeles County Office of Education. Los Angeles, CA.

Flanagan, D. P. (February 2017). *Linking assessment results to educational strategies and interventions – Part I.* Invited workshop presented at the annual meeting of the National Association of School Psychologists, San Antonio, TX.

Dawn Patricia Flanagan

Flanagan, D. P. & Mascolo, J. T. (February 2017). *Linking assessment results to educational strategies and interventions – Part II.* Invited workshop presented at the annual meeting of the National Association of School Psychologists, San Antonio, TX.

Flanagan, D. P. (February 2017). *Introduction to CHC theory: Application to assessment and SLD identification and relevance for intervention planning.* Invited workshop for Special Education Local Plan Area (SELPA). Patterson, CA.

Flanagan, D. P. (January 2017). *Cross-battery assessment, SLD determination, and the assessment-intervention connection.* Invited workshop presented at Cartwright School District. Cartwright, AZ.

Flanagan, D. P. (December 2016). *Introduction to the cross-battery assessment software system (X-BASS).* Invited workshop presented at Wayne Regional Educational Service Agency (RESA). Detroit, MI.

Flanagan, D. P. (December 2016). *Cross-battery assessment, SLD determination, and the assessment-intervention connection.* Invited workshop presented at Wayne Regional Educational Service Agency (RESA). Detroit, MI.

Flanagan, D. P. (November 2016). *Cross-battery assessment, SLD determination, and the assessment-intervention connection.* Invited workshop presented at the annual meeting of the Western Massachusetts Association of School Psychologists. Amherst, MA.

Flanagan, D. P. (November 2016). *Linking assessment results to educational strategies and interventions.* Workshop presented at the annual meeting of the British Columbia Association of School Psychologists. Vancouver, Canada.

Flanagan, D. P. (November 2016). *Use of the WISC-V and WJ IV in cross-battery assessment (XBA) and a pattern of strengths and weaknesses (PSW) approach to SLD identification.* Workshop presented at the annual meeting of the British Columbia Association of School Psychologists. Vancouver, Canada.

Flanagan, D. P. (October 2016). *The pattern of strengths and weaknesses (PSW) approach to SLD identification.* Workshop presented at the annual meeting of the California Association of School Psychologists. San Diego, CA.

Flanagan, D. P. (October 2016). *Linking assessment results to educational strategies and intervention.* Invited workshop for the annual meeting of the Hawaii Association of School Psychologists. Oahu, HI.

Flanagan, D. P. (October 2016). *Introduction to CHC theory: Application to assessment and SLD identification and relevance for intervention planning.* Invited workshop for Region V Council for Special Education. Oradell, NJ.

Flanagan, D. P. (September 2016). *Introduction to CHC theory: Application to assessment and SLD identification and relevance for intervention planning.* Invited workshop for West Chester Area School District, West Chester, PA.

Dawn Patricia Flanagan

Flanagan, D. P. (September 2016). *Clinical use and interpretation of the WISC-V*.  Invited workshop, PEEL District School Board. Toronto, Canada.

Flanagan, D. P. (September 2016). *Introduction to CHC theory: Application to assessment and SLD identification and relevance for intervention planning*.  Invited workshop for Special Education Local Plan Area (SELPA). San Diego, CA.

Flanagan, D. P. (June 2016). *Students referred for suspected SLD, including non-responders in the dyslexia pilot program: Where do we go from here? Understanding assessment, identification methods, and interventions.* Professional development training, Pennsylvania Department of Education. Harrisburg, PA.

Flanagan, D. P. (February 2016).  *Linking assessment results to instructional modifications, accommodations, remedial and compensatory Programs*. Invited continuing education workshop presented at the annual meeting of the National Association of School Psychologists, Orlando, FL.

Flanagan, D. P. (December 2015). *Cross-battery assessment and SLD identification: Comprehensive assessment for diagnosis and intervention*.  Invited workshop at the New Jersey Association of School Psychologists (NJASP).  Monroe, NJ.

Flanagan, D. P. (November 2015). *Cross-battery assessment, the pattern of strengths and weaknesses approach to identification of SLD, and the assessment-intervention connection*. Invited workshop at the North Coastal Consortium for Special Education (NCCSE), San Marcos, CA.

Flanagan, D. P. (November 2015). *Use of the WISC-V in cross-battery assessment and SLD identification*. Invited workshop at Education Service Center, Region 10,  Richardson, TX.

Flanagan, D. P. (October 2015). *Use of the WISC-V in cross-battery assessment and SLD identification*. Invited workshop at Education Service Center, Region 4,  Houston, TX.

Flanagan, D. P. (September 2015). *Use of cross-battery assessment and the PSW model in identification of specific learning disabilities*.  Invited workshop at the Cobb County School District, Atlanta, GA.

Flanagan, D. P. (August 2015). *The pattern of strengths and weaknesses (P SW) approach to SLD identification*.  Presented at Transforming Assessment Practices: An Institute for School Psychologists. Richmond, VA.

Flanagan, D. P. (July 2015). *The role of cross-battery assessment and accompanying software (X-BASS) in evaluation, interpretation, and SLD identification*.  Workshop presented at the annual Intervention Institute, Dallas, TX.

Flanagan, D. P. (June 2015). *Use of cross-battery assessment and the PSW model in identification of specific learning disabilities*.  Invited workshop at Ramsey School District, Ramsey, NJ.

Flanagan, D. P., & Mascolo, J. T. (June 2015).  Assessment and intervention planning for unique learners. Invited workshop presented at the Summer Evaluation Institute, Region IV Educational Service Center, Houston, TX.

Dawn Patricia Flanagan

Flanagan, D. P. (May 2015). *The cross-battery assessment method and software, SLD identification, and linking assessment findings to intervention.* Invited two-day training presented at Region VI Educational Service Center, Huntsville, TX.

Flanagan, D. P. (May 2015). *Use of cross-battery assessment and the PSW model in identification of specific learning disabilities.* Invited workshop at Tom's River School District, Tom's River, NJ.

Flanagan, D. P. & Ortiz, S. O. (May 2015). *Use of the cross-battery assessment software system* (X-BASS). Train the trainers conference presented at Region X Educational Service Center, Dallas, TX.

Flanagan, D. P. (April 2015). *Use of cross-battery assessment and the PSW model in identification of specific learning disabilities.* Invited workshop at Exton School District, Exton, PA.

Flanagan, D. P. (April 2015). *Identification of specific learning disabilities using the pattern of strengths and weaknesses (PSW) approach.* Presented at the New Jersey Learning Disabilities Consultant's conference, Princeton, NJ.

Flanagan, D. P. (March 2015). *The basics of cross-battery assessment and interpretation.* Full-day workshop presented at Region VI Educational Service Center, Huntsville, TX.

Flanagan, D. P. (March 2015). *Advanced cross-battery assessment and interpretation with X-BASS.* Full-day workshop presented at Region VI Educational Service Center, Huntsville, TX.

Flanagan, D. P. (March 2015). *Clinical use and interpretation of the WISC-V.* Full-day workshop presented at the Ramsey School District, Ramsey, NJ.

Flanagan, D. P. (March 2015). *The cross-battery assessment method and software, SLD identification, and linking assessment findings to intervention.* Full-day workshop presented at Convington Independent Public Schools, Convington, KY.

Flanagan, D. P. (December 2014). *Fundamentals of the cross-battery assessment approach: The data management and interpretive assistant (DMIA).* Full-day workshop presented at Region IV Educational Service Center, Houston, TX.

Flanagan, D. P. (December 2014). *Advanced cross-battery assessment: Use of the pattern of strengths and weaknesses analyzer (PSW-A).* Full-day workshop presented at Region IV Educational Service Center, Houston, TX.

Flanagan, D. P. (December 2014). *Identification of specific learning disability using contemporary theory and research.* Presented at the Hanoi National University of Education, Department of Psychology, and sponsored by the Vietnamese Association of Psychologists and the Psychological and Educational Association of Vietnam. Hanoi, Vietnam.

Flanagan, D. P. (December 2014). *Introduction to the Cattell-Horn-Carroll (CHC) theory and the cross-battery assessment approach.* Presented at the Hanoi National University of Education, Department of Psychology, and sponsored by the Vietnamese Association of Psychologists and the Psychological and Educational Association of Vietnam. Hanoi, Vietnam.

Dawn Patricia Flanagan

Flanagan, D. P. (November 2014). *CHC theory, the WISC-IV, and diagnosis and treatment of SLD.* Full-day workshop presented at the International Institute for Educational Therapy (IIET), Meisei University, Tokyo, Japan.

Flanagan, D. P. (November 2014). *Advanced cross-battery assessment, SLD identification, and the assessment-intervention connection.* Full-day workshop presented at the Indiana Association of School Psychologists, Indianapolis, IN.

Flanagan, D. P. (October 2014). *Educational strategies and interventions for students with learning difficulties: Practical recommendations for learning disability consultants.* Full-day workshop presented at the New Jersey Association of Learning Consultants, Princeton, NJ.

