# No. 23-3

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

*ROBERT SAMPSON,*

*Plaintiff-Appellee,*

*v.*

*NATIONAL BOARD OF MEDICAL EXAMINERS,*

*Defendant-Appellant.*

On Appeal from the U.S. District Court for the Eastern
District of New York, Civil Action No. 22-CV-5120 (JMA)

**CERTIFICATE OF SERVICE FOR SEALED DOCUMENTS**

Robert A. Burgoyne
Caroline M. Mew
PERKINS COIE LLP
700 Thirteenth Street N.W.,
Suite 800
Washington, DC 20005-3960
Telephone: 202.654.1744

Attorneys for
Defendant-Appellant
NATIONAL BOARD OF
MEDICAL EXAMINERS

## CERTIFICATE OF SERVICE

I certify that on January 27, 2023, seven copies of each sealed exhibit (identified in the Table of Contents to the Joint Appendix) were mailed by Federal Express to the Clerk of Court for the United States Court of Appeals for the Second Circuit. I further certify that one copy of each sealed exhibit was mailed by Federal Express to counsel for Plaintiff-Appellee at the following addresses:

Mary C. Vargas, Esq.,
Michael Stein, Esq.,
Stein & Vargas, LLP
Suite 600
10 G Street, NE
Washington, DC 20002

Charles Weiner, Esq.,
Law Office of Charles Weiner
99 Lantern Drive, Suite 202
Doylestown, PA 18901

/s/ *Robert A. Burgoyne*
Robert A. Burgoyne