# No. 23-3

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

*ROBERT SAMPSON,*

*Plaintiff-Appellee,*

*v.*

*NATIONAL BOARD OF MEDICAL EXAMINERS,*

*Defendant-Appellant.*

On Appeal from the U.S. District Court for the Eastern
District of New York, Civil Action No. 22-CV-5120 (JMA)

**JOINT APPENDIX**
**VOLUME IV OF V (A731 – A969)**

Robert A. Burgoyne
Caroline M. Mew
PERKINS COIE LLP
700 Thirteenth Street N.W.,
Suite 800
Washington, DC 20005-3960
Telephone: 202.654.1744

Attorneys for
Defendant-Appellant
NATIONAL BOARD OF
MEDICAL EXAMINERS

## VOLUME I: A1 – A267

**Page**

District Court Docket Sheet.............................................. A1

Complaint (Aug. 29, 2022) ............................................... A5

Declaration of Robert Sampson (Ex. 1 to
Preliminary Injunction Motion)................................... A29

Preceptor's Comments (Ex. 1A to Preliminary
Injunction Motion)......................................................... A39

Declaration of Jeanette Wasserstein (Ex. 2 to
Preliminary Injunction Motion) (SEALED)................. A43

2020 Wasserstein Evaluation (Ex. 2B to
Preliminary Injunction Motion) (SEALED)................. A44

2013 Michels Evaluation (Ex. 3 to Preliminary
Injunction Motion) (SEALED) ..................................... A45

2013 Anderson Evaluation (Ex. 4 to Preliminary
Injunction Motion) (SEALED) ..................................... A46

Stony Brook University Unofficial Transcript
(Ex. 5 to Preliminary Injunction Motion)..................... A47

Course History (Ex. 6 to Preliminary Injunction
Motion) ............................................................................ A52

2017 Heedles Letter (Ex. 7 to Preliminary
Injunction Motion)......................................................... A54

2017 DeMotta Letter (Ex. 8 to Preliminary
Injunction Motion)......................................................... A56

2018 DeMotta Letter (Ex. 9 to Preliminary Injunction Motion)........................................................... A59

Sept. 2017 Aronson Letter (Ex. 10 to Preliminary Injunction Motion)........................................................... A61

June 2022 NBME Letter (Ex. 11 to Preliminary Injunction Motion)........................................................... A65

Declaration of Lucia McGeehan in Opposition to Plaintiff's Motion for Preliminary Injunction.............. A68

2017 Sampson Accommodation Request Form (Ex. 1 to McGeehan Declaration) ................................. A79

April 2017 Lovett Report (Ex. 2 to McGeehan Declaration) .................................................................. A87

June 2017 NBME Letter (Ex. 3 to McGeehan Declaration) .................................................................. A91

July 2017 Lovett Report (Ex. 4 to McGeehan Declaration) .................................................................. A94

Aug. 2017 NBME Letter (Ex. 5 to McGeehan Declaration) .................................................................. A98

Dec. 2017 Lovett Report (Ex. 6 to McGeehan Declaration) ................................................................ A101

Jan. 2018 NBME Letter (Ex. 7 to McGeehan Declaration) ................................................................ A106

March 2018 NBME Letter (Ex. 8 to McGeehan Declaration) ................................................................ A108

July 2018 Lovett Report (Ex. 9 to McGeehan Declaration) ................................................................ A113

2018 Sampson Accommodation Request Form
(Ex. 10 to McGeehan Declaration) ............................ A118

Sept. 2018 NBME Letter (Ex. 11 to McGeehan
Declaration) ...................................................... A125

2018 Ortiz Report (Ex. 12 to McGeehan
Declaration) ...................................................... A136

2018 Murphy Report (Ex. 13 to McGeehan
Declaration) ...................................................... A150

Jan. 2019 NBME Letter (Ex. 14 to McGeehan
Declaration) ...................................................... A155

Sampson Step 1 Score Report (Ex. 15 to
McGeehan Declaration) ............................................ A158

2022 Sampson Accommodation Request Form
(Ex. 16 to McGeehan Declaration) ............................ A163

2022 Murphy Report (Ex. 17 to McGeehan
Declaration) ...................................................... A170

June 2022 NBME Letter (Ex. 18 to McGeehan
Declaration) ...................................................... A175

Sampson School Records (Ex. 19 to McGeehan
Declaration) ...................................................... A178

1999 Sampson OLSAT Score Report (Ex. 20 to
McGeehan Declaration) ............................................ A188

2005 Sampson PSAT Score Report (Ex. 21 to
McGeehan Declaration) ............................................ A191

2007 Sampson PSAT Score Report (Ex. 22 to
McGeehan Declaration) ............................................ A193

2008 Sampson ACT Score Report (Ex. 23 to
McGeehan Declaration) ............................................... A195

June 2008 Sampson SAT Score Report (Ex. 24 to
McGeehan Declaration) ............................................... A197

Oct. 2008 Sampson SAT Score Report (Ex. 25 to
McGeehan Declaration) ............................................... A199

Nov. 2008 Sampson SAT Score Report (Ex. 26 to
McGeehan Declaration) ............................................... A201

Sampson MCAT Score Report (Ex. 27 to McGeehan
Declaration) ............................................................... A203

Declaration of Benjamin J. Lovett in Opposition
to Plaintiff's Motion for Preliminary Injunction ........ A205

Lovett Curriculum Vitae (Ex. 1 to Lovett
Declaration) ............................................................... A224

April 2017 Lovett Report (Ex. 2 to Lovett
Declaration) ............................................................... A248

July 2017 Lovett Report (Ex. 3 to Lovett
Declaration) ............................................................... A252

Dec. 2017 Lovett Report (Ex. 4 to Lovett
Declaration) ............................................................... A256

July 2018 Lovett Report (Ex. 5 to Lovett
Declaration) ............................................................... A261

Figure from Rey Complex Figure Test (Ex. 6 to
Lovett Declaration)..................................................... A266

## VOLUME II: A268 – A494

Declaration of Kevin Murphy in Opposition
to Plaintiff's Motion for Preliminary Injunction..........A268

2018 Murphy Report (Ex. 1 to Murphy
Declaration) ....................................................................A289

2022 Murphy Report (Ex. 2 to Murphy
Declaration) ....................................................................A294

Murphy Curriculum Vitae (Ex. 3 to Murphy
Declaration) ....................................................................A299

Declaration of Samuel O. Ortiz in Opposition
to Plaintiff's Motion for Preliminary Injunction..........A314

Ortiz Curriculum Vitae (Ex. 1 to Ortiz
Declaration) ....................................................................A323

Nov. 2018 Ortiz Report (Ex. 2 to Ortiz
Declaration) ....................................................................A390

Declaration of Joseph E. Bernier in Opposition
to Plaintiff's Motion for Preliminary Injunction..........A404

Bernier Curriculum Vitae (Ex. 1 to Bernier
Declaration) ....................................................................A425

Declaration of Dawn P. Flanagan in Opposition
to Plaintiff's Motion for Preliminary Injunction..........A428

Flanagan Curriculum Vitae (Ex. 1 to Flanagan
Declaration) ....................................................................A436

## VOLUME III: A495 – A730

Declaration of Adam R. Mandelsberg in Opposition
to Plaintiff's Motion for Preliminary Injunction..........A495

Excerpts from the MCAT Essentials (2014-15)
(Ex. A to Mandelsberg Declaration)............................A497

Excerpts from Second Edition of Official Guide to
MCAT Exam (Ex. B to Mandelsberg Declaration) ......A507

MCAT Release Form, New York (administered
Jan. 23, 2015) (Ex. C to Mandelsberg Declaration).....A521

"The ACT - Preparing for the ACT" Booklet
(2008-09 ed.) (Ex. D to Mandelsberg Declaration) ......A601

Official SAT Practice Test 2007-08 (Ex. E to
Mandelsberg Declaration).............................................A682

## VOLUME IV: A731 – A969

Step 1 Sample Test Questions (Ex. F to Mandelsberg
Declaration, USMLE).....................................................A731

Declaration of Shelley Sampson in Support of
Plaintiff's Motion for Preliminary Injunction..............A788

Declaration of Andrew Lam in Support of
Plaintiff's Motion for Preliminary Injunction..............A793

2020 Stein & Vargas Letter (NBME Additional
Ex. 6) ...........................................................................A796

2022 Letter from SUNY to Vargas (NBME
Additional Ex. 7)...........................................................A801

2017 Sampson Accommodation Request Form
(Plaintiff Hearing Ex. 1)..................................................A802

2013 Anderson Evaluation (Plaintiff Hearing
Ex. 2) (SEALED)............................................................A809

2013 Michels Evaluation (Plaintiff Hearing Ex. 3)
(SEALED) ......................................................................A810

2017 Sampson Personal Statement (Plaintiff
Hearing Ex. 4)................................................................A811

March 2017 Aronson Letter (Plaintiff Hearing
Ex. 5) ............................................................................A820

2017 Heedles Letter (Plaintiff Hearing Ex. 6)............A821

2017 DeMotta Letter (Plaintiff Hearing Ex. 7) ..........A822

2017 Certificate of Prior Test Accommodations
(Plaintiff Hearing Ex. 8).................................................A824

2017 Lam Letter (Plaintiff Hearing Ex. 9) .................A825

2016 Wackett Letter (Plaintiff Hearing Ex. 10) .........A826

Sampson Shelf Exam Score Report (Plaintiff
Hearing Ex. 10A)............................................................A827

Sampson MCAT Score Report (Plaintiff Hearing
Ex. 11) ...........................................................................A828

Sampson ACT Score Report (Plaintiff Hearing
Ex. 12) ...........................................................................A829

2007 Sampson PSAT Score Report (Plaintiff
Hearing Ex.13)................................................................A830

Sampson SAT Score Report (Plaintiff Hearing Ex. 14)................................................A831

1999 Sampson OLSAT Score Report (Plaintiff Hearing Ex. 15)................................................A835

June 2017 NBME Letter (Plaintiff Hearing Ex. 16) ................................................A837

2017 Sampson Letter (Plaintiff Hearing Ex. 17) ................................................A839

June 2017 Serrantino Letter (Plaintiff Hearing Ex. 18) ................................................A840

2017 Steve & Shelley Sampson Letter (Plaintiff Hearing Ex. 19) ................................................A848

Quotes from School Record (Plaintiff Hearing Ex. 20) ................................................A850

Sampson Early School Records (Plaintiff Hearing Ex. 21) ................................................A852

Aug. 2017 NBME Letter (Plaintiff Hearing Ex. 22) ................................................A868

Sampson Letter (Plaintiff Hearing Ex. 23)................A870

Oct. 2017 Serrantino Letter (Plaintiff Hearing Ex. 24) ................................................A871

Sept. 2017 Aronson Letter (Plaintiff Hearing Ex. 25) ................................................A877

2017 Anderson Letter (Plaintiff Hearing Ex. 26) ................................................A880

Jan. 2018 NBME Letter (Plaintiff Hearing
Ex. 27) ...............................................................A882

Feb. 2018 Sampson Letter (Plaintiff Hearing
Ex. 28) ...............................................................A883

2018 DeMotta Letter (Plaintiff Hearing
Ex. 29) ...............................................................A897

March 2018 NBME Letter (Plaintiff Hearing
Ex. 30) ...............................................................A898

June 2018 Simon Letter (Plaintiff Hearing
Ex. 31) ...............................................................A902

June 2018 Aronson Letter (Plaintiff Hearing
Ex. 31A)..............................................................A918

Sept. 2018 NBME Letter (Plaintiff Hearing
Ex. 32) ...............................................................A920

Nov. 2018 Simon Letter (Plaintiff Hearing
Ex. 33) ...............................................................A922

Jan. 2019 NBME Letter (Plaintiff Hearing
Ex. 34) ...............................................................A927

2022 Sampson Accommodation Request Form
(Plaintiff Hearing Ex. 35)...............................A929

2022 Sampson Personal Statement (Plaintiff
Hearing Ex. 36).................................................A935

2020 Wasserstein Evaluation (Plaintiff Hearing
Ex. 37) (SEALED)............................................A939

June 2022 NBME Letter (Plaintiff Hearing
Ex. 38) ...............................................................A940

DSM-V, Learning Disorder (Plaintiff Hearing
Ex. 49) ..............................................................A942

DSM-V, ADHD (Plaintiff Hearing Ex. 50)..................A951

Wasserstein Curriculum Vitae (Plaintiff Hearing
Ex.55) ..............................................................A959

## VOLUME V: A970 – A1161

Hearing Transcript, Oct. 11, 2022................................A970

Hearing Transcript, Oct. 12, 2022..............................A1036

Hearing Transcript, Oct. 13, 2022..............................A1135

Notice of Appeal..........................................................A1159

# EXHIBIT F



United States Medical Licensing Examination

SAMPLE TEST QUESTIONS

# Step 1





A Joint Program of the Federation of State Medical Boards of the United States, Inc., and National Board of Medical Examiners

A732

Case 2:22-cv-05120-MAD-AYS Document 45-1 Filed 09/29/22 Page 237 of 291 PageID #: 883

This booklet was updated June 2022.
For Public Release

Copyright © 2022 by the Federation of State Medical Boards of the United States, Inc. (FSMB), and National Board of Medical Examiners (NBME). All rights reserved.  Printed in the United States of America. The United States Medical Licensing Examination (USMLE®) is a joint program of the FSMB and NBME.

1

A733

# CONTENTS

USMLE Step 1 Test Question Formats .................................................................. 3

Introduction to USMLE Step 1 Sample Test Questions .................................. 4

USMLE Laboratory Values ................................................................. 5

USMLE Step 1 Sample Test Questions............................................................ 8

Answer Form for U5MLE Step 1 Sample Test Questions.......................................... 52

Answer Key for USMLE Step 1 Sample Test Questions................................................ 53

**A734**

## USMLE STEP 1 TEST QUESTION FORMATS

**Single-Item Questions**

A single patient-centered vignette is associated with one question followed by four or more response options. The response options are lettered (A, B, C, D, E). A portion of the questions require interpretation of graphic or pictorial materials. You are required to select the best answer to the question. Other options may be partially correct, but there is only ONE BEST answer. This is the traditional, most frequently used multiple-choice question format on the examination.

**Strategies for Answering Single One-Best-Answer Test Questions**

The following are strategies for answering one-best-answer items:

- Read each patient vignette and question carefully. It is important to understand what is being asked.
- Try to generate an answer and then look for it in the response option list.
- Alternatively, read each response option carefully, eliminating those that are clearly incorrect.
- Of the remaining options, select the one that is most correct.
- If unsure about an answer, it is better to guess since unanswered questions are automatically counted as wrong answers.

**Example Item**

A 32-year-old woman with type 1 diabetes mellitus has had progressive renal failure during the past 2 years. She has not yet started dialysis. Examination shows no abnormalities. Her hemoglobin concentration is 9 g/dL, hematocrit is 28%, and mean corpuscular volume is 94 μm³. A blood smear shows normochromic, normocytic cells. Which of the following is the most likely cause?

| | | | |
|---|---|---|---|
| (A) | Acute blood loss | (F) | Microangiopathic hemolysis |
| (B) | Chronic lymphocytic leukemia | (G) | Polycythemia vera |
| (C) | Erythrocyte enzyme deficiency | (H) | Sickle cell disease |
| (D) | Erythropoietin deficiency | (I) | Sideroblastic anemia |
| (E) | Immunohemolysis | (J) | β-Thalassemia trait |

(Answer: D)

NOTE: Some item types that appear on the Step 1 examination are NOT depicted in the sample items provided in this booklet, eg, items with multimedia features, such as audio. Also, when additional item formats are added to the exam, notice will be provided at the USMLE website: http://www.usmle.org. You must monitor the website to stay informed about the types of items that occur in the exam, and you must practice with the downloadable sample test items available on the USMLE website to be fully prepared for the examination.

## INTRODUCTION TO USMLE STEP 1 SAMPLE TEST QUESTIONS

The following pages include 119 sample test questions. Most of these questions are the same as those you can install on your computer from the USMLE website. Please note that reviewing the sample questions as they appear on pages 8–51 is not a substitute for practicing with the test software. You should download and run the Step 1 tutorial and practice test items that are provided on the USMLE website well before your test date. The sample materials available on the USMLE website include an additional item with associated audio findings that does not appear in this booklet. You should become familiar with this item format that will be used in the actual examination.

Although the sample questions exemplify content on the Step 1 examination overall, they may not reflect the content coverage on individual examinations. In the actual examination, questions will be presented in random order; they will not be grouped according to specific content. The questions will be presented one at a time in a format designed for easy on-screen reading, including use of the USMLE Laboratory Values table (included here on pages S–7) and some pictorials. Photographs, charts, and x-rays in this booklet are not of the same quality as the pictorials used in the actual examination. In addition, you will be able to adjust the brightness and contrast of pictorials on the computer screen.

To take the following sample test questions as they would be timed in the actual examination, you should allow a maximum of 1 hour for each 40-item block, and a maximum of 58 minutes, 30 seconds, for the 39-item block, for a total of 2 hours, 58 minutes, 30 seconds. Please note that the third block has 39 items instead of 40 because the multimedia item has been removed, and the recommended time to complete the block has been adjusted accordingly. Please be aware that most examinees perceive the time pressure to be greater during an actual examination. All examinees are strongly encouraged to practice with the downloadable version to become familiar with all item formats and exam timing. An answer form for recording answers is provided on page 52. An answer key is provided on page 53. In the actual examination, answers will be selected on the screen; no answer form will be provided.

4

**A736**

| USMLE LABORATORY VALUES | | |
|---|---|---|

| | **Reference Range** | **SI Reference Intervals** |
|---|---|---|
| **SERUM** | | |
| **General Chemistry:** | | |
| Electrolytes | | |
| Sodium (Na$^+$) | 136–146 mEq/L | 136–146 mmol/L |
| Potassium (K$^+$) | 3.5–5.0 mEq/L | 3.5–5.0 mmol/L |
| Chloride (Cl$^-$) | 95–105 mEq/L | 95–105 mmol/L |
| Bicarbonate (HCO$_3^-$) | 22–28 mEq/L | 22–28 mmol/L |
| Urea nitrogen | 7–18 mg/dL | 2.5–6.4 mmol/L |
| Creatinine | 0.6–1.2 mg/dL | 53–106 µmol/L |
| Glucose | Fasting: 70–100 mg/dL | 3.8–5.6 mmol/L |
| | Random, non-fasting: <140 mg/dL | <7.77 mmol/L |
| Calcium | 8.4–10.2 mg/dL | 2.1–2.6 mmol/L |
| Magnesium (Mg$^{2+}$) | 1.5–2.0 mg/dL | 0.75–1.0 mmol/L |
| Phosphorus (inorganic) | 3.0–4.5 mg/dL | 1.0–1.5 mmol/L |
| **Hepatic:** | | |
| Alanine aminotransferase (ALT) | 10–40 U/L | 10–40 U/L |
| Aspartate aminotransferase (AST) | 12–38 U/L | 12–38 U/L |
| Alkaline phosphatase | 25–100 U/L | 25–100 U/L |
| Amylase | 25–125 U/L | 25–125 U/L |
| Bilirubin, total // direct | 0.1–1.0 mg/dL // 0.0–0.3 mg/dL | 2–17 µmol/L // 0–5 µmol/L |
| Proteins, total | 6.0–7.8 g/dL | 60–78 g/L |
| Albumin | 3.5–5.5 g/dL | 35–55 g/L |
| Globulin | 2.3–3.5 g/dL | 23–35 g/L |
| **Lipids:** | | |
| Cholesterol | | |
| Total | Normal: <200 mg/dL | <5.2 mmol/L |
| | High: >240 mg/dL | >6.2 mmol/L |
| HDL | 40–60 mg/dL | 1.0–1.6 mmol/L |
| LDL | <160 mg/dL | <4.2 mmol/L |
| Triglycerides | Normal: <150 mg/dL | <1.70 mmol/L |
| | Borderline: 151–199 mg/dL | 1.71–2.25 mmol/L |
| **Iron Studies:** | | |
| Ferritin | Male: 20–250 ng/mL | 20–250 µg/L |
| | Female: 10–120 ng/mL | 10–120 µg/L |
| Iron | Male: 65–175 µg/dL | 11.6–31.3 µmol/L |
| | Female: 50–170 µg/dL | 9.0–30.4 µmol/L |
| Total iron-binding capacity | 250–400 µg/dL | 44.8–71.6 µmol/L |
| Transferrin | 200–360 mg/dL | 2.0–3.6 g/L |

**5**

Continued on Next Page

**A737**

Case 2:22-cv-05123-MAD-OCS Document 10-11 Filed 10/29/22 Page 242 of 291 PageID #: 888

**USMLE LABORATORY VALUES (continued)**

| | Reference Range | SI Reference Intervals |
|---|---|---|
| **Endocrine:** | | |
| Follicle-stimulating hormone | Male: 4–25 mIU/mL | 4–25 IU/L |
| | Female: premenopause 4–30 mIU/mL | 4–30 IU/L |
| | midcycle peak 10–90 mIU/mL | 10–90 IU/L |
| | postmenopause 40–250 mIU/mL | 40–250 IU/L |
| Luteinizing hormone | Male: 6–23 mIU/mL | 6–23 IU/L |
| | Female: follicular phase 5–30 mIU/mL | 5–30 IU/L |
| | midcycle 75–150 mIU/mL | 75–150 IU/L |
| | postmenopause 30–200 mIU/mL | 30–200 IU/L |
| Growth hormone - arginine stimulation | Fasting: <5 ng/mL | <5 μg/L |
| | Provocative stimuli: >7 ng/mL | >7 μg/L |
| Prolactin (hPRL) | Male: <17 ng/mL | <17 μg/L |
| | Female: <25 ng/mL | <25 μg/L |
| Cortisol | 0800 h: 5–23 μg/dL | 138–635 nmol/L |
| | 1600 h: 3–15 μg/dL | 82–413 nmol/L |
| | 2000 h: <50% of 0800 h | Fraction of 0800 h: <0.50 |
| TSH | 0.4–4.0 μU/mL | 0.4–4.0 mIU/L |
| Triiodothyronine ($T_3$) (RIA) | 100–200 ng/dL | 1.5–3.1 nmol/L |
| Triiodothyronine ($T_3$) resin uptake | 25%–35% | 0.25–0.35 |
| Thyroxine ($T_4$) | 5–12 μg/dL | 64–155 nmol/L |
| Free $T_4$ | 0.9–1.7 ng/dL | 12.0–21.9 pmol/L |
| Thyroidal iodine ($^{123}$I) uptake | 8%–30% of administered dose/24 h | 0.08–0.30/24 h |
| Intact PTH | 10–60 pg/mL | 10–60 ng/L |
| 17-Hydroxycorticosteroids | Male: 3.0–10.0 mg/24 h | 8.2–27.6 μmol/24 h |
| | Female: 2.0–8.0 mg/24 h | 5.5–22.0 μmol/24 h |
| 17-Ketosteroids, total | Male: 8–20 mg/24 h | 28–70 μmol/24 h |
| | Female: 6–15 mg/24 h | 21–52 μmol/24 h |
| **Immunoglobulins:** | | |
| IgA | 76–390 mg/dL | 0.76–3.90 g/L |
| IgE | 0–380 IU/mL | 0–380 kIU/L |
| IgG | 650–1500 mg/dL | 6.5–15.0 g/L |
| IgM | 50–300 mg/dL | 0.5–3.0 g/L |
| **Other, serum:** | | |
| Creatinine clearance | Male: 97–137 mL/min | 97–137 mL/min |
| | Female: 88–128 mL/min | 88–128 mL/min |
| Creatine kinase | Male: 25–90 U/L | 25–90 U/L |
| | Female: 10–70 U/L | 10–70 U/L |
| Lactate dehydrogenase | 45–200 U/L | 45–200 U/L |
| Osmolality | 275–295 mOsmol/kg $H_2O$ | 275–295 mOsmol/kg $H_2O$ |
| Uric acid | 3.0–8.2 mg/dL | 0.18–0.48 mmol/L |
| **GASES, ARTERIAL BLOOD (ROOM AIR)** | | |
| $Po_2$ | 75–105 mm Hg | 10.0–14.0 kPa |
| $Pco_2$ | 33–45 mm Hg | 4.4–5.9 kPa |
| pH | 7.35–7.45 | [$H^+$] 36–44 nmol/L |
| **CEREBROSPINAL FLUID** | | |
| Cell count | 0–5/mm$^3$ | 0–5 × 10$^6$/L |
| Chloride | 118–132 mEq/L | 118–132 mmol/L |
| Gamma globulin | 3%–12% total proteins | 0.03–0.12 |
| Glucose | 40–70 mg/dL | 2.2–3.9 mmol/L |
| Pressure | 70–180 mm $H_2O$ | 70–180 mm $H_2O$ |
| Proteins, total | <40 mg/dL | <0.40 g/L |

Continued on Next Page

**A738**

## USMLE LABORATORY VALUES (continued)

|  | **Reference Range** | **SI Reference Intervals** |
|---|---|---|
| **HEMATOLOGIC** | | |
| **Complete Blood Count:** | | |
| Hematocrit | Male: 41%–53% | 0.41–0.53 |
| | Female: 36%–46% | 0.36–0.46 |
| Hemoglobin, blood | Male: 13.5–17.5 g/dL | 135–175 g/L |
| | Female: 12.0–16.0 g/dL | 120–160 g/L |
| Mean corpuscular hemoglobin (MCH) | 25–35 pg/cell | 0.39–0.54 fmol/cell |
| Mean corpuscular hemoglobin conc. (MCHC) | 31%–36% Hb/cell | 4.8–5.6 mmol Hb/L |
| Mean corpuscular volume (MCV) | 80–100 $\mu m^3$ | 80–100 fL |
| Volume | | |
| Plasma | Male: 25–43 mL/kg | 0.025–0.043 L/kg |
| | Female: 28–45 mL/kg | 0.028–0.045 L/kg |
| Red cell | Male: 20–36 mL/kg | 0.020–0.036 L/kg |
| | Female: 19–31 mL/kg | 0.019–0.031 L/kg |
| Leukocyte count (WBC) | 4500–11,000/$mm^3$ | $4.5$–$11.0 \times 10^9$/L |
| Neutrophils, segmented | 54%–62% | 0.54–0.62 |
| Neutrophils, bands | 3%–5% | 0.03–0.05 |
| Lymphocytes | 25%–33% | 0.25–0.33 |
| Monocytes | 3%–7% | 0.03–0.07 |
| Eosinophils | 1%–3% | 0.01–0.03 |
| Basophils | 0%–0.75% | 0.00–0.0075 |
| Platelet count | 150,000–400,000/$mm^3$ | $150$–$400 \times 10^9$/L |
| **Coagulation:** | | |
| Partial thromboplastin time (PTT) (activated) | 25–40 seconds | 25–40 seconds |
| Prothrombin time (PT) | 11–15 seconds | 11–15 seconds |
| D-Dimer | ≤250 ng/mL | ≤1.4 nmol/L |
| **Other, Hematologic:** | | |
| Reticulocyte count | 0.5%–1.5% | 0.005–0.015 |
| Erythrocyte count (RBC) | Male: 4.3–5.9 million/$mm^3$ | $4.3$–$5.9 \times 10^{12}$/L |
| | Female: 3.5–5.5 million/$mm^3$ | $3.5$–$5.5 \times 10^{12}$/L |
| Erythrocyte sedimentation rate (Westergren) | Male: 0–15 mm/h | 0–15 mm/h |
| | Female: 0–20 mm/h | 0–20 mm/h |
| CD4+ T-lymphocyte count | ≥500/$mm^3$ | $≥0.5 \times 10^9$/L |
| Troponin I | ≤0.04 ng/mL | ≤0.04 µg/L |
| **Endocrine:** | | |
| Hemoglobin $A_{1c}$ | ≤6% | ≤42 mmol/mol |
| **URINE** | | |
| Calcium | 100–300 mg/24 h | 2.5–7.5 mmol/24 h |
| Osmolality | 50–1200 mOsmol/kg $H_2O$ | 50–1200 mOsmol/kg $H_2O$ |
| Oxalate | 8–40 µg/mL | 90–445 µmol/L |
| Proteins, total | <150 mg/24 h | <0.15 g/24 h |
| **BODY MASS INDEX (BMI)** | Adult: 19–25 kg/$m^2$ | |

# USMLE STEP 1 SAMPLE TEST QUESTIONS

## BLOCK 1, ITEMS 1-40

1.  Serum LDL-cholesterol concentrations are measured in blood samples collected from 25 healthy volunteers. The data follow a normal distribution. The mean and standard deviation for this group are 130 mg/dL and 25 mg/dL, respectively. The standard error of the mean is 5.0. With a 95% confidence level, the true mean for the population from which this sample was drawn falls within which of the following ranges (in mg/dL)?

    (A) 105-155
    (B) 120-140
    (C) 125-135
    (D) 128-132
    (E) 129-131

2.  A 48-year-old man dies suddenly of a cardiac arrhythmia. Six weeks ago, he was resuscitated from a cardiac arrest caused by coronary artery disease and developed oliguric renal failure. Five weeks ago (1 week after being resuscitated), his serum urea nitrogen (BUN) concentration was 40 mg/dL, his serum creatinine concentration was 3.5 mg/dL, and his urine contained granular casts. Four weeks ago, his oliguria resolved, and his BUN and serum creatinine concentrations returned to normal. Examination of his kidneys at autopsy is most likely to show which of the following?

    (A) Acute inflammation
    (B) Fibrinous exudate
    (C) Fibrous scar
    (D) Granulation tissue
    (E) Normal kidney

3.  In a sample of 100 individuals, the mean leukocyte count is 7500/mm³, with a standard deviation of 1000/mm³. If the leukocyte counts in this population follow a normal (gaussian) distribution, approximately 50% of individuals will have which of the following total leukocyte counts?

    (A) 5500–9500/mm³
    (B) <6500/mm³ or >8500/mm³
    (C) 6500–8500/mm³
    (D) <7500/mm³
    (E) >9500/mm³

A740



4. A 55-year-old woman comes to the clinic because of a 2-month history of increasingly severe vaginal pain and itching during sexual intercourse. She avoids intercourse with her husband because of the symptoms. She has been in a monogamous relationship with her husband for the past 25 years. She has type 2 diabetes mellitus. Her vital signs are within normal limits. Pelvic examination shows edematous and erythematous vaginal mucosa with white discharge. A photomicrograph of a vaginal smear is shown. Which of the following is the most likely causal infectious agent?

   (A) *Candida albicans*
   (B) *Chlamydia trachomatis*
   (C) Herpes simplex virus
   (D) Human papillomavirus
   (E) *Trichomonas vaginalis*

5. A 39-year-old man comes to the physician because of a 6-month history of progressive shortness of breath. He has had a cough productive of white sputum for 2 years. He smoked 1 pack of cigarettes daily for 16 years but quit 10 years ago. He is in mild respiratory distress with pursed lips and a barrel chest; he is using the accessory muscles of respiration. Breath sounds are distant and crackles are present in the lower lung fields bilaterally. Pulmonary function tests show a decreased $FEV_1$:FVC ratio, increased residual volume, and decreased diffusion capacity. An x-ray of the chest shows hyperinflation and hypertranslucency of the lower lobes of both lungs. Which of the following is the most likely diagnosis?

   (A) Asthma
   (B) Bronchiectasis
   (C) Chronic pulmonary fibrosis
   (D) Cystic fibrosis
   (E) Emphysema

**A741**

6.  A previously healthy 33-year-old woman is brought to the emergency department by the Secret Service for stalking the president of the USA for 2 months. She claims to be married to the president's twin brother and states that the president just had his twin kidnapped to avoid competition. She speaks rapidly and is difficult to interrupt. Her associations are often loose. She says, "I haven't slept for days, but I won't even try to sleep until my husband is rescued. God has been instructing me to take over the White House. I can't wait to be reunited with my husband. I hear his voice telling me what to do." When asked about drug use, she says she uses only natural substances. She refuses to permit blood or urine tests, saying, "I don't have time to wait for the results." Which of the following is the most likely diagnosis?

    (A) Bipolar disorder, manic, with psychotic features
    (B) Brief psychotic disorder
    (C) Delusional disorder
    (D) Psychotic disorder due to general medical condition
    (E) Schizophrenia



7.  During an experiment, a mouse is vaccinated with live attenuated bacteria at two different times. The results following immunization are shown in the graph. The subject's serum total antibody concentration (Y-axis) was measured at various time points (X-axis). The response to the first immunization is indicated by Peak A, while that of the second immunization with the same bacterial antigen is indicated by Peak B. The phase of the immune response represented by the asterisk is most likely the direct result of which of the following?

    (A) Antigen recognition
    (B) Apoptosis of activated lymphocytes
    (C) B-lymphocyte expansion
    (D) Macrophage phagocytosis
    (E) T-lymphocyte activation

10

**A742**

8.  A 53-year-old man comes to the physician because of a dry scaly rash on his body for the past year. He has had a 15-kg (33-lb) weight loss during the past year. He is 178 cm (5 ft 10 in) tall and now weighs 54 kg (120 lb); BMI is 17 kg/m$^2$. His stools have a large volume and float. Which of the following nutrient deficiencies is most likely?

