# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Sampson v. National Board of Medical Examiners  Docket No.: 23-3

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: John J. Korzen

Firm: Wake Forest University School of Law Appellate Advocacy Clinic

Address: PO Box 7206, Winston-Salem, NC, 27109-7206

Telephone: 336-758-5832    Fax: 336-758-4496

E-mail: korzenjj@wfu.edu

Appearance for: Association for Higher Education and Disability and 14 other amici
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Robert Sampson / Plaintiff-Appellee )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s John J. Korzen

Type or Print Name: John J. Korzen