

99 Lantern Drive  
Suite 202  
Doylestown, PA 18901

267-685-6311  
215-340-7685 (fax)  
www.CharlesWeinerLaw.com

March 30, 2023

Wilson Dudley, Deputy Clerk  
United States Court of Appeals for the Second Circuit  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

      Re:    Sampson v. National Board of Medical Examiners  
                Case No.: 23-3

Dear Mr. Dudley:

The undersigned is co-counsel for Plaintiff/Appellee in the above matter. My co-counsel Mary C. Vargas filed an Oral Argument Statement on February 27, 2023 (Dkt. 65) designating that she will be the person presenting the argument. This is to request that due to an urgent medical issue, the undersigned will argue this matter in place of Ms. Vargas.

Thank you for your attention to this matter.

Very truly yours,

  /s/  
Charles Weiner

cc:    Robert Burgoyne, Esquire