# STEIN & VARGAS LLP

Overcoming Barriers | Ensuring Communication | Creating Access

April 20, 2023

**VIA ECF**
Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Sampson v. National Board of Medical Examiners*
               Case Number 23-3

Dear Madam Clerk:

    As ordered by the United States District Court for the Eastern District of New York, the undersigned hereby files the attached Order entered by Judge Azrack today.

                                      Sincerely,

                                      Mary C. Vargas
                                      Stein & Vargas, LLP

Cc:    All parties via CM/ECF