| | |
|---|---|
| **From:** | CA02db Intake |
| **To:** | CA02db Case_Closing |
| **Cc:** | Yana Segal |
| **Subject:** | 23-3-cv / Sampson v. National Board of Medical Examiners USCA Order |
| **Date:** | Wednesday, May 3, 2023 1:04:18 PM |

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Tuesday, May 2, 2023 2:40 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 2:22-cv-05120-JMA-AYS Sampson v. National Board of Medical Examiners USCA Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 5/2/2023 at 2:39 PM EDT and filed on 5/1/2023

**Case Name:** Sampson v. National Board of Medical Examiners
**Case Number:** 2:22-cv-05120-JMA-AYS
**Filer:**
**Document Number:** 50

**Docket Text:**
**CERTIFIED ORDER of USCA 23-3 as to [47] Notice of Interlocutory Appeal filed by National Board of Medical Examiners. The district court thus should not have issued a mandatory preliminary injunction against NBME. We have considered all of Sampsons remaining arguments and find them to be without merit. For the foregoing reasons, the order of the district court is VACATED and REMANDED for further proceedings consistent with this summary order. (KS)**

**2:22-cv-05120-JMA-AYS Notice has been electronically mailed to:**

Caroline M. Mew     cmew@perkinscoie.com, MichelleRose@perkinscoie.com, docketnyc@perkinscoie.com, nvargas@perkinscoie.com

Mary Caroline Vargas     mary.vargas@steinvargas.com, info@steinvargas.com

Michael S. Stein     michael.stein@steinvargas.com, info@steinvargas.com

Adam Ross Mandelsberg     AMandelsberg@perkinscoie.com, MAplogan@perkinscoie.com, MichelleRose@perkinscoie.com, docketnyc@perkinscoie.com, nvargas@perkinscoie.com

Charles Weiner     charles@charlesweinerlaw.com

**2:22-cv-05120-JMA-AYS Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=5/2/2023] [FileNumber=17845640-0]
[757ecbb8d3683bed0a237f0f9f5078217d72d6cc41202553b165239ed28618f297379
5b654ea41c160240255cc74d3d542182682d3d37c0c242317ff39f1a17e]]