Flanagan, D. P. (September 2014). *Advanced cross-battery assessment, SLD identification, and the assessment-intervention connection.* Full-day workshop presented at Region XVI Educational Service Center, Amarillo, TX.

Flanagan, D. P. (September 2014). *Advanced cross-battery assessment, SLD identification, and the assessment-intervention connection.* Full-day workshop presented at Region IV Educational Service Center, Baytown, TX.

Flanagan, D. P. (August 2014). *CHC theory, cross-battery assessment, and SLD identification.* Workshop presented at the annual meeting of the Michigan Association of School Psychologists. Detroit, MI.

Flanagan, D. P. (August 2014). *Identification of specific learning disabilities using an alternative researched based approach and the pattern of strengths and weaknesses analyzer software.* Full-day workshop presented at Bedford County Public Schools, Bedford, VA.

Flanagan, D. P. (August 2014). *Linking results from cross-battery assessment to evidence-based interventions.* Full-day workshop presented at Bedford County Public Schools, Bedford, VA.

Flanagan, D. P. (May 2014). *The cross-battery approach and SLD identification: Assessment and intervention.* Full-day workshop presented at the Kansas Association of School Psychologists, Emporia, KS.

Flanagan, D. P. (April 2014). *Fundamentals of the cross-battery assessment approach: The data management and interpretive assistant (DMIA).* Full-day workshop presented at Region IV Educational Service Center, Cleburne, TX.

Flanagan, D. P. (April 2014). *Advanced cross-battery assessment: Use of the pattern of strengths and weaknesses analyzer (PSW-A).* Full-day workshop presented at Region IV Educational Service Center, Cleburne, TX.

Flanagan, D. P. (March 2014). *CHC theory, the WISC-IV, and diagnosis and treatment of SLD.* Invited full-day workshop for visiting Japanese teachers and scholars of the International Institute for Educational Therapy. Queens, NY.

Flanagan, D. P. (January 2014). *The XBA PSW-A v1.0 and DMIA v2.0 advanced.* Invited full-day workshop presented at Region 10 Educational Service Center. Dallas, TX.

Dawn Patricia Flanagan

Flanagan, D. P. (November 2013). *The XBA data management and interpretive assistant v2.0: Use and interpretation*. Invited full-day workshop presented at Region 1 Educational Service Center. Mesquite, TX.

Flanagan, D. P. (November 2013). *The XBA pattern of strengths and weaknesses analyzer v1.0: Use and interpretation*. Invited full-day workshop presented at Region 1 Educational Service Center. Mesquite, TX.

Flanagan, D. P. (September 2013). *New developments in CHC theory, cross-battery assessment for intervention and identification of SLD*. Invited full-day workshop presented at Region 1 Educational Service Center. Loredo, TX.

Flanagan, D. P. (July 2013). *New developments in CHC theory, cross-battery assessment for intervention and identification of SLD*. Invited full-day workshop presented at Region 9 Educational Service Center. Wichita Falls, TX.

Flanagan, D. P. (July 2013). *New developments in CHC theory, cross-battery assessment for intervention and identification of SLD*. Invited full-day workshop presented at Region 4 Educational Service Center. Pasadena, TX.

Flanagan, D. P. (June 2013). *Differential diagnosis of SLD and the pattern of strengths and weaknesses approach*. Invited full-day workshop of the Arkansas Association of Educational Administrators. Eureka Springs, AR.

Flanagan, D. P. (June 2013). *New developments in CHC theory, cross-battery assessment for intervention and identification of SLD*. Invited full-day workshop presented at Region 13 Educational Service Center. Austin, TX.

Flanagan, D. P. (June 2013). *Best practices in LD assessment: A process that begins with RTI and that may culminate in the use of norm-references tests for redirecting intervention*. Invited full-day workshop presented at Region 7 Educational Service Center. Tyler, TX.

Flanagan, D. P. (May 2013). *New developments in CHC theory, cross-battery assessment for intervention and identification of SLD*. Invited full-day workshop presented at Region 10 Educational Service Center. Dallas, TX.

Flanagan, D. P. (May 2013). *New developments in CHC theory, cross-battery assessment for intervention and identification of SLD*. Invited full-day workshop presented at Region 10 Educational Service Center. Richardson, TX.

Flanagan, D. P. (April 2013). *Cross-battery assessment for intervention in referrals of suspected SLD: Important cognitive-achievement relationships and software to aid in interpretation and diagnosis (PART I)*. Invited full-day workshop at the West Virginia Association of School Psychologists. Charleston, WV.

Flanagan, D. P. (April 2013). *Cross-battery assessment for intervention in referrals of suspected SLD: Important cognitive-achievement relationships and software to aid in interpretation and diagnosis (PART II)*. Invited full-day workshop at the West Virginia Association of School Psychologists. Charleston, WV.

Dawn Patricia Flanagan

Flanagan, D. P. (April 2013).  *Linking cognitive assessment results to evidence-based interventions for students with learning difficulties*.  Invited workshop, Wayne County Regional Educaitonal Service Agency (RESEA).  Wayne, MI.

Flanagan, D. P. (April 2013).  *New developments in cross-battery assessment and related software*.  Invited workshop, Wayne County Regional Educaitonal Service Agency (RESEA).  Wayne, MI.

Flanagan, D. P. (April 2013).  *New developments in CHC theory, cross-battery assessment for intervention, and identification of SLD*.  Invited full-day workshop, New Hampshire Association of School Psychologists, Manchester, NH.

Flanagan, D. P. (March 2013).  *Importance of cognitive abilities and processes for learning and achievement*.  Invited full-day workshop for special educators and reading specialists, Merrick Public Schools, Merrick, NY.

Flanagan, D. P. (March 2013).  *New developments in CHC theory, cross-battery assessment for intervention, and identification of SLD*.  Invited full-day workshop, Icelandic Association of Psychologists in Schools, Reykjavik, Iceland.

Flanagan, D. P. (February 2013).  *New developments in CHC theory, SLD identification, and cross-battery assessment*.  Invited full-day workshop, Houston Independent School District, Houston, TX.

Flanagan, D. P. & Ortiz, S. O. (February 2013).  *Advanced training in the cross-battery assessment approach and cross-battery software for statewide use*.  Invited "Train the Trainers" full-day workshop for professional Development staff in the 20 regions of Texas, Houston, TX.

Flanagan, D. P. (December 2012).  *New developments in CHC theory, SLD identification, and cross-battery assessment*.  Invited full-day workshop, Merrick Public Schools, Merrick, NY.

Flanagan, D. P. (October 2012).  *Research-based approaches to specific learning disability identification: Part I*.  Invited full-day workshop, Arkansas School Psychology Association, Arkadelphia, AR.

Flanagan, D. P. (October 2012).  *Interventions for specific learning disabilities: Part II*.  Invited full-day workshop, Arkansas School Psychology Association, Arkadelphia, AR.

Feifer, S. G., Flanagan, D. P., & McCloskey, G. (September 2012).  *Literacy and the brain: A neuropsychological framework for assessment and intervention*.  Invited speaker, full-day symposium sponsored by Pearson Assessments, Baltimore, MD.

Flanagan, D. P. (August 2012).  *The cross-battery assessment - evidence-based intervention connection*.  Invited full-day workshop, Virginia Stated Operated Program's Conference "Moving Forward Together," Roanoke, VI.

Flanagan, D. P. (July 2012).  *CHC-based cross-battery assessment and specific learning disability identification*.  Invited full-day workshop, Minnesota Department of Education, Minneapolis, MN.

Flanagan, D. P. (June 2012).  *New directions in CHC theory, the cross-battery assessment approach, and identification of specific learning disabilities*.  Invited full-day workshop, Region 19, El Paso, TX.

Dawn Patricia Flanagan

Flanagan, D. P. (April 2012). *Research-based approaches to specific learning disability identification: Part I.* Invited full-day workshop, Manitoba Association of School Psychologists. Manitoba, Canada.

Flanagan, D. P. (April 2012). *Research-based approaches to specific learning disability identification: Part II.* Invited full-day workshop, Manitoba Association of School Psychologists. Manitoba, Canada.

Flanagan, D. P. (March 2012). *Identifying and linking cognitive strengths and weaknesses in CHC domains to educational strategies and academic interventions.* Invited full-day workshop for school psychologists. Columbia, SC.

Flanagan, D. P. (March 2012). *The assessment-intervention connection for students with learning disabilities.* Invited full-day workshop at the Wayne County Regional Educational Service Agency. Wayne, MI.

Flanagan, D. P. (February 2012). *SLD and other learning difficulties: Linking assessment to educational strategies and interventions.* Full-day workshop at the annual meeting of the National Association of School Psychologists. Philadelphia, PA.