    (A) Magnesium
    (B) Vitamin A
    (C) Vitamin B$_{12}$ (cobalamin)
    (D) Vitamin C
    (E) Zinc

9.  In screening for prostate cancer, the current serum prostate-specific antigen concentration at which biopsy is recommended is 4.1 ng/mL. If the threshold for recommending a biopsy procedure were lowered to 2.0 ng/mL, which of the following changes would occur to the positive and negative predictive values of the test?

| | Positive Predictive Value | Negative Predictive Value |
|---|---|---|
| (A) | ↑ | ↑ |
| (B) | ↑ | no change |
| (C) | ↑ | ↓ |
| (D) | No change | ↑ |
| (E) | No change | no change |
| (F) | No change | ↓ |
| (G) | ↓ | ↑ |
| (H) | ↓ | no change |
| (I) | ↓ | ↓ |

10. In informing a couple that their newborn has Down syndrome, there is a specific, relatively limited amount of information that the consulting physician should give immediately. The rest can be discussed at a later time. Which of the following best explains the purpose of using this approach to disclosure?

    (A) Allowing the couple's primary care physician to discuss most of the information with them
    (B) Allowing the parents time to tell other family members
    (C) Delaying parental distress until the information is completely disclosed
    (D) Disclosing the most important information so that it can be understood as fully as possible
    (E) Influencing the parents' course of action about what is medically most appropriate

**A743**



Right atrial pressure and cardiac output
(Cardiac function curves)
Cardiac output and right atrial pressure
(Vascular function curves)

11. A 25-year-old man volunteers to participate in a study of exercise. The solid curves in the graph show the relationship between right atrial pressure and cardiac output (cardiac function curves). The dashed lines show the relationship between cardiac output and right atrial pressure (vascular function curves). Point X is the pre-exercise equilibrium point. Which of the following labeled areas is the most likely new cardiac and vascular equilibrium point during exercise in this subject?

12. A 62-year-old man comes to the physician because of a 6-month history of urinary hesitancy and dribbling after urination. He has to urinate two to three times nightly. Physical examination shows a diffusely enlarged, firm, and nontender prostate. Which of the following is most likely to have contributed to the development of this patient's condition?

   (A) Activation of the $\alpha_1$-adrenergic receptor
   (B) Conversion of testosterone to dihydrotestosterone
   (C) Conversion of testosterone to estradiol
   (D) Inhibition of the $\alpha_1$-adrenergic receptor
   (E) Production of prostate-specific antigen

13. An 18-year-old woman with sickle cell disease is brought to the emergency department by her parents because of a 2-hour history of severe abdominal pain and nausea. Her parents say that she had a cheeseburger, milk shake, and chocolate bar for lunch. Her temperature is 37°C (98.6°F). Physical examination shows tenderness over the right upper quadrant of the abdomen, radiating to the right shoulder. Ultrasonography of the right upper quadrant of the abdomen shows gallstones. Which of the following is the most likely underlying cause of this patient's current condition?

   (A) Decreased hepatic secretion of lecithin
   (B) Decreased reabsorption of bile salts
   (C) High ratio of cholesterol to bile acids in bile
   (D) Infestation with parasites secreting $\beta$-glucuronidase
   (E) Overload of unconjugated bilirubin

12

**A744**

14.  A 45-year-old man is brought to the emergency department 30 minutes after the sudden onset of crushing chest pain. His father, maternal aunt, and paternal uncle all died of myocardial infarctions under the age of 50 years. Physical examination shows tendinous xanthomas on the hands and thickened Achilles tendons. Serum lipid studies show a total cholesterol concentration of 410 mg/dL, HDL-cholesterol concentration of 30 mg/dL, and triglyceride concentration of 140 mg/dL. The diagnosis of myocardial infarction is made. This patient most likely has a deficiency of which of the following?

   (A)  Apo B48
   (B)  Apo C
   (C)  HMG-CoA reductase activity
   (D)  LDL receptor
   (E)  Lipoprotein lipase activity

15.  An experimental animal is created in which the germinal centers of the reactive lymph nodes show shrinkage of cells, cytoplasmic budding, no adjacent inflammation, and intact plasma membranes. These cellular findings are most likely caused by which of the following mechanisms?

   (A)  Caspase activation
   (B)  Decreased cytochrome $c$ concentration
   (C)  Decreased intracellular $Ca^{2+}$ concentration
   (D)  Increased glutathione peroxidase activity
   (E)  Increased lysosomal enzyme activity

16.  Investigators conduct a study that evaluates the effect of finasteride on the incidence of prostate cancer in 500 patients. The investigators recruit an additional 1000 patients for the study. Which of the following effects will this have on the research study?

   (A)  Greater chance of a Type I error
   (B)  Greater chance of a Type II error
   (C)  Less chance of a Type I error
   (D)  Less chance of a Type II error
   (E)  Impossible to predict

17.  A 76-year-old man dies of a massive cerebral infarction shortly after admission to the hospital. During the past 10 years, he has had several smaller cerebral infarctions and two transient ischemic attacks. Examination of a cerebral cortex specimen obtained at autopsy shows extensive gliosis. This finding is most likely caused by the growth and proliferation of which of the following?

   (A)  Astrocytes
   (B)  Ependymal cells
   (C)  Fibroblasts
   (D)  Microglial cells
   (E)  Oligodendrocytes

13

**A745**



End-diastolic volume

18. A 65-year-old woman is brought to the emergency department because of a 10-minute history of chest tightness and severe pain of her left arm. Physical examination shows jugular venous distention. Crackles are heard over the lung fields. An ECG shows ST-segment elevation greater than 1 mm in leads $V_4$ through $V_6$ and new Q waves. Serum studies show an increased troponin I concentration. Which of the following labeled points in the graph best represents the changes in cardiac function that occurred during the first 10 seconds after the onset of pain in this patient?

   (A) W → X
   (B) W → Y
   (C) W → Z
   (D) X → W
   (E) X → Y
   (F) X → Z
   (G) Z → W
   (H) Z → X
   (I) Z → Y

19. A previously healthy 52-year-old woman comes to the physician because of a 2-month history of fatigue, constipation, and frequent urination. Her temperature is 37.1°C (98.8°F), pulse is 80/min, respirations are 14/min, and blood pressure is 140/90 mm Hg. Diffuse crackles are heard bilaterally. Her serum calcium concentration is 11.1 mg/dL, and serum parathyroid hormone concentration is decreased. A chest x-ray shows bilateral hilar lymphadenopathy and interstitial infiltrates. Which of the following is the most likely cause of this patient's hypercalcemia?

   (A) Calcitriol production by activated macrophages
   (B) Local resorption of bone by metastases
   (C) Parathyroid hormone-related peptide secretion
   (D) Secretion of parathyroid hormone
   (E) Secretion of thyroid-stimulating hormone

20. A 66-year-old man who was recently diagnosed with Parkinson disease comes to the physician for a follow-up examination. Carbidopa-levodopa therapy was initiated at the time of diagnosis. The patient tells the physician that he still has episodes during which he "freezes." He has a clumsy gait, and there is rigidity of his upper extremities and hands. An adjunct therapy designed to inhibit which of the following enzymes is most likely indicated in this patient?

   (A) Aromatic L-amino acid decarboxylase
   (B) Dopamine β-hydroxylase
   (C) Monoamine oxidase B
   (D) Phenylethanolamine *N*-methyltransferase
   (E) Tyrosine hydroxylase

14

**A746**



21. A study is conducted to assess the effects of epinephrine on total peripheral resistance. An anesthetized experimental animal is injected with a bolus of the drug in both the presence and absence of doxazosin. The results are shown in the graph. Which of the following best represents the signal transduction pathways used by epinephrine to produce these results?

|  | **Epinephrine Without Doxazosin** | **Epinephrine With Doxazosin** |
|---|---|---|
| (A) | Increased cAMP | decreased cAMP |
| (B) | Increased cAMP | decreased cGMP |
| (C) | Increased cGMP | decreased cAMP |
| (D) | Increased cGMP | decreased phosphoinositide turnover |
| (E) | Increased phosphoinositide turnover | decreased cAMP |
| (F) | Increased phosphoinositide turnover | increased cAMP |

22. A 46-year-old woman comes to the physician because of a 3-day history of intermittent pain with urination and increased urinary frequency. She says that she had one similar episode during the past 6 months. She also has had irregular menses, and her last menstrual period occurred 2 months ago. She has not had fever, nausea, vomiting, or blood in her urine. She is sexually active with one male partner. Physical examination shows no abnormalities. Urinalysis shows:

| RBC | 3–5/hpf |
|---|---|
| WBC | 10–20/hpf |
| Nitrites | positive |
| Leukocyte esterase | positive |
| Bacteria | positive |

Which of the following is the strongest predisposing risk factor for the development of this patient's condition?

(A) Leiomyomata uteri
(B) Perimenopause
(C) Pregnancy
(D) Sexual intercourse

15

**A747**

Case 2:22-cv-05120-MAA-CS Document 102-1 Filed 09/29/22 Page 29 of 291 PageID #: 898

23. A 28-year-old man comes to the physician because of a 2-month history of a rash on his wrists and hands. He is a first-year mortuary science student. He also works on his grandfather's farm each weekend. His hobbies include raising homing pigeons and repairing vintage motorcycles. He recently changed to a different type of laundry detergent to save money. Physical examination shows a diffuse erythematous rash involving both hands up to the wrist creases. The rash does not extend over any other parts of the body. Which of the following is the most likely cause of this patient's rash?

    (A) Change in laundry detergent
    (B) Exposure to chemicals during motorcycle repair
    (C) Handling pigeons
    (D) Pesticide exposure
    (E) Use of latex gloves

24. A 10-year-old boy is brought to the emergency department in the middle of summer because of fever, headache, and photophobia. Several of his camp mates have had a similar illness. Physical examination shows mild nuchal rigidity. A lumbar puncture is performed. Laboratory studies show:

| | |
|---|---|
| Serum glucose | 90 mg/dL |
| Cerebrospinal fluid | |
|   Pressure, opening | 50 mm $H_2O$ |
|   Glucose | 65 mg/dL |
|   Total protein | 70 mg/dL |
|   Leukocyte count | 43/mm$^3$ (95% lymphocytes) |

Which of the following infectious agents is the most likely cause of these findings?

    (A) Adenovirus
    (B) Enterovirus
    (C) Herpes simplex virus
    (D) *Neisseria meningitidis*
    (E) *Streptococcus pneumoniae*

25. A healthy 30-year-old woman participates in a study of the relationship between cardiovascular function and posture. Placed in a room with a comfortable temperature (72°F) and humidity (40%), she moves from a standing to a supine position. Which of the following sets of changes is most likely in the reflex control of this woman's cardiovascular system?

| | Carotid Sinus Baroreceptor Activity | Atrial Stretch Receptor Activity | Vagal Efferent Activity to the Heart |
|---|:---:|:---:|:---:|
| (A) | ↑ | ↑ | ↑ |
| (B) | ↑ | ↑ | ↓ |
| (C) | ↑ | ↓ | ↑ |
| (D) | ↑ | ↓ | ↓ |
| (E) | ↓ | ↑ | ↑ |
| (F) | ↓ | ↑ | ↓ |
| (G) | ↓ | ↓ | ↑ |
| (H) | ↓ | ↓ | ↓ |

**A748**

26. A 31-year-old woman with a 5-year history of fatigue comes to the physician for an initial visit. She has seen four other physicians for the same condition within the past 6 months, but no abnormalities were found. She gives the physician a large folder that contains her medical records. She says, "I can barely get out of bed most mornings, but nobody can figure out why because all of my tests turn out normal. I really think I have chronic fatigue syndrome. What do you know about this condition?" The physician has not treated any patient with chronic fatigue syndrome before. Which of the following initial statements by the physician is most appropriate to establish rapport with this patient?

    (A) "From the size of the folder you brought, it looks like you've had very thorough examinations in the past."
    (B) "I don't have much experience with chronic fatigue syndrome, but I'm committed to learning as much as I can about it."
    (C) "I'm not familiar with chronic fatigue syndrome, except that many physicians don't think it's a real disease."
    (D) "Let's start over from scratch. We'll need to repeat complete testing."
    (E) "When nothing abnormal is found during thorough examinations and laboratory studies, there is often an underlying psychological cause of the symptoms."

27. A 3-week-old girl delivered at term with no complications is brought to the physician by her mother because of a 1-week history of yellow eyes and skin, tan-colored stools, and dark brown urine. The newborn has been breast-feeding without difficulty. She is alert and appears to be in no distress. She is at the 50th percentile for length and weight. Physical examination shows scleral icterus and jaundice. There is mild hepatomegaly; the spleen is not palpable. Laboratory studies show:

| | |
|---|---|
| Hemoglobin | 14.4 g/dL |
| Hematocrit | 43% |
| Leukocyte count | 8000/mm$^3$ |
| Serum | |
|   Albumin | 3.5 g/dL |
|   Bilirubin, total | 14 mg/dL |
|     Direct | 12.5 mg/dL |
|   AST | 50 U/L |
|   ALT | 45 U/L |

Which of the following is the most likely diagnosis?

    (A) Biliary atresia
    (B) Crigler-Najjar syndrome, type I
    (C) Gilbert syndrome
    (D) Hemolytic disease of the newborn
    (E) Physiologic jaundice

28. A 65-year-old woman comes to the physician for a follow-up examination after blood pressure measurements were 175/105 mm Hg and 185/110 mm Hg 1 and 3 weeks ago, respectively. She has well-controlled type 2 diabetes mellitus. Her blood pressure now is 175/110 mm Hg. Physical examination shows no other abnormalities. Antihypertensive therapy is started, but her blood pressure remains elevated at her next visit 3 weeks later. Laboratory studies show increased plasma renin activity; the erythrocyte sedimentation rate and serum electrolytes are within the reference ranges. Angiography shows a high-grade stenosis of the proximal right renal artery; the left renal artery appears normal. Which of the following is the most likely diagnosis?

    (A) Atherosclerosis
    (B) Congenital renal artery hypoplasia
    (C) Fibromuscular dysplasia
    (D) Takayasu arteritis
    (E) Temporal arteritis

17

**A749**

29.  Results of a study that examined the impact of risk factors on cardiovascular health are being evaluated. In the study, serum LDL-cholesterol (LDL) concentration is found to have a correlation of 0.6 with serum high-sensitivity C-reactive protein (hs-CRP) concentration. Which of the following statements best describes the relationship between LDL concentration and hs-CRP concentration based on this finding?

(A) Higher LDL concentrations are associated with higher hs-CRP concentrations
(B) Higher LDL concentrations are associated with lower hs-CRP concentrations
(C) Higher LDL concentrations cause higher hs-CRP concentrations
(D) Higher LDL concentrations cause lower hs-CRP concentrations



30.  A pharmaceutical company is developing a new bronchodilator agent. The graph shows concentration-response curves for three investigational drugs (Drugs X, Y, and Z), describing their effect on bronchial smooth muscle relaxation. Based on these data, which of the following best describes the relationship among these three agents?

(A) Drug X is more potent than Drugs Y or Z
(B) Drug X has greater efficacy than Drugs Y or Z
(C) Drug Y is more potent than Drugs X or Z
(D) Drug Y has greater efficacy than Drugs X or Z
(E) Drug Z is more potent than Drugs X or Y
(F) Drug Z has greater efficacy than Drugs X or Y

18

**A750**

31. A 72-year-old man comes to the physician for a health maintenance examination. He has no personal or family history of major medical illnesses. He has never smoked cigarettes. Pulse oximetry on room air shows an oxygen saturation of 98%. Physical examination shows plethoric skin and splenomegaly. Laboratory studies show:

| | |
|---|---|
| Hemoglobin | 21.1 g/dL |
| Hematocrit | 61% |
| Leukocyte count | 15,000/mm$^3$ |
|   Segmented neutrophils | 68% |
|   Basophils | 4% |
|   Lymphocytes | 28% |
| Platelet count | 501,000/mm$^3$ |
| Leukocyte alkaline phosphatase | increased |

A peripheral blood smear shows occasional giant platelets. The primary hematologic defect in this patient most likely occurred in which of the following cells?

(A) Erythroid progenitor
(B) Hematopoietic stem
(C) Lymphatic progenitor
(D) Megakaryocyte progenitor
(E) Pluripotent stem



32. A 45-year-old man comes to the physician because of a 10-year history of heartburn that occurs after he eats late at night or consumes spicy food. He has had no weight loss or difficulty swallowing. He takes over-the-counter antacids as needed, but they relieve his discomfort only temporarily. Physical examination shows no abnormalities. An endoscopy is done. The distal esophagus is shown in the photograph. Which of the following is the most likely cause of this patient's symptoms?

(A) Defect in secretin production
(B) Excessive gastrin production
(C) Excessive transient lower esophageal relaxations
(D) Failure of primary esophageal peristalsis
(E) Failure of saliva production

19

**A751**

33. A 21-year-old man comes to the emergency department in the winter because of headache, nausea, and dizziness for 4 hours. He has not had fever, chills, or shortness of breath. He has no history of major medical illness. He lives in a basement apartment of a three-story house. He smokes 1½ packs of cigarettes daily. Physical examination shows no abnormalities. It is most appropriate for the physician to ask the patient for more information about which of the following historical factors?

    (A) Occupational exposure
    (B) Substance use
    (C) Travel
    (D) Type of home heating
    (E) Use of over-the-counter medication



34. A 56-year-old woman comes to the physician because of a 2-year history of recurrent urinary tract infections accompanied by left flank pain. Physical examination shows no abnormalities. Renal ultrasonography shows left-sided hydronephrosis. A T2-weighted coronal MRI of the abdomen is shown; the arrow indicates the hydronephrosis. The left renal collecting system is most likely obstructed at which of the following anatomic locations in this patient?

    (A) Bladder neck
    (B) Mid ureter
    (C) Renal calyx
    (D) Ureteropelvic junction
    (E) Ureterovesical junction

---

35. A 25-year-old woman comes to the physician because of a long history of pain with menses. The pain occurs on the first day of her 5-day menstrual period and lasts all day. She rates the pain as 10 on a 10-point scale. The most appropriate initial pharmacotherapy to relieve this patient's pain has which of the following mechanisms of action?

    (A) Inhibition of estrogen synthesis
    (B) Inhibition of 11β-hydroxylase activity
    (C) Inhibition of prostaglandin synthesis
    (D) Stimulation of follicle-stimulating hormone synthesis
    (E) Stimulation of luteinizing hormone synthesis

**A752**



36.     A 35-year-old man is brought to the emergency department 30 minutes after he sustained a cut on his hand while
        loading cargo at his job. He lives alone and takes most of his meals at a local restaurant. He eats mostly snack foods
        at the bar and fast food. He drinks four to six 12-oz beers daily and double that amount on weekends. He takes no
        medications. Physical examination shows a 3-cm laceration on the right hand that is bleeding steadily. Laboratory
        studies show a hemoglobin concentration of 11 g/dL, leukocyte count of 4000/mm³, and platelet count of
        150,000/mm³. A photomicrograph of a peripheral blood smear is shown. A deficiency of which of the following is the
        most likely cause of this patient's anemia?

        (A)  Folic acid
        (B)  Glucose-6-phosphate dehydrogenase
        (C)  Iron
        (D)  Vitamin B₁ (thiamine)
        (E)  Vitamin B₆ (pyridoxine)

37.     A 3800-g (8-lb 6-oz) newborn is delivered vaginally at 39 weeks' gestation after an uncomplicated pregnancy. Apgar
        scores are 9 and 9 at 1 and 5 minutes, respectively. The newborn is crying, has pink skin, and appears vigorous.
        Physical examination shows a vagina and also a structure that appears to be a penis, with the urethra located at the
        base near the opening of the vagina. Chromosomal analysis is ordered. Which of the following is the most likely cause
        of the intersex findings in this newborn if the karyotype is found to be 46,XX?

        (A)  17α-Hydroxyprogesterone deficiency
        (B)  Increased concentration of müllerian-inhibiting substance
        (C)  Maternal androgen exposure
        (D)  Presence of the sex-determining region Y gene
        (E)  5α-Reductase deficiency

38.     A 65-year-old man is admitted to the hospital because of a 12-hour history of chest pain. Physical examination shows
        no abnormalities. Serum studies show an increased troponin I concentration. The diagnosis of myocardial infarction
        is made. It is suspected that this patient's condition deteriorated as a result of ischemia-reperfusion injury. The
        increased serum troponin I concentration in this patient most likely occurred as a result of which of the following
        processes?

        (A)  Increased enzyme secretion
        (B)  Increased enzyme synthesis
        (C)  Karyolysis
        (D)  Lysis of the endoplasmic reticulum
        (E)  Lysis of the plasma membrane
        (F)  Mitochondrial swelling

21

**A753**

39. A randomized clinical trial is conducted to compare wound healing and cosmetic differences between two surgical procedures for closing skin wounds following cesarean delivery. A total of 1000 women undergoing cesarean delivery during a 6-month period are enrolled in the study, which was 85% of the total number of patients undergoing the procedure. The results show a wound infection rate of 12 cases per 1000 women for Procedure A and 18 cases per 1000 women for Procedure B. Which of the following is the best estimate of the absolute risk reduction for wound infection following Procedure A compared with Procedure B?

   (A) $(18/1000) - (12/1000)$
   (B) $0.85 \times (12/1000)$
   (C) $0.85 \times (18/1000)$
   (D) $[0.85 \times (18/1000 - 12/1000)]$
   (E) $[(1.2/100) - (1.8/100)]/(1.8/100)$



40. A 22-year-old man is brought to the emergency department 15 minutes after diving off a pier into shallow water, striking his forehead on the bottom of the pond. He says that he felt immediate pain in his neck and then lost all ability to move or feel his legs. Physical examination shows that all muscle function above the level of the injury is preserved. A lateral x-ray of the cervical spine is shown. Which of the following functions is most likely spared in this patient?

   (A) Elbow extension
   (B) Elbow flexion
   (C) Finger abduction
   (D) Thumb abduction
   (E) Wrist flexion

22

**A754**

USMLE STEP 1 SAMPLE TEST QUESTIONS

BLOCK 2, ITEMS 41-80

41.  A 4-year-old girl with type 1 diabetes mellitus is brought to the emergency department by her father because of a 4-hour episode of restlessness, sweating, and confusion that occurred during the night. Yesterday, he allowed her to eat cupcakes and cotton candy at a county fair. At her bedtime that evening, he increased her dose of subcutaneous intermediate-acting and long-acting insulin. Her symptoms began 6 hours later, then resolved spontaneously. After being informed this morning of this nighttime episode, the mother insisted the father bring the patient to the hospital. On arrival, the patient is alert. Her vital signs are within normal limits. Examination shows no abnormalities. Her fingerstick blood glucose concentration is 72 mg/dL. Urinalysis is negative for glucose and ketones. Which of the following is the most likely explanation for this patient's nighttime symptoms?

   (A)  Hyperglycemia caused by increased glucose consumption
   (B)  Hyperglycemia caused by increased glycogen metabolism
   (C)  Hyperglycemia caused by insufficient exogenous insulin
   (D)  Hypoglycemia caused by excess exogenous insulin
   (E)  Hypoglycemia caused by excessive renal glucose loss
   (F)  Hypoglycemia caused by increased glucagon secretion
   (G)  Nightmare disorder
   (H)  Sleep terror disorder



42.  A previously healthy 65-year-old woman comes to the physician because of several episodes of fainting during the past 2 months. Each episode lasted several minutes. Her pulse is 82/min, respirations are 20/min, and blood pressure is 135/87 mm Hg. Cardiac examination shows $S_3$ and $S_4$. Echocardiography shows a pedunculated intracardiac mass. The lesion is resected. A photomicrograph of the resected lesion is shown. This lesion was most likely obtained from which of the following locations?

   (A)  Interventricular septum
   (B)  Left atrium
   (C)  Left ventricle
   (D)  Right atrium
   (E)  Right ventricle

23

**A755**

43. A male newborn is delivered at term to a 28-year-old primigravid woman. Physical examination shows a broad, flat nose; low-set ears; a receding chin; prominent infraorbital folds; and bilateral abdominal masses. The newborn develops cyanosis, difficulty breathing, and polyuria and dies 24 hours after birth. At autopsy, examination shows pulmonary hypoplasia and enlarged, polycystic kidneys. Genetic testing shows two copies of a gene having a pathogenic mutation with a disease incidence rate in the general population of 1 in 10,000. Which of the following best describes the mutation occurrence rate for this newborn's disease?

   (A) 1/100
   (B) 1/400
   (C) 1/1000
   (D) 1/4000
   (E) 1/10,000



44. A 75-year-old woman comes to the physician because of a 3-year history of pain in her wrists and hands. She says that the pain has become more severe during the past 3 months. She has difficulty buttoning her coat because of the pain. Physical examination shows the findings in the photograph. Which of the following additional hand findings is most likely in this patient?

   (A) Cortical thinning
   (B) Degenerative changes of the cartilage
   (C) Inflammation of digital tendons
   (D) Neutrophilic infiltration of the synovium
   (E) Thickening of the synovium with pannus

45. A previously healthy 64-year-old man is brought to the emergency department 3 hours after the sudden onset of severe flank pain. He has no history of similar pain or serious illness. He takes no medications. He appears to be in distress. His pulse is 100/min, and blood pressure is 168/92 mm Hg. Physical examination shows a soft abdomen with left-sided tenderness. Urinalysis shows microscopic hematuria. A CT scan of the abdomen shows a small ureteric calculus. Analgesic therapy is initiated and the pain resolves 1 hour later. The urine is then strained and a uric acid calculus is found. Which of the following processes is most likely impaired in this patient?

   (A) Bile salt metabolism
   (B) Cholesterol metabolism
   (C) Cytochrome P450 activity
   (D) Purine metabolism
   (E) Urea cycle

46. A 32-year-old woman with hypothyroidism comes to the physician because of a 6-week history of cold intolerance, constipation, and severe fatigue. She also has had a 4.5-kg (10-lb) weight gain during this period. Her current medication is daily levothyroxine. She also started taking calcium carbonate supplements 2 months ago for osteopenia of the lumbar spine. At that time, serum concentrations of thyroid-stimulating hormone (TSH) and free thyroxine (FT$_4$) were within the reference ranges. Today, physical examination shows coarse, dry skin. Serum studies show a TSH concentration of 16.6 μU/mL and FT$_4$ concentration of 0.3 ng/dL. Which of the following pharmacokinetic changes of levothyroxine is the most likely cause of this patient's current condition?

   (A) Decreased absorption
   (B) Decreased distribution
   (C) Decreased elimination
   (D) Increased distribution
   (E) Increased elimination
   (F) Increased metabolism



47. A 71-year-old woman comes to the physician because of a 5-day history of a painful rash. The rash began as a burning sensation over the right lower side of her chest. Three days ago, small, flat, painful macules appeared that rapidly progressed to vesicular lesions. During this period, the pain has continually increased in severity. Her temperature is 37.8°C (100°F), pulse is 72/min, respirations are 22/min, and blood pressure is 129/78 mm Hg. Physical examination shows the findings in the photograph. The rash does not cross the midline. The most likely cause of this patient's illness is a deficiency in which of the following components of the immune system?

   (A) Cellular
   (B) Complement
   (C) Humoral
   (D) Phagocytic cell
   (E) Toll-like receptor

48. A 19-year-old man undergoes splenectomy because of crush injuries sustained in a motor vehicle collision. During the operation, two small accessory spleens are seen adjacent to the ruptured spleen. The most likely origin of this patient's congenital anomaly is thickening of an embryologic layer at which of the following sites?

   (A) Adjacent to the ventral pancreas
   (B) Along the lesser curvature of the stomach
   (C) At the origin of the celiac vessels
   (D) In a portion of the hepatic diverticulum
   (E) Within the dorsal mesogastrium

25

49. A 48-year-old man comes to the physician requesting treatment for alcohol withdrawal. He reports a 30-year history of consuming 6 to 10 beers daily. He has had two citations for driving while intoxicated. He has previously experienced alcohol-associated seizures and withdrawal symptoms. His vital signs are within normal limits. Physical examination shows palmar erythema. The most appropriate pharmacotherapy in this patient most likely has which of the following mechanisms?

    (A) Blockade of dopamine receptors
    (B) Decreased activity of dopamine transporters
    (C) Enhancement of the effect of postsynaptic $\gamma$-aminobutyric acid (GABA)
    (D) Increased GABA transaminase activity
    (E) Inhibition of glutamate release
    (F) Inhibition of serotonin reuptake
    (G) Opening of glutamate channels
    (H) Stimulation of 5-hydroxytryptophan receptors

50. A 48-year-old woman with type 2 diabetes mellitus comes to the physician for a follow-up examination. Current medications are metformin and once-daily insulin. She travels frequently and works long hours. She says that her meals are usually fast food. She leads a sedentary lifestyle. She often forgets to measure her blood glucose concentration. Her last hemoglobin $A_{1c}$ was measnred as 8.4%. Which of the following is the most appropriate action by the physician to help this patient improve her diabetic control?

    (A) Create an exercise regimen for the patient
    (B) Explore barriers to diet adherence
    (C) Increase the patient's insulin dosage
    (D) Increase the patient's metformin dosage
    (E) Measure the patient's blood glucose concentration
    (F) Order measurement of the patient's microalbumin concentration
    (G) Refer the patient to a nutritionist

51. A 19-year-old man who is a college freshman comes to the office because of a 4-day history of tender, swollen glands. He also has a 6-day history of fever, malaise, and decreased appetite. His temperature is 38.7°C (101.7°F). Physical examination shows swelling of the parotid glands. Which of the following infectious agents is the most likely cause of these findings?

    (A) Epstein-Barr virus
    (B) Hepatitis B virus
    (C) Measles virus
    (D) Mumps virus
    (E) Rubella virus

52. A 38-year-old woman who is a veteran comes to the emergency department because of a 4-hour history of a sensation of tightness in her throat and swelling of her face, lips, and tongue. She has not had itching. During the past 3 weeks, she has had two similar, milder episodes that resolved without treatment within 24 to 72 hours. Six weeks ago, she began treatment with an ACE inhibitor for hypertension. She has seasonal allergies. Her temperature is 37.1°C (98.8°F), pulse is 80/min, respirations are 20/min, and blood pressure is 138/81 mm Hg. Physical examination shows angioedema of the lips and tongue. There is no evidence of urticaria. Which of the following is the most likely cause of the angioedema in this patient?

    (A) Bradykinin
    (B) Histamine
    (C) Leukotriene $B_4$
    (D) Nitric oxide
    (E) Prostaglandin $E_2$

26

**A758**



**Baseline**     **Valsalva**

53.  A 58-year-old man comes to the physician because of a 6-month history of an enlarging mass in his left scrotum. Physical examination shows a soft, nontender, 2-cm mass in the left scrotum inferior to the inguinal canal; the right testis is normal. Scrotal ultrasonography is done; longitudinal color Doppler images through the mass are shown at rest (Baseline) and during a Valsalva maneuver. Based on the findings shown, there is abnormal dilation of which of the following?

    (A) Cremasteric artery
    (B) Pampiniform plexus
    (C) Testicular artery
    (D) Testicular vein

54.  A 48-year-old woman comes to the physician because of a 2-month history of fatigue and poor appetite; she has had a 3-kg (6.6-lb) weight loss during this period. Abdominal examination shows moderate splenomegaly. Laboratory studies show a leukocyte count of 185,000/mm$^3$ (65% segmented neutrophils with 6% blasts and promyelocytes). Cytogenetic analysis of a bone marrow aspirate shows the presence of the Philadelphia (Ph[1]) chromosome in myelocytes. Which of the following mechanisms best accounts for the formation of the Philadelphia (Ph[1]) chromosome in this patient?

    (A) Nondisjunction
    (B) Recombination
    (C) Sister chromatid exchange
    (D) Telomere breakage
    (E) Transposon insertion

**A759**

55. A 2-year-old boy is brought to the physician because of failure to thrive. He also has had loose, fatty, foul-smelling stools and a cough during the past 2 weeks. He is at the 30th percentile for height and 10th percentile for weight. Physical examination shows no other abnormalities. Laboratory studies show steatorrhea and a sweat chloride concentration of 80 mmol/L. A chest x-ray shows hyperinflation. Sputum culture grows *Haemophilus influenzae* and *Staphylococcus aureus*. Secretion of which of the following substances is most likely to be decreased in this patient?

    (A) Bicarbonate
    (B) Gastric acid
    (C) Glucagon
    (D) Insulin
    (E) Intrinsic factor



56. A 19-year-old man is admitted to the hospital 1 hour after he was involved in a motor vehicle collision in which he sustained fractures to the right clavicle, multiple ribs, and the left hip. He was traveling at 40 mph when he was thrown from his motorcycle and struck a tree. He did not lose consciousness. He has no history of serious illness and takes no medications. His temperature is 37.0°C (98.6°F), pulse is 92/min, respirations are 12/min, and blood pressure is 106/72 mm Hg. Examination shows abrasions over the neck, right shoulder, both sides of the rib cage, and left thigh. Cranial nerves are intact. Muscle strength is 5/5 in the left upper and right lower extremities. Muscle strength testing of the left lower extremity is limited by pain. Deep tendon reflexes are 1+ in the right biceps and brachioradialis and 2+ elsewhere. Sensation to cold and pinprick is decreased over the right shoulder. Mental status examination shows no abnormalities. A diagram of the site of the right shoulder injury (arrow) is shown. Further examination is most likely to show weakness of the right upper extremity during which of the following maneuvers?