Flanagan, D. P. (January 2012). *Evidence-based interventions for students with learning difficulties.* Invited full-day workshop presented to school psychologists, Plainview-Old Bethpage Central School District. Plainview, NY.

Flanagan, D. P. (December 2011). *Linking cognitive strengths and weaknesses in CHC domains to educational strategies and academic interventions.* Invited presentation at the annual meeting of the New Jersey Association of School Psychologists. Jamesburg, NJ.

Flanagan, D. P. (November 2011). *Cross-Battery Assessment and its role in identifying specific learning disabilities.* Invited full-day workshop presented at the Annual Conference of the Saskatchewan Educational Psychology Association. Saskatoon, Canada.

Flanagan, D. P. (November 2011). *Cross-battery assessment for identification of students with SLD.* Invited full-day workshop for school psychologists in Malverne Union Free School District. Malverne, NY.

Flanagan, D. P. (November 2011). *Identifying targets for remediation, compensation, and accommodation for students with SLD, with a focus on memory and executive functioning.* Invited full-day workshop presented at the Annual Conference of the Saskatchewan Educational Psychology Association. Saskatoon, Canada.

Flanagan, D. P. (September 2011). *Cognitive assessment for SLD identification: A third method approach.* Invited full-day workshop for regional professionals, psychologists and representatives of the Virginia Department of Education. Charlottesville, VA.

Flanagan, D. P. (October 2011). *A multi-source, multi-method approach to SLD identification in the era of RTI.* Invited full-day workshop at the annual meeting of the New York Association of School Psychologists. Rome, NY.

Dawn Patricia Flanagan

Flanagan, D. P. (September 2011). *Cross-battery assessment for students with learning difficulties*. Invited full-day workshop presented to school psychologists, Plainview-Old Bethpage Central School District. Plainview, NY.

Flanagan, D. P. (August 2011). *Using Current Research to Guide the Practice of Identifying Students with Learning Disabilities: A Review of Different Models and Recommendations for Best Practices*. Presented to School Psychologists in the Washington D.C. Public Schools, Washington D.C., VA.

Flanagan, D. P. (June 2011). *Specific Learning Disability Identification.* Presented at the Education Service Center, Region 4, Houston, TX.

Flanagan, D.P. (June 2011). *Identification and treatment of students with SLD*. Invited full-day workshop for school psychologists, District of Columbia Public Schools. Washington, DC.

Flanagan, D. P. (May 2011). *Cross-Battery Assessment Basics for Comprehensive Assessment*. Presented to school psychologists in Merrick School District, Merrick, NY.

Flanagan, D. P. (May 2011). *When Tier II Interventions Fail: Targeted Diagnostic Assessment for Intervention*. Presented to school psychologists in Miami-Dade Public School District, Miami, FL.

Flanagan, D. P. & Mascolo, J. T. (May 2011). *Assessing, Understanding, and Intervening with Cognitive and Academic Deficits*. Presented to school psychologists in Miami-Dade Public School District, Miami, FL.

Flanagan, D. P. (April 2011). *Advanced Training on the CHC Cross-Battery Assessment Approac*h. Presented at the conference of Nova Scotia School Psychologists, Prince Edward Island, Canada.

Flanagan, D. P. (March 2011). *Essentials of SLD Identification*. Workshop presented at the Washtenaw Intermediate School District, Ann Arbor, MI.

Flanagan, D. P. (February 2011). *Assessment for Intervention: The CHC Cross-Battery Approach and SLD Identification*. Workshop presented at the Psychological Service Center, Alexandria Public Schools, Alexandria, VA.

Flanagan, D. P. (February 2011). *Essentials of SLD Identification with Case Presentations*. Full-day workshop presented at the Annual meeting of the National Association of School Psychologists, San Francisco, CA.

Flanagan, D. P. (December 2010). How to Link Interventions to a Student's Pattern of Cognitive and Academic Strengths and Weaknesses. Presented at the Greenville School District, Greenville, SC.

Flanagan, D. P. (December 2010). *A Comprehensive DAS-II Case Study: Differential Diagnosis and Intervention Planning*. Presented at the Greenville School District, Greenville, SC.

Flanagan, D. P. (November 2010). Comprehensive *Assessment for Intervention: A Multi-Method, Multi-Source Approach to SLD Identification and Treatment*. Presented at the Education Service Center, Region 10, Richardson, TX.

Dawn Patricia Flanagan

Flanagan, D. P. (November 2010). *Comprehensive Assessment for Intervention: A Multi-Method, Multi-Source Approach to SLD Identification and Treatment*. Presented at Syosset District Schools, Syosset, NY.

Flanagan, D. P. (October 2010). *Use of Cross-Battery Assessment in Identification of Specific Learning Disabilities*. Presented at the Westchester County Association of School Psychologists, Westchester, NY.

Flanagan, D. P. (October 2010). *Improving Practice through the Use of CHC Theory and Research: A "Third Method" Approach to SLD Identification*. Presented at the Missouri Association of School Psychologists, University of Missouri, St. Louis, Millennium Student Center, St. Louis, MO.

Flanagan, D. P. (October 2010). *The Importance of Cognitive Abilities and Processes in Crafting Reading and Writing Interventions*. Presented at the International Dyslexia Association, The Phoenix Convention Center, Hyatt Regency, Phoenix, AZ.

Flanagan, D. P. (October 2010). *RTI and Cognitive Assessment for SLD Identification: A Third Method Approach*. Presented at the Washington Elementary School District, Phoenix, AZ.

Flanagan, D. P. (July 2010). *Diagnostic Assessment for Intervention*. Two-day training presented at the Tri-County Meeting of School Psychologists, Miami, FL.

Flanagan, D. P. (July 2010). *Integrating Cognitive Assessment in School Neuropsychological Evaluations*. Invited **Keynote** Address at the 3rd annual School Neuropsycholgy Summer Institute. Grapevine, TX.

Flanagan, D. P. (June 2010). *Cross-Battery Assessment for Intervention: Linking Assessment Data to Strategies and Interventions for Individuals with Focus on Transition to Postsecondary Education*. Invited workshop presented at the Ontario meeting of psychologists, Toronto, Canada.

Flanagan, D. P. (June 2010). *Cross-battery Assessment for Intervention: An Update on the Research that Guides SLD Identification and Case Examples*. Invited workshop presented at Region 6, Education Service Center, Huntsville, TX.

Flanagan, D. P. (May 2010). *Cross-battery Assessment and SLD Identification*. Invited workshop at the Regional Meeting of School Psychologists, Seattle, WA.

Flanagan, D. P. (May 2010). *Cognitive Assessment is Important for SLD Identification and Treatment*. Invited workshop at the Maryland Association of School Psychologists. Baltimore, MD.

Flanagan, D. P. (April 2010). *Linking Assessment Data to Intervention*. Invited workshop at the Tri-County Meeting of School Psychologists, Miami, FL.

Flanagan, D. P. (March 2010). *Comprehensive Assessment for SLD Identification and Treatment*. Workshop presented at the National Association of School Psychologists, Chicago, IL.

Flanagan, D. P. (February 2010). *The Role of Cross-Battery Assessment in Pinpointing Cognitive Strengths and Weaknesses for Consideration is SLD Identification and Treatment*. Invited workshop presented to Greenville School District Psychologists, Greenville, SC.

Dawn Patricia Flanagan

Flanagan, D. P. (December 2009). *An Hypothesis Testing XBA Approach: Patterns of CHC Cognitive Strengths and Weaknesses for the Identification of SLD*. Presented at the Washington Elementary School District, Phoenix, AZ.

Flanagan, D. P. (November 2009). *RTI, Cross-Battery Assessment of Cognitive Constructs, and SLD Identification: A Continuum of Data Gathering Methods*. Invited workshop presented at Region 12, Education Service Center, Waco, TX.

Flanagan, D. P. (November 2009). *Cross-Battery Assessment and SLD Identification: Linking Assessment Results to Evidence-based Interventions*. Invited workshop presented at the British Columbia Association of School Psychologists (BCASP). Vancouver, B.C. Canada.

Flanagan, D. P. (October 2009). *Assessment, Diagnosis, and Intervention of Specific Math Disabilities*. Invited workshop at the annual meeting of Psychologists in Schools Association (PISA). Halifax, Nova Scotia.

Flanagan, D. P. (October 2009). *Linking Comprehensive Assessment Results to Tailored Interventions for Students who Fail to RTI at Tier II*. Invited presentation of the annual meeting of the Idaho School Psychology Association, Sun Valley, ID.

Flanagan, D. P. (September 2009). *Comprehensive Evaluation of Suspected SLD for Tier II Nonresponders*. Invited workshop of the Michigan Association of School Psychologists, Detroit, MI.

Flanagan, D. P. (June 2009). *Advanced Training in XBA: Programs and Case Studies*. Invited workshop presented at Region 16, Education Service Center, Amarillo, TX.