    (A) Elbow extension
    (B) Finger abduction
    (C) Shoulder abduction
    (D) Thumb flexion
    (E) Wrist flexion

28

**A760**

Case 2:22-cv-05123-MAD-CS Document 127-1 Filed 09/29/22 Page 265 of 291 PageID #: 911

57. A 10-year-old boy is brought to the physician because of a 3-week history of nosebleeds and easy bruisability. His older brother has had similar episodes. He is at the 30th percentile for height and weight. Physical examination shows nasal and gingival bleeding and several ecchymoses over the trunk and upper and lower extremities in various stages of healing. Laboratory studies show a platelet count of 300,000/mm³ (N=150,000–400,000). Platelet adhesion testing shows a normal response to ristocetin, but aggregation does not occur in response to thrombin; platelet morphology is normal. Prothrombin time and activated partial thromboplastin time are within the reference ranges. A defect in which of the following is the most likely cause of the findings in this patient?

   (A) Factor VII (proconvertin)
   (B) Fibrinogen
   (C) Glycoprotein IIb-IIIa
   (D) Granule storage pool
   (E) von Willebrand factor

58. A previously healthy 45-year-old woman who works as a park ranger comes to the physician because of a 1-week history of shortness of breath, even at rest. She has lived in the mountains at 10,000 feet above sea level for 2 years; the physician's office is located at sea level. Her pulse is 85/min, respirations are 18/min, and blood pressure is 125/90 mm Hg. Physical examination while sitting upright shows jugular venous distention and 2+ pedal edema. During the past 2 years, which of the following has most likely decreased in this patient?

   (A) Height of P waves in lead I of the patient's ECG
   (B) Height of R waves in lead $V_1$ of the patient's ECG
   (C) Hematocrit
   (D) Pulmonary vascular resistance
   (E) Right ventricular diastolic compliance
   (F) Right ventricular wall thickness

59. A 25-year-old woman comes to the physician because of a 4-month history of cough and unintentional weight loss. Rhonchi are heard posteriorly over the right upper thorax. A chest x-ray shows an 8-cm cavity in the right upper lobe and hilar lymphadenopathy. Ziehl-Neelsen staining of an induced sputum specimen shows acid-fast bacilli. The patient begins treatment with four antimycobacterial drugs, including rifampin. Synthesis of which of the following components of the suspected pathogen is most likely directly inhibited by the rifampin in this patient's medication regimen?

   (A) ATP
   (B) Folic acid
   (C) Peptidoglycan
   (D) Protein
   (E) RNA

60. A 34-year-old man is brought to the emergency department 30 minutes after being hit by a motor vehicle while walking. His temperature is 36°C (96.8°F), pulse is 140/min, respirations are 24/min, and blood pressure is 90/60 mm Hg. During an exploratory laparotomy, a large laceration is found that includes the right and left lobes of the liver. Active bleeding is present. Compression of which of the following ligaments is most likely to decrease bleeding from the liver in this patient?

   (A) Coronary
   (B) Falciform
   (C) Gastrohepatic
   (D) Hepatoduodenal
   (E) Triangular

Case 2:22-cv-05120-MAD-OYS Document 273-1/2 Filed 05/29/22 Page 266 of 291 PageID #: 912

61. A 1-month-old boy is brought to the emergency department because of a 1-day history of fever and cough. His temperature is 38.2°C (100.8°F), pulse is 140/min, and respirations are 54/min. Physical examination shows intercostal retractions. Wheezes are heard in all lung fields. A blood culture grows coagulase-negative, catalase-positive, gram-positive cocci in clusters. Which of the following best represents the infectious agent in this patient's blood culture?

    (A) *Staphylococcus aureus*, contaminant
    (B) *Staphylococcus aureus*, pathogen
    (C) *Staphylococcus epidermidis*, contaminant
    (D) *Staphylococcus epidermidis*, pathogen
    (E) *Streptococcus pneumoniae*, contaminant
    (F) *Streptococcus pneumoniae*, pathogen
    (G) *Streptococcus sanguis*, contaminant
    (H) *Streptococcus sanguis*, pathogen

62. A study is conducted to determine the effects on humans of replacing a portion of dietary carbohydrates with various fatty acids. The serum concentrations of total cholesterol, LDL-cholesterol, and HDL-cholesterol are measured. For every 1% energy increase in dietary trans-18:1 fatty acid, which of the following sets of results is most likely?



30

**A762**

63. A new drug, Drug X, is being investigated to determine its pharmacokinetic properties in humans. A male participant who weighs 85 kg (187 lb) with 50 L of total body water begins treatment with an intravenous infusion of Drug X at the rate of 100 mg/h. This drug is known to distribute in total body water. The plasma concentrations of the drug are measured. Results show that the steady-state plasma concentration of Drug X is 50 mg/L. Based on this information, which of the following is the clearance rate of this drug in this man?

    (A) 20 mg/h
    (B) 100 mg/h
    (C) 0.22 L/h
    (D) 2 L/h
    (E) 22 L/h

64. A 78-year-old woman is admitted to the intensive care unit because of diverticulitis complicated by *Escherichia coli* sepsis. Treatment with ciprofloxacin is started. Three days later, her serum creatinine concentration has increased from 0.7 mg/dL on admission to 1.3 mg/dL. Urinalysis shows muddy brown casts. The most likely cause of the findings in this patient is ischemia of which of the following structures?

    (A) Bowman capsule
    (B) Glomerulus
    (C) Interstitium
    (D) Proximal tubule
    (E) Renal vein

65. A 34-year-old woman with myasthenia gravis comes to the emergency department because of a 2-day history of increasing weakness, shortness of breath, and abdominal cramping. Current medications are prednisone and pyridostigmine. Her temperature is 37°C (98.6°F), pulse is 45/min, and respirations are 25/min and shallow. Her voice is soft and hypernasal, and she coughs weakly when swallowing water. Breath and heart sounds are normal. Pulmonary testing shows inability to generate a normal negative inspiratory force during forced inspiration. The abdomen is soft and nontender, with increased bowel sounds. Muscle strength is 4/5 diffusely, with severe, continuous, and diffuse fasciculations. Deep tendon reflexes are sluggish, but symmetric. Which of the following is the most likely cause of this patient's weakness?

    (A) Aspiration pneumonia
    (B) Guillain-Barré syndrome
    (C) Insufficient dose of prednisone
    (D) Motor neuron disease
    (E) Pyridostigmine overdose

66. A 35-year-old woman comes to the office because she has had three first-trimester spontaneous abortions during the past 3 years. Physical examination shows no abnormalities. Laboratory studies show no endocrine abnormalities. Chromosomal analysis shows a paracentric inversion of the long arm of chromosome 1. Which of the following best describes this patient's risk for early spontaneous abortions and a liveborn child with aneuploidy?

| | Risk for Early Spontaneous Abortions | Risk for Liveborn Child With Aneuploidy |
|---|---|---|
| (A) | High | high |
| (B) | High | low |
| (C) | Low | high |
| (D) | Low | low |

A763

67.    A 12-year-old boy is brought to the office by his parents for genetic counseling because of a family history of genetic disorders. He has no symptoms or history of major medical illness. The patient's maternal grandfather died of Huntington disease at the age of 35 years. Genetic testing of the mother showed 19 triplet repeats on each huntingtin (HTT) allele (N=10–20). The patient's paternal grandfather had colon cancer at the age of 30 years, and the father had numerous colon polyps at the age of 20 years treated with a colectomy. Genetic testing of the father shows heterozygosity for a frame-shift mutation in the APC gene. Physical examination of the patient shows no abnormalities. Based on this patient's risk for genetic disease, it is most appropriate for the physician to order which of the following genetic tests at this time?

     (A)  Analysis of triplet repeat sizes of *HTT*
     (B)  Full sequencing and rearrangement analysis of *APC*
     (C)  Full sequencing of *HTT*
     (D)  Specific testing for the *APC* frame-shift mutation
     (E)  It is not recommended to do predictive genetic testing on a minor



68.    A 53-year-old woman comes to the office because of a 6-year history of stiffness and pain of her hands. She has difficulty buttoning her clothes because of the symptoms. She takes no medications. Physical examination shows the findings in the photograph. An abnormality of which of the following is most likely to confirm the diagnosis in this patient?

     (A)  Anti-citrullinated peptide antibody
     (B)  Antimitochondrial antibody assay
     (C)  Human leukocyte antigen-DQ2 antibody assay
     (D)  Precursor of the erythroid cell line
     (E)  Precursor of the thrombopoietic line

69.    A 25-year-old man comes to the office because of a 4-hour history of irritability, restlessness, tremor, and palpitations. He is a known user of amphetamines. His pulse is 120/min, respirations are 25/min, and blood pressure is 150/100 mm Hg. Physical examination shows no abnormalities. The most likely cause of this patient's symptoms is sympathomimetic activity arising from which of the following?

     (A)  Decreased intracellular metabolism of biogenic amines
     (B)  Decreased monoamine oxidase activity
     (C)  Decreased presynaptic receptor activation
     (D)  Increased intracellular metabolism of biogenic amines
     (E)  Increased presynaptic receptor activation
     (F)  Increased release of biogenic amines

**A764**

70. A 5-year-old girl is brought to the office by her mother because of a 6-hour history of bloody diarrhea. She is interactive and in no acute distress. Her blood pressure is 90/55 mm Hg. Abdominal examination shows normoactive bowel sounds. Stool cultures are obtained, and the patient's mother is advised to give the girl plenty of fluids. Five days later, the patient develops decreased urine output and is brought back to the office. Her blood pressure is now 135/88 mm Hg. Physical examination shows pallor. Laboratory studies show:

| | |
|---|---|
| Hemoglobin | 8.5 g/dL (N=11–15) |
| Hematocrit | 26% (N=28%–45%) |
| Platelet count | 45,000/mm$^3$ (N=150,000–400,000) |
| Serum creatinine | 3.3 mg/dL (N=0.3–0.7) |

Which of the following infectious agents is the most likely cause of these findings?

- (A) *Campylobacter jejuni*
- (B) *Escherichia coli*
- (C) Rotavirus
- (D) *Salmonella enterica* serovar *enteritidis*
- (E) *Yersinia pestis*

71. A 78-year-old woman is admitted to the hospital because of a 1-week history of jaundice. CT scan of the abdomen shows a mass suggestive of pancreatic cancer. Three hours later, the on-call physician enters the patient's room to discuss the prognosis and obtain consent for a biopsy scheduled for the next morning. On entering the room, the physician greets the patient and her husband. The physician then learns that the patient speaks only Mandarin. Her husband is fluent in Mandarin and English. The hospital interpreter is not available until tomorrow morning. The patient's husband appears anxious and insists that the physician speaks to him and allows him to serve as an interpreter for his wife. Which of the following is the most appropriate next step in management?

- (A) Allow the patient's husband to serve as an interpreter
- (B) Consult the hospital ethics committee
- (C) Explain to the husband that information cannot be provided until the hospital interpreter arrives in the morning
- (D) Use a telephone interpreter service

72. A 4-year-old boy develops fever 3 weeks after being admitted to the hospital for induction chemotherapy for treatment of acute lymphoblastic leukemia. Chemotherapy medications are L-asparaginase, dexamethasone, doxorubicin, and vincristine. His temperature is 38.2°C (100.8°F), pulse is 122/min, and respirations are 24/min. Physical examination shows pallor, alopecia, and ulcerations over the gums. A central venous catheter with entry site in the right upper chest is present but has no surrounding erythema. A blood culture grows gram-negative rods after 36 hours. Which of the following underlying mechanisms is the most likely cause of this patient's susceptibility to infection?

- (A) Deficiency of terminal complement
- (B) Hypogammaglobulinemia
- (C) Impaired T-lymphocyte function
- (D) Inhibition of tumor necrosis factor α function
- (E) Neutropenia

**A765**

73. A 65-year-old woman comes to the office for a follow-up examination 1 year after she underwent operative resection of the right colon and chemotherapy for stage III colon cancer. She reports fatigue. Physical examination shows no abnormalities. A staging CT scan of the chest and abdomen shows five new 2- to 3-cm masses in the liver and both lungs. This patient's cancer most likely spread to the lungs via which of the following structures?

    (A) Inferior mesenteric vein
    (B) Inferior vena cava
    (C) Left colic vein
    (D) Middle colic artery
    (E) Pulmonary vein
    (F) Superior mesenteric artery
    (G) Superior vena cava

74. A 6-year-old boy with acute lymphoblastic leukemia is brought to the office for a follow-up examination. He is receiving high-dose methotrexate therapy. A drug is added to the patient's medication regimen to decrease the toxicity of this therapy to normal cells. The beneficial effect of this new drug on normal cells is most likely achieved by bypassing the cellular requirement for which of the following enzymes?

    (A) Dihydrofolate reductase
    (B) Methionine synthase
    (C) Pyruvate decarboxylase
    (D) Thiamine pyrophosphate
    (E) Thymidylate synthase

75. A 4082-g (9-lb) male newborn is delivered in the hospital at 40 weeks' gestation to a 28-year-old primigravid woman. Pregnancy and delivery were uncomplicated. Apgar scores were 8 and 9 at 1 and 5 minutes, respectively. Examination of the newborn's tongue shows a small blind pit in the midline located near the intersection of the anterior two-thirds and the posterior one-third. Ultrasonography of the neck shows a mass attached to the hyoid bone. Cells in the mass produce a hormone that binds to which of the following?

    (A) G protein-linked receptors
    (B) Ligand-gated ion channels
    (C) Nuclear receptors
    (D) Receptor tyrosine kinases
    (E) σ Receptors

76. An investigator is studying how mice respond to filarial parasitic infections. Mice deficient in a specific protein found in eosinophils (Group X) are compared with wild-type mice (Group Y). Biopsies of lymph nodes from Group X mice show more adult worms than lymph nodes from Group Y mice. Group X mice most likely lack which of the following?

    (A) Cathelicidin-related antimicrobial peptide
    (B) Lysozyme
    (C) Major basic protein
    (D) Myeloperoxidase
    (E) α-Defensin

34

**A766**



77. A 14-year-old girl is brought to the office by her mother because of a 3-month history of red bumps on her skin. The patient says the bumps are not itchy or painful but that she finds them embarrassing. She has no history of major medical illness and takes no medications. Her vital signs are within normal limits. Physical examination shows the findings in the photograph. Which of the following is the most likely diagnosis?

(A) Eczema
(B) Folliculitis
(C) Hidradenitis
(D) Keratosis pilaris
(E) Urticaria

78. A 50-year-old man comes to the office because of a 2-month history of increasing daytime somnolence. He has obstructive sleep apnea for which he has only intermittently used a continuous positive airway pressure device. He is 170 cm (5 ft 7 in) tall and weighs 181 kg (400 lb); BMI is 63 kg/m². His temperature is 37°C (98.6°F), pulse is 100/min, respirations are 12/min, and blood pressure is 135/80 mm Hg. Physical examination shows a gray-blue tinge to the lips, earlobes, and nail beds. Cardiac examination shows no other abnormalities. Arterial blood gas analysis on room air shows a pH of 7.31, $P_{CO_2}$ of 70 mm Hg, and $P_{O_2}$ of 50 mm Hg. Which of the following additional findings would be most likely in this patient?

(A) Decreased serum bicarbonate concentration
(B) Increased hemoglobin concentration
(C) Increased total lung capacity
(D) Left ventricular hypertrophy

35

**A767**

79 An obese 35-year-old man comes to the office for a follow-up examination. He has chronic kidney disease and was
told to keep a record of his meals until this follow-up visit. His daily diet consists of chocolate milk and a peanut butter
sandwich for breakfast; pizza and cola for lunch; a chocolate bar as a snack; and a foot-long deli meat sandwich for
dinner. He is 165 cm (5 ft 5 in) tall and weighs 113 kg (250 lb); BMI is 42 kg/m². His pulse is 100/min, respirations
are 23/min, and blood pressure is 155/100 mm Hg. Physical examination shows diaphoresis. Serum studies show a
creatinine concentration of 4.1 mg/dL and phosphorus concentration of 6 mg/dL. Which of the following patterns is
most likely in this patient?

| | Parathyroid Hormone Synthesis | Serum Calcium | Serum 1,25-Dihydroxycholecalciferol |
|---|---|---|---|
| (A) | Downregulated | increased | increased |
| (B) | Downregulated | increased | decreased |
| (C) | Downregulated | decreased | decreased |
| (D) | Upregulated | increased | increased |
| (E) | Upregulated | increased | decreased |
| (F) | Upregulated | decreased | decreased |

80. A 65-year-old woman has congestive heart failure for which she is treated with an appropriate drug regimen including
an ACE inhibitor. Because of insufficient improvement in her symptoms of dyspnea on exertion and edema, the
physician prescribes a second agent that results in hyperkalemia. This adverse effect most likely resulted from a drug
that targets which of the following labeled locations in the diagram of a nephron?



36

**A768**

Case 2:22-cv-05120-MAD-CS Document 12-1 Filed 09/29/22 Page 50 of 291 PageID #: 919

# USMLE STEP 1 SAMPLE TEST QUESTIONS

## BLOCK 3, ITEMS 81-119

81. A 60-year-old woman is nearing the completion of a half marathon. Because she experiences esophageal regurgitation, she does not drink any liquid during the race. This woman's physical state at the end of the race will most likely activate which of the following renal segments at this time?

  (A) Arginine vasoreceptor 2 in the proximal tubular cells
  (B) $K^+$–$H^+$ exchange in the distal tubule
  (C) Proximal tubule carbonic anhydrase
  (D) Urea reabsorption in the medullary collecting ducts
  (E) Water reabsorption in the ascending loop of Henle

82. An investigator is studying heart development in an experimental animal model. The animal model is genetically modified so that no cardiac neural crest cells develop. This animal model is most likely to have which of the following cardiac abnormalities?

  (A) Atrial septal defect
  (B) Coarctation of the aorta
  (C) Mitral stenosis
  (D) Persistent truncus arteriosus
  (E) Transposition of the great arteries

83. A 78-year-old woman undergoes an outpatient laparoscopic cholecystectomy. During the procedure, ligation of the cystic artery is planned. It is most appropriate to ligate this artery at its junction with which of the following arteries?

  (A) Gastroduodenal
  (B) Left gastric
  (C) Left hepatic
  (D) Right gastric
  (E) Right hepatic

84. A 32-year-old man comes to the office because of a 2-week history of fever and throat pain. He is 173 cm (5 ft 8 in) tall and weighs 63 kg (140 lb); BMI is 21 kg/m². His pulse is 110/min, respirations are 16/min, and blood pressure is 98/68 mm Hg. Physical examination shows scattered 2- to 4-cm lymph nodes in the neck, axillae, and inguinal regions. There is a bilateral tonsillar exudate but no ulcerations. Results of laboratory studies are shown:

  | | |
  |---|---|
  | Hemoglobin | 9.6 g/dL |
  | Hematocrit | 29% |
  | Leukocyte count | 1500/mm³ |
  | Platelet count | 60,000/mm³ |

  A heterophile antibody test result is negative. Which of the following is the most likely diagnosis?

  (A) Epstein-Barr virus infection
  (B) Gonococcal pharyngitis
  (C) HIV infection
  (D) Lymphogranuloma venereum infection
  (E) Streptococcal pharyngitis

---

A769

Case 2:22-cv-05123-MAD-OCS Document 273-1/21-Filed 07/29/22 Page 51 274 of 291 PageID #: 920

85. A 65-year-old woman with a history of rheumatic mitral valve disease is brought to the emergency department 30 minutes after the sudden onset of right-sided weakness and inability to speak. Neurologic examination shows weakness of the right lower side of the face and difficulty swallowing. Muscle strength is 3/5 on the right side. She can understand what is said to her, but she cannot repeat words or answer questions. An ECG shows atrial fibrillation. The most likely cause of the neurologic findings in this patient is occlusion of which of the following labeled arteries in the photograph of a normal brain?



86. A 51-year-old man with a 10-year history of gastroesophageal reflux and suspected Barrett esophagus comes to the office because his omeprazole dose "doesn't work around the Christmas holidays." He states that he prides himself on having a large appetite and "holding his liquor" during the holidays. He currently takes the maximum dose of omeprazole. Which of the following is the most appropriate initial action by the physician?

    (A) Ask the patient how much he is eating and drinking during the holidays
    (B) Explain the hazards of untreated reflux in the presence of Barrett esophagus
    (C) Order an upper endoscopy
    (D) Refer the patient to a gastroenterologist
    (E) Switch the omeprazole to pantoprazole

87. A 60-year-old man comes to the office because of weakness, tingling of his hands and feet, irritability, and forgetfulness for 4 months. Physical examination shows pallor, weakness, and spasticity. Deep tendon reflexes are increased. Sensation to vibration is absent in the lower extremities. Laboratory studies show megaloblastic anemia, serum antiparietal cell antibodies, and increased serum concentrations of methylmalonic acid and total homocyst(e)ine. The synthesis of which of the following amino acids is most likely impaired in this patient?

    (A) Cysteine
    (B) Glutamine
    (C) Methionine
    (D) Phenylalanine
    (E) Tyrosine

**A770**



88. A 1928-g (4-lb 4-oz) female newborn is delivered in the hospital at 35 weeks' gestation to a 24-year-old primigravid woman. The pregnancy was complicated by a lack of prenatal care. Apgar scores are 3 and 5 at 1 and 5 minutes, respectively. Examination of the newborn shows cyanosis, grunting, and chest retractions. An x-ray of the chest and abdomen is shown; the arrow indicates abnormally placed bowel loops. Based on these findings, which of the following most likely failed to develop normally in this newborn?

    (A) Aortic hiatus
    (B) Central tendon of the diaphragm
    (C) Fibrous pericardium
    (D) Pleuroperitoneal fold



89. A 68-year-old man with alcohol use disorder comes to the office because of a 3-month history of intermittent blood in his urine; he has had no pain. He is a retired laboratory technician from a company that produces naphthylamine. He has smoked 1½ packs of cigarettes daily for 45 years. A CT scan of the abdomen shows a mass in the pelvis of the left kidney. A photograph of the surgically resected kidney is shown. The neoplastic process in this kidney is most likely to be which of the following?

    (A) Angiomyolipoma
    (B) Metastatic melanoma
    (C) Nephroblastoma
    (D) Oncocytoma
    (E) Urothelial carcinoma

90. A 12-year-old girl is brought to the office because of a 2-day history of chest pain. She also had a 3-day history of fever that has since resolved. When she lies down, the pain worsens and she has shortness of breath. Her temperature is 37°C (98.6°F). A friction rub is heard. Which of the following is the most likely causal infectious agent?

   (A) Coxsackievirus
   (B) Mumps virus
   (C) *Staphylococcus aureus*
   (D) *Staphylococcus epidermidis*
   (E) Viridans streptococcus


91. A 32-year-old man comes to the office because of a 1-day history of cough productive of small amounts of blood and a 2-day history of shortness of breath and swelling of his ankles. He also has a 2-week history of progressive fatigue and episodes of dark urine. He has no history of major medical illness and takes no medications. His temperature is 37°C (98.6°F), pulse is 90/min, respirations are 18/min, and blood pressure is 175/110 mm Hg. Pulse oximetry on room air shows an oxygen saturation of 91%. Diffuse inspiratory crackles are heard over all lung bases. There is 2+ pitting edema of both ankles. Results of laboratory studies are shown:

| | |
|---|---|
| Hemoglobin | 8.9 g/dL |
| Hematocrit | 27% |
| Serum | |
|     Urea nitrogen | 55 mg/dL |
|     Creatinine | 2.9 mg/dL |
| Urine RBC | 20–40/hpf |

Urinalysis also shows some dysmorphic RBCs and rare RBC casts. Examination of a kidney biopsy specimen shows crescentic glomerulonephritis and linear deposition of IgG along the glomerular capillaries. This patient most likely has antibodies directed against which of the following antigens?

   (A) Collagen
   (B) Double-stranded DNA
   (C) Nucleolar protein
   (D) Phospholipid
   (E) Proteins in neutrophil cytoplasm


92. A 58-year-old man with chronic obstructive pulmonary disease comes to the clinic with his wife for a follow-up examination. He has smoked one pack of cigarettes daily for 35 years. He has tried to quit smoking twice but was unsuccessful both times. At today's visit, when the physician asks the patient about smoking cessation, he says he is not ready to do so. The patient's wife states her husband's smoking makes her cough and gives her chest tightness. Which of the following is the most appropriate physician statement?

   (A) "Are there any reasons why you might want to quit smoking?"
   (B) "Are you aware that your lung condition is chronic at this point?"
   (C) "I'm sure you don't want your wife to suffer as a result of your smoking."
   (D) "The majority of your health issues would improve if you quit smoking."
   (E) "Why haven't you been able to stay off cigarettes?"

40

**A772**

93. A 26-year-old man comes to the office because of a 1-week history of increased urinary frequency accompanied by excessive thirst. He says he has been urinating hourly. Physical examination shows no abnormalities. Serum chemistry studies are within the reference ranges. Urine osmolality is 50 mOsmol/kg $H_2O$. After administration of ADH (vasopressin), his urine osmolality is within the reference range. The most likely cause of this patient's symptoms is dysfunction of which of the following structures?

    (A) Anterior pituitary gland
    (B) Bowman capsule
    (C) Glomerulus
    (D) Hypophysial portal system
    (E) Loop of Henle
    (F) Supraoptic nucleus

94. A 19-year-old man who is in the US Army is brought to the emergency department 45 minutes after he sustained a knife wound to the right side of his chest during an altercation. He has no history of major medical illness and takes no medications. His temperature is 36.9°C (98.4°F), pulse is 110/min, respirations are 24/min, and blood pressure is 114/76 mm Hg. Pulse oximetry on room air shows an oxygen saturation of 94%. On physical examination, the trachea appears to be shifted to the left. Pulmonary examination of the right chest is most likely to show which of the following findings?

| | Fremitus | Percussion | Breath Sounds |
|---|---|---|---|
| (A) | Decreased | dull | decreased |
| (B) | Decreased | hyperresonant | decreased |
| (C) | Decreased | hyperresonant | dull |
| (D) | Increased | dull | bronchial |
| (E) | Increased | dull | decreased |

95. A 45-year-old man comes to the office for a follow-up examination 1 month after routine urinalysis showed an increased protein concentration. He has a 15-year history of type 2 diabetes mellitus and a 10-year history of hypertension. Current medications include hydrochlorothiazide, insulin, and metformin. His blood pressure is 150/80 mm Hg. Physical examination shows no other abnormalities. Daily lisinopril therapy is started. Which of the following sets of changes in glomerular hemodynamics is most likely to occur in this patient as a result of this pharmacotherapy?

| | Renal Blood Flow | Ultrafiltration Pressure | Glomerular Filtration Rate |
|---|---|---|---|
| (A) | ↑ | ↑ | ↓ |
| (B) | ↑ | ↓ | ↑ |
| (C) | ↑ | ↓ | ↓ |
| (D) | ↓ | ↑ | ↓ |
| (E) | ↓ | ↓ | ↑ |
| (F) | ↓ | ↓ | ↓ |

41

**A773**

96.  A 3438-g (7-lb 9-oz) female newborn is delivered in the hospital at term to a 24-year-old primigravid woman after an uncomplicated pregnancy. Apgar scores are 8 and 9 at 1 and 5 minutes, respectively. Examination of the newborn shows ambiguous genitalia. Results of a blood analysis show markedly increased serum concentrations of 17-hydroxyprogesterone. Genetic analysis shows a karyotype of 46,XX. Further testing of this newborn is most likely to show a deficiency of which of the following enzymes?

   (A)  11β-Hydroxylase
   (B)  21α-Hydroxylase
   (C)  3α-Hydroxysteroid dehydrogenase
   (D)  3β-Hydroxysteroid dehydrogenase
   (E)  5α-Reductase
   (F)  17o-Reductase

97.  A 27-year-old woman comes to the emergency department because of a 1-hour history of severe shortness of breath. She has just returned from a cross-country flight. She has a history of borderline hypertension. Her temperature is 36.9°C (98.5°F), pulse is 113/min, respirations are 28/min, and blood pressure is 138/85 mm Hg. Physical examination shows that the right calf has an increased circumference compared with the left calf, and there is tenderness behind the right knee. Which of the following is the most likely underlying cause of this patient's condition?

   (A)  Antithrombin III deficiency
   (B)  Factor V Leiden mutation
   (C)  Glanzmann thrombasthenia
   (D)  Protein C deficiency
   (E)  von Willebrand disease

98.  A 17-year-old boy is brought to the clinic for a follow-up examination. He has been evaluated for three episodes of full-body weakness at the ages of 13, 16, and 17 years. Each episode occurred when he lay down after playing in a football scrimmage. The weakness improved spontaneously during the next 6 hours; he was asymptomatic by the time he was evaluated by medical personnel. The patient attributes the episodes to eating "a lot of pasta and salty foods" prior to playing football. Results of a complete blood count and comprehensive metabolic profile following each episode have been within the reference ranges. He has no history of serious illness and takes no medications. Vital signs are within normal limits. Physical and neurologic examinations disclose no abnormalities. Which of the following serum concentrations is most likely to be abnormal if measured during one of this patient's episodes?

   (A)  Calcium
   (B)  Chloride
   (C)  Magnesium
   (D)  Potassium
   (E)  Sodium

99.  A 20-year-old woman is brought to the urgent care center because of a 2-month history of progressive weakness of her arms. She also has a 1-week history of moderate back pain and headache. Her only medication is ibuprofen as needed for pain. Muscle strength is 3/5 in the upper extremities. Sensation to pinprick is decreased over the upper extremities. MRI of the spine shows a central syrinx in the cervical spinal cord. It is most appropriate to obtain specific additional history regarding which of the following in this patient?

   (A)  Diet
   (B)  Family illness
   (C)  Recent travel
   (D)  Trauma
   (E)  Unintended weight loss



100. A 24-year-old man comes to the office because of a 3-day history of blisters on the right side of his mouth accompanied by burning pain and a tingling sensation. He underwent a liver transplant 8 years ago for hepatolenticular degeneration (Wilson disease). Current medications are prednisone and tacrolimus. His temperature is 38.0°C (100.4°F), pulse is 78/min, respirations are 14/min, and blood pressure is 120/80 mm Hg. Physical examination shows the findings in the photograph. Well-healed surgical scars are noted on the abdomen. A drug that inhibits which of the following processes is most appropriate for this patient?

    (A) DNA replication
    (B) Nucleotide phosphorylation
    (C) Protein synthesis
    (D) Viral budding
    (E) Viral uncoating

---

101. A 15-year-old girl is brought to the rehabilitation facility for physical therapy. Two months ago, she was involved in a motor vehicle collision in which she sustained a crush injury to the ulnar nerve at the right elbow. Neurologic examination shows severe weakness and atrophy of the intrinsic muscles of the right hand. When the patient is asked to grasp the therapist's fingers, right handgrip is noticeably weaker than left handgrip. Sensation to pinprick and fine touch is decreased at the palmar aspect of the ring and small fingers of the right hand. No other deficits are noted. Which of the following cell types is critical for recovery of neurologic function in this patient?

    (A) Astrocytes
    (B) Oligodendrocytes
    (C) Satellite cells
    (D) Schwann cells
    (E) Tanycytes

102. A 3-year-old boy is brought to the office because of a 2-day history of bulging of his left eye. He says his eye hurts. He has no history of major medical illness or recent trauma to the area, and he receives no medications. Vital signs are within normal limits. Physical examination shows exophthalmos of the left eye. MRI of the brain shows a 2-cm mass involving the ocular muscles of the left eye. A biopsy specimen of the mass shows malignant cells, some of which have striations. Which of the following is the most likely diagnosis?

    (A) Neuroblastoma
    (B) Pheochromocytoma
    (C) Retinoblastoma
    (D) Rhabdomyosarcoma
    (E) Thyroid cancer

103. An 11-year-old girl is brought to the emergency department by her parents because of a 1-week history of breast enlargement. She has not had pain or nipple discharge. She has asthma treated with inhaled albuterol as needed. She does not smoke cigarettes, drink alcoholic beverages, or use illicit drugs. She is at the 50th percentile for height and weight. Vital signs are within normal limits. Examination of the breasts shows minimal enlargement under the areolae and mild enlargement of the diameter of the areolae without nipple discharge; no masses are palpated. There is scant pubic hair. Which of the following best describes the sexual maturity rating for this patient?

    (A) 1
    (B) 2
    (C) 3
    (D) 4
    (E) 5

104. A 5-year-old boy is brought to the emergency department by his mother because of an episode of bloody stool 3 hours ago. The mother says the stool was hard "like pebbles" and she noted bright red blood on the tissue when the patient cleaned himself. His previous bowel movement was 5 days ago. The patient has no abdominal or rectal pain now, but he did have abdominal pain during his bowel movement 5 days ago. He has no history of major medical illness and receives no medications. Vaccinations are up-to-date. The patient has no recent history of travel. He is at the 5th percentile for height and the 10th percentile for weight; BMI is at the 50th percentile. Vital signs are within normal limits. Abdominal examination shows hypoactive bowel sounds and a soft, slightly distended abdomen that is not tender to palpation. Rectal examination shows 1 cm of bright red rectal mucosa protruding from the right side of the anus; there is no rectal bleeding. The remainder of the examination shows no abnormalities. Which of the following is the most likely cause of this patient's physical findings?

    (A) Constipation
    (B) Cystic fibrosis
    (C) Hirschsprung disease
    (D) Hookworm infestation
    (E) Intussusception

A776



105. A 5-year-old boy is brought to the office by his mother because of a 2-week history of intermittent bloody stools. He is otherwise asymptomatic. He has no history of major medical illness and receives no medications. He does not appear to be in distress. Vital signs are within normal limits. Physical examination shows no abnormalities. Laboratory studies show mild, normocytic anemia; other results are within the reference ranges. Test of the stool for occult blood is positive. Photomicrographs of biopsy specimens obtained on colonoscopy are shown. Which of the following is the most likely diagnosis?