Flanagan, D. P. (May 2009). *RTI, Cross-Battery Assessment and SLD Identification*. Invited workshop presented at Region 19, Education Service Center, El Paso, TX.

Flanagan, D. P. (December 2008). *RTI, Cross-Battery Assessment, and SLD Identification*. Invited workshop presented at Region 13, Education Service Center, Austin, TX.

Flanagan, D. P. (October 2008). *Identifying Patterns of Strengths and Weaknesses for SLD Identification and Treatment*. Invited workshop presented at Region 13, Education Service Center, Austin, TX.

Flanagan, D. P. (October 2008). *RTI, Cross-Battery Assessment, and SLD Identification: Part I (October 23)*. Invited workshop presented at the Saskatchewan Association of School Psychologists, Regina, Canada.

Flanagan, D. P. (October 2008). *Linking Assessment to Intervention: Part II (October 24)*. Invited workshop presented at Saskatchewan Association of School Psychologists, Regina, Canada.

Flanagan, D. P. (October 2008). *RTI, Cross-Battery Assessment, and SLD Identification*. Invited workshop presented at Region 13, Education Service Center, Austin, TX.

Flanagan, D. P. (October 2008). *RTI, Cross-Battery Assessment, and SLD Identification*. Invited workshop presented at Region 14, Education Service Center, Abilene, TX.

Flanagan, D. P. (July 2008). *RTI, Cross-Battery Assessment, and SLD Identification*. Invited workshop for Educational Diagnosticians, Grapevine, TX.

Dawn Patricia Flanagan

Flanagan, D. P. (July 2008). *RTI, Cross-Battery Assessment, and SLD Identification*. Invited workshop presented at the Summer Institute, New York Association of School Psychologists, Rochester, NY.

Flanagan, D. P. (June 2008). *RTI, Cross-Battery Assessment, and SLD Identification*. Invited workshop presented at Region 4, Education Service Center, Houston, TX.

Flanagan, D. P. (June 2008). *A Step-by-Step Approach to Cross-Battery Assessment and SLD Determination*. Invited workshop presented at Region 6, Education Service Center, Huntsville, TX.

Flanagan, D. P. (May 2008). *Use of Cross-Battery Assessment Techniques in Diagnosing Learning Disabilities in Children and Adults*. Invited workshop presented in Ontario, Canada.

Flanagan, D. P. (May 2008). *Integrating RTI and Comprehensive Evaluation in the Process of SLD Identification in the Schools*. Invited workshop to be presented at Region 16, Education Service Center, Amarillo, TX.

Flanagan, D. P. (May 2008). *Advanced Training on Cross-Battery Assessment and Use of the XBA Data Management and Interpretive Assistant*. Invited workshop to be presented at Region 20, Education Service Center, San Antonio, TX.

Flanagan, D. P. (May 2008). *Advanced Training on Cross-Battery Assessment and Use of the SLD Assistant and Culture-Language Interpretive Matrix*. Invited workshop to be presented at Region 20, Education Service Center, San Antonio, TX.

Flanagan, D. P. (April 2008). *Advanced Training on Cross-Battery Assessment and Use of the XBA Data Management and Interpretive Assistant*. Invited workshop presented at Region 13, Education Service Center, Austin, TX.

Flanagan, D. P. (March 2008). *Advanced Training on Cross-Battery Assessment and Use of the XBA Data Management and Interpretive Assistant*. Invited workshop presented at Region 20, Education Service Center, San Antonio, TX.

Flanagan, D. P. (March 2008). *Advanced Training on Cross-Battery Assessment and Use of the SLD Assistant and Culture-Language Interpretive Matrix*. Invited workshop presented at Region 20, Education Service Center, San Antonio, TX.

Flanagan, D. P. (January 2008). *RTI and Comprehensive Evaluation in SLD Identification*. Invited workshop presented at Region 4, Education Service Center, Houston, TX.

Flanagan, D. P. (January 2008). *RTI and Comprehensive Evaluation in SLD Identification*. Invited workshop presented at Region 13, Education Service Center, Austin, TX.

Flanagan, D. P. (November 2007). *Use of Cross-Battery Assessment Within and RTI Service Delivery Model for SLD Identification*. Invited workshop presented at the Florida Association of School Psychologists, Daytona, FL.

Flanagan, D. P. (November 2007). *Cross-Battery Assessment and Use of XBA Data Management and Interpretive Assistant*. Invited workshop for school psychologists, Washington School District, Phoenix, AZ.

43
**A479**

Flanagan, D. P. (October 2007). *Cross-Battery Assessment and SLD Identification*. Invited workshop presented at Region 5, Education Service Center, Beaumont, TX.

Flanagan, D. P. (October 2007). *Cross-Battery Assessment and SLD Identification*. Invited workshop presented at Region 13, Education Service Center, Austin, TX.

Flanagan, D. P. (September 2007). *Helping Educational Diagnostician Understand IDEA 2004 SLD Definition and the 2006 Regulations*. Invited workshop presented at Region 11, Education Service Center, Fort Worth, TX.

Flanagan, D. P. (September 2007). *Response to Intervention and SLD Determination*. Invited workshop presented at Region 10, Education Service Center, Dallas, TX.

Flanagan, D. P. (August 2007). *Use of the KABC-II in Cross-Battery Assessment and SLD Identification*. Invited workshop presented at the California Association of School Psychologists, San Diego, CA.

Flanagan, D. P. (August 2007). *Cross-Battery Assessment and SLD Determination*. Invited workshop presented at Region 17, Educational Service Center, Lubbock, TX.

Flanagan, D. P. (June 2007). *Implementing Cross-Battery Assessment and the SLD Operational Definition within a Three-tier RtI Model*. In-service training, annual summer institute, Dade County, Miami, FL.

Flanagan, D. P. (May 2007). *Cross-Battery Assessment and SLD Identification*. In-service training for school psychologists, diagnosticians, and speech therapists in Pasadena, TX.

Flanagan, D. P. (May 2007). *Integration of RTI and Cognitive Assessment: An Operational Definition of SLD*. In-service training for school psychologists in West Chester County, West Chester, PA.

Flanagan, D. P. (May 2007). *Use of KABC-II in Nondiscriminatory Assessment and Evaluation of SLD*. Presented at the annual Spring meeting of the Ohio Association of School Psychologists, Cleveland, OH.

Flanagan, D. P. (May 2007). *Best Practices in Linking RTI and Cognitive Assessment: Toward an Operational Definition of SLD*. Presented at the annual Spring meeting of the Ohio Association of School Psychologists, Cleveland, OH.

Flanagan, D. P. (March 2007). *Nondiscriminatory Assessment, SLD Evaluation, and IDEA*. Presented at the annual meeting of the California Association of School Psychologists, Los Angeles, CA.

Flanagan, D. P. (January 2007). *Identification of Below Average Aptitude-Achievement Consistencies as a Diagnostic Criterion for SLD*. Invited professional development workshop presented through the Educational Service Center, Region 20, San Antonio, TX.

Flanagan, D. P. (January 2007). *Identification of SLD in Referred and CLD Students Using Automated Data Management and Interpretive Assistant Programs*. Invited professional development workshop LLSPs and Diagnosticians, Victoria School District, Victoria, TX.

Flanagan, D. P. (December 2006). *What's New in Cognitive Assessment: Cross-Battery Methods with a New Generation of Batteries*. Invited professional development workshop presented at the East

Texas Educational Diagnosticians' Association meeting; Educational Service Center, Region VII, Tyler, TX.

Flanagan, D. P. (November 2006). RIT and Intelligent Testing within the Context of a Modern Operational Definition of SLD. Invited professional development workshop for school psychologists of the Chester County Intermediate Unit, West Chester, PA.

Flanagan, D. P. (October 2006). *An Operational Definition of SLD and New Methods of Cross-Battery Assessment and Interpretation*. Invited workshop presented through the Florida Association of School Psychologists, Orlando, FL.

Flanagan, D. P. (October 2006). *An Operational Definition of SLD that Begins with RTI and that May Culminate in the Use of Standardized Cognitive Measures Depending on Student Outcome*. Invited workshop presented through the Oregon Association of School Psychologists, Portland/Timberline, OR.

Flanagan, D. P. (September 2006). *An Operational Definition of SLD: Implementation within the context of IDEIA*. Invited workshop, San Diego Public Schools, San Diego, CA.

Flanagan, D. P. (August 2006). *Essentials of Cross-Battery Assessment in SLD Identification*. Invited workshop for school psychologists in Loudon Country, VA.

Flanagan, D. P. (August 2006). *Nuts and Bolts of CHC Cross-Battery Assessment in SLD Identificatio*n. Invited workshop LLSPs and Diagnosticians, Victoria School District, Victoria, TX.

Flanagan, D. P. (August 2006). *Integration of RTI and Cognitive Assessment in response to the Reauthorization of IDEA*. Invited workshop LLSPs and Diagnosticians, Victoria School District, Victoria, TX.