    (A) Adenocarcinoma
    (B) Carcinoid tumor
    (C) Hamartomatous polyp
    (D) Hyperplastic polyp
    (E) Inflammatory polyp
    (F) Tubular adenoma

Case 2:22-cv-05123MADAYCSmDocu6ment 02-31/2Filed 09729/622 PPage 526 261 of 291 PageID #: 928

106. An 80-year-old woman is brought to the emergency department (ED) 30 minutes after she fell out of her wheelchair at home. This is the second visit to the ED for a fall during the past 3 months. She lives with her daughter and son-in-law, who say they "do the best we can." The patient has dementia, Alzheimer type, coronary artery disease, type 2 diabetes mellitus, and hypertension. Current medications are amlodipine, aspirin, atorvastatin, donepezil, long-acting insulin, and lisinopril. Five years ago, she underwent bilateral below-the-knee amputations because of infected ulcers of the feet. She uses a wheelchair for ambulation. Ten years ago, she underwent three-vessel coronary artery bypass grafting. She has smoked one-half pack of cigarettes daily for 60 years. She drinks one shot of whiskey nightly. She is thin and appears ill and disheveled. Her temperature is 37.2°C (99.0°F), pulse is 80/min, respirations are 20/min, and blood pressure is 120/80 mm Hg. Pulse oximetry on 2 L/min of oxygen by nasal cannula shows an oxygen saturation of 95%. Physical examination shows temporal wasting. There are scattered ecchymoses over the abdomen and all extremities. No other abnormalities are noted. Which of the following is the most appropriate initial history to obtain from this patient?

    (A) Abnormal bleeding
    (B) Diet
    (C) Relationship with her family
    (D) Respiratory symptoms
    (E) Urinary symptoms

107. An investigator is studying the impact of glucocorticoids on leukocyte dynamics in an experimental animal model. After dexamethasone administration, the total number of circulating neutrophils increases. Most of the additional neutrophils in circulation are detached; these neutrophils were previously loosely adherent and rolling along the endothelium. The expression of which of the following cell adhesion molecules is most likely decreased in this animal model after dexamethasone administration?

    (A) Cadherin
    (B) Intercellular adhesion molecule-1
    (C) L-selectin
    (D) MAC-1
    (E) Very late antigen-4

108. A 67-year-old man comes to the office because he is concerned about memory loss. He says he sometimes forgets the names of acquaintances he sees while he is out shopping. He also has occasional word-finding difficulty and forgets to buy some items when he goes shopping unless he makes a list. He lives alone and is able to manage his finances, cook, and shop without help. He works part-time as an accountant. He has gastroesophageal reflux disease and hypertension. Current medications are hydrochlorothiazide and omeprazole. Vital signs are within normal limits. Physical and neurologic examinations show no abnormalities. On mental status examination, he is fully oriented. His speech is normal, and thoughts are organized. His mood is euthymic, and he has a full range of affect. His concentration is intact, and he is able to perform calculations quickly and accurately. He can name objects accurately and follow written and verbal commands. He recalls three of four objects after 5 minutes. Which of the following is the most appropriate physician response to this patient's concern?

    (A) "I am concerned about your memory loss. Let's discuss how to further evaluate your memory."
    (B) "There's no need to worry right now, but let's meet again in 6 months."
    (C) "Unfortunately, your memory loss will likely increase significantly during the next 5 years; let's discuss some ways to plan for the future."
    (D) "Your episodes of forgetfulness are likely just 'Senior Moments,' but we should obtain in-depth laboratory test results and an MRI to be certain."
    (E) "Your examination findings indicate that your memory loss is likely consistent with the normal aging process."

46

**A778**

109. A 30-year-old woman comes to the office because of a 4-day history of an increasingly severe, painful rash over her body and in her mouth. The rash began over her trunk area but spread within a day to her face and extremities. Two days before development of the rash, she had flu-like symptoms with muscle aches and fatigue as well as a nonproductive cough, sore throat, and runny nose. Ten days ago, she began treatment with trimethoprim-sulfamethoxazole for a urinary tract infection; she takes no other medications. Temperature is 39.0°C (102.2°F), pulse is 120/min, respirations are 25/min, and blood pressure is 165/105 mm Hg. Physical examination shows diffuse brownish red macular exanthema with bullous lesions. Epidermis at an uninvolved site can be removed with mild tangential pressure. Examination of a biopsy specimen of one of the lesions shows necrosis of keratinocytes throughout the epidermis. There is minimal lymphocytic infiltration within the superficial dermis. Which of the following is the most likely diagnosis?

    (A) Erythema multiforme
    (B) Linear IgA bullous dermatosis
    (C) Pemphigus vulgaris
    (D) Staphylococcal scalded skin syndrome
    (E) Toxic epidermal necrolysis

110. A 45-year-old woman comes to the office for a follow-up examination 2 weeks after she sustained a vertebral fracture at L1. The fracture occurred spontaneously and there is no history of trauma to the area or other fractures. She gained 27 kg (60 lb) during the 6 months before the fracture occurred. Her only medication is hydromorphone as needed for pain. She is 163 cm (5 ft 4 in) tall and now weighs 100 kg (220 lb); BMI is 38 kg/m². Temperature is 37.0°C (98.6°F), pulse is 86/min, respirations are 12/min, and blood pressure is 145/98 mm Hg. Physical examination shows central obesity and purple striae over the abdomen bilaterally. The lower extremities appear thin. Results of laboratory studies are shown:

| | |
|---|---|
| Plasma | |
|   Renin activity | 5.0 ng/mL/hr (N=0.6–4.0) |
|   Metanephrine | 0.3 nmol/L (N<0.4) |
| Serum | |
|   Cortisol, random | 43 µg/dL |
|   Adrenocorticotropic hormone | 120 pg/mL (N<120) |
|   Aldosterone | 8 ng/dL (N=2–9) |
| Urine 24-hour free cortisol excretion | 340 µg/24 h (N=3.5–45) |

The most likely cause of the fracture in this patient is an increase in which of the following processes?

    (A) Calcium absorption
    (B) Calcium excretion
    (C) Osteoblast proliferation
    (D) Osteoclast proliferation
    (E) Phosphorus absorption
    (F) Phosphorus excretion

111. A 25-year-old woman comes to the emergency department because of a 3-hour history of fever, severe headache, light-headedness, dizziness, shaking chills, and muscle aches. Five hours ago, she was diagnosed with Lyme disease and began doxycycline therapy. She has no other history of serious illness and takes no other medications. Menses occur at regular 28-day intervals. She is currently menstruating and using a tampon. She appears anxious. Temperature is 37.0°C (98.6°F), pulse is 120/min, respirations are 30/min, and blood pressure is 90/60 mm Hg. Pulse oximetry on room air shows an oxygen saturation of 94%. Physical examination shows flushing and diaphoresis. Cardiopulmonary examination shows no other abnormalities. Which of the following is the most likely mechanism of this patient's current condition?

    (A) Exacerbation of infection by *Borrelia burgdorferi*
    (B) Infection-mediated sepsis
    (C) IgE-mediated allergic reaction to doxycycline
    (D) Release of bacterial products producing acute inflammation
    (E) Secretion of bacterial endotoxins

112. A 2-week-old male newborn is brought to the office for a well-child examination. He was delivered following an uncomplicated, spontaneous vaginal delivery at 41 weeks' gestation. The mother has no history of serious illness and did not receive prenatal care. Her only medication is a prenatal vitamin. She has consumed large amounts of vodka nightly for 10 years. Which of the following examination findings is most likely to be present in this patient?

    (A) Hypospadias
    (B) Limb hypoplasia
    (C) Neck webbing
    (D) Short palpebral fissures
    (E) Spasticity

 

113 A 52-year-old man is admitted to the hospital because of a 2-hour history of vomiting bright red blood. His pulse is 125/min, and blood pressure is 90/60 mm Hg. Physical examination shows jaundice and visible blood vessels surrounding the umbilicus. CT scans of the abdomen are shown. To decrease portal venous pressure in this patient, it is most appropriate to place a shunt between the portal vein and which of the following additional vessels?

    (A) Inferior mesenteric vein
    (B) Inferior vena cava
    (C) Left gastric vein
    (D) Splenic vein
    (E) Superior mesenteric vein



114. A 57-year-old man with chronic low back pain comes to the office for a routine health maintenance examination. The patient's last visit to the office was 2 years ago, and today he says he is "doing about the same," except for an unintentional 10-kg (22-lb) weight gain. He attributes the weight gain to inability to exercise because of his back pain, and he is now considering applying for disability benefits. He was evaluated by a back pain specialist 3 months ago and underwent an MRI of the lumbar spine at that time; however, he says he did not understand the specialist's explanation regarding the MRI results and requests further explanation. Medical history also is remarkable for hyperlipidemia, seasonal allergies, and opioid use disorder; he has not used opioids of any kind since he stopped prescription oxycodone use 5 years ago. Routine medications are atorvastatin, diclofenac, and loratadine. He develops skin flushing when taking niacin, but he has no known drug allergies. He has smoked two packs of cigarettes daily for 25 years. He previously drank two beers daily, but he has not consumed any alcoholic beverages or used any recreational drugs for the past 5 years. He is 178 cm (5 ft 10 in) tall and weighs 104 kg (230 lb); BMI is 33 kg/m². Vital signs are within normal limits; blood pressure is 128/70 mm Hg. While standing, the patient leans forward slightly. Range of motion on lumbar extension and flexion is decreased. The remainder of the examination discloses no abnormalities. Results of fasting serum studies are shown:

| | |
|---|---|
| Na⁺ | 140 mEq/L |
| K⁺ | 4.7 mEq/L |
| Cl⁻ | 100 mEq/L |
| HCO₃⁻ | 24 mEq/L |
| Urea nitrogen | 15 mg/dL |
| Creatinine | 0.7 mg/dL |
| Cholesterol | |
| Total | 230 mg/dL |
| HDL | 60 mg/dL |
| LDL | 154 mg/dL |
| Triglycerides | 80 mg/dL |

MRI of the lumbar spine is shown. Which of the following factors in this patient's history most strongly contributed to the MRI findings?

(A) Alcohol consumption
(B) Cigarette smoking

**49**

(C) Diclofenac use
(D) Loratadine use
(E) Opioid use

---

115. A 15-year-old boy is brought to the office by his parents to discuss results of a biopsy done 3 days ago for a rapidly enlarging neck mass. He first noted the mass 1 month ago. Two weeks ago, he was evaluated for an episode of prolonged epistaxis and was found to have a right ear effusion, which was treated with amoxicillin-clavulanic acid. He has no other history of serious illness and takes no medications. Height is at the 10th percentile, weight is at the 50th percentile, and BMI is at the 75th percentile. Vital signs are within normal limits. Physical examination shows a right ear effusion and a 4-cm, firm mass in the right posterior triangle of the neck. Results of a biopsy specimen show squamous epithelium with indistinct cell margins, enlarged atypical nuclei, and absent keratin formation. Which of the following infectious agents is the most likely underlying cause of this patient's current condition?

    (A) Cytomegalovirus
    (B) Epstein-Barr virus
    (C) HIV
    (D) Human herpesvirus 8

116. A 14-year-old boy is brought to the emergency department by his parents because of a 1-month history of intermittent right knee pain that has worsened during the past day. He rates his current pain as a 6 on a 10-point scale and says that it worsens when he walks and lessens when he sits. During the past 2 weeks, he has been walking 1 mile daily in preparation for participation in the school marching band. He has not taken any medications for his pain. He sustained a right tibia and fibula fracture at the age of 8 years after a skateboarding accident, which was treated with internal fixation and casting. He has asthma treated with inhaled budesonide daily and inhaled albuterol as needed. His mother has type 2 diabetes mellitus, and his maternal grandmother has osteoporosis. The patient is 170 cm (5 ft 7 in; 77th percentile) tall and weighs 88 kg (195 lb; >95th percentile); BMI is 31 kg/m² (98th percentile). Temperature is 37.0°C (98.6°F), pulse is 95/min, and blood pressure is 130/80 mm Hg. Physical examination shows hyperpigmented, thickened skin at the nape of the neck. There is tenderness to palpation of the anterior aspect of the right hip and limited range of motion on abduction, internal rotation, and flexion of the right hip. The left hip and knees are nontender; range of motion is full in all directions. The remainder of the examination discloses no abnormalities. Which of the following factors in this patient's history most increased his risk for developing this condition?

    (A) BMI
    (B) Family history
    (C) Medication use
    (D) Previous fractures
    (E) Recent physical activity

50

**A782**

117. A 38-year-old woman comes to the clinic to discuss results of a biopsy specimen of a mass in the right breast obtained 1 week ago. She has no history of serious illness and takes no medications. Vital signs are within normal limits. Examination of the right breast shows a well-healing biopsy incision. The remainder of the examination discloses no abnormalities. Results of the biopsy specimen disclose ductal carcinoma in situ. The physician informs the patient he has some bad news to share and tells her the diagnosis. He explains her treatment options, including mastectomy, breast-conserving surgery, radiation therapy, chemotherapy, and any combination of these options. The patient appears afraid but listens attentively before responding, "You're the doctor. My children are still little. Tell me what I should do." In addition to expressing empathy, which of the following is the most appropriate physician response?

    (A) "As the patient, you really should make any decision you feel is best for you."
    (B) "Before I make recommendations, can you tell me what you understand about your options?"
    (C) "Given the stage of the cancer, I recommend mastectomy."
    (D) "How important is it to you to keep your breasts?"
    (E) "Would you like to discuss these options further with your family?"
    (F) "Would you like to think your options over and schedule another visit to discuss them further?"
    (G) "You said you have young children. How old are they?"

118. A 36-year-old woman with hypertension comes to the office because she thinks she may be "going through early menopause." She has not had a menstrual period since her most recent office visit 6 months ago. During this time, she also has been "gaining weight around the middle" despite increased exercise; she has had a 6.3-kg (14-lb) weight gain. She has no other history of major medical illness. Her only medication is lisinopril. She does not smoke, drink alcohol, or use illicit drugs. She is 168 cm (5 ft 6 in) tall and weighs 107 kg (236 lb); BMI is 38 kg/m². Vital signs are within normal limits. Examination shows a uterus consistent in size with a 24-week gestation. Pelvic ultrasonography shows oligohydramnios and a fetus with a misshapen cranium, pericardial effusion, small bladder, and echogenic bowel. The most likely cause of the fetal abnormalities in this patient's pregnancy is interference with which of the following?

    (A) Fetal lung/epithelial differentiation
    (B) Fetal lung/surfactant development
    (C) Fetal renal hemodynamics
    (D) Maternal placental perfusion
    (E) Maternal prostaglandin synthesis

119. A 25-year-old woman, gravida 1, para 1, comes to the office because of a 2-week history of palpitations and heat intolerance. She delivered her child 3 months ago following an uncomplicated pregnancy and delivery. She is breast-feeding. She has no history of serious illness and takes no medications. She is 163 cm (5 ft 4 in) tall and weighs 54 kg (120 lb); BMI is 21 kg/m². Temperature is 37°C (98.6°F), pulse is 106/min, respirations are 20/min, and blood pressure is 124/68 mm Hg. Examination shows moist palms and bilateral lid lag. No exophthalmos is noted. The thyroid gland is enlarged and nontender. No murmurs are heard on cardiac examination. Deep tendon reflexes are 3+. Serum studies show an undetectable TSH concentration, thyroxine ($T_4$) concentration of 20 μg/dL, and triiodothyronine ($T_3$) concentration of 275 ng/dL. Which of the following is the most likely mechanism of this patient's symptoms?

    (A) Activation of mutations of TSH receptors
    (B) Increased serum thyroglobulin concentration
    (C) Ischemic injury to the hypothalamus
    (D) Lymphocytic infiltration of the thyroid
    (E) Presence of TSH receptor autoantibodies

**ANSWER FORM FOR USMLE STEP 1 SAMPLE TEST QUESTIONS**

### Block 1 (Questions 1–40)

| 1. ___ | 11. ___ | 21. ___ | 31. ___ |
| 2. ___ | 12. ___ | 22. ___ | 32. ___ |
| 3. ___ | 13. ___ | 23. ___ | 33. ___ |
| 4. ___ | 14. ___ | 24. ___ | 34. ___ |
| 5. ___ | 15. ___ | 25. ___ | 35. ___ |
| 6. ___ | 16. ___ | 26. ___ | 36. ___ |
| 7. ___ | 17. ___ | 27. ___ | 37. ___ |
| 8. ___ | 18. ___ | 28. ___ | 38. ___ |
| 9. ___ | 19. ___ | 29. ___ | 39. ___ |
| 10. ___ | 20. ___ | 30. ___ | 40. ___ |

### Block 2 (Questions 41–80)

| 41. ___ | 51. ___ | 61. ___ | 71. ___ |
| 42. ___ | 52. ___ | 62. ___ | 72. ___ |
| 43. ___ | 53. ___ | 63. ___ | 73. ___ |
| 44. ___ | 54. ___ | 64. ___ | 74. ___ |
| 45. ___ | 55. ___ | 65. ___ | 75. ___ |
| 46. ___ | 56. ___ | 66. ___ | 76. ___ |
| 47. ___ | 57. ___ | 67. ___ | 77. ___ |
| 48. ___ | 58. ___ | 68. ___ | 78. ___ |
| 49. ___ | 59. ___ | 69. ___ | 79. ___ |
| 50. ___ | 60. ___ | 70. ___ | 80. ___ |

### Block 3 (Questions 81–119)

| 81. ___ | 91. ___ | 101. ___ | 111. ___ |
| 82. ___ | 92. ___ | 102. ___ | 112. ___ |
| 83. ___ | 93. ___ | 103. ___ | 113. ___ |
| 84. ___ | 94. ___ | 104. ___ | 114. ___ |
| 85. ___ | 95. ___ | 105. ___ | 115. ___ |
| 86. ___ | 96. ___ | 106. ___ | 116. ___ |
| 87. ___ | 97. ___ | 107. ___ | 117. ___ |
| 88. ___ | 98. ___ | 108. ___ | 118. ___ |
| 89. ___ | 99. ___ | 109. ___ | 119. ___ |
| 90. ___ | 100. ___ | 110. ___ | |

A784

## ANSWER KEY FOR USMLE STEP 1 SAMPLE TEST QUESTIONS

### Block 1 (Questions 1–40)

| | | | |
|---|---|---|---|
| 1. B | 11. H | 21. F | 31. B |
| 2. E | 12. B | 22. D | 32. C |
| 3. D | 13. E | 23. E | 33. D |
| 4. A | 14. D | 24. B | 34. D |
| 5. E | 15. A | 25. A | 35. C |
| 6. A | 16. D | 26. B | 36. A |
| 7. B | 17. A | 27. A | 37. C |
| 8. B | 18. C | 28. A | 38. E |
| 9. G | 19. A | 29. A | 39. A |
| 10. D | 20. C | 30. A | 40. B |

### Block 2 (Questions 41–80)

| | | | |
|---|---|---|---|
| 41. D | 51. D | 61. C | 71. D |
| 42. B | 52. A | 62. C | 72. E |
| 43. A | 53. B | 63. D | 73. B |
| 44. B | 54. B | 64. D | 74. A |
| 45. D | 55. A | 65. E | 75. C |
| 46. A | 56. C | 66. B | 76. C |
| 47. A | 57. C | 67. D | 77. D |
| 48. E | 58. E | 68. A | 78. B |
| 49. C | 59. E | 69. F | 79. F |
| 50. B | 60. D | 70. B | 80. E |

### Block 3 (Questions 81–119)

| | | | |
|---|---|---|---|
| 81. D | 91. A | 101. D | 111. D |
| 82. D | 92. A | 102. D | 112. D |
| 83. E | 93. F | 103. B | 113. B |
| 84. C | 94. B | 104. A | 114. B |
| 85. D | 95. C | 105. C | 115. B |
| 86. A | 96. B | 106. C | 116. A |
| 87. C | 97. B | 107. C | 117. B |
| 88. D | 98. D | 108. E | 118. C |
| 89. E | 99. D | 109. E | 119. D |
| 90. A | 100. A | 110. D | |

53

**A785**

**United States Medical
Licensing Examination®**

Q  ≡

# Step 1 Exam Content

## Overview

Step 1 assesses whether you understand and can apply important concepts of the sciences basic to the practice of medicine, with special emphasis on principles and mechanisms underlying health, disease, and modes of therapy. Step 1 ensures mastery of not only the sciences that provide a foundation for the safe and competent practice of medicine in the present, but also the scientific principles required for maintenance of competence through lifelong learning. Step 1 is constructed according to an integrated content outline that organizes basic science material along two dimensions: system and process.

Step 1 is a one-day examination. It is divided into seven 60-minute blocks and administered in one 8-hour testing session. The number of questions per block on a given examination form may vary, but will not exceed 40. The total number of items on the overall examination form will not exceed 280.

The examination also includes a minimum allotment of 45 minutes of break time and a 15-minute optional tutorial. The amount of time available for breaks may be increased by finishing a block of test items or the optional tutorial before the allotted time expires.

Practice materials, which include an interactive testing experience and tutorial, and sample test items in a PDF document, as well as other informational materials, are available. Examinees must also read the USMLE Bulletin of Information.

## Important

- The term *item* is used to describe a test question in any format.

- You **must** run the Step 1 interactive testing experience to become familiar with the test software **prior to your test date**.

- The tutorial provided at the beginning of the Step 1 examination has fewer screens and less detailed information than the Step 1 interactive testing experience.

- The Step 1 interactive testing experience includes items with associated audio findings. Become familiar with how these types of test items function before your test date.

Please visit the USMLE website often to view announcements, regarding changes in test delivery software, and to access updated practice materials. You must obtain the most recent information before taking any USMLE

### In This Section

+

**A786**





## Our Sponsors

NBME.org

FSMB.org

## Resources

Bulletin of Information

Announcements

Common Questions

## Step Exams

Step 1

Step 2 CK

Step 3

Test Accommodations

Reschedule an Exam

## USMLE Updates & Research

Performance Data

Podcasts



Privacy

Copyright © 1996-2022 Federation of State Medical Boards (FSMB) and National Board of Medical Examiners (NBME). All rights reserved. The United States Medical Licensing Examination® (USMLE®) is a joint program of the FSMB and NBME.

**A787**

Case 2:22-cv-05120-JMA-ARL Document 33-12 Filed 10/04/22 Page 1 of 5 PageID #: 972

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT SAMPSON, | : |
| | : |
| | : CIVIL ACTION NO. 2:22-cv-05120-JMA |
| v. | : |
| | : |
| NATIONAL BOARD OF MEDICAL | : |
| EXAMINERS, | : |
| | : |

## DECLARATION OF SHELLEY SAMPSON

I, Shelley Sampson, make the following declaration upon personal knowledge:

1. I am over the age of 18 and have personal knowledge of all matters to which I attest.

2. Robert Sampson is my son. Over his lifetime I have watched him academically struggle as he has persevered through challenges that seemed insurmountable.

3. While Robert's learning disabilities and ADHD were neither recognized nor formally diagnosed until he was an adult, these challenges have always been a part of his life.

4. He and I worked together to reemphasize the daily lessons from school. I also drove him to tutors, read parts of schoolbooks when he could not read them fast enough, and helped him complete assignments. Over the years Robert worked with more than 20 tutors as documented in a letter my husband and I wrote to the NBME. In elementary school, his teacher specifically recommended that Robert work with a reading specialist which he did. He again worked with a reading specialist in high school.

5. Throughout his childhood, Robert's performance on standardized tests was an enigma to us. While he was obviously smart and could discuss topics with a depth and understanding far beyond his years, he always struggled with reading and in completing

**A788**

timed tests, and he seemed to work far harder than his peers. While other children in our community used tutors, I do not know of another child who needed the extent of tutoring that Robert required. Robert had an extensive list of tutors in multiple areas of the curriculum as well as significant parental study support.

6. I knew deep in my gut from what I saw that Robert did not learn and read like other children, yet I also knew that I myself struggled with some of these same challenges. In fact, Robert's grandfather, a well-respected engineer with forty-three U.S patents, admitted that he had failed French and always felt he had a "learning deficit." Like Robert, Robert's grandfather also had a strong work ethic.

7. Every night I came home from professional work to start what I called my second job with Robert. I knew it was harder for him, to work long hours than it was for me and yet he persisted in such a way that took my breath away. When someone works so hard, you can't help but fully support them, because he was always willing to put in the extra necessary work.

8. From an early age, Robert did not want others to know how much he struggled. He was embarrassed by it. I personally faced some of these learning issues when I was his age.

9. When Robert faced these life challenges, we all worked together. When he stuttered severely as a child, Robert went to intense speech therapy practicing every night even while on vacation to help overcome this impediment. We just always did "the speech homework."

10. When Robert struggled to learn, I invented an endless series of games to provide repetition because he had trouble memorizing. For example, if I was cutting vegetables for dinner, I would also be quizzing Robert on spelling words as he circled around the

2

**A789**

kitchen. If he got an answer correct, he got a piece of vegetable as a prize. If he got the spelling wrong, he circled again and tried until he got it right. We made a game of it.

11. While I know many parents support their children's learning, and work with them for upcoming vocabulary or spelling tests, what was "normal" in our house was something far different. Everything was about trying to mitigate the challenges Robert faced by finding alternative learning strategies. Robert stayed up long hours as he got older in an attempt to intensely prepare for tests with support from his father, tutors and me.

12. I knew that he was having to sacrifice and work harder than others to keep up and do well.  It was frustrating for him that it took so long to do so. When other children were out socializing, often Robert was using that time to try to reinforce the required material to do well because he was self-motivated to study. I felt regret that he had to put so much effort. Nonetheless, we supported his drive to keep up his grades.

13. In high school, Robert's standardized test performance did not meet the requirements for honors classes. He was admitted into honors classes by petition because his test scores did not demonstrate his knowledge.

14. Looking back at his elementary grade teacher quarterly evaluations, it seems that his teachers used phrases such as, has organizational problems, is disorganized, handwriting problems, needs directions to be repeated, keeps coming back to the desk for clarification of assignment, didn't complete some of the work, gets distracted easily. Yet, they wrote he was very bright, is a pleasure to have in class, will do well as we continue to encourage him to focus and stay on task. They also wrote, he is very curious, likes to learn, he is smart, adds a lot to the class discussion, adds perspective to the discussion,

3

A790

will do well and reach a good potential, words to that effect. So I didn't understand why he was struggling.

15. One memory that stands out and was particularly prescient related to Robert playing the cello. Robert would practice and practice until a piece was as expressive as possible in how it sounded to him. I distinctly remember when he went to his cello teacher, I overheard the teacher question Robert with frustration and derision why he could not read the new piece of music in front of him. I vividly remember her words. She said, "How can you be so stupid!" "What are you, dyslexic?" I was horrified by her tone and words. While it was shocking to his cello teacher that such an accomplished cello student could not read music, it was not surprising to his father and I.

16. When Robert was finally diagnosed, I had a range of emotions. His diagnosis was an "aha moment" for me because what had always been true of Robert now had a formal diagnosis. My hope was that going forward, he could finally receive the appropriate learning accommodations that would help address his needs.

17. My own understanding of Robert's disabilities has evolved over time. While the brain processing barriers were always there, we did not recognize how much it interfered with his reading ability and comprehension. I did not know back before his diagnosis that Robert's compensatory mechanism requiring tutors, prolonged study time and being unable to fully read and complete timed tests was consistent with learning disability and ADHD. I was also naive and reluctant to label my child who was so vibrantly filled with intellectual curiosity, as challenged. Robert was doing whatever he thought was necessary to achieve his goals.

4

**A791**

18. It is the ultimate irony that Robert's hard work and the support of tutors and his father and I are now being used against him.  Robert has compensated for seemingly insurmountable learning challenges with the use of extensive tutoring support, inordinate study preparation time, and parental support. Most importantly, this sheer determination and unfailing work ethic was the driving force to help him climb up the mountain to attain his ultimate goals- to be the best he could be.

I declare under the penalties of perjury that the foregoing is true and correct.


DATED:      October 4, 2022


Shelley Sampson

5

**A792**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

ROBERT SAMPSON,            :

                          :

                          :   CIVIL ACTION NO. 2:22-cv-05120-JMA

         v.             :

                          :

NATIONAL BOARD OF MEDICAL  :

EXAMINERS,               :

                          :

## DECLARATION OF ANDREW LAM, M.D.

I, Andrew Lam, M.D., make the following declaration upon personal knowledge:

## FACTS

1.      I am a physician practicing in family medicine at Inova Fairfax Family Practice.

2.      In 2013, I worked as a tutor assisting a number of students to prepare to take the MCAT.

3.      One of the students I tutored was Robert Sampson. I spent hundreds of hours tutoring Robert Sampson and observing and interacting with him during tutoring sessions between February and August of 2013.

4.      What became clear to me was that Sampson was working harder than my other students but was not able to demonstrate his knowledge base.

5.      During these hundreds of hours with Sampson, I observed that when trying to read passages, he would get bogged down and struggle to parse long sentences, especially sentences with multiple clauses. He would be unable to figure out how one clause related to another and when he would finally comprehend, he would move on to the next sentence only to forget the previous sentence. This required him to go back and re-read and caused him to work

**A793**

significantly slower than any other student with whom I worked. It took Sampson a long time, longer than others, to process blocks of verbal text despite him making his best efforts.

6.     I also observed that when he was working with equations and calculations he would copy equations incorrectly, reverse letters and numbers, and otherwise miswrite numbers.

7.     It was clear to me that Sampson was working really hard, but despite best efforts he could not process written language like other people.

8.     Towards the end of the time I worked with Sampson, I began medical school myself. At my orientation the dean of my medical school gave a presentation in which he described how students with learning disabilities can require additional time to comprehend and process language. What the dean described sounded like what I was witnessing and experiencing with Sampson.

9.     Based on this, I encouraged Sampson to seek testing to determine if his struggles with reading, comprehension, and processing were actually a learning disability.

10.     Attached is a true and correct copy of a letter I wrote to the National Board of Medical Examiners documenting my own, first-hand, real-world experience with Sampson.

11.     I declare under the penalties of perjury that the foregoing is true and correct.

DATED:     October 2, 2022

_Andrew Lam_
Andrew Lam, M.D.

2

**A794**



# UNIVERSITY of VIRGINIA
## SCHOOL OF MEDICINE

March 29, 2017

Dear NBME Disability Services,

I am writing on behalf of Robert Sampson and would like to offer my perspective on his reading, memory, and processing abilities and how they ultimately impair his learning. I had the opportunity to work with Robert as his private MCAT preparation tutor from February to August 2013, during which time I noticed several problems which led me to suspect Robert had a learning disability.

Most notable were issues with verbal processing. Although his listening comprehension was strong, Robert would take substantially longer to read than the average person. I eventually came to the conclusion that his trouble was not due to a deficiency in the English language in general but to a specific problem processing the written language. For example, the average sentence on the MCAT, constructed of multiple interrelating clauses, was challenging for him to parse and understand in the short time he was allotted. Furthermore, after unraveling one sentence, he would often forget its meaning as he struggled with the next. This obstacle often prevented Robert from finishing practice sections within the time limits, especially on the Verbal Reasoning section. Later, I also realized that Robert had some difficulty when manipulating equations and spelling; he would occasionally write letters or numbers in the wrong order even though he would find his mistake after a moment's thought. Because of these signs, I encouraged him to pursue evaluation for learning disabilities.

After months of trying various strategies for passage reading, we did come up with one that seemed to work for Robert. We discovered a drastic improvement in his reading comprehension if I just allowed him a little extra time to carefully read and record notes about the content of each paragraph. The results of this experiment demonstrate that Robert's lower-than-average reading speed really poses a significant handicap.

Robert has much to offer the medical community with his intellect and creativity, but his reading difficulties prevent his knowledge from being accurately assessed with standard testing procedures. For Robert to be tested fairly with equal access to the USMLE Step 1, his learning disability needs to be accommodated with extra time on the exam.

Sincerely,

Andrew Lam

Andrew Lam
University of Virginia School of Medicine
M.D. Candidate Class of 2017

**A795**

# STEIN & VARGAS LLP

### Overcoming Barriers | Ensuring Communication | Creating Access

May 29, 2020

**VIA ELECTRONIC MAIL**
Michael Bernstein, Ph.D.
Michael.Bernstein@stonybrook.edu
Presidents_Office@stonybrook.edu
Interim President, Stony Brook University
310 Administration Building
Stony Brook, NY 11794-0701

Kenneth Kaushansky, M.D.
Kenneth.Kaushansky@stonybrookmedicine.edu
Dean, Renaissance School of Medicine at Stony Brook University
101 Nicolls Road
Health Sciences Center, Level 4
Stony Brook, NY 11794-8434

RE:    Medical Student Robert Sampson

Dear Dr. Bernstein and Dr. Kaushansky:

My firm has been retained to represent Robert Sampson who is a medical student at Renaissance School of Medicine at Stony Brook University ("the Medical School").