Flanagan, D. P. & Ortiz, S. O. (2006, May). *Best Practices in LD and Nondiscriminatory Assessment*. Invited workshop, sponsored by Pearson Assessments, for school psychologists in Los Angeles, CA.

Flanagan, D. P. (2006, April). *The Role of Current Intelligence Tests in LD Identification*. Invited workshop presented through the Arizona Association of School Psychologists. Scottsdale, AZ.

Flanagan, D. P. (2006, April). *Cross-Battery Assessment, LD Differential Diagnosis, RTI and the KABC-II*. Invited workshop, sponsored by Pearson Assessments, for school psychologists in Seminole County, Orlando, FL.

Flanagan, D. P. & Ortiz, S. O. (2006, March). *Use of the KABC-II and Other Cognitive Ability Tests in LD and Nondiscriminatory Assessment*. Workshop presented at the annual meeting of the National Association of School Psychologists. Anaheim, CA.

Flanagan, D. P. (2006, February). *Use of the KABC-II in Nondiscriminatory Assessment*. Invited workshop presented at for school psychologists through American Guidance Services. Washington, D.C.

Flanagan, D. P. (2005, December). *Use of Cross-Battery Assessment, RTI, and Other New Measures and Approaches to Identify Children with Learning Disabilities*. Invited workshop for school

Dawn Patricia Flanagan

psychologists in Northern Ohio; sponsored by the Northern Ohio Special Education Regional Resource Center, Vermillion, OH.

Flanagan, D. P. (2005, November).  *Use of Cross-Battery Assessment in LD Diagnosis Following IDEA 2004*.  Invited workshop presented at the Illinois Association of School Psychologists, Springfield, IL.

Flanagan, D. P. (2005, September).  *Cross-Battery Assessment and LD Identification*.  Invited workshop for psychologists and diagnosticians, Peels District, Toronto, Canada.

Alfonso, V. C., Flanagan, D. P., Ortiz, S. O., & Mascolo, J. T. (2005, May).  *Best Practices in LD and Nondiscriminatory Assessment: Use of the KABC-II and Other Current Cognitive and Academic Ability Tests with Culturally and Linguistically Diverse Students*.  Invited workshop presented at Fordham University and sponsored by American Guidance Services, New York City, NY.

Kaufman, A.S., Fletcher, E., & Flanagan, D. P. (2005, March).  *Professional Training on the KABC-II and KTEA-II*.  Workshop presented at the National Association of School Psychologists, Atlanta, GA.

Flanagan, D. P. (2005, February).  *Utility of the KABC-II and KTEA-II in LD Evaluation*.  Invited workshop presented at the New Jersey City University and sponsored by American Guidance Services, Jersey City, NJ.

Flanagan, D. P. (2005, February). *The Kaufman Assessment Battery for Children – Second Edition*.  Invited workshop through Suffolk Country Association of School Psychologists and New York Association of School Psychologists, Oakdale, NY.

Flanagan, D. P. (2005, January).  *Cross-Battery Assessment and LD Evaluation in the Post Ability-Achievement Discrepancy Era*.  Invited workshop presented at the Texas state-wide conference in Region 12, Corpus Christi, TX.

Flanagan, D. P. (2004, December). *Using the KABC-II in Cross-Battery Assessment and in LD Evaluation*.  Invited workshop presented at the New Jersey Association of School Psychologists, East Windosor, NJ.

Flanagan, D. P. (2004, November).  *Use of Cross-Battery Assessment within the Context of a New Generation of Intelligence Tests*.  Invited workshop presented at West Babolyn School District, West Babolyn, NY.

Flanagan, D. P. (2004, October).  *The Role of IQ Tests in LD Evaluation: Ability-Achievement Consistency Analysis within the Context of a Modern Operational Definition of LD*.  Invited presentation at the Fourth Spearman Conference Acknowledging a Century of Psychometric Research, "Diagnostics in Education: Theory, Measurement, and Application" (Sponsored by ETS), Philadelphia, PA.

Flanagan, D.P. (2004, October). *Professional Training on the KABC-II and its Role in LD Evaluation*.  Workshop presented at the New York Association of School Psychologists, Buffalo, NY.

Kaufman, A.S., & Flanagan, D. P. (2004, October).  *Professional Advanced Training Seminar on the KABC-II and KTEA-II*.  Workshop presented at the Massachusettes Association of School Psychologists, Woburn, MA.

Kaufman, A.S., Kaufman, N.L., Lichtenberger, E. O., & Flanagan, D. P. (2004, October).  *Professional Training on the KABC-II and KTEA-II*.  Workshop sponsored by American Guidance Services, White Plains, NY.

Dawn Patricia Flanagan

Flanagan, D. P. (2004, September). *Cross-Battery Assessment Revisited: Application of WJ III, WISC-IV, SB5, and KABC-II*. Invited workshop presented at the Washington School District in Phoenix, AZ.

Flanagan, D. P. (2004, June). *Reauthorization of IDEA and its Impact on the Evaluation of LD*. Invited workshop presented at Region 9, Wichita Falls, TX.

Flanagan, D. P. (2004, May). *Use of the KABC-II in CB and LD Assessment*. Invited workshop sponsored by American Guidance Services and conducted in Rochester, NY.

Flanagan, D. P. (2004, May). *Use of the KABC-II in CB and LD Assessment*. Invited workshop sponsored by American Guidance Services and conducted in Buffalo, NY.

Flanagan, D.P. (2004, March). *Using CHC Cross-Battery Assessment to Address LD Referrals*. Workshop presented at the annual convention of the Indiana Association of School Psychologists, IN.

Flanagan, D.P. (2004, March). *Using the WISC-IV and CHC Cross-Battery Methods for LD Referrals.* Mini-skills workshop presented at the annual convention of the National Association of School Psychologists, Dallas, TX.

Flanagan, D.P. & Ortiz, S.O. (2004, April). *CHC Cross-Battery and Learning Disability Assessment: Theoretical and Research-Based Approaches for the Post "Severe Discrepancy" Age*. Mini-skills workshop presented at the annual convention of the National Association of School Psychologists, Dallas, TX.

Caltabiano, L., Flanagan, D., & Mascolo, J. (2003, April). *Using the WJ III to Identify Individuals With Learning Disabilities*. Mini-skills workshop presented at the annual convention of the National Association of School Psychologists, Toronto, Canada.

Flanagan, D. P. (2002, September). *CHC Theory, New Methods of Assessment, and Learning Disability Evaluation.* Invited presentation at Board of Education, Special Task Force of Learning Disability, in Raleigh/Durham, NC.

Flanagan, D. P. (2002, August). *An Introduction to the Cross-Battery Approach: Implications for Learning Disability Evaluation.* Invited presentation at Jericho school district, Jericho, NY.

Flanagan, D. P. (2002, February). *Improving Diagnosis of Learning Disability Through New Assessment Methods.* Invited workshop to be presented at Henrico County Public Schools' annual staff development conference, Richmond, VA.

Flanagan, D. P. (2001, November). *Implementation of an Operational Definition of LD*. Invited workshop presented at the Washington School District, Phoenix, AZ.

Flanagan, D. P. (2001, September). *Improving Diagnosis of Learning Disability Through Cross-Battery Methods, Current Theory, and Research*. Invited workshop presented at Macomb/St. Claire Conference for School Psychologists, Detroit, MI.

Flanagan, D. P. (2001, September). *Improving Diagnosis of Learning Disability Through New Assessment Methods and Current Theory and Research*. Invited workshop presented at Region 17, Education Service Center, Lubbock, TX.

Dawn Patricia Flanagan

Flanagan, D. P. (2001, June). *Application of Cross-Battery Methods within the Context of an Operational Definition of LD*. Invited workshop presented at the Summer Institute on Assessment. Abeliene, TX.

Flanagan, D. P. (2001, May). *An Operational Definition of Learning Disability: Application of Cross-Battery Assessment and the WJ III.* Invited workshop CA State Department of Education Grant Program, Sacramento, CA.

Flanagan, D. P., & Gerner, M. (2001, April). *Improving Diagnosis of Learning Disability Through Application of New Assessment Methods and Current Theory and Research.* Workshop presented at the annual convention of the annual convention of the National Association of School Psychologists, Washington, D.C.

Floyd, R. G., & Flanagan, D. P. (2001, April). *Introduction to the CHC Cross-Battery Approach: Implications for Assessment and Interpretation.* Workshop presented at the annual convention of the National Association of School Psychologists, Washington, D.C.

Flanagan, D. P. (2001, March). *Part I: Improving diagnosis of learning disability through application of cross-battery assessment methods: Special considerations for culturally and linguistically diverse populations.* Workshop presented at the annual convention of the California Association of School Psychologists: Costa Mesa, CA.

Flanagan, D. P. (2001, March). *Part II: Improving diagnosis of learning disability through application of cross-battery assessment methods: Special considerations for culturally and linguistically diverse populations.* Workshop presented at the annual convention of the California Association of School Psychologists: Costa Mesa, CA.