Mr. Sampson is a gifted student with dyslexia and ADHD who was approved by the Medical School to begin receiving accommodations for his disabilities based on the results of comprehensive psychoeducational evaluation. Prior to receiving these accommodations, Mr. Sampson struggled to overcome his disabilities in the absence of necessary accommodations. In December of 2016, Mr. Sampson was brought before the CAPP committee.[1]  Mr. Sampson was open with the Committee about his disabilities, their impact on his test performance, and his need for accommodation. The Committee concluded that Mr. Sampson was eligible to continue his medical education. In reaching this conclusion, the CAPP Committee placed a condition on Mr. Sampson that it does not impose on his classmates.  Specifically, the CAPP Committee required Mr. Sampson to take and pass Step 1 of the United States Medical Licensing

---

[1] There is concerning discrepancy in the calculation and application of marginality points that resulted in Mr. Sampson being brought before the CAPP Committee. While it appears that he should not have been brought before the CAPP Committee at all, Mr. Sampson has been and remains motivated to do all that is asked of him to prove that he is a student of whom the Medical School can be proud.

10 G Street NE, Suite 600 • Washington, DC 20002
Tel: (202) 248-5092 • Fax: (888) 778-4620
mary.vargas@steinvargas.com

**A796**

Defendant's Additional Exhibit #0006

2

Examination ("USMLE") in advance of the rest of his peers as a condition of continuing his education.

Mr. Sampson has been on Leave of Absence since December 2016 attempting to comply with the Medical School's requirement that he take and pass Step 1 of the USMLE before continuing his medical education. He has been diligent in submitting documentation to the National Board of Medical Examiners ("NBME") and in requesting the accommodations that his doctors and the Medical School agree he needs in order to demonstrate his knowledge on Step 1.

As is unfortunately the case for many gifted medical students who require extended testing time and other accommodations due to dyslexia and ADHD, Mr. Sampson's requests for accommodation have thus far been denied by the NBME. As a result, Mr. Sampson attempted Step 1 without accommodation. This effort was not successful. Notably, without necessary accommodations, his test results measured the extent of his disability, rather than the extent of his knowledge and skill.

Now, Mr. Sampson has been instructed to appear before the CAPP committee on June 1, 2020. He has been instructed to appear remotely without legal representation.

I write to make pellucidly clear that removing Mr. Sampson from medical school under the present circumstances would be discrimination on the basis of disability in violation of Section 504 of the Rehabilitation Act of 1973 ("Section 504") and Title II of the Americans with Disabilities Act ("ADA").

Both Section 504 and the ADA prohibit discrimination on the basis of disability to include the application of discriminatory criteria and the requirement that students test without necessary accommodations. Specifically, Section 504 provides, "No otherwise qualified individual with a disability in the United States, as defined in section 705(20) of this title, shall, solely by reason of her or his disability, be excluded from the participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance…" 29 U.S.C. §794(a).  Likewise, Title II of the ADA provides, "…no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of services, programs, or activities of a public entity, or be subjected to discrimination by any such entity." 42 U.S.C. § 12132.

The ADA is crystal clear that students with disabilities should only be subjected to testing administered ". . . in a place and manner accessible to persons with disabilities..." 42 U.S.C. §12189 (emphasis added). The U.S. Department of Justice regulations further provide that examinations be

> … administered so as to *best ensure* that, when the examination is administered
> to an individual with a disability that impairs sensory, manual, or speaking skills,
> the examination results accurately reflect the individual's aptitude or achievement level
> or whatever other factor the examination purports to measure, rather than
> reflecting the individual's impaired sensory, manual, or speaking skills
> (except where those skills are the factors that the examination purports to

**A797**

3

measure).

28 C.F.R. §36.309(b)(1)(i) (emphasis added).

Unfortunately, students who require accommodations from the NBME face significant obstacles. In two recent cases, it took federal courts ordering the NBME to provide extended testing time to medical students who, like Mr. Sampson, had faced repeated denials of accommodation requests by the NBME that had resulted in delay in their medical education. *See Ramsay v. NBME*, Civ. A. No. 19-CV-2002, 2019 U.S. Dist. LEXIS 222782 (E.D. Pa. Dec. 30, 2019); *Berger v. NBME*, Case No.: 1:19-cv-99, 2019 U.S. Dist. LEXIS 145666 (S.D. Ohio Aug. 27, 2019). In both of these recent cases the students who were awarded injunctions by federal judges were gifted students who like Mr. Sampson were diagnosed with dyslexia and ADHD later in their education.[2]

To its credit, the Medical School has supported Mr. Sampson's requests for accommodation to the NBME. Notably, Christopher Heedles, LMSW, stated that it was "imperative" that Mr. Sampson receive accommodations for Step 1 and described Mr. Sampson as "a truly dedicated and hard-working student," who is "honest, dependable" and who does whatever is asked of him "in the highest quality possible, when properly accommodated." See Letter from Christopher Heedles, Stony Brook Disability Support Services to the NBME, dated 3/27/2017. Likewise in March of 2017, Linda DeMotta, the Learning Specialist at Stony Brook University School of Medicine reported to the NBME that Mr. Sampson needed accommodation for his disability, that once he received appropriate accommodations he was a student "in good standing" and that taking examinations without the necessary accommodations would result in Mr. Sampson being unfairly tested on his disabilities rather than his knowledge. See Letter from Linda DeMotta to NBME, March 2019.

Yet it now appears knowing Mr. Sampson needs accommodation to demonstrate his knowledge on Step 1, the Medical School is conditioning his remaining a medical student at Stony Brook on taking and passing Step 1 earlier than his peers and without the accommodations the Medical School has gone on record confirming he needs. Such action violates both Section 504 and the ADA. As the United States Court of Appeals held, Section 504 and the ADA require medical schools to "start by considering how [its educational programs] are used by non-disabled [medical school students] and then take reasonable steps to provide [the medical student] with a like experience." *Argenyi v. Creighton Univ.*, 703 F.3d 441, 451 (8th Cir. 2013). The Medical School is violating this federal mandate by subjecting Mr. Sampson to a different, higher standard than students without disabilities.

Should the Medical School proceed with this discriminatory action, the harm to Mr. Sampson would be significant. Notably, if Mr. Sampson is not enrolled as a student at Stony Brook he is not eligible to register to take Step 1. In other words, should Stony Brook persist in requiring Mr. Sampson to take and pass Step 1 before his peers and without necessary accommodations, his medical career is over. Without the ability to register and seek the opportunity to test with necessary accommodations, he is left with no choice but to pursue legal action.

---

[2] Both the *Berger* and the *Ramsay* cases are currently on appeal.

**A798**

Obviously, requiring Mr. Sampson to take Step 1 earlier than his peers put Mr. Sampson at a disadvantage not only because he was required to take and pass Step 1 with less experience and knowledge than his peers but because the NBME routinely delays the processing of requests for accommodation by students with disabilities and likewise routinely denies accommodations to students with dyslexia and ADHD despite the clear requirements of the Americans with Disabilities Act and section 504 of the Rehabilitation Act.[3]

It would likewise be discriminatory to disregard that Mr. Sampson has been on Leave of Absence because he is unable to get the accommodations the Medical School agrees he needs in calculating the time within which Mr. Sampson must complete his medical degree.

It is my hope that the Medical School is invested in Mr. Sampson and will support his right to be tested based on his knowledge and skill with appropriate accommodations. To this end, I propose that Mr. Sampson be permitted to proceed with his medical education, with the understanding that he will need to take and pass Step 1 at the same point in his education as required of other students, after completion of Phase II classes during his third year and before beginning Phase III classes. Furthermore, Mr. Sampson will continue to seek appropriate accommodation from the NBME so that he can take and pass the test under an equitable test administration as soon as possible. Should the NBME continue to deny necessary accommodations at such time as Mr. Sampson completes Phase II classes, the law would require the Medical School to permit Mr. Sampson to remain a student in good standing on leave of absence pending his ability to take a fair administration of Step 1.

Our firm has a special focus on advocating on behalf of medical students with disabilities both with medical schools and against the NBME. As you are no doubt aware, there is a critical shortage in medical providers for individuals with disabilities. A key national study concluded that a primary reason for the disability community being underserved in medicine is the lack of medical professionals who themselves have disabilities. Our focus on ensuring equal access for medical students with disabilities addresses this gap in care while also ensuring that talented and compassionate professionals with disabilities are judged based on their skills rather than sidelined by discriminatory barriers. For example, our firm litigated *Argenyi v. Creighton University*, Case No. 8:09CV341, 2014 U.S. Dist. LEXIS 63726 (D. Neb. May 8, 2014), winning a key victory in the U.S. Court of Appeals for the Eighth Circuit, winning a lengthy jury trial, and consequently being awarded $478,000 in legal fees and costs to be paid by Creighton University. Likewise, we have served as counsel in cases against the NBME for discrimination based on disability. For example, we recently prevailed in obtaining an injunction against the NBME after a hearing in December 2019 in *Ramsay v. National Board of Medical Examiners*.

---

[3] Notably, is was Mr. Sampson's leadership and advocacy that lead the Medical School to move the deadline for taking Step 1 from before second year to the third year. While this change was optional the first year it was in effect, the additional learning time prior to taking Step 1 was so beneficial that it was made permanent. Students who took Step 1 in 3rd year rather than before second year scored approximately 10 points higher on Step 1 demonstrating the importance of additional learning before taking Step 1. It is the ultimate irony that Mr. Sampson was responsible for a positive change to Medical School policy for all of his peers – and he alone did not benefit from that change.

It is our strong preference to work cooperatively. Mr. Sampson values the education he has received at Stony Brook and is eager to prove himself. He is eager to resume his education and I would welcome the opportunity to discuss with counsel how that might be achieved. I am gravely concerned that the CAPP Committee is poised to make a decision on June 1, 2020 that would violate Mr. Sampson's federally protected rights, and leave us litigating against each other for a number of years as we seek to glue back together his future. I respectfully ask that the CAPP Committee ensure that it complies with Section 504 and the ADA.

I can be reached at Mary.Vargas@steinvargas.com or at 240-793-3185 and would welcome the opportunity to discuss a resolution that is in everyone's best interests.

Sincerely,

Mary Vargas

Cc:

Andrew Wackett, MD
Andrew.wackett@stonybrookmedicine.edu

**A800**



SUNY The State University of New York

Office of General Counsel

Stony Brook Regional Office
Stony Brook University
Administration Building, Room 328
Stony Brook, New York 11794-1212

April 1, 2022

**Via Email & Overnight Mail**

Mary Vargas, Esq.
Stein & Vargas LLP
10 G Street NE, Suite 600
Washington, DC 20002

Re:   Robert Sampson

Dear Ms. Vargas:

I write in response to your March 21, 2002 letter requesting that your client Robert Sampson be allowed to continue at the Renaissance School of Medicine (RSOM) beyond the 7 year limit, "to allow him to pursue accommodations from the National Board of Medical Examiners for the United States Medical Licensing Examination". This is a request that your client has made to the NBME several times and has been denied each time.

During his tenure at RSOM, Mr. Sampson has requested and received accommodations as appropriate. However, the accommodation that you request now, i.e., that Mr. Sampson's medical education be extended indefinitely in the hope that the National Board of Medical Examiners will finally grant the accommodations that he has requested, would constitute a fundamental alteration of the RSOM's program which requires that students complete the 4 year program within 7 years.

I understand that this is not the response that your client was hoping for.

Yours truly,

Suzanne V. Shane

**A801**

### United States Medical Licensing Examination® (USMLE®)

### REQUEST FOR TEST ACCOMMODATIONS
*Use this form if you are requesting accommodations on USMLE for the first time*

---

### The National Board of Medical Examiners® (NBME®) processes requests for test accommodations on behalf of the USMLE program

If you have a documented disability covered under the Americans with Disabilities Act (ADA), you must notify the USMLE in writing <u>each time</u> you apply for a Step examination for which you require test accommodations. Submitting this form constitutes your official notification.

• Review the USMLE Guidelines for Test Accommodations at www.usmle.org for a detailed description of how to document a need for accommodation.

• Complete all sections of this request form and submit it together with all required documentation at the same time you submit your Step exam application.

• Incomplete, illegible, or unsigned request forms and/or insufficient supporting documentation will delay processing of your request.

• Do not send originals. Please retain the originals of all documentation that you submit as we are unable to return submissions or provide duplicate copies to third parties.

• Submitting duplicate and/or bound documentation may delay processing of your request.

• NBME will acknowledge receipt of your request by e-mail and audit your submission for completeness. If you do not receive an e-mail acknowledgement within a few days of submitting your request, please contact Disability Services at 215-590-9700.  You may be asked to submit additional documentation to complete your request.

• Requests are processed in the order in which they are received. Allow at least 60 days for processing of your request.  Processing cannot begin until sufficient information is received by NBME and your Step exam registration is complete.

• The outcome of our review will not be released via telephone.  All official communications regarding your request will be made in writing.  If you wish to modify or withdraw a request for test accommodations, contact Disability Services by e-mail at disabilityservices@nbme.org or by telephone at 215-590-9700.

---

### You MUST provide supporting documentation verifying your current functional impairment.

↻ In order to document your need for accommodation, **submit** the following with this form:

✓ A **personal statement** describing your disability and its impact on your daily life and educational functioning.

✓ **Supporting documentation** such as psychoeducational evaluations; medical records; copies of report cards, academic and score transcripts; faculty or supervisor feedback; job performance evaluations; clerkship/clinical course evaluations; verification of prior academic/test accommodations; etc.

✓ A **complete and comprehensive evaluation**.  Reports from qualified professionals must be typewritten on letterhead, signed and include the professional's qualifications.

**USMLE® Request for Test Accommodations**

## Section A: Exam Information

Place a check next to the examination(s) for which you are currently registered and requesting test accommodations: (Check all that apply)

- ☑ Step 1
- ☐ Step 2 CK (Clinical Knowledge)
- ☐ Step 2 CS (Clinical Skills)
- ☐ Step 3

## Section B: Biographical Information
**Please type or print.**

**B1.** Name: _Sampson_ _Robert_ _D_
Last                             First                             Middle Initial

**B2.** Gender: ☑ Male   ☐ Female

**B3.** Date of Birth: _04/05/91_

**B4.** USMLE # _5_ - _3_ _8_ _5_ - _6_ _2_ _4_ - _1_ (required)

**B5.** Address:
_11 Whitford Rd_
Street

_Stony Brook_                             _NY_                             _11790_
City                             State/Province                             Zip/Postal Code

_USA_
Country

_631-833-4418_
Daytime Telephone Number

_____
Alternate Telephone Number

_rds911@gmail.com_
E-mail address

**B6.** Medical School Name: _Stony Brook University School of Medicine_

Country of Medical School: _USA_            Date of Medical School Graduation: _05/19_

USMLE® Request for Test Accommodations

## Section C: Accommodations Information

**C1.** Do you require wheelchair access at the examination facility? ☐ Yes ☑ No
If yes, and you require an adjustable height computer table, indicate the number of inches required from the bottom of the table to the floor: _____

**C2.** Describe the accommodation(s) you are requesting. Accommodations must be appropriate to the impairment within the context of the examination task and setting:

_____

50% additional test time (time and 1/2) on the USMLE Step 1 exam. _____

**C3.** Check **ONLY ONE** box for the exam(s) for which you are registered.

### STEP 1:
**Additional Break Time**
☐ Additional break time over 1 day

☐ Additional break time over 2 days

**Additional Testing Time**
☐ 25% Additional test time (Time and 1/4) over 2 days

☑ 50% Additional test time (Time and 1/2) over 2 days

☐ 100% Additional test time (Double time) over 2 days

☐ Additional break time <u>and</u> 50% Additional test time (Time and 1/2) over 2 days

### STEP 2 CK:
**Additional Break Time**
☐ Additional break time over 2 days

**Additional Testing Time**
☐ 25% Additional test time (Time and 1/4) over 2 days

☐ 50% Additional test time (Time and 1/2) over 2 days

☐ 100% Additional test time (Double time) over 2 days

☐ Additional break time <u>and</u> 50% Additional test time (Time and 1/2) over 2 days

### STEP 3:
**Additional Break Time**
☐ Additional break time over 4 days

**Additional Testing Time**
☐ 25% Additional test time (Time and 1/4) over 3 days

☐ 50% Additional test time (Time and 1/2) over 4 days

☐ 100% Additional test time (Double time) over 5 days

☐ Additional break time <u>and</u> 50% Additional test time (Time and 1/2) over 4 days

### STEP 2 CS:
Describe the accommodations you are requesting for each section of Step 2 CS (i.e., patient encounter, patient note). If you are requesting additional time, state the **amount** of additional time you require in **minutes per encounter/note**.

☐ Patient Encounter:_____

☐ Patient Note:_____

USMLE® Request for Test Accommodations

## Section D: Information About Your Impairment

**D1.** Check the box that best describes the **nature of your impairment** and list the **year** it was first diagnosed by a qualified professional. Check only those for which you are requesting accommodations.

**Sensory**                                        **Year first diagnosed**
☐ Hearing                                        _____
☐ Vision                                          _____
☐ Other (specify):_____    _____

**Learning**
☑ Reading                                        ___2013___
☐ Writing                                         _____
☐ Mathematics                                  _____
☑ Other (specify): _Dyslexia_____    ___2013___

**Language**
☐ Expressive                                     _____
☐ Receptive                                      _____
☐ Other (specify):_____    _____

**Physical**
☐ Mobility/motor                              _____
☐ Endocrine                                      _____
☐ Neurological                                  _____
☐ Other (specify):_____    _____

**Psychiatric**
☐ Anxiety Disorder                            _____
☐ Depression/Mood Disorder             _____
☑ Attention Deficit/Hyperactivity Disorder    ___2015___
☐ Other (specify):_____    _____

**Other Impairment** (specify) _____    _____

**D2.** List your **current DSM/ICD** diagnosis/diagnoses for which you are requesting accommodations:
Specific Learning Disorder with impairment in reading (dyslexia), reading fluency, word reading accuracy, spelling (315.00)

Unspecified Neurodevelopmental Disorder, visuospatial memory, visuospatial processing (315.9)

Attention deficit hyperactivity dissorder, predominantly inattentive (F90.2)

**D3. Personal Statement**

**Attach a signed and dated personal statement describing your impairments(s) and their impact on daily life.** Narratives should **not** be confined to standardized test performance. The personal statement is your opportunity to tell us how your physical or mental impairment(s) substantially limit your current functioning in a major life activity. In your own words, discuss how your impairment(s) would interfere with your access to the relevant USMLE Step and how the specific accommodation(s) you are requesting will alleviate this impact.

**A805**

USMLE® Request for Test Accommodations

## Section E:  Accommodation History

## STANDARDIZED EXAMINATIONS

**E1.**  List accommodations you received for all standardized examinations such as college, graduate and professional school admissions tests and professional licensure and certification examinations.  If no accommodations were provided, write NONE.

- **Attach copies of official documentation from each testing agency confirming the test accommodations they provided.**

- **Attached a copy of your official examination score report(s).**

| | DATE(S) ADMINISTERED | ACCOMMODATION(S) PROVIDED |
|---|---|---|
| ☐ SAT®, ACT® PSAT | Fall '07 (PSAT), 5/05, 6/08, 6/08, 10/08, 11/08 | NONE |
| ☐ MCAT® | 8/13, 9/14 | NONE |
| ☐ GRE® | | |
| ☐ GMAT® | | |
| ☐ LSAT® | | |
| ☐ DAT® | | |
| ☐ COMLEX® | | |
| ☐ Bar Examination(s) | | |
| ☒ Other(s) NBME Shelf Exams (also attached and below in E2) | | Time and 1/2 on NBME shelf exams: 12/8/16, 12/16/16, 1/13/17, all others previously (since 10/6/16) under standard time conditions. |
| OLSAT | May 1999 | NONE |

## POSTSECONDARY EDUCATION

**E2**. List each school and all formal accommodations you receive/received, and the dates accommodations were provided:

- **Attach copies of official records from the school(s) listed confirming the accommodations they provided.**

| | SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|---|
| **Medical/Graduate/ Professional School** | Stony Brook University School of Medicine | 1.5 Time on exams | November '16-->Current (specifically received on 12/8/16, 12/16/16, 1/13/17) |
| **Undergraduate School** | University of Virginia | NONE | |

## E3.  Certification of Prior Test Accommodations

If you receive/received accommodations in medical school and/or residency, the appropriate official at your medical school/residency must complete and submit the **Certification of Prior Test Accommodations** form available at **www.usmle.org**.

**A806**

USMLE® Request for Test Accommodations

## PRIMARY AND SECONDARY SCHOOL

E4. List each school and all formal accommodations you received, and the dates accommodations were provided:

**Attach copies of official records from the school(s) listed confirming the accommodations they provided.**

| | SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|---|
| **High School** | Ward Melville High School | NONE | |
| | | | |
| | | | |
| **Middle School** | Paul J Gelinas JHS | NONE | |
| | | | |
| | | | |
| **Elementary School** | Minnesauke Elementary School | NONE | |
| | | | |
| | | | |

## Section F: Certification and Authorization

To the best of my knowledge and belief, the information recorded on this request form is true and accurate. I understand that my request for accommodations, including this form and all supporting documentation, must be received by the NBME sufficiently in advance of my anticipated test date in order to provide adequate time to evaluate and process my request.

I acknowledge and agree that any information submitted by me or on my behalf may be used by the USMLE program for the following purposes:
- Evaluating my eligibility for accommodations. When appropriate, my information may be disclosed to qualified independent reviewers for this purpose.
- Conducting research. Any disclosure of my information by the USMLE program will not contain information that could be used to identify me individually; information that is presented in research publications will be reported only in the aggregate.

I authorize the National Board of Medical Examiners (NBME) to contact the entities identified in this request form, and the professionals identified in the documentation I am submitting in connection with it, to obtain further information. I authorize such entities and professionals to provide NBME with all requested further information.

I further understand that the USMLE reserves the right to take action, as described in the Bulletin of Information (see "Indeterminate Scores and Irregular Behavior"), if it determines that false information or false statements have been presented on this request form or in connection with my request for test accommodations.

Name (print): Robert Drew Sampson

Signature: _Robert Sampson_ Date: 4/1/17

**USMLE® Request for Test Accommodations**

## What to Submit

✓ Legible copies of all documents, not originals
✓ Typewritten and signed letters and reports from professionals on their letterhead
✓ Complete reports with all pages including test scores
✓ All documents in English. You are responsible for providing certified English translations of all non-English documentation
✓ Childhood records - if your request is based on a developmental disorder (e.g., LD, dyslexia, ADHD)
✓ Official transcripts and standardized test score reports
✓ Documentation beyond self-report of your functional impairment
✓ Documentation of your functional impairment in activities other than test-taking

## What NOT to Submit

✖ Original documents
✖ Handwritten or unsigned letters from physicians or evaluators
✖ Copies of reports with redactions or missing pages
✖ Multiple copies of documentation (i.e., faxed and mailed copies of a document)
✖ Duplicate documentation previously submitted to Disability Services
✖ Previous correspondence from Disability Services
✖ Research articles, your résumé or curriculum vita
✖ Staples, binders, page protectors, folders, or similar items

**Mail, fax or e-mail (as a pdf) your completed request form and supporting documents to the address below <u>at the same time</u> you submit your Step examination application.**

**Disability Services**
**National Board of Medical Examiners**
**3750 Market Street**
**Philadelphia, PA 19104-3190**
**Telephone: (215) 590-9700**
**Facsimile: (215) 590-9422**
**E-mail: <u>disabilityservices@nbme.org</u>**

**A808**

SEALED

2013 Anderson Evaluation,
Sampson Hearing Ex. 2

SEALED

2013 Michels Evaluation,
Sampson Hearing Ex. 3

3/25/17

Personal Statement for Accommodations to the NBME Office of Disability Services

To Whom It May Concern:

The roots of my learning disability began in early childhood. I was diagnosed as a severe stutterer at the age of four. This language disability significantly affected my verbal communication, and tended to isolate me from peers. I experienced anxiety and frustration when I had no idea how long it would take to relay a simple thought. At times, my speech was so disrupted that people around me did not have the patience to wait.

My stuttering was evidenced by a substantial discrepancy between my verbal processing skills and my excellence in math and science, but the educational resources in my public school were not well suited for learning disabilities. When my parents realized I was not growing out of my stuttering problem, they sought outside professional speech pathology treatment, which continued for years.

For years, my parents carried out the exercises the speech pathologists assigned. Every day (even on school vacations), they had me do exercises where I would have to emphasize the first syllable of the word and slow down my speech. I had to use simple sentences, and my entire family was told to slow down their speech by at least two times to help me. I also had to do tongue strengthening exercises and listen to myself speaking on recording. Repetition was key, and I had to practice what most people took for granted—speaking. Most of my classmates did not have the patience to wait for me to finish a sentence, which made me feel left out.

The way I overcame my stuttering was not through silent reading, but with verbal expression of sound and deliberate vocalization—therapeutic skills for me that are not at play on timed multiple choice exams.

The beginning of my education continued to be marked by developmental setbacks, which hindered my ability to progress. I loved learning in general, especially in science class, but english class, and reading in particular, was a very draining and exhausting experience for me. Whenever we were given assigned reading, I had to spend an inordinate amount of time and energy on reading the same paragraph over and over again. When I was in elementary school, my mother used to read aloud to me while I followed along. When we read aloud in class, I used to shun being called on to read aloud (even though I otherwise enjoyed participating in my classes) because on top of some lingering stuttering, I was quite scared that I would mispronounce or see a word that my classmates would all know, but I did not. Even more so, I did not want to be called on because for some reason, even if I tried to pay attention to the words that came out of my mouth or tried to pay attention to the words I read on the page as I read aloud, I would have essentially no memory of what I just read. It was as if my speaking was interfering with my reading process (or vise versa). The anxiety provoking nightmare of course was when my teacher would ask me in front of the class—casually and reasonably—what I thought about what I just read. It is hard to express in words the embarrassment it feels like when

**A811**

not only do you not know the answer that everyone in your class (presumably you as well) have heard from the read aloud, but your classmates think you are stupid.

In terms of writing, my handwriting was always a problem. Many of my teachers would hand back work to me and say they couldn't grade it because they couldn't read anything I said. It was possible for me to write somewhat neater, but the effort it required for me to write legibly would massively slow down my writing to the point that writing itself became a burden (and it also made it hard to complete written essays on timed exams). What also made writing difficult for me was that I knew my spelling was exceptionally poor. Almost any word that had double letters (like "ll"), words that could be said with different characters that produce similar phonemes (-tion vs -sion, e.g. station vs vision), or words that had silent letters in them (lam<u>b</u>, com<u>b</u>, <u>k</u>nife) would all cause spelling errors. I recall that every time I would come across attempting to write one of these words, I would have to pause, and it would hit me that not only was I not sure how to spell the word, but I was embarrassed someone would call out what might seem like incompetence. Somewhat surprisingly, I think I used to do fairly well on spelling tests, but that was only after hours and hours of repetition, writing and re-writing words with my mother until writing the word was nearly a Pavlovian response. And then a short time after the spelling test, I would again forget how to spell the word. In some regard, I had thought that my messy handwriting was somewhat of a blessing in disguise because it allowed me to protect my ego by hiding my spelling mistakes in a sea of illegibly written words that would inadvertently force readers to imagine the word was buried somewhere on the page. Obviously, when the personal computer became more widespread, I very quickly clinged to microsoft word's spelling and grammar checking. Naturally, handwriting became a near non-issue. As an aside, even to this day, I have a minor fear that one day I will become a professor and lecture to a class, and I will get up to go to the chalkboard and misspell a very basic word.

When I got to junior high school and high school, I continued to avoid reading books for enjoyment. I actually remember that each year my school would have a book fair, and I would always love the idea of buying a book because the cover would look interesting, and then that book would normally sit on my bookshelf at home. I did not read for pleasure. In class, I would "complete" the reading material by reading sparknotes and cliff notes for each book because reading was such a laborious and painful exercise. I was grateful that that publishers of those books seemed to be literary geniuses who made analysis and connections that I never would have thought of while reading. Most of the time when I would read, I would feel that I couldn't remember anything I read on the page, nor even the last few sentences I read, so I would have to re-read the same passage multiple times. This experience was frustrating and dejecting, and I just assumed that everyone else must be going through a similar experience. I assumed that I was no different, and that the level of struggle I was enduring was normal because I didn't want to feel different. I was in denial.

During junior high school, I also began to receive my first extensive external tutoring. My ability to cope with these challenging learning situations also continued throughout high school. Because of my ultra-strong will and desire for a competitive higher education, I was self-driven to succeed with my advanced course load, albeit with many lost hours of sleep and often several hours of one-on-one private tutoring I was more than fortunate to have.

In addition to my academic load, I was fortunate to be introduced at an early age to musical performance and to ultimately become a passionate musician. My introduction to music started with the piano when I started to play when I was four years old. I was privately taught for two years, but I found practicing extremely tiresome, and while I loved the sound of the instrument, I found practicing beyond boring—despite my mom's "motherly" and constant reminder that I had to practice. For some reason, I could hardly bring myself to do it, as the practice exhausted me to an extreme degree. In particular, I distinctly remember struggling with the fact that two hands in piano not only were playing separate notes at the same time, but their rhythm was different. Even after repetitiously practicing to try to build up a muscle memory in each hand for how the song went, I couldn't play songs that needed two hands to play at the same time. If I would focus on the right hand, my left hand would struggle to not follow, and when I'd switch my attention to the left hand to get it to play its rhythm, my right hand would stop. Other times, both hands would play the same notes and I couldn't separate their actions. It was very frustrating, and so I stopped.

With a partial overlap of time, I began playing the cello when I was five years old as my mom continued to nurture me with music and asked me if I was interested in cello or violin. I fell in love with the "middle voice" that the cello had, and found it very pleasing to my ear. I took private lessons and learned under the "Suzuki method," which is a rote method of learning that involves listening to a recorded take of a performance over and over again by a professional, and playing the song on your cello with the printed music in front of you. However, when I'd follow the printed music, I can tell you that I wasn't really "reading" the music. In fact, no one had really taught me to read the music, and I had no real idea if I was playing an F# or a B flat. I also did not know what the first note on the page was supposed to sound like until my teacher played it for me or I heard the recording. What I did know was that once I knew what one note sounded like, if on the sheet of music the relative height of the next note was higher or lower, then I would know to make the pitch of the note higher or lower on my cello. I basically read by relative comparison without ever having a formal musical understanding of what the notes specifically stood for. In retrospect, I probably didn't struggle with the cello's left and right hand differences because the function of each hand is very different. The left hand is somewhat like the input (you place your fingers in the correct areas for the notes), and the right hand is somewhat like the output (you play the string with your bow and it makes a sound).

After I had graduated kindergarten at a Montessori nursery school, I started first grade in public school and they permitted me to join the orchestra even though you typically had to be in at least the fourth grade. By second or third grade I was I was seated ahead of some sixth graders because my tone quality was better. I still had no idea what I was reading on the paper, but I knew exactly what the sound I was supposed to make was (after I've heard the song performed a few times), and I used the rise and fall of the notes on the page to stitch together my memory of how the music went. Later I found out that I had "relative" perfect pitch, interestingly only with instruments that played in a register similar to my cello. I couldn't say that a note that I heard was a "B flat" automatically, but when I heard the note, I could remember what the A, D, C, and G strings on my cello sounded like in my head, and then I'd compare the note I heard to my memory of the sounds the strings made, and I could figure out each time exactly what note I was hearing.

**A813**

By middle school I was still one of the top cellists in my orchestra, and I still had immense trouble reading notes. My private teacher had changed and this teacher did not use the Suzuki method, but rather taught with conventional music theory. When we first met, she was perplexed and could not understand how someone who could make such a great sound had no knowledge at all about music theory. She was mortified by some of the most basic music reading mistakes I would make, but more importantly, she would tell me what mistake I made, and ask me to do it again, and then I would make the same mistake, maybe four or five times in a row. I didn't do this disrespectfully, but I might do something that I thought she wanted, but it wasn't what she meant at all. I would continually misunderstand a lot of the things she'd tell me to complete, and it would take me multiple tries just to do what she asked for once. Even though my tone quality was better than many of her students, her other students did not make the same basic mistakes, and they would correct what my teacher pointed out by the first or second try.

Even from a postural point of view, I was unconventional. I tended to lean over the strings in such a fashion as to "feel" the music. One day, during one of my lessons, I continued to make reading comprehension mistakes from the musical composition when I read the notes, and finally my teacher stormed out of the room yelling, "I can't teach him, he has to have a learning disability, he's trying to listen to me but he's just not doing it!" In her defense, someone who had been playing cello for 10 years should never have been making these mistakes. I persisted and continued to work through my struggles and eventually learned how to read music, albeit the process took many extra years, and I struggled to get past the most basic music theory levels. I actually found many of the principles and rules of music theory (i.e. whether something was considered an A# or B flat) extremely challenging. While my peers were able to develop a natural intuitive sense of what the answer was, I actually had to go through a mechanistic process in my head each time where I'd first have to think about the scale, what notes were in that scale, and I'd have to manually check each note in the scale in my head to see if it contained an A# or B flat (which both actually make the same sound, but on paper, they are notated differently, somewhat like grammar conventions to make a proper english sentence). This step by step process I had to go through got me to the right answer, but it was very slow, and even to this day—after over 20 years of playing the cello and taking lesson—my painfully slow speed in answering those questions has never improved. In terms of sound, I did not care whether I played an A# or B flat (it made no difference to me), but I wasn't following the conventions required of music reading.