Flanagan, D. P. (2001, January). *Improving the validity of cognitive assessment through CHC Cross-Battery Assessment.* Invited workshop presented at the annual meeting of the Texas Association of School Psychologists, Austin, TX.

Flanagan, D. P., & Gerner, M. (2000, March). *A conceptual framework for interpreting intracognitive and ability-achievement discrepancies in the assessment and identification of learning disabilities.* Workshop presented at the annual convention of the National Association of School Psychologists, New Orleans, LA.

Flanagan, D. P. (2000, March*). The future of cognitive assessment.* Invited panel presentation at the annual meeting of the California Association of School Psychologists. Monterey, CA.

Flanagan, D. P. (2000, March). *Nuts and bolts of cross-battery assessment*. Workshop presented at the California Association of School Psychologists. Monterey, CA.

Flanagan, D. P. (1999, November). *Gf-Gc cross-battery assessment: Bridging the theory-practice gap.* Invited workshop presented at annual practitioners' conference. Goshen, NY.

Flanagan, D. P. (1999, October). *Gf-Gc cross-battery assessment with culturally and linguistically diverse populations*. Invited workshop presented at Vancouver, WA.

Flanagan, D. P., & Ortiz, S. O. (1999, August). *The Wechsler Scales and Gf-Gc Theory: Bridging the theory-practice gap*. Invited workshop presented at the annual meeting of the Northern Arizona Psychological Society in co-sponsorship with Consulting Psychologists. Flagstaff, AZ.

Dawn Patricia Flanagan

Flanagan, D. P. (1999, March). *An introduction to Gf-Gc cross-battery assessment*. Invited workshop presented at the Pelham School District: Pelham, NY.

Flanagan, D. P. (1999, February). *Gf-Gc cross-battery assessment and application to the Wechsler Scales*. Invited workshop presented at Temple University in conjunction with the school psychology program. PA.

Flanagan, D. P. (1999, February). *Learning disabilities assessment and the Gf-Gc cross-battery approach*. Invited workshop presented at Hofstra University: Hempstead, NY.

Flanagan, D. P. & Ortiz, S. O. (1999, February). *Applying the Gf-Gc cross-battery approach to multicultural populations*. Invited workshop presented at the Washington School District: Phoenix, AZ.

Flanagan, D. P. & Genshaft, J. L. (1998, November). *Contemporary issues in intelligence*. Invited Adams Scholar lecture presented at Indiana State University, Terre Haute, IN.

Flanagan, D. P. (1998, October). *A Gf-Gc cross-battery approach to measuring intelligence: Bridging the theory-practice gap*. Invited continuing education workshop presented at the 32nd annual School Psychology Conference at Pennsylvania State University. PA.

Flanagan, D. P., & McGrew, K. S. (1998, April). *A Gf-Gc cross battery approach to assessing the cognitive capabilities of students with learning difficulties and/or culturally and linguistically diverse backgrounds*. Workshop presented at the annual convention of the National Association of School Psychologists, Orlando, FL.

Flanagan, D. P. (1998, March). *Gf-Gc cross-battery assessment and the WJ-R*. Invited workshop presented at the Cognitive functioning and theory conference sponsored by the New York City Board of Education/United Federation of Teachers Joint Staff Development Committee and Riverside Publishing Co., New York, NY.

McGrew K. S., & Flanagan, D. P. (1997, October). *A Gf-Gc cross-battery approach to the intellectual assessment of students with learning disabilities and/or culturally and linguistically diverse backgrounds*. Invited workshop presented at the Arizona State Psychological Association in conjunction with Phoenix Public Schools, Phoenix, AZ.

Flanagan, D. P. (1997, March). *Selective Gf-Gc cross-battery assessment: Evaluating culturally and linguistically diverse populations*. Workshop presented at the twenty-ninth annual convention of the National Association of School Psychologists, Anaheim, CA.

Flanagan, D. P. (1996, July). *A Gf-Gc cross-battery approach to assessing human cognitive abilities*. Workshop presented at the Educational Diagnostic and Consulting Services Annual Institute, Castleton, VT.

McGrew, K. S., & Flanagan, D. P. (1996, March). *A cross-battery approach to intelligence test interpretation*. Workshop presented at the twenty-eighth annual convention of the National Association of School Psychologists, Atlanta, GA.

Dawn Patricia Flanagan

Flanagan, D. P. (1996, January). *A cross-battery approach to intelligence test administration and interpretation.* Workshop presented to the New York City Board of Education's Special Interest Study Group. New York, NY.

Flanagan, D. P. (1996, January). *Administration and scoring of the WJ-R ACH: Implications for children with special needs*. Workshop presented at the Scarsdale Center for Special Education Planning, Westchester, NY.

Flanagan, D. P. (1996, January). *Theoretical and practical overview of the WJ-R Tests of Cognitive Ability and Tests of Achievement*. Workshop presented at the Scarsdale Center for Special Education Planning, Westchester, NY.

Flanagan, D. P. (1995, December). *Organizing and reporting intelligence test results in a report format.* Workshop presented at the Scarsdale Center for Special Education Planning, Westchester, NY.

Woodcock, R. W., McGrew, K. S., & Flanagan, D. P. (1995, August). *The clinical use and interpretation of the WJ-R for school psychology trainers.* Invited workshop presented at the annual convention of the American Psychological Association, New York, NY.

Flanagan, D. P. (1995, May). *Conceptualization of intelligence: The information processing model of Gf-Gc theory.* Invited address through the Educational Diagnostic and Consultant Service -- An advanced WJ-R Symposium and Related Special Topics Conference presented in Iselin, NJ.

Flanagan, D. P. (1995, February). *A cross-battery approach to test interpretation.* Invited address presented at the New York City Board of Education in conjunction with the Psychologists In Training Program, Queens, NY.

Flanagan, D. P. (1994, November). *Interpreting the SB:FE according to modern Gf-Gc theory*. Invited address presented through the New York City Board of Education, New York, NY.

Flanagan, D. P. (1994, November). *The Woodcock-Johnson Psycho-Educational Battery - Revised: Tests of Cognitive Ability and Academic Achievement: Innovation in assessment*. Invited **keynote** address presented at the annual Professional Development Seminar, New York City Board of Education, Manhattan, NY.

Flanagan, D. P. (1994, October). *Interpretation of the WJ-R Tests of Cognitive Ability and Achievement.* Invited address, School Psychologists of White Plains Annual Staff Development Workshop Series, White Plains, NY.

Flanagan, D. P. (1994, October). *Interpreting all intelligence tests from Carroll's three-stratum theory of human cognitive abilities*. Invited presentation, Hauppague - Professional Development Training Seminar, NY.

Flanagan, D. P. (1994, July). *The professional role and function of school psychologists.* Invited address presented at the Fineson Developmental Center, Hillside Complex, in conjunction with the St. John's University Speaker's Bureau, Queens, NY.

Flanagan, D. P. (1994, April). *Interpretation procedures for the Woodcock-Johnson Psycho-Educational Battery - Revised, Tests of Cognitive Ability*. Invited address, New York City Board of Education, Staten Island, NY.

Dawn Patricia Flanagan

Flanagan, D. P. (1994, April).  *New tests of intelligence: Advancement in cognitive assessment?*  Invited address presented at the Annual Institute on Assessment and Intervention, New York City Board of Education, Queens, NY.

Flanagan, D. P., & Alfonso, V. C. (1994, April).  *A critical appraisal of subtest interpretation and scatter analysis of intelligence tests*.  Invited address presented at St. John's University in conjunction with the New York State Psychological Association, Nassau County Psychological Association, and Suffolk County Psychological Association, NY.

Flanagan, D. P. (1994, March).  *Administration, scoring, and interpretation of the Stanford-Binet: Fourth Edition*.  Invited address presented at the Queens Borough Developmental Services Office, Queens, NY.

Flanagan, D. P. (1993, March).  *Advances in intellectual assessment: Practical considerations for high school guidance counselors*.  Invited address through the St. John's University Speakers Bureau, Queens, NY.

Flanagan, D. P. (1993, March).  *Alternative assessment: Critical issues for school psychologists*.  Invited address presented at New York City Board of Education, Manhattan, NY.

Flanagan, D. P. (1993, January).  *An alternative approach to traditional intellectual assessment:  The planning, attention, simultaneous, and successive (PASS) model of cognitive processing*.  Invited address presented at St. John's University in conjunction with the New York State Psychological Association, Jamaica, NY.


## MULTI-MEDIA PROFESSIONAL DEVELOPMENT PROGRAMS

Flanagan, D. P., Ortiz, S. O., & Alfonso, V. C. (2015-2022). *Cross-battery assessment certificate program*, 21-hour online APA/NASP approved CEU training program. Kids, Inc.