During my sophomore year in college, I listened to a lecture on famous individuals with dyslexia. I realized that my dyslexic characteristics matched over 90% of the symptoms, and casually contemplated my own learning disability. Prior to this time, I was in total denial. I always knew I had to work infinitely harder than my contemporaries to achieve academic success. I had difficulty remembering names of people and places, a childhood history of reading and spelling difficulties, slow reading abilities, inability to comprehend while reading aloud, and suffered extreme fatigue when reading even short periods of time no matter what the subject matter. Throughout college, I continued to receive extensive tutoring and my preparation for examinations became even more arduous. In an attempt to better capture the content of my lectures, I even recorded them and re-reviewed them at a later time.

**A814**

My condition came to light when my private MCAT tutor, Andrew Lam, recognized that despite my extreme efforts in preparation for the MCAT, I would always come up short of his expectations. I would either make what seemed like a careless reading error, or I would mix up the directions associated in a passage based question, or I would lose my place in the text due to the time constraint and my difficulty in reading long pieces of text.

With careful personal reexamination of my tutor's recommendation, I finally sought professional guidance from a psychologist, Dr. Michels. After careful analysis of my past and present learning difficulties, she confirmed my tutor's suspicion and formally diagnosed me with a learning disability on 8/26/13. I requested Dr. Anderson's help, another psychologist, to further elucidate my diagnosis with additional testing in order to develop a better strategy to accommodate for my learning disability in December 2013. Dr. Michels and Dr. Anderson both came to the conclusion that I should be granted 150% time (time and one half) on examinations to compensate for my learning disability.

When medical school started, my school provided a lukewarm reception for learning disabilities, and did not actively encourage students who were learning disabled to seek accommodations. This presentation, coupled with an environment from my classmates that reminded me of a childhood stigma that made people who received "special treatment" be unconsciously labeled as "underperformers" led me to keep my disability to myself and to try to do as well as I could on my own. This ended up being a grave mistake. For the first 1.5 years of my medical school curriculum (the pre-clinical part of my education for which Step 1 assesses) I struggled immensely, particularly with NBME shelf exams, which my school uses to evaluate students after each subject block as a final exam. For essentially all of my NBME exams I took, I ran out of time, and I had to rush through the second half of each exam while sometimes not even having enough time to fill in random bubbles at the end of the exam. To try to compensate, when I would get into the exam room, during the 10-15 minute NBME exam demo period, I would draw on my whiteboard the test time divided into 4 sections, and what question number I should be on by that time as a pacing strategy. By the time I would even reach the first quarter time of the test, I would already be very behind where I should be for pacing, and it was almost impossible to catch up even by that period. By the halfway mark, it would be anxiety provoking to realize that I would have to nearly guess on every other question in order to finish on time. All the while, I had also been silently meditating to myself for a few minutes before each exam started that I had to push myself and finish on time. I then tried to divide the test into 8ths, but no matter how many times I cut the test into virtual fractions, I still had the same problem—I couldn't finish the exams no matter how hard I pushed myself to read through the question. My reading through the vignettes was way too slow, and it took me considerable time to cross examine the choices on the test with the stem of the question. Time was so much of an issue, that even on a 2.5 hr NBME final shelf exam, I knew that if I even considered running to the bathroom, which just takes five minutes, it would be entirely impossible for me to finish the exam.

I ended up failing multiple NBME exams and having to remediate them (all under normal time conditions) in order to pass classes repeatedly, even though I had, otherwise, done well in the rest of the class. In all cases, had my performance been based on the clinical interactions, homeworks and quizzes with very little time constraint, I would have excelled. Consistently, being unable to timely finish NBME shelf exams in medical school made it intensely difficult to

pass classes, and I had a routine pattern of initially failing a class just due to failing the NBME shelf exam alone.

Throughout my entire education up until this time, I was always able to make up for my learning disability by working harder even if it was a struggle. I hated performing at such a marginal level especially knowing that I knew the required material better than my scores exhibited and had no way to show it. Surprisingly, I was strangely encouraged by multiple advisors and professors in medical school that the important thing was that I eventually passed, and that I should move on to the next organ system unit, and that as long as I was passing (albeit by little, or after failing and remediating), that getting through was all that mattered. So I kept pushing on. Attached my medical school has provided an NBME exam score report for all of my exams.

However, in November 2016, I was summoned to the academic review board of my medical school for what they defined as "chronic marginality" and that I exhibited "marginal performance" through the pre-clinical phase of the curriculum. My school defines a student to have marginal performance when a student has either failed or come very close to failing multiple NBME subject exams, or the courses themselves on their first attempt. The point of this administrative label is to identify students who are substantially underperforming the academic expectations of the school and who are in need of an intervention to fix a major learning or education issue. However, the problem was not actually my knowledge base, but my inability to showcase it on timed NBME exams which had generated all of my marginality points for failing, despite otherwise doing well in each class as a whole.

To take action and ameliorate the problem brought to my attention by my school's academic board, I promptly scheduled a meeting with my school's disability coordinator and I submitted my learning disability testing which was conducted by Dr. Anderson and Dr. Michels. The disability counselor assigned to my case, Christopher Heedles, read through all of my testing and reports and agreed that I had a learning disability and indeed would require extra time (time and a half) on exams in order to be appropriately accommodated for my disability.

Shortly after I received permission to receive 1.5 time accommodations at my medical school, I took three NBME shelf exams, which served as final exams in the following subject blocks: endocrine/reproductive, gastrointestinal, and Themes in Medical Education 6 (covering biostatistics, ethics, and epidemiology). Just before I had received accommodations, I had taken final NBME shelf exams under standard conditions in the endocrine/reproductive unit, but I failed it—twice—each time scoring 56% despite putting in my best effort into studying and testing. When I was given a final NBME shelf exam for the third time in that class, but this time with 1.5 time accommodations added, I was told by my professor that I scored the class average (and I passed). With accommodations, I was also able to score sufficiently well on my gastrointestinal, and biostatistics/ethics/epidemiology (Themes in Medical Education 6) NBME exam shelf exams, allowing me to pass on my first attempt for both of those exams. The difference in my score performance on NBME shelf exams before and after receiving accommodations was staggering. It took me from being a test taker who always struggled to finish NBME shelf exams and often failed them (or routinely marginally passed them), to passing NBME shelf exams due to having adequate time to consider the questions being asked of me.

**A816**

The score performance on my NBME shelf exams before and after accommodations showed clearly that these accommodations were working for me. Because my school evaluated us with exam questions actually created by the NBME that directly simulated the USMLE Step 1, this is when I realized that I needed the same accommodations I had received on my NBME shelf exams (time and a half) to be fairly tested on the USMLE Step 1.

My only regret in this process is that I did not take my learning disability more seriously. I should have asked for testing accommodations a long time ago. My SAT and MCAT exams were taken without accommodations. Hours of intensive preparation spread over years with multiple tutors and multiple external resources were used to help assist me with my reading and learning disability. I went over thousands of practice questions, and learning tricks my tutors taught me to employ on the exam to get to the right answer faster even when I had no intuitive understanding of the question. I now know that I had to work much harder than my peers and I am 100% confident that without these extreme efforts of preparation to compensate for my disability, I would not have passed them. After another year of intensive study and despite doubling down on my effort to improve my MCAT, my score improved a mere one point. I know that my MCAT fund of knowledge in that year went up exponentially, but my score showed no statistically significant increase. What makes matters worse is the fact that I tried to further mitigate my learning disability by using a physician-prescribed medication consistent with my diagnosis in order to try to help me better focus on the narratives and verbally process faster on my last MCAT exam. Even this additional measure failed to ameliorate my disability. Overall, logistically, I had employed the same mitigating "Suzuki method" measures that I used in the past when I was learning how to play cello to try to compensate for my reading and learning disability on both standardized exams. Albeit with great physical and emotional hardship: Monotonous repetition of thousands of practice questions, practicing drills over and over again, having a team of private tutors to teach me concepts multiple times, and preparing for these exams for <u>years</u> in advance with specifically-dedicated testing resources. In many respects, the amount of preparation I had to do to try to compensate for my disability was such a massive undertaking, that it would always substantially detract from the time I had for my academic studies or from time others would normally use to spend with their family. In terms of simulating the USMLE Step 1 specifically, I have more recently experienced NBME shelf exams administered by my medical school under both accommodated and unaccommodated timed conditions and I have noticed that there is even more reading on the USMLE Step 1 than I had experienced on any of my previous standardized tests. Although the USMLE Step 1 exam is not a reading test, per se, patient vignettes are lengthy and take me a long time to thoroughly read through, and even the sheer number of questions multiplied by the accompanying written text per question creates a mountain of text which extensively slows my reading speed and processing speed of the question down to a crawl. It also takes me even more time to cross examine the possible answers choices to a vignette on the USMLE Step 1 because this process requires deep integration of knowledge along with timely processing of a verbal narrative. In the end, I would always have to re-read the narrative multiple times to come up with an appropriate answer which consumed vital time I needed on the exam. For someone who is dyslexic, the type of time constraints of an unaccommodated Step 1 exam under standard time constraints is unrealistic. This type of examination process undoubtedly exacerbates my learning and reading disabilities and makes it impossible for me to finish the exam. I now realize that I had deprived myself of the

ability to be evaluated fairly, regrettingly being afraid of what my professional peers might think of me if I were treated differently than they were.

During the same one and one half year spanning the same medical school evaluatory period, there was a stark contrast between my "marginal academic" didactic exam-based performance versus my strong clinical showing in my Introduction to Clinical Medicine (ICM) course. To showcase my clinical performance, I was presented very positive formative feedback in my recent final performance summary in my ICM course. The ICM course encompasses hundreds of hours of clinically relevant interactions with patients, faculty leaders, and fellow students. The verbatim feedback reads:

"Robert had an excellent performance in the ICM course. During his clinical bedside experiences, he demonstrated an excellent ability to gather relevant patient information and develop a differential diagnosis and work up plan. His medical knowledge and ability to assimilate this knowledge was impressive for his level of training and he always attempts to incorporate his classroom learning to the care of his patients. Finally, his communication skills were polished, his write ups were stellar and he was always professional. He had an excellent performance in small group, consistently contributing positively to the group discussion. His performance on the end of course OSCE was also excellent. Robert will transition well into his clerkship year."

These comments come directly from physicians who I have closely interacted with and who have observed my clinical abilities for the entirety of my medical education up to USMLE Step 1 preparation. This positive review further reinforces that I have demonstrated a strong clinical knowledge base and also possess the practical knowledge and skills to be successful in the clinical phase of my medical education. It is clear I have gained their confidence—despite what my "marginal" NBME shelf exam scores showed—and that I exhibited the knowledge to excel in clinically realistic situations, which in actual clinical practice would allow me to bypass my reading and learning disabilities. Therefore, without accommodations on a reading intensive exam, the USMLE Step 1 will just be assessing my disabilities, and not my knowledge, which is obviously not the purpose of the exam.

In conclusion, I am applying for time and a half testing accommodations for the USMLE Step 1 exam. Throughout my entire life, especially most recently in my medical education, I have significantly struggled with my reading speed and ability, especially on timed exams, even though I had otherwise proven in the rest of the course that I learned the material well. Accommodations took me from being a marginal student who failed multiple NBME shelf exams to being a student who not only passed, but did well. My learning disability, when unaccommodated, limited my ability to pass timed exams in medical school, lowered my self-esteem and created a negative learning experience and a daily struggle. From my recent personal experiences in dealing with my disability, both unaccommodated and accommodated, I am certain that taking the USMLE Step 1 under standard timed conditions will unfairly deny me an equal chance to demonstrate my true ability. As my previous accommodated NBME shelf exams have shown, taking tests under the time and a half condition has allowed me to compensate for my reading and learning disability. Having this extended time will allow me to exhibit my true

knowledge and understanding of the USMLE Step 1 content by accommodating for my innate learning disability.

I implore the committee to provide me with time and a half USMLE Step 1 accommodations so that I can be tested without discriminating against my documented learning disability.

Sincerely,

Robert Drew Sampson

A819

# Thomas A. Aronson, MD
2 Brooksite Drive – Suite 220
Smithtown, NY  11787
631-265-0909
Fax 631-265-0757

March 29, 2017
Re: Robert Sampson
DOB: 4/5/1991

To Whom It May Concern:

Robert Sampson has been under my psychiatric care since November 4, 2015 for Learning Disabilities and mild ADD that significantly affected his performance at Stony Brook University Medical School. Prior to his seeking psychiatric and learning specialist help, he was failing out of Medical School as a MSII student. Since then, he has significantly improved academically with Dexedrine 15mg QD PRN and accommodations from the Medical School giving him time-and-a-half for exams.

He was diagnosed with a Learning Disorder relatively late. I have reviewed the neuropsychiatric reports from 12/16/2013 and 8/26/2013, which document an Unspecified Neurodevelopment Disorder (visuospatial memory and processing) and Specific Learning Disorder with impairment in reading, reading fluency, accuracy, and spelling (dyslexia). I see no evidence that his Learning Disorder or ADD has changed in the last three and a half years. They substantially limit major life activities in and out of the classroom, e.g. avoid reading, difficulty finishing tests on time, difficulty completing tasks. It is painful and agonizingly slow to read.

As per the ADAAA, his disabilities substantially limit his abilities to take exams. He previously got through school with the help of tutors and a high IQ, despite a large difference between his verbal and non-verbal reasoning abilities. All he needs now from the NBME are the same accommodations that he has received from the Medical School, i.e. time-and-a-half, in order to gain <u>fair</u> access to the USMLE Step 1 exam.

If you have any further questions or concerns, please feel free to contact me.

Sincerely,

Thomas A. Aronson, MD.
Clinical Associate Professor of Psychiatry, SUNY Stony Brook

TAA/ag

**A820**



Date:3/27/2017

Dear National Board of Medical Examiners Disability Services,

    Robert Drew Sampson, is a medical student at Stony Brook University, School of Medicine. Robert received his learning disability diagnosis of Dyslexia in December 2013. Robert reached out to Disability Support Services upon receiving a warning of marginal performance in medical school, in November 2016. Prior to receiving testing accommodations, Robert reported he was unable to complete his NBME Shelf exams within the standard amount of allotted time, and often had to guess on many questions due to time constraints.

    Robert's Dyslexia learning disability is a mental impairment that substantially limits his reading ability and reading speed on a daily basis when he is compared to an average individual in the general population. His learning disability is the reason he routinely runs out of time on exams and generally takes longer to think through ideas presented to him both on exams and outside of the classroom. He did not realize he was denying himself fair access that he qualified for on timed exams for someone with his learning disability until he received an academic warning from his medical school and decided to address his impairments properly.

    Due to the fact that the School of Medicine gives students significant room to pass their pre-clinical curriculum before any intervening action is taken, unfortunately, he was encouraged by his professors that he simply had to "pass." He received a formal notice approximately 1.5 years into his medical education that he was performing marginally and was in danger of failing medical school. Despite doing generally well on non-time-based assessments in his classes, his failing to borderline marginal performance on timed NBME shelf exams taken without accommodations were causing him to fail.

    We received his learning evaluations administered by Dr. Anderson, and Dr. Michels, and determined it was appropriate to give him the accommodation listed below, starting in November 2016, and continuing through to this current date:

- Extended Time and Half (1.5)

    Once he began receiving accommodations, the student reported that he was finally able to finish exams, which indicated to us, that his extended time and a half was an appropriate accommodation. It is for this reason that it is imperative for Robert to receive the same accommodation of extended time and a half on his USMLE Step 1 Exam to protect his equal access to your exam through the accommodations granted.

    I thoroughly enjoyed my time working with Robert and came to know him as a truly dedicated and hard-working student. He is honest, dependable, and incredibly willful to complete what is asked of him in the highest quality possible, when properly accommodated. Please feel free to contact me, should you like to discuss Robert's qualifications and experience further. I'd be happy to expand on my recommendation.

Sincerely,

Christopher Heedles, LMSW

Supportive Education Counselor of Stony Brook Disability Support Services.
128 Educational Communication Center
Stony Brook University, NY 11794
Phone: 631-632-6748

Case 23-3, Document 45-1, 01/31/2023, 3461369, Page102 of 142



Stony Brook Medicine

March 29, 2017

To Whom It May Concern,

I am the Learning Specialist at Stony Brook Medical School. I hold a NYS license in both regular and special education, and I have more than 30 years of teaching experience in both fields. My Master's degree and all subsequent teacher and training experiences have focused on learning disabilities, cognition and the teaching-learning relationship. For the past 10 years, I have been working with medical students at Stony Brook Medical School and Hofstra Northwell Medical School as well as private clients from hospitals and medical schools from around the United States and the Caribbean who have struggled to pass their specialty board exams.

I now write in support of Robert Sampson's request for accommodations for the USMLE Step 1 exam. Robert has been working with me on his study skills for the past year and half. He has a learning disability, specifically dyslexia, as well as Attention Deficit Disorder, that substantially limits his academic learning skills. For example, Robert has a slow reading rate and poor visuospatial processing such that he will avoid reading because the reading process is both exhausting and painful. His dyslexia intrudes upon his ability to complete his exams on time, and this time management problem extends to other academic tasks, such as writing papers or completing dissections in the anatomy lab. Robert struggled to learn from his textbooks, so we worked on finding other resources--videos, hands-on interactions, discussions, drawings—that were most appropriate and least restrictive for Robert's needs as a student with a learning disability.

To his credit, Robert worked hard to overcome his disability by developing his new learning skills, and for a while, his efforts seemed to be fruitful in that he felt he was learning the material on his terms, even though he was taking significantly longer than his classmates to complete his work. His exam results, however, demonstrated that he had not overcome his disability enough to accurately reflect all he had learned. Once he began failing, despite redoubling his efforts, he became increasingly embarrassed and started to shut down a bit. I have seen this happen so many times in my long career, so I knew Robert needed some space to come to terms with his next step—requesting the accommodations he needed. I encouraged him to apply for accommodations through our Disability Support Services office (DSS). Once he secured the appropriate time accommodations, coupled with the learning skills we had been developing and practicing, Robert was able to demonstrate his knowledge on his exams. His NBME shelf exam scores jumped from a failing average of 66% on unaccommodated exams to a passing average of 83% on accommodated exams.

In my field of teaching, we always refer to accommodations as leveling the playing field. It is an apt turn of phrase because, once a student is no longer being tested on his disability and can compete without a handicapping interference, then we can witness the real nature of his abilities.

**A822**



Accommodations, as originally mandated in 1975 by P.L. 94-42 and reiterated in our current ADA, are available to provide students with disabilities *access* to education. Once they gain that access on a level playing field, they are responsible for achieving success. Accommodations for dyslexia are necessary to provide Robert the access he needs to demonstrate his abilities without being unfairly tested on his disability. Robert's dyslexia substantially impairs his reading skills, test taking skills, time management skills, and memory. He has done quite a bit in a short time to improve his absorption of knowledge under circumstances of time, task and location over which he has control. But he cannot control the circumstances of time, task and location during an exam. As noted, Robert emerged from a failing status to a passing student in good standing because the accommodations authorized by DSS achieved the intended goal. With accommodations, Robert had the time he needed to decode the text of the questions, to process and organize his thoughts, to analyze any accompanying imaging or sound files and to do so at a pace at which his learning disability poses minimal intrusion. He needs accommodations—1.5 time on his exams, a quiet location for his exams free from distractions, perhaps even an auditory version of his exams—to give him the control he needs to free him from his disability during exams.

Should you have any questions about my work with Robert, please email me at linda.demotta@stonybrook.edu or call me at 516-662-1612.

Sincerely,

Linda De Motta
Learning Specialist
Stony Brook University School of Medicine

**United States Medical Licensing Examination® (USMLE®)**
**Certification of Prior Test Accommodations**

**Please type or print.** To be completed and signed by medical school official responsible for student disability services.

**Applicant Name:** Robert Drew Sampson          **USMLE ID#:** 5-3 8 5-6 2 4-1

I certify that *Stony Brook University School of* has officially approved and continuously
                     Name of School    *medicine*

provided the following accommodations for the above applicant beginning on *November 2016*
                                                                          Date (Month/Year)

1.  Accommodation(s) provided for **classroom and clinical coursework**: *Student only*
    *received testing Accommodations*

    Reason for accommodation(s): _____

2.  Accommodation(s) provided for **written exams**: *Student received Extended Time*
    *and a Half for all exams, including NBME Shelf Exams*

    Reason for accommodation(s): *Diagnosis of learning disability (Dyslexia) and decreased*
                                                                              *reading speed.*

3.  Accommodation(s) provided for **clinical skills exams**: *Accommodations applied*
    *to written exams.*

    Reason for accommodation(s): *Diagnosis of learning disability (Dyslexia) and decreased reading*
                                                                                          *speed.*

Name of School Official: *Christopher Heedles*          Title: *LMSW - Supportive Education counselor*
                          Print Name of Official                        Title of Official
Signature of Official: *Christopher Heedles*          Date: *3/27/2017*

Telephone Number: (*631*) *632-6748*

---

**Mail, fax, or e-mail completed form to:**

Disability Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3190
Telephone: (215) 590-9700
FAX: (215) 590-9422
E-mail: disabilityservices@nbme.org
Call or e-mail to verify receipt of Fax and mail submissions

---

CPTA 2011

**A824**



UNIVERSITY OF VIRGINIA

SCHOOL OF MEDICINE

March 29, 2017

Dear NBME Disability Services,

I am writing on behalf of Robert Sampson and would like to offer my perspective on his reading, memory, and processing abilities and how they ultimately impair his learning. I had the opportunity to work with Robert as his private MCAT preparation tutor from February to August 2013, during which time I noticed several problems which led me to suspect Robert had a learning disability.

Most notable were issues with verbal processing. Although his listening comprehension was strong, Robert would take substantially longer to read than the average person. I eventually came to the conclusion that his trouble was not due to a deficiency in the English language in general but to a specific problem processing the written language. For example, the average sentence on the MCAT, constructed of multiple interrelating clauses, was challenging for him to parse and understand in the short time he was allotted. Furthermore, after unraveling one sentence, he would often forget its meaning as he struggled with the next. This obstacle often prevented Robert from finishing practice sections within the time limits, especially on the Verbal Reasoning section. Later, I also realized that Robert had some difficulty when manipulating equations and spelling; he would occasionally write letters or numbers in the wrong order even though he would find his mistake after a moment's thought. Because of these signs, I encouraged him to pursue evaluation for learning disabilities.

After months of trying various strategies for passage reading, we did come up with one that seemed to work for Robert. We discovered a drastic improvement in his reading comprehension if I just allowed him a little extra time to carefully read and record notes about the content of each paragraph. The results of this experiment demonstrate that Robert's lower-than-average reading speed really poses a significant handicap.

Robert has much to offer the medical community with his intellect and creativity, but his reading difficulties prevent his knowledge from being accurately assessed with standard testing procedures. For Robert to be tested fairly with equal access to the USMLE Step 1, his learning disability needs to be accommodated with extra time on the exam.

Sincerely,

Andrew Lam

Andrew Lam
University of Virginia School of Medicine
M.D. Candidate Class of 2017

**A825**

 **Stony Brook Medicine**

**School of Medicine**
Office of Student Affairs
Stony Brook, NY 11794-8436

TEL: 631.444.2341
FAX: 631.444.8921

November 28, 2016

Mr. Robert Sampson
11 Whitford Road
Stony Brook, NY 11790

Dear Mr. Sampson:

Your academic record will be discussed at the meeting of the Committee on Academic and Professional Progress on Monday, December 5, 2016 at approximately 3:45 PM. Please contact Bonnie at 444-1030 to set up an appointment with me as soon as mutually agreeable to review your situation before the CAPP meeting.

You are invited to come before the Committee to discuss the issues pertaining to your academic marginality in medical school. The Committee will be interested in hearing what in your view has gone wrong, what your plans are to help assure success in the future, and what the school can do to help in this process. If you wish to put your thoughts into the form of a letter, please bring it to my office at least one day in advance of the scheduled Committee meeting.

Legal representation is not permitted at meetings of the Committee on Academic and Professional Progress, and students may not in any way record the proceedings of the meeting.

Please be in my office, Medical Education Level 4, Room 158 of the HSC building at 3:30 to be ready for the committee.

Sincerely yours,

Andrew Wackett, M.D.
Associate Dean of Students Affairs
Associate Professor of Emergency Medicine

cc:  Linda De Motta
     Jack Fuhrer, MD
     Susan Guralnick, MD
     Susan Larson, PhD
     Caroline Lazzaruolo, Registrar
     Steven Shelov, MD



The best ideas in medicine.

**A826**



**Stony Brook Medicine**

### NBME Shelf Exam Score Report for Robert Sampson Generated on 3/28/17

| Exam Title | Test Date | Percent Correct | Course Name |
|---|---|---|---|
| [X] Pathophysiology IV Remediation #2 due to previous failure | 1/13/17 | 74% | Endocrine/Reproductive |
| [X] TIME 2016 | 12/16/17 | 95% | Themes in Medical Education 6 |
| [X] GI Nutrition 2016 | 12/8/16 | 81% | Gastrointestinal/Nutrition |
| Pathophysiology IV Remediation #1 due to previous failure | 11/29/16 | 56% | Endocrine/Reproductive |
| Pathophysiology IV | 11/4/16 | 56% | Endocrine/Reproductive |
| MBB Remediation #2 due to previous failure | 10/19/16 | 78% | Mind/Brain/Behavior |
| MBB Remediation #1 due to previous failure | 10/7/16 | 63% | Mind/Brain/Behavior |
| MBB | 9/28/16 | 53% | Mind/Brain/Behavior |
| CPR Final 2016 | 5/26/16 | 77% | Pulmonary/Cardiovascular/Renal |
| Renal Unit Exam 2016 | 5/23/16 | 75% | Pulmonary/Cardiovascular/Renal |
| Pulmonology Unit Exam 2016 | 5/4/16 | 67% | Pulmonary/Cardiovascular/Renal |
| Cardiology Unit Exam 2016 | 4/18/16 | 80% | Pulmonary/Cardiovascular/Renal |
| Pathogens and Host Defense Remediation due to combined failure | 3/28/16 | 67% | Pathogens and Host Defense |
| Pathogens and Host Defense Exam 3 2016 | 3/11/16 | 64% | Pathogens and Host Defense |
| Basic Mechanisms of Disease Exam 2 2016 | 3/9/16 | 67% | Basic Mechanisms of Disease |
| Pathogens and Host Defense Exam 2 2016 | 2/9/16 | 44% | Pathogens and Host Defense |
| Basic Mechanisms of Disease Exam 1 2016 | 2/3/16 | 67% | Basic Mechanisms of Disease |
| Pathogens and Host Defense Exam 1 2016 | 1/11/16 | 72% | Pathogens and Host Defense |
| MFM 2015 NBME Final | 11/23/15 | 63% | Molecular Foundations of Medicine |
| MFM 2015 Exam 2 | 11/3/15 | 65% | Molecular Foundations of Medicine |
| MFM 2015 Exam 1 | 10/6/16 | 77% | Molecular Foundations of Medicine |

- NBME shelf exams denoted with "[X]" were taken under 1.5X (time and a half) accommodated conditions.
- Passing in all course NBME exams is 65% or higher except in Endocrine/Reproductive where passing is 68% or higher.

Name of School Official: Andrew Wackett, MD  Title of Official: Associate Dean for Student Affairs

Signature of Official: ⟨signature⟩  Date: 3/29/17

Telephone Number: (-31 - 444-2341

**A827**

# MCAT Score Report

Case 23-3, Document 45-1, 01/31/2023, 3461369, Page109 of 142

A828

**Name** ROBERT DREW SAMPSON  
**Verification Code** JR2H-TP4U-KD8R-AGCT  

**AAMC ID** 13629947  
**Date of Birth** 04/05/1991  

**URL \*** https://apps.aamc.org/score-reporting-web/#/report/verify  
*\* This report will no longer be able to be verified after 06/27/2017*

In order to verify these scores, you will be directed to create a user name and password. When visiting this page, select "Register for an AAMC Account" to begin this process.

## MCAT Scores
### For exams taken after January 31, 2015
No Scores Available

## MCAT Scores
### For exams taken before January 31, 2015

| | MCAT Total | | | Physical Sciences | | Verbal Reasoning | | Writing Sample | | Biological Sciences | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Exam Date | Total Score | Confidence Band [1] | Percentile Rank of Score [2] | Score | Percentile Rank of Score [2] | Score | Percentile Rank of Score [2] | Score | Percentile Rank of Score [2] | Score | Percentile Rank of Score [2] |
| 09/18/2014 | 29 | 27 to 31 | 73% | 10 | 79% | 09 | 67% | | | 10 | 76% |
| 08/16/2013 | 28 | 26 to 30 | 67% | 09 | 67% | 10 | 84% | | | 09 | 56% |

## Notes

[1] Test scores, like other measurements, are not perfectly precise. The confidence bands that are shown for the Total Scores above mark the ranges in which the test taker's true scores probably lie. To obtain the confidence band for each section score, subtract one point from and add one point to the score (or, in the case of the Writing Sample, subtract and add one letter).

000006475

ROBERT D SAMPSON
11 WHITFORD RD
STONY BROOK NY 11790-1835

Detach upper portion at dashed line after
receipt and discard.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

N7239004-000006475

# The ACT® Plus Writing
## Student Report

| | |
|---|---|
| **STUDENT'S NAME:** ROBERT D SAMPSON | **ACT ID:** -14670034 |
| **HIGH SCHOOL NAME:** YOU REQUESTED NO REPORT TO HS | **SSN:** XXX-XX-4331 |
| **HIGH SCHOOL CODE:** 331-740 | **TEST DATE & TYPE:** JUN 2008 NATIONAL |



## Your ACT Scores

Rank: Approximate percent of ACT-tested students at or below your score



| | | In Your State | In the U.S. |
|---|---|---|---|
| **Composite Score** | **27** | 84% | 89% |
| **ENGLISH** | 28 | | 90% |
| Usage/Mechanics | 15 | | 90% |
| Rhetorical Skills | 14 | | 88% |
| **MATHEMATICS** | 32 | | 98% |
| Pre-Algebra/Elem. Algebra | 17 | | 97% |
| Algebra/Coord. Geometry | 15 | | 96% |
| Plane Geometry/Trig. | 16 | | 98% |
| **READING** | 25 | | 74% |
| Social Studies/Sciences | 12 | | 69% |
| Arts/Literature | 14 | | 79% |
| **SCIENCE** | 23 | | 73% |
| **COMBINED ENGLISH/WRITING** | 27 | | 86% |
| Writing (score range 2 to 12) | 09 | | 89% |

The Combined English/Writing score ranges from 1 to 36 and is a combined measure of the Writing and English tests. The Writing score ranges from 2 to 12. Your ranks for these two scores are based on recent ACT-tested students who took the Writing test.

- ACT® test scores and the Composite score range from 1 to 36; subscores range from 1 to 18.

- Your Composite score is the average of your scores on the four subject area tests. Subscores do not necessarily add up to your score for a subject area test.

- Your ranks tell you the approximate percentages of recent high school graduates in the U.S. and your state who took the ACT and received scores that are the same as or lower than yours. A rank of 70, for example, means that 70% of students received scores that are the same as or lower than your score.

- Your test scores are only estimates, not precise measures, of your educational development. You will find more information about interpreting your scores in the booklet you received with this report and at **www.actstudent.org**.

COMMENTS ON YOUR ESSAY: YOUR ESSAY SHOWED RECOGNITION OF THE COMPLEXITY OF THE ISSUE BY PARTIALLY EVALUATING ITS IMPLICATIONS. GENERAL STATEMENTS IN YOUR ESSAY WERE WELL SUPPORTED WITH SPECIFIC REASONS, EXAMPLES, AND DETAILS.

A829



**Looking for more information about your individual strengths and**



**Name:** SAMPSON, ROBERT D    **Year:** 2007    **Grade:** 11    **School Code:** 331740    **Optional Code:**    **School Copy**    D56570035S

## Your Scores

| Critical Reading | Mathematics | Writing Skills |
|:---:|:---:|:---:|
| 48 | 59 | 59 |

**PSAT/NMSQT**
National Merit Scholarship Corporation (NMSC) Programs

**Ranges** — Scores within these ranges can be considered similar to yours:
20 ————— 80   20 ————— 80   20 ————— 80
44 — 52    55 — 63    55 — 63

**Selection Index** 166

**Percentiles**
- You scored higher than **52%** of juniors.   50% — 100%
- You scored higher than **80%** of juniors.   50% — 100%
- You scored higher than **86%** of juniors.   50% — 100%

**Percentile** compares your performance with college-bound juniors: **78**

The Selection Index (S.I.) is the sum of your critical reading, mathematics, and writing skills scores. NMSC uses the S.I. as an initial screen of over 1.4 million students who enter its scholarship programs (see reverse).

High school students: Get a personalized SAT study plan at www.collegeboard.com/quickstart    D56570035S
- Check your projected SAT scores online: Did you know you can add a "0" to the end of each PSAT/NMSQT score to find the equivalent SAT scores?
- See how your performance compares to that of students in your state: Did you know two-thirds of U.S. students begin college in their home state?

## Review Your Answers

Ask for your test book back so you can see the questions.