Flanagan, D. P., Kaufman, A. S., Kaufman, N. L., & Lichtenberger, E. O. (Authors). (2010). **Unit 1:** Specific Learning Disabilities (SLD): History, Controversy, and the Impact of IDEA. [1-hour on-line CEU training program. Pearson].

Flanagan, D. P., Kaufman, A. S., Kaufman, N. L., & Lichtenberger, E. O. (Authors). (2010). **Unit 2:** Response to Intervention (RTI) at Tiers 1 and 2.  [1-hour on-line CEU training program. Pearson].

Flanagan, D. P., Kaufman, A. S., Kaufman, N. L., & Lichtenberger, E. O. (Authors). (2010). **Unit 3:** Comprehensive Assessment at Tier 3.  [1-hour on-line CEU training program. Pearson].

Flanagan, D. P., Kaufman, A. S., Kaufman, N. L., & Lichtenberger, E. O. (Authors). (2010). **Unit 4:** Patterns of Strengths and Weaknesses: Another Option for SLD Identification.   [1-hour on-line CEU training program. Pearson].

Flanagan, D. P., Kaufman, A. S., Kaufman, N. L., & Lichtenberger, E. O. (Authors). (2010). **Unit 5:** Scientifically Based Interventions: What Research Tells Us.    [1-hour on-line CEU training program. Pearson].

Dawn Patricia Flanagan

Flanagan, D. P., Kaufman, A. S., Kaufman, N. L., & Lichtenberger, E. O. (Authors). (2010). **Unit 6:** Best Practices in SLD Identification. [1-hour on-line CEU training program. Pearson].

Flanagan, D. P., Kaufman, A. S., Kaufman, N. L., & Lichtenberger, E. O. (Authors). (2008). *Agora: The Marketplace of Ideas. Best Practices: Applying Response to Intervention (RTI) and Comprehensive Assessment for the Identification of Specific Learning Disabilities.* [6-hour training program/DVD. Pearson].

## **WEBINARS**

Flanagan, D. P. (March 2022). *Advanced training in X-BASS, the dual discrepancy/consistency method and the assessment-intervention connection*. School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (February 2020). *SLD Identification following the dual discrepancy/consistency method using X-BASS: Emphasis on the assessment-intervention connection*. School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (February 2019). *SLD Identification following the dual discrepancy/consistency method using X-BASS: Emphasis on the assessment-intervention connection*. School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (February 2018). *SLD Identification Using X-BASS and the Assessment-Intervention Connection*. School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (September 2017). *Case study applications of the WISC-V in cross-battery assessment and SLD identification using X-BASS*. Professional Development Training. Pearson.

Flanagan, D. P. (April 2017). *Advanced use of the cross-battery assessment software system (X-BASS)*. Professional Development Training to be conducted for Region 10 Educational Service Center. Dallas, TX.

Flanagan, D. P. (September 2016). *Use of the WJ IV Variation and Comparison Procedures for SLD Identification*. Professional Development Training. Houghton Mifflin Harcourt.

Flanagan, D. P. (February 2016). *The Cross-Battery Assessment Approach: Linking Assessment to Intervention*. School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (February 2015). *The Cross-Battery Assessment Approach: Assessment, Intervention, and X-BASS*. School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (January 2015). *The Pattern of Strengths and Weaknesses Approach to SLD Identification*. Webinar presented at Region III, Bergen County, NJ.

Flanagan, D. P. (May 2014). *The LD Intervention Institute: Linking Assessment Results to Instructional Modifications, Accommodations, Remedial Programs, and Compensatory Strategies.* Sponsored by School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (April 2014). *Differential Diagnosis of Specific Learning Disabilities and Intervention*. Region 10 Educational Service Center, open to 20 regions state-wide. Dallas, TX.

Dawn Patricia Flanagan

Flanagan, D. P. (February 2014). *The Cross-Battery Assessment Approach: Assessment and Intervention*. School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (December 2013). *Broad and Narrow Abilities are Important in Understanding a Student's Strengths and Weaknesses*. Region 10 Educational Service Center, open to 20 regions state-wide. Dallas, TX.

Flanagan, D. P., & Alfonso, V. C. (July 2013). *The Cross-Battery Assessment Approach and Use of the Data Management and Interpretive Assistant v2.0*. Webinar conducted as part of the Cross-Battery Assessment Summer Institute, sponsored by KIDs Inc. New York, NY.

Flanagan, D. P. (July 2013). *SLD Identification and Use of the Pattern of Strengths and Weaknesses Analyzer v1.0*. Webinar conducted as part of the Cross-Battery Assessment Summer Institute, sponsored by KIDs Inc. New York, NY.

Flanagan, D. P. (December 2013). Broad *and narrow abilities are important in understanding a student's strengths and weaknesses: Knowing when and how to represent them in evaluations for SLD identification*. Region 10 Educational Service Center, open to 20 regions state-wide. Dallas, TX.

Flanagan, D. P. (February 2013). *The role of school neuropsychological assessment in the identification and treatment of students with specific learning disabilities*. School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (February 2012). *Linking CHC and neuropsychological theories to inform assessment and intervention for students with specific learning disabilities*. School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (January 2012). *Assessment for differential diagnosis of learning problems and intervention*. Region 10 Educational Service Center, open to 20 regions state-wide. Dallas, TX.

Flanagan, D. P. (September 2011). *Defining SLD using a "Pattern of Strengths and Weaknesses" as an Important Marker*. Professional Development training for school psychologists and educational diagnosticians open to the 20 Regional Education Service Centers in Texas.

Flanagan, D. P. (February 2011). *Integrating CHC theory and research in the practice of school neuropsychology*. 2011-2012. School Neuropsychology Post-Graduate Certification Program, KIDS, Inc.

Flanagan, D. P. (April 2010). *A Theory- and Research-based Approach to SLD Identification: Integrating RTI with Cognitive Assessment Data*. Sponsored by Wiley & Sons.

Flanagan, D. P. (December 2008). *RTI and Comprehensive Assessment for the Identification of SLD: A Best Practices Approach*. Sponsored by Pearson Assessments.


## **PODCAST**

Flanagan, D. P. (September 2017). *Cross-battery assessment and corresponding software system: Tailoring assessments, informing SLD diagnosis, and linking findings to intervention*. Invited through National Association of School Psychologists. https://youtu.be/VQUG-H-qDGs

Dawn Patricia Flanagan

## **PROFESSIONAL SERVICE**

Appointed chair of the Learning Disabilities Association of America (LDA) *Professional Advisory Board*, 2020-2021

Elected member of the Learning Disabilities Association of America (LDA) *Professional Advisory Board*, 2019-2020

Chair of the *Contributions to Practice Awards Committee* – APA Division 16, 2018-2019

Editorial Review Board, *International Journal of School and Educational Psychology*, 2016-Present

Editorial Review Board, *Journal of Psychoeducational Assessment*, 2012-Present

Ad Hoc Reviewer, *Journal of Applied Psychology*, 2009-2010

Ad Hoc Reviewer, *Journal of Psychoeducational Assessment*, 2009-2010

Member of APA's *Committee on Psychological Tests and Assessment*, 2008

Member, APA Division 16 *Senior Scientist Awards Committee*, March 2004

Editorial Review Board, *School Psychology Quarterly*, 2002-2005

Editorial Review Board, *Journal of Psychoeducational Assessment*, 1994-2005

Editorial Review Board, *School Psychology Review*, 1995-2001

Ad Hoc Reviewer, *Journal of Learning Disabilities*, 2007-2008, 2009-2010

Ad Hoc Reviewer, *School Psychology Quarterly*, 2000

Ad Hoc Reviewer, *Psychological Reports*, 1999

Ad Hoc Reviewer, *Educational Psychology*, 1997, 1999

Chair, *APA Lightner Witmer Awards Committee*, 2002

Member, *APA Lightner Witmer Awards Committee*, 1998-2002

Member, *School Psychology Review Award Selection Committee*, "Article of the Year Award for 1998"

*New York State Psychological Association*

    President - School Division, 1995-1996

    President-Elect - School Division, 1994-1995

    Secretary/Treasurer - School Division, 1993-1994

    Executive Board - School Division, 1992-1996

*School Psychology Educators Council of New York State*

    Preschool Special Education Eligibility Standards Committee, 1996-1997

    Downstate Representative, 1994-1996

PSC-CUNY Research Awards Education Panel, 1994-1995

American Psychological Association, *Convention Program Committee*, 1992

## **PROFESSIONAL AFFILIATIONS/CERTIFICATIONS**

Learning Disabilities Association of America (LDA)

American Board of Psychological Specialties (ABPS): Board certified identification number 13851

American Psychological Association (APA; Division 16, Fellow)

National Association of School Psychologists (NASP)

## **UNIVERSITY SERVICE**

### **St. John's University - University level**

Presidential Committee to Conduct an Audit of the Vincentian Mission of the University, 1994-2004