**Key**
- ✓ Correct
- o Omitted
- u Unscorable
- e Easy
- m Medium
- h Hard
- Alg Algebra & Functions
- Data Data Analysis, Statistics & Probability
- Geom Geometry & Measurement
- Num Number & Operations

### SECTION 1

Sentence Completions

| Question | Correct Answer | Your Answer | Difficulty |
|---|---|---|---|
| 1 | D | ✓ | e |
| 2 | C | ✓ | e |
| 3 | C | ✓ | e |
| 4 | E | ✓ | h |
| 5 | D | E | h |
| 6 | C | E | h |
| 7 | E | B | h |
| 8 | B | A | h |

Passage-Based Reading

| 9 | A | ✓ | e |
| 10 | B | D | h |
| 11 | B | ✓ | m |
| 12 | C | ✓ | e |
| 13 | A | D | m |
| 14 | C | B | m |
| 15 | E | ✓ | m |
| 16 | B | ✓ | m |
| 17 | D | ✓ | m |
| 18 | D | ✓ | m |
| 19 | D | ✓ | e |
| 20 | C | o | m |
| 21 | E | o | h |
| 22 | A | o | e |
| 23 | E | ✓ | h |
| 24 | E | ✓ | h |

### SECTION 3

Sentence Completions

| 25 | A | ✓ | e |
| 26 | C | ✓ | e |
| 27 | B | A | h |
| 28 | C | ✓ | h |
| 29 | A | D | h |

Passage-Based Reading

| 30 | E | ✓ | m |
| 31 | C | A | m |
| 32 | D | ✓ | e |
| 33 | D | A | m |
| 34 | E | ✓ | h |
| 35 | D | C | h |
| 36 | E | ✓ | m |

### SECTION 2

Multiple-Choice

| Question | Correct Answer | Your Answer | Difficulty | Content |
|---|---|---|---|---|
| 1 | A | ✓ | e | Num |
| 2 | E | ✓ | e | Alg |
| 3 | A | ✓ | e | Num |
| 4 | C | ✓ | e | Num |
| 5 | A | E | m | Alg |
| 6 | E | ✓ | m | Geom |
| 7 | C | ✓ | m | Num |
| 8 | A | ✓ | m | Alg |
| 9 | D | ✓ | m | Geom |
| 10 | D | ✓ | m | Alg |
| 11 | D | ✓ | m | Geom |
| 12 | D | o | m | Data |
| 13 | A | ✓ | m | Data |
| 14 | A | ✓ | m | Num |
| 15 | C | ✓ | m | Alg |
| 16 | A | ✓ | m | Alg |
| 17 | D | ✓ | m | Geom |
| 18 | E | ✓ | m | Num |
| 19 | B | o | m | Geom |
| 20 | A | ✓ | h | Alg |

Multiple-Choice

| 21 | E | ✓ | m | Alg |
| 22 | E | ✓ | e | Alg |
| 23 | A | ✓ | e | Data |
| 24 | C | ✓ | m | Geom |
| 25 | D | ✓ | m | Num |
| 26 | B | ✓ | m | Geom |
| 27 | C | o | h | Alg |
| 28 | A | B | m | Num |

### SECTION 4

Student-Produced Responses

| Question | Correct Answer(s) | Your Answer | Difficulty | Content |
|---|---|---|---|---|
| 29 | 1010 | ✓ | e | Num |
| 30 | 900 | ✓ | m | Alg |
| 31 | 86 | ✓ | m | Geom |

### SECTION 5

Improving Sentences

| Question | Correct Answer | Your Answer | Difficulty |
|---|---|---|---|
| 1 | B | ✓ | e |
| 2 | C | ✓ | e |
| 3 | E | ✓ | e |
| 4 | C | ✓ | e |
| 5 | E | ✓ | e |
| 6 | B | ✓ | e |
| 7 | B | ✓ | m |
| 8 | D | ✓ | m |
| 9 | E | ✓ | m |
| 10 | A | B | m |
| 11 | A | ✓ | m |
| 12 | E | ✓ | m |
| 13 | B | ✓ | m |
| 14 | C | ✓ | m |
| 15 | A | ✓ | m |
| 16 | A | ✓ | m |
| 17 | C | A | m |
| 18 | C | ✓ | m |
| 19 | A | ✓ | m |
| 20 | A | B | h |

Identifying Sentence Errors

| 21 | † See note below | | |
| 22 | B | ✓ | e |
| 23 | C | ✓ | m |
| 24 | A | ✓ | m |
| 25 | B | ✓ | m |
| 26 | B | ✓ | m |
| 27 | D | ✓ | m |
| 28 | C | E | m |
| 29 | C | ✓ | m |
| 30 | D | ✓ | m |
| 31 | E | D | m |
| 32 | C | ✓ | h |
| 33 | C | ✓ | h |
| 34 | D | C | h |

Improving Paragraphs

| 35 | B | o | m |
| 36 | D | o | e |

**Entry Requirements**
Below is information you provided on your answer sheet.

Full-time high school student: **YES**

Year to complete high school and enroll full time in college: **2009**

Years to be spent in grades 9–12: **4**

U.S. citizenship: **YES**

If your Selection Index places you among the 55,000 high scorers who qualify for program recognition, you will be notified next September.

**Your Educational Plans**

Grade Average **A**

College Major **No Response**

# STUDENT SCORE REPORT

**REPORT DATE: 6/24/08**

**CollegeBoard** SAT

www.collegeboard.com

## YOUR SCORES

**Test Date:** **JUNE 2008**

**Seq#** 0410417 OT

ROBERT D SAMPSON
11 WHITFORD RD
STONY BROOK NY 11790

| SAT | Score | Score Range | Percentiles College-bound Seniors | |
|---|---|---|---|---|
| | | | National | State |
| Critical Reading | 580 | 550-610 | 74 | 77 |
| Math | 680 | 650-710 | 91 | 92 |
| Writing | 670 | 630-710 | 93 | 93 |
| Multiple Choice | 66 | | | |
| Essay | 09 | | | |

## WHAT DOES YOUR SCORE RANGE MEAN?

Your performance is best represented by the score ranges above instead of one single score. The score range is an estimate of how your scores might vary if you were tested at different times within a short time period. Most of the time, your score would vary slightly within your score range, but it would likely fall within the range given. Colleges know this, and they receive the score ranges along with the scores.

## HOW DO YOU COMPARE WITH COLLEGE-BOUND SENIORS?

Percentiles compare your scores to those of other students who took the test. The percentile for your critical reading score of 580 is 74 , indicating that you scored higher than 74 % of last year's group of college-bound seniors. The percentile for your math score of 680 is 91 , indicating you scored higher than 91 % of last year's group of college-bound seniors. The percentile for your writing score of 670 is 93 , indicating you scored higher than 93 % of last year's group of college-bound seniors.

## WHAT ARE THE AVERAGE SCORES?

For college-bound seniors in the class of 2007, the average critical reading score was 502, the average math score was 515, and the average writing score was 494.

## WILL YOUR SCORES CHANGE IF YOU TAKE THE TEST AGAIN?

Among students with critical reading scores of 580, 52% score higher on a second testing, 39% score lower, and 9% receive the same score. On average, a person with a critical reading score of 580 gains 8 point(s) on a second testing.

Among students with math scores of 680, 43% score higher on a second testing, 48% score lower, and 9% receive the same score. On average, a person with a math score of 680 loses 2 point(s) on a second testing.

Among students with writing scores of 670, 41% score higher on a second testing, 52% score lower, and 7% receive the same score. On average, a person with a writing score of 670 loses 7 point(s) on a second testing.

## MORE SCORE INFORMATION

Visit **www.collegeboard.com** for detailed information about your scores and to view your essay.

**A831**

## SENDING ADDITIONAL SCORE REPORTS

To send more score reports to colleges, universities, and other institutions, visit **www.collegeboard.com**.

Register now for next year via our website at www.colleg

**CollegeBoard** SAT

connect to college success™    www.collegeboard.com

# STUDENT SCORE REPORT

REPORT DATE: **5/21/05**

## YOUR SCORES

**Test Date:     MAY 2005**

| SAT | Score | Score Range | Percentiles College-bound Seniors | |
|---|---|---|---|---|
| | | | **National** | **State** |
| Critical Reading | 410 | 380-440 | 18 | 21 |
| Math | 500 | 470-530 | 43 | 45 |
| Writing | 490 | 450-530 | * | * |
| Multiple Choice | 47 | | | |
| Essay | 08 | | | |

**Seq#**      0335305

ROBERT D SAMPSON
11 WHITFORD ROAD
STONY BROOK NY 11790

## WHAT DOES YOUR SCORE RANGE MEAN?

Your performance is best represented by the score ranges above. To consider one score better than another, there must be a difference of 60 points between your critical reading and math scores, 80 points between your critical reading and writing scores, and 80 points between your math and writing scores.

## HOW DO YOU COMPARE WITH COLLEGE-BOUND SENIORS?

The national percentile for your critical reading score of 410 is 18 , indicating that you did better than 18% of the national group of college-bound seniors. The national percentile for your math score of 500 is 43, indicating you did better than 43% of the national group of college-bound seniors. *

\* **Percentile, average score, and score change information for the writing section are not available. The test must be given to students for a full year before this information can be provided.**

**See reverse side for additional score details.**

## WHAT ARE THE AVERAGE SCORES?

For college-bound seniors in the class of 2004, the average critical reading score was 508 and the average math score was 518. *

## WILL YOUR SCORES CHANGE IF YOU TAKE THE TEST AGAIN?

Among students with critical reading scores of 410, 64% score higher on a second testing, 28% score lower, and 8% receive the same score. On average, a person with a critical reading score of 410 gains  20 point(s) on a second testing.

Among students with math scores of 500, 59% score higher on a second testing, 32% score lower, and 9% receive the same score. On average, a person with a math score of 500 gains  15 point(s) on a second testing. *

## ADDITIONAL SCORE INFORMATION

Visit **www.collegeboard.com** for detailed information about your scores and to view your essay.

**A832**

## ADDITIONAL SCORE REPORT INFORMATION

To learn more about colleges, universities, and scholarship programs and to send additional score reports, visit **www.collegeboard.com**.

# CollegeBoard SAT

**STUDENT SCORE REPORT**
REPORT DATE: 11/18/08

## YOUR SCORES

**Test Date:    NOVEMBER 2008**

| SAT | Score | Score Range | Percentiles College-bound Seniors National | State |
|---|---|---|---|---|
| Critical Reading | 680 | 650-710 | 93 | 94 |
| Math | 720 | 690-750 | 96 | 97 |
| Writing | 680 | 640-720 | 94 | 94 |
| Multiple Choice | 64 | | | |
| Essay | 10 | | | |

SEQ#   0230361   OT

ROBERT D SAMPSON
11 WHITFORD RD
STONY BROOK NY 11790

### WHAT DOES YOUR SCORE RANGE MEAN?
Your performance is best represented by the score ranges above instead of one single score. The score range is an estimate of how your scores might vary if you were tested at different times within a short time period. Most of the time, your score would vary slightly within your score range, but it would likely fall within the range given. Colleges know this, and they receive the score ranges along with your scores.

### HOW DO YOU COMPARE WITH COLLEGE-BOUND SENIORS?
Percentiles compare your scores to those of other students who took the test. The percentile for your critical reading score of 680 is 93, indicating that you scored higher than 93% of last year's group of college-bound seniors. The percentile for your math score of 720 is 96, indicating you scored higher than 96% of last year's group of college-bound seniors. The percentile for your writing score of 680 is 94, indicating you scored higher than 94% of last year's group of college-bound seniors.

### WHAT ARE THE AVERAGE SCORES?
For college-bound seniors in the class of 2008, the average critical reading score was 502, the average math score was 515, and the average writing score was 494.

### WILL YOUR SCORES CHANGE IF YOU TAKE THE TEST AGAIN?
Among students with critical reading scores of 680, 47% score higher on a second testing, 45% score lower, and 8% receive the same score. On average, a person with a critical reading score of 680 gains 2 point(s) on a second testing.

Among students with math scores of 720, 41% score higher on a second testing, 51% score lower, and 8% receive the same score. On average, a person with a math score of 720 loses 6 point(s) on a second testing.

Among students with writing scores of 680, 40% score higher on a second testing, 54% score lower, and 7% receive the same score. On average, a person with a writing score of 680 loses 9 point(s) on a second testing.

### MORE SCORE INFORMATION
Visit **www.collegeboard.com** for detailed information about your scores and to view your essay.

### SENDING ADDITIONAL SCORE REPORTS
To send more score reports to colleges, universities, and other institutions, visit **www.collegeboard.com**.

A833

Visit **www.collegeboard.com** or refer to the *SAT Program Handb*

**SUMMARY OF SCORES**

# CollegeBoard SAT

## STUDENT SCORE REPORT
REPORT DATE: 11/07/08

### YOUR SCORES

**Test Date:** OCTOBER 2008

| SAT | Score | Score Range | Percentiles College-bound Seniors National | Percentiles College-bound Seniors State |
|---|---|---|---|---|
| Critical Reading | 620 | 590-650 | 84 | 86 |
| Math | 680 | 650-710 | 91 | 92 |
| Writing | 660 | 620-700 | 92 | 92 |
| Multiple Choice | 64 | | | |
| Essay | 10 | | | |

SEQ#    0001615    TR

ROBERT D SAMPSON
11 WHITFORD RD
STONY BROOK NY 11790

### WHAT DOES YOUR SCORE RANGE MEAN?
Your performance is best represented by the score ranges above instead of one single score. The score range is an estimate of how your scores might vary if you were tested at different times within a short time period. Most of the time, your score would vary slightly within your score range, but it would likely fall within the range given. Colleges know this, and they receive the score ranges along with your scores.

### HOW DO YOU COMPARE WITH COLLEGE-BOUND SENIORS?
Percentiles compare your scores to those of other students who took the test. The percentile for your critical reading score of 620 is 84 , indicating that you scored higher than 84 % of last year's group of college-bound seniors. The percentile for your math score of 680 is 91 , indicating you scored higher than 91 % of last year's group of college-bound seniors. The percentile for your writing score of 660 is 92 , indicating you scored higher than 92 % of last year's group of college-bound seniors.

### WHAT ARE THE AVERAGE SCORES?
For college-bound seniors in the class of 2008, the average critical reading score was 502, the average math score was 515, and the average writing score was 494.

### WILL YOUR SCORES CHANGE IF YOU TAKE THE TEST AGAIN?
Among students with critical reading scores of 620, 53% score higher on a second testing, 38% score lower, and 9% receive the same score. On average, a person with a critical reading score of 620 gains 10 point(s) on a second testing.

Among students with math scores of 680, 44% score higher on a second testing, 47% score lower, and 9% receive the same score.

Among students with writing scores of 660, 42% score higher on a second testing, 50% score lower, and 7% receive the same score. On average, a person with a writing score of 660 loses 4 point(s) on a second testing.

### MORE SCORE INFORMATION
Visit **www.collegeboard.com** for detailed information about your scores and to view your essay.

### SENDING ADDITIONAL SCORE REPORTS
To send more score reports to colleges, universities, and other institutions, visit **www.collegeboard.com**.

Visit **www.collegeboard.com** or refer to the *SAT Program Hand*



Telephone: (516) 474-7590
FAX: (516) 474-7591

**MINNESAUKE ELEMENTARY SCHOOL**
21 High Gate Drive
East Setauket, New York 11733-1876

**WRITER'S DIRECT DIAL NUMBER**

**DEBORAH L. BLAIR**
*Principal*

**THOMAS ELIAS SUGAR**
*Assistant Principal*

May 28, 1999

Dear Parents:

Please find below your second graders' OLSAT(Otis-Lennon Ability Test) results. These are normally attached to the CAT(California Achievement Test) results but are presented here for your information. We apologize for any confusion that this omission may have caused.

Sincerely,

*Thomas Elias Sugar*

Thomas Elias Sugar
Assistant Principal

*OTIS-LENNON SCHOOL ABILITY TEST, Seventh Edition*

| SAMPSON, ROBERT D | | | | | TOTAL | VERBAL | NON-VERBAL |
|---|---|---|---|---|---|---|---|
| GRADE: 02  GENDER: M | | | | | | | |
| AGE:  7 YRS 10 MOS | | | | | | | |
| STUDENT NO: 0009301207 | | | | | | | |
| 1995 NORMS MIDYEAR | | | RS/NP | 37/60 | 25/30 | 12/30 |
| | NATIONAL | | SAI | 104 | 124 | 88 |
| LEVEL/FORM: C/3 | | AGE | NCE | 55.3 | 81.1 | 34.4 |
| TEST DATE:  01/99 | NAT'L GRADE | NCE | 55.9 | 79.6 | 33.7 |

## INTERPRETING YOUR CHILD'S TEST SCORES:

The Otis-Lennon School Ability Test (OLSAT) is designed to measure abstract thinking and reasoning ability. It is used to assess examinee's ability to cope with learning tasks to suggest their possible placement for school learning functions and to evaluate their achievement in relation to the talents they bring to school learning situations.

Raw Score (RS)  - The number of questions the student answered correctly. Interpret only in relation to the set of questions from which the score was obtained.

Number of Problems (NP) - Total number of questions asked.

School Ability Index (SAI) - An index of the student's ability in comparison with students of similar chronological age. Range is 50-150.

Age or Grade Normal Curve Equivalent (NCE) - A direct conversion from percentiles rank, this type of standard score results from the division of the normal curve into 99 equal units.

**A835**

Case 23-3, Document 45-1, 01/31/2023, 3461369, Page117 of 142

# Scope and Sequence

| Cluster/Item Type | A (Kindergarten) | B (Grade 1) | C (Grade 2) | D (Grade 3) | E (Grades 4-5) | F (Grades 6-8) | G (Grades 9-12) |
|---|---|---|---|---|---|---|---|
| **VERBAL** | | | | | | | |
| Verbal Comprehension | | | | | | | |
| Following Directions | ● | ● | ● | | | | |
| Antonyms | | | | ● | ● | ● | ● |
| Sentence Completion | | | | ● | ● | ● | ● |
| Sentence Arrangement | | | | ● | ● | ● | ● |
| Verbal Reasoning | | | | | | | |
| Aural Reasoning | ● | ● | ● | | | | |
| Arithmetic Reasoning | ● | ● | ● | ● | ● | ● | ● |
| Logical Selection | | | | ● | ● | ● | ● |
| Word/Letter Matrix | | | | ● | ● | ● | ● |
| Verbal Analogies | | | | ● | ● | ● | ● |
| Verbal Classification | | | | ● | ● | ● | ● |
| Inference | | | | | ● | ● | ● |
| **NONVERBAL** | | | | | | | |
| Pictorial Reasoning | | | | | | | |
| Picture Classification | ● | ● | ● | | | | |
| Picture Analogies | ● | ● | ● | | | | |
| Picture Series | ● | | | | | | |
| Figural Reasoning | | | | | | | |
| Figural Classification | ● | ● | ● | ● | | | |
| Figural Analogies | ● | ● | ● | ● | ● | ● | ● |
| Pattern Matrix | ● | ● | ● | ● | ● | ● | ● |
| Figural Series | ● | ● | ● | ● | ● | ● | ● |
| Quantitative Reasoning | | | | | | | |
| Number Series | | | | ● | ● | ● | ● |
| Numeric Inference | | | | ● | ● | ● | ● |
| Number Matrix | | | | ● | ● | ● | ● |

A836



National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

**Confidential**

June 13, 2017

Robert D. Sampson
11 Whitford Rd.
Stony Brook, NY 11790

RE: USMLE Step 1                USMLE ID#: 5-385-624-1

Dear Mr. Sampson:

We have thoroughly reviewed the documentation provided in support of your request for test accommodations for the United States Medical Licensing Examination (USMLE) Step 1. We conducted an individualized review of your request in accordance with the guidelines set forth in the amended Americans with Disabilities Act (ADA).

You report the basis of your request to be "*Specific Learning Disorder with Impairment in reading (dyslexia),*" diagnosed in 2013, "*Unspecified Neurodevelopmental Disorder,*" and "*Attention deficit hyperactivity disorder, predominantly inattentive*" diagnosed in 2015. In your personal statement, you report a childhood history of stuttering and difficulties with reading and learning. You write, "*Throughout my entire life, especially most recently in my medical education, I have significantly struggled with my reading speed and ability, especially on timed exams, even though I have otherwise proven in the rest of the course that I learned the material well.*" You report that it was not until 2013 when you were preparing for the MCAT that you decided to seek professional guidance and pursue an evaluation, which resulted in a learning disability diagnosis in August 2013. According to your request, however, you did not receive academic or test-taking accommodations until 2016 when you were already in medical school. You report that your performance on medical school "*NBME shelf exams*" improved with 50% additional time and have requested the same accommodation for Step 1.

Included with your request was an August 26, 2013 Confidential Report of Psychological Evaluation in which Suzanne Michels, Ph.D. concludes that variation in your test scores "*indicate the presence of a Learning Disorder Not Otherwise Specified*" (LD-NOS) and states, "*Robert's significant personal weakness on tasks requiring visual/spatial skills has negatively affected aspects of his academic performance.*" She recommends 150% "*extra time on reading comprehension tasks*" and "*those involving significant visual/spatial components.*" In a December 16, 2013 Supplemental Testing Report, Allison Anderson, Ph.D. writes that you were interested in further testing "*to explore learning issues more thoroughly.*" She writes, "*He also wondered whether Attention Deficit/Hyperactivity Disorder (ADHD) might explain attentional difficulties he is having.*" Dr. Anderson rules out a diagnosis of ADHD but concludes that you meet criteria for an "*Unspecified Neurodevelopmental Disorder*" and a "*Specific Learning Disorder with impairment in reading (dyslexia)*" and makes recommendations including 50% extended time for exams.

In a March 29, 2017 letter, Thomas A. Aronson, M.D. writes that you have been under his psychiatric care since November 2015 for "*Learning Disabilities and mild ADD*" and that your performance in medical school has significantly improved since he began prescribing Dexedrine and accommodations were approved for exams. He references your 2013 evaluations and reports that Learning Disorder and ADD substantially impact your major life activities in and out of the classroom, "*e.g., avoid reading, difficulty finishing tests on time, difficulty completing tasks.*" However, no further detail was provided about your functioning and no information at all was provided about how the diagnosis of "*ADD*" was made in 2015, how you meet key diagnostic criteria for ADHD, or why your evaluators did not reach the same diagnostic conclusion during their assessments in 2013. In additional letters

**A837**

dated March 29, 2017, your former MCAT tutor, Andrew Lam, and Stony Brook University Learning Specialist, Linda De Motta, also report that you have difficulties with reading skills and reading speed that impact your ability to complete exams within standard time limits.

Despite these statements and the diagnostic conclusions of your evaluators, your 2013 performances on a range of cognitive and academic tasks, including reading/passage comprehension, reading fluency, spelling, perceptual reasoning, visual-spatial thinking and processing speed were all well within the range of average functioning or above relative to national samples of same-aged peers. For example, Dr. Michels notes that although your visual/spatial problem-solving abilities (as measured by the *Wechsler Adult Intelligence Scale, Fourth Edition*) were "*weaker*" than your "*exceptional*" cognitive abilities in other areas, they still "*fall solidly within the average range.*" On the *Woodcock-Johnson Tests of Achievement-Third Edition (WJ-III)*, your Reading Fluency performance was better than 80% of a national sample of same age peers. Although Dr. Michels emphasizes your performance on the *Nelson-Denny Reading Test* (NDRT), a screening measure of reading, the NDRT Reading Rate is not considered by experts to be a reliable measure of reading efficiency because it is determined on the basis of a single, one-minute sample of words-per-minute.

According to the *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5)*, specific learning disorder and ADHD are both neurodevelopmental disorders that first manifest in childhood. Even if not formally diagnosed until later in life, each is characterized by persistent and impairing difficulties that that interfere with functioning or development over a long period of time. The documentation you provided does not show a record of chronic and pervasive problems managing daily demands for attention, organization, behavioral regulation, or executive functioning during your development or currently, nor does it demonstrate a developmental history of problems with reading or learning that impacted your academic functioning or limited a major life activity. As best one can tell, you successfully progressed throughout your education with an academic record and scores on timed standardized tests sufficient to gain admission to both college and medical school, without formal accommodations. Regarding your performance on timed standardized tests, your records show that on multiple administrations of the SAT under standard conditions in 2008, you obtained scores in the 74th to 96th percentile range compared to a national sample of college-bound seniors. In November 2008, your Critical Reading score on the SAT was better than 93% of a national sample of peers. Additionally, under standard conditions on the MCAT in 2013 and 2014, your Total Scores were better than 67% and 73% of a highly select sample of medical school applicants (respectively). Overall, these data do not demonstrate impaired functioning relative to most people or suggest that standard testing conditions are a barrier to your access to the USMLE.

Accommodations are intended to provide access to the USMLE testing program for individuals with a documented disability as defined by the ADA. A diagnostic label, in and of itself, does not establish coverage under the ADA, nor does prior receipt of accommodations for a particular activity guarantee that identical accommodations are indicated or will be available in all future settings and circumstances. The ADA defines disability as a physical or mental impairment that substantially limits one or more major life activities as compared to most people. Your documentation does not demonstrate a substantial limitation in a major life activity as compared to most people or that the requested accommodations are an appropriate modification of your USMLE Step 1 test administration. Therefore, after a thorough review of all of your documentation, I must inform you that we are unable to provide you with the requested accommodations.

We will advise Applicant Services to process your exam application without test accommodations. You may inquire at usmlereg@nbme.org or call Applicant Services directly at (215) 590-9700 with any questions about your scheduling permit.

Sincerely,

Michelle M. Goldberg, Ph.D.
Manager, Disability Services

**A838**

Thursday, June 22, 2017

Robert D. Sampson
11 Whitford Rd
Stony Brook, NY 11790

National Board of Medical Examiners
Disability Services
3750 Market Street
Philadelphia, PA 19104-3102

RE: USMLE Step 1 Accommodations Communication from NBME on June 13, 2017

NBME Disability Services:

I am writing in response to your denial of my reasonable accommodations request for the USMLE Step 1 and to appeal the decision written by Michelle M. Goldberg, Ph.D. on June 13 2017.

I am appealing Michelle Goldberg Ph.D.'s decision because the documentation that I originally submitted fully supported my request for 50% additional time on the USMLE Step 1 based on the Americans with Disabilities Act (ADA) and clear communications published by the United States Department of Justice (DOJ) which further clarifies the rights of the disabled.

To further assist the NBME in reaching a decision that complies with the ADA and grants test takers equal access to your exam, I am providing additional evidence for my 50% additional time accommodations request. The following resources are provided within this PDF which should be vitally considered:

- Appeal letter from Jan Sarrantino, E.D. (University of California Irvine, Director of Disability Services)
- Appeal letter from Steven and Shelley Sampson (parents)
  - This letter contains a list of relevant tutors and disability related specialists that were provided by my parents as unofficial accommodations.
- Quoted teacher comments and parent letters from grades 1-6
- Original teacher comments with report cards from grades 1-6

The appeal letter written by Jan Sarrantino, E.D. should serve as the unifying document of my appeal.

My original NBME accommodations application was 54 pages long. Documenting these additional examples of my disability and its major life limitations has been burdensome on what should be a clear and straightforward case as stipulated by the ADA and the DOJ. I wholeheartedly suggest there is a better use of the NBME's resources than for the NBME to defend its decision to go directly against federal statue as well as very detailed justification for the ADA by the DOJ.

While I am disappointed with the NBME's original decision—an organization which represents my future profession as a physician—I am also writing this appeal because I believe that the NBME also has the capacity to make things right, before irreparable harm is done to a very hard working student who is struggling and has been deprived of equal access to your exam.

Regards,

Robert Sampson

Stony Brook University School of Medicine
USMLE ID#: 5-385-624-1

**A839**

UNIVERSITY OF CALIFORNIA, IRVINE



BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO     SANTA BARBARA • SANTA CRUZ

Disability Services Center                                      Irvine, CA 92697-5250
VOICE(949)824-7494
TDD(949)824-6272
FAX(949)824-3083

June 22, 2017

To Whom It May Concern:

**Re: Robert Drew Sampson**       **USMLE ID#: 5-385-624-1**

I am writing to provide information regarding Mr. Robert D. Sampson's request for approval of disability related test accommodations on the USMLE, Step 1 exam.

**Introduction**
My name is Jan Serrantino and I have been the Director of the Disability Services Center (DSC) at the University of California, Irvine (UCI) since 2006. I am also the Disability Specialist who determines and provides disability resources and accommodations for students in the UCI School of Medicine and School of Nursing programs. I have worked in the field of Disability Services since 1989, first as a credentialed teacher for individuals with learning disabilities and psychological disorders, as a special education program specialist for one of the largest school districts in California, as a UCI adjunct faculty member in the teacher education program and currently as Director of the Disability Services Center.

Mr. Sampson contacted me for advice and support regarding a possible appeal after receiving a denial letter for accommodations on Step 1 (dated June13, 2017). He asked that I review the extensive documentation that he submitted with his original request for accommodations and his historical use of accommodations. He also supplied new information (included in this appeal) for a complete and thorough review.

**Section 504 Interactive Process**
I engaged in conversation (interactive process) with Mr. Sampson to understand how his diagnoses impact him in medical school, in his personal and social life and in high pressure, high stakes testing situations like the USMLE Step exams. During our initial conversation, I learned about the functional limitations that have created barriers throughout his education and why he waited to get evaluated for a disability and disclose to his school. Mr.

Robert Drew Sampson USMLE Appeal, Page 1

**A840**

Sampson explained that he started medical school without accommodations (due to social stigmas, and poor advocacy from his school's administration) and because he did well in classes but very poorly on NBME shelf exams (including several failures and near failures) because he could not finish them within the time allotted. When he finally disclosed and provided his documentation to SBU disability services they approved him for accommodations without question. He also explained his historical difficulties and use of informal accommodations that were provided by his parents and other professionals throughout his early academic years in primary and secondary education. I read the report cards and teacher comments from K-12 and evaluations of two licensed clinical psychologists, who met with Mr. Sampson and concluded that Mr. Sampson is a person with a disability that substantially impacts major life activities. Mr. Sampson received the diagnoses of Specific Learning Disorder with impairment in reading (dyslexia), reading fluency, word reading accuracy, spelling (315.00) and Unspecified Neurodevelopmental Disorders, visuospatial memory, visuospatial processing (315.9).

In addition, Dr. Thomas A. Aronson, M.D. believes that mild ADHD is also affecting his ability to maintain adequate focus during extended periods of time, such as taking exams that require him to engage in the reading and writing major life activities. Mr. Sampson has been under therapeutic care for his learning difficulties and mild ADHD with Dr. Aronson, MD. In our initial meeting, Mr. Sampson explained, in detail, the impact of his diagnoses which included the following major life activities: Reading (Comprehension) of passages, spelling, attending to tasks over a sustained period of time, inability to complete time-limited exams.

**Department of Justice Guidance and ADAAA obligations**
My responsibility as a disability specialist is to determine accommodations that are effective in providing equal access to students without giving students with disabilities an unfair advantage over their peers or causing a fundamental alteration to the programs they are enrolled in. In making my determination, I paid close attention to the Regulations to implement Titles II and III of the ADA Amendments Act that went into effect October 11, 2016. As you are aware, these regulations clarify the intent of the ADAAA and provide concrete examples-several that are applicable to high stakes testing agencies and high stakes environments (like medical school). These regulations govern accommodations in medical education and on the NBME Step 1. In particular, UCI's Disability Services Center (in following DOJ guidance) does not use evidence of past student success to discount a student's eligibility for services, nor accommodation approval. We also respect the committee's rejection that the findings in Price v. National Board of Medical Examiners, Gonzales v. National Board of Medical Examiners, and Wong v. Regents of University of California were _incorrect_ and that individuals who achieve a high level of academic achievement **can** be considered individuals with disabilities under the ADA. Specific to Mr. Sampson's case, I offer that the regulations added Mr. Sampson's disorders as an example of a physical or mental impairment in §§ 35.108(b)(2) and 36.105(b)(2).

Through this lens, I thoughtfully reviewed the following items:
- The psychological evaluation report by Suzanne E. Michel's, Ph.D.

- The Supplemental Testing report by Allison Anderson, Ph.D.
- Letter from Dr. Thomas A. Aronson, M.D.
- Interactive process interview with Mr. Sampson
- Mr. Sampson's Personal Statement document
- Letter from Steven and Shelley Sampson
- Letter and statement of approved accommodations from Stony Brook University School of Medicine (SBU SOM) Disability Support Services
- Letters from SBU SOM Learning Specialist
- Letter from University of Virginia School of Medicine Tutor
- NBME Shelf Exam Score Report from SBU SOM

**History of chronic difficulties or development over a long period of time**
Mr. Sampson has submitted new documentation supporting an extensive history of classroom and personal difficulties, interventions and informal accommodations as a result of the comment made by Michelle Goldberg, Ph.D. stating that "The documentation you provided does not show a record of chronic or development over a long period of time." Mr. Sampson was clinically diagnosed with a learning disability and neurodevelopmental disorder in August of 2013. However, from a very early age, it was clear from parents and teachers that he was experiencing difficulties in the academic environment. Teacher comments from early report cards portray ADHD criteria and (submitted by Mr. Sampson in this appeal) document, from as early as first grade his difficulty with executive functioning skills, articulation and reading and writing which provide further evidence of ADHD symptoms. At the same time the teachers were commenting on his less than satisfactory executive functioning skills, they recognized his exceptional ability. Like most public and private schools during the time Mr. Sampson attended, children who demonstrated giftedness or exceptional ability were not considered in need of special education resources. Generally speaking, their difficulties were often viewed as a child's lack of effort or interference because of behavioral problems or that he was doing well enough. Mr. Sampson's parents recognized that their son needed support and, at their own expense provided years of individualized speech therapy and regular tutoring. As a result, their son was able to keep up and excel in some areas. Had the school, teacher or parents known, special education resources could have been requested in which the same exact services would have been provided during the school day via Speech and Language Program Specialists and Resource Specialist Teachers. The National Center for Learning Disabilities recognizes and advocates for the personalized education of students with learning disabilities – exactly what Mr. Sampson's parents provided as informal, but highly necessary accommodations (record of informal accommodations submitted by Mr. Sampson's parents in this appeal).