Dawn Patricia Flanagan

University Research Advisory Committee, 1998
Multicultural Students' Advisory Group, 1996-1998

**St. John's University - College level**
Program Reviews Committee, 2003
Advisory Counsel for St. John's University and St. John The Baptist Strategic Alliance Planning Committee, 1995-2000
Subcommittee on the Collaborative Projects Between St. John's University and St. John the Baptist School, 1994-2000

**St. John's University - Department level**
Department of Psychology Personnel and Budget Committee, 1999-2008, 2020-2023
Director of School Psychology MS and PsyD training programs, 2008-2012
Graduate Education and Policy Committee, 2008-2011
Ad Hoc Committee to Review the Practica Experiences of the School and Clinical Programs, Spring 2005
Co-Director, School Psychology Program, 2001-2002
Psychological Conferences Planning Committee, 1995-1997
Undergraduate Outcomes Program Committee - Chair, 1993-2000
Ad Hoc Committee to Review the Undergraduate Curriculum, 1995-1996
Sixth Annual Multicultural Conference Committee, 1995-1996

## TEACHING EXPERIENCE

Assessment, Diagnosis, and Remediation of Learning Disabilities (Graduate), 2001 - Present
Psychological Assessment for Intervention I (Graduate), 1992 - Present
Psychological Assessment for Intervention II (Graduate), 1992 - Present
Sophomore Seminar: Careers in Psychology (Undergraduate), 2020 - Present
Intellectual Assessment for Children and Adults (Graduate), 2020 - Present
Introduction to Psychological Tests and Measurement (Undergraduate), 1992 – 2007, 2013
Interviewing and Case Conceptualization (Graduate), 2004, 2006
Introduction to School Psychology (Graduate), 1995 - 2000 (Pro-seminar)
Neuropsychology of Learning Disabilities (Graduate), 1997, 2001
Doctoral Seminar in Advanced Cognitive Evaluation, Theory, and Research, 1999 - 2000
Psychoeducational Consultation in the Classroom (Graduate), Summer, 1994

**LEARNING DISABILITY CONSULTANT**
*Learning Disabilities Association of America.* June 2020-Present
*National Board of Medical Examiners.* January 1996-Present
*Wyoming Board of Law Examiners.* May-June 2007
*Texas Board of Law Examiners.* April 2005; May 2006
*St. John's University Program for Students with Learning Disabilities*, Counseling Center. September 1997-2005
*Association for Investment Management and Research.* February 2000-2003
*Maryland Board of Law Examiners.* May 2000-2003
*New York State Board of Law Examiners.* February 1996; February 2002
*Pennsylvania Board of Law Examiners.* April 2000-2002
*Minnesota Board of Law Examiners.* April 2000-2001

Dawn Patricia Flanagan

## PSYCHOEDUCATIONAL TESTS AND MEASUREMENT CONSULTANT/TRAINER

*Pearson Assessments,* Bloomington, MN. January 2006-2016
*American Guidance Service*, Circle Pines, MN.  February 2004-2006
*The Riverside Publishing Company*, Chicago, IL.  February 1994-2001
*American Guidance Service*, Circle Pines, MN.  September 1996-December, 1999-2001
*Psychological Assessment Resources*, Tampa, FL. March 1999

## AWARDS AND HONORS

**President's Award –** Learning Disability Association of America (LDA), January 2021
**Lifetime Achievement Award** – 13th annual School Neuropsychology conference, July 2018
**Contributions to Practice Award** – APA's Division 16 Inaugural Award for exceptional contributions to the field of school psychology through innovations in practice, May 2017
**The Alan S. Kaufman Intelligent Testing Award** – 1st Annual West Coast Assessment Conference, Spokane, WA, April 2015
**Gil Trachtman Leadership Award in School Psychology** – New York Association of School Psychologists, November 2014
**Outstanding Contributions to Training Award** – Trainers of School Psychology, February 2013
**Recognition Award for Excellence in Teaching and Scholarship** – Centers at Fordham University, 2010
**National Leadership Award** – Idaho Association of School Psychologists Annual Conference, 2009
**Fellow of the American Board of Psychological Specialties**, 2007
**Faculty Outstanding Achievement Medal** – Awarded May 2005
**Fellow, American Psychological Association** (and Division 16) – Awarded January 2000
**Diplomate of the American Board of Psychological Specialties**, February 1998 – Present
(Board Certification #13851) (Education and School Psychology; Psychological Assessment, Evaluation and Testing)
**Excellence in Graduate Teaching and Scholarship Award**, April 1999
**Adams Visiting Scholar at Indiana State University**, November 1998
**Lightner-Witmer Award**, American Psychological Association, Division 16, 1997
**Dai Ho Chun Fellowship**, The Ohio State University, 1992

## PROFESSIONAL TRAINING ACTIVITIES

*LDA's Inaugural Science to Practice Virtual Forum: Striving for Equitable Assessment in SLD Identification (10 contact hours)* – Virtual, October 2021.

*Annual School Neuropsychology Institute (12 contact hours)* – Virtual, July 2021.

*LDA's Inaugural Science to Practice Virtual Conference (20 contact hours)* – January 2021.

*Annual School Neuropsychology Institute (6 contact hours)* – Long Beach, CA.  April 2019.

*Annual School Neuropsychology Summer Institute (6 contact hours)* – Grapevine, TX.  July 2017, 2018.

*Annual School Neuropsychology Summer Institute (9 contact hours)* – Grapevine, TX.  July 2016.

Dawn Patricia Flanagan

*Woodcock-Johnson IV Tests of Cognitive Abilities (6 contact hours)* – St. John's University, New York, NY. August 2014.

*5th Annual Assessment Conference – Assessment and Intervention for Individuals with Writing Difficulties (6 contact hours)* – Fordham University, New York, NY.  May 2013.

*Inaugural Richard Woodcock Institute: Evolution of CHC Theory and Cognitive Assessment (8 contact hours) – Tufts University,* Boston, MA, September 2012.

*4th Annual Assessment Conference – Processing Assessment for Intervention (6 contact hours)* – Fordham University, New York, NY.  May 2012.

*3rd Annual Assessment Conference – Linking Cognitive Assessment to Intervention with an Emphasis on Transitional Neuroscience (6 contact hours)* – Fordham University, New York, NY.  May 2011.

*International Neuropsychology Society* – Atlanta, GA. February 2009.

*2nd National Symposium on Identification of Gifted Children – (8 contact hours)* – Van Nuys, CA.  March 2009.

*Essential Training for Dyslexia Students in the Public Schools (10 contact hours)* – Council of Educators for Students with Disabilities, Austin, TX.  October 2008

*Advanced Training Session on the Kaufman Assessment Battery for Children, Second Edition (KABC-II).* February 2004.

*Advanced Training Session on the Kaufman Test of Educational Achievement, Second Edition (KTEA-II).* February 2004.


## GRANT SUPPORT (including Material Grants)

Woodcock-Johnson IV Training Materials from Riverside Publishing Co. July 2014.  **$20,000**.

Psychological Assessment Training Materials Granted for Research by Pearson, Pro-ed, Riverside, and other test publishing companies. 2011-2013. **$30,000**.

Woodcock and Woodcock-Johnson Training Materials and Products, Including Tests and Scoring Software Obtained from Riverside Publishing and the Woodcock-Munoz Foundation. 2003-2012. **$50,405.**

KABC-II and KTEA-II Materials Grant. American Guidance Services.  September 2004**.  $15,000.**

Joint Hierarchical Confirmatory Factor Analysis of the WJ III and Cognitive Assessment System. Measurement and Learning Center, Oregon.  September 1997 - June 1998.  **$8,000**.

An Investigation of the Differential Effects of Attention on Eight Gf-Gc Broad Cognitive Abilities. Summer Support of Research Grant, St. John's University, June - August 1995.  **$7,000**.

The Effectiveness of a Social Skills Intervention for Kindergarten Students who are At-Risk for School Failure.  Summer Support of Research Grant, St. John's University, June - August 1994. **$7,000**.

Dawn Patricia Flanagan

<u>An Examination of the Relationship Between Speech/Language Deficit and Social Skills in Preschoolers who are At-Risk for Developing a Learning Disability</u>.  Summer Support of Research Grant, St. John's University, June - August 1993.  **$7,000**.

## **EXPERT WITNESS TESTIMONY**

Due *Process hearing – active.*  November 2021 – present.

*Shaller v. Shaller,* Direct testimony as expert witness for plaintiff.  February 2005.

*Rush v. National Board of Medical Examiners,* Direct testimony as expert witness for defendant. July 2003.

*Bartlett v. New York State Board of Law Examiners*, Direct testimony as expert witness for defendant. New York: February 2001.

*Gonzales v. National Board of Law Examiners*, Direct testimony as expert witness for defendant. Detroit: June 1999.

*Price v. National Board of Law Examiners*, Direct testimony as expert witness for defendant. West Virginia 1997.