During middle and high school, Mr. Sampson's need for individualized support increased dramatically, presumable due to the extensive amount of reading that is required of students at this time in their educational careers. The attached supporting documents from Steven and Shelley Sampson outline the extensive tutoring required for Mr. Sampson to succeed in school. This history of informal accommodation is important when determining effective reasonable accommodations for higher education, graduate schools

Robert Drew Sampson USMLE Appeal, Page 3

**A842**

and professional education. The Section 504 Interactive Process requires disability providers to consider these types of resources when determining what accommodations will be approved.

**Department of Justice Guidance on documentation**

The DOJ says:

> Requests for supporting documentation should be narrowly tailored to the information needed to determine the nature of the candidate's disability and his or her need for the requested testing accommodation. Appropriate documentation will vary depending on the nature of the disability and the specific testing accommodation requested. Examples of types of documentation include:

> - Recommendations of qualified professionals;
> - Proof of past testing accommodations;
> - Observations by educators;
> - Results of psycho-educational or other professional evaluations;
> - An applicant's history of diagnosis; and
> - An applicant's statement of his or her history regarding testing accommodations.

> Depending on the particular testing accommodation request and the nature of the disability, however, a testing entity may only need one or two of the above documents to determine the nature of the candidate's disability and his or her need for the requested testing accommodation. If so, a testing entity should generally limit its request for documentation to those one or two items and should generally evaluate the testing accommodation request based on those limited documents without requiring further documentation.

**DOJ Guidance on Testing Accommodations**
**https://www.ada.gov/regs2014/testing_accommodations.html**

Despite the conclusion of Michelle M. Goldberg, Ph.D., Mr. Sampson has provided evidence from qualified professionals who see it differently.

The qualified professionals who met with Mr. Sampson, face-to-face on numerous occasions, conducted individualized assessments which describe the disability, substantial limitations of major life activities (reading, writing and memory) and documented the need for 50% extended time on exams that require reading, writing and memory). Again, according to the October 2016 Department of Justice Guidance Concerning 28 CFR Section 36.309,

> when testing entities receive documentation provided by a qualified professional who has made an individualized assessment of an applicant that supports the need for a requested accommodation, they shall generally accept such documentation and provide the accommodation.

Robert Drew Sampson USMLE Appeal, Page 4

**A843**

In Mr. Sampson's case, <u>three</u> qualified professionals have made the recommendation for 50% extended time on exams due to dyslexia and visuospatial disorders. As you may already know, research and practice bear out, dyslexia is just one of the specific learning disabilities that arise from 'neurological differences in brain structure and function and affect a person's ability to receive, store, process, retrieve or communicate information. Further, the DOJ Guidance addresses the precedence for those who have familiarity with the candidate over those who, for example, testing agencies, who have never personally met the candidate or conducted the assessment (Title III Regulation 2010 Guidance and Section-by-Section Analysis for Section 36.309).

**Documentation: Recommendation of Qualified Professional – Results of Psychoeducational and other professional evaluations find a clinical diagnosis of a reading disability**

Michelle M. Goldberg, Ph.D. concludes that the methodology and instruments used by these professionals is not recognized by experts. Again, the DOJ outlines in the statement above what types of documentation are appropriate. According to DOJ, the three qualified professionals who conducted Mr. Sampson's evaluations should be accepted along with the recommended accommodation of 50% additional time on Step 1.

In order to determine a learning disability, Dr. Anderson used 11 instruments along with interviews and records; Dr. Michel's used six different instruments along with interviews and records; and finally, Dr. Aronson, M.D. who has an ongoing therapeutic relationship with Mr. Sampson states he did not find any evidence to discredit the evaluations and has continued to observe the substantial limits to major life activities that Mr. Sampson experiences. Michelle Goldberg, PhD questions Mr. Sampson's reading ability by stating that his reading fluency performance was better than 80% of a national sample. She neglected to recognize his overall reading scores on the Nelson Denney Reading Test where he scored below average until being provided 12 extra minutes to receive an average percentile score and on the WJIII (Percentile scores of 80, 78, 80, 53 and 86) with his Verbal IQ of 141. Her suggestion that he does as well as the 'average person' is not congruent with his overall ability (ranging between below average to low average) and the level of reading ability required to obtain the medical knowledge needed to become a physician. He may be able to read, while working slowly and with extended time, at the level of an average person, however, he experiences interference of the neurodevelopmental disorder. The discrepancy between his ability and reading (and writing) achievement clearly necessitates the need for accommodation.

**Documentation: Recommendation of qualified professional Dr. Aronson, M.D. added the diagnosis of ADHD.**

You are likely aware that someone with ADHD, as compared to most people in the general population, takes longer to complete major life activities such as reading, writing, concentrating, or learning, in duration limited settings. Again, according to the <u>DOJ Guidance on 28 CFR Section 36.309</u> when an applicant's documentation demonstrates a consistent history of a diagnosis of a disability that is prepared by a [qualified] professional

Robert Drew Sampson USMLE Appeal, Page 5

who made an individualized determination of the applicant there is little need for further inquiry and generally testing entities should grant the requested accommodation. Mr. Sampson may not have a long history of documented disability; however, he does have an extensive documented history of academic and personal difficulty via personal report, parent report, teacher comments on report cards, testimony from clinical and non-clinical professionals who have worked with or observed Robert in college and medical school, and other documents. These academic difficulties were supported or informally accommodated by extensive tutoring and resources (see parent list of educational supports). Allison Anderson, Ph.D. diagnosed Mr. Sampson with 315.9 Unspecified Neurodevelopmental Disorder, visuospatial memory, visuospatial processing. David A. Porter, MA, LADC discusses NDD below

> The symptoms cause distress, and impair functioning in social, educational/occupational, or other major areas of functioning. The diagnosis can be assigned when the clinician decides not to specify the reason the diagnostic criteria are unmet, or if there is insufficient information available at the time of the evaluation to make a more specific diagnosis. NDD consists of a range of disorders such as ADHD, Asperger's/Autism, OCD... (The American Psychiatric Association, in 2013)

**Unspecified Neurodevelopmental Disorder 315.9 (f89)**
**https://www.theravive.com/therapedia/unspecified-neurodevelopmental-disorder-dsm--5-315.9-(f89)**

## Documentation: Proof of past testing accommodations- Stony Brook University School of Medicine

The Stony Brook University Disability Support Services staff reviewed Mr. Sampson's documentation and approved 50% extended time on all exams, including NBME Shelf exams. This accommodation was approved by Mr. Christopher Heedles, LMSW because "His learning disability is the reason he routinely runs out of time on exams and generally takes longer to think through ideas presented to him both on exams and outside of the classroom. ... Despite doing generally well on non-time-based assessments in his classes, his failing to borderline marginal performance on timed NBME shelf exams taken without accommodations were causing him to fail."

Again, these individuals are professionals who have had multiple, face-to-face interactions with Mr. Sampson and have observed his disabilities and the need for reasonable accommodation.

## Documentation: Observation by educators

Finally, in her denial of reasonable accommodation for the USMLE Step 1 exam, Michelle Goldberg, Ph.D. also seemed unable to accept the professional judgement of Stony Brook University School of Medicine faculty and Learning Specialist who have worked with or observed Robert in medical school. Mr. Sampson has provided extensive, likely burdensome, documentation of a disability, lasting more than six months, that substantially limits the major life activities of reading (fluency, comprehension, letter-word

Robert Drew Sampson USMLE Appeal, Page 6

identification, passage comprehension, word attack), Spelling, Visuospatial Processing, Visuospatial Memory and difficulty finishing exams on time. Once again, the DOJ Guidance stresses the following:

- "Congress made its intention clear that the ADA's protections should encompass people for whom the nature of their impairment requires an assessment that focuses on how they engage in major life activities, rather than the ultimate outcome of those activities"

- "The ultimate outcome of an individual's efforts should not undermine a claim of disability, even if the individual ultimately is able to achieve the same or similar result as someone without the impairment." 28 CFR sections 35.108(d)(3)(iii) and 36.105(d)(3)(iii)

**Requested Accommodation: 50% extended time**
According to the DOJ Guidance, Mr. Sampson has provided sufficient documentation to support his request of 50% additional time on Step exams. Mr. Robert Sampson is a person of superior intellect and a person with reading and neurodevelopmental disabilities who requires standard disability accommodations. Mr. Sampson has found it necessary to put in greater time and effort than a typical student during his entire educational career.

The DOJ states that testing entities should not focus on the student's success (outcome) but rather on the limitations experienced. Mr. Sampson has worked diligently to learn and implement resources and strategies to increase control over functional limitations in everyday settings. Without mitigating measures and accommodations, the outcomes may be different.

His diagnosis of Attention Deficit Hyperactivity Disorder, Learning Disabilities and Neurodevelopment disorders in Reading Fluency; Reading Comprehension; Letter-Word Identification; Passage Comprehension; Word Attack; Spelling; Visuospatial Processing and Visuospatial Memory were determined by qualified licensed professionals who met with him face-to-face and on multiple occasions. These barriers to major life activities are the very skills needed to read and write during Step timed exams.

Given the structure of the Step exams and the specific deficits diagnosed, documented and experienced by Mr. Sampson, he has fully provided evidence of sufficient need for 50% extended time on all USMLE Step exams. Mr. Sampson's need has clearly been validated by qualified professionals and supported by the American's with Disabilities Act- As Amended. Continuing to force Mr. Sampson to substantiate his valid disability claims when his case is clearly demonstrated undermines the intent of the ADAAA in protecting a disabled person from a burdensome accommodations process.

**NBME Response Timeline: Act in a Timely Manner**
A response to Mr. Robert Sampson's request for 50% extended time on Step 1 must be made in a timely manner so as not to deny him the opportunity to take his exam on time.

Robert Drew Sampson USMLE Appeal, Page 7

**A846**

The DOJ says that a "testing entity must respond in a timely manner to requests for testing accommodations so as to ensure equal opportunity for individuals with disabilities.

> Testing entities should ensure that their process for reviewing and approving testing accommodations responds in time for applicants to register and prepare for the test. In addition, the process should provide applicants with a reasonable opportunity to respond to any requests for additional information from the testing entity, and still be able to take the test in the same testing cycle. **Failure by a testing entity to act in a timely manner, coupled with seeking unnecessary documentation, could result in such an extended delay that it constitutes a denial of equal opportunity or equal treatment in an examination setting for persons with disabilities.**

I may be contacted at (714) 402-2050 or by email at jan.serrantino@gmail.com with any questions or concerns.

Sincerely,

Jan Serrantino, E.D.
Director

6/17/17

Dear NBME Accommodations,

We write this letter in support of our son, Robert Sampson, to receive testing accommodations for his USMLE Step 1. We wish to add a parent's perspective with regard to his accommodations request that may have gone unnoticed in his application, and one that only watchful and caring parents could offer.

When Robert entered pre-kindergarten, we realized that his severe stuttering required urgent professional intervention. After years of dedicated exercises supported by professional guidance by pediatric speech specialists, Robert was able to overcome this overt disability. Because of this early training, we knew Robert was driven to be the best be could be. In the early years of primary school, we had warning signs of Robert's learning disability, but we were in denial because his grades did not reflect the true underlying learning disability. Looking back, his extraordinary efforts initially in primary school only required inordinate time commitments that we wrote off as the time he needed to complete the required task. Because his academic performance did not match his national scholastic testing scores, we discounted his standardized results.

Progressively, throughout junior high school (grades 7-9), it became apparent that Robert required extensive tutoring to help reinforce and reiterate concepts that his classmates were able to comprehend by just attending school. Probably because of his past speech impediment and his overall positive attitude toward being the best he could be, we supported this approach. We hired private tutors and specialists to supplement his hard-working efforts to give him the best possible chance to succeed academically.

The involvement of Robert's tutors started out gradually early on in primary school, was extensive in early junior high school, and became extremely extensive in high school, where over 10 hours of private tutoring a week was required for Robert to understand his academic material and be successful in class. In some cases, even more hours a week were needed. This tutoring was of course in addition to attending his classes, practicing and studying material on his own, and putting in his own genuine best effort to understand the material.

In addition, Robert required years of intensive tutoring for standardized tests, such as the SAT, etc., from multiple tutors, to be successful. His first practice scores were always substantially below average, and we knew he would require extra time, extra effort, and expert teaching from supplemental tutors to learn the material.

In college, Robert continued to require tutors for inorganic chemistry, organic chemistry, physics, genetics, and calculus. He also required massive tutoring and an uncountable number of testing resources to prepare him for his MCAT exam. He felt intense pressure to complete this exam in a timely fashion because he always struggled to read the passages fast enough to keep up with the time limit.

We have tried to furnish below, to the best of our ability to recall after all this time, a list of names of most of the tutors Robert used throughout his schooling (some of these specialists and tutors started working with Robert over 20 years ago).

In short, extraordinary effort on our son's part along with extraordinary supplementary academic support has enabled him to get to where he is today. He always wondered why he had to work 2-3x harder than his peers. After months of struggling to prepare for his MCAT, he finally sought documentation of his learning disability and potential remedies to help him overcome his disability. The most recent opportunity to have extended time on NBME "shelf" exams in medical school appears to have leveled the playing field and has allowed our son to exhibit his true understanding of the material and the required concepts. We hope that you can provide him with similar testing accommodations for his learning disability.

NBME Appeal Letter from Shelley and Steven Sampson Page 1 of 2

**A848**

| Tutor/Specialist | Grade/Year | Subject |
|---|---|---|
| Ronnie Mandel | Age 4-6 | Speech Pathologist for Stuttering |
| Lilian Agresta | Age 4-6 | Speech Pathologist for Stuttering |
| George Isserless | Age 6-8 | Myofunctional Oral Therapist |
| Patti Alhofen | 4th-5th | Reading Specialist |
| Mrs. Ahn | 3rd-5th | Kumon Tutor (Reading and Math) |
| Sylvan Learning Center | 5th | General Academic Tutoring for School |
| George Fosdick | 6th-7th | Math Enrichment |
| Pat Corey | 8th-11th | Math |
| Jenny Aronson | 10th | Spanish |
| Mr. Hartnagel | 10th | Chemistry |
| Mr. Martin | 11th | SAT Math, Reading & Writing |
| Joyce Bensen | 10th-11th | SAT Reading & Writing |
| Faith Krinsky | 10th-12th | English Reading & Writing |
| Mrs. Zucker | 10th-12th | SAT Math |
| Dale Gifford | 10th-12th | SAT Reading & Writing |
| Saul Lipidus | 2008-2012 | Physics, Calculus |
| Steve Donaldson | 2009 | Chemistry Tutor |
| Michael Farabaugh | 2009-2011 | Chemistry & Organic Chemistry |
| James Ashenhurst | 2010 | Organic Chemistry |
| Shay Nimjareansuk | 2011 | Organic Chemistry |
| Travis Peck | 2013 | MCAT Sciences & Verbal Tutor |
| Andrew Lam | 2013 | MCAT Sciences and Verbal Tutor |
| Jonathan Press | 2013-2014 | MCAT Verbal Tutor |
| Pat Buckley | 2013-2014 | MCAT Sciences and Verbal Tutor |
| James Walsh | 2013-2014 | Reading Comprehension Development & MCAT Verbal |
| Stuart Donnelly | 2014 | MCAT Sciences and Verbal Tutor |
| John Wetzel | 2014 | MCAT Sciences and Verbal Tutor |

Sincerely,

Steven Sampson and Shelley Sampson

**A849**

**Quoted teacher comments and parent letters from grades 1-6**

1st grade Mrs. Feinberg:
1st quarter: ..."We are presently working on making sure Robert listens to and follows directions the first time they are given. We will also be working on having Robert stay more focused on a task, so he may complete the task faster and stay more organized."

2nd quarter: ..."We will also be working on having Robert write number equations vertically, making sure Robert follows written directions more carefully and having Robert focus on the process and strategies (instead of only the answer)."

3rd quarter: ..."Presently we are working on making sure Robert chooses his words more carefully, so we don't have hurt feelings."

4th quarter: ..."When doing number equations, Robert must remember to go back and check his answers to improve upon his accuracy."


2nd grade Mrs. Bernstein:
2nd quarter: ..."He is inquisitive and looks for answers to his questions."..."If not focused Robert will have difficulty with comprehension, especially inferential material."

4th quarter: "Robert has continued to exhibit his sense of curiosity. He questions his sense of curiosity. He questions things around him...He should focus on his listening skills, especially to directions. He should keep up with his readings and writings. Keeping a journal would help him."


Letter to elementary school principle and vice principle from mother (Shelley Sampson) in regard to suggestion for teacher for 4th grade (written pre-4th grade) for class placement (Minnesauke Elementary school) May 18, 2000:

"I feel Robert does best with a creative enthusiastic teacher. ...I think he is very much a hands on person. .... He needs a teacher, who as well, controls the class—no yelling, shouting, but has the gift of being able to teach children, and have their respect. ...Robert needs highly stimulating and challenging, enriching activities to meet his individual needs. (By the way, the various enriching activities that involve outside people coming to the school and teaching lessons throughout the year has been great. Robert has always learned so much from the outside sources). He needs a teacher who clearly expresses the rules and sees to it that the student follows through. I would like a teacher to inspire his task—commitment in all areas of the of the curriculum."


Letter to elementary school principle and vice principle from mother (Shelley Sampson) in regard to suggestion for teacher for 5th grade (written pre-5th grade) for class placement (Minnesauke Elementary school) May 21, 2001:

..."Robert's major problem is dealing with the social interactions and acceptances by his peers. He will benefit from a teacher who will help foster better relationships between the children. Robert has made significant academic progress to date. However, he would have achieved even greater things had he not had feelings of being socially isolated in his class. We feel that continued feelings of social isolation may begin to spill over in

**A850**

the academic sphere. Hopefully, these social problems will ameliorate prior to entering "reactionary" teen years in middle school."

4th grade Ms. Eugene:
1st quarter: ..."He needs to put more effort into written assignments because he needs to improve the quality of his work. He should also use cursive writing on every written assignment."

5th grade Mr. Mandracia:
1st quarter: ..."His input is valuable and comes from a unique perspective. Although he is always an active participant, he frequently fails to listen to directions the first time, and needs them to be repeated. Robert can also act impulsively on occasions, drawing attention to himself in ways that are not positive. Among the areas to work on this year are his organizational skills and his writing skills. Robert often generates a product that is hard to decipher, because of his handwriting and he lack of organization. In the upcoming months, we will be focusing on these topics, as well as his behavior."

2nd quarter: ..."Although Robert's handwriting is improving he still needs to organize how he writes more effectively. His writing at times lacks organization which makes it difficult for him to understand what he has written. As Robert learned more note-taking and summarizing skills, he will learn to use methods to help him document information and his own thoughts more effectively."

3rd quarter: ..."I would like for Robert to continue developing his listening skills. He appears at times to be confused with directions or questions that are presented during class. This will allow him to interact more effectively with his classmates..."

4th quarter: ..."I encourage Robert to continue concentrating on his organizational skills as they are necessary for his future academic success."

6th grade Mrs. Tarpinian and Mrs. DeSimone:
2nd quarter: "...he is less self-assured and productive during independent work periods. He consistently seeks teacher support before self-initiating a task or asking for peer assistance. He is easily distracted and often does not being his work promptly. I will continue to encourage Robert to follow instructions and to maintain attentive behavior."

3rd quarter: "Robert's lowered grades in Social Studies and Language Arts are a result of his incompletion of required assignments particularly the Greek Study Review packet and his memoir book, Through the Grades. His distractions during work time at the Technology Center have interfered with his performance and completion of his work. I believe it would be in Robert's best interest if he planned his work schedule, utilized his time productively and avoided peer interruptions."

School __Minnesauke__

Teacher __Mrs. feinberg__

Dear Parents,

This report card summarizes information about your child's progress. Individual development levels create unique patterns of growth for children in the primary grades.

**KEY**

M = Most of the time     P = Part of the time

R = Requires extra support    N = Not yet

| PERSONAL GROWTH AND WORK HABITS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Is considerate of others | M | | | |
| Shares with others | M | | | |
| Listens when others speak | P | | | |
| Follows directions | P | | | |
| Obeys rules | M | | | |
| Works cooperatively | M | | | |
| Demonstrates self control | M | | | |
| Accepts personal responsibility | P | | | |
| Seeks help when needed | M | | | |
| Uses learning materials appropriately | M | | | |
| Accepts suggestions for improvement | P | | | |
| Completes tasks in a reasonable time | P | | | |
| Demonstrates organizational skills | R | | | |
| Demonstrates gross motor coordination | M | | | |
| Demonstrates fine motor coordination | M | | | |

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Reading | | | | |
| Writing | | | | |
| Listening | 2 | | | |
| Speaking | 2 | | | |

**MATH**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Participates in activities | M | | | |
| Works well with manipulatives | M | | | |
| Writes and identifies numerals | M | | | |
| Computes addition problems | M | | | |
| Understands and applies concepts | M | | | |
| Uses problem solving strategies | P | | | |
| Computes subtraction problems | | | | |

**3rd Report Comments**

**1st Report Comments**

Robert has made a good adjustment to his new school and our first grade class. He is friendly, cooperative and helpful much of the time. We are ~~presently working on making sure~~ ~~Robert listens to and follows directions~~ ~~the first time they are given. He will~~ ~~also be working on having Robert be more~~ ~~focused on a task so he may complete~~ ~~the task faster and stay more organized.~~

**4th Report Comments**

In reading, Robert enjoys reading books, has a good sight vocabulary and uses a number of strategies to figure out new words. We will be working on having Robert say "blank" and come back to harder words, as well as breaking up larger words into parts.

Parent/Teacher Conference: Date __Nov. 3, 1997__

A852

Parent's Signature __She__

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Participates in activities | M | | | |

| ATTENDANCE | 1 | 2 |
|---|---|---|
| Absent | 5 | |

Case 23-3, Document 45-1, 01/31/2023, 3461369, Page133 of 142

**Robert Sampson**

**Minnesauke Elementary**

**Mrs. Feinberg**

...ts,

...t card summarizes information about yo...
...ress. Individual development levels cre...
...rns of growth for children in the primar...

... time     **P** = Part of the time

...tra support     **N** = Not yet

| ...OWTH AND WORK HABITS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| ...thers | | M | P | M |
| ... | | M | M | M |
| ...s speak | | M | M | M |
| ... | | P | M | M |
| ... | | M | M | M |
| ...r | | M | M | M |
| ...ontrol | | M | M | M |
| ...sponsibility | | M | M | M |
| ...eded | | M | M | M |
| ...ls appropriately | | M | M | M |
| ...for improvement | | M | M | M |
| ...reasonable time | | P | M | M |
| ...ational skills | | P | P | P+ |
| ...otor coordination | | M | M | M |
| ...r coordination | | M | M | M |

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| | | M | M | M |

**(see explanation of levels on reverse)**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Reading | | 5 | 5 | 5+ |
| Writing | | 5 | 5 | 5 |
| Listening | | 2 | 3 | 3 |
| Speaking | | 2 | 3 | 3 |

**MATH**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Participates in activities | | M | M | M |
| Works well with manipulatives | | M | M | M |
| Writes and identifies numerals | | M | M | M |
| Computes addition problems | | M | M | M |
| Understands and applies concepts | | M | M | M |
| Uses problem solving strategies | | P | M | M |
| Computes subtraction problems | | | M | M |

**1st Report Comments**

**2nd Report Comments**

Robert is usually a **responsible** member of our class who tries to set a **good example** for others. I am happy to see that Robert is **following directions** more readily and is a bit **more organized.** Keep it up, Robert! Next quarter we will continue to work on these important behaviors.

In reading, Robert continues to build upon his good sight vocabulary and use of strategies. Next quarter, we will be working on Robert's fluency and expression when reading aloud,

In math, we have been working with adding, subtracting, fact families, counting by 1's, 5's and 10's to 100, place value, time to the hour, graphing, more and fewer, and money. Next quarter we will be working on having Robert looks at the sign when he is adding and subtracting to improve his accuracy. We will also be working on having Robert write number equations vertically, making sure Robert follows written directions more carefully and having Robert focus on the process and strategies(instead of only the answer)

**3rd Report Comments**

Robert's organizational skills have continued to improve." He also continues to do a good job of following directions more often. Keep it up Robert. Presently, we are working on making sure Robert chooses his words more carefully when he speaks to others, so we don't have hurt feelings.

In reading, Robert continues to grow as a reader. He has developed a strong sight vocabulary and has good phonetic sense. Very good job, Robert Next quarter, we will continue to work on improving Robert's fluency and expression, building on his knowledge of vowel sounds(long and short)and consonant blends, and building upon Robert's higher level thinking skills.

In math, I am happy to see Robert thinking about the process and strategies of solving problems more often.

**4th Report Comments**

Welcome to the "life long reader's club", Robert! Please make sure you continue to practice your reading and writing over the summer.

In math, this quarter we have worked with fractions, geometry, number families, adding and subtracting above 10 and adding and subtracting two-digit numbers. When doing number equations, Robert must remember to go back and check his answers to improve upon his accuracy .

It has been a pleasure to be Robert's teacher this year! Have a wonderful summer and please come and visit me in Sept.

A853

Parent/Teacher Conference: Date_____

| ATTENDANCE | 1 | 2 | 3 | 4 | TOTAL |
|---|---|---|---|---|---|

Case 23-1 Document 15-1 Filed 07/31/2023, 3461369, Page134 of 142

## Three Village School District Pupil Progress Report 2
September — June

Student _____

School _____

Teacher _____

**Dear Parents,**
This report card highlights information about your child's progress in second grade. Use the reverse side of the report card to interpret the language arts level.

**LANGUAGE ARTS LEVELS ·**
(See explanation of levels on the reverse side)

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Reading | | | | |
| Writing | | | | |
| Listening | | | | |
| Speaking | | | | |

**KEY**

| | |
|---|---|
| Always | 5 |
| Most of the Time | 4 |
| Part of the Time | 3 |
| With Support | 2 |
| Not Able to do This | 1 |

**MATH**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Participates in activities | 5 | 5 | 5 | 5 |
| Demonstrates accurate recall of basic facts | 5 | 5 | 5 | 5 |
| Computes accurately | 4 | 4 | 4 | 4 |
| Displays an understanding of math concepts | 4 | 5 | 5 | 5 |
| Applies a variety of problem solving strategies | 4 | 4 | 4 | 4 |

**SCIENCE**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Participates in activities | 4 | 5 | 5 | 5 |

## LANGUAGE ARTS
The language arts curriculum is comprised of four areas: reading, writing, listening, and speaking. Listed below are the expected behaviors in reading and writing for second graders.

**READING**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Shows an interest in reading | 5 | 5 | 5 | 5 |
| Reads silently for sustained periods | 4 | 4 | 4 | 4 |
| Applies a variety of strategies | 4 | 4 | 4 | 4 |
| Demonstrates a strong sight vocabulary | 5 | 5 | 5 | 5 |
| Reads aloud with fluency and expression | 4 | 4 | 4 | 4 |
| Summarizes stories/retells | | 4 | 4 | 4 |
| Comprehends grade level reading materials | | 4 | 4 | 4 |

**WRITING**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Expresses ideas in an organized manner | 3 | 4 | 4 | 4 |
| Uses appropriate vocabulary | 4 | 4 | 4 | 4 |
| Demonstrates sentence variety | 4 | 4 | 4 | 4 |
| Applies knowledge of sentence mechanics | 3 | 3 | 4 | 4 |
| Learns assigned spellings words | 4 | 5 | 5 | 5 |
| Uses correct spelling in writing | 3 | 3 | 3 | 3 |

**SOCIAL STUDIES**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Participates in activities | 4 | 5 | 5 | 5 |

**ATTENDANCE**

| | 1 | 2 | 3 | 4 | TOTAL |
|---|---|---|---|---|---|
| Absent | 1 | 5 | 7 | 0 | 13 |
| Late | 1 | 3 | 3 | 2 | 9 |

4th Report —
Robert has continued to exhibit his sense of curiosity. He questions things around him. Robert has learned many new concepts and skills. He should focus on his listening skills / directions. He should keep up with his continued ...

**SOCIAL AND WORK HABITS**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Follows oral directions | 3 | 3 | 3 | 3 |
| Follows written directions | 3 | 3 | 3 | 3 |
| Respects authority | 4 | 4 | 5 | 5 |
| Respects property | 4 | 4 | 4 | 4 |
| Obeys rules | 4 | 4 | 4 | 4 |
| Resolves conflicts with peers | 4 | 4 | 4 | 4 |
| Works cooperatively | 4 | 4 | 4 | 4 |
| Works independently | 4 | 4 | 4 | 4 |
| Shows effort | 4 | 4 | 4 | 4 |
| Is well organized | 4 | 4 | 4 | 4 |
| Stays on tasks | 4 | 4 | 4 | 4 |
| Manages time constructively | 4 | 4 | 4 | 4 |
| Completes class activities | 4 | 4 | 4 | 4 |
| Completes homework | 4 | 4 | 5 | 5 |
| Writes neatly and legibly | 4 | 4 | 4 | 4 |
| Comes to school prepared | 4 | 4 | 5 | 4 |

**1st Report Comments**

**2nd Report Comments**
Robert has much to share each day. He is inquisitive and looks for answers to his questions.

Robert is becoming a good independent reader. He has improved his sight vocabulary and uses a combination of reading strategies for new words. At the present time Robert will have difficulty with comprehension especially informational materials. Robert is finding writing less challenging. His thoughts are better organized. We will work on expanding his writing and using proper mechanics more frequently.

**3rd Report Comments**
Robert continues to be successful with new math concepts. Word problems are getting less frustrating. When Robert listens attentively to directions he has little difficulty achieving success. I am pleased with his progress. Robert continues to be a polite, sensitive and personable young man. He is willing to work with his peers ...

Robert continues to make steady progress. His math skills continue to be his area of strength most of the time.

**4th Report Comments**
Robert's writing has begun to improve. He uses capitals and periods more frequently, but he needs to look but he will more carefully. Keep up the good work and effort.

It has been a pleasure working with Robert this year. Keeping a journal would help him.

**Parent/Teacher Conference: Date** _____

**Parent's Signature** _____



Sampson, D.M.D.

ord Road
New York 11790

**Shelley Press - Sampson, D.M.D.**
11 Whitford Road
Stony Brook, New York 11790

Dear Mrs. Ryan and Mr. Byers,

I am writing this letter on behalf of my son's class placement for September. In the Robert Sampson will be in the 4th grade. He has successfully completed third grade when our Brother was a graduate of our Brother.

I feel Robert does best with a creative instructor. That he cannot get enough extra knowledge and experimentation. His content has been in Wattry range. Over the past few years. He enjoys his classes. He wants to learn new material once through changing the season. Mom, he and Beverleah will soon be able to

do this...., and that, to get rid of
these bad diseases, I told him he
might be a budding molecular biologist.

It doesn't have to only be science,
however. Anything taught creatively and
with enthusiasm, will be of interest
to him. For example, he had an
assistant teacher this year who
taught him Sign Language. He cannot
get enough of it, continually practices
it and wants to continue with it.

He thoroughly enjoyed the action,
participation and the responsibility
of being in the class play "The Tortoise
and the Hare." He likes doing things. I think
He is very much a hands-on person.
He likes being a part of things such
as the school play and the orchestra.

next page please —

(2)

**Shelley Press - Sampson,** D.M.D.
11 Whitford Road
Stony Brook, New York 11790

He needs a teacher, who as well,
controls the class — no yelling, shouting
but has the gift of being able to teach
children, and have their respect. This
teacher should have a sense of
humor. Robert needs highly stimulating
and challenging, enriching activities
to meet his individual needs. (By the
way, the various enriching activities
that involve outside people coming to
the school and teaching lessons throughout
the year has been great. Robert has
always learned so much from
those outside sources).

He needs a teacher who clearly
expresses the rules and sees to it
that the student follows through.

**A858**

I would like a teacher to inspire his task – commitment in al areas of the curriculum.

Robert is a great little person and student. Together, please lets keep it that way.

I wish you success in the placement of all the children.

Thank you.

Sincerely

Kelly Russ Campbell

A859

Dear Mrs. Blair and Mr. Martin,

5-21-01

I am writing this note to
you in reference to Robert's
placement next year, 5th grade

Robert feels quite at home
at Minnesauke. He likes all of you.
His previous teachers, Mrs. Birkstein,
Mrs. Berman and this year, Mrs.
Eugene have all been excellent and
for all different reasons.

Robert's major problem is
dealing with the social interactions
and acceptances by his peers. He will
benefit by a teacher who will help
foster better relationships between
the children. Robert has made
significant academic progress to date.
However, he would have achieved even
greater things had he not had
feelings of being socially isolated
in his class.

We feel that continued feelings
social isolation may begin to
spill over in the academic sphere.
Hopefully, these social problems will

A860

"ameliorate prior to entering the "reactionary" teen years in middle school.

Finally, Ms. Eigney pointed out that weekend and vacation projects should rarely be assigned. She followed though with this district policy. As parents, we feel this was a more balanced approach to the hectic, helter-skelter activity of extra-curricular, religious, didactic, musical and sports enrichment programs in which so many children participate.

Thank you

Sincerely,

Shelley Press-Jampan, ...

**A861**